**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*, | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF J. BENNETT FRIEDMAN**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of J. Bennett Friedman of Friedman Law Group, P.C. to represent La Habra Associates, LLC in the above-captioned action.

Dated: March 3, 2016　　　　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　*/s/ William E. Chipman, Jr.*
　　　　　　　　　　　　　　　　　William E. Chipman, Jr. (No. 3818)
　　　　　　　　　　　　　　　　　Mark D. Olivere (No. 4291)
　　　　　　　　　　　　　　　　　Hercules Plaza
　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone:　(302) 295-0191
　　　　　　　　　　　　　　　　　Facsimile:　(302) 295-0199
　　　　　　　　　　　　　　　　　Email:　　chipman@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　olivere@chipmanbrown.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the State of Illinois and am admitted to practice before the United States District Court for the Northern, Southern, Eastern and Central Districts of California and the United States District Court, Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 3, 2016

                       J. Bennett Friedman
                       Michael Sobkowiak
                       **FRIEDMAN LAW GROUP, P.C.**
                       1900 Avenue of the Stars, 11th Floor
                       Los Angeles, California 90067
                       Telephone: (310) 552-8210
                       Facsimile: (310) 733-5442
                       Email:   jfriedman@flg-law.com
                            msobkowiak@flg-law.com