## Exhibit "1"

**Approved Budget**

**The Sports Authority**
**Summary Approved Budget**
($ In 000's)

| 4-5-4 Month<br>Week Ending<br>Fiscal Week #<br>Store Count | Mar<br>3/5/16<br>1<br>462 | Mar<br>3/12/16<br>2<br>462 | Mar<br>3/19/16<br>3<br>462 | Mar<br>3/26/16<br>4<br>462 | Mar<br>4/2/16<br>5<br>462 | Apr<br>4/9/16<br>6<br>462 | Apr<br>4/16/16<br>7<br>462 | Apr<br>4/23/16<br>8<br>462 | Apr<br>4/30/16<br>9<br>462 | 9 Weeks<br>Total<br><br>462 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1) Cash Receipts | 47,285 | 53,766 | 56,849 | 57,323 | 57,435 | 56,269 | 58,581 | 55,455 | 52,432 | 495,395 |
| Cash Disbursements | | | | | | | | | | |
| 2) Operating Disbursements | (28,391) | (47,903) | (62,304) | (57,227) | (53,399) | (32,687) | (41,704) | (34,850) | (55,354) | (413,820) |
| 3) Financing Disbursements | (4,019) | (336) | (313) | (311) | (1,071) | (314) | (305) | (287) | (274) | (7,232) |
| 4) Professional Fees | (3,000) | - | - | (1,250) | - | - | - | - | - | (4,250) |
| 5) Bankruptcy Related Disbursements | (2,150) | (1,430) | - | - | - | - | - | - | - | (3,580) |
| 6) Total Cash Disbursements | (37,561) | (49,670) | (62,617) | (58,789) | (54,470) | (33,001) | (42,009) | (35,138) | (55,628) | (428,882) |
| 7) Net Cash Flow Before Revolver Borrowing / (Paydown) | 9,724 | 4,096 | (5,768) | (1,465) | 2,964 | 23,268 | 16,572 | 20,317 | (3,197) | 66,512 |
| 8) Revolver Principal Borrowing / (Paydown) | (954) | (28,138) | (2,872) | 4,511 | (667) | (10,841) | (21,982) | (16,205) | (9,106) | (86,254) |
| 9) Net Cash Flow | 8,770 | (24,042) | (8,640) | 3,046 | 2,297 | 12,427 | (5,410) | 4,112 | (12,302) | (19,742) |
| 10) Beginning Book Available Cash | (12,470) | (3,700) | (27,742) | (36,382) | (33,336) | (31,040) | (18,612) | (24,022) | (19,910) | (12,470) |
| 11) Net Cash Flow | 8,770 | (24,042) | (8,640) | 3,046 | 2,297 | 12,427 | (5,410) | 4,112 | (12,302) | (19,742) |
| 12) Ending Book Available Cash | (3,700) | (27,742) | (36,382) | (33,336) | (31,040) | (18,612) | (24,022) | (19,910) | (32,212) | (32,212) |
| 13) Add: Outstanding Checks | 4,700 | 28,742 | 37,382 | 34,336 | 32,040 | 19,612 | 25,022 | 20,910 | 33,212 | 33,212 |
| 14) Ending Bank Available Cash | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |

The Sports Authority
Summary Approved Budget
($ in 000's)

| 4-5-4 Month<br>Week Ending<br>Fiscal Week #<br>Store Count | May<br>5/7/16<br>10<br>462 | May<br>5/14/16<br>11<br>462 | May<br>5/21/16<br>12<br>462 | May<br>5/28/16<br>13<br>462 | Jun<br>6/4/16<br>14<br>321 | Jun<br>6/11/16<br>15<br>321 | Jun<br>6/18/16<br>16<br>321 | Jun<br>6/25/16<br>17<br>321 | Jun<br>7/2/16<br>18<br>321 | 9 Weeks<br>Total<br>321 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1) Cash Receipts | 51,057 | 47,069 | 43,597 | 46,623 | 42,022 | 39,884 | 47,284 | 46,079 | 40,106 | 403,721 |
| Cash Disbursements | | | | | | | | | | |
| 2) Operating Disbursements | (29,657) | (44,084) | (36,594) | (41,224) | (60,959) | (33,945) | (35,360) | (37,383) | (55,802) | (375,008) |
| 3) Financing Disbursements | (2,606) | (264) | (260) | (262) | (975) | (262) | (275) | (265) | (976) | (6,144) |
| 4) Professional Fees | - | (6,130) | - | - | - | (5,430) | - | - | - | (11,560) |
| 5) Bankruptcy Related Disbursements | - | - | (4,520) | - | - | - | - | - | - | (4,520) |
| 6) Total Cash Disbursements | (32,263) | (50,478) | (41,374) | (41,486) | (61,934) | (39,637) | (35,635) | (37,647) | (56,778) | (397,232) |
| 7) Net Cash Flow Before Revolver Borrowing / (Paydown) | 18,794 | (3,409) | 2,222 | 5,137 | (19,912) | 248 | 11,649 | 8,432 | (16,672) | 6,489 |
| 8) Revolver Principal Borrowing / (Paydown) | (3,376) | (5,247) | 2,271 | (7,915) | 8,071 | 15,961 | (12,498) | (9,645) | 5,620 | (6,758) |
| 9) Net Cash Flow | 15,418 | (8,656) | 4,494 | (2,778) | (11,841) | 16,209 | (849) | (1,214) | (11,051) | (269) |
| 10) Beginning Book Available Cash | (32,212) | (16,794) | (25,450) | (20,957) | (23,734) | (35,576) | (19,367) | (20,216) | (21,430) | (32,212) |
| 11) Net Cash Flow | 15,418 | (8,656) | 4,494 | (2,778) | (11,841) | 16,209 | (849) | (1,214) | (11,051) | (269) |
| 12) Ending Book Available Cash | (16,794) | (25,450) | (20,957) | (23,734) | (35,576) | (19,367) | (20,216) | (21,430) | (32,481) | (32,481) |
| 13) Add: Outstanding Checks | 17,794 | 26,450 | 21,957 | 24,734 | 36,576 | 20,367 | 21,216 | 22,430 | 33,481 | 33,481 |
| 14) Ending Bank Available Cash | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |