**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Sports Authority Holdings, Inc., *et al.* | : | Case No. 16-10527 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **TCW/Crescent Mezzanine Partners et al.,** Attn: Elizabeth Ko, 11100 Santa Monica Blvd., Ste. 2000, Los Angeles, CA, 90025, Phone: 310-235-5973, Fax: 310-235-5967

2. **New York Life Investment Management Mezzanine Partners, LP,** c/o Thomas Haubenstricker, Vijay Palkar & Lorne Smith, 51 Madison Ave., Ste. 1600, New York, NY 10010, Phone: 212-576-6500,  Fax: 212-576-5591

3. **Stitching Pensioenfonds ABP,** c/o AlpInvest Partners, Attn: M. Rademakers, 1081 KJ Amsterdam, The Netherlands , Phone: +31 20 540 7575, Fax: +31 20 540 7500

4. **Nike, Inc.,** Attn: Kim Stewart, One Bowerman Dr., Beauerton, OR 97005, Phone: 503-532-7856, Fax: 503-820-3008

5. **Asics America Corp.**, Attn: Mark Schollaert, 80 Technology, Irvine, CA 92618, Phone: 949-727-7165, Fax: 949-453-0477

6. **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 N. Wacker Dr., Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

7. **Realty Income Corp.**, Attn: Kirk R. Carson, Esq., 11995 El Camino Real, San Diego, CA 92130, Phone: 858-284-5256, Fax: 858-481-4862


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Hannah McCollum  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: March 10, 2016

Attorney assigned to this Case: Hannah McCollum, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael R. Nestor, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253