# Exhibit B

## Carroll Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 17-10570 (BLS)<br><br>(Jointly Administered) |

**DECLARATION OF JAMES P. CARROLL IN SUPPORT OF THE PLAN ADMINISTRATOR'S THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS, AND (B) NO LIABILITY CLAIMS**

I, James P. Carroll, pursuant to 28 U.S.C. §1746 declare:

1. I am the Plan Administrator in the above-captioned case.

2. I submit this declaration in support of the *Plan Administrator's Third Omnibus (Non-Substantive) Objection to Certain (A) Amended and Superseded Claims and (B) No Liability Claims* (the "Objection").[2] Except as otherwise indicated herein, I have personal knowledge of the matters and issues set forth herein or have gained knowledge of such matters from my review of the relevant documents, or from information provided to me.

3. I have reviewed the Debtors' books and records and determined that each of the Amended and Superseded Claims listed on Exhibit 1 attached to the Proposed Order do not represent valid claims because the proof of claim filed under the column "Remaining Claim Number" supersedes the scheduled or filed claims filed under the column "Scheduled or Filed

[1] The Post-Effective Date Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The current mailing address for the Post-Effective Date Debtors is James P. Carroll as the Plan Administrator, c/o Carroll Services LLC, 4450 Bonita Beach Road, Suite 9, Bonita Springs, FL 34134.

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

Claim to be Disallowed." Therefore, the Amended and Superseded Claims should be disallowed and expunged.

4. Further, I have reviewed the Debtors' books and records and made reasonable efforts to research each of the No Liability Claims, including all supporting information and documentation (if any) provided therewith, listed on Exhibit 2 attached to the Proposed Order. Upon information and belief, I have determined that the No Liability Claims are not valid claims because: (i) the estates' books and records do not reflect a liability or there is a scheduled liability of zero due and owing by any Debtor with respect to such claims and/or (ii) they are not are not enforceable against the Debtors or their property under any agreement or applicable law.

5. For these reasons, the No Liability Claims listed on Exhibit 2 attached to the Proposed Order should be should be disallowed and expunged.

6. The relief sought in the Objection is without prejudice to the rights of the Debtors or any other party in interest to further object to any of the remaining claims, on any other grounds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 11, 2018

/s/ *James P. Carroll*
JAMES P. CARROLL