IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br>Jointly Administered<br><br>Re: D.I. 709, 710 |

ORDER ~~GRANTING~~ DENYING MOTION FOR EXPEDITED CONSIDERATION AND TO SHORTEN NOTICE ON REQUEST FOR ADEQUATE PROTECTION AND MOTION OF CERTAIN LANDLORDS PURSUANT TO SECTIONS 361, 363(E), 365(D)(3), 503(B)(1) AND 105(A) OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT FOR CLOSING STORES AS ADEQUATE PROTECTION FOR THE POSTPETITION USE OF THE LANDLORDS' PROPERTY, AND GRANTING SUCH OTHER AND FURTHER RELIEF AS IS JUST AND PROPER

Upon consideration of the *Motion for Expedited Consideration and to Shorten Notice on Request For Adequate Protection And Motion Of Certain Landlords Pursuant To Sections 361, 363(E), 503(B)(1), and 105(A) Of The Bankruptcy Code For Entry Of An Order Requiring The Debtors To Immediately Pay March 2016 Stub Rent As Adequate Protection For The Postpetition Use Of The Landlords' Property, and Granting Such Other And Further Relief As Is Just And Proper* (D.I. ___) (the "Motion to Shorten"), and no previous motion for such relief having been made; and after adequate notice, and good cause shown therefor, it is hereby

**ORDERED** that the Motion to Shorten is ~~GRANTED; and it is further~~ DENIED

---

[2] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); TSA Caribe, Inc. (5664). The Debtors' corporate headquarters is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

5

NY01\FleiS\4267306.3

ORDERED that a hearing on the *Request For Adequate Protection And Motion Of Certain Landlords Pursuant To Sections 361, 363(E), 503(B)(1) and 105(A) Of The Bankruptcy Code For Entry Of An Order Requiring The Debtors To Immediately Pay March 2016 Stub Rent For Closing Stores As Adequate Protection For The Postpetition Use Of The Landlords' Property, and Granting Such Other And Further Relief As Is Just And Proper* (D.I. 171) (the "Motion"), shall be held on ~~March 29~~ April 26, 2016 at ~~1:00 p.m.~~ 11:30 AM prevailing **Eastern Time** before the Honorable Mary F. Walrath (the "Hearing"); and it is further

ORDERED that objections to the Motion, if any, shall be filed and served by ~~March 28~~ April 19, 2016 at 12:00 p.m.; and it is further

ORDERED that upon entry, counsel for the Landlords shall promptly serve a copy of this Order by overnight mail upon: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Committee, (c) counsel for the Debtors; and (d) counsel for the Debtors' secured lenders.

Dated: March 24, 2016
       Wilmington, Delaware

                                                   */s/ Mary F. Walrath*
                                                   The Honorable Mary F. Walrath
                                                   United States Bankruptcy Judge