**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 20 & 157 |

## NOTICE OF FILING OF AMENDMENT TO DIP CREDIT AGREEMENT

**PLEASE TAKE NOTICE** that, on March 2, 2016, Sports Authority Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364; (II) Granting Liens and Superpriority Claims to Post-Petition Lenders Pursuant to 11 U.S.C. §§ 364 and 507; (III) Authorizing the Use of Cash Collateral and Providing Adequate Protection to Prepetition Secured Parties and Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2* [Docket No. 20] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit B was the DIP Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that, on March 3, 2016, the Court entered that certain order granting the relief requested in the Motion on an interim basis [Docket No. 157] (the "Interim Order"), and scheduling a final hearing on the Motion for March 29, 2016 at 1:00 p.m. (ET) (the "Final DIP Hearing").

**PLEASE TAKE FURTHER NOTICE** that, on March 22, 2016, the Debtors, the DIP Agent and the other parties signatory thereto entered into that certain First Amendment to the DIP Credit Agreement, which amendment (a copy of which is attached hereto as Exhibit A) did not constitute a material amendment pursuant to the terms of the DIP Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that, by agreement of the Debtors, the DIP Lenders and the Official Committee of Unsecured Creditors, the Final DIP Hearing was adjourned to April 5, 2016 at 2:00 p.m. (ET). In order to give effect to this adjournment, the Debtors, the DIP Agent and the other parties signatory thereto have agreed to further amend the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

01:18490746.1

DIP Credit Agreement pursuant to that certain Second Amendment to DIP Credit Agreement attached hereto as <u>Exhibit B</u> (the "<u>Second Amendment</u>"). Pursuant to paragraph 58 of the Interim Order, the Second Amendment will be executed by the Debtors and other parties thereto upon the passage of five (5) business days following the date of this Notice.

Dated: March 25, 2016
       Wilmington, Delaware

                                                  */s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kenos@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Matthew J. Williams (NY No. 3019106)
Keith R. Martorana (NY No. 4576971)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Proposed Counsel to the Debtors and Debtors in Possession*