## Exhibit A

**First Amendment to DIP Credit Agreement**

## FIRST AMENDMENT TO SENIOR SECURED SUPER-PRIORITY DEBTOR-IN-POSSESSION CREDIT AGREEMENT

This First Amendment to Senior Secured Super-Priority Debtor-in-Possession Credit Agreement (the "First Amendment") is made as of the 22nd day of March, 2016 by and among:

THE SPORTS AUTHORITY, INC., as Borrower Representative for THE SPORTS AUTHORITY, INC., a Delaware corporation, and TSA STORES INC., a Delaware corporation (individually, a "Borrower" and collectively, the "Borrowers"),

THE BORROWERS AND GUARANTORS party hereto;

the LENDERS party hereto;

BANK OF AMERICA, N.A., a national banking association having a place of business at 100 Federal Street, Boston, Massachusetts 02110, as Administrative Agent and Collateral Agent for itself and the other Secured Parties; and

WELLS FARGO BANK, NATIONAL ASSOCIATION, a national bank association having a place of business at One Boston Place, 18th Floor, Boston, Massachusetts 02108, as FILO Agent;

in consideration of the mutual covenants herein contained and benefits to be derived herefrom.

### WITNESSETH

WHEREAS, the Borrower Representative, the Borrowers, the Guarantors, the Administrative Agent, the Collateral Agent, and the Lenders have entered into a Senior Secured Super-Priority Debtor-in-Possession Credit Agreement dated as of March 3, 2016 (as amended and in effect, the "Credit Agreement"); and

WHEREAS, the parties hereto have agreed to amend certain provisions of the Credit Agreement, on the terms and conditions set forth herein.

NOW THEREFORE, it is hereby agreed as follows:

1.    Definitions: All capitalized terms used herein and not otherwise defined shall have the same meaning herein as in the Credit Agreement (as amended pursuant to Section 2 below).

2.    Amendment to Credit Agreement.    Section 6.24 of the Credit Agreement is hereby amended by deleting clause (b) thereof in its entirety, and by substituting the following in its stead:

"(b)    On the Petition Date, the Loan Parties shall have filed a motion under Section 365 of the Bankruptcy Code requesting extension of the date on which the Loan Parties must assume or reject leases to 210 days after the entry of the order

for relief.  An order so extending such deadline (other than, with the prior consent of the Administrative Agent and the FILO Agent, with respect to any store lease as to which no third party has expressed an interest in taking an assignment with respect to such lease) shall  have been entered by the Bankruptcy Court on or before April 30,  2016.  The Loan Parties may not, without the prior written consent of the Administrative Agent, assume, assume and assign, or reject leases. The Loan Parties shall use their best efforts to obtain an order from the Bankruptcy Court granting such extension motion on the terms set forth above."

3.      <u>Conditions to Effectiveness</u>.  This First Amendment shall not be effective until each of the following conditions precedent have been fulfilled to the satisfaction of (or waived by) the Administrative Agent and the FILO Agent:

   a.      This First Amendment shall have been duly executed and delivered by the Borrower Representative and the other Borrowers, the Guarantors, the Administrative Agent, the FILO Agent and the Lenders party hereto.  The Administrative Agent shall have received a fully executed copy hereof.

   b.      All Bankruptcy Court, corporate and other consents and approvals required for this First Amendment, if any, shall have been obtained.

   c.      No Default or Event of Default shall have occurred and be continuing or shall arise immediately after giving effect to this First Amendment.

4.      <u>Miscellaneous</u>.

   a.      Except as provided herein, all terms and conditions of the Credit Agreement and the other Loan Documents remain in full force and effect.  The Loan Parties each hereby ratify, confirm, and reaffirm the accuracy in all material respects of all of the representations, warranties (other than representations and warranties which specifically relate to an earlier date and other than representations and warranties which are qualified by materiality, which are true and correct in all respects) and covenants therein contained.

   b.      The Borrowers shall reimburse the Administrative Agent and the FILO Agent for all reasonable and documented out-of-pocket expenses incurred by the Administrative Agent and the FILO Agent in connection herewith, including, without limitation, reasonable attorneys' fees, as more fully set forth in the Credit Agreement.

