**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** : | **Chapter 11** |
| **SPORTS AUTHORITY HOLDINGS, et al**[1] : | **Case No. 16-10527 (MFW)** |
| **Debtor.** : | **Joint Administration Requested** |

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,
AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of **Waterbury Phoenix, LLC** a creditor in the above styled and numbered Chapter 11 bankruptcy case, as attorney for such party, and hereby requests notice of all hearings and conferences in such case and makes demand for service of copies all pleadings, filings, notices, and other actions and papers pursuant to 11 U.S.C. §342 and 1109(b), and Fed. R. Bankr. P. 2002 and 9010(b). All such notices should be addressed as follows:

Craig I. Lifland, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Telephone: 860-241-4044
Fax: 860-548-0006
Email: Lifland@halloransage.com

---

[1] The Debtos and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5564); The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

PLEASE NOTE FURTHER that the foregoing request includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing, notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto and arising therefrom.

Dated at Hartford, Connecticut, this 25th day of March, 2016.

Waterbury Phoenix, LLC

By   /s/ Craig I. Lifland
    Craig I. Lifland
    Federal Bar No. ct00976
    Halloran & Sage LLP
    225 Asylum Street
    Hartford, CT 06103
    Tel.: 860-241-4044
    Fax: 860-548-0006
    lifland@halloransage.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **SPORTS AUTHORITY HOLDINGS, et al[2]** | : | Case No. 16-10527 (MFW) |
| | : | |
| Debtor. | : | Joint Administration Requested |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Notice of Appearance concerning the above-captioned case was served via the Court's electronic CM/ECF system on March 24, 2016 on all parties and/or counsel of record.

Dated at Hartford, Connecticut, this 25th day of March, 2016.

        Waterbury Phoenix, LLC

        By  /s/ Craig I. Lifland
           Craig I. Lifland
           Federal Bar No. ct00976
           Halloran & Sage LLP
           225 Asylum Street
           Hartford, CT 06103
           Tel.: 860-241-4044
           Fax: 860-548-0006
           lifland@halloransage.com

---

[2] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5564); The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

4181700v.1