IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Related Docket Nos.: 67, 519, 525<br>Hearing Date: April 5, 2016 at 2:00 p.m. (ET) |

**JOINDER OF KIN PROPERTIES, INC., GAITSAN LIMITED PARTNERSHIP, PASAN TRUST, JEFAN TRUST, ESUE TRUST AND HALL PROPERTIES COMPANY TO CERTAIN LANDLORDS' OBJECTIONS TO THE DEBTORS' MOTION FOR AN ORDER, PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE, EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY UNDER WHICH ANY OF THE DEBTORS ARE LESSEES**

Kin Properties, Inc.; Gaitsan Limited Partnership; Pasan Trust; Jefan Trust; Esue Trust; and Hall Properties Company (collectively, the "KPI Landlords") hereby object to the *Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors are Lessees* [Docket No. 67] (the "Motion"), and in support thereof state as follows:

1.  The KPI Landlords are the owners or managing agents for the owners of numerous shopping centers and retail properties located throughout the United States. The Debtors lease retail space from the KPI Landlords pursuant to leases (the "Leases") for the stores identified in the chart attached hereto as Exhibit 1.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

135819.01001/102090282v.1

-2-

2. By the Motion, the Debtors seek a ninety (90) day extension, through and including September 28, 2016, by which to assume or reject unexpired leases of nonresidential real property.

3. Pinetree Realty Corporation and Public Storage filed objections to the Motion [Docket Nos. 519, 525] (together, the "Objections").

4. The KPI Landlords hereby join in, adopt and incorporate by reference the Objections as well as any other relevant objections to the Motion filed by the Debtors' other landlords, for the reasons stated therein.

5. The Court should condition any extension on the Debtors' timely payment of all amounts that come due under the Leases from and after the Petition Date (as defined in the Motion) during the period up to and including September 28, 2016, including, without limitation the "Stub" period rent due for March 2016.

6. The KPI Landlords reserve the right to supplement this joinder and make such other and further objections as may be necessary or appropriate.

-3-

WHEREFORE, the KPI Landlords respectfully request that the Court enter an order (i) conditioning approval of the Motion upon the Debtors' timely payment of all amounts that come due under the Leases after the Petition Date, and (ii) granting such other and further relief as the Court deems just and proper.

Dated: March 25, 2016
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6404
Facsimile:   (302) 425-6464
E-mail:   Guilfoyle@BlankRome.com

Jeffrey Rhodes
1825 Eye Street NW
Washington, D.C. 20006
Telephone:   (202) 420-3150
Facsimile:   (202) 379-9367
E-mail:   JRhodes@BlankRome.com

*Attorneys for Kin Properties, Inc.; Gaitsan Limited Partnership; Pasan Trust; Jefan Trust; Esue Trust; and Hall Properties Company*