IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 16-10527 (MFW) <br><br> (Jointly Administered) <br><br> **Related Docket Nos.: 20, 157, 621, 642, 668, 748** <br> **Hearing Date: April 5, 2016 at 2:00 p.m. (ET)** |

**JOINDER OF KIN PROPERTIES, INC., GAITSAN LIMITED
PARTNERSHIP, PASAN TRUST, JEFAN TRUST, ESUE TRUST
AND HALL PROPERTIES COMPANY TO CERTAIN LANDLORDS'
OBJECTIONS TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS
AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SECURED FINANCING**

Kin Properties, Inc.; Gaitsan Limited Partnership; Pasan Trust; Jefan Trust; Esue Trust; and Hall Properties Company (collectively, the "KPI Landlords") hereby object to the *Debtors' Motion for Interim and Final Orders Authorizing Debtors to Obtain Post-Petition Secured Financing* [Docket No. 20] (the "DIP Motion"), and in support thereof state as follows:

1. The KPI Landlords are the owners or managing agents for the owners of numerous shopping centers and retail properties located throughout the United States. The Debtors lease retail space from the KPI Landlords pursuant to leases (the "Leases") for the stores identified in the chart attached hereto as Exhibit 1.

2. The Debtors seek to obtain post-petition financing in order to operate outside of the ordinary course of business by selling their assets, including the KPI Landlords' Leases.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

-2-

3. The Approved DIP Budget, upon information and belief, does not provide for the payment of Stub Rent owed to the KPI Landlords for use of its properties from March 2, 2016 through March 31, 2016, and does not clearly provide for the payment of any post-petition rent.

4. Despite failing to provide for the payment of Stub Rent in the Approved Budget, the Debtors seek to waive their protections set forth in sections 506(c) and 552(b) of the Bankruptcy Code.

5. Carousel Center Company, L.P. *et al.,* Brixmor Property Group, Inc. *et al.,* Baker-Boca Raton, LLC *et al.,* and James Campbell Company LLC *et al.*, among other landlords, filed limited objections to the DIP Motion outlining the ways in which the DIP Motion forces landlords to pay for the liquidation of the secured creditors' collateral without the ability to surcharge the secured creditors' collateral pursuant to section 506(c) and 552(b) or the payment of Stub Rent to landlords [Docket Nos. 621, 642, 668, 748] (together, the "Limited Objections").

6. The KPI Landlords hereby join in, adopt and incorporate by reference the Limited Objections as well as any other relevant objections to the DIP Motion filed by Debtors' other landlords, for the reasons stated therein, including that the proposed DIP financing is materially unfair and contrary to law.

7. The entry of any final DIP order should be conditioned upon the Debtors' immediate payment of all Stub Rent due to the KPI Landlords, and any waiver of the protections of 506(c) and 522(b) should be denied in the absence of payment of Stub Rent to the KPI Landlords.

8. The KPI Landlords reserve the right to supplement this joinder and make such other and further objections as may be necessary or appropriate.

WHEREFORE, the KPI Landlords request that the Debtors' DIP Motion be denied unless modified consistent with the Limited Objections and this joinder.

| | |
|---|---|
| Dated: March 25, 2016<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br> */s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (DE No. 5183)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-6404<br>Facsimile:  (302) 425-6464<br>E-mail:  Guilfoyle@BlankRome.com<br><br>Jeffrey Rhodes<br>1825 Eye Street NW<br>Washington, D.C. 20006<br>Telephone:  (202) 420-3150<br>Facsimile:  (202) 379-9367<br>E-mail:  JRhodes@BlankRome.com<br><br>*Attorneys for Kin Properties, Inc.; Gaitsan Limited Partnership; Pasan Trust; Jefan Trust; Esue Trust; and Hall Properties Company* |

-3-