**EXHIBIT 1**

| TSA Store # | Kin Property # | KPI Landlord | Property Street Address | Property City & State |
|---|---|---|---|---|
| 520 | 3418 | Gaitsan Limited Partnership | 110 Odendhal Ave. | Gaithersburg, Maryland 20877 |
| 596 | 3535 | Pasan Trust<br>Jeffan Trust<br>Esue Trust<br>Hall Properties Co. | 5751 Mercury Drive | Dearborn, Michigan 48126 |

200467.00028/102089951v.1