IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtors in the above-captioned case.

On or before March 17, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit B**:

- **Notice of Chapter 11 Bankruptcy Case and Meeting of Creditors** [Attached hereto as *Exhibit A*]

Dated: March 18, 2016

_____
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of March, 2016, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

# Exhibit A

**Information to identify the case:**

Debtor:     Sports Authority Holdings, Inc., *et al.*          EIN: 47-3869008

**United States Bankruptcy Court for the District of Delaware**

**Case Number: 16-10527 (MFW)**

**Official Form 309F (For Corporations or Partnerships)**

**Notice of Chapter 11 Bankruptcy Case**                                                              12/15

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee (302-573-6491).**

1. Debtors' full name

    | Jointly Administered Cases | Case No. | Tax ID |
    | --- | --- | --- |
    | Sports Authority Holdings, Inc. | 16-10527 | 47-3869008 |
    | Slap Shot Holdings, Corp. | 16-10528 | 11-3768209 |
    | The Sports Authority, Inc. | 16-10529 | 84-1242802 |
    | TSA Stores, Inc. | 16-10530 | 36-3511120 |
    | TSA Gift Card, Inc. | 16-10531 | 20-0321918 |
    | TSA Ponce, Inc. | 16-10532 | 46-1614817 |
    | TSA Caribe, Inc. | 16-10533 | 66-0795664 |

2. **All other names used in the last 8 years:** Sports Authority

3. **Address**
    1050 West Hampden Avenue
    Englewood, Colorado 80110

1

01:18327096.1

4.  **Debtors' attorneys**

| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Michael R. Nestor<br>Kenneth J. Enos<br>Andrew L. Magaziner<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6759<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kenos@ycst.com<br>amagaziner@ycst.com | GIBSON, DUNN & CRUTCHER LLP<br>Robert A. Klyman<br>Matthew J. Williams<br>Jeremy L. Graves<br>Sabina Jacobs<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>rklyman@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>jgraves@gibsondunn.com<br>sjacobs@gibsondunn.com |

5.  **Bankruptcy clerk's office**

| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday<br>8:00 AM – 4:00 PM<br>Contact phone  302-252-2900 |

6.  **Meeting of creditors**

| The debtor's representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. | Date and Time:<br><br>**March 29, 2016 at 9:00 a.m. (ET)**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**844 King Street<br>2nd Floor, Room 2112<br>Wilmington, DE 19801** |

7.  **Proof of claim deadline**

**Deadline for filing proof of claim:** Not yet set. If a deadline is set, notice will be sent at a later time.

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at http://www.deb.uscourts.gov/claims-information.

Your claim will be allowed in the amount scheduled unless:

- Your claim is designated as disputed, contingent or unliquidated;
- You file a proof of claim in a different amount; or
- You receive another notice

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline**

| | |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint: May 31, 2016** |

9. **Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

10. **Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

11. **Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

---

**If you have any questions related to this notice, please call (866) 967-0490, or (310) 751-2690 for international callers. You may access documents and case information at www.kccllc.net/sportsauthority.**

# Exhibit B

Exhibit B
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Acme United Corporation | | 55 Walls Dr Ste 201 | | Fairfield | CT | 06824-5163 |
| Capital Gazette Communications, Inc | | 888 Bestgate Rd Ste 104 | | Annapolis | MD | 21401-2950 |
| Cardlytics, Inc. | Koepenick, Kristin Senior Vice President, Finance | 675 Ponce De Leon Ave NE | | Atlanta | GA | 30308-1884 |
| Certona, Corporation | Porter, Mark Sales Representative | 9530 Towne Centre Dr Ste 200 | | San Deigo | CA | 92121-1981 |
| Certona, Corporation | | 9530 Towne Centre Dr Ste 200 | | San Deigo | CA | 92121-1981 |
| Channel Intelligence, Inc. | Evanoff, Michael CFO | 1600 Amphitheatre Pkwy | | Mountainview | CA | 94043-1351 |
| City of Redding, CA | | PO Box 496071 | | Redding | CA | 96049-6071 |
| Demaria, Carissa | | Address Redacted | | | | |
| Electric Run, LLC | Teneberg, Blake | 12244 S Business Park Dr Ste 100 | | Draper | UT | 84020-6550 |
| Ellingson, Bonda | | Address Redacted | | | | |
| Enjoy, The City, Inc. | Carr, Gary | 150 Commerce Dr | | Pelham | AL | 35124-1838 |
| Enjoy, The City, Inc. | Enjoy The City - Merchant Relations | 150 Commerce Dr | | Pelham | AL | 35124-1838 |
| Gant, Matthew | | Address Redacted | | | | |
| Gatehouse Media Illinois Hold | DBA The State Journal Register | 175 Sullys TRL STE 300 | | Pittsford | NY | 14534-4560 |
| Hahn, Joshua | | Address Redacted | | | | |
| Horizon Lines, LLC | Orton John Director, Puerto Rico Pricing and Marketing | Address Redacted | 2550 W Tyvola Rd Ste 530 | Charlotte | NC | 28217-4551 |
| Jackson, Steve | | Address Redacted | | | | |
| Jauregui, Jesse | | Address Redacted | | | | |
| Javech, Ryan | | Address Redacted | | | | |
| Lafuma America Inc | | 917 Front St Ste 260 | | Louisville | CO | 80027-1889 |
| Leefers, Brenton | | Address Redacted | | | | |
| Levin, Sarah | | Address Redacted | | | | |
| Mayen, Kevin | | Address Redacted | | | | |
| Mersberger, Jake | | Address Redacted | | | | |
| Morgan, David | | Address Redacted | | | | |
| Osuna, Samantha | | Address Redacted | | | | |
| Padilla, Christohper | | Address Redacted | | | | |
| Plenge, Adam | | Address Redacted | | | | |
| Pope, Bryson R | | Address Redacted | | | | |
| Realty Income Corporation | | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Realty Income Corp | | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Realty Income Corporation | Attn Legal Department | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Realty Income Corporation | Legal Department | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Realty Income LP | DBA Realty Income Texas Proper | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Realty Income Properties | Attn Legal Department | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Realty Income Properties 4 LLC | | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Realty Income Properties, Inc. c/o Realty Income Corporation | Attn Legal Department | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Realty Income Texas Properties 1, LLC | | 11995 El Camino Real Ste 101 | | San Deigo | CA | 92130-2565 |
| Stubbs, Jamie | | Address Redacted | | | | |
| Swenson, Jennifer | | Address Redacted | | | | |
| The Irvine Company LLC | Attn  General Counsel, Retail Properties | Address Redacted | PO Box 6120 | Newport Beach | CA | 92658-6120 |
| The Irvine Company LLC | Attn Accounting Department | PO Box 6120 | | Newport Beach | CA | 92658-6120 |
| Van Alstyne, James | | Address Redacted | | | | |
| XS Commerce LLC | | Address Redacted | 4616 W Sahara Ave Ste 1 | Las Vegas | NV | 89102-3627 |