UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527-MFW<br><br>(Jointly Administered)<br><br>**Objection Date: April 12, 2016 at 4:00 p.m.**<br>**(Objection date on Agenda submitted March 24, 2016 notes hearing on April 5, 2016, apparently as clerical error by Debtors)**<br>**Hearing Date: April 26, 2016 at 11:30 a.m.**<br><br>Ref. Docket No. 67, 519, 525, 576, 599, 606, 617, 626, 658, 699, 742, 746, 751, 759, 778, 798, 830 |

**LIMITED OBJECTION AND JOINDER OF LEVIN MANAGEMENT CORPORATION, AS AGENTS FOR IKEA PROPERTIES, INC. TO VARIOUS OBJECTIONS TO DEBTORS' MOTION FOR ORDER EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY UNDER WHICH ANY OF THE DEBTORS ARE LESSEES**

Levin Management Corporation, as agent for Ikea Properties, Inc. (the "Landlord"), by and through its undersigned counsel, hereby objects to the above-captioned debtors' (the "Debtors") Motion for an Order, pursuant to § 365(d)(4) of the Bankruptcy Code, Extending the Deadline by Which Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which any of the Debtors are Lessees [Doc. No. 67] (the "Motion"), and submits this Joinder to the Objections by other Landlords [Doc. Nos. 519, 525, 576, 599, 606, 617, 626, 658, 699, 742, 751, 759, 778, 798, and 830] (collectively, the "Objections"), and respectfully states as follows:

**BACKGROUND**

1. Landlord and Debtors are parties to a certain lease dated December 20, 2004 (the "Lease") for retail property located at Routes 4 and 17 in Paramus, N.J. (the "Premises").

2. On or about March 2, 2016 (the "Petition Date"), each of Debtors commenced a

1

voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court").

3.  Debtors filed the Motion seeking a ninety (90) day extension, through and including September 28, 2016, to assume or reject unexpired leases of non-residential real property, including the "Lease".

4.  Landlord joins in, adopts and incorporates by reference the Objections, as well as any other relevant objections filed by Debtors' other landlords.

5.  Landlord reserves the right to supplement this Objection and make such other and further objections as may be necessary or appropriate.

6.  The Court should condition any extension on: 1) Debtors' timely payment of all amounts that come due under the Lease from and after the Petition Date during the period up to and including September 28, 2016, including, without limitation the "Stub" period rent due for March 2016; and 2) compliance with the covenant terms of the Lease.

7.  Further, Landlord objects any extension of the deadline for assumption or rejection of the Lease past the confirmation of the plan of reorganization.

**WHEREFORE**, Landlord respectfully requests that the Court enter an order: (i) conditioning approval of the Motion on the Debtors' timely payment of all amounts that come due under the Lease after the Petition Date and compliance with the Lease terms; and (ii) granting such other and further relief as the Court deems just and proper.

|  |  |
|---|---|
|  | **STARK & STARK**<br>**A Professional Corporation** |
|  | By: /s /*John R. Weaver, Jr.* |
| Dated: March 28, 2016 | John R. Weaver, Jr. |
|  | P.O. Box 510<br>203 W. 18th Street<br>Wilmington, Delaware 19899<br>(302) 428-1077 (main)<br>(302) 655-7371 (direct)<br>jrweaverlaw@verizon.net |

and

Thomas S. Onder
Timothy P. Duggan
Joseph H. Lemkin
**STARK & STARK**
**A Professional Corporation**

993 Lenox Drive
Lawrenceville, NJ 08648
(609) 219-7458 (direct)
(609) 896-9060 (main)
(609) 895-7395 (facsimile)

Attorneys for Levin Management Corporation, as Agent for Ikea Properties, Inc.