# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 16-10527 (MFW) |
| | ) | |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related to Docket No. 20** |

### JOINDER OF PLAZA LAS AMERICAS, INC. AND PDC FRINGE II, LLC IN OBJECTIONS BY CERTAIN LANDLORDS TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SECURED FINANCING

Plaza Las Americas, Inc. ("**PLA**") and PDC Fringe II, LLC ("**Fringe**," and collectively with PLA, the "**Landlords**") each hereby join in the objections filed by certain other landlords to *Debtors' Motion For Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing pursuant to 11 U.S.C. §§105, 362, 363, and 364; (II) Granting Liens and Super Priority Claims to Post-Petition Lenders pursuant to 11 U.S.C. §§364 and 507; (III) Authorizing the Use of Cash Collateral and Providing Adequate Protection to Pre-Petition Secured Parties and Modifying the Automatic Stay pursuant to 11 U.S.C. §§361, 362, 363, and 364; and (IV) Scheduling a Final Hearing pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2* [Docket No. 20] (the "**DIP Motion**"), and in support thereof, respectfully shows the Court as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Cards, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

1. Landlords are the owners of shopping centers located in Puerto Rico at which Debtor TSA Caribe Inc. ("**Caribe**") leases retail space (the "**Leased Premises**") pursuant to the leases identified below (the "**Leases**"):

| Store No. | Landlord | Tenant | Lease Date | Location |
|---|---|---|---|---|
| 89 | Plaza Las Americas, Inc. | TSA Caribe, Inc. | Jan. 23, 2013 | San Juan, P.R. |
| 90 | PDC Fringe II, LLC, (as successor in interest to Plaza del Caribe, S.E.) | TSA Caribe, Inc. (as successor in interest to TSA Ponce, Inc.) | Jan. 23, 2013 | Ponce, P.R. |

2. The Leased Premises are each "real property in a shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code, and each is included on Debtors' *Corrected List of Designated Store Closing Locations* filed on March 4, 2016 [Docket No. 185].

3. The lessee's obligations under the Leases are guaranteed by Debtors The Sports Authority, Inc. and TSA Stores, Inc. pursuant to guarantees dated as of January 14, 2013.

4. The Debtors have filed the DIP Motion to obtain post-petition financing for their continued operations pursuant to an approved budget (the "**DIP Budget**") while they attempt to sell the assets that constitute the collateral of their pre-petition and post-petition lenders.

5. The DIP Motion and DIP Budget do not clearly provide for payment of post-petition rent to the Landlords, including the "stub rent" for March 2 through March 31, 2016, even though Caribe continues to occupy and use the Leased Premises. Further, the DIP Motion seeks a waiver of the estates' rights under sections 506(c) and 552(b) of the Bankruptcy Code for the benefit of Debtors' secured lenders.

6. Other landlords have filed objections to the DIP Motion (including, without limitation, the objections at Docket Nos. 621 and 702 and, collectively with all other landlord objections to the DIP Motion, the "**Landlord Objections**") on the grounds that the effect of the

DIP Motion and DIP Budget would be to impose the cost of the liquidation of the secured creditors' collateral on the landlords without provision for payment of rent during the liquidation process and without the ability to surcharge the secured creditors' collateral as otherwise would be permitted under sections 506(c) and 552(b) of the Bankruptcy Code.

7. The Landlords join in and adopt the other Landlord Objections for the reasons stated therein.

WHEREFORE, the Landlords request that the Court (i) deny the Debtors' DIP Motion unless the DIP Budget and other relief granted thereunder is modified consistent with this objection and the other Landlord Objections and (ii) grant such other and further relief as is just and proper.

Dated: March 28, 2016.

STEVENS & LEE, P.C.

By: /s/ John D. Demmy
John D. Demmy (DE Bar No. 2802)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 425-3308
Email: jdd@stevenslee.com

-and-

HOLLAND & KNIGHT LLP

/s/ James H. Rollins
James H. Rollins
Georgia Bar No. 613850
Regions Bank Building, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia 30309-3400
Tel.: (404) 817-8500
Fax: (404) 881-0470

Attorneys for Plaza Las Americas, Inc. and
Plaza del Caribe, S.E.