IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 16-10527 (MFW) |
| ) | |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.,*[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Related to Docket No. 67** |

### JOINDER OF PLAZA LAS AMERICAS, INC. AND PDC FRINGE II, LLC IN OBJECTIONS BY CERTAIN LANDLORDS TO DEBTORS' MOTION TO EXTEND THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY UNDER WHICH ANY OF THE DEBTORS ARE LESSEES

Plaza Las Americas, Inc. ("**PLA**") and PDC Fringe II, LLC ("**Fringe**," and collectively with PLA, the "**Landlords**") hereby join in the objections filed by certain other landlords to Debtors' *Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors Are Lessees* [Docket No. 67] (the "**Extension Motion**"), and in support thereof, respectfully show the Court as follows:

1. Landlords are the owners of shopping centers in Puerto Rico at which Debtor TSA Caribe Inc. ("**Caribe**") leases retail space (the "**Leased Premises**") pursuant to the leases identified below (the "**Leases**"):

| Store No. | Landlord | Tenant | Lease Date | Location |
|---|---|---|---|---|
| 89 | Plaza Las Americas, Inc. | TSA Caribe, Inc. | Jan. 23, 2013 | San Juan, P.R. |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Cards, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

SL1 1409094v1 104537.00005

| 90 | PDC Fringe II, LLC, (as successor in interest to Plaza del Caribe, S.E.) | TSA Caribe, Inc. (as successor in interest to TSA Ponce, Inc.) | Jan. 23, 2013 | Ponce, P.R. |

2. The Leased Premises are each "real property in a shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code, and each is included on Debtors' *Corrected List of Designated Store Closing Locations* filed on March 4, 2016 [Docket No. 185].

3. The lessee's obligations under the Leases are guaranteed by Debtors The Sports Authority, Inc. and TSA Stores, Inc. pursuant to guarantees dated as of January 14, 2013.

4. The Debtors have filed the Extension Motion seeking a 90-day extension of the deadline under section 365(d)(4) of the Bankruptcy Code by which Debtors must assume or reject any lease under which any Debtor is a lessee.

5. Other landlords have filed objections to the Extension Motion (including, without limitation, the objections at Docket Nos. 519 and 525, and collectively with all other landlord objections to the Extension Motion, the "**Landlord Objections**") on the grounds that no provision has been made for payment of rent that may come due under the Debtors' leases after the Petition Date (as defined in the Extension Motion), including the "stub rent" for March 2 through March 31, 2016, and the rent that will come due during the requested extension period (the "**Post-Petition Rent**") and requesting that any extension be conditioned on timely payment by the Debtors of all Post-Petition Rent.

6. The Landlords join in and adopt the other Landlord Objections for the reasons stated therein.

SL1 1409094v1 104537.00005

- 3 -

WHEREFORE, the Landlords request that the Court (i) condition any extension of the time to assume or reject the Leases as requested in the Extension Motion on the Debtors' timely payment of all Post-Petition Rent that is or may come due under the Leases and (ii) grant such other and further relief as is just and proper.

Dated: March 28, 2016.

        STEVENS & LEE, P.C.

        By: /s/ John D. Demmy
        John D. Demmy (DE Bar No. 2802)
        919 N. Market Street, Suite 1300
        Wilmington, Delaware 19801
        Telephone: (302) 425-3308
        Email: jdd@stevenslee.com

        -and-

        HOLLAND & KNIGHT LLP

        /s/ James H. Rollins
        James H. Rollins
        Georgia Bar No. 613850
        Regions Bank Building, Suite 1800
        1180 West Peachtree Street
        Atlanta, Georgia 30309-3400
        Tel.: (404) 817-8500
        Fax: (404) 881-0470

        Attorneys for Plaza Las Americas, Inc. and
        Plaza del Caribe, S.E.