# Exhibit A

ID: 770
Steve Strohmeier

# SPORTS AUTHORITY

## TSA STORES, INC.
## 2011 DOMESTIC VENDOR DEAL SHEET (VENDOR AGREEMENT)
PAY BY SCAN

EFFECTIVE PERIOD: 1/30/2011 THROUGH 1/28/2012

VENDOR NAME: Hi-Tec Sports USA Inc    VENDOR NUMBER: 24201
TSA DEPARTMENT(S): 916, 917, 919    SUB DEPT:
VENDOR BRANDS*: Hi-Tec    BUYER NAME: John Hodge / Amy Cook

All Purchase Goals and Threshold clauses are based on purchases for (select one):

[ ] The department/departments indicated in this agreement.    [X] All TSA departments that Vendor sells merchandise to.

### VENDOR CORPORATE INFORMATION

| | | |
|---|---|---|
| ADDRESS: 4801 STODDARD RD | CITY: MODESTO | STATE: CA |
| ZIP CODE: 95356 | COUNTRY: USA | TAX ID: 94-251-2916 **W-9 REQUIRED |
| MAIN PHONE: | MAIN FAX: | OTHER #: |

### SALES INFORMATION

| | | |
|---|---|---|
| PRES: BILL BERTA | EMAIL: BBERTA@HI-TEC.COM | PHONE: 209-545-1111X340 |
| ADDRESS: 315 SW 11th Ave Suite 200, Portland OR 97205 | | |
| FAX: | OTHER PHONE: 209-681-6686 | |
| N SALES MNGR: Kirk Nichols | EMAIL: KNichols@HI-TEC.COM | PHONE: 209-232-9415 |
| ADDRESS: 315 SW 11thth Ave Suite 200, Portland OR 97205 | | |
| FAX: | OTHER PHONE: | |
| R SALES MNGR: DENNIS HOCHWEN | EMAIL: DHOCHWENDER@HI-TEC.COM | PHONE: 303-772-1724 |
| ADDRESS: | | |
| FAX: | OTHER PHONE: | |

Vendor represents that there is no manufacturer's representative, dealer, or other third party receiving commissions or payments in connections with this contract, except for the following (if applicable):

| | | |
|---|---|---|
| REP NAME: JOE BARTELS | COMPANY: MTN. STATES REP GROUP | COMMISSION: |
| ADDRESS: 7055 RUSTIC TRAIL | CITY, ST: BOULDER, CO | ZIP: 80301 |
| PHONE: 720-406-8912    FAX: 720-406-8911 | EMAIL: JBHIKER@AOL.COM | |

### CUSTOMER SERVICE DEPARTMENT CONTACT

| | | |
|---|---|---|
| NAME: MICHELLE ADKINS | EMAIL: MADKINS@HI-TEC.COM | PHONE: 209-545-1111X32 |
| ADDRESS: 4801 STODDARD RD | | |
| FAX: 209-545-8910 | OTHER PHONE: | |

### MIS DEPARTMENT CONTACT

| | | |
|---|---|---|
| NAME: BOB BALL | EMAIL: BBALL@HI-TEC.COM | PHONE: |
| ADDRESS: 4801 STODDARD RD | | |
| FAX: | OTHER PHONE: | |

VENDOR INITIALS: WJB    TSA INITIALS:    Page 1

## DISTRIBUTION DEPARTMENT CONTACT

| | | |
|---|---|---|
| NAME: RANDY NOEL | EMAIL: RNOEL@HI-TEC.COM | PHONE: 209-545-1111X359 |
| ADDRESS: 4801 STODDARD RD | FAX: | PHONE: |

## TRANSPORTATION CONTACT

| | | |
|---|---|---|
| VNDR CONTACT NAME: NARCISO JIMENEZ | EMAIL: | PHONE: 209-545-1111 |
| ADDRESS: | FAX: | PHONE 2: |
| FREIGHT NAME: | EMAIL: | PHONE: |
| ADDRESS: | FAX: | PHONE 2: |

## VENDOR COMPLIANCE CONTACT

| | | |
|---|---|---|
| NAME: GIA ALLEN | EMAIL: GALLEN@HI-TEC.COM | PHONE: 209-545-1111 |
| ADDRESS: 4801 STODDARD RD | FAX: | PHONE 2: |

