IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Sports Authority Holdings, Inc., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 20, 157** |

**JOINDER OF HAINES CENTER-BURLINGTON, L.L.C.
IN OBJECTIONS BY CERTAIN LANDLORDS TO DEBTORS' MOTION
FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS
TO OBTAIN POST-PETITION SECURED FINANCING**

Haines Center-Burlington, L.L.C. ("**HCB**") hereby joins in the objections filed by certain other landlords to *Debtors' Motion For Interim and final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§105, 362, 363, and 364; (II) Granting Liens and Super Priority Claims to Post-Petition Lenders pursuant to 11 U.S.C. §§364 and 507; (III) Authorizing the Use of Cash Collateral and Providing Adequate Protection to Pre-Petition Secured Parties and Modifying the Automatic Stay pursuant to 11 U.S.C. §§361, 362, 363, and 364; and (IV) Scheduling a Final Hearing pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2* [Docket No. 20] (the "**DIP Motion**"), and in support thereof, respectfully states as follows:

     1.    On November 11, 2002, Debtor The Sports Authority, Inc. entered into a lease (the "**Lease**") with HCB for the premises (the "**Leased Premises**") located at 200 Richards Run, The Haines Industrial Center, Burlington Township, Burlington County, New Jersey 08016.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado, 80110.

2. On October 24, 2003, the tenant under the Lease merged into a wholly owned subsidiary of The Sports Authority, Inc., and the tenant became Debtor TSA Stores, Inc.

3. The Debtors have filed the DIP Motion to obtain post-petition financing for their continued operations pursuant to an approved budget (the "**DIP Budget**") while they attempt to sell their assets.

4. The DIP Motion and DIP Budget do not appear to provide for payment of post-petition rent to landlords such as HCB, including the "stub rent" for March 2 through March 31, 2016, even though they continue to occupy and use the Leased Premises. Further, the DIP Motion seeks a waiver of the estates' rights under sections 506(c) and 552(b) of the Bankruptcy Code for the benefit of Debtors' secured lenders.

5. Other landlords have filed objections to the DIP Motion (including, without limitation, the objections at Docket Nos. 621, 640 and 702 and, collectively with all other landlord objections to the DIP Motion, the "**Landlord Objections**") on the grounds that the effect of the DIP Motion and DIP Budget would be to impose the cost of the liquidation of the secured creditors' collateral on landlords without provision for payment of rent during the liquidation process and without the ability to surcharge the secured creditors' collateral as otherwise would be permitted under sections 506(c) and 552(b) of the Bankruptcy Code.

6. The Landlords join in and adopt the other Landlord Objections as applicable for the reasons stated therein.

WHEREFORE, HCB requests that the Court (i) deny the Debtors' DIP Motion unless the DIP Budget and other relief granted thereunder is modified consistent with this objection and the other Landlord Objections and (ii) grant such other and further relief as is just and proper.

Dated:  March 29, 2016                                              FOX ROTHSCHILD LLP

By:  */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE  19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

*Counsel to Haines Center-Burlington, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that, in addition to the notice and service provided through the Court's CM/ECF system, the within and foregoing JOINDER OF HAINES CENTER-BURLINGTON, L.L.C. IN OBJECTIONS BY CERTAIN LANDLORDS TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SECURED FINANCING has been served upon the following parties by depositing a true and accurate copy of same in the United States Mail, proper postage prepaid and properly addressed as follows:

Sports Authority Holdings, Inc., et al.
1050 West Hampden Avenue
Englewood, CO  80110

Hannah M. McCollum, Esq.
Office of the U.S. Trustee
844 N. King St., Suite 2207
Lockbox #35
Wilmington, DE  19801

Michael R. Nestor, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
(Counsel to the Debtors)

Gregory A. Taylor, Esq.
Ashby & Geddes
500 Delaware Ave.
Wilmington, DE  19801
(Counsel to the DIP Agent)

Mark Collins, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801
(Counsel to the FILO Agent)

Robert A. Klyman, Esq.
Matthew J. Williams, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
(Counsel to the Debtors)

Donald E. Rothman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108
(Counsel to the DIP Agent)

2

| | |
|---|---|
| Robert J. Stark, Esq.<br>Bennett S. Silverberg, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>(Counsel to the Prepetition Term Loan Agent) | Bradford J. Sandler, Esq.<br>Pachulski Stand Ziehl & Jones, LLP<br>919 North Market Street, 17th Fl.<br>Wilmington, DE 19801<br>(Counsel to the Official Committee of<br>Unsecured Creditors) |
| Andreas Andromalos, Esq.<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>(Counsel to the Prepetition Term Loan Agent) | Kevin J. Simard, Esq.<br>Van C. Durrer, II, Esq.<br>Adithya Mani, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>(Counsel to the Liquidation Consultant) |
| John K. Lyons, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606<br>(Counsel to the Liquidation Consultant) | Robert A. Weber, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(Counsel to the Liquidation Consultant) |
| Alan J. Kornfeld, Esq.<br>Jeffrey N. Pomerantz, Esq.<br>Pachulski Stand Ziehl & Jones, LLP<br>10100 Santa Monica Boulevard, 11th Fl.<br>Los Angeles, CA 90067<br>(Counsel to the Official Committee of<br>Unsecured Creditors) | |

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)