IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SPORTS AUTHORITY HOLDINGS, et al[1] | : | Case No. 16-10527 (MFW) |
| | : | |
| Debtor. | : | Jointly Administered |
| | : | |
| | : | Related Doc. Nos. 20,157,621,642,668,748 |
| | : | Hearing Date: April 5, 2016 at 2:00 p.m. (ET) |

**JOINDER OF PHOENIX WATERBURY LLC TO CERTAIN LANDLORDS'
OBJECTIONS TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS
AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SECURED FINANCING**

Phoenix Waterbury LLC ("Phoenix" or "Landlord") hereby objects to the *Debtors' Motion for Interim and Final Orders Authorizing Debtors to Obtain Post-Petition Secured Financing* [Docket No. 20] (the "DIP Motion"), and in support thereof state as follows:

1. The Debtors lease space from Phoenix in Waterbury, Connecticut pursuant to a Lease dated January 18, 1996, as amended pursuant to the First Amendment to Lease dated November 10, 2015 (the "Lease").

2. The Debtors seek to obtain post-petition financing in order to operate outside of the ordinary course of business by selling their assets, including the Phoenix Lease.

3. The Approved DIP Budget, upon information and belief, does not provide for the payment of Stub Rent owed to Phoenix for use of its property from March 2, 2016 through March 31, 2016, and does not appear to provide for the payment of any post-petition rent, as the approved Budget lacks any detail.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5564); The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

4.  Despite failing to provide for the payment of Stub Rent in the Approved Budget, the Debtors seek to waive their protections set forth in sections 506(c) and 552(b) of the Bankruptcy Code.

5.  Carousel Center Company, L.P. *et al.*, Brixmor Property Group, Inc. *et al.*, Baker-Boca Raton, LLC *et al.*, and James Campbell Company LLC *et al.*, among other landlords, filed limited objections to the DIP Motion outlining the ways in which the DIP Motion forces landlords to pay for the liquidation of the secured creditors' collateral without the ability to surcharge the secured creditors' collateral pursuant to section 506(c) and 552(b) or the payment of Stub Rent to landlords [Docket Nos. 621, 642, 668, 748] (together, the "Limited Objections").

6.  Phoenix hereby joins in, adopts and incorporates by reference the Limited Objections as well as any other relevant objections to the DIP Motion filed by Debtors' other landlords, for the reasons stated therein, including that the proposed DIP financing is materially unfair and contrary to law, as it burdens landlords with the costs of liquidating the Lenders collateral.

7.  The entry of any final DIP order should be conditioned upon the Debtors' immediate payment of all Stub Rent due to Phoenix, and any waiver of the protections of 506(c) and 522(b) must be denied in the absence of payment of Stub Rent and all administrative rent due Phoenix under the Lease.

8.  Phoenix reserves the right to supplement this joinder and make such other and further objections as may be necessary or appropriate.

**WHEREFORE**, Phoenix requests that the Debtors' DIP Motion be denied unless modified consistent with the Limited Objections and this Joinder.

Dated: March 29, 2016  
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

By    /s/Charles J. Brown, III
Charles J. Brown, III (DE #3368)
Gellert Scali Busenkell Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel.: 302-425-5813
Fax: 302-425-5814
cbrown@gsbblaw.com

-and-

Halloran & Sage

Craig I. Lifland,
*Pro Hac Vice Admission Pending*
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Tel.: 860-241-4044
Fax: 860-548-0006
lifland@halloransage.com

*Counsel to Phoenix Waterbury LLC*