IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| SPORTS AUTHORITY HOLDINGS, et al[1] | : Case No. 16-10527 (MFW) |
| | : |
| Debtor. | : Jointly Administered |
| | : |
| | : Re: D.I. 67, 519, 525 |
| | : |
| | : Hearing Date: April 26, 2016 at 11:30 a.m. (ET) |
| | : Objection Deadline: April 12, 2016 at 4:00 p.m. |

**JOINDER OF PHOENIX WATERBURY LLC TO CERTAIN LANDLORDS'
OBJECTIONS TO THE DEBTORS' MOTION FOR AN ORDER, PURSUANT TO
SECTION 365(d)(4) OF THE BANKRUPTCY CODE, EXTENDING THE DEADLINE
BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF
NON-RESIDENTIAL REAL PROPERTY UNDER WHICH
<u>ANY OF THE DEBTORS ARE LESSEES</u>**

Phoenix Waterbury LLC ("Phoenix" or "Landlord") hereby objects to the *Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors are Lessees* [Docket No. 67] (the "Motion"), and in support thereof state as follows:

1. The Debtors lease space from Phoenix in Waterbury, Connecticut pursuant to a Lease dated January 18, 1996, as amended pursuant to the First Amendment to Lease dated November 10, 2015 (the "Lease").

2. By the Motion, the Debtors seek a ninety (90) day extension, through and including September 28, 2016, by which to assume or reject unexpired leases of nonresidential real property.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5564); The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

3.      Pinetree Realty Corporation and Public Storage filed objections to the Motion [Docket Nos. 519, 525] (together, the "Objections").

4.      Phoenix hereby joins in, adopts and incorporates by reference the Objections as well as any other relevant objections to the Motion filed by the Debtors' other landlords, for the reasons stated therein.

5.      The Court should condition any extension on the Debtors' timely payment of all amounts that come due under the Lease from and after the Petition Date (as defined in the Motion) during the period up to and including September 28, 2016, including, without limitation the "Stub" period rent due for March 2016.

6.      Phoenix reserves the right to supplement this joinder and make such other and further objections as may be necessary or appropriate.

**(PAGE LEFT INTENTIONALLY BLANK)**

**WHEREFORE**, Phoenix respectfully requests that the Court deny the relief requested in the Motion, or in the alternative, enter an order (i) conditioning approval of the Motion upon the Debtors' timely payment of all amounts that come due under the Lease after the Petition Date, and (ii) granting such other and further relief as the Court deems just and proper.

Dated: March 29, 2016　　　　　　　　　　　GELLERT SCALI BUSENKELL &
Wilmington, Delaware　　　　　　　　　　　BROWN, LLC

　　　　　　　　　　　　　　　　　　　　　By___/s/Charles J. Brown, III_____
　　　　　　　　　　　　　　　　　　　　　　Charles J. Brown, III (DE #3368)
　　　　　　　　　　　　　　　　　　　　　　Gellert Scali Busenkell Brown, LLC
　　　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Tel.: 302-425-5813
　　　　　　　　　　　　　　　　　　　　　　Fax: 302-425-5814
　　　　　　　　　　　　　　　　　　　　　　cbrown@gsbblaw.com

　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　Halloran & Sage

　　　　　　　　　　　　　　　　　　　　　Craig I. Lifland,
　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice Admission Pending*
　　　　　　　　　　　　　　　　　　　　　Halloran & Sage LLP
　　　　　　　　　　　　　　　　　　　　　225 Asylum Street
　　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　　　　Tel.: 860-241-4044
　　　　　　　　　　　　　　　　　　　　　Fax: 860-548-0006
　　　　　　　　　　　　　　　　　　　　　lifland@halloransage.com

　　　　　　　　　　　　　　　　　　　　　*Counsel to Phoenix Waterbury LLC*