IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                          :

In re                               :        Chapter 11

SPORTS AUTHORITY HOLDINGS, INC., *et al.*,  :        Case No. 16-10527 (MFW)

                                          :        **Jointly Administered**

               Debtors.                :

                                          :        **Re: Docket Nos. 67, 519 & 525**
------------------------------------------------------------X

**JOINDER OF 845 THIRD L.P. TO THE OBJECTION BY CERTAIN LANDLORDS
TO DEBTORS' MOTION TO EXTEND THE TIME TO ASSUME OR REJECT
UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY
UNDER WHICH ANY OF THE DEBTORS ARE LESSEES**

       845 Third L.P. (f/k/a 845 Third Company)  ("**Landlord**"), by and through its undersigned counsel, hereby joins in the objections filed by other landlords to the above-captioned debtors' (the "**Debtors**") *Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors are Lessees* [Docket No. 67] (the "**Motion**"), and in support thereof, respectfully states as follows:

       1.     Landlord leases a portion of the basement, ground, and second floors in the building known as 845 Third Avenue (the "**Premises**") to Debtor TSA Stores, Inc. pursuant to a certain Agreement of Lease dated as of July 27, 1995 (as amended and supplemented, the "**Lease**") between Landlord and Herman's Sporting Goods, Inc. ("**Herman's**"), which lease was subsequently assumed and assigned to The Sports Authority Inc., which later merged with and into TSA Stores, Inc.

2494720.1

2. On March 2, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (this "**Court**").

3. The Motion seeks to provide the Debtors with an additional 90 days beyond the deadline set forth in section 365(d)(4)(A)(i) of the Bankruptcy Code to assume or reject the Lease, as well as any other lease under which any of the Debtors are a lessee.

4. Pinetree Realty Corporation and Public Storage filed objections to the Motion (Docket Nos. 519 and 525) (collectively, the "**Objections**"). Landlord hereby joins in, and adopts and incorporates by reference, the Objections as well as any other relevant objections to the Motion filed by the Debtors' other landlords.

5. Landlord also submits that the Court should condition any extension pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code on the Debtors' timely payment of all amounts that are due under the Lease subsequent to the Petition Date, including, but not limited to, the rent owed for the "stub" period of March from the Petition Date through March 31, 2016.

6. Further, the deadline to assume or reject the Lease should not extend past the confirmation of a plan of reorganization in the Debtors' bankruptcy cases.

7. Landlord reserves the right to supplement this joinder and make such other and further objections as may be necessary or appropriate.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WHEREFORE, Landlord requests that the Court (i) deny the Motion and (ii) grant such other further relief as is just and proper.

Dated: Wilmington, Delaware  
       March 29, 2016

Respectfully submitted,

By: */s/ Frederick B. Rosner*  
Frederick B. Rosner (DE #3995)  
Scott J. Leonhardt (DE #4885)  
THE ROSNER LAW GROUP LLC  
824 N. Market Street, Suite 810  
Wilmington, DE 19801  
(302) 777-1111  
rosner@teamrosner.com

-and -

Marc D. Rosenberg  
Michael S. Weinstein  
GOLENBOCK EISEMAN ASSOR BELL  
 & PESKOE LLP  
437 Madison Avenue  
New York, New York 10022  
(212) 907-7300

*Co-Counsel for 845 Third L.P.*