# EXHIBIT A

ID. 804



## 2015 VENDOR DEAL SHEET SUMMARY
### PAY BY SCAN

**EFFECTIVE PERIOD** 2/1/2015 **THROUGH** 1/30/2016

**VENDOR NUMBER:** 24050
**VENDOR NAME:** Ogio International
**DEPTS:** 965
**SUB DEPT:**

### ENTITLEMENTS

**CO-OP %:** 2.00%
**MDF PROGRAM:** _____ **MDF %** _____ **MDF $** _____
**ECOMMERCE CO-OP/**
**OTHER PROGRAM:** _____ **OTHER %:** _____
**CO-OP/MDF EXCLUSIONS:**
**REBATE %:**
**REBATE TIERS:** 1% >$1M, 2% >$1.5M, 3% >$2M
**REBATE EXCLUSIONS:** Actual Rebate will be calculated less any closeouts or opportunity buys
**LOGISTICS:** 1.50%
**OTHER ENTITLEMENTS:** _____ **AMOUNT $** _____
_____ **AMOUNT $** _____

### DEFECTIVE PROGRAM
**DFC:** x           **RTV:**

### FREIGHT TERMS
**PREPAID FREIGHT:** _____ **COLLECT FREIGHT:** x

### PAYMENT/DISCOUNT TERMS
**INITIAL ORDER DAYS:** Net 15 EOFM           **%:**
**RE-ORDER DAYS:**           **%:**
**NEW STORE %:**           **FIXED $:** _____ Per Store

### PAYMENT METHOD
**% Of Retail:** __  **Cost:** x  **Other:** __  **Vendor Portion %:** _____  **TSA Portion %:** _____
**PYMT DETAILS:**
**SHRINK:** Vendor is responsible for all missing or lost goods (shrink).
**EXCEPTIONS:**

**VENDOR INITIALS:** [signed]           **TSA INITIALS:** [signed]           Page 1

ID. 804



### 2015 VENDOR DEAL SHEET SUMMARY
### PAY BY SCAN

- If Vendor is converting to the Pay-by-Scan program, Vendor shall reimburse TSA for all costs of goods on hand at the time of conversion.
- Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.tradingpartnerinsight.com/tsa/Login.aspx and incorporated by reference.
- TSA and Vendor agree that the arrangement contemplated by this agreement shall be a consignment as defined in Section 9-102 of the Colorado and Delaware Uniform Commercial Codes. Vendor shall retain title to all goods subject to this agreement until the date of sale at which time title shall pass from Vendor to the purchaser of such goods. Vendor shall be entitled to file UCC-1 Financing Statements to reflect this consignment.
- The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor.

**IN WITNESS WHEREOF,** the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

| Vendor | | TSA STORES, INC. | |
|---|---|---|---|
| By: _[signature]_ | | By: _[signature]_ | (Buyer) |
| Print Name: PETER WOOD | | Print Name: Emily Wieghaus | |
| Title: NATIONAL ACCOUNT MANAGER | | Title: Buyer | |
| Date: 1-28-15 | | Date: 2/23/15 | |
| PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL AGREEMENT. | | By: _[signature]_ | (DMM) |
| | | Print Name: Michael LaForte | |
| | | Title: Divisional Merchandise Manager | |
| | | Date: 2/26/15 | |

ID: 492



## 2015 VENDOR DEAL SHEET

**EFFECTIVE PERIOD**   2/1/2015   **THROUGH**   1/30/2016

**VENDOR NUMBER:** 604155
**VENDOR NAME:** OGIO
**DEPTS:** 965
**SUB DEPT:**

### ENTITLEMENTS

**CO-OP %:**

**MDF PROGRAM:** MDF    **MDF %** 2.00%    **MDF $**

**ECOMMERCE CO-OP/ OTHER PROGRAM:**    **OTHER %:**

**CO-OP/MDF EXCLUSIONS:**

**REBATE %:**

**REBATE TIERS:** 2%>$750K, 3%>$850K, 5%>$1M

**REBATE EXCLUSIONS:** EXCLUDES PBS ITEMS, CLOSEOUTS AND OPPORTUNITY BUYS

**LOGISTICS:** 1.50%

**OTHER ENTITLEMENTS:**    **AMOUNT $**

   **AMOUNT $**

### DEFECTIVE PROGRAM   (SELECT ONE ONLY)

**DEFECTIVE ALLOWANCE %:**    **DFC** x    **RTV**

### FREIGHT TERMS

**PREPAID FREIGHT:**    **COLLECT FREIGHT:** x

### SHRINK/SECURITY EXPENSE OFFSET

Rate of Shrink Rebate (% of Retail Sales):

Rate of Security Expense Offset (% of Gross Rects):

### PAYMENT/DISCOUNT TERMS

Circle One:
**INITIAL ORDER DAYS:** NET 60    **%:** 10%    % PAYMENT/COST
**RE-ORDER DAYS:** NET 60    **%:** 10%    % PAYMENT/COST
**NEW STORE %:** 25.00%    **FIXED $:**    Per Store

**VENDOR INITIALS:**     **TSA INITIALS:**     Page 1

Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.tradingpartnerinsight.com/tsa/Login.aspx and incorporated by reference. As indicated in the VRG, statements of account must be submitted to TSA on no less than a quarterly basis or as requested.

The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor.

**IN WITNESS WHEREOF,** the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

| Vendor | | TSA STORES, INC. | |
|---|---|---|---|
| By: _Peter Woolf_ | | By: _Emily Wieghaus_ | (Buyer) |
| Print Name: PETER WOOLF | | Print Name: Emily Wieghaus | |
| Title: NATIONAL ACCOUNT MANAGER | | Title: Buyer | |
| Date: 1-28-15 | | Date: 2/23/15 | |
| | | By: _Michael LaPorte_ | (DMM) |
| PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL | | Print Name: Michael LaPorte | |
| | | Title: Divisional Merchandise Manager | |
| | | Date: 2/26/15 | |

VENDOR INITIALS: _PW_   TSA INITIALS: _EW_