IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Sports Authority Holdings, Inc., *et al.*, | ) | Case No. 16-10527 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Dkt. Nos. 20, 157** |

**JOINDER OF U.S. REIF JOLIET SC FEE, LLC, IN OBJECTIONS BY CERTAIN LANDLORDS TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SECURED FINANCING**

U.S. REIF JOLIET SC FEE, LLC, on behalf of itself and certain affiliates (hereinafter, collectively, "U.S. REIF"), hereby joins in the objections filed by certain other landlords to the *Debtors' Motion For Interim and final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§105, 362, 363, and 364; (II) Granting Liens and Super Priority Claims to Post-Petition Lenders pursuant to 11 U.S.C. §§364 and 507; (III) Authorizing the Use of Cash Collateral and Providing Adequate Protection to Pre-Petition Secured Parties and Modifying the Automatic Stay pursuant to 11 U.S.C. §§361, 362, 363, and 364; and (IV) Scheduling a Final Hearing pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2* [D.I. 20] (the "DIP Motion"), and in support of its Objection, U.S. REIF respectfully states as follows:

### Introduction

1. U.S. REIF is the lessor and TSA Stores, Inc. is the lessee of certain non-residential real property in Joliet, Illinois ("Property"), pursuant to that certain Shopping Center Lease dated effective May 15, 2014 (the "Lease"). (Debtors refer to the Property as Store No. 589.)

2.  On March 2, 2016 (the "Petition Date"), Sports Authority Holdings, Inc., TSA Stores, Inc. and certain affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing the above-captioned case in the United States Bankruptcy Court for the District of Delaware.

3.  Debtors did not pay rent and related monthly charges on the Property to U.S. REIF for the month of February, 2016 and owed additional amounts to U.S. REIF. In addition, although the Debtors continue in possession of the Property, the Debtors did not pay rent and related monthly charges or make arrangements for their payment for the month of March, 2016. (The March, 2016 rent is hereinafter referred to as the "Stub Rent").

4.  On the Petition Date, among other motions, the Debtors filed the DIP Motion.

5.  As asserted by certain other landlords in objections to the DIP Motion (e.g. Docket Nos. 621, 640, 702 (collectively, the "Landlord Objections")), the DIP Motion and the budget proposed with respect to it, do not appear to provide for payment of Stub Rent. To the contrary, for the benefit of the DIP Lenders, the Debtors' DIP Motion seeks a waiver of Debtors' rights to seek relief in the form of a surcharge on the DIP Lenders' collateral under 11 U.S.C. §§506(c) and 552(b).

6.  The Landlord Objections assert that the effect of the "DIP Motion and accompanying DIP Budget is to impose the cost of the liquidation, including the DIP Lenders' collateral, on the landlords, without provision for payment of Stub Rent.

7.  U.S. REIF therefore joins in and adopts the Landlord Objections to the extent applicable to it for the reasons set forth above.

WHEREFORE, U.S. REIF requests that: (A) the Court deny the Debtors' DIP Motion unless the proposed Order and DIP Budget are revised to provide for payment of Stub Rent to

U.S. REIF, and that (B) grant U.S. REIF such other and further relief as the Court deems just and proper.

Dated: March 30, 2016

CONNOLLY GALLAGHER LLP

/s/ Kelly M. Conlan
Karen C. Bifferato (#3279)
Kelly M. Conlan (#4786)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 888-6221
Facsimile: (302) 757-7280
Email: kbifferato@connollygallagher.com
Email: kconlan@connollygallagher.com

-and-

Richard J. Mason (#1787659)
Patricia K. Smoots (#6194076)
McGuireWoods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
Email: psmoots@mcguirewoods.com
Email: rmason@mcguirewoods.com

*Attorneys for U.S. Reif Joliet SC Fee, LLC and affiliates*