# IN THE UNITED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Sports Authority Holdings, Inc., *et al.,*[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 67, 519, 525** |

**JOINDER OF HAINES CENTER-BURLINGTON, L.L.C.
TO CERTAIN LANDLORDS' OBJECTIONS TO THE DEBTORS' MOTION FOR AN
ORDER, PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE,
EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR
REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY UNDER
WHICH ANY OF THE DEBTORS ARE LESSEES**

Haines Center-Burlington, L.L.C. ("**HCB**") hereby joins in the objections filed by certain other landlords to the *Debtors' Motion For an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors are Lessees* [Docket No. 67] (the "**Motion**"), and in support thereof, respectfully states as follows:

1. On November 11, 2002, Debtor The Sports Authority, Inc. entered into a lease (the "**Lease**") with HCB for the premises (the "**Leased Premises**") located at 200 Richards Run, The Haines Industrial Center, Burlington Township, Burlington County, New Jersey 08016.

2. On October 24, 2003, the tenant under the Lease merged into a wholly owned subsidiary of The Sports Authority, Inc., and the tenant became Debtor TSA Stores, Inc.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado, 80110.

3. By the Motion, the Debtors seek a ninety (90) day extension, through and including September 28, 2016, by which to assume or reject unexpired leases of nonresidential real property.

4. Other landlords have filed objections to the Motion and joinders thereto (including, without limitation, the objections at Docket Nos. 519 and 525, collectively with all other landlord objections to the DIP Motion and joinders, the "**Landlord Objections**").

5. HCB hereby joins in, adopts and incorporates by reference the Landlord Objections as applicable for the reasons stated therein.

6. The Court should condition any extension on the Debtors' timely payment of all amounts that come due under the Lease from and after the Petition Date (as defined in the Motion) during the period up to and including September 28, 2016, including, without limitation the "Stub" period rent due for March 2016.

7. HCB reserves the right to supplement this joinder and make such other and further objections as may be necessary or appropriate.

WHEREFORE, HBC respectfully requests that the Court deny the relief requested in the Motion, or in the alternative, enter an order (i) conditioning approval of the Motion upon the Debtors' timely payment of all amounts that come due under the Lease after the Petition Date, and (ii) granting such other and further relief as the Court deems just and proper.

Dated: March 30, 2016

FOX ROTHSCHILD LLP

By: */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE  19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
*Counsel to Haines Center-Burlington, L.L.C.*

2

# CERTIFICATE OF SERVICE

I hereby certify that, in addition to the notice and service provided through the Court's CM/ECF system, the within and foregoing JOINDER OF HAINES CENTER-BURLINGTON, L.L.C. TO CERTAIN LANDLORDS' OBJECTIONS TO THE DEBTORS' MOTION FOR AN ORDER, PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE, EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY UNDER WHICH ANY OF THE DEBTORS ARE LESSEES has been served upon the following parties by depositing a true and accurate copy of same in the United States Mail this 30th day of March 2016, proper postage prepaid and properly addressed as follows:

Sports Authority Holdings, Inc., et al.
1050 West Hampden Avenue
Englewood, CO  80110

Hannah M. McCollum, Esq.
Office of the U.S. Trustee
844 N. King St., Suite 2207
Lockbox #35
Wilmington, DE  19801

Michael R. Nestor, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
(Counsel to the Debtors)

Gregory A. Taylor, Esq.
Ashby & Geddes
500 Delaware Ave.
Wilmington, DE  19801
(Counsel to the DIP Agent)

Mark Collins, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801
(Counsel to the FILO Agent)

Robert A. Klyman, Esq.
Matthew J. Williams, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
(Counsel to the Debtors)

Donald E. Rothman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108
(Counsel to the DIP Agent)

1

Robert J. Stark, Esq.
Bennett S. Silverberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
(Counsel to the Prepetition Term Loan Agent)

Andreas Andromalos, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA  02111
(Counsel to the Prepetition Term Loan Agent)

John K. Lyons, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL  60606
(Counsel to the Liquidation Consultant)

Alan J. Kornfeld, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stand Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Fl.
Los Angeles, CA  90067
(Counsel to the Official Committee of
Unsecured Creditors)

Bradford J. Sandler, Esq.
Pachulski Stand Ziehl & Jones, LLP
919 North Market Street, 17th Fl.
Wilmington, DE  19801
(Counsel to the Official Committee of
Unsecured Creditors)

Kevin J. Simard, Esq.
Van C. Durrer, II, Esq.
Adithya Mani, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA  90071
(Counsel to the Liquidation Consultant)

Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 North King Street
Wilmington, DE  19801
(Counsel to the Liquidation Consultant)

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)