UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-10527-MFW <br><br> (Jointly Administered) <br><br> Hearing Date: April 5, 2016 at 1:00 p.m. <br><br> Ref. Docket No. 106, 549 – 562, 570, 572, 577, 578, 595, 603, 605, 612, 615, 618, 622, 630, 632, 651, 655, 659, 672, 675, 679, 682, 683-, 685, 686, 689, 700, 760, 777 |

**SUPPLEMENT TO LIMITED OBJECTION [DKT # 561] OF LEVIN MANAGEMENT CORPORATION AS AGENT FOR IKEA PROPERTIES, INC. TO DEBTORS' MOTION, PURSUANT TO SECTIONS 105, 363 AND 365 OF THE BANKRUPTCY CODE, FED. R. BANKR. P. 2002, 6003, 6004, 6006, 9007, 9008 AND 9014 AND DEL. BANKR. L.R. 2002-1, 6004-1 AND 9006-1, FOR ENTRY OF (A) AN ORDER (I) APPROVING BID PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) SCHEDULING AN AUCTION FOR AND HEARING TO APPROVE SALE OF ASSETS, (III) APPROVING NOTICE OF RESPECTIVE DATE, TIME AND PLACE FOR AUCTION AND FOR HEARING ON APPROVAL OF SALE, (IV) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (V) APPROVING FORM AND MANNER OF NOTICE THEREOF, AND (VI) GRANTING RELATED RELIEF; AND (B) AN ORDER AUTHORIZING AND APPROVING (I) THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, RIGHTS, ENCUMBRANCES, AND OTHER INTERESTS, (II) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) RELATED RELIEF**

Levin Management Corporation as agent for Ikea Properties, Inc. (the "Landlord"), by and through its counsel, hereby files the following Supplement to Limited Objection to the above-captioned debtors' (the "Debtors") Motion Pursuant to Sections 105, 363 and 365 of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

1

Bankruptcy Code, Fed. R. Bankr. P. 2002, 6003, 6004, 6006, 9007, 9008 and 9014 and Del. Bankr. L.R. 2002-1, 6004-1 and 9006-1, for entry of (A) and Order (I) Approving Bid Procedures in Connection With the Sale of Substantially All of The Debtors' Assets, (II) Scheduling an Auction for and Hearing to Approve Sale of Assets, (III) Approving Notice of Respective Date, Time and Place for Auction and For Hearing on Approval of Sale, (IV) Approving Procedure for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving Form and Manner of Notice thereof, and (VI) Granting Related Relief; and (B) An Order Authorizing and Approving (I) The Sale of Substantially All of the Debtors' Assets Free and Clear of Liens Claims, Rights, Encumbrances, and Other Interests, (II) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Related Relief (the "Motion[2]"), and respectfully represents as follows:

## BACKGROUND

1. As referenced in Landlord's original limited objection [Dkt #561], Landlord and Debtors are parties to a certain lease dated December 20, 2004 (the "Lease") for retail property located at Routes 4 and 17 in Paramus, N.J. (the "Premises").

2. The Debtors are delinquent with rent during the months of February and March 2016, as well as other charges, including reconciliation fees, which became due and owing to Landlord in the sum of **$345,653.91**, plus any additional rent, attorneys' fees, costs and other charges. (See Accounting, Exhibit "A" attached hereto.) In addition, April rent and other charges will become due before the return date of the Motion.

3. In addition, the Motion also fails to provide that landlords may bid on their own leases.

4. Further, the Motion fails to provide when adequate assurance information will be provided as there is no deadline.

---

[2] Capitalized terms shall have the same meaning ascribed to them in the Motion, unless otherwise provided herein.

2

## SUPPLEMENTAL OBJECTIONS

5. Landlord incorporates the prior objections provided in it original objection [Dkt #561], as if set forth in full and supplements the same with additional objections, below.

6. The Court should condition approval of the Motion on: 1) Debtors' timely payment of all amounts that come due under the Lease, including, without limitation, the "Stub" period rent due for March 2016; and 2) compliance with the covenant terms of the Lease.

7. In addition, the Court should condition approval of the Motion on landlords ability to bid on their own lease, with the ability to credit bid cure amounts without any minimum bid or deposit required.

8. Further, the Court should condition approval of the Motion on the providing of adequate assurance information at least seven (7) days before objections to the sale are due.

**WHEREFORE**, for the foregoing reasons and for the reasons set forth in its original objection, Levin Management Corporation as agent for Ikea Properties, Inc. respectfully requests the relief set forth above, and such other and further relief as this Court deems just and proper.

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

Dated: March 30, 2016

By: /s /*John R. Weaver, Jr.*
John R. Weaver, Jr.

P.O. Box 510
203 W. 18th Street
Wilmington, Delaware 19899
(302) 428-1077 (main)
(302) 655-7371 (direct)
jrweaverlaw@verizon.net

and

Thomas S. Onder
Timothy P. Duggan
Joseph H. Lemkin
**STARK & STARK**
**A Professional Corporation**
993 Lenox Drive
Lawrenceville, NJ 08648
(609) 219-7458 (direct)
(609) 896-9060 (main)
(609) 895-7395 (facsimile)

Attorneys for Levin Management Corporation, as Agent for Ikea Properties, Inc.

# EXHIBIT A

Account Number: 7G002  
Location: Paramus, NJ

**Sports Authority**  
**Pre-Petition**  
**Statement of Account**

March 16, 2016

A. MINIMUM RENT

    February 1, 2016      141,666.66  
    March 1, 2016      141,666.66  
                                                       283,333.32

B. COMMON AREA MAINTENANCE (monthly w/year end settle-up)

    February 1, 2016      5,330.42  
    2015 Year End Reconciliation      11,373.90  
    January & February 2016 Escrow Adjustment      1,895.65  
    March 1, 2016      6,278.24  
                                                       24,878.21

C. REAL ESTATE TAXES (monthly w/ year end settle-up)

    January 1, 2016-Payment Received      (69.57)  
    February 1, 2016      19,173.43  
    2015 Year End Reconciliation      (834.91)  
    March 1, 2016      19,173.43  
                                                       37,442.38

**Total Amount Due**                                                **345,653.91**