**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                                 :

In re                                        :        Chapter 11

SPORTS AUTHORITY HOLDINGS,    :        Case No. 16-10527 (MFW)
                                         :        (Jointly Administered)
                     Debtors.     :
                                         :        **Hearing Date: April 5, 2016 at 2 PM**
                                         :
---------------------------------------------------------x    Related Docket Nos.: 20, 57, 67, 106, 519, 525, 621, 642, 659, 668, 748

**JOINDER OF NORTHLAKE ASSOCIATES, LP
IN CERTAIN LANDLORDS' OBJECTIONS TO (A) DEBTORS' MOTION FOR
ENTRY OF AN ORDER (I) APPROVING BID PROCEDURES IN CONNECTION
WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (B)
DEBTORS' MOTION FOR AN ORDER, PURSUANT TO SECTION 365(d)(4) OF THE
BANKRUPTCY CODE, EXTENDING THE DEADLINE BY WHICH THE DEBTORS
MUST ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL
PROPERTY, AND (C) DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS
AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SECURED FINANCING**

Landlord, Northlake Associates, LP ("Northlake") hereby submits the following joinder to the limited objections of certain landlords to (a) Debtors' Motion for Entry of an Order (I) Approving Bid Procedures In Connection with the Sale of Substantially All of the Debtors' Assets (D.I. 106) (the "Bid Procedures Motion"), (b) Debtors' Motion for an Order Pursuant To Section 365(d)(4) Of The Bankruptcy Code, Extending The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Non-Residential Real Property (D.I. 67) (the "Extension Motion") and (c) Debtors' Motion for Interim and Final Orders Authorizing Debtors to Obtain Post-Petition Secured Financing (D.I. 20) (the "DIP Financing Motion") and in support thereof says as follows:

16893776v.1

1. On March 2, 2016 (the "Petition Date"), Sports Authority Holdings, Inc. and its debtor affiliates each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. Debtor is a party to an unexpired lease of nonresidential real property with Northlake for space at 3200 Northlake Parkway, Atlanta, GA 30345 (Store No. 415) (the "Lease").

3. The Lease is a "lease of real property in a shopping center" as that term is used in Section 365(b)(3) of the Bankruptcy Code.

4. Northlake is owed at least $38,886.85 in unpaid rent and other charges under the Lease with respect to the post-petition portion of the month of March 2016 (the "Stub Rent").

5. Debtors are improperly using the body of landlords as an involuntary lender by strategically filing early in the month and categorically refusing to pay Stub Rent, despite the fact that Debtors are realizing and attempting to realize multiple benefits from the leases involved, including generating revenue from store operations and attempting to preserve the leases and the operating stores as assets to be marketed in the upcoming auction process.

6. Certain other landlords have objected to certain relief requested by Debtors on grounds including the failure to pay Stub Rent and to make provision for payment of Stub Rent, including without limitation the following (collectively, "Landlord Objections"):

    a. Objections of Pinetree Realty Corporation and Public Storage to Debtors' Motion for an Order Pursuant To Section 365(d)(4) Of The Bankruptcy Code,

- 3 -

Extending The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Non-Residential Real Property (D.I. 519, 525)

b. Objections of Baker-Boca Raton, LLC, et al., to Debtors' Motion for Entry of an Order (I) Approving Bid Procedures In Connection with the Sale of Substantially All of the Debtors' Assets (D.I. 659)

c. Objections of Carousel Center Company, L.P., Brixmor Property Group, Baker-Boca Raton, LLC, and James Campbell Company to Debtors' Motion for Interim and Final Orders Authorizing Debtors to Obtain Post-Petition Secured Financing (D.I. 621, 647, 668, 748).

7. Northlake joins in the Landlord Objections for the purpose of asserting and preserving Northlake's right to immediate payment of the Stub Rent, and to object to the grant of the Extension Motion, approval of the Bid Procedures and approval of the DIP Financing unless such relief is conditioned on immediate payment of the Stub Rent and provision for payment of Stub Rent being included in the DIP Budget.

8. Northlake also joins in the objections of the above referenced objecting landlords to the approval of any section 506(c) or 552(b) waivers unless provision is made for timely payment of Stub Rent and all ongoing future rent.

9. Any assurances or other provisions made for the payment of Stub Rent should not require landlords to file motions to compel payment of administrative expenses or otherwise to litigate their claims on a lease by lease basis.

For the reasons set forth above, Northlake joins in the Landlord Objections and requests that the Court deny approval of the Bid Procedures Motion, the Extension Motion and the DIP

- 4 -

Financing Motion unless Northlake's rights to timely payment of Stub Rent, without the necessity of further litigation, is protected, and grant such further relief as the Court deems proper.

Date: March 30, 2016

WHITE and WILLIAMS LLP

*/s/ James S. Yoder*
James S. Yoder (#2643)
824 North Market Street, Suite 902
Wilmington, DE 19899-0709
Tel: (302) 467-4524
Fax: (302) 467-4554
Email:yoderj@whiteandwilliams.com

*Attorneys for Northlake Associates, LP*

Of Counsel:

Frank J. Perch, III
(Admitted in PA, NJ and GA)
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103
215-864-6273
perchf@whiteandwilliams.com

16893776v.1