## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]

    Debtors.

Chapter 11

Case No. 16-10527 (MFW)

(Joint Administration Requested)

**Hearing Date: April 5, 2016 @ 2:00 p.m.**
**Ref. D.I. Nos. 20, 57, 621, 642, 668, 748**

### JOINDER OF WALDORF SHOPPERS' WORLD, LLC TO CERTAIN LANDLORDS' OBJECTIONS TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SECURED FINANCING

Waldorf Shoppers' World, LLC (the "*Landlord*") hereby joins in the Limited Objection of Certain Landlords to Debtors' Motion for Entry of an Order Debtors' Motion for Interim and Final Orders Authorizing Debtors to Obtain Post- Petition Secured Financing (the "*DIP Motion*") [D.I. 20], and in support thereof state as follows:

1.    The Landlord and TSA Stores, Inc. are parties to that certain Lease dated as of September 6, 1997 (as amended and supplemented from time to time, the "*Lease*") for retail property located in Waldorf Shoppers' World Shopping Center in Waldorf, Maryland.

2.    The Debtors seek to obtain post-petition financing in order to operate outside of the ordinary course of business by selling their assets, including the Landlord's lease.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

3.      The Approved DIP Budget, upon information and belief, does not provide for the payment of Stub Rent owed to the Landlord for use of its property from March 2, 2016 through March 31, 2016, and does not clearly provide for the payment of any post-petition rent.

4.      Despite failing to provide for the payment of Stub Rent in the Approved Budget, the Debtors seek to waive their protections set forth in sections 506(c) and 552(b) of the Bankruptcy Code.

5.      Carousel Center Company, L.P. *et al.*, Brixmor Property Group, Inc., *et al.*, Baker-Boca Raton, LLC, *et al.*, and James Campbell Company LLC *et al.* (collectively "*Objecting Landlords*") filed limited objections to the DIP Motion outlining the ways in which the DIP Motion forces landlords to pay for the liquidation of the secured creditors' collateral without the ability to surcharge the secured creditors' collateral pursuant to section 506(c) and 552(b) or the payment of Stub Rent to Landlords [D.I. 621, 647, 668, 748] (the "*Limited Objections*").

6.      The Landlord joins in the Limited Objections for the reasons stated therein, including that the proposed DIP financing is materially unfair.

7.      The entry of the final DIP order should be conditioned upon the Debtors immediate payment of all Stub Rent due to the Landlord, and any waiver of the protections of 506(c) and 522(b) should be denied in the absence of payment of Stub Rent to the Landlord.

WHEREFORE, the Landlord requests that the Debtor's DIP Motion be denied, unless modified consistent with this Limited Objection.

Date:   March 30, 2016
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Attorneys for Waldorf Shoppers' World, LLC*

**CERTIFICATE OF SERVICE**

I, William A. Hazeltine, hereby certify that on March 30, 2016, I caused one copy

of the within document to be served upon the parties listed below via First Class Mail and

facsimile:

Michael R. Nestor, Esq.  
Kenneth J. Enos, Esq.  
Andrew L. Magaziner, Esq.  
Young Conaway Stargatt & Taylor, LLP  
Rodney Square  
1000 North King Street  
Wilmington, DE  19801

Robert A. Klyman, Esq.  
Matthew J. Williams, Esq.  
Jeremy L. Graves, Esq.  
Sabina Jacobs, Esq.  
Gibson, Dunn & Crutcher LLP  
333 South Grand Avenue  
Los Angeles, CA  90071-1512

_March 30, 2016_____  
Date

_/s/ William A. Hazeltine_____  
William A. Hazeltine