UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Joint Administration Requested)<br><br>**Hearing Date: April 5, 2016 @ 2:00 p.m.**<br>Ref. D.I. 67, 519, 525 |

### JOINDER OF WALDORF SHOPPERS' WORLD, LLC TO VARIOUS OBJECTIONS TO DEBTORS' MOTION FOR ORDER EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY UNDER WHICH ANY OF THE DEBTORS ARE LESSEES

Waldorf Shoppers' World, LLC (the "*Landlord*") by and through its undersigned counsel, hereby objects to the *Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which any of the Debtors are Lessees* [Doc. No. 67] (the "Motion"), and submits this Joinder to (a) the *Objection by Pinetree Realty Corporation to Debtors' Motion for Order Extending the Time to Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which any of the Debtors' are Lessees* [Doc. No. 519], and (b) the *Limited Objection to Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

*Leases of Non-Residential Real Property Under Which any of the Debtors are Lessees filed by Public Storage* [Doc. No. 525] (collectively, the "*Objections*"), and respectfully states as follows:

1. The Landlord and TSA Stores, Inc. are parties to that certain Lease dated as of September 6, 1997 (as amended and supplemented from time to time, the "*Lease*") for retail property located in Waldorf Shoppers' World Shopping Center in Waldorf, Maryland.

2. On or about March 2, 2016 (the "*Petition Date*") each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "*Court*").

3. The Debtors have filed the Motion seeking a ninety (90) day extension, through and including September 28, 2016, by which to assume or reject unexpired leases of non-residential real property.

4. The Landlord hereby joins in, adopts and incorporates by reference the Objections as well as any other relevant objections filed by Debtors' other landlords.

5. Landlord reserves the right to supplement this Joinder and make such other and further objections as may be necessary or appropriate.

6. The Court should condition any extension on the Debtors' timely payment of all amounts that come due under the Lease from and after the Petition Date during the period up to and including September 28, 2016, including, without limitation the "Stub" period rent due for March 2016.

7. Further the deadline for assume or rejecting the Lease should not extend past the confirmation of the plan of reorganization.

WHEREFORE, the Landlord respectfully requests that the Court enter an order (i) conditioning approval of the Motion on the Debtors' timely payment of all amounts that come due under the Lease after the Petition Date, and (ii) granting such other and further relief as the Court deems just and proper.

Date: March 30, 2016
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

_____
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Attorneys for Waldorf Shoppers' World, LLC*

## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on March 30, 2016, I caused one copy of the within document to be served upon the parties listed below via First Class Mail and facsimile:

Michael R. Nestor, Esq.
Kenneth J. Enos, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Robert A. Klyman, Esq.
Matthew J. Williams, Esq.
Jeremy L. Graves, Esq.
Sabina Jacobs, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-1512

*March 30, 2016*
Date

*/s/ William A. Hazeltine*
William A. Hazeltine