**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 7, 131 & 334** |

**CERTIFICATION OF COUNSEL REGARDING REVISED FINAL ORDER
(A) AUTHORIZING THE PAYMENT OF CERTAIN PREPETITION TAXES AND
FEES, AND (B) AUTHORIZING BANKS TO RECEIVE, PROCESS AND HONOR
<u>CHECKS ISSUED AND ELECTRONIC PAYMENT REQUESTS RELATED THERETO</u>**

The undersigned hereby certifies as follows:

1.      On March 2, 2016, Sports Authority Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (B) Authorizing Banks to Receive, Process and Honor Checks Issued and Electronic Payment Requests Related Thereto* [Docket No. 7] (the "<u>Motion</u>")[2] with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

2.      On March 3, 2016, the Court held a hearing (the "<u>Hearing</u>") to consider the relief requested in the Motion on an interim basis.  Thereafter, the Court entered that certain *Interim Order (A) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (B) Authorizing Banks to Receive, Process and Honor Checks Issued and Electronic Payment Requests Related Thereto* [Docket No. 131] (the "<u>Interim Order</u>").

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

3.      Objections to approval of the Motion on a final basis were due to be filed and served on or before March 22, 2016 at 4:00 p.m. (ET) (the "Objection Deadline").[3]  No objections to the Motion were received prior to the Objection Deadline.

4.      Following the Hearing and entry of the Interim Order, the Debtors learned that approximately $150,000 in Fees were past due as of the Petition Date, and approximately $184,000 in property taxes were, similarly, past-due.  In the interest of correcting the record from the Hearing and clarifying the relief sought in the proposed final order (the "Proposed Final Order") attached to the Motion, the Debtors filed the *Certification of Counsel Regarding Debtors' Motion for Final Order (A) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (B) Authorizing Banks to Receive, Process and Honor Checks Issued and Electronic Payment Requests Related Thereto* [Docket No. 334] (the "Certification of Counsel") on March 15, 2016.  The Debtors have not received any responses or inquiries with respect to the Certification of Counsel.

5.      The Debtors have made certain revisions to the Proposed Final Order, attached hereto as Exhibit A (the "Revised Final Order"), merely to conform to the Interim Order, as entered.  For the convenience of the Court and all interested parties, a blackline comparing the Revised Final Order against the Proposed Final Order is attached hereto as Exhibit B.

*[Remainder of Page Intentionally Left Blank]*

---

[3]      The Objection Deadline was extended by the Debtors until March 24, 2016 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

WHEREFORE, as the Debtors did not receive any objections or responses to the

Motion prior to the Objection Deadline, the Debtors respectfully request that the Court enter the

Revised Final Order without further notice or hearing at the Court's earliest convenience.

Dated:    March 31, 2016
       Wilmington, Delaware       */s/ Andrew L. Magaziner*
                      Michael R. Nestor (No. 3526)
                      Kenneth J. Enos (No. 4544)
                      Andrew L. Magaziner (No. 5426)
                      YOUNG CONAWAY STARGATT & TAYLOR, LLP
                      Rodney Square
                      1000 North King Street
                      Wilmington, Delaware 19801
                      Telephone:  (302) 571-6600
                      Facsimile:  (302) 571-1253
                      mnestor@ycst.com
                      kenos@ycst.com
                      amagaziner@ycst.com

                      -and-

                      Robert A. Klyman (CA No. 142723)
                      Matthew J. Williams (NY No. 3019106)
                      Jeremy L. Graves (CO No. 45522)
                      Sabina Jacobs (CA No. 274829)
                      GIBSON, DUNN & CRUTCHER LLP
                      333 South Grand Avenue
                      Los Angeles, CA 90071-1512
                      Telephone: (213) 229-7000
                      Facsimile: (213) 229-7520
                      rklyman@gibsondunn.com
                      mjwilliams@gibsondunn.com
                      jgraves@gibsondunn.com
                      sjacobs@gibsondunn.com

                      *Counsel to the Debtors and*
                      *Debtors in Possession*

01:18511495.1