# **<u>EXHIBIT A</u>**

# SPORTS AUTHORITY
*Summary of Administrative Claims Excluded from DIP Budget*

| ADMINISTRATIVE CLAIMS | |
|---|---:|
| (1) 503(b)(9) Claims | $ 49,166,487 |
| (2) March 2016 Stub Rent | 27,618,431 |
| (2) March 2016 Non-Rental Charges | 1,083,282 |
| (3) Post-Petition Professional Fees | 15,899,000 |
| Total | $ 93,767,200 |

**NOTES:**

(1) Includes ordinary course 503(b)(9) claims totaling $47,843,668 [see Exhibit 1(a)] and potential 503(b)(9) claims for consignment vendors totaling $1,322,819 [see Exhibit 1(b)]. Source: [Intralinks/Folders/M&A Information (UD)/ Additional Information] As per discussions with FTI, there may be additional amounts for Nike, Under Armour and various other vendors, but the amounts, if any, have not yet been confirmed.

(2) Source: The Sports Authority Corporation - Estimated Lease Cures - Stores & DCs [Intralinks/Folders/Additional Information (UCC)]

(3) Source: SA - DIP Budget (03.01.16). [Intralinks/Folders/M&A Information (UD)/DIP Budget]. "Pro Fee Summary" tab projection of unpaid professional fees for the period March - July 2016.

