# **EXHIBIT B**

# SPORTS AUTHORITY
*SCHEDULE OF PAYMENTS TO ABL LENDERS*
*($000's)*

| PAYMENT TYPE | | AMOUNT |
|---|---|---|
| (1) ABL Closing Fee | $ | 6,250 |
| (2) ABL DIP Agent Fee | | 150 |
| (3) Revolver Interest | | 5,160 |
| (4) Commitment Fee | | - |
| (5) Professionals (Riemer Braunstein/Local Counsel) | | 1,010 |
| (6) Indemnity Account | | 250 |
| Total Revolver Fees/Expenses | $ | 12,820 |
| | | |
| FILO Fees & Expenses | $ | 9,454 |
| | | |
| Total DIP Facility Fees/Expenses | $ | 22,274 |

NOTES:

(1) *Source (Definition of Revolving Closing Fee): DIP Fee Letter dated 3/2/16*

*Source (Budget allocation): E-mail from M. Quraishi to H. Schenk dated 3/16/16. The 1.25% Closing Fee has been bifurcated in the budget between the "Marketing & Other Disbursements"(0.75%) and "Lender DIP Fee"(0.50%) line items.*

| Commitment Amount: | $500,000 |
|---|---|
| Commitment Fee (%): | 1.25% |
| Commitment Fee ($): | $6,250 |

(2) *Source: DIP Fee Letter dated 3/2/16*

(3) *Source: DIP Budget dated 3/1/16.*

| Interest for 1st 9-Week Period: | $ | 2,794 |
|---|---|---|
| Interest for 2nd 9-Week Period: | $ | 2,366 |
| Total Revolver Interest*: | $ | 5,160 |

*\* as reflected in the DIP Budget.*

(4) *DIP fees and costs are exclusive of any potential proposed unused commitment fee.*

(5) *Source (Fee Amount): DIP Budget dated 3/1/16.*
*Source (Professional): 2nd Amendment to 2nd Amended and Restated Credit Agreement (ABL Schedule 10.02).*

(6) *Source (Definition of Funded Escrow Account): DIP Loan Motion (para. 42, p. 22)*



# SPORTS AUTHORITY
*SCHEDULE OF PAYMENTS TO FILO LENDERS*
*($000's)*

| PAYMENT TYPE | AMOUNT |
|---|---|
| (1) Early Termination Fee | $1,906 |
| (2) Interest | 3,659 |
| (3) Principal Repayment | 1,583 |
| (4) Closing Fee | 1,191 |
| (5) Agent Fee | 75 |
| (6) Professionals (Choate/Schulte/Local Counsel) | 1,040 |
| **Total FILO Fees/Expenses** | **$ 9,454** |

NOTES:

(1) 2% fee if Borrowers terminate FILO facility before 18 months from the 2nd Amendment Effective Date (11/3/15).
Source (Fee Detail): FILO Fee Letter dated 11/3/15; p. 22 of agreement
Source (Definition of FILO Loan): DIP Credit Agreement (p.23).

   NOTE: Page 12 of the DIP Motion states that the FILO Loan Principal was approximately $95,285 inclusive of the Early Termination Fee. Due to a descrepancy between the DIP Motion and DIP Credit Agreement, BDO has included the Early Termination Fee on this schedule.

| Principal Balance: | $95,285 |
|---|---|
| Rate: | 2% |
| Fee: | $1,906 |

(2) Source: DIP Budget dated 3/1/16.

| Interest for 1st 9-Week Period: | $ 1,464 |
|---|---|
| Interest for 2nd 9-Week Period: | $ 2,195 |
| Total FILO Interest*: | $ 3,659 |

*as reflected in the DIP Budget.

(3) Source: DIP Budget (Payment w/e May 7, 2016)

| Beginning FILO Loan Balance: | $ 95,285 |
|---|---|
| FILO Loan Balance 5/7/16: | $ 93,702 |
| Principal Repayment*: | $ 1,583 |

*as reflected in the DIP Budget.

(4) Source (Definition of FILO Closing Fee): DIP Fee Letter dated 3/2/16
Source (Budget allocation): E-mail from M. Quraishi to H. Schenk dated 3/16/16. The 1.25% Closing Fee has been bifurcated in the budget between the "Marketing & Other Disbursements"(0.75%) and "Lender DIP Fee"(0.50%) line items.

   NOTE: While the DIP Credit Agreement shows the FILO Principal to be $95,285, the $2,975 Lender DIP Fee as shown on the DIP Budget represents 0.5% of the total 1.25% fee based on a FILO Principal of $95,000.

| Principal Balance: | $95,285 |
|---|---|
| Closing Fee (%): | 1.25% |
| Closing Fee ($): | $1,191 |

(5) Source: DIP Fee Letter dated 3/2/16

(6) Source (Fee Amount): DIP Budget dated 3/1/16.
Source (Professional): 2nd Amendment to 2nd Amended and Restated Credit Agreement (ABL Schedule 10.02).



# SPORTS AUTHORITY
*SCHEDULE OF TERM LENDER EXPENSES*
*($000's)*

| PAYMENT TYPE | AMOUNT |
|---|---:|
| (1) Interest | - |
| (2) Principal Repayment | - |
| (3) Professionals (Brown Rudnick/PJT Partners) | 4,655 |
| **Total Term Lender Fees/Expenses** | **$ 4,655** |

NOTES:

(1) Source: DIP Budget dated 3/1/16. "Post petition interest is accrued but not paid."
The interest accrued according to the DIP Budget is $8,172.

(2) Source: DIP Budget Dated 3/1/16. "Post petition principal payments not paid on term loan..."

(3) Source: DIP Budget dated 3/1/16.
Proposed DIP Credit Facility gives Adequate Protection liens on all DIP Collateral and Superpriority claims with recourse to all pre-petition and post-petition property of the Debtors' estates. The amounts cannot be quantified at this time.

