# **EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I.** _____ |

**ORDER AUTHORIZING THE TERM LOAN AGENT TO FILE UNDER SEAL A PORTION OF THE TERM LOAN AGENT'S REPLY (I) IN SUPPORT OF DEBTORS' CONSIGNED GOODS MOTION AND OTHER FIRST DAY RELIEF, AND (II) TO VENDORS' OBJECTIONS TO SAME**

Upon the motion (the "<u>Motion</u>")[2] of Wilmington Savings Fund Society, FSB, as successor administrative and collateral agent (together, the "<u>Term Loan Agent</u>") under that certain Amended and Restated Credit Agreement, dated as of November 16, 2010 (the "<u>Term Loan Credit Agreement</u>"), by and among The Sports Authority, Inc., as the Borrower, Slap Shot Holdings Corp., as Holdings, Wilmington Savings Fund Society, FSB, as successor Administrative Agent and Collateral Agent to Bank of America, N.A, and the lenders from time to time party thereto (the "<u>Term Loan Lenders</u>"), for entry of an order (this "<u>Order</u>"), pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the Term Loan Agent to file under seal: (i) an un-redacted version of the Reply and (ii) an un-redacted version of the Confidential Exhibits; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms not defined herein are defined in the Motion.

February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Term Loan Agent's notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, the Term Loan Agent is hereby authorized to file under seal: (i) an un-redacted version of the Reply and (ii) an un-redacted version of the Confidential Exhibits.

3. The Clerk of the Court is directed to maintain the un-redacted Reply and Confidential Exhibits under seal and shall not make them publicly available, unless and until permitted by further order of this Court.

4. The Term Loan Agent is under no further filing obligation with respect to the Reply and Confidential Exhibits; *provided, however*, that the Term Loan Agent shall make copies of the un-redacted Reply and Confidential Exhibits available only to the Confidential Parties.

5. The Term Loan Agent is authorized to take all actions necessary to effectuate the relief granted herein.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2016
       Wilmington, Delaware

                                       THE HONORABLE MARY F. WALRATH
                                       UNITED STATES BANKRUPTCY JUDGE

9941128.1