IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Requested Hearing Date:** <br> **April 5, 2016 at 1:00 p.m. (ET)** <br> **Requested Objection Deadline:** <br> **At or before the Hearing** |

**NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE TERM LOAN AGENT TO FILE UNDER SEAL A PORTION OF THE TERM LOAN AGENT'S REPLY (I) IN SUPPORT OF DEBTORS' CONSIGNED GOODS MOTION AND OTHER FIRST DAY RELIEF, AND (II) TO VENDORS' OBJECTIONS TO SAME**

PLEASE TAKE NOTICE that on March 31, 2016, Wilmington Savings Fund Society, FSB, as successor administrative and collateral agent (together, the "Term Loan Agent") party in interest in the above-captioned debtor and debtor-in-possess cases, filed the **Motion For An Order Authorizing The Term Loan Agent To File Under Seal A Portion Of The Term Loan Agent's Reply (I) In Support Of Debtors' Consigned Goods Motion And Other First Day Relief, And (II) To Vendors' Objections To Same** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or an objection to the Motion (the "Response") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **the date set by the Court in connection with the motion to shorten notice filed concurrently with the Motion, which the Term Loan Agent has requested to be At or Before the Requested Hearing scheduled for April 5, 2016 at 1:00 p.m. (ET) (the "Objection Deadline")**. At the same time, you must serve such Response upon the undersigned counsel for the Term Loan Agent so as to be received by the requested Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT **THE TERM LOAN AGENT HAS REQUESTED THAT A HEARING ON THE MOTION BE SCHEDULED FOR APRIL 5, 2016 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, AT

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY RESPONSE IN ACCORDANCE WITH THE PROCEDURES ABOVE, WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: March 31, 2016<br>Wilmington, Delaware | MORRIS NICHOLS ARSHT & TUNNELL LLP<br><br>*/s/ Daniel B. Butz*<br>Robert J. Dehney (No. 3578)<br>Gregory W. Werkheiser (No. 3553)<br>Daniel B. Butz (No. 4227)<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email: rdehney@mnat.com<br>        gwerkheiser@mnat.com<br>        dbutz@mnat.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>Robert J. Stark<br>Bennett S. Silverberg<br>7 Times Square<br>New York, NY 10036<br>(T) 212-209-4800<br>(F) 212-209-4801<br>Email: rstark@brownrudnick.com<br>        bsilverberg@brownrudnick.com<br><br>William R. Baldiga<br>One Financial Center<br>Boston, MA 02111<br>(T) 617-856-8200<br>(F) 617-856-8201<br>Email: wbaldiga@brownrudnick.com<br><br>*Counsel for Term Loan Agent* |