# EXHIBIT A

Account Number: 7G002  
Location: Paramus, NJ

**Sports Authority**  
**Pre-Petition**  
**Statement of Account**

March 16, 2016

A. MINIMUM RENT

| | | |
|---|---:|---:|
| February 1, 2016 | 141,666.66 | |
| March 1, 2016 | 141,666.66 | |
| | | 283,333.32 |

B. COMMON AREA MAINTENANCE (monthly w/year end settle-up)

| | | |
|---|---:|---:|
| February 1, 2016 | 5,330.42 | |
| 2015 Year End Reconciliation | 11,373.90 | |
| January & February 2016 Escrow Adjustment | 1,895.65 | |
| March 1, 2016 | 6,278.24 | |
| | | 24,878.21 |

C. REAL ESTATE TAXES (monthly w/ year end settle-up)

| | | |
|---|---:|---:|
| January 1, 2016-Payment Received | (69.57) | |
| February 1, 2016 | 19,173.43 | |
| 2015 Year End Reconciliation | (834.91) | |
| March 1, 2016 | 19,173.43 | |
| | | 37,442.38 |

**Total Amount Due**      **345,653.91**