**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 16-10527-MFW<br><br>(Jointly Administered)<br><br>**Hearing Date: April 26, 2016 at 11:30 a.m.** |

**ORDER GRANTING MOTION OF LEVIN MANAGEMENT CORPORATION, AS AGENTS FOR IKEA PROPERTIES, INC. TO COMPEL PAYMENT OF STUB RENT AND TO PAY ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a) AND GRANTING RELATED RELIEF**

Upon consideration of the *Motion of* Levin Management Corporation, as agent for Ikea Properties, Inc. (the "Landlord"), by and through its undersigned counsel, *for Entry of an Order Compelling the Debtors to Pay Stub Rent for the Closing Stores and to Pay Administrative Rent Pursuant to 11 U.S.C. §§ 363(E), 365(D)(3), 503(B)(1) and 507(A) and Granting Related Relief* (the "Motion"), this Court having found that it has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334, and that venue is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and the opportunity for a hearing on the Motion was proper and appropriate under the particular circumstances; and the Court having reviewed the Motion and considered the statements in support of the Motion; and this Court having further determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

**IT IS HEREBY ORDERED THAT:**

1. The Motion and is related relief is GRANTED in its entirety; and

2. Pursuant to 11 U.S.C. §§ 363 and 365, Debtors are required to pay Levin Management Corporation, as agent for Ikea Properties, Inc. immediately, but no more than five (5) business days after entry of this order, Stub Rent due and owing to Landlord under the Lease;

3. Pursuant to 11 U.S.C. §§ 363 and 365, Debtors are required to pay to Landlord immediately, but no more than five (5) business days after entry of this order, April Rent due and owing to Landlord under the Lease associated with the Premises; and

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April ___, 2016
       Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE