# EXHIBIT A

# Tenant Ledger

| | | | Date: | 03/10/16 |
|---|---|---|---|---|
| | | | Tenant Code: | amchrsa |
| | | | Property: | amherstc |
| | | | Unit: | AMHCR7 |
| | | | Status: | Current |
| | | | Rent: | 73,500.00 |
| | | | Deposit: | 0.00 |
| | | | Move In Date: | 07/16/15 |
| | | | Move Out Date: | |
| | | | Due Day: | 1 |
| | | | Tel# (O): | |
| | | | Tel# (H): | |

Sports Authority
Amherst Crossing AMA Realty Ventures V LLC
113,115,117,123 Route 101A, #AMHCR7
Amherst, NH

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 07/14/15 | Re: proration of RE Tax (see closing Stm | 56,123.08 | | 56,123.08 |
| 07/16/15 | Prorated rent from 7/16/15-7/31/15 | 37,935.48 | | 94,058.56 |
| 07/16/15 | Prorated Cam from 7/16/15-7/31/15 | 2,962.52 | | 97,021.08 |
| 07/16/15 | chk# Pd @ Closing July prorated rent & CAM (Pd @ Closi | | 40,898.00 | 56,123.08 |
| 08/01/15 | Rent Charges (08/2015) | 73,500.00 | | 129,623.08 |
| 08/01/15 | Cleaning & Mnt Chgs (08/2015) | 5,739.88 | | 135,362.96 |
| 08/14/15 | chk# 1730 August Rent & CAM | | 79,239.88 | 56,123.08 |
| 08/25/15 | chk# 558281 Prorated RE Tax (see closing docs for pr | | 56,123.08 | 0.00 |
| 09/01/15 | Rent Charges (09/2015) | 73,500.00 | | 73,500.00 |
| 09/01/15 | Cleaning & Mnt Chgs (09/2015) | 5,739.88 | | 79,239.88 |
| 09/08/15 | chk# 559447 September Rent & CAM | | 79,239.88 | 0.00 |
| 10/01/15 | Rent Charges (10/2015) | 73,500.00 | | 73,500.00 |
| 10/01/15 | Cleaning & Mnt Chgs (10/2015) | 5,739.88 | | 79,239.88 |
| 10/05/15 | chk# 561960 October Rent & CAM | | 79,239.88 | 0.00 |
| 11/01/15 | Rent Charges (11/2015) | 73,500.00 | | 73,500.00 |
| 11/01/15 | Cleaning & Mnt Chgs (11/2015) | 5,739.88 | | 79,239.88 |
| 11/02/15 | chk# 564028 November Rent & CAM | | 79,239.88 | 0.00 |
| 12/01/15 | Rent Charges (12/2015) | 73,500.00 | | 73,500.00 |
| 12/01/15 | Cleaning & Mnt Chgs (12/2015) | 5,739.88 | | 79,239.88 |
| 12/04/15 | chk# 566618 December Rent & CAM | | 79,239.88 | 0.00 |
| 01/01/16 | Rent Charges (01/2016) | 73,500.00 | | 73,500.00 |
| 01/01/16 | Cleaning & Mnt Chgs (01/2016) | 5,739.88 | | 79,239.88 |
| 01/04/16 | chk# 568693 January Rent & CAM | | 79,239.88 | 0.00 |
| 02/01/16 | Rent Charges (02/2016) | 73,500.00 | | 73,500.00 |
| 02/01/16 | Cleaning & Mnt Chgs (02/2016) | 5,739.88 | | 79,239.88 |
| 03/01/16 | Rent Charges (03/2016) | 73,500.00 | | 152,739.88 |
| 03/01/16 | Cleaning & Mnt Chgs (03/2016) | 5,739.88 | | 158,479.76 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 79,239.88 | 79,239.88 | 0.00 | 0.00 | 158,479.76 |