IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>**Related to Doc. Nos.: 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089**<br><br>**Hearing Date: May 25, 2016 at 11:30 a.m.**<br><br>**Objection Deadline: May 18, 2016 at 4:00 p.m.** |

**JOINDER AND MOTION OF LEDGEWOOD INVESTORS, LLC TO CERTAIN LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a)**

Ledgewood Investors, LLC ("*Ledgewood*"), by and through its undersigned counsel, hereby joins in the motions seeking entry of an order compelling the above-captioned Debtors to immediately pay March 2016 stub rent and post-petition rent for the month of April 2016 pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a) [Doc. Nos. 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089] (collectively, the "*Other Landlords' Motions*") filed by certain other landlords (collectively, the "*Other Landlords*"), and requests an extension of such relief to Ledgewood, and in support thereof, respectfully states as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

1. Ledgewood is landlord under a lease dated as of December 19, 1985 by and between Ledgewood and Debtor, TSA Stores, Inc., demising a portion of the Ledgewood Mall Shopping Center (as amended and supplemented from time to time, the "*Ledgewood Lease*").[2]

2. On or about March 2, 2016 (the "*Petition Date*") each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "*Court*").

3. The Other Landlords filed the Other Landlords' Motions whereby they seek to compel the Debtors to immediately pay March 2016 stub rent and post-petition rent for the month of April 2016, pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a), as adequate protection for the Debtors' continued use and occupancy of the Other Landlords' respective properties.

4. Ledgewood hereby joins in, adopts and incorporates by reference the points, authorities and arguments advanced in the Other Landlords' Motions as applicable for the reasons stated therein and requests an extension to the relief requested therein for entry of an Order compelling the Debtors to immediately pay all amounts of rent due and owing under the Ledgewood Lease from and after the Petition Date, including rent for the stub period in March 2016 and rent for April 2016.

5. Ledgewood reserves the right to amend and/or supplement this joinder and request and to seek such other and further relief as may be necessary or appropriate.

**WHEREFORE**, Ledgewood respectfully requests that the Court grant the relief requested herein as to Ledgewood, and grant such other and further relief as the Court deems just and proper.

---

[2] The Ledgewood Lease and related documentation is voluminous, and therefore, has not been attached to this joinder and request. Ledgewood will provide copies of the Ledgewood Lease documents and related documentation to this Court and parties in interest upon reasonable request.

Dated: April 11, 2016

Respectfully submitted,

**BIFFERATO LLC**
<u>*/s/ Thomas F. Driscoll III*</u>
Thomas F. Driscoll III
800 N. King St., Plaza Level
Wilmington, Delaware 19801
Tel: (302) 225-7600
Email: tdriscoll@bifferato.com

*-and-*

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
John D. Giampolo
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Email: pdefilippo@wmd-law.com
Email: jgiampolo@wmd-law.com

*Attorneys for Ledgewood Investors, LLC*