## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF JOINDER AND MOTION OF LEDGEWOOD INVESTORS, LLC TO CERTAIN LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a)**

PLEASE TAKE NOTICE that on April 11, 2016, Ledgewood Investors, LLC, (the "Movant") filed the Joinder and Motion of Ledgewood Investors, LLC to Certain Landlords' Motions for Entry of an Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(E), 365(D)(3), 503(B)(1) and 507(A) (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

A HEARING ON THE MOTION BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE BANKRUPTCY COURT, 824 Market Street, Wilmington, DE 19801, ON

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

**May 25, 2016 at 11:30 a.m. (EASTERN TIME).**

You are required to file a response to the Motion **ON OF BEFORE May 18, 2016 AT 4:00 P.M. (EASTERN TIME).** At that same time, you must also serve a copy of the response upon the undersigned attorneys.

IF NO OBJECTIONS ARE MADE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2016                                 Respectfully submitted,

**BIFFERATO LLC**
*/s/ Thomas F. Driscoll III*
Thomas F. Driscoll III
800 N. King St., Plaza Level
Wilmington, Delaware 19801
Tel: (302) 225-7600
Email: tdriscoll@bifferato.com

                        -and-

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
John D. Giampolo
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Email: pdefilippo@wmd-law.com
Email: jgiampolo@wmd-law.com

*Attorneys for Ledgewood Investors, LLC*