IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : : : : : : : : : : : | Chapter 11 |
|  |  | Case No. 16-10527 (MFW) |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] |  | (Jointly Administered) |
| Debtors. |  |  |

**ORDER GRANTING JOINDER AND MOTION OF LEDGEWOOD INVESTORS, LLC TO CERTAIN LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a)**

Upon the *Joinder and Motion of Ledgewood Investors, LLC to Certain Landlords' Motions for Entry of an Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a)*, dated April 11, 2016 (the "*Motion*")[2] filed by Ledgewood Investors, LLC ("*Ledgewood*") in the above-captioned Chapter 11 case whereby Ledgewood joins in, adopts and incorporates by reference the points, authorities and arguments advanced in the Other Landlords' Motions as applicable for the reasons stated therein and requests an extension to the relief requested therein for entry of an Order compelling the Debtors to pay all amounts that come due under the Ledgewood Lease from and after the Petition Date, including, without limitation, rent for the stub period in March

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2016 and rent for April 2016; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are required to pay Ledgewood immediately, but no more than five (5) business days after entry of this Order, rent due and owing under the Ledgewood Lease for the period covering March 2, 2016 through March 31, 2016; and it is further

ORDERED that the Debtors are required to pay Ledgewood immediately, but no more than five (5) business days after entry of this Order, rent due and owing under the Ledgewood Lease for the month of April 2016; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Wilmington, Delaware
      April __, 2016

                                                                          THE HONORABLE MARY F. WALRATH
                                                                         UNITED STATES BANKRUPTCY JUDGE