IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: May 25, 2016 at 11:30 a.m.<br>Objection Deadline: May 18, 2016 at 4:00 p.m.<br><br>Related to D.I. Nos.: 709, 939, 1014, 1024, 1025, 1033, 1067 and 1089 |

**JOINDER AND MOTION OF IA BOYNTON BEACH CONGRESS, LLC,
IA SAN ANTONIO STONE RIDGE L.L.C., IA LEAGUE CITY VICTORY LAKES L.P.
AND INLAND AMERICAN SOUTH FRISCO VILLAGE LLC TO CERTAIN LANDLORDS'
MOTIONS FOR ADEQUATE PROTECTION AND ENTRY OF AN ORDER
REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT**

IA Boynton Beach Congress, LLC, IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P. and Inland American South Frisco Village LLC (*"IA Landlords"*) hereby join in the motions filed by certain other landlords seeking adequate protection and entry of an order requiring the Debtors to immediately pay March 2016 stub rent [Docket Nos. 709, 939, 1014, 1024, 1025, 1033, 1067 and1089] (collectively, the *"Motions"*) and requests an extension of such relief to HCB, and in support thereof, respectfully states as follows:

1. On February 25, 2007, July 31, 2000, April 3, 2008 and May 29, 2008, Debtor (or its predecessors) entered into leases with the IA Landlords for the premises located at 363 N. Congress, Boynton Beach, Florida, 2930 Preston Road, Suite 200-B, Frisco, Texas, 2620 Gulf Freeway South, League City, Texas and 21115 US Highway 281 North, San Antonio, Texas.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado, 80110.

3. Other landlords filed the Motions, whereby they seek to obtain immediate payment of stub rent for March, 2016 as adequate protection for the Debtors' continued use and occupancy of their respective properties.

4. The IA Landlords hereby join in, adopt and incorporate by reference the Motions as applicable for the reasons stated therein and requests an extension to the relief requested therein.

5. The IA Landlords reserve the right to supplement this joinder and request and seek such other and further relief as may be necessary or appropriate.

WHEREFORE, IA Boynton Beach Congress, LLC, IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P. and Inland American South Frisco Village LLC respectfully request that the Court grant the relief requested as to IA Boynton Beach Congress, LLC, IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P. and Inland American South Frisco Village LLC, and grant such other and further relief as the Court deems just and proper.

Dated: April 11, 2016

Respectfully submitted,

**BIFFERATO LLC**
*/s/ Thomas F. Driscoll III*
Thomas F. Driscoll III
800 N. King St., Plaza Level
Wilmington, Delaware 19801
Tel: (302) 225-7600
Email: tdriscoll@bifferato.com

*-and-*

**CHAPMAN AND CUTLER LLP**
James P. Sullivan
111 W. Monroe Strret
Chicago, Illinois 60603-4080
312.845.3445 (P)
312.701.2361 (F)
jsullivan@chapman.com

*Attorneys for IA Boynton Beach Congress, LLC, IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P., Inland American South Frisco Village LLC*