IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF JOINDER AND MOTION OF IA BOYNTON BEACH CONGRESS, LLC, IA SAN ANTONIO STONE RIDGE L.L.C., IA LEAGUE CITY VICTORY LAKES L.P. AND INLAND AMERICAN SOUTH FRISCO VILLAGE LLC TO CERTAIN LANDLORDS' MOTIONS FOR ADEQUATE PROTECTION AND ENTRY OF AN ORDER REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT**

PLEASE TAKE NOTICE that on April 11, 2016, Ledgewood Investors, LLC, (the "Movant") filed the Joinder and Motion of IA Boynton Beach Congress, LLC, IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P. and Inland American South Frisco Village LLC to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

A HEARING ON THE MOTION BE HELD BEFORE THE HONORABLE MARY F.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

WALRATH AT THE BANKRUPTCY COURT, 824 Market Street, Wilmington, DE 19801, ON **May 25, 2016 at 11:30 a.m. (EASTERN TIME).**

You are required to file a response to the Motion **ON OF BEFORE May 18, 2016 AT 4:00 P.M. (EASTERN TIME).** At that same time, you must also serve a copy of the response upon the undersigned attorneys.

IF NO OBJECTIONS ARE MADE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2016

Respectfully submitted,

**BIFFERATO LLC**
*/s/ Thomas F. Driscoll III*
Thomas F. Driscoll III
800 N. King St., Plaza Level
Wilmington, Delaware 19801
Tel: (302) 225-7600
Email: tdriscoll@bifferato.com

*-and-*

**CHAPMAN AND CUTLER LLP**
James P. Sullivan
111 W. Monroe Strret
Chicago, Illinois 60603-4080
312.845.3445 (P)
312.701.2361 (F)
jsullivan@chapman.com

*Attorneys for IA Boynton Beach Congress, LLC, IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P., Inland American South Frisco Village LLC*