IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Related to D.I. Nos.: 709, 939, 1014, 1024, 1025, 1033, 1067 and 1089 |

**ORDER GRANTING JOINDER AND MOTION OF IA BOYNTON BEACH CONGRESS, LLC, IA SAN ANTONIO STONE RIDGE L.L.C., IA LEAGUE CITY VICTORY LAKES L.P. AND INLAND AMERICAN SOUTH FRISCO VILLAGE LLC TO CERTAIN LANDLORDS' MOTIONS FOR ADEQUATE PROTECTION AND ENTRY OF AN ORDER REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT**

Upon the motion (the *"Motion"*)[1] of IA Boynton Beach Congress, LLC, IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P. and Inland American South Frisco Village LLC (*"IA LAndlords"*) for entry of an order granting the Joinder and Motion of IA Landlords to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are hereby directed to immediately pay to IA Boynton Beach Congress, LLC, IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and Inland American South Frisco Village LLC stub rent for the period from its bankruptcy petition through March 31, 2016; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this order.

Dated: Wilmington, Delaware
 April __, 2016

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE