**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Sports Authority Holdings, Inc., *et al.,* | Case No. 16-10527 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  April 26, 2016 at 4:00 p.m.** |
| | **Hearing Date:  May 25, 2016  at 11:30 a.m.** |

## <u>NOTICE OF MOTION</u>

**TO:**   Counsel for the Debtors; counsel for the Official Committee of Unsecured Creditors; and Office of the United States Trustee.

Amy Mary Renfroe and Roger Dennis Renfroe (the "<u>Movants</u>") have filed the **Motion of Amy Mary Renfroe and Roger Dennis Renfroe for Relief from the Automatic Stay** (the "<u>Motion</u>") in the above-captioned bankruptcy cases.

Responses or objections to the Application, if any, are to be filed on or before **April 26, 2016 at 4:00 p.m. (Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

If any responses are timely filed in accordance with this Notice, a hearing on the Motion will be held on **May 25, 2016 at 11:30 a.m. (Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

2

Dated: April 12, 2016
    Wilmington, Delaware

FOX ROTHSCHILD LLP

*/s/ L. John Bird*
Carl D. Neff (No. 4895)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington Delaware 19801
Telephone: (302) 654-7444
cneff@foxrothschild.com
lbird@foxrothschild.com

*Counsel to Amy Mary Renfroe and Roger Dennis Renfroe*

ACTIVE 39844278v1 04/12/2016