# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Sports Authority Holdings, Inc., *et al.,* | Case No. 16-10527 (MFW) |
| Debtors. | Jointly Administered |
| | **Related to Docket No.** \_\_\_\_\_ |

## ORDER GRANTING MOTION OF AMY MARY RENFROE AND ROGER DENNIS RENFROE FOR RELIEF FROM AUTOMATIC STAY

NOW, this \_\_\_\_ day of _____, 2016, upon consideration of the Motion of Amy Mary Renfroe and Roger Dennis Renfroe for Relief from the Automatic Stay (the "Motion"),[2] and considering any responses to the Motion and the record before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED;

It is further ORDERED that the automatic stay of 11 U.S.C. § 362(a) is hereby modified to permit the Movants to liquidate their claims against the Debtors in the Civil Action and pursue a recovery against available Insurance Policies.

Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given in the Motion.