# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>RE: Docket No. 67<br>Hearing Date: April 26, 2016 at 11:30 a.m.<br>Response Deadline: April 12, 216 |

### OBJECTION OF CCA-RENAISSANCE SQUARE SHOPPING CENTER, LLC TO DEBTORS' MOTION FOR ORDER EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY

CCA-Renaissance Square Shopping Center, LLC ("Landlord"), by and through its undersigned counsel, hereby objects to *Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under which Any of the Debtors Are Lessees* [D.I. 67] (the "Motion"). In support of its objection, Landlord respectfully represents as follows:

## BACKGROUND

1. On March 2, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On the same date, the Debtors filed the Motion seeking to extend the period within which the Debtors may elect to assume or reject unexpired leases of non-residential real property under which the Debtors are lessee by ninety days, from June 30, 2016 to September 28, 2016.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

1

2.     Debtor TSA Stores, Inc. is party to an unexpired lease of nonresidential real property with Landlord (the "Lease") for the premises at 606 South Main Street, Cedar City, Utah 84720.  Landlord is owed unpaid rent and other charges under the Lease for the post-petition period, including rent for the period March 2, 2016 through March 31, 2016.

## OBJECTION

3.     Section 365(d)(3) requires a debtor to "perform all obligations . . . arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected."  11 U.S.C. § 365(d)(3).

4.     Landlord objects to the Motion to the extent that it permits the Debtors to extend the time to assume or reject the Lease without having paid postpetition obligations due and owing under the Lease.  Although the Motion states that "the Debtors will perform their undisputed obligations arising from and after the Petition Date in a timely fashion as required by the Bankruptcy Code," Motion at ¶ 18, the Debtors have failed to perform postpetition obligations, including payment of rent for the stub period, March 2, 2016 through March 31, 2016.  In addition, Landlord submits that it is premature for the Court to determine whether there is cause to extend the Debtors' time to assume or reject the Lease beyond the statutory 120 day period.  Landlord believes substantially more information regarding whether cause exists to extend the deadline will be available after the Debtors' conduct the auction process for their assets.

5.     Further, the deadline for assuming or rejecting the Lease should not extend past the confirmation of a plan of reorganization for Debtor TSA Stores, Inc.

**RESERVATION OF RIGHTS AND JOINDER**

6. Landlord reserves its right to supplement this Objection and make such other and further objections as deemed necessary or appropriate. To the extent not inconsistent with this Objection, Landlord joins the objections of other similarly-situated landlords.

WHEREFORE, Landlord respectfully requests that the Court deny the Motion and, in the alternative, if the Court grants the motion, require that (i) the Debtors perform all postpetition obligations under the Lease until such time as the Lease is assumed or rejected, and (ii) the deadline for assuming or rejecting the Lease is no later than the date of confirmation of a plan of reorganization for Debtor TSA Stores, Inc., and grant such other relief as the Court deems just and proper.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: April 12, 2016

/s/ *David P. Primack*
David P. Primack, Esq. (No. 4449)
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
Telephone: 302-300-4515
Facsimile: 302-645-4031
dprimack@mdmc-law.com

*Counsel to CCA-Renaissance Square Shopping Center, LLC*