IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Sports Authority Holdings, Inc., et al.,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 26, 2016 at 11:30 a.m.**<br>**Objection Deadline: April 19, 2016 at 4:00 p.m.** |
| | **Related to D.I. Nos.: 709, 939, 1014, 1024, 1025, 1033, 1067 and 1089** |

**JOINDER AND MOTION OF OLP GREENWOOD VILLAGE CO INC.
TO CERTAIN LANDLORDS' MOTIONS FOR ADEQUATE
PROTECTION AND ENTRY OF AN ORDER REQUIRING THE
<u>DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT</u>**

Landlord OLP Greenwood Village CO Inc. (the "Landlord" or "Greenwood") hereby joins in the motions filed by certain other landlords seeking adequate protection and entry of an order requiring the Debtors to immediately pay March 2016 stub rent [Docket Nos. 709, 939, 1014, 1024, 1025, 1033, 1067, 1089] (collectively, the "Motions") and requests an extension of such relief to Greenwood, and in support thereof, respectfully states as follows:

1. Debtor TSA Stores, Inc. ("TSA") leases retail property (the "Store") from Greenwood located in Greenwood Village, Colorado pursuant to that certain lease agreement by and between Development Corp. of the Rockies, Inc. (predecessor in interest to Greenwood) and TSA dated as of March 24, 1995 (as amended from time, the "Lease Agreement"). Until less than three months ago, the lease term was scheduled to expire on January 31, 2016. However,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado, 80110.

3651886-1

five weeks prior to the Petition Date, on January 26, 2016, TSA opted to extend the lease term for five years through January 31, 2021.  Greenwood agreed to certain concessions in order to induce TSA to exercise the five year option.

2. Other landlords filed the Motions, whereby they seek to obtain immediate payment of stub rent for March, 2016 as adequate protection for the Debtors' continued use and occupancy of their respective properties.

3. Greenwood hereby joins in, adopts and incorporates by reference the Motions as applicable for the reasons stated therein and requests entry of an order substantially in the form of Exhibit A hereto.

4. Greenwood reserves the right to supplement this joinder and request and seek such other and further relief as may be necessary or appropriate.

WHEREFORE, Greenwood respectfully requests that the Court grant the relief requested as to Greenwood, and grant such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: April 12, 2016 | A. M. SACCULLO LEGAL, LLC |
| | |
| | */s/ Thomas H. Kovach* |
| | Thomas H. Kovach (Bar No. 3964) |
| | 27 Crimson King Drive |
| | Bear, Delaware 19701 |
| | (302) 836-8877 |
| | (302) 836-8787 (facsimile) |
| | kovach@saccullolegal.com |
| | |
| | and |
| | Michael S. Fox, Esquire |
| | Jonathan T. Koevary, Esquire |
| | OLSHAN FROME WOLOSKY LLP |
| | Park Avenue Tower |
| | 65 East 55th Street |
| | New York, New York 10022 |
| | (212) 451-2300 |
| | |
| | *Counsel to OLP Greenwood Village CO Inc.* |

3651886-1