# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>RE: Doc. Nos. 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089<br><br>Hearing Date: May 25, 2016 at 11:30 a.m. (ET)<br>Objections Due: May 18, 2016 at 4:00 p.m. (ET) |

### NOTICE OF JOINDER AND MOTION OF WESTLAKE PROMENADE, LLC TO CERTAIN LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1), AND 507(a)

TO:  (A) The U.S. Trustee; (B) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Andrew R. Magaziner), and Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1512 (Attn: Robert A. Klyman) Counsel to the Debtor; (C) Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, De 19801 (Attn: Bradford J. Sandler and Colin Robinson) Counsel for the Committee; and (D) All Parties that have Requested Service Pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that Westlake Promenade, LLC ("Landlord") has filed the attached **Joinder and Motion for Entry of an Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(d)(3), 503(b)(1), and 507(a)** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Motion must be filed on or before **May 18, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline")

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **MAY 25, 2016 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

                                              **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: April 12, 2016        /s/ *David P. Primack*
                                       David P. Primack, Esq. (No. 4449)
                                       300 Delaware Avenue, Suite 770
                                       Wilmington, DE 19801
                                       Telephone:  302-300-4515
                                       Facsimile: 302-645-4031
                                       dprimack@mdmc-law.com

                                       *Counsel to Westlake Promenade, LLC*