**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> SPORTS AUTHORITY HOLDINGS, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-10527 (MFW) <br><br> (Jointly Administered) <br><br> **RE: Docket No.** |

**ORDER GRANTING JOINDER AND MOTION OF WESTLAKE PROMENADE, LLC TO CERTAIN LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1), AND 507(a)**

Upon the joinder and motion (the "Motion") of Westlake Promenade, LLC ("Landlord"), for entry of an order pursuant to sections §§ 363(e), 365(d)(3), 503(b)(1), and 507(a) of the Bankruptcy Code, (i) compelling payment of stub rent for the period of March 2, 2016 to March 31, 2016 and all other administrative rent and obligations, and (ii) granting such other and further relief as the Court deems just and proper; and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

2.The Debtors are directed to pay Landlord postpetition rent due and owing under the Lease, including for the period March 2, 2016 to March 31, 2016, within two (2) business days of the entry of this Order.

3.The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Wilmington, Delaware
_____, 2016

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE