# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>RE: Docket Nos. 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089<br><br>Hearing Date: May 25, 2016 at 11:30 a.m. (ET)<br>Objections Due: May 18, 2016 at 4:00 p.m. (ET) |

**JOINDER AND MOTION OF CCA-RENAISSANCE SQUARE SHOPPING CENTER, LLC TO CERTAIN LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1), AND 507(a)**

CCA-Renaissance Square Shopping Center, LLC ("Landlord"), by and through its undersigned counsel, hereby joins in the motions seeking entry of an order compelling the above-captioned debtors and debtors in possession (the "Debtors") to immediately pay March 2016 stub rent and all other administrative obligations pursuant to 11 U.S.C. § 363(e), 365(d)(3), 503(b)(1), and 507(a) [D.I.s 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089] (collectively, the "Other Landlord Motions"), and requests an extension of such relief to Landlord, and in support thereof, respectfully represents as follows:

## BACKGROUND

1. On March 2, 2016, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Debtor TSA Stores, Inc. is party to an unexpired lease of nonresidential real property with Landlord (the "Lease") for the premises at 606 South Main Street, Cedar City,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

1

Utah 84720. Landlord is owed unpaid rent and other charges under the Lease for the post-petition period, including rent for the period March 2, 2016 through March 31, 2016.

**RELIEF REQUESTED**

3. The Other Landlord Motions seek to compel the Debtors to immediately perform postpetition obligations, including payment of March 2016 stub rent, pursuant to sections 363(e), 365(d)(3), 503(b)(1), and 507(a) of the Bankruptcy Code, as adequate protection for the Debtors' continued use and occupancy of their landlords' respective properties.

4. Landlord hereby joins in, adopts, and incorporates by reference the points, authorities, and arguments made in the Other Landlord Motions as applicable for the reasons stated therein and requests an extension of the relief requested therein to Landlord through entry of an order compelling the Debtors to immediately pay all amounts of rent due and owing under the Lease from and after the Petition Date, including stub rent for the period from March 2, 2016 to March 31, 2016.

WHEREFORE, Landlord respectfully requests that the Court grant the relief requested herein as to Landlord, and grant such other relief as the Court deems just and proper.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: April 12, 2016

/s/ *David P. Primack*
David P. Primack, Esq. (No. 4449)
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
Telephone: 302-300-4515
Facsimile: 302-645-4031
dprimack@mdmc-law.com

*Counsel to CCA-Renaissance Square Shopping Center, LLC*