**EXHIBIT A**

## FIRST AMENDMENT TO LEASE

**THIS FIRST AMENDMENT TO LEASE** (this "**Amendment**") is made and entered into as of _____, 2016 (the "**Amendment Date**"), by and between **KORNLAND BUILDING COMPANY**, a general partnership ("**Landlord**"), and **TSA STORES, INC.**, a Delaware corporation ("**Tenant**").

### RECITALS:

A. Landlord and Tenant are parties to that certain Shopping Center Lease, dated as of January 29, 2015 and the Memorandum of Lease, dated January 29, 2015 (collectively the "**Lease**"), relating to the demise by Landlord to Tenant of the Premises, as described in the Lease, in the shopping center commonly known as San Clemente Plaza Shopping Center in the City of San Clemente, County of Orange, State of California.

B. Landlord and Tenant have agreed to modifications to the Permitted Delivery Date and other related items, subject to and in accordance with the further terms, covenants and provisions of this Amendment.

NOW, THEREFORE, in consideration of the execution of the Lease, the foregoing Recitals, the mutual agreements, covenants and promises contained in this Amendment, and for other good and valuable considerations, the receipt, sufficiency and validity of which are hereby acknowledged, Landlord and Tenant agree as follows:

1. **Defined Terms**. All initially capitalized terms used herein and not otherwise expressly defined herein will have the meanings given to such terms in the Lease.

2. **Recitals Incorporated**. The foregoing recitals are incorporated by this reference.

3. **Amendment**. The Lease is hereby amended as follows:

    a. **Permitted Delivery Date**. Section 1.1(g) of the Basic Lease Definitions, Exhibits and Additional Definitions is hereby deleted and replaced with the following:

    "'**Permitted Delivery Date**' means: the earlier of (i) June 26, 2016 or (ii) if Tenant files for bankruptcy, three business days after the Lease is assumed and/or affirmed in the bankruptcy proceeding. For purposes of clarification, no commencement of any voluntary or involuntary bankruptcy proceeding with respect to Tenant shall delay the Permitted Delivery Date beyond June 26, 2016 nor affect the rights and obligations of the parties with respect to the delivery and acceptance of possession of the Premises."

    b. **Delivery Deadline**. Article 1(d) of Exhibit C is hereby deleted and replaced with the following:

    "'**Delivery Deadline**' means: June 26, 2016."

4. **Entire Agreement**. This Amendment sets forth the entire understanding and agreement of the parties hereto in relation to the subject matter hereof and supersedes any prior negotiations and agreements among the parties relative to such subject matter.

5.    **Force and Effect of Amendment**. Except as hereby specifically amended, modified or supplemented herein, the Lease is hereby confirmed and ratified in all respects and will remain in full force and effect according to its respective terms. In the event of any conflict or inconsistency between the provisions of the Lease and this Amendment, the provisions of this Amendment will control in all instances. This Amendment will be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors and assigns.

6.    **Severability**. In the event any one or more of the provisions of this Amendment will for any reason be held to be invalid, illegal or unenforceable, the remaining terms and provisions of this Amendment will not be affected thereby; and will remain in full force and effect and be binding upon the parties hereto to the fullest extent permitted by Laws.

7.    **Counterparts**. This Amendment may be executed in several counterparts, each of which will be deemed an original, and all of such counterparts together will constitute one and the same instrument. Signature and acknowledgment pages, if any, may be detached from the counterparts and attached to a single copy of this document to physically form one document. Executed copies hereof may be delivered by telecopy or electronic delivery, and upon receipt, will be deemed originals and binding upon the parties hereto. Without limiting or otherwise affecting the validity of executed copies hereof that have been delivered by telecopy delivery, the parties will use best efforts to deliver originals as promptly as possible after execution.

8.    **Executory Authority**. Each party executing this Amendment hereby represents and warrants that the individual executing this Amendment on behalf of such party has full power and authority to bind such party to the terms hereof.

9.    **Representation of the Parties**. Each party represents and warrants that, as of the date of this Amendment: (i) it has not made any assignment (except in connection with a financing transaction), sublease, transfer, conveyance or other disposition of the Lease, or interest in the Lease, or any claim, demand, obligation, liability, action or cause of action arising from the Lease; (ii) it has the unconditional and unrestricted right, power and authority to enter into this Amendment; and (iii) there are no consents which are necessary for this Amendment to be executed, delivered, performed and enforced in accordance with its terms, which consents have not been obtained. The parties acknowledge and agree that, as of the date of this Amendment, neither party is in breach or default under the Lease, and no condition exists nor has any event occurred that with the giving of notice and/or the lapse of any applicable grace or notice period would constitute a breach or default by a party under the Lease.

**SIGNATURE PAGE FOLLOWS**

San Clemente, CA
Store #730
First Amendment

IN WITNESS WHEREOF, Landlord and Tenant have executed this Amendment as of the date and year first above written.

LANDLORD:

KORNLAND BUILDING COMPANY,
a California general partnership

By: _____
Name: _____
Its: _____

TENANT:

TSA STORES, INC., a Delaware corporation

By: *Mark Jahs* (signature)
Name: Mark Johns
Title: Vice President Construction

**Approved as to Legal Form**

29744460.1                         3