IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SPORTS AUTHORITY HOLDINGS, INC.[1], ) | |
| *et al.* ) | Case No.: 16-10527 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administration Requested) |
| ) | |
| ) | Objection Date: April 19, 2016 at 4:00 p.m. |
| ) | |
| ) | Hearing Date: April 26, 2016 at |
| ) | 11:30 a.m. |
| ) | |
| ) | Ref. Docket Nos. 939, 1014, 1024, 1025, 1033, |
| ) | 1067, 1081, 1086, and 1089 |

### JOINDER AND MOTION OF PRIMO VENTURE #1, L.P.
### TO CERTAIN LANDLORDS' MOTIONS FOR ENTRY OF AN
### ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF
### ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a)

Primo Venture #1, L.P. ("***Primo Venture***"), by and through its undersigned counsel, hereby joins in the motions seeking entry of an order compelling the above-captioned Debtors to immediately pay March 2016 stub rent and post-petition rent for the month of April 2016 pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a) [Doc. Nos. 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089, 1109] (collectively, the "***Other Landlords' Motions***") filed by certain other landlords (collectively, the "***Other Landlords***"), and requests an extension of such relief to Primo Venture, and in support thereof, respectfully states as follows:

1. Primo is a creditor landlord of the Debtors by virtue of a certain Lease Agreement, as amended and restated with respect to real property commonly known as Store No. 228, located at 8625 FM 1960 Road W., Houston, Texas 77070 (the "Lease").[2]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] The Lease and related documentation are voluminous, and therefore, are not been attached to this Joinder. Primo will provide copies of the Lease and related documentation to the Court and parties in interest upon request.

2.      On or about March 2, 2016 (the "***Petition Date***") each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "***Court***").

3.      The Other Landlords filed the Other Landlords' Motions whereby they seek to compel the Debtors to immediately pay March 2016 stub rent and post-petition rent for the month of April 2016, pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a), as adequate protection for the Debtors' continued use and occupancy of the Other Landlords' respective properties.

4.      Primo Venture hereby joins in, adopts and incorporates by reference the points, authorities and arguments advanced in the Other Landlords' Motions as applicable for the reasons stated therein and requests an extension to the relief requested therein for entry of an Order compelling the Debtors to immediately pay all amounts of stub rent and post-petition rent due and owing under the Lease.

5.      Primo Venture reserves the right to amend and/or supplement this joinder and request and to seek such other and further relief as may be necessary or appropriate.

**WHEREFORE**, Primo Venture respectfully requests that the Court grant the relief requested herein as to Primo Venture, and grant such other and further relief as the Court deems just and proper.

Dated: April 13, 2016

        Respectfully submitted,

        HOGAN♦McDANIEL

        */s/Garvan F. McDaniel*
        Garvan F. McDaniel (DE No. 4167)
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: 302.656.7540
        Facsimile: 302.656.7599
        gfmcdaniel@dkhogan.com

        *Attorney for Primo Venture #1, L.P.*