IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SPORTS AUTHORITY HOLDINGS, INC.[3], ) | |
| et al. ) | Case No.: 16-10527 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administration Requested) |
| ) | |
| ) | Objection Date: April 19, 2016 at 4:00 p.m. |
| ) | |
| ) | Hearing Date: April 26, 2016 at |
| ) | 11:30 a.m. |
| ) | |
| ) | Ref. Docket Nos. 939, 1014, 1024, 1025, 1033, |
| ) | 1067, 1081, 1086, and 1089 |

**NOTICE OF JOINDER AND MOTION OF PRIMO VENTURE #1, L.P. TO CERTAIN LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a)**

PLEASE TAKE NOTICE that on April 13, 2016, Primo Venture #1, L.P., (the "Movant") filed the Joinder and Motion of Primo Venture #1, L.P. to Certain Landlords' Motions for Entry of an Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(D)(3), 503(B)(1) and 507(A) (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE BANKRUPTCY COURT, 824 Market Street, Wilmington, DE 19801, **May 25, 2016 at 11:30 a.m. (EASTERN TIME).** You are required to file a response to the Motion **ON OR**

---

[3] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

**BEFORE May 18, 2016 AT 4:00 P.M. (EASTERN TIME).** At that same time, you must also serve a copy of the response upon the undersigned attorney.

    IF NO OBJECTIONS ARE MADE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 13, 2016

    Respectfully submitted,

    HOGAN♦McDANIEL

    */s/Garvan F. McDaniel*
    Garvan F. McDaniel (DE No. 4167)
    1311 Delaware Avenue
    Wilmington, Delaware 19806
    Telephone: 302.656.7540
    Facsimile: 302.656.7599
    gfmcdaniel@dkhogan.com

    *Attorney for Primo Venture #1, L.P.*