**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.* [1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Requested Hearing Date:  4/26/16 at 11:30 a.m.**<br>**Requested Objection Deadline:  4/21/16 at 12:00 p.m.** |

**NOTICE OF MOTIONS AND HEARING THEREON**

PLEASE TAKE NOTICE that, on April 14, 2016, Shops at Bella Terra Owner, LP, successor in interest to MRPL Retail Partners, Ltd. (the "Movant") filed the **Motion of Shops at Bella Terra Owner, LP for Entry of an Order Compelling the Debtors to Pay Stub Rent for Closing Store Pursuant to 11 U.S.C. §§ 363(e) and Granting Related Relief** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, contemporaneously therewith, the Movant filed the **Motion to Shorten Notice for Hearing and Objection Deadlines for the Motion of Shops at Bella Terra Owner, LP for Entry of an Order Compelling the Debtors to Pay Stub Rent for Closing Store Pursuant to 11 U.S.C. §§ 363(e) and Granting Related Relief** (the "Motion to Shorten").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion to Shorten, the Movant has requested that any responses or objections to the Motion be filed with the Court and served upon the undersigned counsel to the Movant no later than **12:00 p.m. (ET) on April 21, 2016** (the "Objection Deadline").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

PLEASE TAKE FURTHER NOTICE that, in the Motion to Shorten, the Movant has requested that the Motion be heard at the hearing scheduled for **April 26, 2016 at 11:30 a.m. (ET)** (the "Hearing Date") before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, if the Court denies the relief requested in the Motion to Shorten, you shall receive a further notice regarding the hearing date and objection deadline.

Dated: April 14, 2016
Wilmington, Delaware

Respectfully submitted,

*/s/ Katherine Good*
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, DE 19801
Telephone:(302) 353-4144
Facsimile: (302) 661-7950
Email:    kgood@wtplaw.com
              cmcclamb@wtplaw.com

- and -

Michelle V. Larson
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Tel: (214) 659-4400
Fax: (214) 659-4401
Email: michellelarson@andrewskurth.com

*Counsel for Shops at Bella Terra Owner, LP.*