IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 16-10527 (MFW) |
| SPORTS AUTHORITY HOLDINGS, INC, *et al.*, ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | Hearing Date: 4/26/16 at 11:30 a.m. |
| ) | |
| Debtors. ) | **Related to Docket No. 1014** |

**JOINDER OF RIOCAN AMERICA MANAGEMENT, L.P. TO MOTION OF OWRF BAYBROOK LLC, SPG ARSENAL, L.P., OCW RETAIL – NASHUA, LLC, WARWICK MALL OP L.L.C. AND GATEWAY-DC PROPERTIES, INC. FOR ENTRY OF AN ORDER COMPELLING DEBTORS TO PAY STUB RENT FOR CLOSING STORES AS ADEQUATE PROTECTION UNDER 11 U.S.C. § 363(e) AND RELATED RELIEF**

RioCan America Management, L.P., as managing agent for landlords Route 28 Salem, LP, Inland Western Austin Southpark Meadows II Limited Partnership, and CSC Cross Keys LP (collectively "Landlord"), by and through their undersigned counsel, hereby join in the *Motion of OWRF Baybrook LLC, SPG Arsenal, L.P., OCW Retail – Nashua, LLC, Warwick Mall OP L.L.C., and Gateway – DC Properties, Inc. for Entry of an Order Compelling Debtors to Pay Stub Rent for Closing Stores as Adequate Protection Under 11 U.S.C. § 363(e) and Related Relief* (D.I. 1014) ("Motion"), and in support thereof, respectfully state as follows:

1. On March 2, 2016 ("Petition Date"), the above-captioned debtors and debtors-in-possession ("Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. Landlord is a party to various unexpired leases ("Leases") of non-residential real property ("Premises") with the Debtors as set forth on Exhibit A attached hereto. The Leases are leases "of real property in a shopping center" for purposes of 11 U.S.C. § 365(b)(3).

{05233987.DOCX.}

3. The Debtors are currently conducting store closing sales at various leased locations, including certain of the Premises, pursuant to the *Interim Order (A) Authorizing the Debtors to Assume Closing Store Agreement; (B) Authorizing and Approving Closing Sales Free and Clear of All Liens, Claims and Encumbrances; (C) Authorizing the Implementation of Customary Employee Bonus Program and Payments to Non-Insiders Thereunder; (D) Approving Dispute Resolution Procedures; and (E) Approving the Debtors' Store Closing Plan* (D.I. 156) entered by the United States Bankruptcy Court for the District of Delaware.

4. On April 5, 2016, the Motion was filed seeking, *inter alia*, (i) the immediate payment of Stub Rent[1] for those locations where the Debtors are currently conducting store closing sales, and (ii) conditioning the approval of any future store closing sales for additional locations upon the payment of Stub Rent.

5. Landlord hereby joins in, adopts and incorporates by reference the points, authorities and arguments advanced in the Motion for the reasons set forth therein, and respectfully requests the Court enter an order directing the Debtors to immediately pay all amounts of Stub Rent due and owing under those Leases where store closing sales are currently being conducted, and expressly conditioning the commencement of any future store closing sales at the additional locations upon the payment of Stub Rent owed under the Leases as more fully set forth on Exhibit A attached hereto.

---

[1] All terms not defined herein shall have the meanings ascribed to them in the Motion.

{05233987.DOCX.}                                    2

WHEREFORE, for all of the foregoing reasons, Landlord respectfully requests that the Court enter an order that grants the relief requested herein and in the Motion, with respect to the Leases, and that grants such other and further relief as is just and proper.

Dated: April 14, 2016

CONNOLLY GALLAGHER LLP

*(signature)*

Karen C. Bifferato (DE #3279)
Kelly M. Conlan (DE #4786)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 757-7300
Facsimile: (302) 757-7299
Email: kbifferato@connollygallagher.com
Email: kconlan@connollygallagher.com

*Attorneys for Landlord*