## EXHIBIT A

| Landlord | Store Address/Store No. | Closing Store? | Amount of Stub Rent |
|---|---|---|---|
| Route 28 Salem, LP | Village Shoppes @ Salem<br>290 S. Broadway<br>Salem, NH 03079<br><br>Store No.: 160 | No | $68,634.58 |
| Inland Western Austin Southpark Meadows II Limited Partnership | Southpark Meadows II<br>9600 S. IH35 Service Road SB<br>Austin, TX 75032<br><br>Store No.: 245 | Yes | $55,328.44 |
| CSC Cross Keys LP | Cross Keys Place<br>141 Tuckahoe Road<br>Sewell, NJ 08080<br><br>Store No.: 456 | No | $62,869.40 |
| | | | Total: $186,832.42 |

{05233987.DOCX.}