# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*, ) | |
| ) | Case No. 16-10527 (MFW) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | Hearing Date: Apr. 26, 2016 @ 11:30 a.m. |
| ) | Ref. D.I. Nos. 709, 939, 1014, 1024, 1025, 1033, |
| ) | 1067, 1081, 1086 and 1089 |

### JOINDER OF JAMES CAMPBELL COMPANY LLC AND JCC CALIFORNIA PROPERTIES, LLC TO CERTAIN LANDLORDS' MOTIONS FOR ADEQUATE PROTECTION AND ENTRY OF AN ORDER REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT

James Campbell Company LLC and JCC California Properties, LLC, by their undersigned counsel, hereby join in the Motions of Certain Landlords for Adequate Protection and Entry of An Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent (the "Motions to Compel") [D.I. Nos. 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086 and 1089], and in support thereof state as follows:

1. JCC California Properties, LLC is the landlord of Debtors' store at Vintage Oaks in Novato, California, Store # 680. James Campbell Company, LLC is the landlord of Debtors' distribution center in Romeoville, Illinois, Store # 820, and with JCC California Properties (collectively "Landlords").

2. The Debtors seek to obtain post-petition financing in order to operate outside of the ordinary course of business by selling their assets, including Landlords' leases.

3. The Approved DIP Budget, upon information and belief, does not provide for the payment of Stub Rent owed to the Landlords for use of their property from March 2, 2016 through March 31, 2016, and does not clearly provide for the payment of any post-petition rent.

12291998.1

Despite failing to provide for the payment of Stub Rent in the Approved Budget, the Debtors seek to waive their protections set forth in sections 506(c) and 552(b) of the Bankruptcy Code.

4. Landlords previously filed a Joinder to the Limited Objection of Carousel Center Company, L.P. et al., Brixmor Property Group, Inc., et al. and Baker-Boca Raton, LLC, et al. to the DIP Motion outlining the ways in which the DIP Motion forces landlords to pay for the liquidation of the secured creditors' collateral without the ability to surcharge the secured creditors' collateral pursuant to section 506(c) and 552(b) or the payment of Stub Rent to Landlords [D.I. 621, 647 and 668] (the "Limited Objections").  Landlords incorporate the arguments of the Limited Objections into this Joinder. The hearing on the DIP Motion and Landlords' Limited Objections is presently scheduled for April 26, 2016 at 9:30 a.m.

5. Additionally, other landlords have filed Motions to Compel seeking to compel immediate payment of Stub Rent for March, 2016 as adequate protection for the Debtors' continued use and occupancy of landlords' respective properties.

6. Landlords join in the Motions to Compel for the reasons stated therein and request that any relief granted on the Motions to Compel be extended to Landlords.

7. Landlords also join in other Motions to Compel payment of Stub Rent as adequate protection for the Debtors' continued use of Landlords' property, to the extent not inconsistent with this Joinder.

WHEREFORE Landlords request that the Motions to Compel Payment of Stub Rent be Granted, and for such other and further relief as the Court shall determine.

Dated:  April 14, 2016

        LAW OFFICE OF SUSAN E. KAUFMAN, LLC

        */s/ Susan E. Kaufman*
        Susan E. Kaufman, (DSB# 3381)
        919 North Market Street, Suite 460
        Wilmington, DE 19801
        (302) 472-7420 / (302) 792-7420 Fax
        skaufman@skaufmanlaw.com

        and

        Nancy J. Newman, Esquire
        Hanson Bridgett LLP
        425 Market Street, 26th Floor
        San Francisco, CA  94105
        (415) 777-3200 / (415) 541-9366 Fax
        nnewman@hansonbridgett.com

        Attorneys for James Campbell Company LLC and
        JCC California Properties, LLC