**EXHIBIT A**

| Landlord | Store Address/Store No. | Closing Store? | Amount of Stub Rent |
|---|---|---|---|
| IREIT Mansfield Pointe, LLC, a Delaware limited liability company | Mansfield Pointe S.C. 1551 US Highway 287 Mansfield, TX 76063<br><br>Store No.: 204 | Yes | $47,452.24 |
| IREIT Lake St. Louis Hawk Ridge, LLC, a Delaware limited liability company | Shops at Hawk Ridge 6298 Ronald Reagan Drive Lake St. Louis, MO 63367<br><br>Store No.: 754 | No, but Landlord has been informed it will be moved to the Closing Store list and going-out-of-business sales will commence | $46,006.45 |
| RE Income Omaha Whispering Ridge, LLC, a Delaware limited liability company | Whispering Ridge 17021 Evans Plaza Omaha, NE 68116<br><br>Store No.: 598 | Yes | $47,522.95 |
| Inland Continental Property Management Corp., as managing agent for Yuma Palms 1031, LLC, a Delaware limited liability company | Yuma Palms 1448 South Yuma Palms Parkway Yuma, AZ 85365<br><br>Store No.: 698 | No | $39,594.17 |
| Hillsboro 1031 DST, a Delaware limited liability company | Best Buy/Sports Authority 18101 N.W. Evergreen Road Hillsboro, OR 97006<br><br>Store No.: 739 | Yes | $88,940.38 |
| | | **TOTAL:** | **$269,516.19** |