# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 1136, 1137, 1139, 1141 |

**ORDER SHORTENING NOTICE
OF MOTION FOR AN ORDER AUTHORIZING THE TERM LOAN AGENT
TO FILE UNDER SEAL A PORTION OF THE TERM LOAN AGENT'S
OBJECTION TO DEBTORS' MOTION FOR AN ORDER, PURSUANT TO SECTION
105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019,
APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE
DEBTORS AND CERTAIN CONSIGNMENT VENDORS PARTY THERETO**

Upon the motion (the "Motion to Shorten")[2] of Wilmington Savings Fund Society, FSB, as successor administrative and collateral agent (together, the "Term Loan Agent") under that certain Amended and Restated Credit Agreement, dated as of November 16, 2010 (the "Term Loan Credit Agreement"), by and among The Sports Authority, Inc., as the Borrower, Slap Shot Holdings Corp., as Holdings, Wilmington Savings Fund Society, FSB, as successor Administrative Agent and Collateral Agent to Bank of America, N.A, and the lenders from time to time party thereto (the "Term Loan Lenders"), for entry of an order (this "Order"), pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e): (i) shortening the notice period for the Motion, filed contemporaneously with the Motion to Shorten; (ii) scheduling the Motion to be heard at the hearing currently scheduled for

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms not defined herein are defined in the Motion to Shorten.

**April 14, 2016, at 9:30 a.m. (ET)**; (iii) requiring objections, if any, to the Motion to be lodged at or before the hearing on the Motion; and (iv) granting such other relief as the Court may deem just and proper; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Term Loan Agent having provided appropriate notice of the Motion to Shorten under the circumstances; and the Court having reviewed the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion will be considered at the hearing scheduled for **April 26, 2016 at 11:30 a.m. (ET)** (the "<u>Hearing</u>").

3. Objections, if any, to the Motion shall be lodged **at or before the Hearing**.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: April 14, 2016
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE