**EXHIBIT A**

| Landlord | Store Address/Store No. | Closing Store? | Amount of Stub Rent |
|---|---|---|---|
| Excel Stockton LP | Park West Place Shopping Center<br>10536 Trinity Parkway<br>Stockton, CA 95219<br><br>Store No.: 656 | Yes | $48,180.97 |
| Excel Gilroy LP | Gilroy Crossing Shopping Center<br>6735 Camino Arroyo<br>Gilroy, CA 95020<br><br>Store No.: 657 | No | $45,483.86 |
| | | | TOTAL: $93,664.83 |

{05234258.DOCX.}