UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 16–10527 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089 , 1109, 1111, 1133, 1142, 1146 and 1147** |

**JOINDER OF MERRILLVILLE PARTNERS; CLARK STREET INVESTORS, LLC; HC NILES DEVELOPERS, LLC; NEXT GATEWAY, LLC AND SCHAUMBURG ASSOCIATES TO CERTAIN LANDLORDS' MOTIONS FOR ADEQUATE PROTECTION AND ENTRY OF AN ORDER REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT**

      Merrillville Partners; Clark Street Investors, LLC; HC Niles Developers, LLC; Next Gateway, LLC and Schaumburg Associates (collectively, the "**Landlords**") hereby join in the motions and/or joinders filed by certain other landlords seeking adequate protection and entry of order requiring Debtors to immediately pay March 2016 stub rent [Docket Nos. 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089, 1133] (the "**Other Landlords' Motions**") filed by certain other landlords (collectively the "**Other Landlords**") and requests an extension of such relief to Landlords, and in support thereof, respectfully state as follows:

      1.      The Landlords are landlords under unexpired real property leases for nonresidential real property in which a Debtor is the tenant.

      2.      On or about March 2, 2016 (the "Petition Date"), each of the Debtors commenced a voluntary petition under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware.

      3.      The Debtors have failed to pay March 2016 stub rent and related charges (collectively, the "**March Stub Rent**") for the following locations:

| Landlord | Store No. | Location |
|---|---|---|
| Merrillville Partners | 611 | 3201 E. Lincoln Hwy<br>Merrillville, IN 46410 |
| Clark Street Investors, LLC | 606 | 3120-3134 N. Clark Street<br>Chicago, IL 60657 |
| HC Niles Developers, LLC | 601 | 7233 W. Dempster<br>Niles, IL 60714 |
| Next Gateway, LLC | 617 | 620 N. LaSalle St.<br>Chicago, IL 60610 |
| Schaumburg Associates | 605 | 1015 E. Golf Rd.<br>Schaumburg, IL 60195 |

4. The Other Landlords filed the Other Landlords' Motions whereby they seek to compel the Debtors to immediately pay March Stub Rent and/or post-petition rent for the month of April 2016, pursuant to 11 U.S.C. §§ 363(e), 365(d), 503(b)(1) and 507(a), as adequate protection for the Debtors' continued use and occupancy of the Other Landlords' respective properties.

5. The Landlords herein hereby join in, adopt and incorporate by reference the points, authorities and arguments advanced in the Other Landlords' Motions as applicable for the reasons stated therein and requests an extension of the relief requested therein for entry of an order compelling the Debtors to immediately pay all amounts of rent due and owing under their leases for and after the Petition Date, including the March Stub Rent.

6. The Landlords reserve the right to amend and/or supplement this joinder and request and seek such other and further relief as may be necessary or appropriate.

WHEREFORE, the Landlords respectfully request that the Court grant the relief requested herein, and grant such other and further relief as the Court deems just and proper.

Dated: April 14, 2016 **GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (4435)
1007 N. Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7395
Fax: (302) 661-7360
melorod@gtlaw.com

-and-

**GREENBERG TRAURIG, LLP**
Nancy A. Peterman
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
petermann@gtlaw.com

*Counsel for the Landlords*