**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br>Jointly Administered<br><br>Related to Docket Nos. 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089<br><br>Hearing Date: April 26, 2016 at 11:30 a.m. (ET) |

**JOINDER OF PLAZA LAS AMERICAS, INC. AND**
**PDC FRINGE II, LLC TO MOTIONS TO COMPEL PAYMENT OF**
**STUB RENT AND MOTION TO COMPEL PAYMENT OF STUB RENT**
**PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1), AND 507(a)**

Plaza Las Americas, Inc. ("PLA") and PDC Fringe II, LLC ("Fringe," and collectively with PLA, the "Landlords") hereby (i) join in the motions [D. I. Nos. 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089] (collectively, the "Other Stub Rent Motions") seeking entry of an order compelling the debtors and debtors in possession (the "Debtors") to immediately pay March 2016 stub rent and all other administrative obligations pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1), and 507(a), and (ii) in that the relief sought by Landlords is based on the same kinds of facts and circumstances and applicable law as are the Other Stub Rent Motions, request for themselves the same relief as is requested in the Other Stub Rent Motions.

In support, Landlords respectfully represent as follows:

**BACKGROUND**

1. On March 2, 2016, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

2. Landlords are the owners of shopping centers in Puerto Rico at which Debtor TSA Caribe Inc. ("Caribe") leases retail space (the "Leased Premises") pursuant to the leases identified below (the "Leases"):

| Store No. | Landlord | Tenant | Lease Date | Location |
|---|---|---|---|---|
| 89 | Plaza Las Americas, Inc. | TSA Caribe, Inc. | Jan. 23, 2013 | San Juan, P.R. |
| 90 | PDC Fringe II, LLC, (as successor in interest to Plaza del Caribe, S.E.) | TSA Caribe, Inc. (as successor in interest to TSA Ponce, Inc.) | Jan. 23, 2013 | Ponce, P.R. |

3. The Leased Premises are each "real property in a shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code, and each is included on Debtors' *Corrected List of Designated Store Closing Locations* filed on March 4, 2016 [Docket No. 185].

4. The lessee's obligations under the Leases are guaranteed by Debtors The Sports Authority, Inc. and TSA Stores, Inc. pursuant to guarantees dated as of January 14, 2013.

5. Landlords are owed unpaid rent and other charges under the Leases for the post-petition period, including rent for the period March 2, 2016 through March 31, 2016, in the amounts of $159,692.37 for Store No. 89 and $78,903.52 for Store No. 90.

**RELIEF REQUESTED**

6. The Other Stub Rent Motions seek to compel the Debtors to immediately perform post-petition obligations, including payment of March 2016 stub rent, pursuant to sections 363(e), 365(d)(3), 503(b)(1), and 507(a) of the Bankruptcy Code, as adequate protection for the Debtors' continued use and occupancy of such landlords' respective properties.

7. Landlords hereby join in, adopt, and incorporate by reference the points, authorities, and arguments made in the Other Stub Rent Motions as applicable for the reasons stated therein and requests an extension of the relief requested therein to Landlords through entry

SL1 1411452v1 104537.00005

of an order compelling the Debtors to immediately pay all amounts of rent due and owing under the Leases from and after the Petition Date, including stub rent for the period from March 2, 2016 to March 31, 2016.

WHEREFORE, Landlords respectfully request that the Court grant the relief requested herein as to Landlords, and grant such other relief as the Court deems just and proper.

Dated: April 15, 2016

        STEVENS & LEE, P.C.

        By: */s/ John D. Demmy*
        John D. Demmy (DE Bar No. 2802)
        919 N. Market Street, Suite 1300
        Wilmington, Delaware 19801
        Telephone: (302) 425-3308
        Email: jdd@stevenslee.com

        -and-

        HOLLAND & KNIGHT LLP
        James H. Rollins
        Georgia Bar No. 613850
        Regions Bank Building, Suite 1800
        1180 West Peachtree Street
        Atlanta, Georgia 30309-3400
        Tel.: (404) 817-8500
        Fax: (404) 881-0470

        *Attorneys for Plaza Las Americas, Inc.*
        *and Plaza del Caribe, S.E.*