IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br>Jointly Administered<br><br>**Related to Docket No.** |

**ORDER GRANTING JOINDER OF PLAZA LAS AMERICAS, INC. AND
PDC FRINGE II, LLC TO MOTIONS TO COMPEL PAYMENT OF
STUB RENT AND MOTION TO COMPEL PAYMENT OF STUB RENT
PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1), AND 507(a)**

Upon the *Joinder and Motion of Plaza Las Americas, Inc. and PDC Fringe II, LLC to Motions to Compel Payment of Stub Rent and Motion to Compel Payment of Stub Rent and Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(h)(1) and 507(a)* (the "Motion") whereby Plaza Las Americas, Inc. and PDC Fringe II, LLC join in, adopt and incorporate by reference the points, authorities and arguments advanced in the Motions appearing at D. I. Nos. 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089 (collectively, the "Other Stub Rent Motions") as applicable for the reasons stated therein and requests extension of the relief requested therein and for entry of an Order compelling the Debtors to pay all amounts that come due under the Leases (as defined in the Motion) from and after the Petition Date, including, without limitation, rent for the stub period in March 2016 and rent for April 2016; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

SL1 1411452v1 104537.00005

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are required to pay to Plaza Las Americas, Inc. the rent due and owing under the lease for Store No. 89 in San Juan, Puerto Rico for the period March 2, 2016 through March 31, 2016 in the amount of $159,692.37 no later than five (5) business days after entry of this Order; and it is further

ORDERED, that the Debtors are required to pay to PDC Fringe II the rent due and owing under the lease for Store No. 90 in Ponce, Puerto Rico for the period March 2, 2016 through March 31, 2016 in the amount of $78,903.52 no later than five (5) business days after entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Wilmington, Delaware
_____ 2016

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

SL1 1411452v1 104537.00005