## EXHIBIT B

**Proposed Order**

01:18492872.5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. _____ |

## ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM

Upon the motion (the "**Motion**")[2] of The Sports Authority, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order (this "**Order**") approving the Debtors' key employee retention program for certain key, non-insider employees (the "**KERP**") and authorizing the payments contemplated thereunder; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

01:18492872.5

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. The KERP is approved on the terms described in the Motion.

3. The Debtors are authorized to take any and all actions necessary or appropriate to implement the KERP, and to make all payments provided under the KERP.

4. All amounts earned and payable under the KERP shall have administrative expense priority under sections 503(a) and 507(a)(2) of the Bankruptcy Code for all purposes in the Chapter 11 Cases and in any other cases under the Bankruptcy Code to which the Chapter 11 Cases may be converted.

5. Notwithstanding the provisions of Bankruptcy Rules 6004 and 6006, or any applicable provisions of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Code for the District of Delaware, this Order shall not be stayed for 14 days after the entry hereof, but shall be effective and enforceable immediately upon entry, and the 14 day stay provided in such rules is hereby expressly waived and shall not apply.

6. This Court shall retain jurisdiction over the parties for the purpose of enforcing the terms and provisions of this Order.

Dated:    Wilmington, Delaware
                            , 2016

                                                       Mary F. Walrath
                                                       United States Bankruptcy Judge