## **EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. _____ |

**ORDER, PURSUANT TO BANKRUPTCY
CODE SECTION 107(b), BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1(b),
AUTHORIZING DEBTORS TO FILE EXHIBIT I TO THE DEBTORS'
KEY EMPLOYEE RETENTION PROGRAM UNDER SEAL**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**") (i) authorizing the Debtors to file KERP Exhibit I under seal and (ii) directing parties to redact Confidential Information related to KERP Exhibit I; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, Local Rule 9018-1(b), the Debtors are authorized to file under seal KERP Exhibit I, which shall remain under seal and confidential, and which shall not made available to anyone, except that copies shall be provided to: (i) this Court; (ii) the Office of the U.S. Trustee; (iii) the Debtors' prepetition and post-petition secured lenders; (iv) counsel to the Committee; and (v) others upon further Court order.

3. Each of the parties in the preceding paragraph receiving an unredacted copy of KERP Exhibit 1 shall keep such information confidential.

4. In the event that any party files a responsive pleading to the KERP Motion, such party shall redact any Confidential Information from its pleading(s) and any such Confidential Information included in a pleading filed with this Court shall be deemed under seal.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2016

                                         Mary F. Walrath
                                         United States Bankruptcy Judge