IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 16-10527 (MFW) |
| SPORTS AUTHORITY HOLDINGS, et al.' | |
| | (Jointly Administered) |
| Debtors. | |
| | Hearing Date: April 26, 2106 at 11:30 a.m. |
| | Objection Deadline: April 19, 2016 at 4:00 p.m. |
| | Related to D.I. Nos.: 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, and 1089 |

### JOINDER AND MOTION OF OPCLK, LLC, COCOPLUM ASSOCIATES, PELSOTA, LLC, AND SARASOTA ASSOCIATES TO CERTAIN LANDLORDS' MOTIONS FOR ADEQUATE PROTECTION AND ENTRY OF AN ORDER REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT AND OTHER POST-PETITION SUMS DUE

OPCLK, LLC, Cocoplum Associates, Pelosota, LLC and Sarasota Associates (collectively, "Landlords"), hereby join in the motions filed by certain other landlords seeking adequate protection and entry of any order requiring the Debtors to immediately pay March 2016 stub rent [D.l. Nos. 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089 and 1131] (collectively the "Other Landlords' Motions") filed by certain other landlords (collectively the "Other Landlords") and requests an extension of such relief to Landlords, and in support thereof, respectfully state as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5564); The headquarters for the above-captioned Debtors is located at lO50 West Hampden Avenue, Englewood, Colorado 80110.

1. Each Landlord is a landlord under an unexpired real property for nonresidential real property in which a Debtor is the tenant.

2. On or about March 2, 2016, each of the Debtors commenced a voluntary petition under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware.

3. Debtors have failed to pay rent and related charges for any of the Landlord's locations for the month of March, 2016 (the "Stub Rent") and other post-petition sums due.

4. The Other Landlords filed the Other Landlords' Motions whereby they seek to compel the Debtors to immediately pay March, 2016 stub rent and all other unpaid post-petition obligations, pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503 (b)(1) and 507(a), as adequate protection for the Debtors' continued use and occupancy of the Other Landlords" respective properties.

5. Landlords joins in, adopt and incorporate by reference the points, authorities and arguments advanced in the Other Landlords' Motions as applicable for the reasons stated therein and requests an extension to the relief requested therein for entry of an Order compelling the Debtors to immediately pay all amounts of rent due and owing under their Leases for and after the Petition Date, including rent for the stub period in March, 2016 and any and all additions sums that have come due post-petition.

6. Each Landlord reserves the right to amend and or supplement this joinder and request and seek such other and further relief as may be necessary or appropriate.

WHEREFORE , OPCLK, LLC, COCOPLUM ASSOCIATES, PELSOTA, LLC, AND SARASOTA ASSOCIATES respectfully requests that the Court grant the relief requested herein as to each of them, and grant such other and further relief as the Court deems just and proper.

Dated: April 15, 2016

**MONZACK MERSKY McLAUGHLIN AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: rmersky@monlaw.com

**ATTORNEYS FOR: OPCLK, LLC, COCOPLUM ASSOCIATES, PELSOTA, LLC, AND SARASOTA ASSOCIATES**