IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 20, 157 & 1186 |

## NOTICE OF FILING OF SECOND AMENDMENT TO DIP CREDIT AGREEMENT

**PLEASE TAKE NOTICE** that, on March 2, 2016, Sports Authority Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364; (II) Granting Liens and Superpriority Claims to Post-Petition Lenders Pursuant to 11 U.S.C. §§ 364 and 507; (III) Authorizing the Use of Cash Collateral and Providing Adequate Protection to Prepetition Secured Parties and Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2* [Docket No. 20] (the "DIP Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the DIP Motion as Exhibit B was the DIP Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that, on March 3, 2016, the Court entered that certain order granting the relief requested in the DIP Motion on an interim basis [Docket No. 157] (the "Interim Order"), and scheduling a final hearing on the DIP Motion for March 29, 2016 at 1:00 p.m. (ET) (the "Final DIP Hearing"). The Final DIP Hearing was subsequently adjourned to April 26, 2016 at 11:30 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, on April 14, 2016, the Court entered an order approving, among other things, certain bid procedures for the sale (the "Sale") of substantially all of the Debtors' assets [Docket No. 1186], which order set forth a timeline for the Sale (the "Sale Timeline").

**PLEASE TAKE FURTHER NOTICE** that, in order to give effect to the Sale Timeline and the adjournment of the Final DIP Hearing, the Debtors, the DIP Agent and the other parties signatory thereto have agreed to amend the DIP Credit Agreement pursuant to that certain Second Amendment to DIP Credit Agreement attached hereto as Exhibit A (the "Second

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the DIP Motion.

01:18585440.1

Amendment").[3]  Pursuant to paragraph 58 of the Interim Order, the Second Amendment will be executed by the Debtors and other parties thereto upon the passage of five (5) business days following the date of this Notice.

Dated:   April 18, 2016
         Wilmington, Delaware       */s/ Andrew L. Magaziner*
                                    Michael R. Nestor (No. 3526)
                                    Kenneth J. Enos (No. 4544)
                                    Andrew L. Magaziner (No. 5426)
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:  (302) 571-6600
                                    Facsimile:  (302) 571-1253
                                    mnestor@ycst.com
                                    kenos@ycst.com
                                    amagaziner@ycst.com

                                    -and-

                                    Robert A. Klyman (CA No. 142723)
                                    Matthew J. Williams (NY No. 3019106)
                                    Jeremy L. Graves (CO No. 45522)
                                    Sabina Jacobs (CA No. 274829)
                                    GIBSON, DUNN & CRUTCHER LLP
                                    333 South Grand Avenue
                                    Los Angeles, CA 90071-1512
                                    Telephone: (213) 229-7000
                                    Facsimile: (213) 229-7520
                                    rklyman@gibsondunn.com
                                    mjwilliams@gibsondunn.com
                                    jgraves@gibsondunn.com
                                    sjacobs@gibsondunn.com

                                    *Counsel to the Debtors and*
                                    *Debtors in Possession*

---

[3] For the avoidance of doubt, the Second Amendment to DIP Credit Agreement attached as Exhibit B to the *Notice of Filing of Amendment to DIP Credit Agreement* dated March 25, 2016 [Docket No. 826] was not executed by the parties thereto, and is replaced in its entirety by the Second Amendment attached hereto as Exhibit A.