IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 1203 |

## ORDER SHORTENING THE TIME FOR (I) DEBTORS' MOTION FOR ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND (II) DEBTORS' MOTION FOR ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 107(b), BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1(b), AUTHORIZING DEBTORS TO FILE EXHIBIT I TO THE DEBTORS' KEY EMPLOYEE RETENTION PROGRAM UNDER SEAL

Upon consideration of the motion (the "**Motion to Shorten**")[2] of The Sports Authority, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") for entry of an order providing that the applicable notice period for the relief requested in: (i) *Debtors' Motion for Order Approving Key Employee Retention Program* (the "**KERP Motion**") and (ii) *Debtors' Motion for Order, Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(b), Authorizing Debtors to File Exhibit I to the Debtors' Key Employee Retention Program Under Seal* (the "**Seal Motion**" and together with the KERP Motion, the "**Motions**") be shortened pursuant to Local Rule 9006-1(e); and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

01:18556546.1

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted.

2. The Motions shall be heard on ~~April 26,~~ May 6, 2016 at ~~11:30~~ 10:30 a.m. (ET) with objections due on ~~April 22,~~ May 3, 2016 by 12:00 NOON (ET).

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
April 18, 2016

Mary F. Walrath
United States Bankruptcy Judge