**Exhibit A**

| No. | Document Name | Date Filed | Docket Number |
|---|---|---|---|
| 1 | Joinder and Motion of Buckhead Pavilion, LLC to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent and Other Post-Petition Sums Due | 4/15/2016 | 1212 |
| 2 | Joinder and Motion of OPCLK, LLC, Cocoplum Associates, Pelsota, LLC, and Sarasota Associates to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent and Other Post-Petition Sums Due | 4/15/2016 | 1211 |
| 3 | Joinder and Motion of Ward Gateway Industrial Village, LLC and Summerlin Centre, LLC to Certain Landlords' Motions for Adequate Protection and Entry of An Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent and Other Post-Petition Sums Due | 4/15/2016 | 1208 |
| 4 | Joinder of Plaza Las Americas, Inc. and PDC Fringe II, LLC to Motions to Compel Payment of Stub Rent and Motion to Compel Payment of Stub Rent Pursuant to 11 U.S.C. § 363(e), 365(d)(3), 503(b)(1), and 507(a) | 4/15/2016 | 1196 |
| 5 | Joinder of Merrillville Partners; Clark Street Investors, LLC; HC Niles Developers, LLC; Next Gateway, LLC and Schaumburg Associates to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent | 4/14/2016 | 1190 |
| 6 | Joinder of Excel Stockton LP and Excel Gilroy LP to Motion of OWRF Baybrook LLC, SPG Arsenal, L.P., OCW Retail - Nashua, LLC, Warwick Mall OP L.L.C. and Gateway-DC Properties, Inc. for Entry of an Order Compelling Debtors to Pay Stub Rent for Closing Stores as Adequate Protection Under 11 U.S.C. § 363(e) and Related Relief | 4/14/2016 | 1182 |
| 7 | Joinder of IREIT Mansfield Pointe, LLC, IREIT Lake St. Louis Hawk Ridge, LLC, RE Income Omaha Whispering Ridge, LLC, Inland Continental Property Management Corp., and Hillsboro 1031 DST to Motion of OWRF Baybrook LLC, SPG Arsenal, L.P., OCW Retail-Nashua, LLC, Warwick Mall OP L.L.C. and Gateway-DC Properties, Inc. for Entry of an Order Compelling Debtors to Pay Stub Rent for Closing Stores as Adequate Protection Under 11 U.S.C. § 363(e) and Related Relief; to be Held on April 26, 2016 at 11:30 a.m. | 4/14/2016 | 1177 |
| 8 | Joinder of James Campbell Company LLC and JCC California Properties, LLC to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent | 4/14/2016 | 1176 |
| 9 | Joinder of Riocan America Management, L.P. to Motion of OWRF Baybrook LLC, SPG Arsenal, L.P., OCW Retail - Nashua, LLC, Warwick Mall OP L.L.C. and Gateway-DC Properties, Inc. for Entry of an Order Compelling Debtors to Pay Stub Rent for Closing Stores as Adequate Protection Under 11 U.S.C. § 363(e) and Related Relief; to be Held on April 26, 2016 at 11:30 a.m. | 4/14/2016 | 1172 |
| 10 | Motion of Shops at Bella Terra Owner, LP for Entry of an Order Compelling the Debtors to Pay Stub Rent for Closing Store Pursuant to 11 U.S.C. § 363(e) and Granting Related Relief; to be Held on April 26, 2016 at 11:30 a.m. | 4/14/2016 | 1167 |

