## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.,* [1] | Case No. 16-10527-MFW |
| Debtors. | (Jointly Administered) |
| | Related to Doc. Nos.: 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089, 1133, 1146, 1190 |
| | Hearing Date: April 26, 2016 at 11:30 am |

### JOINDER AND MOTION OF MANALAPAN REALTY, L.P. TO VARIOUS LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a)

Manalapan Realty, L.P. ("**Manalapan**"), by and through its undersigned counsel, hereby joins in the motions and/or joinders filed by various other landlords seeking entry of an order compelling the above-captioned debtors to (i) immediately pay March 2016 Stub Rent pursuant to 11 U.S.C. § 363(e), 365(d)(3), 503(b)(1) and 507(a); and (ii) to pay the post-petition rent for the month of April on the various leased premises [Doc. Nos. 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089, 1133, 1146, 1190] (collectively, the "**Landlords' Motions**") and requests an extension of such relief to Manalapan, and in support thereof respectfully states as follows:

1.     Manalapan is a landlord under an unexpired lease dated January 11, 2013 by and between Manalapan and Debtor, TSA Stores, Inc. for a portion of the Manalapan Epicentre

---

[1] The "Debtors" and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Shopping Center in the City of Manalapan, Monmouth County, New Jersey (the "**Manalapan Lease**").

2.    On or about March 2, 2016 (the "**Petition Date**"), the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**") and filed the Sale Motion.

3.    Debtors have failed to pay March 2016 Stub Rent and related charges pertaining to the Manalapan Lease, including water and sewer charges and Common Area Maintenance fees, in the amount of $65,060.98.

4.    For the month of April, Debtors have paid post-petition base rent but have failed to pay real estate tax obligations in the amount of $21,809.57 as required by the terms of the Manalapan Lease.

5.    Various other landlords have filed the Landlord Motions whereby they seek to compel Debtors to immediate pay March Stub Rent and/or post-petition rent for the month of April 2016, pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a), as adequate protection for the Debtors' continued use and occupancy of their respective properties.

6.    Manalapan hereby joins in, adopts, and incorporates by reference the points, authorities and arguments advanced in the Landlord Motions and in any other similar motions and/or joinders that have been filed or may be filed by Debtors' other landlords.

7.    Manalapan reserves the right to amend and/or supplement this Joinder and make such other and further objections as may be necessary or appropriate.

8.    The Court should condition approval of the DIP Motion and the relief sought therein on the Debtors' timely payment of all amounts that come due under the Manalapan Lease from and after the Petition Date, including, without limitation, the "Stub" period in March 2016.

**WHEREFORE**, Manalapan respectfully requests that the Court enter an order granting the relief requested herein.

<div style="margin-left:45%">

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

</div>

Dated:  April 19, 2016

<div style="margin-left:45%">

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

**TRENK, DIPASQUALE,**
**DELLA FERA & SODONO, P.C.**
Joseph J. DiPasquale
Adam D. Wolper
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
Phone: (973) 243-8600
Email: jdipasquale@trenklawfirm.com
Email: awolper@trenklawfirm.com

*Attorneys for Landlord Manalapan Realty, L.P.*

</div>