**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.,* [1] | Case No. 16-10527-MFW |
| Debtors. | (Jointly Administered) |
| | Related to Doc. Nos.: 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089, 1133, 1146, 1190 |

**ORDER APPROVING JOINDER AND MOTION OF MANALAPAN REALTY,**
**L.P. TO VARIOUS LANDLORDS' MOTIONS FOR ENTRY OF AN ORDER TO**
**COMPEL PAYMENT OF STUB RENT AND PAYMENT OF ADMINISTRATIVE**
**RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a)**

Manalapan Realty, L.P. ("**Manalapan**"), having filed the Joinder and Motion of Manalapan Realty, L.P. to Various Landlords' Motions for Entry of An Order to Compel Payment of Stub Rent and Payment of Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) and 507(a) (the "**Motion**"); and parties-in-interest having received adequate notice; and the Court having considered the Motion; it is hereby;

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtors are hereby directed to pay Manalapan $65,060.98 in satisfaction of Stub Rent due and owing under the Manalapan Lease for the period March 2, 2016 to March 31, 2016 as well as related charges, within five (5) business days of the entry of this Order; and it is further

---

[1] The "Debtors" and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

ORDERED that the Debtors are hereby directed to pay Manalapan $21,809.57 in satisfaction of April Rent due and owing under the Manalapan Lease, within five (5) business days of the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order.

Dated: _____, 2016        _____
      Wilmington, DE                                     The Honorable Mary F. Walrath
                                                United States Bankruptcy Judge