IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPORTS AUTHORITY HOLDINGS, | : | Case No. 16-10527 |
| INC., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hearing Date: May 25, 2016 at |
| | : | 9:30 a.m.:     (E.T.) |
| | : | Related to Docket No. 1210 |
| | : | |
| | : | Objection Deadline: April 29, 2016 at |
| | : | 4:00 p.m. (E.T.) |

**JOINT OBJECTION OF BT ABINGTON, LP AND RED ROSE COMMONS, L.P. TO DEBTORS' NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND PROPOSED CURE AMOUNTS RELATED THERETO**

BT Abington, LP ("BT Abington") and Red Rose Commons, L.P. ("Red Rose Commons"), by and through their undersigned attorneys, hereby file their joint objection to the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sales (the "Cure Notice") [Docket No. 1210] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and respectfully represent in support thereof as follows:

## BACKGROUND

1. On March 2, 2016 (the "Petition Date"), the Debtors filed respective voluntary petitions for reorganization pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtors have continued to manage their

properties and operate their businesses as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2.  BT Abington is the owner of the Abington Shopping Center in Abington, PA. Pursuant to a nonresidential real property lease (the "Abington Lease") between BT Abington, as lessor, and one of the Debtors, as lessee, the Debtors conduct retail operations at the Abington Shopping Center.

3.  Red Rose Commons is the owner of Red Rose Commons located in Lancaster, PA. Pursuant to a nonresidential real property lease (the "Red Rose Lease") between Red Rose Commons, as lessor, and one of the Debtors, as lessee, the Debtors conduct retail operations at the Red Rose Commons shopping center premises.

4.  On April 15, 2016, in connection with the proposed sale of all or substantially all of their assets, the Debtors filed the Cure Notice, which reflects respective stated cure amounts due and owing under the Abington Lease of $113,319.04 and under the Red Rose Commons Lease of $93,520.92 (the "Proposed Cure Amounts").

5.  For the reasons hereinafter set forth, BT Abington and Red Rose Commons object to the Proposed Cure Amounts.

6.  The discrepancies between the respective Proposed Cure Amounts and the actual amounts required to cure defaults under the BT Abington Lease and the Red Rose Lease are illustrated as follows:

| Lease | Store No. | Proposed Cure Amount | Actual Cure Amount | Discrepancy |
|---|---|---|---|---|
| BT Abington, L.P. | 440 | $113,319.04 | $140,788.87 | $27,469.83 |
| Red Rose Commons, L.P. | 445 | $93,520.92 | $163,089.01 | $69,568.09 |

**THE RELIEF REQUESTED AND THE REASONS THEREFOR**

7. Annexed hereto and made a part hereof as Exhibits "A" and "B", respectively, are current statements of amounts due and owing under the Abington Lease and the Red Rose Lease. As set forth in Exhibit "A", the Debtors are indebted to BT Abington in the aggregate amount of $140,789.87 as of the Petition Date under the Abington lease (the "Abington Cure Amount"). As set forth in Exhibit "B", the Debtors are indebted to Red Rose Commons in the aggregate amount of $163,089.01 as of the Petition Date under the Red Rose Lease (the "Red Rose Cure Amount"). To the extent that the Debtors question any of the charges comprising the Abington Cure Amount or the Red Rose Cure Amount, those landlords will make every effort to address disputes and otherwise to reconcile the discrepancies between the Debtors' proposed cure amounts, the Abington Cure Amount and the Red Rose Cure Amount prior to the hearing in this matter. [1]

**RESERVATION OF RIGHTS**

8. BT Abington and Red Rose Commons specifically reserve their rights to object to any other relief sought by the Debtors in connection with the proposed asset sale or the assignment of the relevant leases in connection therewith, including, without limitation, the successful purchaser's proposed adequate assurance of future performance.

**CONCLUSION**

9. For the foregoing reasons, BT Abington, LP and Red Rose Commons, L.P. seek an order of this Court fixing the Debtors' cure obligation under the Abington Lease and the Red Rose Lease in the amounts of $140,788.87 and $163,089.01, respectively (less any payments made by the Debtors on account of such sums prior to the assignment of the Abington Lease or

---

[1] BT Abington filed claim no. 63 on March 15, 2016. Red Rose Commons filed claim no. 23 on March 10, 2016.

the Red Rose Lease plus any additional post-petition amounts accruing under such leases through the date thereof) and directing the Debtors promptly to satisfy such amounts following the entry of an order authorizing the assumption and assignment of the Abington Lease and/or the Red Rose Lease pursuant to § 365(a) and (b) of the Bankruptcy Code.

WHEREFORE, BT Abington, LP and Red Rose Commons, L.P. respectfully request the entry of an order granting the relief described herein, together with such other and further relief as is just and proper.

