# Exhibit B

**Continental Executive Park Association**
**Owner Assessments**

| Owners | Lease Number | Prcl # | Frontage sf lin. ft x25 Factor | Frontage sf lin. ft x50 Factor | Total Frontage Sq.Ft. | Landscape Expense 186,110.27 | Acres | Pro-Rata Share | 2015 Expenses Exclusive of Landscaping $112,523.03 | # of Days | 2015 Share of All Expenses | Less Assessments Billed | Addt'l 2015 Charges Due | 2015 Quarterly Assessments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THE SPORTS AUTHORITY | 1-SPORT | 1 | 30,050 | - | 30,050 | $ 4,980.40 | 5.49 | 1.509% | 1,697.82 | 365 | 6,678.22 | 6,100.00 | **578.22** | 1,525.00 |
| TOTALS | | | 931,225 | 191,700 | 1,122,925 | $ 186,110.27 | 363.85 | 100.00% | $ 112,523.03 | | $ 298,633.30 | $ 284,880.00 | $ **13,753.30** | 71,220.00 |

"Landscaping" includes landscape contract & exclusive landscape extras, as well as irrigation expenses.

**Continental Executive Parke Owners Association**
2015 Operating Expense Recovery

Project number:  001-CEP

| ACCOUNT NUMBER | ACCOUNT DESCRIPTION | ACTUAL | BUDGET | DIFFERENCE | PERCENT |
|---|---|---:|---:|---:|---:|
| <u>Income</u> | | | | | |
| | CAM Reimbursement | 284,880.00 | 284,880.00 | 0.00 | 0.00% |
| | **TOTAL INCOME** | **284,880.00** | **284,880.00** | **0.00** | **0.00%** |
| <u>Expenses</u> | | | | | |
| 57110 | Insurance Expense | 7,187.00 | 7,824.00 | 637.00 | 8.14% |
| 51205 | Utilities-Electric | 14,534.36 | 12,700.00 | -1,834.36 | -14.44% |
| **53120** | **Landscaping** | **152,677.50** | **130,000.00** | **-22,677.50** | **-17.44%** |
| 53105 | Grounds Maintenance | 18,600.00 | 18,600.00 | 0.00 | 0.00% |
| **53125** | **Irrigation Maintenance** | **33,432.77** | **24,300.00** | **-9,132.77** | **-37.58%** |
| 51200 | Lighting Maintenance | 1,302.00 | 1,350.00 | 48.00 | 3.56% |
| 53130 | Streets & Paving | 0.00 | 16,000.00 | 16,000.00 | 100.00% |
| 51205 | General Repairs & Maint | 0.00 | 0.00 | 0.00 | -100.00% |
| 53115 | Fountain Maintenance | 7,612.19 | 15,100.00 | 7,487.81 | 49.59% |
| 53155 | Pond Maintenance | 15,600.00 | 15,600.00 | 0.00 | 0.00% |
| 51220 | Goose Control | 21,000.00 | 21,600.00 | 600.00 | 2.78% |
| 61125 | Legal Fees | 0.00 | 1,000.00 | 1,000.00 | 100.00% |
| 55120 | Tax Preparation Service | 1,625.00 | 1,600.00 | -25.00 | -1.56% |
| 56110 | Management Fees | 18,000.00 | 18,000.00 | 0.00 | 0.00% |
| 55230 | Administrative Expense | 770.82 | 1,200.00 | 429.18 | -100.00% |
| 73000 | Bad Debt - Bankruptcy | 6,291.66 | 0.00 | -6,291.66 | -100.00% |
| | **TOTAL EXPENSES** | **298,633.30** | **284,874.00** | **-13,759.30** | **-4.83%** |
| | **CASH FLOW** | **-13,753.30** | **6.00** | **-13,759.30** | |

Reconciliation matches Cash Flow = Zero Dollar Balance