# Exhibit C

**TRAVELERS**
TRAVELERS SERVICE CENTER
P.O. BOX 1515
SPOKANE, WA 99210-1515

10299 -L6

Page 01 of 03

## Account Bill

Account No.    7334N0132
Date of This Bill  03/14/16

| TOTAL BALANCE |
|---|
| $13,624.00 |
| MINIMUM DUE |
| $13,624.00 |

VHTL LLC MARVIN WEISS RESIDUARY
ELEANOR WEISS-ZOUB DAVID WEISS R
6521 N. KILBOURN AVE
LINCOLNWOOD IL  60712

PAYMENT MUST BE RECEIVED BY:

APRIL 02, 2016

### ACCOUNT BILLING SUMMARY

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE | CO |
|---|---|---|---|---|---|
| 9105Y306 CUP | Umbrella Policy | 04/02/16-04/02/17 | $1,666.00 | $1,666.00 | 31 |
| 1175M732 660 | Commercial Package | 04/02/16-04/02/17 | $11,958.00* | $11,958.00* | 31 |
| TOTAL BALANCE | | | $13,624.00 | $13,624.00 | |

### TRANSACTIONS SINCE LAST STATEMENT

Total Transactions (See Transaction Detail Section)                              +13,624.00

TOTAL BALANCE                                                                    $13,624.00

CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
TRAVELERS CL REMITTANCE CENTER, PO BOX 660317, DALLAS, TX 75266-0317.