## EXHIBIT B

## BERLINER DECLARATION

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re:

**SPORTS AUTHORITY HOLDINGS, INC., et al.,**

Debtors[1].

Chapter 11

Case No.: 16-10527 (MFW)

(Jointly Administered)

### DECLARATION OF DAVID E. BERLINER IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY BDO CONSULTING, A DIVISION OF BDO USA, LLP, AS ITS FINANCIAL ADVISOR NUNC PRO TUNC TO MARCH 11, 2016

I, David E. Berliner, declare and state as follows:

1.      I am a Certified Public Accountant, licensed under the laws of the State of New York, a Certified Insolvency and Restructuring Advisor (CIRA), a Certified Turnaround Professional (CTP), and a partner in the firm of BDO Consulting, a Division of BDO USA, LLP together with its wholly owned subsidiaries, agents, independent contractors and employees ("BDO" or the "Firm").

2.      I make this declaration in support of the application (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") of Sports Authority Holdings, Inc. ("SA") and its affiliated debtors as debtors in possession in the above-captioned cases (collectively, the "Debtors") to employ BDO as its financial advisor *nunc pro tunc* to March 11, 2016 pursuant to Sections 328 and 1103(a) of Title 11 of the United States Code (the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

1

"Bankruptcy Code") and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") in the Chapter 11 cases of the Debtors.

3.      BDO is an accounting, consulting and financial advisory firm which maintains offices at 100 Park Avenue, New York, New York 10017, and other locations throughout the United States.  BDO's professionals have extensive familiarity with the accounting practices in insolvency matters in bankruptcy courts throughout the United States.

4.      Subject to this Court's approval of our retention, BDO proposes to provide financial advisory services to the Committee.

**BDO's Connection with the Debtors, Creditors and Other Parties-In-Interest**

5.      Other than initial communications between my firm and representatives of the Committee and its members with regard to the retention of my firm in this matter, to my knowledge, neither my firm nor any members of my firm had any business, professional or other connection with the Debtors or any other party in interest on Schedule 1 attached hereto and incorporated herein by reference, other than described herein below.

6.      BDO is the U.S. member firm of BDO International.  BDO International is an organization comprised of member firms that have standardized policies, procedures and quality control but do not share profits and are not legally connected such as a partnership.

7.      BDO is not a creditor, an equity holder, or an insider of the Debtors as specified in subparagraph (A) of 11 U.S.C. §101(14).

8.    No Partner or employee of BDO has been a director, officer or employee of the Debtors within two years prior to March 2, 2016 (the "Petition Date") as specified in subparagraph (B) of 11 U.S.C. §101(14).

9.    BDO does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason as specified in subparagraph (C) of 11 U.S.C. §101(14).

10.    To my knowledge, and subject to the disclosures herein, of those creditors and other parties-in-interest for whom I performed a conflict check and who are detailed on Schedule 1, neither my firm nor any members of my firm has any business relationships with those parties which are or may be creditors of the Debtors, except as set forth herein.

11.    To my knowledge, BDO has performed and may be presently performing accounting, tax or consulting services unrelated to the Debtors for those creditors or other parties of interest listed on Schedule 2 attached hereto and incorporated herein by reference. Fees for each of these engagements represent less than ½ of 1% of BDO's annual revenues, and, to the best of my knowledge, relate to matters totally unrelated to the case for which BDO is seeking to be engaged.

12.    In addition, BDO likely provides and may in the future provide accounting, tax, valuation or consulting services to the creditors of the Debtors who have yet to be disclosed by the Debtors in matters unrelated to the Debtors or these Chapter 11 cases.

13. As part of its practice, BDO appears in cases, proceedings and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment

bankers and other entities, some of which may be, or represent claimants and parties-in-interest in these cases, including  i) Gibson Dunn & Crutcher LLP, ii) Young Conaway Stargatt & Taylor, LLP, iii) FTI Consulting, Inc., iv) Rothschild Inc., v) A&G Realty Partners, LLV, vi) Kurtzman Carson Consultants LLC, vii) Pachulski Stang Ziehl & Jones LLP, viii) Houlihan Lokey, Inc., ix) Gordon Brothers Retail Partners, LLC, and x) Sard Verbinnen & Co.  BDO does not represent any such entity, other than which has already been disclosed, in connection with the pending cases or have a relationship with any such entity or professional which would be adverse to the Committee, the Debtors or the Debtors' estates.

### Discovery and Review of Disclosure Items

14.    BDO has undertaken a detailed search to determine, and to disclose, whether it represents or has represented any significant creditors, equity security holders, insiders or other parties-in-interest in this and in any unrelated matters.

15.    BDO has performed a review of potential connections and relationships between BDO and (i) the Debtors and their non-debtor affiliates/subsidiaries; (ii) Current and Certain Former Directors, Officers and Managers of the Debtors entities; (iii) Director Affiliates & Former Employers of Directors; (iv) Secured Creditors, Significant Stockholders, Banks, Insurers, and Insurance Administrators/Brokers; (v) Debtors' Professional Firms; (vi) Significant Lessors and Lessees; (vii) Litigation Parties; (viii) Utilities, Governmental & Regulatory Agencies, Judges of the Bankruptcy Court (DE) and Employees in the Office of the U.S. Trustee (DE); Debtors' Top Unsecured Creditors and (ix) other interested parties in these Chapter 11 cases.

16.    From time to time, BDO has been retained and likely will continue to be retained by certain creditors of the Debtors, but it is the intention of my firm to use commercially reasonable efforts to limit any such engagements to matters unrelated to these Chapter 11 cases.

17.    In connection therewith, BDO searched its internal database, sent out e-mails to all of its Partners and employees and investigated all responses.  Despite commercially reasonable efforts to identify and disclose BDO's connections with parties-in-interest in these cases, as made known to me in writing, because BDO along with other member firms of BDO International, has over 1,400 offices in over 150 countries with over 60,000 employees and because the Debtors and their affiliates are a large enterprise with hundreds of creditors and other relationships, BDO is unable to state with certainty that every client representation or other connection has been disclosed. In this regard, if BDO discovers additional information that, in BDO's reasonable opinion requires disclosure, BDO will file a supplemental disclosure with the Court as promptly as possible.

18.    To the best of my knowledge, information and belief, BDO neither holds nor represents any interest adverse to the Debtors, or their estates, in the matter for which it is proposed to be retained.  Accordingly, BDO believes that it is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as modified by section 1107(b) of the Bankruptcy Code and as required by section 327(a).  Therefore, I submit that the Committee's employment of BDO would be in the best interests of the Debtors and their estates and creditors.

19.    In addition, to the best of my knowledge, BDO does not have any connection to the United States Trustee for Region 3, or any person employed in the office of the United States Trustee outside of our role as a retained professional in other cases as required by Federal Rule of Bankruptcy Procedure 2014 and to the best of my knowledge, no one employed by my Firm is a

relative of the Bankruptcy Judge in the above captioned case or the United States Trustee for Region 3 as required by Federal Rule of Bankruptcy Procedure 5002.

20.    BDO has extensive familiarity with the accounting and financial advisory practices in insolvency matters in bankruptcy courts in the District of Delaware and in other states.

## Services Performed

21.    BDO will not perform any financial advisory services that would be duplicative of any other professional retained by the Debtors or the Committee.

