**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SPORTS AUTHORITY HOLDINGS, INC., | ) | Case No. 16-10527 (MFW) |
| *et al.*,[1] | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**DECLARATION OF BRADFORD J. SANDLER IN SUPPORT OF
APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ORDER, PURSUANT TO 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014, AND
LOCAL BANKRUPTCY RULE 2014-1, AUTHORIZING AND APPROVING THE
EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS *NUNC PRO TUNC* TO MARCH 10, 2016**

I, BRADFORD J. SANDLER, declare under penalty of perjury as follows:

1.     I am a partner in the firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"

or the "Firm"), located at 919 North Market Street, 17th Floor, Wilmington, Delaware 19801,

and have been duly admitted to practice law in the state of Delaware and the United States

District Court for the District of Delaware, among other jurisdictions.  I am authorized to submit

this declaration (the "Declaration") in support of the *Application of Official Committee of*

*Unsecured Creditors for Order, Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014,*

*and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski*

*Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Nunc*

*Pro Tunc to March 10, 2016* (the "Application").[2]

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or any other parties in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

**Disclosure of Connections**

3.      Section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a) of the Bankruptcy Code. However, Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, the estates, the professionals and the U.S. Trustee. The Firm, therefore, discloses its known connections herein.

4.      The Firm has made the following investigation of disinterestedness prior to submitting this Declaration. The Firm has undertaken a full and thorough review of its computer database, which contains the names of clients and other parties interested in particular matters. The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the Firm's database and to enter conflict information regarding new clients or new matters into that database. Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of the Firm, under my supervision, entered the names of the parties set forth on Schedule 1 attached hereto in the Firm's database with respect to the Firm's conflict check in these Cases.

5.      Further, PSZJ represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtor and these Cases, whose members

may be creditors and/or committee members in these Cases. The Firm, however, is not representing any of those entities in these Cases and will not represent any members of these committees in any claims that they may have collectively or individually against the Debtors.

6.    Based on the results of the Firm's search of its database, it appears that PSZJ does not hold or represent any interest adverse to and has no connection, subject to the disclosures set forth below, with the Debtors herein, their creditors, the U.S. Trustee or any party in interest herein in the matters upon which PSZJ is to be retained, and is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code. The Firm makes the following disclosure:

(a)    The Firm represents Prospect Medical Holdings, Inc. and certain of its subsidiaries ("Prospect") as the purchaser or prospective purchaser in two unrelated bankruptcy cases pending in the District of New Jersey (In re East Orange General Hospital and In re Saint Michael's Medical Center). Prospect is owned, in part, by affiliates of Leonard Green & Partners LP ("Leonard Green"), and Denver Partners LLC, another affiliate of Leonard Green, is the majority owner of the Debtors. PSZJ has not and does not represent Leonard Green and can be adverse to Leonard Green in these cases.

7.    PSZJ and certain of its partners, of counsel, and associates represented, represent and in the future will likely represent creditors of the Debtors in connection with matters unrelated to the Debtors and these Cases. At this time, the Firm is not aware of any such representations except as noted herein. If the Firm identifies any further such representations, the Firm shall make further disclosures as may be appropriate at that time.

8.    The Firm has represented, represents, and in the future will likely represent debtors and creditors committees in cases unrelated to the Debtors and these Cases wherein one or more of the firms representing the Debtors or other parties-in-interest serve as or will serve as professionals.

9.     PSZJ is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, of counsel and associates:

(a)     are not creditors, equity security holders or insiders of the Debtors;

(b)     are not and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtors; and

(c)     do not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason, except as disclosed herein.

## Compensation

10.     The Firm has received no retainer from the Debtors or the Committee, nor has the Firm received any payment or promise of payment, during the one-year period prior to the Petition Date. No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these Cases. No promises have been received by the Firm nor by any partners, of counsel or associate thereof as to compensation in connection with these Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Cases, except among the partners, of counsel, and associates of the Firm. Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by the Firm in its representation of the Committee.

11.     Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to PSZJ on an hourly basis, plus reimbursement of actual, necessary expenses and other charges

incurred by PSZJ.  The current standard hourly rates for professionals and paralegals presently designated to represent the Committee are:

| | | |
|---|---|---|
| (a) | Partners/Counsel | $550.00 to $1,195.00 per hour |
| (b) | Associates | $425.00 to 550.00 per hour |
| (c) | Paralegals | $295.00 to $325.00 per hour |

12.    The hourly rates set forth above are the Firm's standard hourly rates for work of this nature, which are subject to adjustment from time to time.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  These rates are subject to periodic adjustments to reflect economic and other conditions.  Other attorneys and paralegals may from time to time serve the Committee in connection with the matters described herein, and the Firm will charge its standard hourly rates for their services.  It is the Firm's policy to charge its clients in all areas of practice for all other out-of-pocket expenses incurred in connection with the client's case.  The expenses charged to clients include, Court filing fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying and scanning charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for working meals, computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  The Firm will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients and in accordance with the guidelines set forth in Local

Bankruptcy Rule 2014-1, and all amendments and supplemental standing orders of the Court. The Firm believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

13.     Subject to Court approval, the Committee may seek to retain various professionals during the pendency of these Cases.   PSZJ intends to work closely with all professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

### U.S. Trustee Guidelines

14.     PSZJ provides the responses listed below as a courtesy to comply with the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases (the "2013 UST Guidelines").[3]   Pursuant to Part D1 of the 2013 UST Guidelines, PSZJ is seeking employment as counsel for the Committee under sections 328 and 1103 of the Bankruptcy Code and it hereby provides the following responses set forth below:

| Questions required by Part D1 of 2013 UST Guidelines: | Answer: | Further explanation: |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |
| If you represented the client in the 12 months prepetition, | PSZJ did not represent the client in the 12 month period | None. |

---

[3]   *See* 78 Fed. Reg. 36248 (June 17, 2013).

| | | |
|---|---|---|
| disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | prepetition. The billing rates for PSZJ are disclosed in the Application and are subject to periodic adjustment in accordance with the Firm's practice. | |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | No. | PSZJ anticipates filing a budget at the time it files its interim fee applications, and any such budget it may file will be prior approved by its client. In accordance with the 2013 UST Guidelines, the budget may be amended as necessary to reflect changed circumstances or unanticipated developments. |

15.    As to these Cases and any other case in which PSZJ may be involved, PSZJ reserves all rights regarding the scope, application, and enforceability of the 2013 UST Guidelines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 20, 2016

_____
Bradford J. Sandler

**SCHEDULE 1**

## INTERESTED PARTIES

**A.  Debtors**

1.  Mega Sports Co.
2.  Slap Shot Holdings, Corp.
3.  Sports Authority Holdings, Inc.
4.  The Sports Authority Canada, Inc.
5.  The Sports Authority Limited (U.K.)
6.  The Sports Authority S.L.
7.  The Sports Authority, Inc.
8.  TSA Caribe, Inc.
9.  TSA Gift Card, Inc.
10. TSA Ponce, Inc.
11. TSA Stores, Inc.

