# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., et al.,[1] | Case No. 16-10527 (MFW) (Jointly Administered) |
| Debtors. | |

**DECLARATION OF COMMITTEE CO-CHAIRS IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, PURSUANT TO 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014, AND LOCAL BANKRUPTCY RULE 2014-1, AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MARCH 10, 2016**

KIM STEWART and RICHARD STEVENSON, AS COMMITTEE CO-CHAIRS, declare under penalty of perjury as follows:

1. I, Kim Stewart, am a Director of Nike USA, Inc. ("Nike"). Nike is a member of the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy cases (the "Cases") of the above-captioned debtors (collectively the "Debtors"). I have been selected as a Co-Chair of the Committee and am authorized to submit this declaration (the "Declaration") in support of the *Application of Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl &*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

*Jones LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to March 10, 2016* (the "Application").[2]

2.      I, Richard Stevenson, a managing director, for TCW/Crescent Capital Group, Inc. ("TCW"). TCW is a member of the Committee. I have been selected as a Co-Chair of the Committee and am authorized to submit this Declaration in support of the Application.

### The Committee's Selection of PSZ&J as Counsel

3.      Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") is proposed to serve as counsel to the Committee. The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements. The review process utilized by the Committee here assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings.

4.      On March 10, 2016, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) TCW/Crescent Mezzanine Partners *et al.*, (ii) New York Life Investment Management Mezzanine Partners, LP; (iii) Stitching Pensioenfonds ABP; (iv) Nike, Inc.; (v) Asics America Corp.; (vi) GGP Limited Partnership; and (vii) Realty Income Corp. The *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 262] was filed on March 10, 2016. On March 16, 2016, Stitching Pensioenfonds ABP, resigned from the Committee.

5.      On March 10, 2016, the Committee held its initial meeting and, among other things, voted to retain the Firm as its counsel, subject to Court approval. In addition to

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

PSZJ, the Committee interviewed several other law firms. The Committee believes that PSZJ's extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code, makes it well qualified to represent the Committee in these Cases in an efficient and timely manner. Thus, the Committee decided to continue to retain PSZ&J as the Committee's counsel during these chapter 11 cases.

### Rate Structure

6.  In our capacities as Committee Co-Chairs, we are responsible, along with the other committee members, for supervising counsel. PSZJ has informed the Committee that its rates are consistent between bankruptcy representations, including related transactional and litigation services. PSZJ has informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon. The Firm does not maintain separate departments devoted to other legal practices different from the bankruptcy and insolvency areas. The Firm therefore does not have different billing rates and terms for non-bankruptcy engagements that can be compared to the billing rates and terms for the Committee's engagement of PSZJ.

### Cost Supervision

7.  The Committee will approve any prospective budget and staffing plan that may be filed by PSZJ prior to it being filed, recognizing that, in the course of a large chapter 11 case like these Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and PSZJ. The members of the Committee further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the

DOCS_DE:206183.2 80784/002                                3

Committee's expectations and the exigencies of the Cases. The Committee will continue to review the invoices that PSZJ regularly submits, and, together with PSZJ, periodically amend any budget and staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 19, 2016

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SPORTS AUTHORITY HOLDINGS, INC., *et al.*

Nike USA, Inc., solely in its capacity as Co-Chairperson of the Committee and not in its individual capacity

By: /s/ Kim Stewart
Name: Kim Stewart

TCW/Crescent Mezzanine Partners III, L.P., solely in its capacity as Co-Chairperson of the Committee and not in its individual capacity

By: _____
Name: Elizabeth Ko

Committee's expectations and the exigencies of the Cases. The Committee will continue to review the invoices that PSZJ regularly submits, and, together with PSZJ, periodically amend any budget and staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April ___, 2016

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SPORTS AUTHORITY HOLDINGS, INC.,** *et al.*

Nike USA, Inc., solely in its capacity as Co-Chairperson of the Committee and not in its individual capacity

By: _____
Name: Kim Stewart

TCW/Crescent Mezzanine Partners III, L.P., solely in its capacity as Co-Chairperson of the Committee and not in its individual capacity

By: _____
Name: Elizabeth Ko