# EXHIBIT 1

| Database: | TENANTMASTER | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| Report Id: | LAD_CMAGEDEL | | Date: 4/14/2016 | | | | Date: | 4/14/2016 |
| | | | | | | | Time: | 09:38 AM |

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

**224-018107**    Space 114    **Sports Authority**        Leasing Group:    Leasing        LTD-S:        1/31/2020
**Cherry Creek**            Store #    044        Security Deposit:    0.00        L of C:
Lisa Corley            (720) 475-2537        Fax: (720) 475-4537    STANDARD Current        Last Payment 3/31/2016    47,763.36
Email:    LCorley@sportsauthority.com

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/2016 | GRS | AUTOCHRG @T2/29/2016 | CH | 41,323.00 | 0.00 | 0.00 | 41,323.00 | 0.00 | 0.00 |
| 2/1/2016 | MIS | AUTOCHRG @T2/29/2016 | CH | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| 2/1/2016 | RNA | AUTOCHRG @T2/29/2016 | CH | 3,405.02 | 0.00 | 0.00 | 3,405.02 | 0.00 | 0.00 |
| 2/1/2016 | VAC | AUTOCHRG @T2/29/2016 | CH | 2,090.78 | 0.00 | 0.00 | 2,090.78 | 0.00 | 0.00 |
| 3/1/2016 | GRS | AUTOCHRG @T3/31/2016 | CH | 41,323.00 | 0.00 | 41,323.00 | 0.00 | 0.00 | 0.00 |
| 3/1/2016 | MIS | AUTOCHRG @T3/31/2016 | CH | 50.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| 3/1/2016 | RNA | AUTOCHRG @T3/31/2016 | CH | 3,405.02 | 0.00 | 3,405.02 | 0.00 | 0.00 | 0.00 |
| 3/1/2016 | VAC | AUTOCHRG @T3/31/2016 | CH | 2,090.78 | 0.00 | 2,090.78 | 0.00 | 0.00 | 0.00 |
| 3/21/2016 | WAT | Water 11/1/15-2/1/16 | CH | 69.48 | 69.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/23/2016 | RNA | CPI Adjustment 02/16 | CH | 2,663.32 | 2,663.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/31/2016 | RNA | 4/16 OVP CK# 572587 | CR | -894.56 | -894.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Sports Authority Total:** | | | 95,575.84 | 1,838.24 | 46,868.80 | 46,868.80 | 0.00 | 0.00 |
| | | **Grand Total:** | | 95,575.84 | 1,838.24 | 46,868.80 | 46,868.80 | 0.00 | 0.00 |

| Database: | TENANTMASTER | Aged Delinquencies | | Page: | 1 |
|---|---|---|---|---|---|
| Report Id: | LAD_CMAGEDEL | | | Date: | 4/14/2016 |
| | | Date: 4/14/2016 | | Time: | 09:35 AM |

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 252-003443 | Space N100 | **Sports Authority** | | | Leasing Group: Leasing | | LTD-S: | | 1/31/2017 |
| **Dolphin Mall** | | Store # 296 | | | Security Deposit: 0.00 | | L of C: | | |
| Karin Lopez | | (720) 475-2693 | Fax: | | NONSTANDCurrent | | Last Payment:4/8/2016 | | 51,493.75 |
| Email: | klopez@thesportsauthority.com | | | | | | | | |
| 2/1/2016 | MAJ | AUTOCHRG @T2/29/2016 | CH | 48,125.00 | 0.00 | 0.00 | 48,125.00 | 0.00 | 0.00 |
| 2/1/2016 | STX | Tax for MAJ | CH | 3,368.75 | 0.00 | 0.00 | 3,368.75 | 0.00 | 0.00 |
| 3/1/2016 | MAJ | AUTOCHRG @T3/31/2016 | CH | 48,125.00 | 0.00 | 48,125.00 | 0.00 | 0.00 | 0.00 |
| 3/1/2016 | STX | Tax for MAJ | CH | 3,368.75 | 0.00 | 3,368.75 | 0.00 | 0.00 | 0.00 |
| | **Sports Authority Total:** | | | 102,987.50 | 0.00 | 51,493.75 | 51,493.75 | 0.00 | 0.00 |
| | | **Grand Total:** | | 102,987.50 | 0.00 | 51,493.75 | 51,493.75 | 0.00 | 0.00 |

| Database: | TENANTMASTER | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|
| Report Id: | LAD_CMAGEDEL | | | | | Date: | 4/14/2016 |
| | | | Date: 4/14/2016 | | | Time: | 11:17 AM |

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

250-000787     Space A502     **Sports Authority**                    Leasing Group:  Leasing           LTD-S:              1/31/2020
**Great Lakes Crossing Outlets**           Store #  620         Security Deposit:  0.00               L of C:
Karin Lopez              (720) 475-2693       Fax:         NONSTANDCurrent              Last Payment 4/8/2016      50,450.83
Email:     klopez@sportsauthority.com

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/2016 | MAJ | AUTOCHRG @T2/29/2016 | CH | 50,450.83 | 0.00 | 0.00 | 50,450.83 | 0.00 | 0.00 |
| 2/2/2016 | ELC | Electric 11/16-12/16/15 | CH | 7,113.23 | 0.00 | 0.00 | 7,113.23 | 0.00 | 0.00 |
| 3/1/2016 | MAJ | AUTOCHRG @T3/31/2016 | CH | 50,450.83 | 0.00 | 50,450.83 | 0.00 | 0.00 | 0.00 |
| 3/2/2016 | ELC | Electric 12/16/15-1/16/16 | CH | 6,713.60 | 0.00 | 6,713.60 | 0.00 | 0.00 | 0.00 |
| 3/28/2016 | ELC | Electric 1/16-2/16/16 | CH | 6,770.83 | 6,770.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Sports Authority Total:** | | | 121,499.32 | 6,770.83 | 57,164.43 | 57,564.06 | 0.00 | 0.00 |
| | | **Grand Total:** | | 121,499.32 | 6,770.83 | 57,164.43 | 57,564.06 | 0.00 | 0.00 |