# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SPORTS AUTHORITY HOLDINGS, INC., et al., ) ) | Case No. 16-10527 (MFW) |
| ) | **Re: D.I. 1210** |
| Debtors. ) | |

## CURE OBJECTION OF COLUMBIA-BBB WESTCHESTER SHOPPING CENTER ASSOCIATES REGARDING STORE NO. 086

Columbia-BBB Westchester Shopping Center Associates ("Columbia"), by and through its undersigned counsel, hereby objects to the cure amount proposed in the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases In Connection With Sales [Docket No. 1210] ("Cure Notice") with respect to the lease for Store No. 086, and in support thereof alleges as follows:

1. Columbia is the landlord of Store No. 086 pursuant to a lease between Columbia and TSA Stores, Inc., effective as of June 2, 2014 (the "Lease").

2. The Cure Notice alleges that the amount necessary to cure defaults under the Lease is $54,171.04. The correct amount necessary to cure all defaults under the Lease is $81,054.83 ("Base Cure Amount") as set forth on Schedule A hereto, plus the following additional charges ("Additional Charges"):

   A. All amounts that become due under the Lease between the date hereof and the date the Lease is actually assumed.

   B. All amounts that become due in the future under the Lease that relate to a time period before assumption of the Lease. These charges include but are not limited to year-end reconciliations of common area maintenance charges, real estate taxes and insurance.

These charges are not yet due under the Lease and cannot be ascertained with certainty at this time.

    C. All amounts owing for indemnification and the like with respect to existing claims that that may exist but as to which Columbia is not yet aware.

3. Any order authorizing assumption of the Lease should provide that such assumption is pursuant to the terms of the Lease, including that the Debtors or any assignee of the Lease assumes and is liable for the Additional Charges.

WHEREFORE, Columbia respectfully requests that the Court deny assumption of the Lease unless the Base Cure Amount and Additional Charges are promptly paid to Columbia, and any order authorizing assumption of the Lease provides for the protections set forth in Paragraph 2 of this Objection.

Dated: April 21, 2016
      Wilmington, Delaware

Respectfully submitted,

*/s/ Julia Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein (DE 5198)
THE ROSNER LAW GROUP LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

James P.S. Leshaw
Leshaw Law, P.A.
240 Crandon Boulevard
Suite 248
Key Biscayne, Florida  33149

*Counsel to Columbia*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF.


                 */s/ Julia Klein*