**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., ET AL.,[1] | Case No. 16-10527 (MFW) |
| Debtor. | **Re: Docket No. 1210** |

**OBJECTION OF MILL CREEK MALL, LLC TO**
**DEBTORS' PROPOSED CURE AMOUNT AND SCHEDULE**

Mill Creek Mall, LLC ("Landlord") hereby submits this objection ("Objection") to the cure amount listed on the schedule attached as Exhibit 1-B to the *Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales* [D.I. 1210] (the "Notice of Cure Amount"[2]) respectfully represents as follows:

**BACKGROUND**

1. On March 2, 2016, the Debtors each filed voluntary petitions for relief under chapter 11, title 11, United States Code (the "Bankruptcy Code") with this Court.

2. The Debtors are operating their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. Landlord is the lessor of the real property known as The Stores at Mill Creek, and located at Route 3, Secaucus, NJ 07094 (the "Premises"). Landlord's tenant, and lessor of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

[2] Capitalized terms shall have the same meaning ascribed to them in the Notice of Cure Amount, unless otherwise provided herein.

the Premises is debtor, TSA Stores, Inc. t/a Sports Authority ("SA" or "Tenant") and is identified on the Notice of Cure Amount as Store Number 458.

4. On May 12, 2008, Landlord and SA entered into a Lease Agreement (the "Lease") for the Premises, which comprise approximately 47,250 square feet.[3]

5. The Lease is a lease "of real property in a shopping center" within the meaning of section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.,* 922 F.2d 1081, 1086-87 (3d Cir. 1990).

6. Pursuant to the Lease, SA is required to pay to Landlord "Rent" comprised of: (a) Fixed Rent ("Fixed Rent") of $108,281.25 per month; and (b) Additional Charges, which are defined as "[a]ll amounts that become payable by Tenant to [Landlord under the Lease] other than Fixed Rent," including, among other items, real estate taxes ($16,098.94 per month), late charges, and common area maintenance fees ($11,017.79) (collectively, "Additional Rent").

7. The Debtors have not paid rent under the Lease for the per diem period March 2 – 31, 2016, as well as for other related charges ("Stub Rent").

8. On April 14, 2016, the Bankruptcy Court entered the Bid Procedures Order, thereby approving the Closing Store Lease Bid Procedures, the Main Auction Bid Procedures and the Assignment Procedures. [D.I. 1186] (the "Bid Procedures Order").

9. Pursuant to the Bid Procedures Order, on April 15, 2016, the Debtors filed their *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales* [D.I. 1210], which, among other things, indicated the Debtors'

---

[3] SA is also a party to a Power Purchase Agreement by and between Hartz Solar LLC and SA dated July 20, 2009 (the "PPA") pursuant to which, among other things, Hartz Solar agreed to install, operate and maintain a solar energy system on the roof of the Premises, and SA agreed to pay Hartz Solar the kWh Rates set forth on Exhibit B to the PPA, plus any additional amounts due pursuant to Section 5 of the PPA. The Debtors currently owe $4,075.07 in pre-petition amounts due under the PPA and $4,535.98 in post-petition amounts due through March 31, 2016. As of March 31, 2016, the Debtors' total cure obligation under the PPA is $8,611.05, plus any additional amounts that will come due between now and the effective date of any assumption and assignment of the PPA. A statement reflecting the amounts due is attached hereto as Exhibit A.

intent to assume and assign the Lease upon the entry of an order approving the sale of substantially all of the Debtors' assets. [D.I. 1210 at 21-22]. The Debtors proposed a $135,397.98 cure amount with respect to the Lease (the "Proposed Cure Amount"). [D.I. 1210, Exhibit 1-B].

## OBJECTION TO CURE AMOUNT AND SCHEDULE

10. The Landlord objects to the Proposed Cure Amount.

11. The Landlord's invoice attached hereto as Exhibit B shows a balance of $136,952.16 (the "Balance Due"). The difference between the Balance Due and the Proposed Cure Amount is shown on Exhibit B as $1,554.18 and is described as 2015 Final Operating Expenses Reconciliation (the "Difference").

