# EXHIBIT A

**HARTZ SOLAR, LLC**

Cure Statement

**TSA Stores, Inc. (Sports Authority)**
c/o ECOVA MS 658
P.O. BOX 2440
Spokane, WA  99210-2440

Filed Chapter 11 on 3/02/2016 in Delaware

| Date | Description | Charges |
|---|---|---|
| 2/4/2016 | Solar Electric Credit Rate Adjustment 12/1-12/31/15 | ($25.57) |
| 2/4/2016 | Solar Electric Charge 1/16 | $1,578.70 |
| 3/3/2016 | Solar Electric Charge 2/16 | $2,353.68 |
| 4/7/2016 | Per Diem Solar Charge (3/1/16) 1,358 Kwh @ $0.1239 | $168.26 |
| | **Total Pre-Petition Solar Charges** | **$4,075.07** |
| 4/7/2016 | Per Diem Post-Petition Solar Charges (3/2/16-3/31/16) = 36,610 kWh @ $0.1239 | $4,535.98 |
| | April Post-Petition Solar Charges* | $0.00 |
| | May Post-Petition Solar Charges* | $0.00 |
| | **Total Post-Petition Solar Charges** | **$4,535.98** |
| | **Total Solar Cure Amount** | **$8,611.05** |

* Not yet billed-TBD