# EXHIBIT B

**Mill Creek Mall, L.L.C.**
Fed ID# 22-2576954
P.O Box 35522
Newark, NJ 07193-5522

**Unpaid Charges**
(charges are net of any partial payments)

Please Return Top Portion With Payment

TSA STORES, INC. (Sports Authority)
ATT: ACCOUNTING STORE # 458
1050 WEST HAMPDEN AVENUE
ENGLEWOOD, CO 80110

Account : se1mill - 0105 - tsastore
Date : 04/18/2016
Payment : $ _____

A fee will be charged on any returned checks

| Date | Description | Charge Control Number | Charges | Balance |
|---|---|---|---|---|
| 03/01/16 | cam - operating costs (03/2016) | C-811550 | 11,017.79 | 11,017.79 |
| 03/01/16 | fixed rent (03/2016) | C-811551 | 108,281.25 | 119,299.04 |
| 03/01/16 | real estate taxes (03/2016) | C-811552 | 16,098.94 | 135,397.98 |
| 03/31/16 | 2015 Final Operating Expenses Reconciliation | C-816288 | 1,554.18 | 136,952.16 |