**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPORTS AUTHORITY HOLDINGS, INC., ET AL.,[1] | : | Case Nos.:   16-10527 (MFW) |
| | : | |
| Debtor. | : | Jointly Administered |
| | : | |
| | : | **Ref. Dkt. Nos. 789, 1241, 1243, 1285** |

**REPLY AND JOINDER OF MILL CREEK MALL, LLC IN FURTHER SUPPORT OF MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 503(b)(1)(A) COMPELLING THE PAYMENT OF POST-PETITION ADMINISTRATIVE RENT**

1. Mill Creek Mall, LLC ("MC Mall"), a creditor and landlord of debtor TSA Stores, Inc. by virtue of a certain *Lease Agreement* with respect to real property commonly known as The Stores at Mill Creek, located on Route 3 in Secaucus, New Jersey, hereby submits this Reply in further support of its *Motion for an Order to Compel Payment of Post-Petition Administrative Rent* pursuant to § 503(b)(1)(A) (the "Motion") [D.I. 789].

2. MC Mall hereby joins in the Official Committee of Unsecured Creditors' *Statement Regarding Motions to Compel Payment of Stub Rent* [D.I. 1285], and incorporates by reference the arguments set forth therein.

3. In addition, MC Mall hereby joins in the various reply briefs filed by other landlords in connection with the Stub Rent Motions [*See, e.g.*, D.I. 1292, 1295].

4. MC Mall seeks immediate payment of its undisputed administrative expense claim because the Debtors are paying other claims of equal priority and appear to be operating

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

an administratively insolvent estate.  MC Mall's administrative expense claim is entitled to the same treatment under 11 U.S.C. §§ 503(b) and 507(a)(2).

Dated: April 21, 2016

Respectfully submitted,

**GIBBONS P.C**.

By:  s/ Natasha M. Songonuga
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue
Suite 1015
Wilmington Delaware 19801-1058
(302) 518-6300
(302) 429-6294
nsongonuga@gibbonslaw.com

Mark B. Conlan, Esq. (*pro hac vice* pending)
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
(973) 596-0545
mconlan@gibbonslaw.com

-and-

D. Mark Leonard, Esq.
**HOROWITZ, RUBINO & PATTON**
400 Plaza Drive
P.O. Box 2038
Secaucus, NJ 07096
Tel:  (201) 272-5309
Fax: (201) 272-6130
mark.leonard@hrplaw.com

*Attorneys for Mill Creek Mall, LLC*