## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| THE SPORTS AUTHORITY, INC., *et al.*, [1] | ) Case No. 16-10527 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related D.I.**: 1210 |
| | ) |
| | ) |

## OBJECTION OF EMLAWA, LLC TO PROPOSED CURE AMOUNT FOR STORE #069 AS SET FORTH ON NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE

EMLAWA, LLP (the "**Landlord**"), through undersigned counsel, for its Objection to Proposed Cure Amount for Landlord as Set Forth on Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale ("**Cure Notice**") [D.I. 1210], hereby states as follows:

1.      On March 2, 2016, each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being administered jointly.

2.      Landlord and one of the Debtors, TSA Stores, Inc. (the "**Tenant**"), are parties to a Lease Agreement dated August 13, 2013 (which lease agreement, together with all modifications and extensions thereof, is hereinafter referred to as the "**Lease**") for property located in Roseburg, Oregon and also known as TSA Store #069 ("**Store #69**").  Tenant continues to occupy Store #69.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

3.      On April 14, 2016, the Court entered an Order approving the Closing Store Lease Bid Procedures, the Main Auction Bid Procedures and the Assignment Procedures [D.I. 1186] ("**Bidding Procedures Order**").

4.      On April 15, 2016, Debtors filed the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales. Attached as Exhibit 1-B to the Cure Notice was a schedule listing the proposed cure amounts for those unexpired leases that the Debtors might seek to assume and assign thereunder. The proposed cure amount for Store #69 found at page 11 of Exhibit 1-B was $8,091.47 (the "**Proposed Cure Amount**").

5.      The Proposed Cure Amount does not include all amounts that have come due under the Lease.  The estimated amount owing to the Landlord as of April 20, 2016, is $16,762.67 ("**Corrected Cure Amount**").  The Corrected Cure Amount includes $1,500.00 in attorney fees.  It does not include rents owing for March 2016 and April 2016, since the sales figures necessary to calculate the rent are not yet available.  As a result, the Corrected Cure Amount will increase in an amount to be determined.  A statement showing minimum amounts owing is attached hereto as **Exhibit A**.

6.      To the extent the Lease is not assumed and assigned as set forth in the Cure Notice, Landlord reserves the right to supplement the Corrected Cure Amount.

WHEREFORE, Landlord respectfully requests that any assumption and assignment of the Lease be conditioned upon payment of the Corrected Cure Amount, and for such other and further relief as the Court deems proper.

Dated: April 21, 2016
      Wilmington, DE

BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone:  (302) 429-4227
Facsimile:   (302) 658-6395
Email: emiller@bayardlaw.com

-and-

Christopher L. Parnell, Esq.
DUNN CARNEY ALLEN HIGGINS &
TONGUE LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone:  (503) 224-6440
Facsimile:   (503) 224-7324
Email: cparnell@dunncarney.com

*Attorneys for EMLAWA, LLP*