# EXHIBIT A

12:11 PM
04/20/16
Accrual Basis

## Roseburg Valley Mall
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | | Open Balance | Amount |
|---|---|---|---|---|---|---|---|
| **The Sports Authority** | | | | | | | |
| Invoice | 12/07/2015 | 2217S | SEWER | 12/07/2015 | | 25.00 | 25.00 |
| Invoice | 12/08/2015 | 2221E | NOV ELEC | 12/08/2015 | | 949.36 | 949.36 |
| Invoice | 01/01/2016 | 2279S | SEWER | 01/01/2016 | | 25.00 | 25.00 |
| Invoice | 01/02/2016 | 2294 | ALTR069 - 1... | 01/19/2016 | Dec | 5,077.13 | 5,077.13 |
| Invoice | 01/11/2016 | 2265E | DEC ELEC | 12/08/2015 | | 1,034.98 | 1,034.98 |
| Invoice | 01/25/2016 | 2287W | WATER | 01/25/2016 | | 74.57 | 74.57 |
| Invoice | 02/01/2016 | 2317 | FEB CAMS | 01/02/2016 | | 490.00 | 490.00 |
| Invoice | 02/01/2016 | 2391 | ALTR069 - 1/... | 03/05/2016 | Jan | 1,955.18 | 1,955.18 |
| Invoice | 02/04/2016 | 2321E | JAN ELEC | 02/04/2016 | | 859.61 | 859.61 |
| Invoice | 02/08/2016 | 2338S | SEWER | 02/08/2016 | | 25.00 | 25.00 |
| Invoice | 03/01/2016 | 2364 | MAR CAMS | 01/31/2016 | | 490.00 | 490.00 |
| Invoice | 03/01/2016 | 2392 | ALTR069 - 2/... | 02/01/2016 | Feb | 2,349.77 | 2,349.77 |
| Invoice | 03/03/2016 | 2370S | SEWER | 03/03/2016 | | 25.00 | 25.00 |
| Invoice | 03/04/2016 | 2377E | FEB ELEC | 03/04/2016 | | 881.42 | 881.42 |
| Invoice | 03/21/2016 | 2397W | WATER | 03/21/2016 | | 75.35 | 75.35 |
| Invoice | 04/04/2016 | 2443S | SEWER | 04/04/2016 | | 25.00 | 25.00 |
| Invoice | 04/05/2016 | 2447E | MAR ELEC | 04/05/2016 | | 900.30 | 900.30 |
| **Total The Sports Authority** | | | | | | 15,262.67 | 15,262.67 |
| **TOTAL** | | | | | | 15,262.67 | 15,262.67 |

{BAY:02887974v1}

4