# EXHIBIT "A"

# SPORTS AUTHORITY

## 2014 VENDOR DEAL SHEET SUMMARY

### PAY BY SCAN

**EFFECTIVE PERIOD:** 2/2/2014 **THROUGH** 1/31/2015

**VENDOR NUMBER:** 24080
**VENDOR NAME:** Sportline
**DEPTS:** 964
**SUB DEPT:**

| ENTITLEMENTS | |
|---|---|
| **CO-OP %:** | 4.00% |
| **MDF PROGRAM:** | MDF % _____ MDF $ _____ |
| **ECOMMERCE CO-OP/ OTHER PROGRAM:** | OTHER % _____ |
| **CO-OP/MDF EXCLUSIONS:** | |
| **REBATE %:** | |
| **REBATE TIERS:** | 2%> $8,727,750; 2.5%>$9,697,500; 7.5%>$9,697,501; 7.5% Not Retro, Include #7066 & 795080 |
| **REBATE EXCLUSIONS:** | |
| **LOGISTICS:** | 1.50% |
| **OTHER ENTITLEMENTS:** | AMOUNT $ _____ |
| | AMOUNT $ _____ |

### DEFECTIVE PROGRAM

**DFC:** X _____ **RTV:** _____

### FREIGHT TERMS

**PREPAID FREIGHT:** _____ **COLLECT FREIGHT:** X _____

### PAYMENT/DISCOUNT TERMS

**INITIAL ORDER DAYS:** Net 30 EOFM **%:** _____
**RE-ORDER DAYS:** _____ **%:** _____
**NEW STORE %:** _____ **FIXED $:** _____ Per Store

### PAYMENT METHOD

**% Of Retail:** _____ **Cost:** X **Other:** _____ **Vendor Portion %:** _____ **TSA Portion %:** _____
**PYMT DETAILS:** _____
**SHRINK:** Vendor is responsible for all missing or lost goods (shrink) , Up To 3.00% Retail Sales
**EXCEPTIONS:**

VENDOR INITIALS: _____ TSA INITIALS: _____ Page 1



## SPORTS AUTHORITY®

### 2014 VENDOR DEAL SHEET SUMMARY

### PAY BY SCAN

•If Vendor is converting to the Pay-by-Scan program, Vendor shall reimburse TSA for all costs of goods on hand at the time of conversion.
•Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.tradingpartnerinsight.com/tsa/Login.aspx and incorporated by reference.
•TSA and Vendor agree that the arrangement contemplated by this agreement shall be a consignment as defined in Section 9-102 of the Colorado and Delaware Uniform Commercial Codes. Vendor shall retain title to all goods subject to this agreement until the date of sale at which time title shall pass from Vendor to the purchaser of such goods. Vendor shall be entitled to file UCC-1 Financing Statements to reflect this consignment.
•The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor.

**IN WITNESS WHEREOF,** the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

| Vendor | | TSA STORES, INC. | |
|---|---|---|---|
| By: _____ | | By: _____ (Buyer) | |
| Print Name: _____ | | Print Name: _____ | |
| Title: _____ | | Title: _____ | |
| Date: _____ | | Date: _____ | |
| | | By: _____ (DMM) | |
| **PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL AGREEMENT.** | | Print Name: _____ | |
| | | Title: Divisional Merchandise Manager | |
| | | Date: _____ | |