# EXHIBIT A

**RICHARD H. RUBIN MANAGEMENT CORPORATION**
6001 MONTROSE ROAD
SUITE 700
ROCKVILLE, MARYLAND 20852
(301) 984-8900
FAX (301) 881-1539

February 29, 2016

TSA STORES, INC.
1050 W. Hampden Avenue
Englewood, CO 80110
Attn: Real Estate Accounting

   RE: COMMON AREA MAINTENANCE BILLING
      THE SPORTS AUTHORITY #518
      WALDORF SHOPPERS' WORLD

Dear Sir/Madam:

  In accordance with your Lease with Waldorf Shoppers' World, LLC the Tenant is obligated to contribute towards the Common Area Maintenance Expenses incurred by the Landlord at the above referenced property.

  Attached for your review are the following items:

1. A listing of expenses for the 2015 calendar year and copies of the corresponding invoices.
2. A listing of the tenants in the center and a calculation of your prorata share.
3. A calculation of the amount/credit due for 2015 and your new escrow payment as of January 1, 2016.

  Based on the attached information, $1,034.67 is due to the Landlord for 2015. Your monthly Common Area Maintenance Escrow as of January 1, 2016 is $3,487.57. Since you have paid $3,401.35 per month as your Common Area Maintenance Escrow in January and February 2016 an additional shortfall of $172.44 is due. The total due at this time is $1,207.11. Therefore, please send $1,207.11 to Waldorf Shoppers' World, LLC within thirty (30) days of the date of this letter.

  Beginning in April 2016 and until further notice, please send $3,487.57 as your regular monthly Common Area Maintenance Escrow payment.

  If you have any questions concerning the above, please do not hesitate to contact me.

  Thank you.

            Sincerely,

            **WALDORF SHOPPERS' WORLD, LLC**

            By: _____
               Charles A. Mansius

CM/kas
Enclosure

## 2015 COMMON AREA MAINTENANCE EXPENSE BILLING
## THE SPORTS AUTHORITY #518
## WALDORF SHOPPERS' WORLD

I. AMOUNT DUE

    A. Calculation of Prorata Share

| SQ. FT. OF LEASED PREMISES | | SQ. FT. OF CENTER* | | PRORATA SHARE |
|---|---|---|---|---|
| 45,000 square feet | x | 274,859 square feet | x | 16.372% |

       *see attached listing of tenants

    B. Calculation of Amount due

| 2015 Expenses (see attached) | $255,624.64 |
|---|---|
| Your Prorata Share | x   16.372% |
| Amount Due | $ 41,850.87 |

II. AMOUNT DUE VS. AMOUNT PAID

| Annual Obligation | $ 41,850.87 |
|---|---|
| Less Amount Paid | (40,816.20) |
| Amount Due | $ 1,034.67 |

III. CALCULATION OF NEW ESCROW AS OF JANUARY 1, 2016

| *New Escrow as of 01/01/16 | $ 3,487.57 |
|---|---|

*Please note that per the Lease the projected CAM expenses for 2016 will be based on the 2015 expenses.

