## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*[1], | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 1210 |

### PHOENIX WATERBURY LLC'S OBJECTION TO CURE AMOUNT SET FORTH IN THE NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALES

Phoenix Waterbury LLC ("Phoenix"), by and through its undersigned counsel, hereby objects to the proposed cure amount set forth in the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales  (the "Notice") [D.I. 1210] with regard to Store No. 488, located at 425 Bank Street, Waterbury, CT 06706. ("Store 488") and states as follows[2]:

1. Phoenix and TSA Stores, Inc. (the "Debtors") as parties to that certain lease dated January 18, 1996 (as amended pursuant to the First Amendment to Lease dated November 10, 2015, the "Lease"), which the Debtors refer to as Store 488.[3]

2. As of today's date, the Debtors continue to occupy Store 488.

3. On April 14, 2016 the Court approved the Debtors' Bid Procedures, as amended, and entered an order approving same [D.I. 1186](the "Bid Procedures Order").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] As set forth in the Bid Procedures, Phoenix is limiting this objection to cure amounts only and reserves all rights regarding potential objections including but not limited to the proposed assignee and adequate assurance.

[3] A true and correct copy of the Lease is not attached hereto as it is voluminous, however, one will be provided when/if requested.

4.  On April 15, 2016, pursuant to the Bid Procedures Order, the Debtors filed the Notice which identifies the Lease as one that may be assumed and assigned to the successful bidder in connection with the Bid Procedures Order and the Sale.

5.  The proposed cure amount is $114,555.34 (the "Proposed Cure Amount").

6.  Although neither specified nor calculated in the Notice, it appears that the Proposed Cure Amount consists of unpaid rent and certain other projected costs.   The Proposed Cure Amount does not include other amounts that have come due under the Lease or may come due under the Lease prior to assumption.

7.  As of the filing of this objection, the actual cure amount required to assume the lease as of April 30, 2016, is $357,490.96 (the "Cure Amount"), consisting of the following:

| | |
|---|---|
| 2015 CAM / INSURANCE | $31,418.66 |
| 2015 PROPERTY TAX | $223,989.98 |
| TENANT ESCROW PYMTS | -$21,111.00 |
| | |
| **DUE** | **$234,297.64** |

| | |
|---|---|
| FEB 2016 BASE RENT | $36,166.67 |
| FEB CAM/INS | $2,446.00 |
| FEB TAX | $18,665.00 |
| MARCH 2016 BASE RENT | $36,166.67 |
| MARCH CAM/INS | $2,446.00 |
| MARCH TAX | $18,665.00 |
| | |
| | |
| | |
| **DUE** | **$114,555.34** |

| | |
|---|---|
| **TOTAL DUE AS OF 4/30/2016** | **$348,852.98** |

8.  In addition to the current outstanding rent and other charges detailed herein, as well as any amounts accruing between April 30, 2016 and the date of assumption, there are accruing charges under the Lease that are subject to year end adjustment and reconciliation that have not yet been billed under the Lease.  The Debtors continue to be responsible for all such accrued and accruing charges under the Lease when they are billed.  Any proposed assignee must take the assignment of the Lease subject to its terms and pay all obligations owing under the Lease, including obligations that have accrued by may not yet have been billed under the Lease.

9.  The Lease further provides that the Debtors must indemnify and hold Phoenix harmless with respect to any claims that exist as of assumption but not known until after assumption.  Any assumption and/or assignment of the Lease must be pursuant to the terms of the Lease, including the continuation of all indemnification obligations regardless of when they arose.

WHEREFORE, Phoenix respectfully requests that any assumption of the Lease be conditioned upon the payment of the Cure Amount described herein, together with such other and further relief as is just and proper.

Dated: April 22, 2016           **GELLERT SCALI BUSENKELL**
Wilmington, Delaware              **& BROWN, LLC**

By: */s/ Ronald S. Gellert*
    Charles J. Brown (DE 3368)
    Ronald S. Gellert (DE 4259)
    Margaret F. England (DE 4248)
    1201 North Orange Street, Suite 300
    Wilmington, Delaware 19801
    Tel.:    (302) 425-5800
    Fax:    (302) 425-5814
    E-mail:  rgellert@gsbblaw.com

-and-

Craig I. Lifland, Esquire
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Tel 860-241-4044
Lifland@halloransage.com


*Counsel for Phoenix Waterbury LLC*