## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.[1]*, | ) Case No. 16-10527 (MFW) |
| | )   (Jointly Administered) |
| | ) |
| Debtors. | ) **RE: Docket No. 1210** |

## OBJECTION OF USM, INC. TO CURE AMOUNT SET FORTH IN NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

USM, Inc. ("**USM**"), by its undersigned attorneys, respectfully files this objection ("**Objection**") to the above-captioned debtors' (the "**Debtors**") Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales [Dkt. No. 1210] (the "**Cure Notice**"), and in support thereof sets forth as follows:

1.        USM and TSA Stores, Inc. ("**TSA**") entered into that certain Service Agreement dated January 4, 2010, as amended by that certain Reinstatement of and Amendment to Service Agreement effective September 30, 2012, as further amended by that certain Amendment #2 to Service Agreement effective on or about April 28, 2015 (collectively, as such agreement may have been or may be further amended or supplemented prior to or after commencement of the above-captioned bankruptcy case, the "**Service Agreement**"), whereby USM provides certain facilities management services at TSA's stores and offices.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

2.      On March 2, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "**Bankruptcy Code**").

3.      USM continues to provide services under the Service Agreement after the Petition Date.

4.      On or about April 15, 2016, the Debtors filed and served the Cure Notice, pursuant to which the Debtors identify certain "Assigned Contracts" that may be potentially assumed by the Debtors and assigned to a successful bidder at a sale of substantially all of the Debtors' assets, including an agreement with USM described as "Service Agreement between TSA Stores Inc. and USM Inc. in Norristown, PA for janitorial services at Sports Authority stores", which USM understands to refer to the Service Agreement. *See* Cure Notice at Ex. 1-A. The Debtors' proposed "Cure Amount" as set forth in the Cure Notice is "$746,286.95". *Id.*

5.      USM objects to the "Cure Amount" set forth in the Cure Notice. To the extent the Debtors seek to assume the Service Agreement, pursuant to Section 365 of the Bankruptcy Code, the Debtors must cure defaults under the Agreement at the time of assumption. 11 U.S.C. § 365(b)(1)(A).

6.      An amount of not less than $900,883.76 is due and owing to USM under the Service Agreement arising from invoiced and uninvoiced amounts unpaid as of the Petition Date. A summary of the pre-petition unpaid amounts owing to USM is attached hereto as "Exhibit A". The invoices and other documentation evidencing the unpaid amounts are voluminous and, therefore, are not attached hereto.

7.      In addition, at the time of assumption of the Service Agreement, the Debtors must pay to USM amounts accrued and/or due and owing to USM under the Service

2

Agreement as of the date of assumption related to services provided after the Petition Date, including amounts accrued but not yet invoiced.

8.      USM reserves the right to supplement this Objection prior to any sale hearing and/or final determination by the Court regarding assumption and assignment of the Service Agreement, including the amount and payment required for purposes of cure under Section 365.

**WHEREFORE**, USM requests that the Court hold the Debtors to their obligation under Section 365(b) of the Bankruptcy Code by (i) directing that all amounts owed or accrued under the Service Agreement prior to date of assumption of the Service Agreement, including, without limitation, $900,883.76 for the pre-Petition Date period, be paid to USM at the time of assumption of the Service Agreement; and (ii) granting for such other and further relief as is just and equitable.

Dated: April 25, 2016

**DRINKER BIDDLE & REATH LLP**

/s/  *Andrew J. Flame*
Andrew J. Flame (DE 4398)
Joseph N. Argentina, Jr. (DE 5453)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel:  (302) 467-4200
Fax: (302) 467-4201
Andrew.Flame@dbr.com
Joseph.Argentina@dbr.com

*Attorneys for USM, Inc.*

# **EXHIBIT A**

Summary of Prepetition Amounts Owed

### Summary of Prepetition Invoices

| Invoice Numbers | Invoice Amount | Invoice Balance |
|---|---|---|
| 021601208895 | 147,746.20 | 147,746.20 |
| 021601222599 | (2,690.69) | (2,690.69) |
| 021601222600 | 8,019.11 | 8,019.11 |
| 021601222601 | 12,143.29 | 12,143.29 |
| 021601222602 | 925.00 | 925.00 |
| 021601222603 | 1,708.33 | 1,708.33 |
| 021601224411 | 674,921.32 | 674,921.32 |
| 021601224412 | 7,585.53 | 7,585.53 |
| 031601253166 | 13,551.82 | 13,551.82 |
| 121501171173 | 29,443.01 | 29,443.01 |
| Unbilled | 7,530.84 | 7,530.84 |
| **Grand Total** | **900,883.76** | **900,883.76** |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 25, 2016, I caused to be served a copy of the foregoing

### *OBJECTION OF USM, INC. TO CURE AMOUNT SET FORTH IN NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES*

upon the following via the Court's ECF filing and notice system and mailing of same via United States Mail, First Class, postage prepaid addressed as follows:

| | |
|---|---|
| Counsel to the Debtors: | Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(Attn: Michael R. Nestor, Esq. and Andrew L. Magaziner,Esq.)<br><br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>(Attn: Robert A. Klyman, Esq. and Matthew J. Williams, Esq.) |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 1980<br>(Attn: Bradford J. Sandler, Esq., Robert J. Feinstein, Esq., and Jeffery N. Pomerantz, Esq.) |
| Office of the United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>(Attn: Hannah J. McCollum, Esq.) |
| Counsel for Bank of America, N.A. (as DIP Agent and as Administrative Agent and Collateral Agent) | Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>(Attn: Donald E. Rothman, Esq.) |

| Counsel for (A) Wilmington Savings Fund Society, FSB as Administrative Agent and Collateral Agent and (B) certain Term Lenders | Brown Rudnick LLP Seven Times Square New York, NY 10036 (Attn: Robert J. Stark, Esq. and Bennett S. Silverberg, Esq.) |
|---|---|
| Counsel for Wells Fargo Bank, National Association, in its capacity as FILO Agent | Choate, Hall & Stewart LLP Two International Place Boston, Massachusetts 02110 (Attn: Kevin J. Simard, Esq.) |
| Counsel for certain holders of 11.5% Senior Subordinated Notes Due February 19, 2018 | O'Melveny & Meyers LLP 7 Times Square, Broadway New York, NY 10036 (Attn: John J. Rapisardi, Esq.) |

/s/ *Andrew J. Flame*
Andrew J. Flame (DE 4398)
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel:  (302) 467-4200
Fax: (302) 467-4201
andrew.flame@dbr.com

85150007.2