IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:** **April 29, 2016 at 4:00 p.m. (ET)** |
| | **Related to Docket No. 1210** |

**LIMITED OBJECTION OF SHOPS AT CICERO 13 A, LP TO NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALES**

The Shops at Cicero 13 A, LP, (the "Landlord"), by and through its undersigned attorneys, hereby makes this limited objection (the "Objection") to the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales [D.I. 1210] (the "Cure Notice"), and in support thereof, states as follows:

1. Landlord entered into a written, unexpired nonresidential real property lease (the "Lease") with Debtors, which Debtors have identified as subject to possible assumption and assignment and for which Debtors have filed the Cure Notice.

2. The Lease is for nonresidential real property located at 9633 South Cicero Avenue, Green Oak Shopping Center, Oak Lawn, Illinois 60453 (Sports Authority Store #604), in which Debtors operate a retail store (the "Premises") pursuant to the Lease.

3. Landlord disputes the cure identified by Debtors and identifies the correct cure below:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

{03088331.DOCX;1 }

| Store Location | Debtors' Cure | Total Landlord's Cure |
|---|---|---|
| 9633 S Cicero Ave<br>Oak Lawn, IL 60453 | $53,104.26 | $231,469.71 |

4. Landlord attaches as **Exhibit A** an itemization of the correct cure. Landlord may also have additional amounts, true-ups and reconciliations that have not yet come due that may come due and have to be calculated, and Landlord reserves all rights as to these claims. Attorneys' fees have not yet been fully reconciled, and there may be increases or decreases, pending final billing and inclusion of all costs. Landlord reserves its right to seek more attorneys' fees than what is listed in Exhibit A.

5. In addition, Landlord reserves all rights in regard to proof of adequate assurance once a successful bidder has been identified for the Lease.

WHEREFORE, Landlord demands payment of the full correct cure prior to assumption and assignment and reserves all rights to object further to the ability of any assignee to demonstrate adequate assurance of future performance.

Dated: April 25, 2016
      Wilmington, Delaware

Respectfully submitted,

 */s/ Joseph Grey*
Joseph Grey, Esquire (No. 2358)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
Email: jgrey@crosslaw.com

- and -

John R. Rizzardi, Esquire
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 254-4444
Facsimile: (206) 587-2308
Email: jrizzardi@cairncross.com
*Counsel to Shops at Cicero 13 A, LP*

{03088331.DOCX;1 }