**EXHIBIT A**

LANDLORD'S CURE AMOUNTS:

| Lease Obligation | Prepetition | Postpetition |
|---|---|---|
| February Rent | $47,066.67 | |
| February Common Area Maintenance (CAM), Tax, Insurance Deposits | $6,037.59 | |
| February CAM Reconciliation | ($99.36) | |
| March Rent | $1,518.28 | $45,548.39 |
| March CAM, Tax, Insurance Deposits | $194.76 | $5,842.83 |
| First-Half of 2015 Property Tax Due March 1, 2016 (Parcel #24101000400000) | $20,854.36 | |
| 2016 Revised CAM Deposit Balance | | $270 |
| First-Half of 2015 Property Tax Due March 1, 2016 (Parcel #24101000380000)[2] | $99,236.19 | |
| Legal Fees as of April 22, 2016 | | $5,000 |
| **Prepetition Total** | $174,808.49 | |
| **Postpetition Total** | | $53,236.22 |
| **Total Cure Amount** (subject to finalization of estimates) | | **$231,469.71** |

---

[2] Pursuant to the Lease, tenant is obligated to pay real property taxes directly to Cook County. Due to Tenant's failure to pay, Landlord was forced to make this payment.