**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*, | Case No. 16-10527 (Jointly Administered) |
| Debtors. | **Hearing Date: May 25, 2016 at 9:30 a.m. (E.T.)** **Related to Docket No. 1210** |
| | **Objections Due:  April 29, 2016 at 4:00 p.m. (E.T.)** |

**OBJECTION OF SGD-885 SO. 72nd, LLC TO DEBTORS' NOTICE OF
POSSIBLE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES
AND PROPOSED CURE AMOUNT RELATED THERETO**

SGD-885 So. 72nd, LLC ("SGD) objects to the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sales (the "Cure Notice") [Docket No. 1210] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), based upon the following:

**BACKGROUND**

1.      On March 2, 2016 (the "Petition Date"), the Debtors filed respective voluntary petitions for reorganization pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  Since the Petition Date, the Debtors have continued to manage their properties and operate their businesses as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2.      SGD is the owner of 885 So. 72nd Street in Omaha, Nebraska.  Pursuant to a nonresidential real property lease (the "SGD Lease") between SGD, as lessor, and one of the Debtors, as lessee, the Debtors conduct retail operations there.

3.      On April 15, 2016, in connection with the proposed sale of all or substantially all of their assets, the Debtors filed the Cure Notice, which reflects the Debtors' assertion of the cure amount due and owing under the SGD Lease of $55,379.13 (the "Proposed Cure Amount").

4.      For the reasons below, SGD objects to the Proposed Cure Amount.

5.     The discrepancies between the Proposed Cure Amount and the actual amounts required to cure defaults under the SGD Lease is stated as follows:

| Lease | Store No. | Proposed Cure Amount | Actual Cure Amount | Discrepancy |
|-------|-----------|----------------------|--------------------|-------------|
| SGD   | 599       | $55,379.13           | $183,522.85        | $128,143.72 |

## THE RELIEF REQUESTED AND THE REASONS THEREFOR

6.     Annexed hereto and made a part hereof as Exhibits "A" and "B", respectively, are current statements of amounts due and owing under the SGD Lease and the Real Estate Tax Statement for the subject property.  As set for in Exhibit "A", the Debtors are indebted to SGD in the aggregate amount of $183,522.85 as of this date under the SGD Lease (the "SGD Cure Amount").  To the extent that the Debtors question any of the charges comprising the SGD Cure Amount, SGD will make every effort to address disputes and otherwise to reconcile the discrepancies with the Proposed Cure Amount prior to the hearing in this matter.

## RESERVATION OF RIGHTS

7.     SGD specifically reserves its rights to object to any other relief sought by the Debtors in connection with the proposed asset sale or the assumption and assignment of the relevant leases in connection therewith, including without limitation, the proposed adequate assurance of the successful purchaser's future performance under the SGD Lease.  SGD further reserves its right to supplement the SGD Cure Amount.

## CONCLUSION

WHEREFORE, for the foregoing reasons, SGD seeks an order of this Court fixing the Debtors' cure obligation under the SGD Lease in the amount of $183,522.85 (less any payments made by the Debtors on account of such sums prior to the assignment of the SGD Lease, plus any additional post-petition amounts accruing under the SGD Lease through the date thereof) and directing the Debtors promptly to satisfy such amounts following the entry of an order

SL1 1412698V2 110262.00001

authorizing the assumption and assignment of the SGD Lease pursuant to § 365(a) and (b) of the Bankruptcy Code, together with such other and further relief as is just and proper.

Respectfully submitted,

Date:  April 25, 2016          **STEVENS & LEE, P.C.**

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, DE  19801
Tel: (302) 425-3310
Fax: (610) 371-7972
Email:  jhh@stevenslee.com

-and-

Sam King, NE Bar #19442
McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
11404 W. Dodge Road, Suite 500
Omaha, Nebraska  68154-2584
Tel:  (402) 492-9200
Email: samking@mgwl.com

*Attorneys for SGD-885 So. 72nd, LLC, a Creditor*

- 3 -

SL1 1412698V2 110262.00001