# EXHIBIT A

**940 - SGD 885 SO. 72ND, LLC**
**Outstanding Items**
**As of April 22, 2016**

April 22, 2016
12:25 pm

**Property:** 940-SGD 885 SO 72ND, LLC

| Unit | Tenant Name | Ledger Date | Billing Date | Billings | Balance Due |
|---|---|---|---|---|---|
| 885 | SPORTS AUTHORITY | | | | |
| | | 3/1/2016 | 3/1/2016 | Insurance | 935.00 |
| | | 3/1/2016 | 3/1/2016 | Common Area Maintenance | 2,864.00 |
| | | 3/1/2016 | 3/1/2016 | Base Rent | 51,580.13 |
| | | | | Tenant Totals: | 55,379.13 |
| | | | | Property Totals: | 55,379.13 |

**Page 1**