# EXHIBIT B

# The Lerner Company

BROKERAGE DEVELOPMENT MANAGEMENT

February 17, 2016

Two Old Mill, Suite 270
10855 West Dodge Rd      Omaha, NE 68154
402-330-5480
Telefax 402-330-3109

TSA Stores, Inc.
Attn: Lease Accounting – Store #599
1050 W. Hampden Avenue
Englewood, CO 80110

RE: 1st Half Real Estate Taxes

Dear Sir or Madam:

Enclosed please find the 1st Half 2015 Real Estate Tax billing for TSA store #599 in Omaha, NE.

Pursuant to Section 3.4(a) of the lease, Tenant will pay its pro rata share of Real Estate Taxes to Landlord on or before the later of (A) 30 days following Tenant's receipt from Landlord of a copy of the tax bill and detailed statement of Tenant's pro rata share, or (B) 30 days before such Real Estate Taxes become delinquent.

Your prompt attention to this matter is appreciated. Please contact us if you have any questions. Thank you for your cooperation.

Sincerely,

Kate Gibbons
Accounting & Lease Administration
The Lerner Company

Enc.

A MEMBER OF
CHAINLINKS
RETAIL ADVISORS



Member of
International Council
of Shopping Centers

# INVOICE

SGD - 885 SO 72ND, LLC
C/O THE LERNER COMPANY
10855 W DODGE RD STE 270
OMAHA, NE 68154

February 17, 2016

SPORTS AUTHORITY - STORE #599
ATTN: LEASE ACCOUNTING
1050 W HAMPDEN AVE
ENGLEWOOD, CO 80110

940-SGD 885 SO 72ND, LLC
OMAHA, NE
Re: 599 - Unit: 885
ID: TSA_STORES
Name: SPORTS AUTHORITY

| | | | |
|---|---|---|---|
| Real Estate Taxes 1/1/2015 - 12/31/2015 | | | $64,071.86 |
| 1st Half 2015 RE Taxes (payable by LL to County by 3/31/16) | | | |
| Total Real Estate Taxes Due: | | | $128,233.74 |
| | TSA | 42,687 | 99.9298% |
| | ATM | 30 | 0.0702% |
| Total floor area: | | 42,717 | |
| Tenant Percentage: | | | 99.9298% |
| TOTAL AMOUNT DUE | | | $128,143.72 |

TOTAL TAXES DUE FOR CURRENT YEAR

| | | |
|---|---|---|
| *payable by LL to County by* | March 31, 2016 | $ 64,071.86 |
| *payable by LL to County by* | July 31, 2016 | $ 64,071.86 |

If you have questions, please call Dee at 402/502-4704 or Kate at 402/502-4705.

Tenant will pay its pro rata share of Real Estate Taxes to Landlord on or before the later of (A) 30 days following Tenant's receipt from Landlord of a copy of the tax bill and detailed statement of Tenant's pro rata share, or (B) 30 days before such Real Estate Taxes become delinquent.

**DOUGLAS COUNTY, NEBRASKA**
John W. Ewing, Jr., Treasurer
1819 Farnam Street, H03
Omaha, NE 68183-0002

Address Service Requested

**REAL PROPERTY TAX STATEMENT ENCLOSED**

SGD-885 SO 72ND LLC
ATTN JERRY G BANKS
6336 JOHN J PERSHING DR
OMAHA NE 68110-1100

023958
003876

IF TAXES ARE PAID BY FINANCIAL COMPANY
** DO NOT PAY THIS NOTICE **

FOR CALENDAR YEAR 2015 - DUE DECEMBER 31, 2015

PARCEL
4419 0460 06

885 S 072 ST 68114

LEGAL DESCRIPTION
BOBETTE SUB*
LOT:000001 BLOCK:00000
-EX IRREG WSTLY 16.37 FT STRIP
& IRREG E 10.04 W 36.41
S 47.11 FT- LOT 1 3.690 AC
IRREG

|  | VALUE | TAX |
|---|---|---|
| PROPERTY ASSESSMENT | 5889900 | $133,775.54 |
| STATE TAX CREDIT |  | $5,541.80 |
| HOMESTEAD EXEMPT |  | $0.00 |
| NET TOTALS | 5889900 | $128,233.74 |

TAX DISTRICT 6600

| TAXING UNIT | | TAX RATE | PREVIOUS TAX | TAX |
|---|---|---|---|---|
| CC-BLDG | | 0.00077 | 154.32 | 45.35 |
| CC-BLDG | BOND | 0.01423 | 729.20 | 838.10 |
| COUNTY | | 0.27273 | 16,060.53 | 16,063.54 |
| COUNTY | BOND | 0.00786 | 465.90 | 462.96 |
| SCHOOLS | | 0.20594 | 12,268.58 | 12,129.69 |
| SCHOOLS | BOND | 0.11469 | 6,832.22 | 6,755.15 |
| ESU 003 | | 0.01500 | 883.52 | 883.45 |
| METR CO | | 0.09500 | 5,595.46 | 5,595.43 |
| OMAHA | | 0.27197 | 16,018.76 | 16,018.77 |
| OMAHA | BOND | 0.21725 | 12,795.79 | 12,795.81 |
| N.R.D. | | 0.03045 | 1,444.76 | 1,793.44 |
| N.R.D. | BOND | 0.00759 | 484.73 | 447.03 |
| O.T.A. | | 0.05154 | 3,104.04 | 3,035.63 |
| LCCOML | | 0.95000 | 55,954.10 | 55,954.03 |
| LCCAPOP | | 0.01625 | 589.01 | 957.16 |

Pay Online!
www.dctreasurer.org
SPECIAL MESSAGE

| | | | |
|---|---|---|---|
| STATE TAX CREDIT | | $4,213.62 | $5,541.80 |
| HOMESTEAD EXEMPT | | $0.00 | $0.00 |
| NET TOTALS | 2.27127 | $129,167.30 | $128,233.74 |

........RETAIN THIS SECTION FOR YOUR RECORDS........

John W. Ewing, Jr., Treasurer ~ PO Box 2855 ~ Omaha, NE 68103-2855 ~ (402) 444-7103 ~ www.dctreasurer.org

**2ND HALF TAXES ARE NOW DUE**
AFTER JULY 31, 2016 PAYMENT MUST INCLUDE INTEREST
MAKE CHECKS PAYABLE TO THE DOUGLAS COUNTY TREASURER

| PARCEL | PROPERTY LOCATION | MAILING ADDRESS |
|---|---|---|
| 4419 0460 06 | 885 S 072 ST 68114 | 6336 JOHN J PERSHING DR |

☐ Check if you have an address change and complete the information on the back.

2ND HALF PAYMENT: $64,116.87

44020064419046070811000000000000080420160006411687 8

---

John W. Ewing, Jr., Treasurer ~ PO Box 2855 ~ Omaha, NE 68103-2855 ~ (402) 444-7103 ~ www.dctreasurer.org

**1ST HALF TAXES ARE NOW DUE**
AFTER MARCH 31, 2016 PAYMENT MUST INCLUDE INTEREST
MAKE CHECKS PAYABLE TO THE DOUGLAS COUNTY TREASURER

| PARCEL | PROPERTY LOCATION | MAILING ADDRESS |
|---|---|---|
| 4419 0460 06 | 885 S 072 ST 68114 | 6336 JOHN J PERSHING DR |

☐ Check if you have an address change and complete the information on the back.

1ST HALF PAYMENT: $64,116.87          FULL PAYMENT: $128,233.74

44020064419046070811000012823374040420160006411687 1