UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re : Chapter 11
: 
SPORTS AUTHORITY HOLDINGS, : Case No. 16-10527 (MFW)
: (Jointly Administered)
Debtors. : 
: **Related to D.I. Nos. 709, 939, 1014, 1024, 1025, 1033,**
: **1067, 1081, 1086, 1089, 1131, 1146 and 1211**
:
: **Hearing Date: April 26, 2016 at 11:30 AM (as to**
: **certain Other Landlord Motions), May 25, 2016 at**
: **11:30 AM (as to certain Other Landlord Motions)**
:
---------------------------------------------------------x

# JOINDER AND MOTION OF NORTHLAKE ASSOCIATES, LP TO CERTAIN LANDLORDS' MOTIONS FOR ADEQUATE PROTECTION AND ENTRY OF AN ORDER REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT AND OTHER POST-PETITION SUMS DUE

Landlord, Northlake Associates, LP ("Northlake"), by and through its undersigned counsel, hereby joins in the motions filed by certain other landlords seeking adequate protection and entry of any order requiring the Debtors to immediately pay March 2016 stub rent [D.I. Nos. 709, 939, 1014, 1024, 1025, 1033, 1067, 1081, 1086, 1089, 1131, 1146 and 1211] (collectively the "Other Landlords' Motions") filed by certain other landlords (collectively the "Other Landlords") and requests an extension of such relief to Northlake, and in support thereof says as follows:

1. On March 2, 2016 (the "Petition Date"), Sports Authority Holdings, Inc. and its debtor affiliates each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

1

16960867v.1

2. Debtor is a party to an unexpired lease of nonresidential real property with Northlake for space at 3200 Northlake Parkway, Atlanta, GA 30345 (Store No. 415) (the "Lease").

3. The Lease is a "lease of real property in a shopping center" as that term is used in Section 365(b)(3) of the Bankruptcy Code.

4. Debtor continues to operate a retail store at the leased premises and is seeking to market the Lease as an asset in the case.

5. Northlake is owed at least $38,886.35 in unpaid rent, CAM charges and insurance under the Lease with respect to the post-petition portion of the month of March 2016, plus $7,561.09 in estimated property tax accruals for the post-petition portion of March 2016, for a grand total of **$46,447.44** (the "Stub Rent").

6. The Other Landlords filed the Other Landlords' Motions whereby they seek to compel the Debtors to immediately pay March, 2016 stub rent and all other unpaid post-petition obligations, pursuant to 11 U.S.C. §§ 363(e), 365(d)(3), 503 (b)(1) and 507(a), as adequate protection for the Debtors' continued use and occupancy of the Other Landlords" respective properties.

7. Northlake joins in, adopt and incorporate by reference the points, authorities and arguments advanced in the Other Landlords' Motions as applicable for the reasons stated therein and requests an extension to the relief requested therein for entry of an Order compelling the Debtors to immediately pay all amounts of rent due and owing under their Leases for and after the Petition Date, including rent for the stub period in March, 2016 and any and all additions sums that have come due post-petition.

8. Northlake reserves the right to amend and or supplement this joinder and request and seek such other and further relief as may be necessary or appropriate.

WHEREFORE, for the reasons set forth above, Northlake respectfully requests that the Court compel payment of Stub Rent due Northlake, and grant such further relief as the Court deems proper.

|  |  |
|---|---|
| Date: April 25, 2016 | WHITE and WILLIAMS LLP |

*/s/ James S. Yoder*
James S. Yoder (#2643)
824 North Market Street, Suite 902
Wilmington, DE 19899-0709
Tel: (302) 467-4524
Fax: (302) 467-4554
Email:yoderj@whiteandwilliams.com

*Attorneys for Northlake Associates, LP*

Of Counsel:

Frank J. Perch, III
(Admitted in PA, NJ and GA)
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103
215-864-6273
perchf@whiteandwilliams.com

16960867v.1