**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
SPORTS AUTHORITY HOLDINGS,                            :    Case No. 16-10527 (MFW)
                                                      :    (Jointly Administered)
                                      Debtors.        :
                                                      :
                                                      :
                                                      :
------------------------------------------------------x
```

## ORDER GRANTING MOTION OF NORTHLAKE ASSOCIATES, LP FOR IMMEDIATE PAYMENT OF STUB RENT CLAIM

Upon consideration of the *Joinder And Motion Of Northlake Associates, LP To Certain Landlords' Motions For Adequate Protection And Entry Of An Order Requiring The Debtors To Immediately Pay March 2016 Stub Rent And Other Post-Petition Sums Due*, ("the Motion") and it appearing that the notice of the Motion was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Motion and any responses filed thereto, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the claim of *Northlake Associates, LP* for Stub Rent from 3/2/16 to 3/31/16 in the amount of $46,447.44 is hereby deemed to be an allowed Administrative Expense Priority Claim pursuant to 11 U.S.C. § 503(b)(1) and shall be immediately due and payable; and it is further

**ORDERED** that this Court shall retain jurisdiction to resolve any disputes concerning the interpretation or enforcement of this Order.

17010471v.1

Dated: _____, 2016

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge