**Exhibit A**

Sunrise Promenade Associates

With

The Sports Authority, Inc.

**Schedule of Cure Costs**
**As of April 25, 2016**

|  | Period | Amount |
|---|---|---|
| CAM | 2014-Oct | $ 1,790.89 |
| Base Rent Overpayment | 2014-Oct | $ (0.05) |
| Water Adjustment | 2014 | $ 3,007.43 |
| Water Adjustment | 2015 | $ 299.73 |
| Town Tax | 1/1/2016-3/2/2016 | $ 28,685.84 |
| Town Tax | 3/3/2016-6/30/2016 | $ 55,520.98 |
| Base Rent | 2016-Feb | $ 75,870.40 |
| CAM | 2016-Feb | $ 5,724.93 |
| Base Rent | 3/1/16-3/2/16 | $ 5,200.79 |
| Base Rent | 3/3/16-3/31/16 | $ 75,411.51 |
| CAM | 3/1/16-3/2/16 | $ 369.35 |
| CAM | 3/3/16-3/31/16 | $ 5,355.58 |
| CAM Adjustment | 2015 | $ 14,616.48 |
| School Taxes | 1/1/2016-3/2/2016 | $ 42,342.98 |
| School Taxes | 3/3/2016-6/30/2016 | $ 81,954.15 |
| Total |  | $ 396,150.99 |

636496