IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1210 |

**OBJECTION AND RESERVATION OF RIGHTS OF
ONENECK IT SOLUTIONS LLC WITH RESPECT TO DEBTORS'
NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

MSN Communications, Inc. d/b/a OneNeck IT Solutions LLC ("OneNeck") submits this objection (this "Objection") to the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales* [D.I. 1210] (the "Cure Notice") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). In support of this Objection, OneNeck states as follows:

**BACKGROUND**

1. On March 2, 2016 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (this "Court").

2. Before the Petition Date, OneNeck and Debtor TSA Stores, Inc. entered into the following agreements for OneNeck to provide certain IT equipment and services to the Debtors:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

(i) the Master Services Agreement dated July 25, 2014 (the "MSA"); and (ii) the Master Reseller Agreement dated August 1, 2014 (the "MRA," and, together with the MSA, the "Agreements").[2]

3. On April 14, 2016, the Court entered the order approving bid procedures in connection with the sale of substantially all of the Debtors' assets [D.I. 1186] (the "Bid Procedures Order").  The Bid Procedures Order approved, among other things, procedures for the assumption and assignment of the Debtors' executory contracts to the successful bidder(s) for the Debtors' assets.

4. On April 15, 2016, the Debtors filed the Cure Notice.  Appended to the Cure Notice as Exhibit 1-A is a list of the Debtors' executory contracts, together with the cure amounts the Debtors believe must be paid to the applicable contract counterparties as a condition to assumption and assignment under section 365 of the Bankruptcy Code.  The Cure Notice identifies the MSA as an executory contract of the Debtors and proposes a corresponding cure amount of $313,907.48.  The Cure Notice does not list the MRA as an executory contract subject to possible assumption and assignment.

## OBJECTION

5. The Cure Notice fails to include all of the amounts that are currently due and owing to OneNeck under the MSA and the MRA.  The correct cure amount owing to OneNeck under the MSA is $9,026.00 (the "Corrected MSA Cure Amount"), and the total cure amount owing to OneNeck under the MRA is $322,691.52 (the "MRA Cure Amount"), for an aggregate cure amount of $331,717.52.  The unpaid invoices supporting the Corrected MSA Cure Amount and the MRA Cure Amount are attached hereto as Attachment 1 and Attachment 2, respectively.

---

[2] Upon information and belief, copies of the Agreements are available to the Debtors and their advisors.  For this reason, and because of the commercially sensitive nature of the terms of the Agreements, OneNeck has not attached copies of the Agreements to this Objection.  OneNeck will make copies of the Agreements available to the Bankruptcy Court and counsel for the Debtors upon request, subject to appropriate protection.

6. Moreover, the Cure Notice only lists one of the two prepetition executory contracts between OneNeck and the Debtors—the MSA—and fails to list the MRA and the MRA Cure Amount. In order for the Debtors to assume and assign the MRA to any successful bidder for the Debtors' assets, the Debtors must (i) file and serve upon OneNeck a supplemental cure notice listing the MRA and the MRA Cure Amount and (ii) pay the MRA Cure Amount to OneNeck.

## **RESERVATION OF RIGHTS**

7. OneNeck reserves the right to amend, alter, revise or supplement this Objection and raise any other arguments in connection herewith. Nothing herein shall be deemed to waive any of OneNeck's procedural, substantive or other rights, privileged or remedies in connection with the Agreements, all of which are hereby reserved.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, OneNeck respectfully requests that this Court (a) condition the Debtors' assumption and assignment of the MSA upon the Debtors' payment of the Corrected MSA Cure Amount to OneNeck; (b) condition the Debtors' assumption and assignment of the MRA upon (i) the filing and service by the Debtors of a supplemental cure notice listing the MRA and the MRA Cure Amount and (ii) the Debtors' payment of the MRA Cure Amount to OneNeck; and (c) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: April 26, 2016<br>Chicago, Illinois | SIDLEY AUSTIN LLP<br><br>*/s/ Matthew E. Linder*<br>Bojan Guzina<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>*Attorneys for OneNeck IT Solutions LLC* |

