# EXHIBIT A

4/22/2016 2:32 PM

| Property | Lease | Charge Code | Date | Current Owed | 0-30 | 31-60 | 61-90 | Over 90 | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| Pearland Town Center (100-0689) | Sports Authority | YEI | 9/30/2015 | 20,084.73 | 0.00 | 0.00 | 0.00 | 20,084.73 | 0.00 | 20,084.73 |
| | | ancbase | 2/1/2016 | 52,606.25 | 0.00 | 0.00 | 52,606.25 | 0.00 | 0.00 | 52,606.25 |
| | | anchins | 2/1/2016 | 771.56 | 0.00 | 0.00 | 771.56 | 0.00 | 0.00 | 771.56 |
| | | camfixan | 2/1/2016 | 10,504.41 | 0.00 | 0.00 | 10,504.41 | 0.00 | 0.00 | 10,504.41 |
| | | ancbase | 3/1/2016 | 52,606.25 | 0.00 | 52,606.25 | 0.00 | 0.00 | 0.00 | 52,606.25 |
| | | anchins | 3/1/2016 | 771.56 | 0.00 | 771.56 | 0.00 | 0.00 | 0.00 | 771.56 |
| | | camfixan | 3/1/2016 | 10,504.41 | 0.00 | 10,504.41 | 0.00 | 0.00 | 0.00 | 10,504.41 |
| | | camfixan | 4/1/2016 | 10.70 | 10.70 | 0.00 | 0.00 | 0.00 | 0.00 | 10.70 |
| | | | | 147,859.87 | 10.70 | 63,882.22 | 63,882.22 | 20,084.73 | 0.00 | 147,859.87 |

**4/22/2016 2:31 PM**

| Property | Lease | Charge Code | Date | Current Owed | 0-30 | 31-60 | 61-90 | Over 90 | Pre-payments | Total Owed |
|---|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| Frontier Mall (100-0036) | Sports Authority | baserent | 3/1/2016 | 21,924.38 | 0.00 | 21,924.38 | 0.00 | 0.00 | 0.00 | 21,924.38 |
| | | ca-anch | 3/1/2016 | 3,073.13 | 0.00 | 3,073.13 | 0.00 | 0.00 | 0.00 | 3,073.13 |
| | | markmerc | 3/1/2016 | 248.17 | 0.00 | 248.17 | 0.00 | 0.00 | 0.00 | 248.17 |
| | | | | 25,245.68 | 0.00 | 25,245.68 | 0.00 | 0.00 | 0.00 | 25,245.68 |