EXHIBIT _____ A _____ 

| Database | LIONSTONEGRP | | CM Receivables Ledger | | | | Page | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | The Lionstone Group | | | | Date | 4/22/2016 |
| Occupancy Status  Current Inactive New | | | 04/15 Through 04/16 | | | | Time | 08 32 AM |
| | | | Security Deposit Ending Balance includes ALL periods | | | | | |

| Bldg/Lease | Date | Category | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|

**CPYRSC-JB02534  SPORTS AUTHORITY**                                                   **Master Occp Id:  C0001294-2**

Balance Forward                                                                                  0.00

| Bldg/Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|
| CPYRSCJB02534 | 4/1/2015 | CAM | COMMON AREA | CH | AUTOCHRG | 7,710.05 | | 7,710.05 | | |
| CPYRSCJB02534 | 4/1/2015 | RTL | RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 115,710.05 | | |
| CPYRSCJB02534 | 4/6/2015 | CAM | COMMON AREA | CR | Receipt | | 7,710.05 | 108,000.00 | 546693 | LOC |
| CPYRSCJB02534 | 4/6/2015 | RTL | RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 0.00 | 546693 | LOC |
| CPYRSCJB02534 | 4/20/2015 | CAM | COMMON AREA | CH | RETRO 1 1-4 30 15 | 1,913.80 | | 1,913.80 | | |
| CPYRSCJB02534 | 4/20/2015 | CPY | CAM-PRIOR YEAR | CH | 2014 YEC RECONC | 6,056.95 | | 7,970.75 | | |
| CPYRSCJB02534 | 5/1/2015 | CAM | COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 15,430.87 | | |
| CPYRSCJB02534 | 5/1/2015 | RTL | RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 123,430.87 | | |
| CPYRSCJB02534 | 5/4/2015 | CAM | COMMON AREA | CR | Receipt | | 7,460.12 | 115,970.75 | 549126 | LOC |
| CPYRSCJB02534 | 5/4/2015 | CAM | COMMON AREA | CR | OVRPYMT CK#549 | | 249.93 | 115,720.82 | 549126 | LOC |
| CPYRSCJB02534 | 5/4/2015 | RTL | RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 7,720.82 | 549126 | LOC |
| CPYRSCJB02534 | 6/1/2015 | CAM | COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 15,180.94 | | |
| CPYRSCJB02534 | 6/1/2015 | RTL | RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 123,180.94 | | |
| CPYRSCJB02534 | 6/5/2015 | CAM | COMMON AREA | CR | Receipt | | 7,460.12 | 115,720.82 | 551526 | LOC |

| Database: | LIONSTONEGRP | | | CM Receivables Ledger | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | The Lionstone Group | | | | Date: | 4/22/2016 |
| | | | | | | | | Time: | 08:32 AM |
| Occupancy Status: Current Inactive New | | | | 04/15 Through 04/16 | | | | | |
| | | | | Security Deposit Ending Balance includes ALL periods | | | | | |

