**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., et al.,[1] | Case No. 16-10527 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No 1210** |

**OBJECTION OF THE McCLATCHY COMPANY TO
CURE AMOUNT SET FORTH IN NOTICE OF POSSIBLE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALES**

The McClatchy Company ("McClatchy"), by and through its undersigned counsel, respectfully files this objection ("Objection") to the above captioned debtors' (the "Debtors") Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sales ("Cure Notice") provided as part of the Sale Motion (Dkt. No. 1210).

1.  McClatchy and TSA Stores, Inc. ("TSA") entered into that certain McClatchy Newspapers Retail Advertising Dollar Volume Agreement dated February 1, 2016 ("Advertising Agreement") whereby McClatchy provides advertising to TSA.

2.  On March 2, 2016 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "Bankruptcy Code").

3.  McClatchy has continued to provide advertising to TSA under the Advertising Agreement after the Petition Date.

4.  On or about April 15, 2016, the Debtors filed and served the Cure Notice, pursuant to which the Debtors identified certain "Assigned Contracts" that may be potentially assumed by the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Debtors and assigned to a successful bidder at a sale of substantially all of the Debtors' assets, including the Advertising Agreement with McClatchy. *See* Cure Notice at Ex. 1-A at page 40 of 47. The Cure Notice lists a cure amount of $21,847.23. *Id.*

5. McClatchy objects to the cure amount set forth in the Cure Notice. To the extent the Debtors seek to assume the Advertising Agreement, pursuant to Section 365 of the Bankruptcy Code, the Debtors must cure defaults under the Advertising Agreement at the time of the assumption. 11 U.S.C. § 365(b)(1)(A).

6. An amount not less than $218,478.01 is due and owing to McClatchy under the Advertising Agreement arising from invoiced and uninvoiced amounts unpaid as of the Petition Date. A summary of the unpaid amounts owing to McClatchy is attached hereto as Exhibit A. The invoices and other documentation evidencing the unpaid amounts are voluminous and, therefore, are not attached hereto but are available upon request from the undersigned counsel.

7. In addition, at the time of assumption of the Advertising Agreement, the Debtors must pay to McClatchy amounts accrued and/or due and owing to McClatchy under the Advertising Agreement as of the date of assumption related to advertising provided after the Petition Date, including amounts accrued but not yet invoiced. As of April 21, 2016, such amounts due and owing total not less than $26,525.18

8. McClatchy reserves the right to supplement this Objection prior to any sale hearing and/or final determination by the Court regarding assumption and assignment of the Advertising Agreement, including the amount and payment required for purposes of cure under Section 365.

WHEREFORE, McClatchy requests that the Court hold the Debtors to their obligation under Section 365(b) of the Bankruptcy Code by (i) directing that all amounts owed or accrued under the Advertising Agreement prior to the date of assumption of the Advertising Agreement, including

///
///
///
///
///

without limitation not less than $218,478.01 for the amounts owed prior to the Petition Date and not less than $26,525.18 for amounts due after the Petition Date; and (ii) granting such other and further relief as is just and equitable.

Dated:  April 27, 2016

>FELDERSTEIN FITZGERALD
>WILLOUGHBY & PASCUZZI LLP
>
>*/s/ Paul J. Pascuzzi*
>Paul J. Pascuzzi (CA Bar No. 148810)
>400 Capitol Mall, Suite 1450
>Sacramento, CA  95814
>Telephone: (916) 329-7400
>Facsimile: (916) 329-7435
>ppascuzzi@ffwplaw.com
>
>Attorneys for the McClatchy Company

# EXHIBIT A

| | | | |
|---|---|---:|---:|
| 001 | Sacramento | 33,065.25 | 8,438.32 |
| 20 | Fresno | 16,556.87 | - |
| 40 | Modesto | 9,545.01 | 1,316.48 |
| 50 | Tri-Cities | 8,395.50 | - |
| 60 | Merced | - | - |
| 100 | Raleigh | - | - |
| 200/210 | Lowcountry | - | - |
| 220 | Rock Hill | - | - |
| 320 | Tacoma | 15,558.83 | 3,650.82 |
| 500 | Bellingham | 5,986.78 | - |
| 510 | Olympia | - | - |
| 520 | Boise | 13,794.91 | 1,784.41 |
| 540 | Wichita | 7,622.21 | - |
| 645 | Columbia | - | - |
| 650 | Charlotte | - | - |
| 660 | Myrtle Beach | - | - |
| 690 | State College | - | - |
| 700 | San Luis Obispo | 5,447.47 | - |
| 722 | Lexington | - | - |
| 750 | Miami | 31,451.19 | 9,309.22 |
| 175 | McClatchy Interactive | - | - |
| 530 | Belleville | 11,968.49 | - |
| 550 | Kansas City | 10,952.69 | - |
| 600 | Fort Woth | 29,468.64 | - |
| 630 | Macon | - | - |
| 640 | Columbus | - | - |
| 670 | Biloxi | - | - |
| 730 | Bradenton | 18,664.17 | 2,025.93 |
| | | **218,478.01** | **26,525.18** |

**CERTIFICATE OF SERVICE IN REGARD TO OBJECTION OF THE
McCLATCHY COMPANY TO CURE AMOUNT SET FORTH IN NOTICE
OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALES**

I certify that on April 27, 2016, I caused to be served a copy of the foregoing Objection of the McClatchy Company to Cure Amount Set Forth in Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales upon the following via the Court's ECF filing and notice system and mailing of same via United States Mail, First Class, postage prepaid addressed as follows:

| | |
|---|---|
| Counsel to the Debtors | Andrew L Magaziner/Michael R. Nestor<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>Robert A. Klyman/Matthew J. Williams<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | B. Sandler/R. Feinstein/J. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 |
| Office of the United States Trustee for the District of Delaware | Hannah J. McCollum<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Counsel for Bank of America, N.A. (as DIP Agent and as Administrative Agent and Collateral Agent) | Donald E. Rothman<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02108 |
| Counsel for (A) Wilmington Savings Fund Society, FSB as Administrative Agent and Collateral Agent and (B) certain Term Lenders | Robert J. Stark/Bennett S. Silverberg<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 |
| Counsel for Wells Fargo Bank, NA, in its capacity as FILO Agent | Kevin J. Simard<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110 |

Objection to Cure Amount
in Connection with Sales

| | |
|---|---|
| Counsel for certain holders of 11.5% Senior Subordinated Notes Due February 19, 2018 | John J. Rapisardi<br>O'Melveny & Meyers LLP<br>7 Times Square, Broadway<br>New York, NY  10036 |

*/s/ Lori N. Lasley*
Lori N. Lasley