# EXHIBIT A

# Aged Receivables Report
Detail by Charge Code
Property: Joliet Shopping Center (591)
Trans through: 3/2016
Age As of: 3/31/2016

Page 1

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **591 - Joliet Shopping Center** | | | | | | | | | |
| 2700 | 591sport | TSA Stores, Inc. #589 | | | | | | | |
| | | comm | 86,618.26 | 43,309.13 | 43,309.13 | 0.00 | 0.00 | 0.00 | |
| | | ins | 3,208.09 | 1,604.04 | 1,604.04 | 0.00 | 0.01 | 0.00 | |
| | | oper | 6,908.00 | 3,454.00 | 3,454.00 | 0.00 | 0.00 | 0.00 | |
| | | operrec | -5,067.89 | 0.00 | 0.00 | 0.00 | -5,067.89 | 0.00 | |
| | | (prepay) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,869.00 | |
| | | ptax | 15,808.66 | 0.00 | 0.00 | 0.00 | 15,808.66 | 0.00 | |
| **Total** | | | **107,475.12** | **48,367.17** | **48,367.17** | **0.00** | **10,740.78** | **-1,869.00** | **105,606.12** |
| **Total 591** | | | **107,475.12** | **48,367.17** | **48,367.17** | **0.00** | **10,740.78** | **-1,869.00** | **105,606.12** |
| **A - Summary by Chargecode** | | | | | | | | | |
| | | comm | 86,618.26 | 43,309.13 | 43,309.13 | 0.00 | 0.00 | 0.00 | |
| | | ins | 3,208.09 | 1,604.04 | 1,604.04 | 0.00 | 0.01 | 0.00 | |
| | | oper | 6,908.00 | 3,454.00 | 3,454.00 | 0.00 | 0.00 | 0.00 | |
| | | operrec | -5,067.89 | 0.00 | 0.00 | 0.00 | -5,067.89 | 0.00 | |
| | | ptax | 15,808.66 | 0.00 | 0.00 | 0.00 | 15,808.66 | 0.00 | |
| **Total** | | | **107,475.12** | **48,367.17** | **48,367.17** | **0.00** | **10,740.78** | **0.00** | **107,475.12** |
| **B - Summary by Prepay G/L Account** | | | | | | | | | |
| | | 3017000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,869.00 | |
| **Total** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-1,869.00** | **-1,869.00** |

| | |
|---|---:|
| Receivable Total | 107,475.12 |
| Prepay Total | -1,869.00 |
| **Grand Total** | **105,606.12** |

Sunday, March 6, 2016