   c.      This First Amendment may be executed in several counterparts and by each party on a separate counterpart, each of which when so executed and delivered, each shall be an original, and all of which together shall constitute one instrument. Delivery of an executed counterpart of a signature page hereto by telecopy or e-mail of a PDF copy shall be effective as delivery of a manually executed counterpart hereof.

d.    This First Amendment and the Credit Agreement together shall constitute one agreement.  This First Amendment and the Credit Agreement together express the entire understanding of the parties with respect to the matters set forth herein and supersede all prior discussions or negotiations hereon.

e.    Any provision of this First Amendment held to be invalid, illegal or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such invalidity, illegality or unenforceability without affecting the validity, legality and enforceability of the remaining provisions hereof, and the invalidity of a particular provision in a particular jurisdiction shall not invalidate such provision in any other jurisdiction.

f.    This First Amendment shall be construed, governed, and enforced pursuant to the laws of the State of New York and the Bankruptcy Code.

IN WITNESS WHEREOF, the parties hereto have caused this First Amendment to be executed as of the date first above written.

THE SPORTS AUTHORITY, INC., as Borrower Representative, as Borrower and as Guarantor

By: _____
Name: _JEREMY AGUILLAR_
Title: _CEO_

TSA STORES, INC., as Borrower and as Guarantor

By: _____
Name: _JEREMY AGUILLAR_
Title: _CFO_

THE SPORTS AUTHORITY HOLDINGS, INC., as Guarantor

By: _____
Name: _JEREMY AGUILLAR_
Title: _CFO_

TSA GIFT CARD, INC., as Guarantor

By: _____
Name: _JEREMY AGUILLAR_
Title: _TREASURER_

Signature Page to First Amendment

SLAP SHOT HOLDINGS CORP., as
Guarantor

By: _____

Name: ___JEREMY AGUILAR_____

Title: ___CEO_____

Signature Page to First Amendment

**BANK OF AMERICA, N.A.,** as
Administrative Agent and as Collateral
Agent

By: _____

Name:    Andrew Cerussi
Title:    Director


**BANK OF AMERICA, N.A.,** as a Lender

By: _____

Name:
Title:    Andrew Cerussi
          Director

Signature Page to First Amendment

WELLS FARGO BANK, NATIONAL
ASSOCIATION, as a Revolving Lender and
Syndication Agent

By:
Name: *Lauren Murphy*
Title: *Vice President*

WELLS FARGO BANK, NATIONAL
ASSOCIATION, as FILO Agent and as a FILO
Lender

By:
Name: *Lauren Murphy*
Title: *Vice President*

JPMORGAN CHASE BANK, N.A., as a
Revolving Lender and Co-Documentation Agent

By: _Cbrooks_____
Name: _Candice Brooks_____
Title: _Authorized Officer_____

Signature Page to First Amendment

SUNTRUST BANK, as a
Revolving Lender and Co-Documentation Agent

By: _____
Name: _Stephen O. metts_____
Title: _Director_____

Signature Page to First Amendment

PNC BANK, NATIONAL ASSOCIATION, as a
Revolving Lender

By: _____

Name:  Mark A. Tito

Title:  Vice President

Signature Page to First Amendment

CIT BANK, as a Revolving Lender

By: _____
Name: _Anthony Masci_____
Title: _Vice President_____

Signature Page to First Amendment

CAPITAL ONE LEVERAGE FINANCE CORP.,
as a Revolving Lender

By: _Kenneth Geiger_____
Name: _Kenneth Geiger_____
Title: _Director_____

Signature Page to First Amendment

ROYAL BANK OF CANADA, as a Lender

By: _____

Name: _____Leslie P. Vowell_____

Title: _____Attorney-in-Fact_____

1488682.4

Signature Page to First Amendment

TPG SPECIALTY LENDING, INC., as a FILO
Lender

By: _____

Name:   Michael Fishman

Title:   Co-Chief Executive Officer


TAO TALENTS, LLC, as a FILO Lender


By: _____

Name: _____

Title: _____

TPG SPECIALTY LENDING, INC., as a FILO
Lender

By: _____
Name: _____
Title: _____


TAO TALENTS, LLC, as a FILO Lender

By: _____
Name: _____ Jennifer Mello _____
Title: _____ Vice president _____