## DEAL SHEET CONTACTS (I.E. Vendor Accountant, Co-op Coordinator, etc.)

| | | |
|---|---|---|
| NAME: JOE BARTELS | EMAIL: JBHIKER@AOL.COM | PHONE: |
| ADDRESS: | FAX: | PHONE 2: |
| PRES/CEO: BILL BERTA | EMAIL: BBERTA@HI-TEC.COM | PHONE: |
| ADDRESS: | FAX: | PHONE 2: |

## INSURANCE CONTACT AND INFORMATION

| | | |
|---|---|---|
| CARRIER: | POLICY #: | EXP DTE: |
| ADDRESS: | | |
| FAX: | COVERAGE AMT: | |

## SHIPPING INFORMATION

| | | |
|---|---|---|
| ADDRESS: 4801 STODDARD ROAD | CITY, ST: MODESTO, CA | ZIP: 95356 |
| NAME: RANDY NOEL | EMAIL: RNOEL@HI-TEC.COM | |
| PORT OF ORIGIN: OAKLAND, CA | COUNTRY: USA | |
| PHONE/FAX: | PRODUCT TYPE: FOOTWEAR | |
| ADDRESS 2: | CITY, ST: | ZIP: |
| NAME: | EMAIL: | |
| PORT OF ORIGIN: | COUNTRY: | |
| PHONE/FAX: | PRODUCT TYPE: | |
| ADDRESS 3: | CITY, ST: | ZIP: |
| NAME: | EMAIL: | |
| PORT OF ORIGIN: | COUNTRY: | |
| PHONE/FAX: | PRODUCT TYPE: | |

VENDOR INITIALS: *JB*      A INITIALS:           Page 2

## FREIGHT EXPENSE

(Place an "X" in the applicable box):    Prepaid (Vendor Pays): [X]    Collect* (TSA Pays): [ ]

*Must use TSA LCC for collect. No "add to invoice" without TSA Transportation Department written approval.

If shipping method is Direct Store Delivery (DSD), Prepaid Freight is Required.

FREE FREIGHT ALLOWANCE CONDITIONS: TO DC ONLY

FOB ADDRESS: _____    CITY STATE: _____    ZIP: _____

## PAYMENT INFORMATION

Payment is based on (Choose Method):

% of Retail (Detail Below): X [ ]    COST: [ ]    OTHER (Detail Below): [ ]

If Payment Method is % of Retail: VENDOR PORTION %: 55.00%    TSA PORTION %: 45.00%

If Payment Method is Other, Detail Below:

## DEFECTIVE RETURN AUTHORIZATION/DESTROY FOR CREDIT INFORMATION

Choose One Method:

DESTROY FOR CREDIT: [ ]    RETURN TO VENDOR: [ ]

Merchandise will be disposed to include 8% handling fee of the cost of goods (as if sold by TSA) disposed. If Vendor does not authorize DFC, TSA will physically return defective merchandise to Vendor, at Vendor's expense. TSA will use Vendor's carrier if such information is provided to TSA. If Vendor does not provide return authorization information within 90 days of request by TSA, TSA may DFC the goods even if Vendor has not checked DFC below.
Collection Method: Vendor will pay handling fees as a TSA generated Charge back that will be deducted from invoice.

Defective Return Authorization:
Defective merchandise that is returned to vendor will incur an 8% handling fee of the original cost of goods based on the last selling cost for consolidated returns from our Return Centers. Non-defective merchandise that is returned for a recall, pack-up, or any other reason, will incur a 4% handling fee of the original cost of goods based on the last selling for consolidated returns from our Return Centers. Additionally, all merchandise required to be returned will be assessed freight charges equal to the freight inbound and freight returned to vendor.

Disposed for Credit:
Allows TSA to charge Vendor for defective merchandise without sending product back. TSA will dispose of this product, to include 8% handling fee of the original cost of goods based on the last selling cost disposed.