| No. | Document Name | Date Filed | Docket Number |
|---|---|---|---|
| 11 | Motion of MRPL Retail Partners, Ltd. for Entry of an Order Compelling the Debtors to Pay Stub Rent for Closing Stores and Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a) and Granting Related Relief; to be Held on April 26, 2016 at 11:30 a.m. | 4/13/2016 | 1164 |
| 12 | Joinder and Motion of Primo Venture #1, L.P. to Certain Landlords' Motions for Entry of an Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a); to be Held on April 26, 2016 at 11:30 a.m. | 4/13/2016 | 1153 |
| 13 | Joinder and Motion of CCA-Renaissance Square Shopping Center, LLC to Certain Landlords' Motions for Entry of an Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1), and 507(a); to be Held on May 25, 2016 at 11:30 a.m. (ET) | 4/12/2016 | 1147 |
| 14 | Joinder and Motion of Westlake Promenade, LLC to Certain Other Landlords' Motions for Entry of an Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1), and 507(a); to be Held on May 25, 2016 at 11:30 a.m. (ET) | 4/12/2016 | 1146 |
| 15 | Joinder and Motion of OLP Greenwood Village Co Inc. to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent; to be Held on April 26, 2016 at 11:30 a.m. | 4/12/2016 | 1142 |
| 16 | Joinder and Motion of Ramco-Gershenson Properties, L.P., Janaf Shopping Center, LLC, U.S. 41 & 1285 Company, LLC, Bayshore Town Center, LLC, Edens Plaza, LLC, Randhurst Improvements, LLC, and Burbank Realty Company, LLC to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent; to be Held on April 26, 2106 at 11:30 a.m. | 4/12/2016 | 1133 |
| 17 | Joinder and Motion of IA Boynton Beach Congress, LLC,IA San Antonio Stone Ridge L.L.C., IA League City Victory Lakes L.P. and Inland American South Frisco Village LLC to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent with Attached Order | 4/11/2016 | 1111 |
| 18 | Joinder and Motion of Ledgewood Investors, LLC to Certain Landlords' Motions for Entry of an Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a) | 4/11/2016 | 1109 |
| 19 | Joinder And Motion of Haines Center-Burlington, L.L.C. to Certain Landlords' Motions for Adequate Protection and Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent | 4/8/2016 | 1089 |
| 20 | Motion of Amherst Crossing AMA Realty Ventures, LLC to Compel Payment of Stub Rent and to Pay Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a) and Granting Related Relief | 4/8/2016 | 1086 |

| No. | Document Name | Date Filed | Docket Number |
|---|---|---|---|
| 21 | Motion of Levin Management Corporation, as Agents for Ikea Properties, Inc. to Compel Payment of Stub Rent and to Pay Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a) and Granting Related Relief | 4/8/2016 | 1081 |
| 22 | Motion of WP Glimcher Inc. for Entry of an Order Compelling the Debtors to Pay Stub Rent for the Closing Stores and to Pay Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a) and Granting Related Relief; to be Held on April 26, 2016 at 11:30 a.m. | 4/7/2016 | 1067 |
| 23 | Joinder of PB IL OREO, LLC to Request for Adequate Protection and Motion of Certain Landlords Pursuant to Sections 361, 363(E), 503(B)(1) and 105(A) of the Bankruptcy Code for Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent for Closing Stores as Adequate Protection for the Postpetition Use of the Landlords' Property, and Granting Such Other and Further Relief as is Just and Proper | 4/5/2016 | 1037 |
| 24 | Motion of U.S. REIF JOLIET SC FEE, LLC for Entry of an Order Requiring the Debtors to Immediately Pay Stub Rent for the Postpetition Use of Movant's Property and for Related Relief | 4/5/2016 | 1033 |
| 25 | Motion of Maui Marketplace Investment Group, Inc. to Compel Immediate Payment of March 2016 Stub Rent Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 105(A), 361 and 363(e) | 4/5/2016 | 1025 |
| 26 | Motion of Kukui Grove Center Investment Group, Inc. to Compel Immediate Payment of March 2016 Stub Rent Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 105(A), 361 and 363(e) | 4/5/2016 | 1024 |
| 27 | Motion of OWRF Baybrook LLC, SPG Arsenal, L.P., OCW Retail-Nashua, LLC, Warwick Mall OP L.L.C. and Gateway-DC Properties, inc. for Entry of an Order Compelling Debtors to Pay Stub Rent for Closing Stores as Adequate Protection Under 11 U.S.C. § 363(e) and Related Relief | 4/5/2016 | 1014 |
| 28 | Motion of Kimco Realty Corporation for Entry of an Order Compelling Debtors to Pay March 2016 Stub Rent for Closing Stores as Adequate Protection for Debtors' Postpetition Use of Kimco's Properties | 4/1/2016 | 939 |
| 29 | Joinder of CBL & Associates Management, Inc., in the Request for Adequate Protection and Motion of Certain Landlords Pursuant to Sections 361, 363(E), 503(B)(1) and 105(A) of the Bankruptcy Code for Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent for Closing Stores as Adequate Protection for the Postpetition Use of the Landlords' Property, and Granting Such Other and Further Relief as is Just and Proper | 3/24/2016 | 797 |
| 30 | Motion of Mill Creek Mall, LLC for an Order Pursuant to 11 U.S.C. § 503(b)(1)(A) Compelling the Payment of Post-Petition Administrative Rent | | 789 |

| No. | Document Name | Date Filed | Docket Number |
|---|---|---|---|
| 31 | Request for Adequate Protection and Motion of Certain Landlords Pursuant to Sections 361, 363(E), 503(B)(1) and 105(A) of the Bankruptcy Code for Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent for Closing Stores as Adequate Protection for the Postpetition Use of the Landlords' Property, and Granting Such Other and Further Relief as is Just and Proper | 3/22/2016 | 709 |