Dated:  April 20, 2016                          CARBINO LAW, P.C.


By:___/s/ Jeffrey M. Carbino_____
  Jeffrey M. Carbino (DE Bar No. 4062)
  1500 John F. Kennedy Boulevard
  Suite 900
  Philadelphia, PA  19102
  Telephone:  (267) 433-8880
  Facsimile: (215) 940-2701
  Email:  jcarbino@wibclaw.com

- and –

Jeffrey Kurtzman, Esquire
KURTZMAN | STEADY, LLC
401 S. 2nd Street, Suite 301
Philadelphia, PA  19147
Telephone:  (215) 839-1222
Email:  kurtzman@kurtzmansteady.com

Attorneys for BT Abington, LP and
Red Rose Commons, L.P.

4

# EXHIBIT "A"

BET Investments, Inc.
200 Witmer Road
Suite 200
Horsham, PA 19044

(215) 938-7300

STATEMENT

3/7/2016                ACCOUNT NUMBER

TSA STORE'S INC.                SPORT'S 1
SPORTS AUTHORITY STORE #440
1050 WEST HAMPDEN AVENUE
ENGLEWOOD, CO 80110

MAKE CHECKS PAYABLE TO: BT ABINGTON LP
\

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 2/1/2016 | CAM | COMMON AREA MAINTENANCE | $9,356.60 | $0.00 | $9,356.60 |
| 2/1/2016 | RNT | BASE RENT | $45,365.33 | $0.00 | $45,365.33 |
| | | | | | $54,721.93 |
| 3/1/2016 | CAM | COMMON AREA MAINTENANCE | $9,356.60 | $0.00 | $9,356.60 |
| 3/1/2016 | RNT | BASE RENT | $45,365.33 | $0.00 | $45,365.33 |
| | | | | | $54,721.93 |
| 12/24/2015 | WSC | TRIAD CONSTRUCTION CHK#22653 | -$119.46 | $0.00 | -$119.46 |
| 12/24/2015 | ELE | TRIAD CONSTRUCTION CHK#22653 | -$2,113.24 | $0.00 | -$2,113.24 |
| 12/29/2015 | ELE | ELECTRIC 11/18-12/21/15 | $3,685.09 | | $3,685.09 |
| 12/29/2015 | WSC | WATER/SEWER 11/18-12/21/15 | $190.09 | $0.00 | $190.09 |
| 1/28/2016 | ELE | ELECTRIC 12/21/15-1/25/16 | $4,041.83 | $0.00 | $4,041.83 |
| 1/28/2016 | WSC | WATER/SEWER 12/21-1/25/16 | $182.59 | $0.00 | $182.59 |
| 2/9/2016 | REP | 2016 TOWNSHIP REAL ESTATE TAX | $22,006.09 | $0.00 | $22,006.09 |
| 2/25/2016 | ELE | ELECTRIC 1/25-16-2/23/16 | $3,293.93 | $0.00 | $3,293.93 |
| 2/25/2016 | WSC | WATER/SEWER 1/25-2/23/16 | $178.09 | $0.00 | $178.09 |
| | | | | | $31,345.01 |

TOTAL DUE:        $140,788.87

# EXHIBIT "B"

3/3/2016  GOLDENBERG MANAGEMENT, INC.  9:28:48AM
User: MONIQUE  Page 1 of 2

## Aging Report (Detailed)

Property: RED ROSE COMMONS L.P.  as of 03/03/2016
411

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1-30 DAYS | AGED 31-60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| CURR | 06 | SPORTS AUTH. #445 | 0.00 | 153,089.01 | 97,435.17 | 47,891.46 | 1,861.14 | 15,901.24 |
| | Contact: | Marina Slutsky | | | | | | |
| | Phone: | (720) 475-2244 | | | | | | |