22.    The general nature of services that BDO will perform for the Committee may include, but are not limited to, the following as requested by the Committee or counsel to the Committee and agreed to by BDO:

(a)    Analyze the financial operations of the Debtors pre and post-petition, as necessary;

(b)    Analyze the financial ramifications of any proposed transactions for which the Debtors seek Bankruptcy Court approval including, but not limited to, post-petition financing and the sale of all or a portion of the Debtors' assets;

(c)    Conduct any requested financial analysis including verifying the material assets and liabilities of the Debtors, as necessary, and their values;

(d)    Assist the Committee in its review of monthly statements of operations submitted by the Debtors;

(e)    Perform claims analysis for the Committee;

(f)    Assist the Committee in its evaluation of cash flow and/or other projections, including business plans prepared by the Debtors;

(g)    Scrutinize cash disbursements on an on-going basis for the period subsequent to the commencement of these cases;

(h)    Perform forensic investigating services, as requested by the Committee and counsel, regarding pre-petition activities of the Debtors in order to identify potential causes of action, including investigating intercompany transfers, improvements in position, and fraudulent transfers;

(i)    Analyze transactions with insiders, related and/or affiliated companies;

(j)    Analyze transactions with the Debtors' financing institutions;

(k)    Attend meetings of creditors and conference calls with representatives of the creditor groups and their counsel;

(l)    Prepare certain valuation analyses of the Debtors' businesses and assets using various professionally accepted methodologies;

(m)    As needed, prepare alternative business projections relating to the valuation of the Debtors' business enterprise;

(n)    Evaluate financing proposals and alternatives proposed by the Debtors for debtor-in-possession financing, exit financing and capital raising supporting any plan of reorganization;

(o)    Assist the Committee in its review of the financial aspects of a plan of reorganization or liquidation submitted by the Debtors and perform any related analyses, specifically including liquidation analyses and feasibility analyses and evaluate best exit strategy;

(p)    Assist the Committee in evaluating any tax issues that may arise, if necessary;

(q)    Assist counsel in preparing for any depositions and testimony, as well as prepare for and provide expert testimony at depositions and court hearings, as requested; and

(r)    Perform other necessary services as the Committee or the Committee's counsel may request from time to time with respect to the financial, business and economic issues that may arise.

## BDO's Rates and Billing Practices:

23.    BDO's request for compensation for professional services rendered for the Committee shall be based upon the time expended to render such services and at billing rates commensurate with the experience of the person performing such services and will be computed at the hourly billing rates[2] customarily charged by BDO for such services. The hourly billing rates as of the date of this Affidavit are as follows:

---

[2]    In the normal course of business, BDO revises its regular hourly rates to reflect changes in responsibilities, increased experience, and increased costs of doing business. Accordingly, BDO requests that its billing rates be revised to the regular hourly rates, which will be in effect from time to time. If BDO increases any hourly rates over and above the rates contained in this Application, BDO will file notice(s) of such changes with the Court.

| Partners/Managing Directors | $475 to $795 per hour |
|---|---|
| Directors/Sr. Managers | $375 to $525 per hour |
| Managers/Vice Presidents | $325 to $425 per hour |
| Seniors/Analysts | $200 to $350 per hour |
| Staff [3] | $150 to $225 per hour |

24.    Reasonable out of pocket expenses will be charged at actual costs incurred (and will include charges for travel, report reproduction, delivery services, etc.) and will be itemized separately from the fees on our applications for compensation.

25.    In connection with the submission of periodic billings, BDO will provide detailed descriptions for each professional of the services performed, and the time expended on the engagement for all relevant activity categories.

26.    In accordance with section 504 of the Bankruptcy Code, no agreement or understanding exists between me, and, to my knowledge, between my Firm or any other member or associate of my Firm, on the one hand, and any other person, on the other hand, for the sharing of compensation as my Firm may receive in connection with services rendered in these cases, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or, to my knowledge, any partner or associate of my Firm.

27.    BDO intends to apply to the Court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the District of Delaware and any orders entered by the Court.

---

[3]    BDO represents that this category does not include secretarial time or secretarial overtime and BDO will not include in its applications for allowance of fees associated with secretarial work or secretarial overtime.

28.    All payments rendered pursuant to BDO's retention by the Debtors are subject to approval of this Court and based upon the filing by BDO of appropriate interim and final applications for allowance of compensation and reimbursement of expenses.  As set forth above, BDO respectfully requests that it be retained effective as of March 11, 2016 and all services rendered by BDO to the Committee from that date forward be deemed authorized pursuant to this Court's Order.

29.    I certify under penalty of perjury under the laws of the United States, that to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated:  New York, New York

April 15, 2016

_David E. Berliner_

David E. Berliner

Sworn and subscribed to before me

this 18th day of April 2016.

_Sabine Ahel_

NOTARY PUBLIC

SABINE AHEL
Notary Public, State of New York
Registration #01AH6170553
Qualified In Queens County
Commission Expires July 9, 2019

# SCHEDULE 1

*Debtors*

Mega Sports Co.
Slap Shot Holdings, Corp.
Sports Authority Holdings, Inc.
The Sports Authority Canada, Inc.
The Sports Authority Limited (U.K.)
The Sports Authority S.L.
The Sports Authority, Inc.
TSA Caribe, Inc.
TSA Gift Card, Inc.
TSA Ponce, Inc.
TSA Stores, Inc.

*Current and Former Officers and Directors of Debtor Entities*

Brad Weston
Cynthia Cohen
Douglas Garrett
Gordon Barker
James Stasz ("Jay")
Jean-Marc Chapus
Jeremy Aguilar
John Morton
Jonathan Seiffer
Jonathan Sokoloff
Kathy Persian
Kevin McGovern
Martin Hanaka
Michael E. Foss
Michael Foster
Paul Gadet
Robert Gordon
Ronald Stoupa ("Ron")
Stephen Binkley
Thomas T. Hendrickson
Todd Purdy
Usama Cortas
Darrell Webb
David Campisi
Douglas Morton

*Director Affiliates & Former Employers of Directors*

City Sports, Inc.
Leonard Green & Partners, L.P.
McGovern Capital LLC
NuMedics, Inc.
Strategic Mindshare

*Secured Creditors*

Bank of America NA
Beach Point Capital Management LP
Capital One
Chatham Asset Management
CIT
Columbia Management Investment Advisers LLC
Credit Suisse AG
CVC Credit Partners LLC
DC Funding Partners LLC
Denali Capital LLC
Deutsche Bank AG New York Branch
Fidelity Management & Research Co.
FMR LLC
Fort Warren Capital Management, LP
FS Investment Corporation
GoldenTree Asset Management, LP
GSO Capital Partners LP
GSO/Blackstone Debt Funds Management LLC
JPMorgan
Kohlberg Kravis Roberts & Co.
MeehanCombs LP
MJX Asset Management, LLC
Nomura Corporate Research and Asset Management, Inc.
Partners Group
Pinebridge Investments LLC
PNC
Royal Bank of Canada
Royal Bank of Scotland
Seix Investment Advisors LLC
SunTrust Bank
Trimaran Advisors LLC
US Bank
Wellington Management Company, LLP
Wells Fargo
West Gate Horizons Advisors, LLC

## *Significant Stockholders*

Denver Partners
TSA Coinvest LLC

## *Mezzanine Debtholders*

280 Funding I
Caisse de Depot et Placement du Quebec
CIGNA
Connecticut General
Credit Suisse Anlagestiftung 2 Saule
GSO Domestic Capital Funding LLC
GSO Special Situations Fund
Life Insurance Co of North America
MAC Capital, Ltd.
New York Life
New York Life Investment Management
New York Life Investment Management
Mezzanine Partners Parallel Fund
Northwestern Mutual Life
Partners Group
Partners Group Global Private Equity
Performance Holding
Partners Group Global Private Equity
SICAV
Partners Group Mezzanine Finance II LP
Partners Group Prime Yield S.A.R.L.
Partners Group Private Equity Performance
Holding
Pearl Holding Limited
Stichting Pensioenfonds (Mez Stichtingabp)
Stichting Pensioenfonds (Mez Stichting
PGGM)
TCW
TCW/Crescent Mez Partners III
TCW/Crescent Mez Partners IV
TCW/Crescent Mezzanine Partners IVB,
L.P.
TCW/Crescent Mezzanine Partners III
Netherlands, L.P.
TCW/Crescent Mezzanine Trust III, L.P.
Varma
Varma Mutual Pension Insurance Company