**B.  Debtors' officers and directors**

1.  Brad Weston
2.  Cynthia Cohen
3.  Douglas Garrett
4.  Gordon Barker
5.  James Stasz ("Jay")
6.  Jean-Marc Chapus
7.  Jeremy Aguilar
8.  John Morton
9.  Jonathan Seiffer
10. Jonathan Sokoloff
11. Kathy Persian
12. Kevin McGovern
13. Martin Hanaka
14. Michael E. Foss
15. Michael Foster
16. Paul Gadet
17. Robert Gordon
18. Ronald Stoupa ("Ron")
19. Stephen Binkley
20. Thomas T. Hendrickson
21. Todd Purdy
22. Usama Cortas
23. Darrell Webb
24. David Campisi
25. Douglas Morton

**C.  Major business affiliations of the debtors' officers and directors and related persons**

1.  City Sports, Inc.
2.  Leonard Green & Partners, L.P.
3.  McGovern Capital LLC
4.  NuMedics, Inc.
5.  Strategic Mindshare

**D.  .Debtors' secured creditors**

1.  Bank of America NA
2.  Beach Point Capital Management LP
3.  Capital One
4.  Chatham Asset Management
5.  CIT
6.  Columbia Management Investment Advisers LLC
7.  Credit Suisse AG
8.  CVC Credit Partners LLC
9.  DC Funding Partners LLC
10. Denali Capital LLC
11. Deutsche Bank AG New York Branch
12. Fidelity Management & Research Co.
13. FMR LLC
14. Fort Warren Capital Management, LP
15. FS Investment Corporation
16. GoldenTree Asset Management, LP
17. GSO Capital Partners LP

18. GSO/Blackstone Debt Funds Management LLC

19. JPMorgan

20. Kohlberg Kravis Roberts & Co.

21. MeehanCombs LP

22. MJX Asset Management, LLC

23. Nomura Corporate Research and Asset Management, Inc.

24. Partners Group

25. Pinebridge Investments LLC

26. PNC

27. Royal Bank of Canada

28. Royal Bank of Scotland

29. Seix Investment Advisors LLC

30. SunTrust Bank

31. Trimaran Advisors LLC

32. US Bank

33. Wellington Management Company, LLP

34. Wells Fargo

35. West Gate Horizons Advisors, LLC

**E.    Mezzanine Debtholders**

1. 280 Funding I

2. Caisse de Depot et Placement du Quebec

3. CIGNA

4. Connecticut General

5. Credit Suisse Anlagestiftung 2 Saule

6. Crescent

7. Crescent Capital Group

8. GSO Domestic Capital Funding LLC

9. GSO Special Situations Fund

10. Life Insurance Co of North America

11. MAC Capital, Ltd.

12. New York Life

13. New York Life Investment Management

14. New York Life Investment Management Mezzanine Partners Parallel Fund

15. Northwestern Mutual Life

16. Partners Group

17. Partners Group Global Private Equity Performance Holding

18. Partners Group Global Private Equity SICAV

19. Partners Group Mezzanine Finance II LP

20. Partners Group Prime Yield S.A.R.L.

21. Partners Group Private Equity Performance Holding

22. Pearl Holding Limited

23. Stichting Pensioenfonds (Mez Stichtingabp)

24. Stichting Pensioenfonds (Mez Stichting PGGM)

25. TCW

26. TCW/Crescent Mez Partners III

27. TCW/Crescent Mez Partners IV

28. TCW/Crescent Mezzanine Partners IVB, L.P.

29. TCW/Crescent Mezzanine Partners III Netherlands, L.P.

30. TCW/Crescent Mezzanine Trust III, L.P.

31. Varma

32. Varma Mutual Pension Insurance Company

**F.    Debtors' 50 largest unsecured creditors on a consolidated basis as identified in their chapter 11 petitions**

1. TCW/CRESCENT MEZZANINE PARTNERS III, L.P.

2. CAISSE DE DEPOT

3. NIKE USA. INC.

4. TCW/CRESCENT MEZZANINE PARTNERS IV, L.P.

5. TCW/CRESCENT MEZZANINE PARTNERS IVB, L.P.

6. 280 FUNDING I

7. ASICS AMERICA CORPORATION

8. UNDER ARMOUR

9. NY LIFE

10. STICHTING PENSIOENFONDS

11. NY LIFE INV. MGT.

12. NW MUTUAL LIFE

13. GSO DOMESTIC CAPITAL FUNDING LLC

14. STICHTING PENSIOENFONDS

15. VARMA MUTUAL PENSION INSURANCE COMPANY

16. CONN GENERAL

17. TCW/CRESCENT MEZZANINE TRUST III

18. IMPLUS FOOTCARE LLC

19. AGRON INC

20. MAC CAPITAL

21. NYLIM PARALLEL

22. PARTNERS GROUP PRIME YIELD SARL

23. M J SOFFE LLC

24. EASTON BASEBALL/SOFTBALL INC

25. PARTNERS GROUP MEZZ FIN II LP

26. WILSON TEAM SPORTS

27. THORLO INC

28. GOLDEN VIKING SPORTS LLC IMPORT

29. BURTON SNOWBOARDS

30. LIFE INSURANCE CO OF NORTH AMERICA

31. SHOCK DOCTOR INC

32. PEARL HOLDING LIMITED

33. PARTNERS GROUP PRIVATE EQUITY PERFORMANCE HOLDING

34. CASTLEWOOD APPAREL CORP

35. ICON HEALTH & FITNESS INC

36. RAWLINGS SPORTING GOODS

37. HANESBRANDS INC

38. TCW/CRESCENT MEZZANINE PARTNERS III NETHERLANDS, L.P.

39. K2 CORPORATION

40. TAYLORMADE-ADIDAS GOLF COMPANY

41. RIP CURL

42. ESCALADE SPORTS

43. HOT CHILLYS

44. BROOKS SPORTS INC.

45. CREDIT SUISSE ANLAGESTIFTUNG 2 SAULE

46. HI-TEC SPORTS USA

47. GORDINI USA INC

48. MCDAVID KNEE GUARD

49. NEW BALANCE ATHLETIC SHOE INC

50. NEW ERA CAP CO

**G. Debtor's major landlords**

1. Alberta Development Partners

2. American Realty

3. Arcadia Management

4. Benderson

5. Casto

6. Centro/Brixmor/New Plan

7. Cole

8. CSM Corporation

9. DDR Corporation

10. Edens

11. Equity One

12. Excel Trust

3

13. Federal Realty

14. Gart

15. General Growth Properties a/k/a GGP

16. Glimcher

17. Greenberg Gibbon Commercial

18. Hochberg/Next Realty

19. Howard Hughes Corporation

20. Ineven Trust Properties

21. Inland American

22. Inland Continental

23. Inland National

24. Inland RE Corporation

25. Inland West/RPAI

26. Irvine Company

27. Kimco

28. Kite Realty

29. Macerich

30. National Retail Prop.

31. Newmark Merrill

32. Pyramid Management

33. Ramco-Gershenson Properties

34. Realty Income

35. Regency

36. RioCan REIT

37. Rouse Properties

38. Schottenstein Property Group

39. Sears/Kmart (not Seritage)

40. Simon

41. Spirit Realty

42. Taubman

43. Vestar

44. Weingarten

45. Westfield

46. WP Glimcher

**H. Debtor's landlords**

1. 1000 Broadway Co.

2. 1001 Lincoln, LLC

3. 14700 Baltimore Avenue Investors LLC

4. 14850 Persistence Drive, LLC

5. 444 Connecticut Avenue LLC c/o Seligson Properties

6. 455 Broadway, LLC

7. 4821 Ming Avenue, LLC

8. 770 TAMALPAIS DRIVE INC.