12. Landlord believes that the Difference, due under the lease when billed, is a post-petition administrative expense. Here, the Landlord includes the Difference in the Proposed Cure Amount out of an abundance of caution in event that the Debtors fail to timely pay the Difference when due.

## RESERVATION OF RIGHTS

13. Landlord specifically reserves its rights to object to any other relief sought by the Debtors in connection with the proposed asset sale or the assignment of the Lease, including the ultimately successful purchaser's proposed adequate assurance.

**WHEREFORE,** for the foregoing reasons, Landlord respectfully requests that this Court enter an order fixing the Proposed Cure Amount at $136,952.16, plus any other amounts that may come due under the Lease; and granting such other and further relief as this Court deems just and proper.

Dated:  April 21, 2016  Respectfully submitted,

**GIBBONS P.C**.

By:  /s/ Natasha M. Songonuga
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue
Suite 1015
Wilmington Delaware 19801-1671
(302) 518-6300
(302) 429-6294
nsongonuga@gibbonslaw.com


Mark B. Conlan, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
(973) 596-0545
mconlan@gibbonslaw.com

-and-

D. Mark Leonard, Esq.
**HOROWITZ, RUBINO & PATTON**
400 Plaza Drive
P.O. Box 2038
Secaucus, NJ 07096
Tel:  (201) 272-5309
Fax: (201) 272-6130
mark.leonard@hrplaw.com

*Attorneys for Mill Creek Mall, LLC*

# CERTIFICATE OF SERVICE

I, Natasha M. Songonuga, hereby certify that on the 21st day of April, 2016, I caused a true and correct copy of the foregoing to be served by means of the CM/ECF electronic filing system on all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF System via e-mail and regular mail as indicated upon the service list below.

/s/ Natasha M. Songonuga
Natasha M. Songonuga (Bar No. 5391)

## SERVICE LIST

| VIA E-MAIL | |
|---|---|
| Michael R. Nestor<br>Andrew J. Magaziner<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mnestor@ycst.com<br>amagaziner@ycst.com<br>*Counsel to the Debtors* | Robert A. Klyman<br>Matthew J. Williams<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br>Email: rklyman@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>*Counsel to the Debtors* |
| Bradford J. Sandler, Esq.;<br>Robert J. Feinstein, Esq.;<br>& Jeffery N. Pomerantz, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 1980<br>Email:<br>*Proposed Counsel to the Committee* | Donald E. Rothman, Esq.<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>Email:<br>*Counsel to Bank of America, N.A., in its capacity as (A) DIP Agent under the proposed Debtor-in-Possession Credit Agreement, and (B) Administrative Agent and Collateral Agent under the Second Amended and Restated Credit Agreement, dated as of May 17, 2012* |
| Robert J. Stark, Esq. and<br>Bennett S. Silverberg, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>*Counsel to (A) Wilmington Savings Fund Society, FSB as Administrative Agent and Collateral Agent under the May 3, 2006 Amended and Restated Credit Agreement and November 16, 2010 amended and restated and (B) certain Term Lenders under the May 3, 2006 Amended and Restated Credit Agreement and amended and restated November 16, 2010* | Kevin J. Simard, Esq.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, Massachusetts 02110<br>*Counsel to Wells Fargo Bank, National Association, in its capacity as FILO Agent under the Second Amendment to Second Amended and Restated Credit Agreement, dated as of November 3, 2015* |

2293853.1  024929-92827

| | |
|---|---|
| John J. Rapisardi, Esq.<br>O'Melveny & Meyers LLP<br>7 Times Square<br>Broadway, New York, NY 10036<br>*Counsel for certain holders of 11.5% Senior Subordinated Notes Due February 19, 2018 under the Securities Purchase Agreement, dated as of May 3, 2006* | |
| **VIA REGULAR MAIL** ||
| Hannah J. McCollum, Esq.<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>*U.S. Trustee* ||