SPORTS AUTHORITY #518
2015 COMMON AREA MAINTENANCE EXPENSES
WALDORF SHOPPERS WORLD

| EXPENSE CATEGORY | January 2015 | February 2015 | March 2015 | April 2015 | May 2015 | June 2015 | July 2015 | August 2015 | September 2015 | October 2015 | November 2015 | December 2015 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOT CLEANING - CONTRACT | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 33,600.00 |
| LOT CLEANING - EXTRA | 575.00 | 0.00 | 0.00 | 800.00 | 0.00 | 700.00 | 0.00 | 400.00 | 225.00 | 355.00 | 400.00 | 2,305.00 | 5,760.00 |
| LOT REPAIRS | 5,725.00 | 0.00 | 0.00 | 159.00 | 0.00 | 0.00 | 800.00 | 3,350.00 | 0.00 | 200.00 | 0.00 | 6,200.00 | 16,434.00 |
| LOT STRIPING | 0.00 | 0.00 | 0.00 | 0.00 | 5,675.00 | 0.00 | 2,780.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,455.00 |
| SIGNAGE | 0.00 | 0.00 | 0.00 | 582.48 | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 1,846.86 | 0.00 | 0.00 | 2,779.34 |
| SIDEWALK MAINTENANCE | 0.00 | 0.00 | 2,300.00 | 0.00 | 2,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 4,200.00 | 11,200.00 |
| MISC. CAM PEPAIRS | 0.00 | 1,124.96 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175.00 | 0.00 | 0.00 | 0.00 | 2,299.96 |
| LOT LIGHT REPAIRS | 0.00 | 0.00 | 0.00 | 0.00 | 1,337.29 | 3,525.78 | 3,525.78 | 0.00 | 0.00 | 3,503.05 | 1,582.55 | 0.00 | 13,474.45 |
| LANDSCAPING - CONTRACT | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 12,000.00 |
| LANDSCAPING - EXTRA | 0.00 | 0.00 | 0.00 | 0.00 | 275.00 | 0.00 | 450.00 | 0.00 | 575.00 | 0.00 | 1,240.00 | 0.00 | 2,540.00 |
| SNOW REMOVAL | 6,691.50 | 28,351.50 | 38,993.90 | 10,755.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84,791.90 |
| ELECTRIC – CENTRAL METER | 2,274.80 | 2,563.31 | 1,992.12 | 2,035.85 | 2,137.05 | 2,020.89 | 1,774.41 | 1,628.71 | 1,535.21 | 1,689.10 | 1,855.82 | 2,158.06 | 23,665.33 |
| INSURANCE PREMIUMS | 2,256.22 | 2,256.22 | 0.00 | 0.00 | 5,036.79 | 2,189.78 | 2,189.78 | 2,189.63 | 2,189.63 | 2,189.63 | 2,139.63 | 2,401.92 | 25,091.23 |
| SUB-TOTAL EXPENSES | 21,322.52 | 38,095.99 | 47,086.02 | 19,132.33 | 21,063.13 | 12,236.45 | 15,319.97 | 11,718.34 | 8,499.84 | 13,583.64 | 12,968.00 | 21,064.98 | 242,091.21 |
| 7% ADMINSTRATION FEE | | | | | | | | | | | | | 13,533.43 |
| TOTAL EXPENSES | | | | | | | | | | | | | 255,624.64 |

## WALDORF SHOPPERS' WORLD
## TENANT LIST

| TENANT | SQUARE FOOTAGE |
|---|---|
| Pizza Hut | 2,000 |
| Jenny Craig | 1,600 |
| VACANT | 1,600 |
| Showman Furniture | 6,350 |
| FedEx Office | 5,532 |
| Carpet & Floor Market | 5,699 |
| Extreme Teriyaki Japanese Grill | 2,800 |
| Deli | 1,320 |
| World Liquors | 2,000 |
| VACANT | 3,180 |
| Bed Bath & Beyond | 36,424 |
| $1.50 Super Cleaners | 2,000 |
| VACANT | 3,000 |
| Fancy Nails | 1,176 |
| Payless Shoes | 2,800 |
| Huntington Learning Center | 5,000 |
| Burlington Coat Factory | 61,678 |
| Century 21 Real Estate | 6,200 |
| Sally Beauty Supply | 1,500 |
| VACANT | 1,500 |
| Advance Auto | 13,514 |
| Books A Million | 25,000 |
| VACANT | 2,500 |
| VACANT (storage) | 5,403 |
| VACANT | 3,000 |
| Radio Shack | 2,400 |
| The Sports Authority | 45,000 |
| Beto Rowe/Master Cuts | 1,222 |
| Edible Arrangements | 1,000 |
| Drop Zone | 2,500 |
| VACANT | 3,620 |
| Waldorf EZ Check Cashing | 1,440 |
| Red Hot & Blue | 5,600 |
| Chicken Rico | 3,436 |
| PNC Bank | 3,290 |
| Chipotle Mexican Grill | 2,575 |
| **TOTAL SQUARE FOOTAGE OF CENTER** | **274,859** |