**Attachment 1**

**Unpaid Invoices – MSA**

**OneNeck**
IT SOLUTIONS LLC
a TDS Company

5775 DTC Boulevard, Ste 900N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

| SALES INVOICE | |
|---|---|
| SI-146318 | 9/30/2015 |

| Customer | Contact | Ship To |
|---|---|---|
| Sports Authority<br>Attn: Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | | Sports Authority<br>Eric Wallace<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | NET 30 | 10/30/2015 | Laura Bennett | 1/12/2015 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-139677 | 136560 | | INTERNAL DOCUMENT | 1 | 3/3/2016 8:45:34AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 2 | PS-TM<br>Professional Services - EN - September<br>Ticket 13685 - See Attached Detail | 1 | 1 | $200.00 | $200.00 |

Please remit payment to:
MSN Communications, Inc.
dba  OneNeck IT Solutions, LLC
ATTN: Department 928
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| | |
|---|---|
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Exempt | $200.00 |
| Total | $200.00 |
| Paid | $0.00 |
| Balance | $200.00 |

**OneNeck IT SOLUTIONS LLC**
a TDS® Company

5975 DTC Boulevard, Ste 500N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

| SALES INVOICE | |
|---|---|
| SI-147704 | 1/25/2016 |

| Customer | Contact | Ship To |
|---|---|---|
| TSA Stores<br>Attn: Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 3/10/2016 | Laura Bennett | 1/21/2016 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-144441 | 148971 | PSQ-F-262 | Not Applicable | 1 | 3/3/2016 8:49:33AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 1 | PS-FP<br>Professional Services - Fixed Price SOW | 1 | 1 | $8,826.00 | $8,826.00 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| | |
|---|---|
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Exempt | $8,826.00 |
| Total | $8,826.00 |
| Paid | $0.00 |
| Balance | $8,826.00 |

**Attachment 2**

**Unpaid Invoices – MRA**

**OneNeck IT SOLUTIONS LLC** *a TDS Company*

9775 DTC Boulevard, Ste 300N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

**SALES INVOICE**

| SI-146758 | 11/9/2015 |

| Customer | Contact | Ship To |
|---|---|---|
| Sports Authority<br>Attn: Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | | Sports Authority DC820<br>John Eckhorn<br>1140 West Remington<br>ROMEOVILLE<br>IL<br>60446<br>UNITED STATES |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | NET 30 | 12/9/2015 | Laura Bennett | 11/6/2015 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-143811 | 148038 | | FedEx Standard Overnight | 1 | 3/3/2016 8:46:22AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 1 | PWR-C45-1300ACV=<br>Catalyst 4500 1300W AC Power Supply (Data and PoE) | 1 | 1 | $616.90 | $616.90 |
| 2 | SH<br>SHIPPING | 1 | 1 | $117.07 | $117.07 |

Please remit payment to:
MSN Communications, Inc.
dba OneNeck IT Solutions, LLC
ATTN: Department 928
PO Box 480
Monroe, WI 53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| Taxable | $616.90 |
|---|---|
| Total Tax | $38.56 |
| Exempt | $117.07 |
| Total | $772.53 |
| Paid | $0.00 |
| Balance | $772.53 |



5775 DTC Boulevard, Ste 300N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

**SALES INVOICE**

| SI-147469 | 12/31/2015 |

| Customer | Contact | Ship To |
|---|---|---|
| TSA Stores<br>Attn:  Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 2/14/2016 | Laura Bennett | 12/31/2015 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-144151 | 148484 | SQ-170866 and 17 | UPS Ground Commercial | 1 | 3/3/2016 8:47:13AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 1 | C1-C4500X-32SFP+<br>Cisco ONE Catalyst 4500-X 32 Port 10G IP Base, Front-to-Back | 2 | 2 | $15,960.00 | $31,920.00 |
| 2 | CON-SNTP-C4X32SFP<br>SMARTNET 24X7X4 C1 Cat 4500-X 32 Port 10G IP Base | 6 | 6 | $2,217.60 | $13,305.60 |
| 3 | C4KX-PWR-750AC-R<br>Catalyst 4500X 750W AC front to back cooling power supply | 2 | 2 | $1,140.00 | $2,280.00 |
| 4 | C4KX-PWR-750AC-R/2<br>Catalyst 4500X 750W AC front to back cooling 2nd PWR supply | 2 | 2 | $1,140.00 | $2,280.00 |
| 5 | C1FAPCAT4500X<br>Cisco ONE Foundation Perpetual Cat4500X Std | 2 | 2 | $102.60 | $205.20 |
| 6 | CON-ECMU-C1FA4500X<br>SWSS UPGRADES C1 Foundation Perpetual Cat4500X Std | 6 | 6 | $20.79 | $124.74 |
| 7 | C1AAPCAT4500X<br>Cisco ONE Advanced Perpetual Cat4500X 32P Std | 2 | 2 | $4,560.00 | $9,120.00 |
| 8 | CON-ECMU-C1AA4500X<br>SWSS UPGRADES C1 Advanced Perpetual Cat4500X | 6 | 6 | $924.00 | $5,544.00 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