| Bldg/Lease | Date | Category | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|
| CPYRSCJB02534 | 6/5/2015 | CAM COMMON AREA | CR | OVRPYMT CK#551! | | 249.93 | 115,470.89 | 551526 | | LOC |
| CPYRSCJB02534 | 6/5/2015 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 7,470.89 | 551526 | | LOC |
| CPYRSCJB02534 | 6/15/2015 | YT1 Y/E TAXES- 1ST HALF | CH | 2015_1st HALF RET | 81,440.60 | | 88,911.49 | | | |
| CPYRSCJB02534 | 7/1/2015 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 96,371.61 | | | |
| CPYRSCJB02534 | 7/1/2015 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 204,371.61 | | | |
| CPYRSCJB02534 | 7/3/2015 | CAM COMMON AREA | CR | Receipt | | 7,460.12 | 196,911.49 | 554072 | | LOC |
| CPYRSCJB02534 | 7/3/2015 | CAM COMMON AREA | CR | OVRPYMT CK#554( | | 249.93 | 196,661.56 | 554072 | | LOC |
| CPYRSCJB02534 | 7/3/2015 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 88,661.56 | 554072 | | LOC |
| CPYRSCJB02534 | 7/27/2015 | YT1 Y/E TAXES- 1ST HALF | CR | Receipt | | 66,563.41 | 22,098.15 | 555871 | | LOC |
| CPYRSCJB02534 | 8/1/2015 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 29,558.27 | | | |
| CPYRSCJB02534 | 8/1/2015 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 137,558.27 | | | |
| CPYRSCJB02534 | 8/4/2015 | CAM COMMON AREA | CR | Receipt | | 7,460.12 | 130,098.15 | 556407 | | LOC |
| CPYRSCJB02534 | 8/4/2015 | CAM COMMON AREA | CR | OVRPYMT CK#556/ | | 249.93 | 129,848.22 | 556407 | | LOC |
| CPYRSCJB02534 | 8/4/2015 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 21,848.22 | 556407 | | LOC |
| CPYRSCJB02534 | 9/1/2015 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 29,308.34 | | | |
| CPYRSCJB02534 | 9/1/2015 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 137,308.34 | | | |
| CPYRSCJB02534 | 9/8/2015 | CAM COMMON AREA | CR | Receipt | | 7,460.12 | 129,848.22 | 559018 | | LOC |
| CPYRSCJB02534 | 9/8/2015 | CAM COMMON AREA | CR | OVRPYMT CK#559( | | 249.93 | 129,598.29 | 559018 | | LOC |
| CPYRSCJB02534 | 9/8/2015 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 21,598.29 | 559018 | | LOC |
| CPYRSCJB02534 | 10/1/2015 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 29,058.41 | | | |
| CPYRSCJB02534 | 10/1/2015 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 137,058.41 | | | |
| CPYRSCJB02534 | 10/5/2015 | CAM COMMON AREA | CR | Receipt | | 7,460.12 | 129,598.29 | 561539 | | LOC |
| CPYRSCJB02534 | 10/5/2015 | CAM COMMON AREA | CR | OVRPYMT CK#561! | | 249.93 | 129,348.36 | 561539 | | LOC |
| CPYRSCJB02534 | 10/5/2015 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 21,348.36 | 561539 | | LOC |
| CPYRSCJB02534 | 11/1/2015 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 28,808.48 | | | |
| CPYRSCJB02534 | 11/1/2015 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 136,808.48 | | | |
| CPYRSCJB02534 | 11/3/2015 | CAM COMMON AREA | CR | Receipt | | 7,460.12 | 129,348.36 | 563607 | | LOC |
| CPYRSCJB02534 | 11/3/2015 | CAM COMMON AREA | CR | OVRPYMT CK#563( | | 249.93 | 129,098.43 | 563607 | | LOC |
| CPYRSCJB02534 | 11/3/2015 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 21,098.43 | 563607 | | LOC |
| CPYRSCJB02534 | 11/24/2015 | CAM COMMON AREA | NC | ADJ CAM ESTIMAT | | 164.29 | 20,934.14 | | | |
| CPYRSCJB02534 | 11/24/2015 | YT2 Y/E TAXES - 2NDHALF | CH | 2015_2nd HALF RE | 95,093.88 | | 116,028.02 | | | |
| CPYRSCJB02534 | 12/1/2015 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 123,488.14 | | | |
| CPYRSCJB02534 | 12/1/2015 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 231,488.14 | | | |
| CPYRSCJB02534 | 12/7/2015 | CAM COMMON AREA | CR | Receipt | | 7,460.12 | 224,028.02 | 566202 | | LOC |
| CPYRSCJB02534 | 12/7/2015 | PPR PREPAID RENT | CR | OVRPYMT CK#566 | | 249.93 | 223,778.09 | 566202 | | LOC |
| CPYRSCJB02534 | 12/7/2015 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 115,778.09 | 566202 | | LOC |
| CPYRSCJB02534 | 1/1/2016 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 123,238.21 | | | |
| CPYRSCJB02534 | 1/1/2016 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 231,238.21 | | | |
| CPYRSCJB02534 | 1/4/2016 | CAM COMMON AREA | CR | Receipt | | 7,460.12 | 223,778.09 | 568277 | | LOC |

| Database: | LIONSTONEGRP | CM Receivables Ledger | | Page: | 3 |
|---|---|---|---|---|---|
| | | The Lionstone Group | | Date: | 4/22/2016 |
| | | | | Time: | 08:32 AM |
| Occupancy Status: Current Inactive New | | 04/15 Through 04/16 | | | |
| | | Security Deposit Ending Balance includes ALL periods | | | |