Indicate if return merchandise may be field disposed for credit ("DFC"): YES: [ ]    NO: [ ]

RTV's that are not DFC will be physically returned to Vendor, at Vendor's expense. TSA will use TSA carriers and deduct all related freight charges (equal to the freight inbound and freight returned to vendor). If Vendor does not provide return authorization information within 90 days of request by TSA, TSA may DFC the goods even if Vendor has not checked DFC above.
Due to the cost of ocean freight, all merchandise shipped to Alaska and Hawaii locations will be DFC. Merchandise covered by RTV program will not be physically returned for these locations.

Type of Merchandise that applies to DFC*: _____    *If none specified, DFC applies to all Merchandise.

DEFECTIVE RETURN EXCEPTIONS:

VENDOR INITIALS: _w/b_    TSA INITIALS: _____    Page 3

## RETURN TO VENDOR INFORMATION

Please identify all that apply and include return authoriziation ("RA") information. Merchandise shipped to Alaska and Hawaii locations will be DFC and not be physically returned to vendor.

Items with an * are required fields.

*Please select the preferred method of obtaining a RA: PHONE: [ ]  FAX: [ ]  E-MAIL: [ ]

| | | | |
|---|---|---|---|
| RA FREQUENCY: | | | |
| *FAX #: | E-MAIL: | | |
| *ADDRESS 1: | *CITY ST: | | *ZIP: |
| *CONTACT NAME: | EMAIL 2: | | |
| *PHONE FAX 2: | | | |
| MERCH THAT APLLIES TO ADDRESS 1: | | | |
| ADDRESS 2: | CITY ST: | | ZIP: |
| CONTACT NAME: | EMAIL 2: | | |
| PHONE FAX 2: | | | |
| MERCH THAT APLLIES TO ADDRESS 2: | | | |

Are Add-Ons Allowed?  [ ] YES  [ ] NO

PARCEL CARRIER: _____  LTL CARRIER: _____

Attach additional return center addresses in the same format

## EDI TRADING

Place and "X" where applicable:  [X] In House   [ ] Third Party

COMPANY:
EDI CONTACT: BOB BALL                EMAIL: BBALL@HI-TEC.COM
PHONE: 209-545-1111X325              FAX: 209-545-9725
ADDRESS: 4801 STODDARD ROAD          CITY ST: MODESTO, CA          ZIP: 95356
OTHER PHONE:

Does your company subscribe to the Inovis Catalogue (Formerly QRS):

[ ] YES  [ ] NO, Then please contact Inovis at 1-877-446-6847, option 4 and reference Sports Authority Catalogue Program.

INOVIS ACCOUNT #:

## ORDER INFORMATION

| Is Merchandise? | NO | PRE - TICKETED MSRP | | (GOH) PRE - HUNG |
|---|---|---|---|---|
| | X | PRE - TICKETED TSA RETAIL PRICE | | EAS - TAGGED |

UPC Code supplied on all merchandise:  [X] YES  [ ] NO

SPECIAL COMMENTS:

VENDOR INITIALS: _n/b_        TSA INITIALS: _____        Page 4

## CO-OPERATIVE ADVERTISING COMMITMENT INFORMATION

Participation Schedule: Vendor elects to participate in the TSA advertising programs indicated below:

| Place "X" Where | Program Name | Advertising Rebate (%) (Ex. 2.00%) | Amount $ |
|---|---|---|---|
| | Cooperative Advertising | | |
| | | | |

*If Vendor uses a different name for co-op (i.e. key funds, MDF, etc.) then the TSA buyer should insert the name of the program in the Program Name column. If certain purchases by TSA are excluded from the advertising commitment calculation or other terms apply, then list the excluded items and additional details in the applicable boxes below:

EXCLUDED ITEMS:

ADDITIONAL TERMS:

| Advertising Rebate (%) | Purchase Goals | | Exclusions From Purchases (List specific items) |
|---|---|---|---|
| | From: | To: | |
| | From: | To: | |
| | From: | To: | |

Unless otherwise stated the Co-op Advertising Commitment is based on COST sales for TSA's fiscal year, payable by DFI at 100% reimbursement with NO POP requirements. All Advertising Commitment and Sales Incentive Program Purchase Goal Tiers are retroactive to dollar 1 and are computed using the highest Advertising Rebate % achieved.