| CHARGE CODE | CHARGE DESCRIPTION | CHARGE DATE | | | | |
|---|---|---|---|---|---|---|
| RCM | 2013 CAM Recovery | 06/23/2014 | | | | 79.66 |
| CAM | Retro CAM Adj Jan-April 2015 | 03/31/2015 | | | | 4,524.12 |
| CAM | Common Area Maintenance | 05/01/2015 | | | | 1,131.00 |
| CAM | Common Area Maintenance | 06/01/2015 | | | | 1,131.00 |
| WS | 2nd Qtr 2015 Stormwater Mgmt | 06/02/2015 | | | | 730.14 |
| WS | 1st & 2nd Qtr 2015 W&S | 06/22/2015 | | | | 500.91 |
| CAM | Common Area Maintenance | 07/01/2015 | | | | 1,131.00 |
| CAM | Common Area Maintenance | 08/01/2015 | | | | 1,131.00 |
| WS | 3rd Qtr 2015 Stormwater Mgmt | 08/25/2015 | | | | 730.14 |
| CAM | Common Area Maintenance | 09/01/2015 | | | | 1,131.00 |
| WS | 3rd Qtr 2015 W&S Billback | 09/16/2015 | | | | 288.27 |
| CAM | Common Area Maintenance | 10/01/2015 | | | | 1,131.00 |
| CAM | Common Area Maintenance | 11/01/2015 | | | | 1,131.00 |
| CAM | Common Area Maintenance | 12/01/2015 | | | | 1,131.00 |
| WS | 2015 Stormwater Mgmt Fee | 12/17/2015 | | | 730.14 | |
| CAM | Common Area Maintenance | 01/01/2016 | | | 1,131.00 | |
| CAM | Common Area Maintenance | 02/01/2016 | | 3,005.00 | | |
| RNT | Minimum Rent | 02/01/2016 | | 44,886.46 | | |
| REK | 2016 Lancaster County Re Tax | 02/03/2016 | 10,205.65 | | | |
| WS | 4th Qtr 2015 Water & Sewer | 02/03/2016 | 299.17 | | | |
| REK | 2016 City of Lancaster Re Ta | 02/17/2016 | 38,308.75 | | | |
| CAM | Common Area Maintenance | 03/01/2016 | 3,005.00 | | | |
| RNT | Minimum Rent | 03/01/2016 | 44,886.46 | | | |
| WS | 2016 Stormwater Mgmt Fee | 03/02/2016 | 730.14 | | | |

Comments: 1/7/16 MG sent A/R to Marina to resolve.
1/19/16 MG sent follow up email to Marina. Heard back and says she will review and resolve next week.
2/11/16 Have not heard back from Marina. Sent final email before default. MG
2/12/16 Marina sent MG email. Mailing payment for $15,834 to cover CAM. Working on water and sewer bills with her. MG.

3/3/2016  
User: MONIQUE  

GOLDENBERG MANAGEMENT, INC.  

9:28:48AM  
Page 2 of 2  

## Aging Report
### (Detailed)

Property: RED ROSE COMMONS L.P.  
411  

as of 03/03/2016

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1-30 DAYS | AGED 31-60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| **PROPERTY TOTALS** | | | 0.00 | 163,989.83 | 97,435.17 | 47,891.46 | 1,861.14 | 18,901.34 |

| CHARGE CODE | CHARGE DESCRIPTION | CHARGE TOTAL | | | | |
|---|---|---|---|---|---|---|
| REK | 2016 City of Lancaster Re Tax | 42,514.40 | 42,514.40 | | | |
| RNT | Minimum Rent | 89,772.92 | 44,886.46 | 44,886.46 | | |
| WS | Water & Sewer Escrow | 4,092.91 | 1,022.31 | | 730.14 | 2,340.46 |
| CAM | Common Area Maintenance | 26,710.12 | 9,005.00 | 3,005.00 | 1,131.00 | 13,572.12 |
| RCM | 2015 CAM Recovery | 79.66 | | | | 79.66 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SPORTS AUTHORITY HOLDINGS, | : | Case No. 16-10527 |
| INC., et al., | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | Hearing Date: May 25, 2016 at |
|  | : | 9:30 a.m.: (E.T.) |
|  | : | Related to Docket No. 1210 |
|  | : |  |
|  | : | Objection Deadline: April 29, 2016 at |
|  | : | 4:00 p.m. (E.T.) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 20, 2016, he caused a true and correct copy of the foregoing Joint Objection of BT Abington, LP and Red Rose Commons, L.P. to Debtors' Notice of Possible Assumption and Assignment of Unexpired Leases and Proposed Cure Amounts Related Thereto to be served on the attached Service List via the Court CM/ECF electronic filing system and/or U.S. first class mail.

                    /s/ Jeffrey Kurtzman
                    Jeffrey Kurtzman, Esquire

# SPORTS AUTHORITY HOLDINGS, ET AL.
# SERVICE LIST

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>Attn: Bradford J. Sandler, Esquire | Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Attn: Michael R. Nestor, Esquire |
| Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE 19801<br>Attn: Hannah J. McCollum, Esquire | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Attn: Robert Klyman, Esquire |
| O'Melveny & Meyers LLP<br>Seven Times Square<br>New York, NY 10036<br>Attn: John J. Rapisardi, Esquire | Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02108<br>Attn: Donald E. Rothman, Esquire |
| Morris Cohn LLP<br>909 Third Avenue<br>New York, NY 10022-4784<br>Attn: Stephen I. Budow, Esquire<br>      Andrea Fischer, Esquire | Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Attn: Robert J. Stark, Esquire |