## *Debtors' 50 Largest Unsecured Creditors*

TCW/CRESCENT MEZZANINE
PARTNERS III, L.P.
CAISSE DE DEPOT
NIKE USA. INC.
TCW/CRESCENT MEZZANINE
PARTNERS IV, L.P.
TCW/CRESCENT MEZZANINE
PARTNERS IVB, L.P.
280 FUNDING I
ASICS AMERICA CORPORATION
UNDER ARMOUR
NY LIFE
STICHTING PENSIOENFONDS
NY LIFE INV. MGT.
NW MUTUAL LIFE
GSO DOMESTIC CAPITAL FUNDING
LLC
STICHTING PENSIOENFONDS
VARMA MUTUAL PENSION
INSURANCE COMPANY
CONN GENERAL
TCW/CRESCENT MEZZANINE TRUST
III
IMPLUS FOOTCARE LLC
AGRON INC
MAC CAPITAL
NYLIM PARALLEL
PARTNERS GROUP PRIME YIELD
SARL
M J SOFFE LLC
EASTON BASEBALL/SOFTBALL INC
PARTNERS GROUP MEZZ FIN II LP
WILSON TEAM SPORTS
THORLO INC
GOLDEN VIKING SPORTS LLC
IMPORT
BURTON SNOWBOARDS
LIFE INSURANCE CO OF NORTH
AMERICA
SHOCK DOCTOR INC
PEARL HOLDING LIMITED
PARTNERS GROUP PRIVATE EQUITY
PERFORMANCE HOLDING
CASTLEWOOD APPAREL CORP

ICON HEALTH & FITNESS INC
RAWLINGS SPORTING GOODS
HANESBRANDS INC
TCW/CRESCENT MEZZANINE
PARTNERS III NETHERLANDS, L.P.
K2 CORPORATION
TAYLORMADE-ADIDAS GOLF
COMPANY
RIP CURL
ESCALADE SPORTS
HOT CHILLYS
BROOKS SPORTS INC.
CREDIT SUISSE ANLAGESTIFTUNG 2
SAULE
HI-TEC SPORTS USA
GORDINI USA INC
MCDAVID KNEE GUARD
NEW BALANCE ATHLETIC SHOE INC
NEW ERA CAP CO

*Debtor's Major Landlords*

Alberta Development Partners
American Realty
Arcadia Management
Benderson
Casto
Centro/Brixmor/New Plan
Cole
CSM Corporation
DDR Corporation
Edens
Equity One
Excel Trust
Federal Realty
Gart
General Growth Properties a/k/a GGP
Glimcher
Greenberg Gibbon Commercial
Hochberg/Next Realty
Howard Hughes Corporation
Ineven Trust Properties
Inland American
Inland Continental
Inland National
Inland RE Corporation

Inland West/RPAI
Irvine Company
Kimco
Kite Realty
Macerich
National Retail Prop.
Newmark Merrill
Pyramid Management
Ramco-Gershenson Properties
Realty Income
Regency
RioCan REIT
Rouse Properties
Schottenstein Property Group
Sears/Kmart (not Seritage)
Simon
Spirit Realty
Taubman
Vestar
Weingarten
Westfield
WP Glimcher

*Debtor's Landlords*

1000 Broadway Co.
1001 Lincoln, LLC
14700 Baltimore Avenue Investors LLC
14850 Persistence Drive, LLC
444 Connecticut Avenue LLC c/o Seligson
Properties
455 Broadway, LLC
4821 Ming Avenue, LLC
770 TAMALPAIS DRIVE INC.
845 Third LP c/o Rudin Management
Company Inc
AAC Cross County Mall LLC
Aaron Rents, Inc.
AC I Ledgewood, LLC
ACF Property Management
Acres Property Management, LLC
Adcope LLC c/o Red Lion Hotel
AEI Income & Growth Fund 25 LLC
AGC Pacific Coast Plaza LLC
Airport Square Shopping Center
Albany Road-Amherst Crossing, LLC

Alberta Development Partners
America Southwest Venture I
American Assets Trust
American Realty Capital Retail Operating
Partnership, LP
American United Life Insurance Company
Ames Crossing, LLC
Amherst Crossing AMA Realty Ventures,
LLC
ARC CLORLFL001, LLC
ARC STRULOK001, LLC
ARC TSKCYMO001, LLC
Arcadia Management Group
ARCP MT Springfield IL, LLC
Arden Way, LLC & Arden Way #2, LLC
Arizona Mills Mall, LLC
Arnold A. Brown, Esq.
ASBELL LIMITED PARTNERSHIP
Asherian Properties Southlake II Shopping
Center, LLC
ATHENA PROPERTY MANAGEMENT
Atlantic Fitness, LLC
Aurora Marketplace LP c/o Bonnie
Management Corp
AuZone Arvada, LLC
AX Oakdale Village L.P.
AXA Equitable Life Insurance Company
Baker-Boca Raton, LLC
Baker-Naples, LLC
Ballard Spahr Andrews & Ingersoll, LLP
Bartko, Zankel, Bunzel & Miller
Barton Lynnhaven, LLC
Bay Shore Mall, LP
Bayshore Town Center, LLC
BDC Wasilla, L.P.
Bed Bath & Beyond
Bella Terra Dunhill, LLC
Bellis Fair Mall, LLC
Benderson 85-1 Trust c/o Benderson
Development Company
Berenbaum, Weinshienk & Eason, P.C.
Berkadia Commercial Mortgage, LLC
Berkshire-Ocala LLC
Best Buy Stores, L.P.
BFW/Pike Associates, LLC
BG Monmouth LLC

Birdcage GRF2, LLC
Biscayne Grantor Trust
BLDG 2007 Retail LLC and NETARC LLC
Blitz Bardgett & Deutsch, L.C.
Bloodworth Carroll, P.C.
Bluett & Associates, Inc.
BMF Land Inc
Boca Glades, LTD.
Bodden & Muraoka
Bonnie Management Company
BP Watertown Retail, LLC
Bradley & Associates
Brandywine Commons, LLC
BRE DDR BR Nature Coast FL, LLC
BRE DDR Crocodile Falcon Ridge Town
Center I LLC
BRE DDR Lake Brandon Village, LLC c/o
DDR Corp.
BRE DDR Shoppers World, LLC
Bricktown Square LLC
Bristol Warner Investors LLC
Bristol-Warner Investors, LLC
Brixmor GA Panama City, LLC c/o New
Plan Excel Realty Trust
Brixmor Operating Partnership 2, LLC
Brixmor Property Group
Brixmor SPE 3 LLC
Brixmor Wolfcreek I LLC
BROADSTONE LAND LLC
Broadway Commons Delaware Business
Trust
Brookside (E&A), LLC c/o EDENS
Browman Development Company, Inc.
BT Abington LP
Buckhead Pavilion, LLC
Burbank Empire Center
Burbank Realty Company, LLC
Burbank Station Holdings, LLC c/o Abbell
Associates, LLC
Cache Valley Investors LC c/o Woodbury
Corporation
Camino Real, LLC
Camiono Real, LLC
Campus View L.L.C.
Cape Town Plaza, LLC

Capital Centre, LLC c/o Retail Properties of America, US Management
Carousel Center Company L.P.
Carriage Crossing Market Place, LLC
Caruso Lease
Caruth Acquisition, LP
Cascade Station Retail Center, L.L.C.
Castle & Cooke Corona Crossings, LLC
Casto
Catherine A. Philipovitch
CB Richard Ellis
CBRE Inc.
CCA-Renaissance Square Shopping Center, LLC
CCRP
Centennial Square LLC c/o Garden Commercial Properties
CENTER DEVELOPMENTS OREG LLC
Centerco Manchester, LLC
Centerplace of Greeley III, LLC
Centerton Square, LLC,
Central Avenue Mall, LLP
Centro Properties Group
CH Realty III/Clackamas, LLC
Chalres River Realty Group
CHANDLER VILLAGE CENTER LLC
Chapel Square Commercial Building, LLC
Chun Kerr LLP
CIM/PICO, L.P.
Circle Plaza Associates LLC / Maizlish Circle Plaza
CI-Ross LP co Ross Development
CITY OF GREENWOOD VILLAGE
Clark Street Partners
Clifton Commons I, LLC c/o Related Management
CLPF-Promenade, L.P.
Coconut Point Developers LLC
Cocoplum Associates c/o Benderson Development Company
Cole MT Matteson IL, LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Coliseum Properties, LLC
Colliers B&K
Colliers Bennett & Kahnweiler