9. 845 Third LP c/o Rudin Management Company Inc

10. AAC Cross County Mall LLC

11. Aaron Rents, Inc.

12. AC I Ledgewood, LLC

13. ACF Property Management

14. Acres Property Management, LLC

15. Adcope LLC c/o Red Lion Hotel

16. AEI Income & Growth Fund 25 LLC

17. AGC Pacific Coast Plaza LLC

18. Airport Square Shopping Center

19. Albany Road-Amherst Crossing, LLC

20. Alberta Development Partners

21. America Southwest Venture I

22. American Assets Trust

23. American Realty Capital Retail Operating Partnership, LP

24. American United Life Insurance Company

25. Ames Crossing, LLC

26. Amherst Crossing AMA Realty Ventures, LLC

27. ARC CLORLFL001, LLC

28. ARC STRULOK001, LLC

29. ARC TSKCYMO001, LLC

30. Arcadia Management Group

31. ARCP MT Springfield IL, LLC

32. Arden Way, LLC & Arden Way #2, LLC

33. Arizona Mills Mall, LLC

34. Arnold A. Brown, Esq.

35. ASBELL LIMITED PARTNERSHIP

36. Asherian Properties Southlake II Shopping Center, LLC

37. ATHENA PROPERTY MANAGEMENT

38. Atlantic Fitness, LLC

39. Aurora Marketplace LP c/o Bonnie Management Corp

40. AuZone Arvada, LLC

41. AX Oakdale Village L.P.

42. AXA Equitable Life Insurance Company

43. Baker-Boca Raton, LLC

44. Baker-Naples, LLC

45. Ballard Spahr Andrews & Ingersoll, LLP

46. Bartko, Zankel, Bunzel & Miller

47. Barton Lynnhaven, LLC

48. Bay Shore Mall, LP

49. Bayshore Town Center, LLC

50. BDC Wasilla, L.P.

51. Bed Bath & Beyond

52. Bella Terra Dunhill, LLC

53. Bellis Fair Mall, LLC

54. Benderson 85-1 Trust c/o Benderson Development Company

55. Berenbaum, Weinshienk & Eason, P.C.

56. Berkadia Commercial Mortgage, LLC

57. Berkshire-Ocala LLC

58. Best Buy Stores, L.P.

59. BFW/Pike Associates, LLC

60. BG Monmouth LLC

61. Birdcage GRF2, LLC

62. Biscayne Grantor Trust

63. BLDG 2007 Retail LLC and NETARC LLC

64. Blitz Bardgett & Deutsch, L.C.

65. Bloodworth Carroll, P.C.

66. Bluett & Associates, Inc.

67. BMF Land Inc

68. Boca Glades, LTD.

69. Bodden & Muraoka

70. Bonnie Management Company

71. BP Watertown Retail, LLC

72. Bradley & Associates

73. Brandywine Commons, LLC

74. BRE DDR BR Nature Coast FL, LLC

75. BRE DDR Crocodile Falcon Ridge Town Center I LLC

76. BRE DDR Lake Brandon Village, LLC c/o DDR Corp.

77. BRE DDR Shoppers World, LLC

78. Bricktown Square LLC

79. Bristol Warner Investors LLC

80. Bristol-Warner Investors, LLC

81. Brixmor GA Panama City, LLC c/o New Plan Excel Realty Trust

82. Brixmor Operating Partnership 2, LLC

83. Brixmor Property Group

84. Brixmor SPE 3 LLC

85. Brixmor Wolfcreek I LLC

86. BROADSTONE LAND LLC

87. Broadway Commons Delaware Business Trust

88. Brookside (E&A), LLC c/o EDENS

89. Browman Development Company, Inc.

90. BT Abington LP

91. Buckhead Pavilion, LLC

92. Burbank Empire Center

93. Burbank Realty Company, LLC
94. Burbank Station Holdings, LLC c/o Abbell Associates, LLC
95. Cache Valley Investors LC c/o Woodbury Corporation
96. Camino Real, LLC
97. Camiono Real, LLC
98. Campus View L.L.C.
99. Cape Town Plaza, LLC
100. Capital Centre, LLC c/o Retail Properties of America, US Management
101. Carousel Center Company L.P.
102. Carriage Crossing Market Place, LLC
103. Caruso Lease
104. Caruth Acquisition, LP
105. Cascade Station Retail Center, L.L.C.
106. Castle & Cooke Corona Crossings, LLC
107. Casto
108. Catherine A. Philipovitch
109. CB Richard Ellis
110. CBRE Inc.
111. CCA-Renaissance Square Shopping Center, LLC
112. CCRP
113. Centennial Square LLC c/o Garden Commercial Properties
114. CENTER DEVELOPMENTS OREG LLC
115. Centerco Manchester, LLC
116. Centerplace of Greeley III, LLC
117. Centerton Square, LLC,
118. Central Avenue Mall, LLP
119. Centro Properties Group
120. CH Realty III/Clackamas, LLC
121. Chalres River Realty Group
122. CHANDLER VILLAGE CENTER LLC

123. Chapel Square Commercial Building, LLC
124. Chun Kerr LLP
125. CIM/PICO, L.P.
126. Circle Plaza Associates LLC / Maizlish Circle Plaza
127. CI-Ross LP co Ross Development
128. CITY OF GREENWOOD VILLAGE
129. Clark Street Partners
130. Clifton Commons 1, LLC c/o Related Management
131. CLPF-Promenade, L.P.
132. Coconut Point Developers LLC
133. Cocoplum Associates c/o Benderson Development Company
134. Cole MT Matteson IL, LLC
135. Cole, Schotz, Meisel, Forman & Leonard, P.A.
136. Coliseum Properties, LLC
137. Colliers B&K
138. Colliers Bennett & Kahnweiler
139. Colliers Monroe Friedlander Management Inc
140. Colorado Mills Limited Partnership
141. COLORADO MILLS, LP
142. Columbia-BBB Westchester Shopping Center Associates
143. Commercial Realty Enterprises, L.L.C.
144. Coral Walk FL, LLC c/o Schottenstein Property Group LLC
145. Coro Realty Advisors, LLC
146. Corridor Marketplace, LLC
147. CP Pembroke Pines, LLC
148. CP Venture Five - AMC LLC
149. CPT Stevens Creek Central, LLC
150. CPYR, INC., a Delaware corporation
151. Crest Furniture, Inc.

152. CRI Easton Square LLC
153. Crofton Moore Property Services, Inc.
154. Crossgates Commons NewCo, LLC
155. Crossman & Company
156. CSC Cross Keys LP c/o Cedar Shopping Centers Partnership, L.P.
157. CSFBM 2007-C2 CONYERS COMMONS LLC
158. CSM Corporation
159. CSM Corporation c/o M-M Burnsville Associates LP
160. CSM Park Place Limited Partnership, LLLP
161. Dadeland Station Associates Ltd. c/o Berkowitz Development
162. Damien O. Del Duca, Esquire
163. Danbury Commons Associates L.P.
164. Daspin & Aument, LLP
165. David's Bridal
166. DAY MORENO VALLEY LLC
167. DCM Management
168. DDK Inc.
169. DDR Homestead LLC
170. DDR MCH West LLC
171. DDR MDT Flatacres Marketcenter LLC
172. DDR Miami Avenue LLC
173. DDR Nampa, LLC
174. DDR Perimeter Pointe LLC c/o DDR Corp.
175. DDR Southeast Cascades, LLC c/o DDR Corp.
176. DDR Southeast East Hanover, LLC,
177. DDR TUCSON SPECTRUM II LLC
178. DDR Winter Garden LLC, c/o DDR Corp.
179. DDRTC Marketplace at Millcreek LLC
180. De Rito Partners Development, Inc.
181. De Rito Pavilions 140, LLC,
182. De Rito/ Kimco Riverview, LLC
183. Deno P. Dikeou
184. Department of Corrections (Colorado)
185. DeRito Pavilions 140, LLC,
186. DEVELOPERS DIVERSIFIED REALTY CORPORATION
187. DGH KALAMATH, LLC
188. Dickerhoof Properties
189. Dickinson Wright/Mariscal Weeks
190. DILLON RIDGGE MARKETPLACE III LLC
191. Dividend Capital Total Realty Operating Partnership LP
192. DMD Horizon LLC
193. Dolphin Mall Associates LLC
194. Dominion Square-Culpeper, LLC
195. DONAHUE SCHRIBER REALTY GROUP, L.P.
196. Doug Bean & Associates, Inc.
197. Downtown Displays LLC
198. DPF Narragansett Lease Management LLC
199. Dresher & Cheslow, P.A.
200. DS Santa Rosa LP - Santa Rosa Marketplace
201. Dunhill Property Management Services, Inc
202. Durango Mall LLC
203. E. P & G Properties, No. 5. LLC
204. E. P&G Properties, No. 5, LLC
205. Eager Road Associates West, LLC
206. East Bay Bridge Retail, LLC
207. East Mesa Adjacent LLC
208. Eastern States Properties, LLC
209. EDENS
210. Edens Center Associates