Page     1



5775 DTC Boulevard, Ste 300N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

## SALES INVOICE

**SI-147469**     **12/31/2015**

| Customer | Contact | | Ship To | |
|---|---|---|---|---|
| TSA Stores<br>Attn:  Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | | | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 2/14/2016 | Laura Bennett | 12/31/2015 |
| **Sales Order** | **PO #** | **Reference** | **Ship VIA** | **Page** **Printed** |
| SO-144151 | 148484 | SQ-170866 and 17 | UPS Ground Commercial | 2   3/3/2016 8:47:13AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 9 | 32P Std<br>C4KX-NM-8SFP+<br>Catalyst 4500X 8 Port 10G Network Module | 2 | 2 | $4,560.00 | $9,120.00 |
| 11 | GLC-T=<br>1000Base-T SFP | 30 | 30 | $225.15 | $6,754.50 |
| 12 | GLC-SX-MMD=<br>1000BASE-SX SFP transceiver module, MMF, 850nm, DOM | 18 | 18 | $285.00 | $5,130.00 |
| 13 | SFP-10G-SR-S=<br>10GBASE-SR SFP Module, Enterprise-Class | 8 | 8 | $370.50 | $2,964.00 |
| 23 | SFP-10G-SR-S=<br>10GBASE-SR SFP Module, Enterprise-Class | 4 | 4 | $370.50 | $1,482.00 |
| 24 | SFP-H10GB-CU3M=<br>10GBASE-CU SFP+ Cable 3 Meter | 2 | 2 | $57.00 | $114.00 |
| 25 | SH<br>SHIPPING | 1 | 1 | $426.05 | $426.05 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI   53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| | |
|---|---|
| Taxable | $77,038.44 |
| Total Tax | $5,970.48 |
| Exempt | $13,731.65 |
| Total | $96,740.57 |
| Paid | $0.00 |
| Balance | $96,740.57 |



5775 DTC Boulevard, Ste 300N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

**SALES INVOICE**

| SI-147629 | 1/18/2016 |

| Customer | Contact | Ship To |
|---|---|---|
| TSA Stores<br>Attn:   Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 3/3/2016 | Laura Bennett | 1/11/2016 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-144432 | 148974 | | UPS Ground Commercial | 1 | 3/3/2016 8:48:06AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 1 | UCS-UC-B200M4<br>UCS B200 M4, dual-10-core/2.6 GHz, 128GB RAM | 1 | 1 | $9,592.00 | $9,592.00 |
| 2 | CON-SNTP-B200M4UC<br>SNTC-24X7X4, B200M4UC Server | 3 | 3 | $281.60 | $844.80 |
| 3 | SH<br>SHIPPING | 1 | 1 | $57.85 | $57.85 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| | |
|---|---:|
| Taxable | $10,436.80 |
| Total Tax | $772.95 |
| Exempt | $57.85 |
| Total | $11,267.60 |
| Paid | $0.00 |
| Balance | $11,267.60 |