| Bldg/Lease | Date | Category | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|
| CPYRSCJB02534 | 1/4/2016 | CAM COMMON AREA | CR | OVRPYMT CK#5682 | | 249.93 | 223,528.16 | 568277 | | LOC |
| CPYRSCJB02534 | 1/4/2016 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 115,528.16 | 568277 | | LOC |
| CPYRSCJB02534 | 1/19/2016 | YT2 Y/E TAXES - 2NDHALF | CR | Receipt | | 63,569.26 | 51,958.90 | 569619 | | LOC |
| CPYRSCJB02534 | 2/1/2016 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 59,419.02 | | | |
| CPYRSCJB02534 | 2/1/2016 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 167,419.02 | | | |
| CPYRSCJB02534 | 3/1/2016 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 174,879.14 | | | |
| CPYRSCJB02534 | 3/1/2016 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 282,879.14 | | | |
| CPYRSCJB02534 | 4/1/2016 | CAM COMMON AREA | CH | AUTOCHRG | 7,460.12 | | 290,339.26 | | | |
| CPYRSCJB02534 | 4/1/2016 | RTL RETAIL BASE RENT | CH | AUTOCHRG | 108,000.00 | | 398,339.26 | | | |
| CPYRSCJB02534 | 4/6/2016 | CAM COMMON AREA | CR | Receipt | | 7,460.12 | 390,879.14 | 572667 | | LOC |
| CPYRSCJB02534 | 4/6/2016 | RTL RETAIL BASE RENT | CR | Receipt | | 108,000.00 | 282,879.14 | 572667 | | LOC |

| Category | | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance | Sec Dep Bal |
|---|---|---|---|---|---|---|---|---|---|
| CAM | COMMON AREA | 7,460.12 | 0.00 | 99,145.29 | 84,310.69 | 164.29 | 0.00 | 14,670.31 | |
| CPY | CAM-PRIOR YEAR | 0.00 | 0.00 | 6,056.95 | 0.00 | 0.00 | 0.00 | 6,056.95 | |
| PPR | PREPAID RENT | 0.00 | 0.00 | 0.00 | 249.93 | 0.00 | 0.00 | -249.93 | |
| RTL | RETAIL BASE RENT | 108,000.00 | 0.00 | 1,404,000.00 | 1,188,000.00 | 0.00 | 0.00 | 216,000.00 | |
| YT1 | Y/E TAXES- 1ST HALF | 0.00 | 0.00 | 81,440.60 | 66,563.41 | 0.00 | 0.00 | 14,877.19 | |
| YT2 | Y/E TAXES - 2NDHALF | 0.00 | 0.00 | 95,093.88 | 63,569.26 | 0.00 | 0.00 | 31,524.62 | |
| | Total: | 115,460.12 | 0.00 | 1,685,736.72 | 1,402,693.29 | 164.29 | 0.00 | 282,879.14 | 0.00 |

Grand Totals:

| Category | | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance | Sec Dep Bal |
|---|---|---|---|---|---|---|---|---|---|
| CAM | COMMON AREA | 15,170.17 | 6,981.67 | 99,145.29 | 84,310.69 | 7,145.96 | 0.00 | 14,670.31 | |
| CPY | CAM-PRIOR YEAR | 0.00 | 0.00 | 6,056.95 | 0.00 | 0.00 | 0.00 | 6,056.95 | |
| PPR | PREPAID RENT | 0.00 | 0.00 | 0.00 | 249.93 | 0.00 | 0.00 | -249.93 | |
| RTL | RETAIL BASE RENT | 171,000.00 | 8,570.30 | 1,404,000.00 | 1,188,000.00 | 8,570.30 | 0.00 | 216,000.00 | |
| YT1 | Y/E TAXES- 1ST HALF | 0.00 | 0.00 | 81,440.60 | 66,563.41 | 0.00 | 0.00 | 14,877.19 | |
| YT2 | Y/E TAXES - 2NDHALF | 0.00 | 4,548.29 | 95,093.88 | 63,569.26 | 4,548.29 | 0.00 | 31,524.62 | |
| | Grand Total: | 186,170.17 | 20,100.26 | 1,685,736.72 | 1,402,693.29 | 20,264.55 | 0.00 | 282,879.14 | 0.00 |