## MARGIN SUPPORT PROGRAM

Please indicate whether Vendor elects to participate in TSA's Margin Support Program by placing an "X" in the applicable box:

[ ] YES   [ ] NO

Vendor will pay TSA an amount (the "Margin Support Payment") that allows TSA to realize a gross profit margin on retail sales during the Effective Period of the merchandise purchased under the agreement that equals the Guaranteed Margin listed below. The Margin Support Payment will be calculated by subtracting (i) TSA's actual margin on sales of the Merchandise during the effective period from (ii) the Guaranteed Margin and (iii) multiplying the result by the retail sales price for sales of the Merchandise during the effective period. TSA's margin will be calculated by subtracting TSA's landed cost of the Merchandise from the retail sales price for such Merchandise. TSA will calculate the Margin Support Payment within 180 days after the effective period.

| Department* | Guaranteed Margin % | Sales Target $ | Margin Target $ |
|---|---|---|---|
| | | | |

* If this applies to more than one department, list all departments that it applies to and the amounts committed for each department.

VENDOR INITIALS: N/B    TSA INITIALS:                               Page 5

## OTHER/ADDITIONAL ENTITLEMENTS

Please indicate whether Vendor elects to participate in other entitlement programs by placing an "X" in the applicable box:

[ ] YES            [ ] NO

Other/Additional Program Package Details:

| Department* | Amount Committed |
|---|---|
|  |  |
|  |  |
| Total Amount Committed: |  |

*If this applies to more than one department, list all departments that it applies to and the amount committed for each department.

## VOLUME REBATE INFORMATION

| Volume Rebate* (%) | Purchase Goals* ($) | | | | Exclusions From Purchases (List specific items) |
|---|---|---|---|---|---|
| 0.00% | From: | 0 | To: | 0 |  |
| 0.00% | From: | 0 | To: | 0 |  |
| 0.00% | From: | 0 | To: | 0 |  |
| 0.00% | From: | 0 | To: | 0 |  |

*Unless otherwise stated the Volume Rebate Program is based on COST sales for TSA's fiscal year, payable by DFI at 100% reimbursement. If certain purchases by TSA are excluded from the volume rebate calculation, then list the excluded items in the chart immediately above. All Volume Rebate and Purchase Goal Tiers are retroactive to dollar 1 and are computed using the highest Volume Rebate % achieved.

## LOGISTICS REBATE INFORMATION

Vendor will pay TSA a Logistics Rebate in order to defray a portion of TSA's logistics costs. The Logistics Rebate is calculated by multiplying the Rate of Logistics Rebate indicated below times TSA's sales during the Effective Period from Vendor that are shipped to any of TSA's distribution facilities.

RATE OF LOGISTICS REBATE _____

VENDOR INITIALS: _____   TSA INITIALS: _____                                Page 6

## PAYMENT INFORMATION, TERMS AND DISCOUNTS

| | | |
|---|---|---|
| REMIT ADDRESS: 4801 STODDARD ROAD | CITY: MODESTO | STATE: CA |
| REMIT ZIP CODE: 95356 | COUNTRY: USA | TAX ID: |
| MAIN PHONE: 209-545-1111 | MAIN FAX: 209-545-2543 | |
| REMIT E-MAIL: | | |

Are Vendor's accounts receivables from TSA factored (select one)?   [ ] YES   [ ] NO

| | | |
|---|---|---|
| FACTOR NAME: | PHONE: | FAX: |
| ADDRESS: | CITY ST: | |
| ZIP: | CONTACT: | |
| E-MAIL: | | |
| OTHER: | | |

| ORDER TYPE | Purchase Order Payment Terms* (# of Days for Payment) | Pricing Discounts* (% Discount, additional terms) |
|---|---|---|
| INITIAL ORDER: | Net 15 EOM INVOICED AT 55% OF TSA MONTHLY RETAIL SALES | |
| RE-ORDER: | | |
| NEW STORE: | days in addition to terms listed above on New Store Opening Inventory as defined in TSA's Vendor Relationship Guide. | |
| CONTAINER/ POE/ IMPORT: | | |
| OTHER: | | |

*All Vendor invoicing must comply with the terms and conditions that are part of this Agreement. All of Vendor's invoices must be submitted via an EDI 810 document. All Payment Terms listed above are based on the later of: (i) TSA's receipt of invoice; or (ii) TSA's receipt of the Merchandise at the location designated by TSA. All Pricing Discounts are based on the gross unit cost of the items included in an Order and are in addition to all other discounts and payment terms. If additional Payment Terms exist, please list in comment section below. All correspondence must be in writing and received within six months of the invoice date.