Colliers Monroe Friedlander Management Inc
Colorado Mills Limited Partnership
COLORADO MILLS, LP
Columbia-BBB Westchester Shopping Center Associates
Commercial Realty Enterprises, L.L.C.
Coral Walk FL, LLC c/o Schottenstein Property Group LLC
Coro Realty Advisors, LLC
Corridor Marketplace, LLC
CP Pembroke Pines, LLC
CP Venture Five - AMC LLC
CPT Stevens Creek Central, LLC
CPYR, INC., a Delaware corporation
Crest Furniture, Inc.
CRI Easton Square LLC
Crofton Moore Property Services, Inc.
Crossgates Commons NewCo, LLC
Crossman & Company
CSC Cross Keys LP c/o Cedar Shopping Centers Partnership, L.P.
CSFBM 2007-C2 CONYERS COMMONS LLC
CSM Corporation
CSM Corporation c/o M-M Burnsville Associates LP
CSM Park Place Limited Partnership, LLP
Dadeland Station Associates Ltd. c/o Berkowitz Development
Damien O. Del Duca, Esquire
Danbury Commons Associates L.P.
Daspin & Aument, LLP
David's Bridal
DAY MORENO VALLEY LLC
DCM Management
DDK Inc.
DDR Homestead LLC
DDR MCH West LLC
DDR MDT Flatacres Marketcenter LLC
DDR Miami Avenue LLC
DDR Nampa, LLC
DDR Perimeter Pointe LLC c/o DDR Corp.
DDR Southeast Cascades, LLC c/o DDR Corp.
DDR Southeast East Hanover, LLC,

DDR TUCSON SPECTRUM II LLC
DDR Winter Garden LLC, c/o DDR Corp.
DDRTC Marketplace at Millcreek LLC
De Rito Partners Development, Inc.
De Rito Pavilions 140, LLC,
De Rito/ Kimco Riverview, LLC
Deno P. Dikeou
Department of Corrections (Colorado)
DeRito Pavilions 140, LLC,
DEVELOPERS DIVERSIFIED REALTY
CORPORATION
DGH KALAMATH, LLC
Dickerhoof Properties
Dickinson Wright/Mariscal Weeks
DILLON RIDGGE MARKETPLACE III
LLC
Dividend Capital Total Realty Operating
Partnership LP
DMD Horizon LLC
Dolphin Mall Associates LLC
Dominion Square-Culpeper, LLC
DONAHUE SCHRIBER REALTY
GROUP, L.P.
Doug Bean & Associates, Inc.
Downtown Displays LLC
DPF Narragansett Lease Management LLC
Dresher & Cheslow, P.A.
DS Santa Rosa LP - Santa Rosa Marketplace
Dunhill Property Management Services, Inc
Durango Mall LLC
E. P & G Properties, No. 5. LLC
E. P&G Properties, No, 5, LLC
Eager Road Associates West, LLC
East Bay Bridge Retail, LLC
East Mesa Adjacent LLC
Eastern States Properties, LLC
EDENS
Edens Center Associates
Edens Park Place at Cascades LP
Edens Plaza LLC
Egenolf Associates, LLP
Elmsford 1706, LLC
Embassy Holdings LLC
EMLAWA, LLC
Encinitas Town Center Associates LLC
EP Summit

Equity One (Northeast Portfolio), Inc.
Equity One (Northeast Portfolio), Inc.,
Ernie Park, Esq.
ESCUELA SHOPPING CENTER, LLC
Etkin Johnson Group, LLC
EXCEL TRUST LP
EXCEL TRUST, LP
EXOHO HARLEM ASSOCIATES, LLC
Exton/Whiteland Devco c/o RJ Waters &
Associates
Fairway Phase III Associates, L.P.
Farmers Branch LLC
Federal Realty Investment Trust
Federated Retail Holding Inc.
Fidelis Realty Partners, Ltd.
Fields Realty, LLC
Firecreek Crossing of Reno, LLC
FLEMINGTON MALL LLC
FNC Realty Corporation
Forest Harlem Properties Limited
Partnership
Fountains Dunhill, LLC
FOURSQUARE PROPERTIES, INC.
FR ASSEMBLY SQUARE, LLC
FR Crow Canyon, LLC
FR Montrose Crossing, LLC c/o Federal
Realty Investment Trust
Fritz Duda Company
Frontier Mall Associates LP
FTT Village Fair North, LLC
Furniture Investment Group Inc. dba Ashley
Furniture Homestore
G J Grewe Inc
G&I VII WESTFORK LLC
Gaitsman, LP
Gart Properties
Gateway 101, LLC
Gateway Center IV, LC
Gateway Center Properties Phase II Owner,
LLC
Gateway Fairview, Inc.
Gateway LP
Gateway-DC Properties, Inc., c/o TA
Associates Realty
General Capital Group
Gerrity Retail Management, LLC

GFI Auburn Plaza Realty, LLC
GGCV Real Estate, LLC c/o Greenberg
Gibbon Commercial
GGP Maine Mall, LLC, c/o General Growth
GGP NORTHRIDGE FASHION CENTER, LP
GGP-Newgate Mall, Inc.
Glimcher Merritt Square, LLC
Glimcher SuperMall Venture LLC c/o
Glimcher Properties LP
GMAC Commercial Mortgage Corporation
Golden, Mumby, Summers, Livingston & Kane, RLLP
Goldfarb & Fleece, LLP
Goodman Realty Group
Goodwill Industries of Southeast Texas, Inc.
Goodwill Industries of Southeastern Louisiana, Inc.
Goulston & Storrs
GRE BROADMOOR, LLC
GRE Vista Ridge, L.P.
Greenfield LP c/o Bonnie Management Company
Greentree Plaza 06 A, LLC
Greenwald, Greenwald, Powers & Eustis, LLP
Grossmont Shopping Center
Grosvenor Americas
GS Palm Beach LLC c/o Gary Solomon & Company
GSMS 2005-GG4 MORENO DRIVE LIMITED PARTNERSHIP
Haines Center - Burlington, LLC
Hand, Holmes, Pilie' & Matthews, LLC
HAP Realty LLC
Harlan Douglass
Harrigan, Weidenmuller Company
Hawkins Companies, LLC
Hazel Dell Marketplace LLC
HC Niles Developers LLC
Heritage Wolfcreek I LLC
Hess D'Amours & Krieger
Hialeah Promenade LP c/o Sterling Centrecorp Management Serv
Hiawatha Limited Liability CO
Hillsboro 1031, DST

Hillview CH, LLC
Hobart Investors, LP
Hoffmann Commercial Real Estate
Hogan Law Office
Holobeam, Inc.
Holyoke Mall Company, L.P.
Home Depot USA
HOROWITZ FAMILY TRUST AND FRANDSON FAMILY TRUST
HQ8-10410-10450 Melody Lane LLC
Husch & Eppenberger, LLC
I&G Direct Real Estate 33K, LP
IA Boynton Beach Congress, LLC
IA Management L.L.C
Ideal Management
Ikea Property Inc.
INLAND AMERICAN LEAGUE CITY VICTORY LAKES LIMITED PARTNERSHIP
Inland American San Antonio Stone Ridge L.L.C.
Inland American South Frisco Village LLC
Inland Commercial Property Management, Inc.
Inland Commercial Real Estate Services LLC
Inland Continental Property Management Corp.
Inland Crystal Point, LLC
Inland Real Estate Corporation
Inland Ryan, LLC and Inland Real Estate Riverdale, L.L.C.
Inland Southwest
Inland Westem Tallahassee Governor's One. L.L.C.
Inland Western Arvada, L.L.C.
Inland Western Austin Southpark Meadows II Limited partnership
Inland Western Avondale McDowell LLC
Inland Western Fullerson Metrocenter, LLC
Inland Western Northpointe Spokane, L.L.C.
Inland Western San Antoino Limited Partnership
Inland Western Seattle Northgate North, L.L.C.