211. Edens Park Place at Cascades LP
212. Edens Plaza LLC
213. Egenolf Associates, LLP
214. Elmsford 1706, LLC
215. Embassy Holdings LLC
216. EMLAWA, LLC
217. Encinitas Town Center Associates LLC
218. EP Summit
219. Equity One (Northeast Portfolio), Inc.
220. Equity One (Northeast Portfolio), Inc.,
221. Ernie Park, Esq.
222. ESCUELA SHOPPING CENTER, LLC
223. Etkin Johnson Group, LLC
224. EXCEL TRUST LP
225. EXCEL TRUST, LP
226. EXOHO HARLEM ASSOCIATES, LLC
227. Exton/Whiteland Devco c/o RJ Waters & Associates
228. Fairway Phase III Associates, L.P.
229. Farmers Branch LLC
230. Federal Realty Investment Trust
231. Federated Retail Holding Inc.
232. Fidelis Realty Partners, Ltd.
233. Fields Realty, LLC
234. Firecreek Crossing of Reno, LLC
235. FLEMINGTON MALL LLC
236. FNC Realty Corporation
237. Forest Harlem Properties Limited Partnership
238. Fountains Dunhill, LLC
239. FOURSQUARE PROPERTIES, INC.
240. FR ASSEMBLY SQUARE, LLC
241. FR Crow Canyon, LLC
242. FR Montrose Crossing, LLC c/o Federal Realty Investment Trust
243. Fritz Duda Company
244. Frontier Mall Associates LP
245. FTT Village Fair North, LLC
246. Furniture Investment Group Inc. dba Ashley Furniture Homestore
247. G J Grewe Inc
248. G&I VII WESTFORK LLC
249. Gaitsman, LP
250. Gart Properties
251. Gateway 101, LLC
252. Gateway Center IV, LC
253. Gateway Center Properties Phase II Owner, LLC
254. Gateway Fairview, Inc.
255. Gateway LP
256. Gateway-DC Properties, Inc., c/o TA Associates Realty
257. General Capital Group
258. Gerrity Retail Management, LLC
259. GFI Auburn Plaza Realty, LLC
260. GGCV Real Estate, LLC c/o Greenberg Gibbon Commercial
261. GGP Maine Mall, LLC, c/o General Growth
262. GGP NORTHRIDGE FASHION CENTER, LP
263. GGP-Newgate Mall, Inc.
264. Glimcher Merritt Square, LLC
265. Glimcher SuperMall Venture LLC c/o Glimcher Properties LP
266. GMAC Commercial Mortgage Corporation
267. Golden, Mumby, Summers, Livingston & Kane, RLLP
268. Goldfarb & Fleece, LLP
269. Goodman Realty Group
270. Goodwill Industries of Southeast Texas, Inc.