5775 DTC Boulevard, Ste 300N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

**SALES INVOICE**

| SI-147644 | 1/19/2016 |

| Customer | Contact | | Ship To | |
|---|---|---|---|---|
| TSA Stores<br>Attn:  Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES | | Sports Authority<br>Jerry Johnson<br>1050 W Hampden Ave<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES | |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 3/4/2016 | Laura Bennett | 1/18/2016 |
| **Sales Order** | **PO #** | **Reference** | **Ship VIA** | **Page** / **Printed** |
| SO-144494 | 149081 | | UPS Ground Commercial | 1 / 3/3/2016 8:48:47AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 1 | **WS-C2960X-24PS-L**<br>Catalyst 2960-X 24 GigE PoE 370W, 4 x 1G SFP, LAN Base | 50 | 50 | $1,533.60 | $76,680.00 |
| 2 | **CON-SNT-WSC224SL**<br>SNTC-8X5XNBD Catalyst 2960-X 24 G | 150 | 150 | $150.75 | $22,612.50 |
| 3 | **SH**<br>SHIPPING | 1 | 1 | $868.06 | $868.06 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| Taxable | $99,292.50 |
|---|---|
| Total Tax | $6,734.14 |
| Exempt | $868.06 |
| **Total** | **$106,894.70** |
| Paid | $0.00 |
| Balance | $106,894.70 |



5775 DTC Boulevard, Ste 500N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

| | |
|---|---|
| **SALES INVOICE** | |
| SI-147735 | 1/27/2016 |

| Customer | Contact | Ship To |
|---|---|---|
| TSA Stores<br>Attn:  Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES | TSA Stores<br>Ken Wendt<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 3/12/2016 | Laura Bennett | 1/27/2016 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-144558 | 149029 | | UPS Ground Commercial | 1 | 3/3/2016 8:50:11AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 1 | UCSB-B200-M4-U<br>UCS B200 M4 w/o CPU, mem, drive bays, HDD, mezz (UPG) | 1 | 1 | $1,277.90 | $1,277.90 |
| 2 | CON-SNTP-B200M4U<br>SNTC-24X7X4UCS B200 M4 w/o CPU,m,dr b, HDD,m (UPG) | 3 | 3 | $277.50 | $832.50 |
| 3 | UCS-CPU-E52640D<br>2.60 GHz E5-2640 v3/90W 8C/20MB Cache/DDR4 1866MHz | 2 | 2 | $1,193.64 | $2,387.28 |
| 4 | UCS-MR-1X162RU-A<br>16GB DDR4-2133-MHz RDIMM/PC4-17000/dual rank/x4/1.2v | 16 | 16 | $304.50 | $4,872.00 |
| 5 | UCSB-MLOM-40G-03<br>Cisco UCS VIC 1340 modular LOM for blade servers | 1 | 1 | $629.58 | $629.58 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| | |
|---|---|
| Taxable | $9,999.26 |
| Total Tax | $739.56 |
| Exempt | $0.00 |
| Total | $10,738.82 |
| Paid | $0.00 |
| Balance | $10,738.82 |



5775 DTC Boulevard, Ste 300N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

**SALES INVOICE**

SI-147739    1/28/2016

| Customer | Contact | Ship To |
|---|---|---|
| TSA Stores<br>Attn:  Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | | TSA Stores, Inc<br>Jerry Johnson<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 3/13/2016 | Laura Bennett | 12/31/2015 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-144151 | 148484 | SQ-170866 and 17 | UPS Ground Commercial | 1 | 3/3/2016 8:50:54AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 3 | C1-N5K-C5672UP<br>Cisco OneNexus5672UP 1RU,32x10G SFP+,16pxUP SFP+,6x40G QSFP+ | 2 | 2 | $18,240.00 | $36,480.00 |
| 4 | CON-SNTP-KC5672UP<br>SMARTNET 24X7X4 CA Nexus5672UP 1RU,32x10G SFP+,16pxUPSFP | 6 | 6 | $1,621.62 | $9,729.72 |
| 5 | C1F2PNEX56721K9<br>Cisco ONE Foundation Perpetual Nexus 5672 | 2 | 2 | $5,923.50 | $11,847.00 |
| 6 | CON-ECMU-C1FPNE21<br>SWSS UPGRADES Cisco ONE Foundation Perpetual Nexus 567 | 6 | 6 | $1,386.00 | $8,316.00 |
| 7 | C1A2PNEX56721K9<br>Cisco ONE Advanced Perpetual Nexus 5672 | 2 | 2 | $4,783.50 | $9,567.00 |
| 8 | CON-ECMU-C1A267EX<br>SWSS UPGRADES Cisco ONE Advanced Perpetual Nexus 5672 | 6 | 6 | $1,155.00 | $6,930.00 |
| 11 | SH<br>SHIPPING | 1 | 1 | $389.27 | $389.27 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| | |
|---|---:|
| Taxable | $83,258.99 |
| Total Tax | $5,374.56 |
| Exempt | $0.00 |
| Total | $88,633.55 |
| Paid | $0.00 |
| Balance | $88,633.55 |