COMMENTS:

## COLLECTION METHOD

Vendor will pay all Defective Allowance, Advertising Commitment, Margin Support, Volume Rebate, Logistics Rebate, and any other or additional Entitlements monthly in the manner selected below (Place an "X" in only one of the following; if none selected then the method will be TSA generated chargeback). Note: All unpaid claims will be deducted from open invoices 30 days after billing. TSA will hold in accounts payable amount equal to chargeback until claim is paid/settled.

[X] TSA GENERATED CHARGEBACK (Most Preferred)   [ ] VENDOR CHECK (Send only to TSA Vendor Acct. Dept.)

[ ] ITEMIZED LINE ITEM OFF INVOICE (Must be initiated by vendor)

VENDOR INITIALS: *WJB*   TSA INITIALS:   Page 7

**MOST FAVORED NATION**
VENDOR WARRANTS THAT PRICES CHARGED TO TSA FOR MERCHANDISE OR SERVICES (ON A NET PRICE BASIS) WILL BE NO HIGHER THAN THE LOWEST PRICES CHARGED BY VENDOR TO ANY OF ITS CUSTOMERS, EXCEPT AS FOLLOWS:

EXCEPTIONS:

Vendor is responsible for all missing or lost goods (shrink), Up To 2.00% Retail Sales Shrink to be reconciled yearly.

- If Vendor is converting to the Pay-by-Scan program, Vendor shall reimburse TSA for all costs of goods on hand at the time of conversion.
- Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.thesportsauthority.com.
- TSA and Vendor agree that the arrangement contemplated by this agreement shall be a consignment as defined in Section 9-102 of the Colorado and Delaware Uniform Commercial Code. Vendor shall retain title to all goods subject to this agreement until the date of sale at which time title shall pass from Vendor to the purchaser of such goods. Vendor shall be entitled to file UCC-1 Financing Statements to reflect this consignment.
- The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

| Vendor | | TSA STORES, INC. | |
|---|---|---|---|
| By: | *Bill Berto* (signature) | By: | (Buyer) |
| Print Name: | Bill Berto | Print Name: | |
| Title: | President - Hi-Tec | Title: | |
| Date: | 5/19/11 | Date: | |
| | | By: | (DMM) |
| | | Print Name: | |
| | | Title: | Divisional Merchandise Manager |
| | | Date: | |

PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL AGREEMENT.

VENDOR INITIALS: *WB*    TSA INITIALS:    Page 8

# SPORTS AUTHORITY®

## 2011 VENDOR DEAL SHEET SUMMARY
### PAY BY SCAN

**EFFECTIVE PERIOD:** 1/30/2011  **THROUGH:** 1/28/2012

| | |
|---|---|
| **VENDOR NUMBER:** | 24201 |
| **VENDOR NAME:** | HI-TEC SPORTS USA |
| **DEPTS:** | 916, 917, 919    **SUB DEPT:** |

### ENTITLEMENTS

CO-OP %: N/A

MDF PROGRAM:        MDF%:        MDF $:

REBATE%:

REBATE TIERS:

REBATE EXCLUSIONS:

LOGISTICS:

OTHER ENTITLEMENTS:        AMOUNT $

AMOUNT $

### DEFECTIVE PROGRAM
N/A
DFC: _____    RTV: _____

### FREIGHT TERMS
PREPAID: __X__    COLLECT: _____

### PAYMENT / DISCOUNT TERMS

NEW STORE DAYS: _____    NS %: _____    FIXED $: _____

INITIAL ORDER DAYS: NET 15 EOFM

INITIAL ORDER %:

RE-ORDER DAYS:

RE-ORDER %:

### PAYMENT METHOD

% OF RETAIL: X        COST: _____    OTHER: _____
VENDOR PORTION %: **55.00%**        TSA PORTION %: **45.00%**
SHRINK: Vendor is responsible for shrinkage up to 2.00%