Inland Western Temecula Vail, LLC
InvenTrust Property Management LLC
Inverness Equities
Inverness Management
Investec Management Corporation
IREIT Lake St Louis Hawk Ridge LLC
IREIT Mansfield Pointe, L.L.C.
Irvine Retail Properties Company
Isaacson, Rosenbuam, Woods & Levy, P.C.
ISSAQUAH ASSOCIATES
J & J Development, LLC
Jaffee Real Estate Company
James A. Ginsburg, Esq.
James Campbell Company, LLC
JANAF Associates Limited Partnership c/o
McKinley Commercial, Inc.
JBG Rosenfeld Retail Properties, LLC
Jeffer, Mangels, Butler & Marmano LLP
Jerald Friedman
Jim Wilson & Associates, LLC
JJB Family LLC
JJD, LLC
JJD, LLC c/o DAI Property Management
Company
JJJ Revocable Trust c.o Robert L. Rickel
Trust
JLPK-Levittown NY, LLC c/o Schottenstein
Property Group
John and Donna Lauro
John Hancock Life Insurance Company
(USA)
John T Favaloro, Jr.
Jones Lang LaSalle Americas, Inc.
JTD Land at Sand Lake, LLC
Kafkes Real Estate Services Company
Karns Real Estate Holdings LLC
Keizer Enterprises, LLC
KEK Realty, LLC
Kendallgate Center Associates Ltd.
Kennedy Wilson Properties, LTD.
Kevin Mortensen
Key Point Partners
KeyPoint Partners, LLC
Kimco Realty Corporation c/o CAVE
SPRINGS CENTER 840, LLC
Kin Properties, Inc.

KIR Bayhill Plaza 024, LLC
KIR Maple Grove LP
KIR Tampa 003, LLC c/o Kimco Realty
Corp
KIR Tukwila L.P.
KIR VISTA BALBOA, L.P.
Kirkwood Crossing 803, LLC
Kirton McConkie
Kite Realty Group
Klamath-Jefferson, LLC
Kmart
Kmart Corporation
Knorr Management
Kornland Building Company
Kramont Realty Trust
KRC Fairview Heights 881, Inc.
KRG Fort Myers Colonial Square, LLC
KRG Port St. Lucie Landing, LLC
KRG Portofino Project Company
KRT Property Holdings LLC
Kukui Grove Center Investment Group, Inc.
La Habra Associates LLC c/o DJM Capital
Partners
Lacey Marketplace Associates II, LLC
Laguna Gateway Phase 2, LP
LaHabra Associates LLC
Lakeland Square Mall, LLC c/o Rouse
Properties, Inc.
Lakeside Holdings LPI c/o Cosmos
Management Corporation
Lakha Kent Properties, LLC
Lancaster Development Company, LLC
LANE4 Property Group, Inc.
Larsen Baker, LLC
LaSalle Bank National Association c/o
Inland Property Management
LaurelRising As Owner, LLC
Ledgewood Investors, LLC
Lennar Commercial Services, LLC as
manager
Levin Management Corporation
LIghthouse Realty Partners, LLC
Lincoln Property Company
Lindquist & Vennum, LLP
Lintex Properties, Inc.
LINTON 510, LLC

LIPEX Properties, L.P.
Lombard Group Texas, LLC
Lormax Stern Development Company
Lower Nazareth Commons, L.P
Lowes
Lynn Morrison, LLC
Macerich
Macerich Cottonwood Holdings LLC
MACERICH LAKEWOOD, LLC
MACERICH TWENTY NINTH STREET
LLC
Macerich Valley River Center, LLC
Macy's West Stores, Inc. - OR
Madison Partners LLC
MADONNA PLAZA SRT LP
Madrone Partners LLC
Majestic Property Management Company
MALL AT GURNEE MILLS LLC
Mall at Liberty Tree, LLC c/o Simon
Property Group
Manalapan Realty, L.P.c/o Steiner Studios
Mansfield Investments, Inc.
Marina Pacifica LLC
Mariners, LLC
Mariscal Weeks McIntyre & Friedlander
Market Pointe I LLC c/o Hanson Industries
Inc
Marketplace at the Birdcage
Massachusetts Mutual Life Insurance
Company
MAUI MARKETPLACE INVESTMENT
GROUP, INC.
MEPT Midtown Crossing LLC
MEPT Woburn Mall, LLC
Meridian Place, LLC
Merlone Geier Management
MERLONE GEIER MANAGEMENT, LLC
Metro National Corporation
Metropolitan Life Insurance Company
MGP IX LINCOLN STATION, LLC
MGP IX PROPERTIES, LLC
MGP X Properties, LLC
MGP XI Lynnwood Leasehold, LLC
Miami International Grantor Trust
Michael A. Lightman
Michael, Levitt & Rubenstein

Mid-America Asset Management, Inc.
Midstate Hye LP c/o Gabrellian Associates
Milan Capital Management, Inc.
Milipitas Mills LP
Mill Creek Mall, LLC
Miller Flint, LLC
Miller Real Estate Investments
Mills Corporation
MK Commons, LLC
MK Kapolei Commons, LLC
MLK Associates, LLC
MLTC FUNDING
MO GOLD RIVER, LLC
Moore Myers & Garland LLC
MP BIRDCAGE MARKETPLACE LLC
MPI Management, Inc.
Much Shelist Freed Denenberg Ament &
Rubenstein, P.C
Najem Co.
National Retail Properties, Inc.
Nelson Christensen & Helsten
New Hap, GLE, New C & H Realty LLC
NewMark Merrill
NewMark Merrill Mountain States
Next Gateway LLC
Next Property Management, Inc.
NNN TRS INC
North Anchorage Real Estate Investores,
LLC
North Haven Holdings LP
Northbrook Court
Northlake Associates LP
Northwood Retail LLC
Nowbar Real Estate Investment Inc c/o
SeArrow Realty Service
Oakwood Plaza Limited Partnership
Ocala Retail 2015, LLC
Ocean Drive Clevelander Inc
Oceangate Property LLC c.o The ARBA
Group
OCW Retail - Nashua, LLCc/o The Wilder
Companies, Ltd.
Office Depot
OfficeMax #71 c/o Office Depot Inc
Ohio-SM Venture LP
OLP Greenwood Village, Colorado, Inc.