271. Goodwill Industries of Southeastern Louisiana, Inc.

272. Goulston & Storrs

273. GRE BROADMOOR, LLC

274. GRE Vista Ridge, L.P.

275. Greenfield LP c/o Bonnie Management Company

276. Greentree Plaza 06 A, LLC

277. Greenwald, Greenwald, Powers & Eustis, LLP

278. Grossmont Shopping Center

279. Grosvenor Americas

280. GS Palm Beach LLC c/o Gary Solomon & Company

281. GSMS 2005-GG4 MORENO DRIVE LIMITED PARTNERSHIP

282. Haines Center - Burlington, LLC

283. Hand, Holmes, Pilie' & Matthews, LLC

284. HAP Realty LLC

285. Harlan Douglass

286. Harrigan, Weidenmuller Company

287. Hawkins Companies, LLC

288. Hazel Dell Marketplace LLC

289. HC Niles Developers LLC

290. Heritage Wolfcreek I LLC

291. Hess D'Amours & Krieger

292. Hialeah Promenade LP c/o Sterling Centrecorp Management Serv

293. Hiawatha Limited Liability CO

294. Hillsboro 1031, DST

295. Hillview CH, LLC

296. Hobart Investors, LP

297. Hoffmann Commercial Real Estate

298. Hogan Law Office

299. Holobeam, Inc.

300. Holyoke Mall Company, L.P.

301. Home Depot USA

302. HOROWITZ FAMILY TRUST AND FRANDSON FAMILY TRUST

303. HQ8-10410-10450 Melody Lane LLC

304. Husch & Eppenberger, LLC

305. I&G Direct Real Estate 33K, LP

306. IA Boynton Beach Congress, LLC

307. IA Management L.L.C

308. Ideal Management

309. Ikea Property Inc.

310. INLAND AMERICAN LEAGUE CITY VICTORY LAKES LIMITED PARTNERSHIP

311. Inland American San Antonio Stone Ridge L.L.C.

312. Inland American South Frisco Village LLC

313. Inland Commercial Property Management, Inc.

314. Inland Commercial Real Estate Services LLC

315. Inland Continental Property Management Corp.

316. Inland Crystal Point, LLC

317. Inland Real Estate Corporation

318. Inland Ryan, LLC and Inland Real Estate Riverdale, L.L.C.

319. Inland Southwest

320. Inland Western Tallahassee Governor's One. L.L.C.

321. Inland Western Arvada, L.L.C.

322. Inland Western Austin Southpark Meadows II Limited partnership

323. Inland Western Avondale McDowell LLC

324. Inland Western Fullerson Metrocenter, LLC

325. Inland Western Northpointe Spokane, L.L.C.

326. Inland Western San Antoino Limited Partnership

327. Inland Western Seattle Northgate North, L.L.C.

328. Inland Western Temecula Vail, LLC

329. InvenTrust Property Management LLC

330. Inverness Equities

331. Inverness Management

332. Investec Management Corporation

333. IREIT Lake St Louis Hawk Ridge LLC

334. IREIT Mansfield Pointe, L.L.C.

335. Irvine Retail Properties Company

336. Isaacson, Rosenbuam, Woods & Levy, P.C.

337. ISSAQUAH ASSOCIATES

338. J & J Development, LLC

339. Jaffee Real Estate Company

340. James A. Ginsburg, Esq.

341. James Campbell Company, LLC

342. JANAF Associates Limited Partnership c/o McKinley Commercial, Inc.

343. JBG Rosenfeld Retail Properties, LLC

344. Jeffer, Mangels, Butler & Marmano LLP

345. Jerald Friedman

346. Jim Wilson & Associates, LLC

347. JJB Family LLC

348. JJD, LLC

349. JJD, LLC c/o DAI Property Management Company

350. JJJ Revocable Trust c.o Robert L. Rickel Trust

351. JLPK-Levittown NY, LLCc/o Schottenstein Property Group

352. John and Donna Lauro

353. John Hancock Life Insurance Company (USA)

354. John T Favaloro, Jr.

355. Jones Lang LaSalle Americas, Inc.

356. JTD Land at Sand Lake, LLC

357. Kafkes Real Estate Services Company

358. Karns Real Estate Holdings LLC

359. Keizer Enterprises, LLC

360. KEK Realty, LLC

361. Kendallgate Center Associates Ltd.

362. Kennedy Wilson Properties, LTD.

363. Kevin Mortensen

364. Key Point Partners

365. KeyPoint Partners, LLC

366. Kimco Realty Corporation c/o CAVE SPRINGS CENTER 840, LLC

367. Kin Properties, Inc.

368. KIR Bayhill Plaza 024, LLC

369. KIR Maple Grove LP

370. KIR Tampa 003, LLC c/o Kimco Realty Corp

371. KIR Tukwila L.P.

372. KIR VISTA BALBOA, L.P.

373. Kirkwood Crossing 803, LLC

374. Kirton McConkie

375. Kite Realty Group

376. Klamath-Jefferson, LLC

377. Kmart

378. Kmart Corporation

379. Knorr Management

380. Kornland Building Company

381. Kramont Realty Trust

382. KRC Fairview Heights 881, Inc.

383. KRG Fort Myers Colonial Square, LLC

384. KRG Port St. Lucie Landing, LLC

385. KRG Portofino Project Company

386. KRT Property Holdings LLC

387. Kukui Grove Center Investment Group, Inc.

388. La Habra Associates LLC c/o DJM Capital Partners

389. Lacey Marketplace Associates II, LLC

390. Laguna Gateway Phase 2, LP

391. LaHabra Associates LLC

392. Lakeland Square Mall, LLC c/o Rouse Properties, Inc.

393. Lakeside Holdings LPI c/o Cosmos Management Corporation

394. Lakha Kent Properties, LLC

395. Lancaster Development Company, LLC

396. LANE4 Property Group, Inc.

397. Larsen Baker, LLC

398. LaSalle Bank National Association c/o Inland Property Management

399. LaurelRising As Owner, LLC

400. Ledgewood Investors, LLC

401. Lennar Commercial Services, LLC as manager

402. Levin Management Corporation

403. LIghthouse Realty Partners, LLC

404. Lincoln Property Company

405. Lindquist & Vennum, LLP

406. Lintex Properties, Inc.

407. LINTON 510, LLC

408. LIPEX Properties, L.P.

409. Lombard Group Texas, LLC

410. Lormax Stern Development Company

411. Lower Nazareth Commons, L.P

412. Lowes

413. Lynn Morrison, LLC

414. Macerich

415. Macerich Cottonwood Holdings LLC

416. MACERICH LAKEWOOD, LLC

417. MACERICH TWENTY NINTH STREET LLC

418. Macerich Valley River Center, LLC

419. Macy's West Stores, Inc. - OR

420. Madison Partners LLC

421. MADONNA PLAZA SRT LP

422. Madrone Partners LLC

423. Majestic Property Management Company

424. MALL AT GURNEE MILLS LLC

425. Mall at Liberty Tree, LLC c/o Simon Property Group

426. Manalapan Realty, L.P.c/o Steiner Studios

427. Mansfield Investments, Inc.

428. Marina Pacifica LLC

429. Mariners, LLC

430. Mariscal Weeks McIntyre & Friedlander

431. Market Pointe I LLC c/o Hanson Industries Inc

432. Marketplace at the Birdcage

433. Massachusetts Mutual Life Insurance Company

434. MAUI MARKETPLACE INVESTMENT GROUP, INC.

435. MEPT Midtown Crossing LLC

436. MEPT Woburn Mall, LLC

437. Meridian Place, LLC

438. Merlone Geier Management

439. MERLONE GEIER MANAGEMENT, LLC

440. Metro National Corporation

441. Metropolitan Life Insurance Company

442. MGP IX LINCOLN STATION, LLC