# OneNeck IT SOLUTIONS LLC
*a TDS Company*

5775 DTC Boulevard, Ste 300N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

| SALES INVOICE | |
|---|---|
| SI-147974 | 2/16/2016 |

| Customer | Contact | Ship To |
|---|---|---|
| TSA Stores<br>Attn:  Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | | Sports Authority<br>Damien Pham<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 4/1/2016 | Laura Bennett | 2/1/2016 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-144666 | 149569 | | UPS Ground Commercial | 1 | 3/3/2016 8:51:27AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 1 | PVDM3-32=<br>32-channel high-density voice DSP module<br>SPARE | 4 | 4 | $864.00 | $3,456.00 |
| 2 | PVDM3-32=<br>32-channel high-density voice DSP module<br>SPARE | 4 | 4 | $864.00 | $3,456.00 |
| 3 | SH<br>SHIPPING | 1 | 1 | $36.56 | $36.56 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| | |
|---|---|
| Taxable | $6,912.00 |
| Total Tax | $535.68 |
| Exempt | $36.56 |
| Total | $7,484.24 |
| Paid | $0.00 |
| Balance | $7,484.24 |

**OneNeck**
IT SOLUTIONS LLC
a TDS Company

5775 DTC Boulevard, Ste 300N
Greenwood Village, CO 88110
p (303) 347-8303
f (303) 347-8335
(800) 535-5409

| SALES INVOICE | |
|---|---|
| SI-148202 | 2/26/2016 |

| Customer | Contact | Ship To |
|---|---|---|
| TSA Stores<br>Attn: Accts Payable<br>1090 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 | | TSA Stores<br>Brian Meston<br>1050 W. Hampden Ave.<br>ENGLEWOOD<br>CO<br>80110<br>UNITED STATES<br>Tel: (303) 200-5050 |

| Account | Terms | Due Date | Account Rep | Schedule Date |
|---|---|---|---|---|
| 11252 | Net 45 | 4/11/2016 | Laura Bennett | 2/12/2016 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-144916 | EMAIL 926630212JJ | | FedEx 2Day | 1 | 3/3/2016 8:52:00AM |

| L | Model / Description | Order | Ship | Price | Amount |
|---|---|---|---|---|---|
| 1 | C4948E-BKT-KIT=<br>C49xxE front and rear mount brackets | 2 | 2 | $40.50 | $81.00 |
| 2 | SH<br>SHIPPING | 1 | 1 | $72.23 | $72.23 |

Please remit payment to:
OneNeck IT Solutions, LLC
C-0928 ATTN: Scanning
PO Box 480
Monroe, WI  53566
_____
For billing inquiries, please
Contact us at 844-638-4313.

**Payment Details**

| | |
|---|---|
| Taxable | $81.00 |
| Total Tax | $6.28 |
| Exempt | $72.23 |
| Total | $159.51 |
| Paid | $0.00 |
| Balance | $159.51 |

## **CERTIFICATE OF SERVICE**

I, Matthew E. Linder, hereby certify that on April 26, 2016, I caused to be served a copy of the foregoing *Objection and Reservation of Rights of OneNeck IT Solutions LLC with Respect to Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* via First Class U.S. Mail upon the following parties:

| | |
|---|---|
| Michael R. Nestor, Esq.<br>Andrew L. Magaziner, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Robert A. Klyman, Esq.<br>Matthew J. Williams, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Bradford J. Sandler, Esq.<br>Robert J. Feinstein, Esq.<br>Jeffery N. Pomerantz, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Hannah J. McCollum, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| Donald E. Rothman, Esq.<br>Riemer & Braunstein LLP<br>Three Center Plaza, Suite 600<br>Boston, Massachusetts 02108 | Robert J. Stark, Esq.<br>Bennett S. Silverberg, Esq.<br>Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036 |
| Kevin J. Simard, Esq.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, Massachusetts 02110 | John J. Rapisardi, Esq.<br>O'Melveny & Meyers LLP<br>7 Times Square, Broadway<br>New York, NY 10036 |

*/s/ Matthew E. Linder*
Matthew E. Linder