### SIGNATURES

VENDOR: _____    PRINT NAME: _____    DATE: _____

BUYER: _____    PRINT NAME: _____    DATE: _____

DMM: _____    PRINT NAME: _____    DATE: _____

ID: 770
Footwear



## 2012 VENDOR DEAL SHEET SUMMARY
### PAY BY SCAN

EFFECTIVE PERIOD  1/29/2012  THROUGH  2/2/2013

VENDOR NUMBER: 24201
VENDOR NAME: Hi-Tec Sports USA Inc
DEPTS: 916, 917, 919
SUB DEPT:

### ENTITLEMENTS

CO-OP %:
MDF PROGRAM:  MDF %  MDF $
ECOMMERCE CO-OP/
OTHER PROGRAM:  OTHER %:
CO-OP/MDF EXCLUSIONS:
REBATE %:
REBATE TIERS:
REBATE EXCLUSIONS:
LOGISTICS:
OTHER ENTITLEMENTS:  AMOUNT $
 AMOUNT $

### DEFECTIVE PROGRAM
DFC: x    RTV:

### FREIGHT TERMS
PREPAID FREIGHT: x    COLLECT FREIGHT:

### PAYMENT/DISCOUNT TERMS
INITIAL ORDER DAYS: Net 15 EOFM    %:
RE-ORDER DAYS:    %:
NEW STORE %:   FIXED $:   Per Store

### PAYMENT METHOD
% Of Retail: x   Cost: __   Other: __   Vendor Portion %: 55.00%    TSA Portion %: 45.00%
PYMT DETAILS:
SHRINK: Vendor is responsible for all missing or lost goods (shrink), Up To 2.00% Retail Sales
EXCEPTIONS:

ID: 770
Footwear



## 2012 VENDOR DEAL SHEET SUMMARY
### PAY BY SCAN

- If Vendor is converting to the Pay-by-Scan program, Vendor shall reimburse TSA for all costs of goods on hand at the time of conversion.
- Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.tradingpartnerinsight.com/tsa/Login.aspx and incorporated by reference.
- TSA and Vendor agree that the arrangement contemplated by this agreement shall be a consignment as defined in Section 9-102 of the Colorado and Delaware Uniform Commercial Codes. Vendor shall retain title to all goods subject to this agreement until the date of sale at which time title shall pass from Vendor to the purchaser of such goods. Vendor shall be entitled to file UCC-1 Financing Statements to reflect this consignment.
- The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

| Vendor | TSA STORES, INC. |
|---|---|
| By: *Bill Berta* | By: _____ (Buyer) |
| Print Name: BILL BERTA | Print Name: _____ |
| Title: GENERAL MANAGER | Title: _____ |
| Date: 3/16/12 | Date: _____ |
| PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL AGREEMENT. | By: _____ (DMM) |
| | Print Name: _____ |
| | Title: Divisional Merchandise Manager |
| | Date: _____ |

ID: 770



## 2013 VENDOR DEAL SHEET SUMMARY

### PAY BY SCAN

EFFECTIVE PERIOD  2/3/2013  THROUGH  2/1/2014

**VENDOR NUMBER:** 24201
**VENDOR NAME:** Hi-Tec Sports USA Inc
**DEPTS:** 916, 917, 919
**SUB DEPT:**

### ENTITLEMENTS

| | |
|---|---|
| CO-OP %: | |
| MDF PROGRAM: | MDF %____  MDF $____ |
| ECOMMERCE CO-OP/ OTHER PROGRAM: | OTHER %: |
| CO-OP/MDF EXCLUSIONS: | |
| REBATE %: | |
| REBATE TIERS: | |
| REBATE EXCLUSIONS: | |
| LOGISTICS: | |
| OTHER ENTITLEMENTS: | AMOUNT $ |
| | AMOUNT $ |

### DEFECTIVE PROGRAM

DFC: x            RTV:

### FREIGHT TERMS

PREPAID FREIGHT:         COLLECT FREIGHT: X

### PAYMENT/DISCOUNT TERMS

INITIAL ORDER DAYS: Net 15 EOFM            %:
RE-ORDER DAYS:                              %:
NEW STORE %:       FIXED $:       Per Store

### PAYMENT METHOD

% Of Retail: x   Cost: ___   Other: ___   Vendor Portion %: 55.00%    TSA Portion %: 45.00%
PYMT DETAILS:
SHRINK: Vendor is responsible for all missing or lost goods (shrink), Up To 2.00% Retail Sales
EXCEPTIONS:

VENDOR INITIALS: _____   TSA INITIALS: _____                Page 1

ID: 770



## 2013 VENDOR DEAL SHEET SUMMARY
### PAY BY SCAN

- If Vendor is converting to the Pay-by-Scan program, Vendor shall reimburse TSA for all costs of goods on hand at the time of conversion.
- Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.tradingpartnerinsight.com/tsa/Login.aspx and incorporated by reference.
- TSA and Vendor agree that the arrangement contemplated by this agreement shall be a consignment as defined in Section 9-102 of the Colorado and Delaware Uniform Commercial Codes. Vendor shall retain title to all goods subject to this agreement until the date of sale at which time title shall pass from Vendor to the purchaser of such goods. Vendor shall be entitled to file UCC-1 Financing Statements to reflect this consignment.
- The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

| Vendor | TSA STORES, INC. |
|---|---|
| By: *[signature]* | By: _____ (Buyer) |
| Print Name: SIMON BONHAM | Print Name: _____ |
| Title: CEO | Title: _____ |
| Date: 25/3/2013 | Date: _____ |
| PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL AGREEMENT. | By: _____ (DMM) |
| | Print Name: _____ |
| | Title: Divisional Merchandise Manager |
| | Date: _____ |

ID:   770



## 2014 VENDOR DEAL SHEET SUMMARY
### PAY BY SCAN

EFFECTIVE PERIOD:   2/2/2014   THROUGH   1/31/2015

**VENDOR NUMBER:**   24201
**VENDOR NAME:**   Hi-Tec Sports USA Inc
**DEPTS:**   916, 917, 919
**SUB DEPT:**

### ENTITLEMENTS

**CO-OP %:**
**MDF PROGRAM:**   MDF %   MDF $
**ECOMMERCE CO-OP/OTHER PROGRAM:**   OTHER %:
**CO-OP/MDF EXCLUSIONS:**
**REBATE %:**
**REBATE TIERS:**
**REBATE EXCLUSIONS:**
**LOGISTICS:**
**OTHER ENTITLEMENTS:**   AMOUNT $
   AMOUNT $

### DEFECTIVE PROGRAM
DFC:  x       RTV:

### FREIGHT TERMS
**PREPAID FREIGHT:**  x     **COLLECT FREIGHT:**

### PAYMENT/DISCOUNT TERMS
**INITIAL ORDER DAYS:** Net 15 EOFM    %:
**RE-ORDER DAYS:**    %:
**NEW STORE %:**    FIXED $:    Per Store

### PAYMENT METHOD
**% Of Retail:** x   **Cost:** __   **Other:** __   **Vendor Portion %:** 55.00%   **TSA Portion %:** 45.00%
**PYMT DETAILS:**
**SHRINK:** Vendor is responsible for all missing or lost goods (shrink), Up To 2.00% Retail Sales
**EXCEPTIONS:**

**VENDOR INITIALS:** _SPK_   **TSA INITIALS:** _____   Page 1

ID:  770



## 2014 VENDOR DEAL SHEET SUMMARY
### PAY BY SCAN

- If Vendor is converting to the Pay-by-Scan program, Vendor shall reimburse TSA for all costs of goods on hand at the time of conversion.
- Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.tradingpartnerinsight.com/tsa/Login.aspx and incorporated by reference.
- TSA and Vendor agree that the arrangement contemplated by this agreement shall be a consignment as defined in Section 9-102 of the Colorado and Delaware Uniform Commercial Codes. Vendor shall retain title to all goods subject to this agreement until the date of sale at which time title shall pass from Vendor to the purchaser of such goods. Vendor shall be entitled to file UCC-1 Financing Statements to reflect this consignment.
- The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor.

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

| Vendor | TSA STORES, INC. |
|---|---|
| By: *(signature)* | By: _____ (Buyer) |
| Print Name: SIMON BONHAM | Print Name: _____ |
| Title: CEO | Title: _____ |
| Date: 2/17/14 | Date: _____ |
| PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL AGREEMENT. | By: _____ (DMM) |
| | Print Name: _____ |
| | Title: Divisional Merchandise Manager |
| | Date: _____ |