OLP Sunland Park Drive, LLC
One Putt Ventures, LLC
ONTARIO MILLS LIMITED PARTNERSHIP
OPCLK, LLC
Orange City Mills Limited Partnership
O'Reilly Auto Enterprises, LLC
Outfront Media (Formerly CBS Outdoor)
OUTFRONT Media LLC (Formerly CBS Outdoor Inc.)
Overlake Management Co.
Overland El Paso Properties, LLC
OWRF Baybrook, LLC
PAC FINANCE 1, LLC
Pace Development, Inc.
Pace Properties, Inc.
Pacific Carmel Mountain Holdings c/o American Assets Inc
Pacific Coast Plaza Investments, LLC
Pacific Retail Capital Partners
Palms Crossing, L.P.
Pappas Gateway, L.P.
Pappas Union City LP
Parker Central Plaza, Ltd.
Parker Place Group, LLC
PBM Power Center LLC
PDC Fringe II, LLC
Pearland Town Center Limited Partnership
Pebb Enterprises
Pelican Investments #4, LLC
Pelsota, LLC
PERA Bowles, Inc
PF Colorado, LLC
Phoenix Waterbury LLC
Pike Park Associate LP and Henry Realty Inc c/o Maryland Fin
Pinetree Realty Corp.
PK II Frontier Village SC LLC
PKKRC Pompano Beach, LLC
PL Mesa Pavilions, LLC
PL Roseville LP
PL Wayne LLC c/o Kimco Realty
Plaza Carolina Mall, L.P.
Plaza K Realty-Hazlet LLC
Plaza Las Americas, Inc.
PNC Bank, National Association

Point Plaza Partners, LLC
Portfolio Realty Management, Inc.
Powder Basin Shopping Center, LLC
Power Plaza LLC
Premier Centers Management
Preston Park Partners, Ltd.
Price Reit c/o Kimco Realty Corp.
Primo Venture #1, LP
PRINCE KUHIO PLAZA, LLC
Principal Life Insurance Company
Procopio, Cory, Hargreaves & Savitch LLP
Prologis
Promenade Modesto, LLC
Property Management Office at The Marketplace
Pru/Desert Crossing I LLC
Public Storage
Pueblo Mall
Pyramid Management Group
Quarry Place Two LLC
R.K. Middletown Village LLC
Ramco Delafield II LLC
Ramco-Gershenson Properties LP
Ramco-Gershenson Properties, L.P.
Rand M. Agins, Esq.
Randhurst Shopping Center LLC
Ray Shepherd
RE Income Omaha Whispering Ridge, LLC
Real Estate Programs
Realty Income Corp
Realty Income Corp.
Realty Income Corporation
Realty Income Properties
Realty Income Properties, Inc. c/o Realty Income Corporation
REALTY INCOME TEXAS PROPERTIES 1, LLC
Red Rose Commons Associates LP c/o The Goldenberg Group
Red Star Outdoor, LLC
Regency Centers
Regency Realty Group, Inc.
Regional Street Joint Venture, LLC
Related Management
Renaissance Partners I, LLC
Retail Management Services Co.

Retail Properties of America, Inc.
RH TACOMA PLACE ASSOCIATES LLC
Rice Lake Square, LP (Grosvenor Americas)
Richard Stewart, Esq. Lasser Hochman
Riemer & Braunstein LLP
RioCan (America) Management Inc.
Rite Aid Corporation
River Landing Development, LLC
River Park Properties V, LLC
Riverdale Crossing LLC
Riverdale North LLC
Riverview Plaza (E&A), LLC
RK Centers
RLET Properties Burlington Village LLC
Roadhouse Grill
Robert L. Rickel Trust A
Robert McAlister
Rock Springs Plaza, LLC
Ronald L. Bissonnette, Esq.
ROONEY RANCH, LLC
Rosebud SA Camelback One, LLC
Rosen Properties
Ross Dress For Less, Inc.
Roundhouse Alexandria, Inc., d/b/a/ CPYR, Inc.
Rouse Company
Rouse Properties
Route 140 School Street, L.L.C.
Route 28 Salem, LP
Royal Ridge Center
RPAI HOLDCO Management
RPAI Pacific Property Services LLC
RPAI Southwest Management LLC
RPAI Tallahassee Governor's One, LLC
RPAI US Management LLC
RPT Terra Nova Plaza, LLC
RREEF Asset Manager
RVS Retail LP
Ryan Companies US, Inc.
Safeway Inc.
Santa Fe Place Property Owners, LLC
Sarasota Associates
Sayville Property Company, LLC
SB Management Corporation
SBMC Mission Viejo Sportmart
SBMC Westminster

Schaumburg Associates LP
Schottenstein Property Group
Scottsdale 101 Retail, LLC
SDC/Pacific Development Group
Sears Holding Corporation c/o KMART
Select Strategies Brokerage
Seritage SRC Finance LLC
Serota Brooktown III LLC c/o Serota Properties
Sessions Group
SG Glendora, LLC
SGD-885 So. 72nd LLC
Shelly B. and Barbara J. Detrick
Shiner Group, LLC
Shopko
Shoppes at Isla Verde, LTD
Shops at Bella Terra Owner, LP
Shops at Cicero 13 A, LP
Shorenstein Realty Services, L.P.
Silver Lake Mall, LLC
Simon Property Group
Simon Property Group
SIPOC TIC
Skinny Properties, LLC
Slatten Ranch, L.P.
SM MESA MALL, LLC
Smithtown Venture LLC c/o Kimco Realty Corp
Solomon Pond Mall LLC
Sons Riverhead LLC
Southpoint Plaza LLC
SPHEAR Investments LLC c/o Investec Management Corporation
SPI Property Management Corporation
SPI/TSA E. FL. Lauderdale, LLC
Spirit Realty Capital, Inc.
SPORTS BOOK, LLC
Sports Delaware LLC c/o Alan Riley Company
Springfield Associates LLC
Sprint
SRI Ten City Center, LLC
SRP Property Management, LLC
Stafford Properties
Star-West Solano, LLC
STATE OF HAWAII

STATION PARK CENTERCAL, LLC
Steger Retail LLC
Sterling Centrecorp Management Services
Inc.
STONESTOWN SHOPPING CENTER,
L.P.
Stream Realty Partners
Sudberry Properties, Inc.
Summerlin Operating Company, LLC
Sun Life Assurance Company of Canada
SunMark Centers, LLC
Sunrise Mills (MLP) Limited Partnership
Sunrise Promenade Associates c/o Spiegel
Associates
Sweetbriar Authority, LLC
TAC PAULDING PAVILION LLC
Taillard Capital
Talisman Towson Limited Partnership
Tanglewood Corp.
Target
Taubman Auburn Hills Associates LP
Taubman Cherry Creek Shopping Center,
L.L.C.
TCN I, LLC
Terranomics Crossroads Associates
TFG #201 c/o Reynolds & Brown
The ARBA Group
The Avenue – Viera, Lennar Commercial
The Commercial Property Group, LLC
The District, L.C.
The Elia Corporation
The Irvine Company LLC
The Kohn Law Firm
THE LIBAW FAMILY, L.P.,HOROWITZ
HOLDINGS, LLC, ASSET
ACQUISITIONS, LLC, and 3610
PARTNERS, GP
The Macerich Company
The Mall in Columbia Business Trust
The Market Place c/o The Irvine Company
Retail Properties
The Pederson Group
The Peterson Companies
The Price Reit Renaissance Partnership, L.P.
The Prudential Insurance Company of
America

The Related Companies
The Rockola Corp.
The Shopping Center Group
The Shops at Midtown Miami
The Shops at Slatten Ranch, LP
The State Life Insurance Company
The Summit at Gravois Bluffs, LLC
The Thackeray Company
The TJX Companies, Inc.
The Wilder Companies, Ltd
The Woodmont Company
THIRTY AND SUMMIT BILLBOARD CO
Tim Denker
Tim Lucas
Timothy C. Hogan, Attorney at Law
TJX Operating Co. #710
Tom Dawson -
Tomarchio Enterprises, LLC
Toys R Us
TPP 217 Taylorsville, LLC
Tracy Mall Partners, L.P.
Traer Creek-EXWMT LLC
Tri Commercial Properties
TRU 2005 RE I, LLC (Toys R Us)
Trustees of the Estate of Bernice Pauahi
Bishop
TSA STORES, INC.
U.S. 41 & I 285 Company LLC
U.S. REIF Joliet SC Fee, LLC
UCR Asset Services
Ulmer & Berne LLP
University Mall Shopping Center c/o
Woodbury Corporation
Valley Fair UTC, LLC
Valley Square I, L.P.
VENTURA GATEWAY, LLC
Vestar California XVII, LLC
Vestar DM, LLC
Vestar DRM-OPCO, L.L.C.
Vestar Property Management
VHTL Limited Liability Company
Village Square Retail Center, LLC
Vintage Oaks at Novato
Vista Equities, LLC
WAIKELE CENTER