443. MGP IX PROPERTIES, LLC

444. MGP X Properties, LLC

445. MGP XI Lynnwood Leasehold, LLC

446. Miami International Grantor Trust

447. Michael A. Lightman

448. Michael, Levitt & Rubenstein

449. Mid-America Asset Management, Inc.

450. Midstate Hye LP c/o Gabrellian Associates

451. Milan Capital Management, Inc.

452. Milipitas Mills LP

453. Mill Creek Mall, LLC

454. Miller Flint, LLC

455. Miller Real Estate Investments

456. Mills Corporation

457. MK Commons, LLC

458. MK Kapolei Commons, LLC

459. MLK Associates, LLC

460. MLTC FUNDING

461. MO GOLD RIVER, LLC

462. Moore Myers & Garland LLC

463. MP BIRDCAGE MARKETPLACE LLC

464. MPI Management, Inc.

465. Much Shelist Freed Denenberg Ament & Rubenstein, P.C

466. Najem Co.

467. National Retail Properties, Inc.

468. Nelson Christensen & Helsten

469. New Hap, GLE, New C & H Realty LLC

470. NewMark Merrill

471. NewMark Merrill Mountain States

472. Next Gateway LLC

473. Next Property Management, Inc.

474. NNN TRS INC

475. North Anchorage Real Estate Investors, LLC

476. North Haven Holdings LP

477. Northbrook Court

478. Northlake Associates LP

479. Northwood Retail LLC

480. Nowbar Real Estate Investment Inc c/o SeArrow Realty Service

481. Oakwood Plaza Limited Partnership

482. Ocala Retail 2015, LLC

483. Ocean Drive Clevelander Inc

484. Oceangate Property LLC c.o The ARBA Group

485. OCW Retail - Nashua, LLCc/o The Wilder Companies, Ltd.

486. Office Depot

487. OfficeMax #71 c/o Office Depot Inc

488. Ohio-SM Venture LP

489. OLP Greenwood Village, Colorado, Inc.

490. OLP Sunland Park Drive, LLC

491. One Putt Ventures, LLC

492. ONTARIO MILLS LIMITED PARTNERSHIP

493. OPCLK, LLC

494. Orange City Mills Limited Partnership

495. O'Reilly Auto Enterprises, LLC

496. Outfront Media (Formerly CBS Outdoor)

497. OUTFRONT Media LLC (Formerly CBS Outdoor Inc.)

498. Overlake Management Co.

499. Overland El Paso Properties, LLC

500. OWRF Baybrook, LLC

501. PAC FINANCE 1, LLC

502. Pace Development, Inc.

503. Pace Properties, Inc.

504. Pacific Carmel Mountain Holdings c/o American Assets Inc

505. Pacific Coast Plaza Investments, LLC

506. Pacific Retail Capital Partners

507. Palms Crossing, L.P.

508. Pappas Gateway, L.P.

509. Pappas Union City LP

510. Parker Central Plaza, Ltd.

511. Parker Place Group, LLC

512. PBM Power Center LLC

513. PDC Fringe II, LLC

514. Pearland Town Center Limited Partnership

515. Pebb Enterprises

516. Pelican Investments #4, LLC

517. Pelsota, LLC

518. PERA Bowles, Inc

519. PF Colorado, LLC

520. Phoenix Waterbury LLC

521. Pike Park Associate LP and Henry Realty Inc c/o Maryland Fin

522. Pinetree Realty Corp.

523. PK II Frontier Village SC LLC

524. PKKRC Pompano Beach, LLC

525. PL Mesa Pavilions, LLC

526. PL Roseville LP

527. PL Wayne LLC c/o Kimco Realty

528. Plaza Carolina Mall, L.P.

529. Plaza K Realty-Hazlet LLC

530. Plaza Las Americas, Inc.

531. PNC Bank, National Association

532. Point Plaza Partners, LLC

533. Portfolio Realty Management, Inc.

534. Powder Basin Shopping Center, LLC

535. Power Plaza LLC

536. Premier Centers Management

537. Preston Park Partners, Ltd.

538. Price Reit c/o Kimco Realty Corp.

539. Primo Venture #1, LP

540. PRINCE KUHIO PLAZA, LLC

541. Principal Life Insurance Company

542. Procopio, Cory, Hargreaves & Savitch LLP

543. Prologis

544. Promenade Modesto, LLC

545. Property Management Office at The Marketplace

546. Pru/Desert Crossing I LLC

547. Public Storage

548. Pueblo Mall

549. Pyramid Management Group

550. Quarry Place Two LLC

551. R.K. Middletown Village LLC

552. Ramco Delafield II LLC

553. Ramco-Gershenson Properties LP

554. Ramco-Gershenson Properties, L.P.

555. Rand M. Agins, Esq.

556. Randhurst Shopping Center LLC

557. Ray Shepherd

558. RE Income Omaha Whispering Ridge, LLC

559. Real Estate Programs

560. Realty Income Corp

561. Realty Income Corp.

562. Realty Income Corporation

563. Realty Income Properties

564. Realty Income Properties, Inc. c/o Realty Income Corporation

565. REALTY INCOME TEXAS PROPERTIES 1, LLC

566. Red Rose Commons Associates LP c/o The Goldenberg Group

567. Red Star Outdoor, LLC

568. Regency Centers

569. Regency Realty Group, Inc.

13

570. Regional Street Joint Venture, LLC
571. Related Management
572. Renaissance Partners I, LLC
573. Retail Management Services Co.
574. Retail Properties of America, Inc.
575. RH TACOMA PLACE ASSOCIATES LLC
576. Rice Lake Square, LP (Grosvenor Americas)
577. Richard Stewart, Esq. Lasser Hochman
578. Riemer & Braunstein LLP
579. RioCan (America) Management Inc.
580. Rite Aid Corporation
581. River Landing Development, LLC
582. River Park Properties V, LLC
583. Riverdale Crossing LLC
584. Riverdale North LLC
585. Riverview Plaza (E&A), LLC
586. RK Centers
587. RLET Properties Burlington Village LLC
588. Roadhouse Grill
589. Robert L. Rickel Trust A
590. Robert McAlister
591. Rock Springs Plaza, LLC
592. Ronald L. Bissonnette, Esq.
593. ROONEY RANCH, LLC
594. Rosebud SA Camelback One, LLC
595. Rosen Properties
596. Ross Dress For Less, Inc.
597. Roundhouse Alexandria, Inc., d/b/a/ CPYR, Inc.
598. Rouse Company
599. Rouse Properties
600. Route 140 School Street, L.L.C.
601. Route 28 Salem, LP
602. Royal Ridge Center
603. RPAI HOLDCO Management
604. RPAI Pacific Property Services LLC
605. RPAI Southwest Management LLC
606. RPAI Tallahassee Governor's One, LLC
607. RPAI US Management LLC
608. RPT Terra Nova Plaza, LLC
609. RREEF Asset Manager
610. RVS Retail LP
611. Ryan Companies US, Inc.
612. Safeway Inc.
613. Santa Fe Place Property Owners, LLC
614. Sarasota Associates
615. Sayville Property Company, LLC
616. SB Management Corporation
617. SBMC Mission Viejo Sportmart
618. SBMC Westminster
619. Schaumburg Associates LP
620. Schottenstein Property Group
621. Scottsdale 101 Retail, LLC
622. SDC/Pacific Development Group
623. Sears Holding Corporation c/o KMART
624. Select Strategies Brokerage
625. Seritage SRC Finance LLC
626. Serota Brooktown III LLC c/o Serota Properties
627. Sessions Group
628. SG Glendora, LLC
629. SGD-885 So. 72nd LLC
630. Shelly B. and Barbara J. Detrick
631. Shiner Group, LLC
632. Shopko
633. Shoppes at Isla Verde, LTD
634. Shops at Bella Terra Owner, LP
635. Shops at Cicero 13 A, LP