Waldorf Shopper's World LLC c/o Richard
H. Rubin Management
Walton Foothills Holdings VI, L.L.C.
Ward Gateway-Industrial-Village, LLC
Warwick Mall OP LLC
Water Tower LLC
Water Tower Place Shopping Center, L.C.
WEINGARTEN NOSTAT, INC.
Weingarten Realty Investors
Weingarten/Miller/Aurora II LLC, and GDC
Aurora, LLC
Wells Fargo Bank West, NA
West Town Corners, LLC c/o M.S.
Management Associates, Inc.
West Vail Mall Corp.
Westcoast Estates
Westcor
Westerra
Westfield Topanga Owner LP
Westgate San Leandro
Westlake Promenade, LLC
Westwood Marktplace Holdings, LLC
WGA EVC, LP
White Company
White Marsh Mall, LLC c/o General Growth
Wilbur Properties
Wilf & Silverman
Willowbrook Town Center, LLC
Windward Mall
Winrock Partners LLC
Winwalk Realty, LLC c/o Win Properties
Inc
WL Westgate Venture LLC
WM Acquisition, L.C.
WMG MEADOWS LLC
Wolfe Management Company LP
Woodbury Corporation
WP Casa Grande Retail LLC
WPC-ABC, LLC
W-PT Arvada VII, LLC
W-PT Prairie Stone VII, LLC
WRI OVERTON PLAZA L.P.
WRI Ridgeway, LLC
WRI-SEMINOLE MARKETPLACE LLC
WS Asset Management, Inc.
Wulfe Management Services, Inc.

WWL New Mexico, LLC
YTC Mall Owner LLC
YTC Management, LLC
Yuma Palms 1031, LLC
Zane C. Hall Family Limited Partnership
788. Zelman Development Company

*Litigation Parties*

Andres Gomez
Anthony Roberts
Anthony T. Oliva
Austin McClelland
Billy Dykes
Bradford Wells
Christopher Beach
Christopher Brown
Cristobal Leon-Flores
Daniel Silvaz
East Capitol Realty, LLC
Geraldine J. Grauer
Greg Kellerman
Harwick Abram
James Woodley
Jason Gardner
Jeffrey Uddo
Jenna Schaefer
Jenry Ryzner
John Castillo
John Smith (Memphis, TN)
Karina Magallenes
Kevin B. Brown
Khanh Nielson
Leon Caughman
LINDA D'ALESSANDRO
Lisa Bright
Liznet Molinet
Marsha Fink
Michael Black
Michael Schurr
Miguel Figueroa
Rachel Herrerra
Ralph Cooper
Ryan Serrano
Shane Burnett

*Insurance Companies*

Ace American Insurance Company
Ascot Underwriting Ltd.
AXIS Capital
Brit Insurance plc
Empire Indemnity Insurance Company
Endurance American Insurance Company
Everest Indemnity Insurance Company
Federal Insurance Company
Liberty Insurance Underwriters Inc.
Liberty Mutual Insurance Company
Lloyd's of London
Lockton Co. LLC
Marsh & McLennan Companies
National Union Fire Insurance Company
National Union Fire Insurance Company of
Pittsburgh, PA
Navigators Group, Inc.
Ohio Casualty Insurance
Princeton Excess and Surplus Lines
Insurance Company
Safety National Casualty Corporation
Tokio Marine Kiln
U.S. Specialty Insurance Company (HCC
Insurance Holdings, Inc.)
XL Insurance America Inc.
Zurich American Insurance Company

*Utilities*

AEP - Columbus Southern Power
Alaska Communications Systems
Albuquerque Bernalillo County Water
Alliant Energy/Interstate Power Company
Anchorage Water & Wastewater Utility
Arizona Water Company
Auburn Water & Sewer Dist, ME
BCWSA (Bucks County Water & Sewer)
Bellevue City Treasurer, WA
Bexar County WCID #10
Borough of Paramus, NJ
Braintree Water & Sewer Dept
Broward County Comm - Public Works
Dept
BullsEye Telecom Summary

Burlington Township Water&Sewer Utility
California Water Service-Bakersfield
California Water Service-Torrance
California Water Service-Westlake Villag
City of Calumet City, IL
City of Casa Grande, AZ
City of Chandler, AZ
City of Coon Rapids, MN
City of Corvallis, OR
City of Fountain Valley, CA
City of Fredericksburg, VA
City of Fresno, CA
City of Geneva, IL
City of Holyoke, MA
City of Homestead FL
City of Idaho Falls, ID
City of Issaquah, WA
City of Joliet, IL
City of Las Vegas - Sewer
City of League City, TX
City of Lewiston, ID
City of Littleton, CO
City of Logan, UT
City of Lynnwood, WA
City of Mansfield
City of Marlborough, MA
City of McKinney, TX
City of Melbourne, FL
MCUD-Manatee County Utilities
Department
Met-Ed
Metropolitan Utilities District
Milford Sewer Dept. MA
Milford Water Company
Minnesota Energy Resources Corporation
MK Kona Commons LLC
Modesto Irrigation District
Montana-Dakota Utilities Co.
Monte Vista Water District
Municipal Light & Power (Anchorage, AK)
NetWolves Network Services Sum
New Jersey American Water Company
New Jersey Natural Gas Company (NJR)
Nicor Gas
Northwestern Energy/MT
Oro Valley Water Utility

Otay Water District
Sacramento Municipal Utility District
Saddleback Communications
San Antonio Water System, TX
San Diego Gas & Electric
San Jose Water Company
Santa Cruz Municipal Utilities
Sarasota County Public Utilities
Seacoast Utility Authority
South Stickney Sanitary District
South Valley Sewer District, UT
Southern California Edison
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southwest Gas Corporation
Spokane County Utilities
Sprint Summary
Sprint Summary
SRP -Salt River Project
Suburban Propane
Suffolk County Water Authority - NY
Sweetwater Cable TV
Tax Collector, City of Waterbury, CT
Taylorsville-Bennion Improvement Dist
Teco Tampa Electric Company
Teco: Peoples Gas
Texas Gas Service
Time Warner Cable
Town of Collierville, TN
Town of Culpeper, VA
Town of Danvers, MA-Water & Sewer
Town of Framingham, MA
Town of Hempstead - Levittown Water Dist
Town of Jackson, WY
Town of Jupiter, FL
Town of Plymouth, MA
Township of Palmer, PA
Township of Roxbury, NJ
Truckee Meadows Water Authority, NV
Tualatin Valley Water District
United Illuminating Company
United Water Delaware
United Water Idaho
United Water New Jersey/ Hackensack
UNITIL ME Gas Operations
Village of Frankfort, IL

Village of Glendale Heights, IL
Village of Gurnee, IL
Village of Hoffman Estates, IL
Village of Lombard, IL
Village of Niles, IL
Village of North Riverside, IL
Village of Schaumburg, IL
Virginia Natural Gas
Virginia-American Water Company
Walton EMC
Warrington Township Water & Sewer Dept.
Washington Suburban Sanitary Commission
WaterOne
WE Energies/Wisconsin Electric/Gas
Westar Energy/KPL
Whitehall Township Authority
Windstream Communications - EFT
Withlacoochee River Electric Cooperative
Wright-Hennepin Coop Electric
XCEL Energy:Northern States Power Co.
XCEL Energy:Public Service Company of
CO
XO Communications
AT&T
INTERCALL INC
LRM-COM, INC
Neustar Inc.
SPRINT COMMUNICATIONS CO
Verizon Wireless
XO HOLDINGS

***Ordinary Course Professionals***

A. T. KEARNEY, INC
ANTON COLLINS MITCHELL LLP
AON CONSULTING INC
ARTISTS CREATIVE AGENCY LLC
ASHFORD & WRISTON A LIMITED
BADILLO SAATCHI & SAATCHI INC
BAIN & COMPANY, INC.
BOOZ ALLEN HAMILTON, INC.
BRADLEY M WESTON
BRANDING BRAND INC
BRIDGE INTELLECTUAL PROPERTY
BROWNSTEIN HYATT FARBER
C2 IMAGING LLC