636. Shorenstein Realty Services, L.P.

637. Silver Lake Mall, LLC

638. Simon Property Group

639. Simon Property Group

640. SIPOC TIC

641. Skinny Properties, LLC

642. Slatten Ranch, L.P.

643. SM MESA MALL, LLC

644. Smithtown Venture LLC c/o Kimco Realty Corp

645. Solomon Pond Mall LLC

646. Sons Riverhead LLC

647. Southpoint Plaza LLC

648. SPHEAR Investments LLC c/o Investec Management Corporation

649. SPI Property Management Corporation

650. SPI/TSA E. FL. Lauderdale, LLC

651. Spirit Realty Capital, Inc.

652. SPORTS BOOK, LLC

653. Sports Delaware LLC c/o Alan Riley Company

654. Springfield Associates LLC

655. Sprint

656. SRI Ten City Center, LLC

657. SRP Property Management, LLC

658. Stafford Properties

659. Star-West Solano, LLC

660. STATE OF HAWAII

661. STATION PARK CENTERCAL, LLC

662. Steger Retail LLC

663. Sterling Centrecorp Management Services Inc.

664. STONESTOWN SHOPPING CENTER, L.P.

665. Stream Realty Partners

666. Sudberry Properties, Inc.

667. Summerlin Operating Company, LLC

668. Sun Life Assurance Company of Canada

669. SunMark Centers, LLC

670. Sunrise Mills (MLP) Limited Partnership

671. Sunrise Promenade Associates c/o Spiegel Associates

672. Sweetbriar Authority, LLC

673. TAC PAULDING PAVILION LLC

674. Taillard Capital

675. Talisman Towson Limited Partnership

676. Tanglewood Corp.

677. Target

678. Taubman Auburn Hills Associates LP

679. Taubman Cherry Creek Shopping Center, L.L.C.

680. TCN I, LLC

681. Terranomics Crossroads Associates

682. TFG #201 c/o Reynolds & Brown

683. The ARBA Group

684. The Avenue – Viera, Lennar Commercial

685. The Commercial Property Group, LLC

686. The District, L.C.

687. The Elia Corporation

688. The Irvine Company LLC

689. The Kohn Law Firm

690. THE LIBAW FAMILY, L.P.,HOROWITZ HOLDINGS, LLC, ASSET ACQUISITIONS, LLC, and 3610 PARTNERS, GP

691. The Macerich Company

692. The Mall in Columbia Business Trust

693. The Market Place c/o The Irvine Company Retail Properties

694. The Pederson Group

695. The Peterson Companies

15

696. The Price Reit Renaissance Partnership, L.P.

697. The Prudential Insurance Company of America

698. The Related Companies

699. The Rockola Corp.

700. The Shopping Center Group

701. The Shops at Midtown Miami

702. The Shops at Slatten Ranch, LP

703. The State Life Insurance Company

704. The Summit at Gravois Bluffs, LLC

705. The Thackeray Company

706. The TJX Companies, Inc.

707. The Wilder Companies, Ltd

708. The Woodmont Company

709. THIRTY AND SUMMIT BILLBOARD CO

710. Tim Denker

711. Tim Lucas

712. Timothy C. Hogan, Attorney at Law

713. TJX Operating Co. #710

714. Tom Dawson -

715. Tomarchio Enterprises, LLC

716. Toys R Us

717. TPP 217 Taylorsville, LLC

718. Tracy Mall Partners, L.P.

719. Traer Creek-EXWMT LLC

720. Tri Commercial Properties

721. TRU 2005 RE I, LLC (Toys R Us)

722. Trustees of the Estate of Bernice Pauahi Bishop

723. TSA STORES, INC.

724. U.S. 41 & I 285 Company LLC

725. U.S. REIF Joliet SC Fee, LLC

726. UCR Asset Services

727. Ulmer & Berne LLP

728. University Mall Shopping Center c/o Woodbury Corporation

729. Valley Fair UTC, LLC

730. Valley Square I, L.P.

731. VENTURA GATEWAY, LLC

732. Vestar California XVII, LLC

733. Vestar DM, LLC

734. Vestar DRM-OPCO, L.L.C.

735. Vestar Property Management

736. VHTL Limited Liability Company

737. Village Square Retail Center, LLC

738. Vintage Oaks at Novato

739. Vista Equities, LLC

740. WAIKELE CENTER

741. Waldorf Shopper's World LLC c/o Richard H. Rubin Management

742. Walton Foothills Holdings VI, L.L.C.

743. Ward Gateway-Industrial-Village, LLC

744. Warwick Mall OP LLC

745. Water Tower LLC

746. Water Tower Place Shopping Center, L.C.

747. WEINGARTEN NOSTAT, INC.

748. Weingarten Realty Investors

749. Weingarten/Miller/Aurora II LLC, and GDC Aurora, LLC

750. Wells Fargo Bank West, NA

751. West Town Corners, LLC c/o M.S. Management Associates, Inc.

752. West Vail Mall Corp.

753. Westcoast Estates

754. Westcor

755. Westerra

756. Westfield Topanga Owner LP

757. Westgate San Leandro

758. Westlake Promenade, LLC

16

759. Westwood Marktplace Holdings, LLC

760. WGA EVC, LP

761. White Company

762. White Marsh Mall, LLC c/o General Growth

763. Wilbur Properties

764. Wilf & Silverman

765. Willowbrook Town Center, LLC

766. Windward Mall

767. Winrock Partners LLC

768. Winwalk Realty, LLC c/o Win Properties Inc

769. WL Westgate Venture LLC

770. WM Acquisition, L.C.

771. WMG MEADOWS LLC

772. Wolfe Management Company LP

773. Woodbury Corporation

774. WP Casa Grande Retail LLC

775. WPC-ABC, LLC

776. W-PT Arvada VII, LLC

777. W-PT Prairie Stone VII, LLC

778. WRI OVERTON PLAZA L.P.

779. WRI Ridgeway, LLC

780. WRI-SEMINOLE MARKETPLACE LLC

781. WS Asset Management, Inc.

782. Wulfe Management Services, Inc.

783. WWL New Mexico, LLC

784. YTC Mall Owner LLC

785. YTC Management, LLC

786. Yuma Palms 1031, LLC

787. Zane C. Hall Family Limited Partnership

788. Zelman Development Company

**I.   Parties relating to significant litigation involving the Debtors**

1. Andres Gomez

2. Anthony Roberts

3. Anthony T. Oliva

4. Austin McClelland

5. Billy Dykes

6. Bradford Wells

7. Christopher Beach

8. Christopher Brown

9. Cristobal Leon-Flores

10. Daniel Silvaz

11. East Capitol Realty, LLC

12. Geraldine J. Grauer

13. Greg Kellerman

14. Harwick Abram

15. James Woodley

16. Jason Gardner

17. Jeffrey Uddo

18. Jenna Schaefer

19. Jenry Ryzner

20. John Castillo

21. John Smith (Memphis, TN)

22. Karina Magallenes

23. Kevin B. Brown

24. Khanh Nielson

25. Leon Caughman

26. LINDA D'ALESSANDRO

27. Lisa Bright

28. Liznet Molinet

29. Marsha Fink

30. Michael Black

31. Michael Schurr

32. Miguel Figueroa

33. Rachel Herrerra

34. Ralph Cooper

35. Ryan Serrano

36.     Shane Burnett

**J.  Debtors' equity holders (greater than 5%)**

1.     Denver Partners

2.     TSA Coinvest LLC.

**K.  Insurance companies**

1.     .Ace American Insurance Company

2.     Ascot Underwriting Ltd.

3.     AXIS Capital

4.     Brit Insurance plc

5.     Empire Indemnity Insurance Company

6.     Endurance American Insurance Company

7.     Everest Indemnity Insurance Company

8.     Federal Insurance Company

9.     Liberty Insurance Underwriters Inc.

10.    Liberty Mutual Insurance Company

11.    Lloyd's of London

12.    Lockton Co. LLC

13.    Marsh & McLennan Companies

14.    National Union Fire Insurance Company

15.    National Union Fire Insurance Company of Pittsburgh, PA

16.    Navigators Group, Inc.

17.    Ohio Casualty Insurance

18.    Princeton Excess and Surplus Lines Insurance Company

19.    Safety National Casualty Corporation

20.    Tokio Marine Kiln

21.    U.S. Specialty Insurance Company (HCC Insurance Holdings, Inc.)

22.    XL Insurance America Inc.

23.    Zurich American Insurance Company

**L.  Utility providers**

1.     AEP - Columbus Southern Power

2.     Alaska Communications Systems

3.     Albuquerque Bernalillo County Water

4.     Alliant Energy/Interstate Power Company

5.     Anchorage Water & Wastewater Utility

6.     Arizona Water Company

7.     Auburn Water & Sewer Dist, ME

8.     BCWSA (Bucks County Water & Sewer)

9.     Bellevue City Treasurer, WA

10.    Bexar County WCID #10

11.    Borough of Paramus, NJ

12.    Braintree Water & Sewer Dept

13.    Broward County Comm - Public Works Dept

14.    BullsEye Telecom Summary

15.    Burlington Township Water&Sewer Utility

16.    California Water Service-Bakersfield

17.    California Water Service-Torrance

18.    California Water Service-Westlake Villag

19.    City of Calumet City, IL

20.    City of Casa Grande, AZ

21.    City of Chandler, AZ

22.    City of Coon Rapids, MN

23.    City of Corvallis, OR

24.    City of Fountain Valley, CA

25.    City of Fredericksburg, VA

26.    City of Fresno, CA

27.    City of Geneva, IL

28.    City of Holyoke, MA

29.    City of Homestead FL

30.    City of Idaho Falls, ID

31.    City of Issaquah, WA

32.    City of Joliet, IL

33.    City of Las Vegas - Sewer

| 34. | City of League City, TX |
| 35. | City of Lewiston, ID |
| 36. | City of Littleton, CO |
| 37. | City of Logan, UT |
| 38. | City of Lynnwood, WA |
| 39. | City of Mansfield |
| 40. | City of Marlborough, MA |
| 41. | City of McKinney, TX |
| 42. | City of Melbourne, FL |
| 43. | MCUD-Manatee County Utilities Department |
| 44. | Met-Ed |
| 45. | Metropolitan Utilities District |
| 46. | Milford Sewer Dept. MA |
| 47. | Milford Water Company |
| 48. | Minnesota Energy Resources Corporation |
| 49. | MK Kona Commons LLC |
| 50. | Modesto Irrigation District |
| 51. | Montana-Dakota Utilities Co. |
| 52. | Monte Vista Water District |
| 53. | Municipal Light & Power (Anchorage, AK) |
| 54. | NetWolves Network Services Sum |
| 55. | New Jersey American Water Company |
| 56. | New Jersey Natural Gas Company (NJR) |
| 57. | Nicor Gas |
| 58. | Northwestern Energy/MT |
| 59. | Oro Valley Water Utility |
| 60. | Otay Water District |
| 61. | Sacramento Municipal Utility District |
| 62. | Saddleback Communications |
| 63. | San Antonio Water System, TX |
| 64. | San Diego Gas & Electric |
| 65. | San Jose Water Company |

| 66. | Santa Cruz Municipal Utilities |
| 67. | Sarasota County Public Utilities |
| 68. | Seacoast Utility Authority |
| 69. | South Stickney Sanitary District |
| 70. | South Valley Sewer District, UT |
| 71. | Southern California Edison |
| 72. | Southern California Gas (The Gas Co.) |
| 73. | Southern Connecticut Gas (SCG) |
| 74. | Southwest Gas Corporation |
| 75. | Spokane County Utilities |
| 76. | Sprint Summary |
| 77. | Sprint Summary |
| 78. | SRP -Salt River Project |
| 79. | Suburban Propane |
| 80. | Suffolk County Water Authority - NY |
| 81. | Sweetwater Cable TV |
| 82. | Tax Collector, City of Waterbury, CT |
| 83. | Taylorsville-Bennion Improvement Dist |
| 84. | Teco Tampa Electric Company |
| 85. | Teco: Peoples Gas |
| 86. | Texas Gas Service |
| 87. | Time Warner Cable |
| 88. | Town of Collierville, TN |
| 89. | Town of Culpeper, VA |
| 90. | Town of Danvers, MA-Water & Sewer |
| 91. | Town of Framingham, MA |
| 92. | Town of Hempstead - Levittown Water Dist |
| 93. | Town of Jackson, WY |
| 94. | Town of Jupiter, FL |
| 95. | Town of Plymouth, MA |
| 96. | Township of Palmer, PA |
| 97. | Township of Roxbury, NJ |
| 98. | Truckee Meadows Water Authority, NV |
| 99. | Tualatin Valley Water District |

| | |
|---|---|
| 100. | United Illuminating Company |
| 101. | United Water Delaware |
| 102. | United Water Idaho |
| 103. | United Water New Jersey/ Hackensack |
| 104. | UNITIL ME Gas Operations |
| 105. | Village of Frankfort, IL |
| 106. | Village of Glendale Heights, IL |
| 107. | Village of Gurnee, IL |
| 108. | Village of Hoffman Estates, IL |
| 109. | Village of Lombard, IL |
| 110. | Village of Niles, IL |
| 111. | Village of North Riverside, IL |
| 112. | Village of Schaumburg, IL |
| 113. | Virginia Natural Gas |
| 114. | Virginia-American Water Company |
| 115. | Walton EMC |
| 116. | Warrington Township Water & Sewer Dept. |
| 117. | Washington Suburban Sanitary Commission |
| 118. | WaterOne |
| 119. | WE Energies/Wisconsin Electric/Gas |
| 120. | Westar Energy/KPL |
| 121. | Whitehall Township Authority |
| 122. | Windstream Communications - EFT |
| 123. | Withlacoochee River Electric Cooperative |
| 124. | Wright-Hennepin Coop Electric |
| 125. | XCEL Energy:Northern States Power Co. |
| 126. | XCEL Energy:Public Service Company of CO |
| 127. | XO Communications |
| 128. | AT&T |
| 129. | INTERCALL INC |
| 130. | LRM-COM, INC |
| 131. | Neustar Inc. |
| 132. | SPRINT COMMUNICATIONS CO |
| 133. | Verizon Wireless |
| 134. | XO HOLDINGS |