CAD-1 INC
CARDLYTICS INC
CAREERMINDS GROUP INC
CERTONA CORPORATION
CLOUD SHERPAS INC
COLORADO NOTARY SOLUTIONS, INC
COMPETE INC
CONNEXITY INC
CT CORPORATION SYSTEM
DATASOURCE CONSULTING LLC
DAYNA H JOHNSON
DELOITTE & TOUCHE LLP
DELOITTE TAX LLP
DENVER MODEL & TALENT LTD
DOCUMENTARY DESIGNS INC
DRINKER BIDDLE & REATH LLP
EARLEY & ASSOCIATES INC
ELKIND ALTERMAN HARSTON PC
ETC DESIGN, INC
EVELYN WIMBERLEY
FACTSET RESEARCH SYSTEMS INC
FIRST AMERICAN TITLE INS CO
FISH & RICHARDSON PC
FISHER & PHILLIPS LLP
FORRESTER RESEARCH, INC.
FRANCINE ROBIN SIMON
FRANKLIN COVEY CLIENT SALES
GREENBERG TRAURIG LLP
GREGORY J MCCREADIE
H.R. MEININGER CO
HEWITT ASSOCIATES CARIBE INC
HIGGS, FLETCHER & MACK LLP
HONIGMAN MILLER
SCHWARTZ&COHN
HYATTS GRAPHIC SUPPLY CO INC
IBA, SYMONDS & DUNN
INDEED INC
INGENIUM PERFORMANCE INC.
INTERCALL INC
INTRALINKS, INC.
INVODO INC
JACKSON LEWIS P.C.
JAMES ELLENBERGER
JOHANNE MALLEBRANCHE
JORDAN LAWRENCE GROUP, L.C.
JOSEPH NEWSUM

JOYCE FOX
KARAS WILDERS GROUP INC
KJC LAW FIRM, LLC
LABOR LAW CENTER INC
LAURA TUHKANEN
LAW OFFICE OF ROBIN DEIGHAN PC
LAW OFFICES OF DAVID H BAKER
LAW OFFICES OF KEVIN T GRENNAN
LAW OFFICES OF STEPHEN URE, PC
LEIF ASSOCIATES INC
LEWAN & ASSOCIATES INC
LEXTANT CORPORATION
LIFTPOINT CONSULTING, INC
LINDA D'ALESSANDRO
LINIUM, LLC
MARK ALAN SWEENEY
MARTIN DESIGN LLC
MEDIA WORKFLOWS
MSN COMMUNICATIONS, INC
NABLER LLC
NAVEX GLOBAL INC
NB VENTURES INC
NET SOURCE INC
NORTON ROSE FULBRIGHT US LLP
OGLETREE DEAKINS NASH
O'MELVENY & MYERS LLP
O'NEILL & BORGES LLC
ORACLE AMERICA INC
ORRICK, HERRINGTON & SUTCLIFFE
OTTEN,JOHNSON,ROBINSON,
OVERSEAS PUBLISHERS REPS INC
PATRICIA MARASCIO
PATRICK ROBERT MURRAY
PLANALYTICS INC
POLSINELLI PC
POWER REVIEWS
PREMIER EURO CASE, INC.
PRICEWATERHOUSECOOPERS LLP
RAWSON MERRIGAN & LITNER, LLP
REED ELSEVIER INC
RETAIL SCIENTIFICS LLC
ROOT, INC.
ROPES & GREY, LLP
SAFETY EQUIPMENT INSTITUTE
SEARCH STRATEGY SOLUTIONS, INC
SHEPPARD, MULLIN, RICHTER &

SLI SYSTEMS
SOLUTIONS II INC
SPLASH LTD
SPRINT COMMUNICATIONS CO LP
STELLA SERVICE, INC
STEPHEN R HOFER LAW CORP
STINSON LEONARD STREET LLP
TANGO ANALYTICS LLC
TEMPKIN, WIELGA, HARDT
TEMPUS NOVA INC
TERADATA OPERATIONS INC
THE DESIGN COUNCIL LTD
THE RETAIL EQUATION INC
THOMAS B. BACON, PA
TIMOTHY EDWARD DEGNER
TOWERS WATSON DELAWARE INC
TRUDY ADLER
TURN TO NETWORKS, INC.
UGAM SOLUTIONS PRIVATE LIMITED
USER TESTING, INC.
VALUATION RESEARCH CORP INC
VERIZON BUSINESS NETWORK SERV
VISUAL CREATIONS INC
ZENGER FOLKMAN COMPANY

***Chapter 11 Professionals for Debtors***

FTI Consulting, Inc.
Gordon Brothers Retail Partners, LLC
Kurtzman Carson Consultants LLC
Rothschild Inc.
Sard Verbinnen & Co
Gibson Dunn & Crutcher LLP
Young Conaway Stargatt & Taylor LLP
A&G Realty Partners, LLC

***Chapter 11 Professionals for Official
Committee of Unsecured Creditors***

Pachulski Stang, Ziehl & Jones LLP
BDO USA LLP
Houlihan Lokey, Inc.

***Counsel and Other Advisors Retained by
Other Significant Parties***

Brown Rudnick LLP
Choate, Hall & Stewart LLP
Houlihan Lokey Capital, Inc.
O'Melveny & Meyers LLP
PJT Partners Inc.
Riemer & Braunstein LLP

***U.S. Bankruptcy Judges in the District of
Delaware***

Brendan Shannon
Christopher Sontchi
Kevin Carey
Kevin Gross
Laurie Silverstein
Mary Walrath

***U.S. Trustee for the District of Delaware,
or any person employed by the Office of the
United States Trustee for the District of
Delaware***

Andrew R. Vara
Benjamin Hackman
Christine Green
David Buchbinder
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
James R. O'Malley
Jane Leamy
Jeffrey Heck
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Mark Kenney
Michael Panacio
Michael West
Natalie Cox
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
T. Patrick Tinker
Tiiara Patton

Timothy J. Fox, Jr.
Tony Murray

<u>**Schedule 2**</u>

*Secured Creditors*

Bank of America NA
Credit Suisse AG
JPMorgan
PNC
Wells Fargo

*Debtor's Major Landlords*

Casto
DDR Corporation
Excel Trust
Irvine Company

*Debtor's Landlords*

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Colliers Bennett & Kahnweiler
DCM Management
Donanahue Schriber Realty Group, L.P.
Kin Properties, Inc.
Michael A. Lightman
Retail Management Services Co.
Safeway Inc.
Sprint
Ulmer & Berne LLP

*Parties Relating to Significant Litigation
Involving the Debtors*
Christopher Brown[1]

*Insurance Companies*

AXIS Capital
Marsh & McLennan Companies
Zurich American Insurance Company

*Utilities*

Alaska Communications Systems
AT&T
Nicor Gas
WE Energies/Wisconsin Electric/Gas

*Ordinary Course Professionals*

A. T. Kearney, Inc.
Anton Collins Mitchell LLP
Bain & Company, Inc.
Branding Brand Inc.
Cardyltics Inc
Deloitte & Touche LLP
Drinker Biddle & Reath LLP
First American Title Ins Co
Fish & Richardson PC
Greenbergy Traurig LLP
Honigman Miller Schwartz & Cohn
Intralinks, Inc.
NB Ventures Inc
Norton Rose Fulbright US LLP
Ogletree Deakins Nash
Orrick, Herrington & Sutcliffe
Polsinelli PC
Teradata Operations Inc
Towers Watson Delaware Inc

*Chapter 11 Professionals for Official
Committee of Unsecured Creditors*

Houlihan Lokey, Inc.

---

[1]  BDO provides tax and compilation services to his company.
The services are unrelated to Sports Authority