**M. Ordinary course professionals**

| | |
|---|---|
| 1. | A. T. KEARNEY, INC |
| 2. | ANTON COLLINS MITCHELL LLP |
| 3. | AON CONSULTING INC |
| 4. | ARTISTS CREATIVE AGENCY LLC |
| 5. | ASHFORD & WRISTON A LIMITED |
| 6. | BADILLO SAATCHI & SAATCHI INC |
| 7. | BAIN & COMPANY, INC. |
| 8. | BOOZ ALLEN HAMILTON, INC. |
| 9. | BRADLEY M WESTON |
| 10. | BRANDING BRAND INC |
| 11. | BRIDGE INTELLECTUAL PROPERTY |
| 12. | BROWNSTEIN HYATT FARBER |
| 13. | C2 IMAGING LLC |
| 14. | CAD-1 INC |
| 15. | CARDLYTICS INC |
| 16. | CAREERMINDS GROUP INC |
| 17. | CERTONA CORPORATION |
| 18. | CLOUD SHERPAS INC |
| 19. | COLORADO NOTARY SOLUTIONS, INC |
| 20. | COMPETE INC |
| 21. | CONNEXITY INC |
| 22. | CT CORPORATION SYSTEM |
| 23. | DATASOURCE CONSULTING LLC |
| 24. | DAYNA H JOHNSON |
| 25. | DELOITTE & TOUCHE LLP |
| 26. | DELOITTE TAX LLP |
| 27. | DENVER MODEL & TALENT LTD |
| 28. | DOCUMENTARY DESIGNS INC |

| | | | |
|---|---|---|---|
| 29. | DRINKER BIDDLE & REATH LLP | 62. | LABOR LAW CENTER INC |
| 30. | EARLEY & ASSOCIATES INC | 63. | LAURA TUHKANEN |
| 31. | ELKIND ALTERMAN HARSTON PC | 64. | LAW OFFICE OF ROBIN DEIGHAN PC |
| 32. | ETC DESIGN, INC | 65. | LAW OFFICES OF DAVID H BAKER |
| 33. | EVELYN WIMBERLEY | 66. | LAW OFFICES OF KEVIN T GRENNAN |
| 34. | FACTSET RESEARCH SYSTEMS INC | 67. | LAW OFFICES OF STEPHEN URE, PC |
| 35. | FIRST AMERICAN TITLE INS CO | 68. | LEIF ASSOCIATES INC |
| 36. | FISH & RICHARDSON PC | 69. | LEWAN & ASSOCIATES INC |
| 37. | FISHER & PHILLIPS LLP | 70. | LEXTANT CORPORATION |
| 38. | FORRESTER RESEARCH, INC. | 71. | LIFTPOINT CONSULTING, INC |
| 39. | FRANCINE ROBIN SIMON | 72. | LINDA D'ALESSANDRO |
| 40. | FRANKLIN COVEY CLIENT SALES | 73. | LINIUM, LLC |
| 41. | GREENBERG TRAURIG LLP | 74. | MARK ALAN SWEENEY |
| 42. | GREGORY J MCCREADIE | 75. | MARTIN DESIGN LLC |
| 43. | H.R. MEININGER CO | 76. | MEDIA WORKFLOWS |
| 44. | HEWITT ASSOCIATES CARIBE INC | 77. | MSN COMMUNICATIONS, INC |
| 45. | HIGGS, FLETCHER & MACK LLP | 78. | NABLER LLC |
| 46. | HONIGMAN MILLER SCHWARTZ&COHN | 79. | NAVEX GLOBAL INC |
| 47. | HYATTS GRAPHIC SUPPLY CO INC | 80. | NB VENTURES INC |
| 48. | IBA, SYMONDS & DUNN | 81. | NET SOURCE INC |
| 49. | INDEED INC | 82. | NORTON ROSE FULBRIGHT US LLP |
| 50. | INGENIUM PERFORMANCE INC. | 83. | OGLETREE DEAKINS NASH |
| 51. | INTERCALL INC | 84. | O'MELVENY & MYERS LLP |
| 52. | INTRALINKS, INC. | 85. | O'NEILL & BORGES LLC |
| 53. | INVODO INC | 86. | ORACLE AMERICA INC |
| 54. | JACKSON LEWIS P.C. | 87. | ORRICK, HERRINGTON & SUTCLIFFE |
| 55. | JAMES ELLENBERGER | 88. | OTTEN,JOHNSON,ROBINSON, |
| 56. | JOHANNE MALLEBRANCHE | 89. | OVERSEAS PUBLISHERS REPS INC |
| 57. | JORDAN LAWRENCE GROUP, L.C. | 90. | PATRICIA MARASCIO |
| 58. | JOSEPH NEWSUM | 91. | PATRICK ROBERT MURRAY |
| 59. | JOYCE FOX | 92. | PLANALYTICS INC |
| 60. | KARAS WILDERS GROUP INC | | |
| 61. | KJC LAW FIRM, LLC | | |

93.  POLSINELLI PC

94.  POWER REVIEWS

95.  PREMIER EURO CASE, INC.

96.  PRICEWATERHOUSECOOPERS LLP

97.  RAWSON MERRIGAN & LITNER, LLP

98.  REED ELSEVIER INC

99.  RETAIL SCIENTIFICS LLC

100. ROOT, INC.

101. ROPES & GREY, LLP

102. SAFETY EQUIPMENT INSTITUTE

103. SEARCH STRATEGY SOLUTIONS, INC

104. SHEPPARD, MULLIN, RICHTER &

105. SLI SYSTEMS

106. SOLUTIONS II INC

107. SPLASH LTD

108. SPRINT COMMUNICATIONS CO LP

109. STELLA SERVICE, INC

110. STEPHEN R HOFER LAW CORP

111. STINSON LEONARD STREET LLP

112. TANGO ANALYTICS LLC

113. TEMPKIN, WIELGA, HARDT

114. TEMPUS NOVA INC

115. TERADATA OPERATIONS INC

116. THE DESIGN COUNCIL LTD

117. THE RETAIL EQUATION INC

118. THOMAS B. BACON, PA

119. TIMOTHY EDWARD DEGNER

120. TOWERS WATSON DELAWARE INC

121. TRUDY ADLER

122. TURN TO NETWORKS, INC.

123. UGAM SOLUTIONS PRIVATE LIMITED

124. USER TESTING, INC.

125. VALUATION RESEARCH CORP INC

126. VERIZON BUSINESS NETWORK SERV

127. VISUAL CREATIONS INC

128. ZENGER FOLKMAN COMPANY

**N.  Chapter 11 case professionals for Debtors**

1.  FTI Consulting, Inc.

2.  Gordon Brothers Retail Partners, LLC

3.  Kurtzman Carson Consultants LLC

4.  Rothschild Inc.

5.  Sard Verbinnen & Co

6.  Young Conaway Stargatt & Taylor LLP

7.  A&G Realty Partners, LLC

**O.  Counsel and other advisors retained by other significant parties**

1.  Brown Rudnick LLP

2.  Choate, Hall & Stewart LLP

3.  Houlihan Lokey Capital, Inc.

4.  O'Melveny & Meyers LLP

5.  PJT Partners Inc.

6.  Riemer & Braunstein LLP

**P.  United States Bankruptcy Judges in the District of Delaware**

1.  Brendan Shannon

2.  Christopher Sontchi

3.  Kevin Carey

4.  Kevin Gross

5.  Laurie Silverstein

6.  Mary Walrath

**Q.  United States Trustee for the District of Delaware, or any person employed by the Office of the United States Trustee for the District of Delaware**

1.  Andrew R. Vara

2.  Benjamin Hackman

3.  Christine Green

| | | | |
|---|---|---|---|
| 4. | David Buchbinder | 16. | Mark Kenney |
| 5. | Diane Giordano | 17. | Michael Panacio |
| 6. | Dion Wynn | 18. | Michael West |
| 7. | Edith A. Serrano | 19. | Natalie Cox |
| 8. | Hannah M. McCollum | 20. | Ramona Vinson |
| 9. | James R. O'Malley | 21. | Richard Schepacarter |
| 10. | Jane Leamy | 22. | Shakima L. Dortch |
| 11. | Jeffrey Heck | 23. | T. Patrick Tinker |
| 12. | Juliet Sarkessian | 24. | Tiiara Patton |
| 13. | Karen Starr | 25. | Timothy J. Fox, Jr. |
| 14. | Lauren Attix | 26. | Tony Murray |
| 15. | Linda Casey | | |