**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x
In re:

THE SPORTS AUTHORITY, INC., *et al.,*

                  Debtors.[1]

-----------------------------------------------------------------x

Chapter 11

Case No. 16-10527 (MFW)

(Jointly Administered)

Related to Docket No. 1210

**OBJECTION AND JOINDER OF KIMCO REALTY CORPORATION
TO DEBTORS' PROPOSED CURE AMOUNTS FOR CERTAIN LEASES**

Kimco Realty Corporation and certain of its affiliates (collectively, "Kimco"), by its attorneys, hereby submits this Objection and Joinder (the "Objection") to the proposed cure amounts set forth in the *Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sales* [Dkt. No. 1210] (the "Cure Notice"), and respectfully states as follows:

1.      The Debtors lease retail space from Kimco pursuant to certain leases for non-residential real property ("Kimco's Leases").[2]

2.      On April 15, 2016, the Debtors filed the Cure Notice setting forth certain unexpired leases of non-residential property for potential assumption, including certain of Kimco's Leases, and related cure amounts (the "Debtors' Cure Amounts").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Kimco's Leases and related documentation are voluminous and, therefore, have not been attached to this Objection. Upon request, Kimco will provide copies of Kimco's Leases and related documentation to this Court and parties in interest.

3.     Kimco objects to the Cure Notice because the Debtors' Cure Amounts understate the actual amounts due under certain of Kimco's Leases.  Kimco also objects to any assumption and/or assignment of any of Kimco's Leases unless the Debtors and/or the Successful Bidder (or Next-Highest Bidder, as applicable) comply with all of the requirements of Bankruptcy Code Sections 365(b) and (f) and satisfy any mechanic's liens (plus interest, attorneys' fees and costs) that was imposed on any property subject to Kimco's Leases as a result of the Debtors' actions or failure to pay.

4.     According to Kimco's books and records, the correct cure amounts under certain of Kimco's Leases (exclusive of attorneys' fees) ("Kimco's Cure Amounts") are set forth on Exhibit A hereto.  Documentation in support of Kimco's Cure Amounts is attached hereto as Exhibit B.  Attorneys' fees and costs are also proper components of a cure claim, and the Debtors must satisfy these lease charges as part of the assumption and assignment of Kimco's Leases.

5.     In addition to cure amounts, there may be year-end adjustments for CAM, insurance, taxes and other items, which are paid or accrue during the course of the year on an estimated basis and are subject to true-ups that may be billed months after the fiscal or calendar year.  Such accrued but unbilled amounts and year-end adjustments are obligations under Kimco's Leases.  Therefore, Kimco respectfully requests that any order approving the assumption and assignment of Kimco's Leases provide that any assignee of Kimco's Leases shall be obligated for the payment of all unpaid year-end adjustments and other accrued but unbilled charges, regardless of whether such amounts accrued before or after the effective date of assignment of Kimco's Leases, when such charges become due in the ordinary course and in accordance with the terms of Kimco's Leases.

6.      The Debtors have also failed to pay subcontractors for repairs and other work being done on the Debtors' premises with respect to at least one of the properties subject to Kimco's Leases: Store No. 707, in Maple Grove, MN.  As a result of the Debtors' non-payment, Northern Air Corporation d/b/a NAC Mechanical & Electrical Services has imposed a mechanic's lien in the amount of $12,225.21, plus interest, attorneys' fees and costs, against the Maple Grove property (the "Maple Grove Mechanic's Lien").  A copy of the Maple Grove Mechanic's Lien is attached hereto as Exhibit C.

7.      Kimco hereby joins in the objections filed by the Debtors' other landlords with respect to the Cure Notice to the extent that such objections are not inconsistent with this Objection.

8.      To the extent that rent, attorneys' fees, or other charges continue to accrue either before or after a potential assignment, or Kimco suffers other pecuniary losses under Kimco's Leases, Kimco reserves its right to amend its cure amounts for such amounts or for any other reasons.

9.      Kimco reserves all rights to contest the assumption and assignment of any of Kimco's Leases as well as all rights to object on the basis of the absence of adequate assurance of future performance.

10.     Kimco also reserves its right to amend or supplement this Objection and to make such other and further objections as may be necessary or appropriate.

*[The remainder of this page is intentionally left blank.]*

**WHEREFORE**, Kimco respectfully requests that this Court enter an order (i) requiring the Debtors to establish and direct payment of Kimco's Cure Amounts, as identified on the exhibits attached hereto, plus any additional amounts or pecuniary losses that hereafter accrue (including reasonable attorneys' fees), in connection with the Debtors' potential assumption and assignment of Kimco's Leases; and (ii) granting such other and further relief consistent with the foregoing objections and as this Court deems just and proper.

Dated: New York, New York
     April 27, 2016

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**


By:    */s/ Neil E. Herman*
      Neil E. Herman, Esq.

James O. Moore, Esq.
Elaine Fenna, Esq.
101 Park Avenue
New York, New York 10178
Tel:  212-309-6000
Fax:  212-309-6001
E-mail: neil.herman@morganlewis.com

Jody C. Barillare (Del. Bar No. 5107)
**MORGAN, LEWIS & BOCKIUS LLP**
The Nemours Building
1007 North Orange St., Suite 501
Wilmington, DE  19801
Tel: 302-574-3000
Fax:  302-574-3001
E-mail:  jbarillare@morganlewis.com

*Attorneys for Kimco Realty Corporation*

**EXHIBIT A**

**Kimco's Cure Amounts**

| Store No. | Store Location | Debtors' Cure Amounts | Kimco's Cure Amounts |
|---|---|---|---|
| 155 | West Farm Shopping Center, 1600 Southeast Rd. Farmington, CT | $44,855.58 | $113,413.49 |
| 335 | Pompano Pointe, S.C. 2421 N. Federal Highway, Pompano Beach, FL | $221,045.30 | $230,018.53 |
| 455 | Brandywine Commons, 1100 Rocky Run Pkwy, Wilmington, DE | $150,273.82 | $179,598.71 |
| 475 | Hillview Shopping Center 2139 Route 38, Cherry Hill, NJ | $117,560.50 | $264,882.46 |
| 482 | Elmsford Center East 295 Main Street, Elmsford, NY | $213,891.34 | $478,165.51 |
| 514 | Towson Place 1238 Putty Hill Drive, Towson, MD | $113,360.08 | $131,142.08 |
| 555 | Parkway Super Center 17450 Southcenter Pkwy, Tukwila, WA | $122,475.34 | $194,569.19 |
| 558 | Frontier Village Shopping Ctr. 519 WA-9, Lake Stevens, WA | $87,987.10 | $161,026.85 |
| 639 | Vista Balboa Center 7725 Balboa Avenue, San Diego, CA | $124,397.78 | $191,117.03 |
| 707 | Arbor Lakes Retail Center 12530 Elm Creek Blvd., Maple Grove, MN | $134,631.28 | $172,274.43[3] |
| 733 | Clackamas Promenade 8658 S.E. Sunnyside Road, Clackamas, OR | $110,225.00 | $263,831.82 |
| 752 | Cave Springs S.C. 4025 Veterans Memorial Pkwy, St. Peters, MO | $78,354.64 | $143,547.98 |
| 785 | Stanford Ranch 6740 Stanford Ranch Rd, Roseville, CA | $84,938.80 | $170,759.00 |
| 792 | Mesa Riverview 1812 W. 8th Street, Mesa, AZ | $128,987.70 | $207,101.21 |

---

[3] Amount includes $12,225.21 claimed by Northern Air Corporation d/b/a NAC Mechanical & Electrical Services as a mechanic's lien against the property.

## **EXHIBIT B**

**Documentation in Support of Kimco's Cure Amounts**

*Farmington, CT*

*153*

Kimco 9.1 Production Database
Lease Summary

ARLADO4I        AR4151-A   Page   1
KIM2            V980924    SUSANCTI

Tenant   TTSA///00 TSA Stores, Inc.                    From  0/00/00 To  4/18/16        Scan
Project  SCTP0548/ WEST FARM SHOPPING CENTER                                           Deposits All Zero
Lease    LSPORAU00 Sports Authority

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 11/21/12 | G 0324029 001 | Tenant Water - 07/01/12 | 2810.41 | 622.27 |
| 4/19/13 | R 2562224 002 | Real Estate Tax Reconciliation | 62192.97 | 32.39 |
| 6/12/15 | G 0441817 001 | CAM Reconciliation | 2790.89- | 2790.89- |
| 7/01/15 | C 2035006 001 | 553706 UCR | 3110.00- | 1104.31- |
| 11/20/15 | R 3268309 002 | Real Estate Tax Reconciliation | 1203.44 | 1203.44 |
| 2/01/16 | R 3302028 001 | Base Rent | 16666.66 | 16666.66 |
| 2/01/16 | R 3302028 002 | Insurance | 1209.00 | 1209.00 |
| 2/01/16 | R 3302028 003 | AI - Temp Storage | 500.00 | 500.00 |
| 2/01/16 | R 3302028 004 | Common Area Maintenance | 4052.13 | 4052.13 |
| 2/17/16 | R 3233351 002 | CAM Reconciliation | 132.71 | 132.71 |
| 3/01/16 | R 3327468 001 | Base Rent | 16666.66 | 16666.66 |
| 3/01/16 | R 3327468 002 | Insurance | 1209.00 | 1209.00 |
| 3/01/16 | R 3327468 003 | AI - Temp Storage | 500.00 | 500.00 |
| 3/01/16 | R 3327468 004 | Common Area Maintenance | 4052.13 | 4052.13 |
| 3/16/16 | R 3346336 002 | Real Estate Tax Reconciliation | 70462.30 | 70462.30 |

Prior          .00          Net          113411.49          End          113411.49

End of report

*335 Pompano Beach*

4/18/16    KIM2                                                                ARLAD04I    AR4151-A    Page
14:56:24    QPADEV003G                                                                      KIM2    V980924    1
                                                                                                    SUSANCTI

Kimco 9.1 Production Database
Lease Summary

From  0/00/00 To  4/18/16

Scan                    Deposits All Zero

Tenant   TTSA//00 TSA Stores, Inc.
Project  SFIP1617A POMPANO POINTE S.C.
Lease    LSPORAU00 Sports Authority

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 12/10/15 | R 3278978 002 | Real Estate Tax Reconciliation | 73013.45 | 73013.45 |
| 12/10/15 | R 3278978 003 | Sales Tax | 4380.81 | 4380.81 |
| 2/01/16 | R 3301613 001 | Base Rent | 58921.67 | 58921.67 |
| 2/01/16 | R 3301613 002 | Sales Tax | 3535.30 | 3535.30 |
| 2/01/16 | R 3301613 003 | Common Area Maintenance | 8838.25 | 8838.25 |
| 2/01/16 | R 3301613 004 | Sales Tax | 530.30 | 530.30 |
| 3/01/16 | R 3327213 001 | Base Rent | 58921.67 | 58921.67 |
| 3/01/16 | R 3327213 002 | Sales Tax | 3535.30 | 3535.30 |
| 3/01/16 | R 3327213 003 | Common Area Maintenance | 8838.25 | 8838.25 |
| 3/01/16 | R 3327213 004 | Sales Tax | 530.30 | 530.30 |
| 3/11/16 | R 3345471 002 | CAM Reconciliation | 8465.31 | 8465.31 |
| 3/11/16 | R 3345471 003 | Sales Tax | 507.92 | 507.92 |

Prior          .00          Net    230018.53          End    230018.53

End of report

4/18/16    KIM2    QPADEV003G
14:37:16

Kimco 9.1 Production Database
Lease Summary

ARLAD04I    AR4151-A    Page    1
KIM2    V980924    SUSANCII

Scan

Deposits All Zero

Tenant    TTSA//00 TSA Stores, Inc.            From  0/00/00 To  4/18/16
Project   SDBW1038B BRANDYWINE COMMONS
Lease     LSPORAU00 Sports Authority

Wilmington DE    455

| Date | Document | Description | Amount | Outstanding |
|------|----------|-------------|--------|-------------|
| 1/27/14 | R 2769297 001 | CAM Reconciliation | 52353.65 | 12580.25 |
| 4/21/15 | R 3111523 002 | CAM Reconciliation | 13218.00 | 13218.00 |
| 12/14/15 | R 3279185 002 | Real Estate Tax Reconciliation | 17068.80 | 17068.80 |
| 12/17/15 | R 3279589 002 | Real Estate Tax Reconciliation | 45789.34 | 45789.34 |
| 1/01/16 | R 3300790 002 | Tenant Exp-Water/Sewer | 27.00 | 27.00 |
| 1/15/16 | R 3310792 002 | CAM Reconciliation | 3418.64 | 3418.64 |
| 2/01/16 | R 3307636 001 | Base Rent | 38820.83 | 38820.83 |
| 2/01/16 | R 3307636 002 | Common Area Maintenance | 4887.01 | 4887.01 |
| 2/01/16 | R 3307636 003 | Tenant Exp-Water/Sewer | 27.00 | 27.00 |
| 3/01/16 | R 3328465 001 | Base Rent | 38820.83 | 38820.83 |
| 3/01/16 | R 3328465 002 | Common Area Maintenance | 4887.01 | 4887.01 |
| 3/01/16 | R 3328465 003 | Tenant Exp-Water/Sewer | 27.00 | 27.00 |
| 4/01/16 | R 3347988 003 | Tenant Exp-Water/Sewer | 27.00 | 27.00 |

| | Prior | Net | End |
|--|-------|-----|-----|
| | .00 | 179598.71 | 179598.71 |

END of report

*Cherry Hill, NJ* 495

| | | | | | ARLAD04I    AR4151-A    Page    1 |
| | | | | | KIM2    V980924    SUSANCTI |

Kimco 9.1 Production Database
Lease Summary

Scan
Deposits All Zero

Tenant   TTSA//00 TSA Stores, Inc.
Project  SNUC1014B HILLVIEW SHOPPING CENTER
Lease    LSPORAU00 Sports Authority

From 7/01/15 To 4/19/16

| Date | Document | Description | Amount | Outstanding |
|------|----------|-------------|--------|-------------|
| 7/09/15 | R 3172289 004 | Real Estate Tax Reconciliation | 1177.11 | 1177.11 |
| 12/17/15 | R 3279362 002 | Real Estate Tax Reconciliation | 49605.81 | 49605.81 |
| 12/17/15 | R 3279548 002 | Real Estate Tax Reconciliation | 4385.06 | 4385.06 |
| 12/21/15 | G 0463277 001 | Tenant Sewer - 10/01/15 | 914.09 | 914.09 |
| 12/21/15 | R 3286279 002 | Real Estate Tax Reconciliation | 49605.80 | 49605.80 |
| 2/01/16 | R 3308286 001 | Base Rent | 75000.00 | 75000.00 |
| 2/01/16 | R 3308286 002 | Common Area Maintenance | 4166.67 | 4166.67 |
| 3/01/16 | R 3329075 001 | Base Rent | 75000.00 | 75000.00 |
| 3/01/16 | R 3329075 002 | Common Area Maintenance | 4166.67 | 4166.67 |
| 3/21/16 | R 3346317 002 | Real Estate Tax Reconciliation | 52631.58 | 52631.58 |
| 3/21/16 | R 3346317 004 | Real Estate Tax Reconciliation | 510.99 | 510.99 |
| 3/22/16 | R 3346570 002 | CAM Reconciliation | 14905.51- | 14905.51- |

| | | | | |
| Prior | 37375.81- | Net | 302258.27 | End | 264882.46 |

End of report

4/19/16    KIM2                                                                                                          ARLAD04I    AR4151-A    Page    1
17:05:01    QPADEV0041                                                                                                   KIM2        V980924     SUSANCTI

482

Elmsford, NY

Kimco 9.1 Production Database
Lease Summary
                                                                                                    Scan
                                                                                                                            Deposits All Zero

Tenant      TTSA//00 TSA Stores, Inc.                                        From  7/01/15 To  4/19/16
Project     SNYE1706/ ELMSFORD CENTER 2
Lease       LSPORAU00 Sports Authority

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 1/29/16 | G 0465953 001 | PYT 3115492 04/15 06/30/15 | 20554.96 | 20554.96 |
| 2/01/16 | R 3302632 001 | Base Rent | 102966.50 | 102966.50 |
| 2/19/16 | R 3323616 002 | CAM Reconciliation | 9134.69 | 9134.69 |
| 2/19/16 | R 3333471 002 | Real Estate Tax Reconciliation | 242384.52 | 242384.52 |
| 3/01/16 | R 3328080 001 | Base Rent | 102966.50 | 102966.50 |

Prior                          Net                          End
158.34                      478007.17                    478165.51

End of report

4/18/16   KIM2                                    Kimco 9.1 Production Database                          ARLAD04I        AR4151-A   Page   1
14:37:57  QPADEV003G                                      Lease Summary                                 KIM2            V980924    SUSANCII

*Towson MD*

*514*

Tenant    TTSA/I/00 TSA Stores, Inc.                           Scan                                      Deposits All Zero
Project   SMDT1104B TOWSON PLACE                               From  0/00/00 To  4/18/16
Lease     LSPORAU00 Sports Authority

| Date | Document | Description | Amount | Outstanding |
|------|----------|-------------|--------|-------------|
| 5/08/13 | R 2573816 002 | CAM Reconciliation | 2465.69- | 2465.69- |
| 5/21/14 | R 2863082 002 | CAM Reconciliation | 1841.95 | 1839.64 |
| 12/05/14 | R 3010152 002 | Real Estate Tax Reconciliation | 51013.06 | 1112.91 |
| 1/01/15 | R 3016271 001 | Base Rent | 50166.67 | 871.02 |
| 4/29/15 | R 3115822 002 | CAM Reconciliation | 16760.18 | 1838.33 |
| 2/01/16 | R 3308263 001 | Base Rent | 53750.00 | 53750.00 |
| 2/01/16 | R 3308263 002 | Common Area Maintenance | 2930.04 | 2930.04 |
| 3/01/16 | R 3329052 001 | Base Rent | 53750.00 | 53750.00 |
| 3/01/16 | R 3329052 002 | Common Area Maintenance | 2930.04 | 2930.04 |
| 3/22/16 | R 3346014 002 | CAM Reconciliation | 13290.83 | 13290.83 |
| 3/22/16 | R 3346014 005 | CAM Reconciliation | 1294.96 | 1294.96 |

Prior        .00        Net        131142.08        End        131142.08

End of report

4/18/16  KIM2  QPADEV003G
14:44:56

*555*

*Thukwila N/A*

Kimco 9.1 Production Database
Lease Summary

ARIAD04I  AR4151-A  Page  1
KIM2  V980924  SUSANCII

Tenant   TTSA//00  TSA Stores, Inc.
Project  SWAT0050/ PARKWAY SUPER CENTER
Lease    LSPORAU00 Sports Authority

From 0/00/00 To 4/18/16

Scan
Deposits All Zero

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 1/25/16 | R 3311822 002 | Real Estate Tax Reconciliation | 53047.07 | 53047.07 |
| 2/01/16 | R 3307480 001 | Base Rent | 58564.00 | 58564.00 |
| 2/01/16 | R 3307480 002 | Common Area Maintenance | 2673.67 | 2673.67 |
| 3/01/16 | R 3331543 001 | Base Rent | 58564.00 | 58564.00 |
| 3/01/16 | R 3331543 002 | Common Area Maintenance | 2673.67 | 2673.67 |
| 3/24/16 | R 3358675 002 | CAM Reconciliation | 16649.98 | 16649.98 |
| 3/24/16 | R 3358676 002 | CAM Reconciliation | 2396.80 | 2396.80 |

| | Prior | Net | | |
|---|---|---|---|---|
| | .00 | 194569.19 | End | 194569.19 |

End of report

*5·58*

*Lake Stevens, WA*

Kimco 9.1 Production Database
Lease Summary

From  0/00/00 To  4/18/16

Scan

ARIAD04I   AR41151-A   Page   1
KIM2   V980924   SUSANCTI

Deposits All Zero

Tenant   TTSA//00 TSA Stores, Inc.
Project  SWAL1486S FRONTIER VILLAGE SHOPPING CTR.
Lease    LSPORAU00 Sports Authority

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 2/24/14 | R 2793771 007 | CAM Reconciliation | 3475.07 | 835.08 |
| 5/21/15 | R 3140034 002 | CAM Reconciliation | 1630.03 | 47.75 |
| 5/21/15 | R 3140034 007 | CAM Reconciliation | 3464.08 | 3464.08 |
| 1/25/16 | R 3311650 002 | Real Estate Tax Reconciliation | 58211.95 | 58211.95 |
| 2/01/16 | R 3307330 001 | Base Rent | 39693.50 | 39693.50 |
| 2/01/16 | R 3307330 002 | Insurance | 567.05 | 567.05 |
| 2/01/16 | R 3307330 003 | Common Area Maintenance | 3733.00 | 3733.00 |
| 3/01/16 | R 3311396 001 | Base Rent | 39693.50 | 39693.50 |
| 3/01/16 | R 3311396 002 | Insurance | 567.05 | 567.05 |
| 3/01/16 | R 3311396 003 | Common Area Maintenance | 3733.00 | 3733.00 |
| 3/07/16 | R 3344378 002 | CAM Reconciliation | 1279.13 | 1279.13 |
| 3/07/16 | R 3344378 004 | CAM Reconciliation | 6618.44 | 6618.44 |
| 3/07/16 | R 3344378 007 | CAM Reconciliation | 2583.32 | 2583.32 |

| | Prior | | Net | | End |
|---|---|---|---|---|---|
| | .00 | | 161026.85 | | 161026.85 |

End of report

4/19/16   KIM2
17:11:03   QPADEV0041

679
San Diego, CA

Kimco 9.1 Production Database
Lease Summary

From  7/01/15 To  4/19/16

Scan

ARLAD04I        AR4151-A   Page   1
KIM2    V980924   SUSANCTI

Deposits All Zero

Tenant     TTSA//00 TSA Stores, Inc.
Project    SCAS0039/ VISTA BALBOA CENTER
Lease      LSPORAU00 Sports Authority

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 1/07/16 | C 2116275 001 | 568432 01/16 Cam | 62198.89- | 217.33- |
| 2/01/16 | R 3310199 001 | Base Rent | 57538.50 | 57538.50 |
| 2/01/16 | R 3310199 002 | Insurance | 313.06 | 313.06 |
| 2/01/16 | R 3310199 003 | Common Area Maintenance | 4130.00 | 4130.00 |
| 2/08/16 | R 3322065 002 | CAM Reconciliation | 11425.18 | 11425.18 |
| 2/08/16 | R 3322065 005 | CAM Reconciliation | 8190.82 | 8190.82 |
| 2/23/16 | R 3341186 002 | Real Estate Tax Reconciliation | 46427.34 | 46427.34 |
| 3/01/16 | R 3332859 001 | Base Rent | 57538.50 | 57538.50 |
| 3/01/16 | R 3332859 002 | Insurance | 313.06 | 313.06 |
| 3/01/16 | R 3332859 003 | Common Area Maintenance | 4130.00 | 4130.00 |
| 4/06/16 | C 2153844 001 | 572807 | 62198.89- | 217.33- |

| Prior | | Net | End | |
|---|---|---|---|---|
| 1545.23 | | 189571.80 | 191117.03 | |

End of report

4/19/16   KIM2   QPADEV0041
17:13:45

*707*
*Maple Grove, MN*

ARLAD04I   AR41S1-A   Page   1
KIM2   V980924   SUSANCTI

Kimco 9.1 Production Database
Lease Summary

From   7/01/15 To   4/19/16          Scan          Deposits All Zero

Tenant   TTSA//00 TSA Stores, Inc.
Project  SNRM0014/ ARBOR LAKES RETAIL CENTER
Lease    LSPORAU00 Sports Authority

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 7/01/15 | R 3153959 001 | Base Rent | 45193.65 | 148.18 |
| 12/21/15 | G 0463127 001 | Tenant Wtr/Swr - 09/15/15 | 318.50 | 318.50 |
| 1/01/16 | R 3283470 003 | Real Estate Tax | 17794.66 | 973.40 |
| 2/01/16 | R 3303491 001 | Base Rent | 45193.65 | 45193.65 |
| 2/01/16 | R 3303491 002 | Common Area Maintenance | 5141.48 | 5141.48 |
| 2/01/16 | R 3303491 003 | Real Estate Tax | 17794.66 | 17794.66 |
| 3/01/16 | R 3325301 001 | Base Rent | 45193.65 | 45193.65 |
| 3/01/16 | R 3325301 002 | Common Area Maintenance | 5141.48 | 5141.48 |
| 3/01/16 | R 3325301 003 | Real Estate Tax | 17794.66 | 17794.66 |
| 4/02/16 | R 3369618 002 | CAM Reconciliation | 4295.17 | 4295.17 |
| 4/02/16 | R 3369618 005 | Insurance Reconciliation | 2143.17 | 2143.17 |

| Prior | Net | End |
|---|---|---|
| 15911.22 | 144138.00 | 160049.22 |

End of report

4/19/16   KIM2                                          Kimco 9.1 Production Database                                        ARLRAD04I   AR4151-A   Page   1
17:14:47   QPADEV0041                                            Lease Summary                                              KIM2        V980924    SUSANCTI

*733 Clackamas OR*

Deposits All Zero

Tenant    TTSA//00 TSA Stores, Inc.
Project   SORC1377A CLACKAMAS PROMENADE
Lease     LSPORAU00 Sports Authority                           From  7/01/15  To  4/19/16   Scan

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 11/23/15 | G 0460628 001 | Tenant Sewer - 12/23/14 | 692.76 | 692.76 |
| 11/23/15 | G 0460628 002 | Tenant Sewer - 02/01/15 | 692.76 | 692.76 |
| 11/23/15 | G 0460628 003 | Tenant Sewer - 02/24/15 | 692.76 | 692.76 |
| 11/23/15 | G 0460628 004 | Tenant Sewer - 03/25/15 | 692.76 | 692.76 |
| 11/23/15 | G 0460628 005 | Tenant Sewer - 04/23/15 | 692.76 | 692.76 |
| 11/23/15 | G 0460628 006 | Tenant Sewer - 05/26/15 | 432.98 | 432.98 |
| 11/23/15 | G 0460628 007 | Tenant Sewer - 06/24/15 | 428.30 | 428.30 |
| 11/23/15 | G 0460628 008 | Tenant Sewer - 07/29/15 | 439.97 | 439.97 |
| 11/23/15 | G 0460628 009 | Tenant Sewer - 08/26/15 | 439.97 | 439.97 |
| 11/23/15 | G 0460628 010 | Tenant Sewer - 09/24/15 | 436.34 | 436.34 |
| 11/23/15 | G 0460628 011 | Tenant Sewer - 10/27/15 | 434.55 | 434.55 |
| 2/01/16 | R 3306968 001 | Base Rent | 48750.00 | 48750.00 |
| 2/01/16 | R 3306968 002 | Insurance | 533.93 | 533.93 |
| 2/01/16 | R 3306968 003 | Common Area Maintenance | 5828.57 | 5828.57 |
| 2/19/16 | R 3331603 002 | Real Estate Tax Reconciliation | 27337.46 | 27337.46 |
| 2/19/16 | R 3331603 004 | Real Estate Tax Reconciliation | 81357.56 | 81357.56 |
| 3/01/16 | R 3331034 001 | Base Rent | 48750.00 | 48750.00 |
| 3/01/16 | R 3331034 002 | Insurance | 533.93 | 533.93 |
| 3/01/16 | R 3331034 003 | Common Area Maintenance | 5828.57 | 5828.57 |
| 3/16/16 | R 3346184 002 | CAM Reconciliation | 19069.23 | 19069.23 |
| 3/31/16 | G 0470354 001 | Tenant Sewer - 11/24/15 | 434.55 | 434.55 |

Prior    19332.11          Net    244499.71          End    263831.82

End of report

4/18/16    KIM2    QPADEV003G

14:37:41

St Peters, MO    752

Kimco 9.1 Production Database
Lease Summary

ARLAD04I    AR4151-A    Page    1
KIM2    V980924    SUSANCII

Deposits All Zero

Tenant    TTSA//100 TSA Stores, Inc.
Project    SMOS0840/ CAVE SPRINGS S.C.
Lease    LSPORAU00 Sports Authority

From    0/00/00 To    4/18/16    Scan

| Date | Document | Description | Amount | Outstanding |
|------|----------|-------------|--------|-------------|
| 11/03/11 | R 2130924 002 | CAM Reconciliation | 2667.56- | 1185.45- |
| 1/31/14 | R 2779741 005 | CAM Reconciliation | 999.17 | 475.02 |
| 2/24/15 | R 3057794 002 | CAM Reconciliation | 78.21 | 78.21 |
| 2/24/15 | R 3057794 005 | CAM Reconciliation | 28.22 | 28.22 |
| 2/24/15 | R 3057794 007 | CAM Reconciliation | 138.76 | 138.76 |
| 2/24/15 | R 3057794 010 | CAM Reconciliation | 304.02 | 304.02 |
| 1/01/16 | R 3283643 002 | Common Area Maintenance | 2986.59 | 67.06 |
| 1/25/16 | R 3311498 002 | CAM Reconciliation | 61.55- | 61.55- |
| 1/25/16 | R 3311498 005 | CAM Reconciliation | 772.76 | 772.76 |
| 1/25/16 | R 3311664 002 | Real Estate Tax Reconciliation | 65017.19 | 65017.19 |
| 2/01/16 | R 3303663 001 | Base Rent | 36207.79 | 36207.79 |
| 2/01/16 | R 3303663 002 | Common Area Maintenance | 2986.59 | 2986.59 |
| 3/01/16 | R 3325474 001 | Base Rent | 36207.79 | 36207.79 |
| 3/01/16 | R 3325474 002 | Common Area Maintenance | 2986.59 | 2986.59 |
| 3/08/16 | G 0468878 001 | CDSC.R2779741.1/14.2013 CAM (F | 475.02- | 475.02- |

Prior    .00    Net    143547.98    End    143547.98

End of report

4/18/16   KIM2   QPADEV0003G
14:35:23

*Roseville CA* ) *78S*

Kimco 9.1 Production Database
Lease Summary

From 0/00/00 To 4/18/16            Scan

ARLAD04I   AR4151-A   Page   1
KIM2   V980924   SUSANCTI
Deposits All Zero

Tenant  TTSA///00  TSA Stores, Inc.
Project  SCAR115C  STANFORD RANCH
Lease  LSPORAU00  Sports Authority

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 8/30/13 | R 2664673 002 | CAM Reconciliation | 8513.96 | 1368.27 |
| 11/17/14 | R 2988451 002 | CAM Reconciliation | 12161.04 | 1153.03 |
| 4/16/15 | R 3103514 002 | CAM Reconciliation | 15813.49 | 10149.43 |
| 8/14/15 | R 3195701 002 | CAM Reconciliation | 7441.32 | 7441.32 |
| 10/21/15 | R 3248351 002 | CAM Reconciliation | 3857.50 | 3857.50 |
| 2/01/16 | R 3306238 001 | Base Rent | 42469.40 | 42469.40 |
| 2/08/16 | R 3322031 002 | CAM Reconciliation | 8131.06 | 8131.06 |
| 2/29/16 | R 3343583 002 | Real Estate Tax Reconciliation | 53719.59 | 53719.59 |
| 3/01/16 | R 3303004 001 | Base Rent | 42469.40 | 42469.40 |

Prior   .00        Net   170759.00        End   170759.00

End of report

4/18/16   KIM2
14:34:59  QPADEV003G

792 MESA, A2

Kimco 9.1 Production Database
Lease Summary
From  0/00/00 To  4/18/16          Scan

ARLAD04I   AR4151-A   Page  1
KIM2       V980924    SUSANCTI
Deposits All Zero

Tenant   TTSA//00 TSA Stores, Inc.
Project  SA2MI178/ MESA RIVERVIEW
Lease    LSPORAU00 Sports Authority

| Date | Document | Description | Amount | Outstanding |
|------|----------|-------------|--------|-------------|
| 6/11/15 | R 3150710 005 | CAM Reconciliation | 6677.07 | 3540.32 |
| 6/11/15 | R 3150710 007 | Sales Tax | 150.24 | 150.24 |
| 6/11/15 | R 3150710 009 | CAM Reconciliation | 4345.09 | 4345.09 |
| 6/11/15 | R 3150710 010 | Sales Tax | 97.76 | 97.76 |
| 7/01/15 | R 3158783 003 | Common Area Maintenance | 6857.00 | 1106.92 |
| 7/01/15 | R 3158783 004 | Sales Tax | 154.28 | 24.89 |
| 8/01/15 | R 3179618 003 | Common Area Maintenance | 6857.00 | 1106.92 |
| 8/01/15 | R 3179618 004 | Sales Tax | 154.28 | 24.89 |
| 9/01/15 | R 3204764 003 | Common Area Maintenance | 6857.00 | 1106.92 |
| 9/01/15 | R 3204764 004 | Sales Tax | 154.28 | 24.89 |
| 10/01/15 | R 3225658 003 | Common Area Maintenance | 6857.00 | 1106.92 |
| 10/01/15 | R 3225658 004 | Sales Tax | 154.28 | 24.89 |
| 11/01/15 | R 3246586 003 | Common Area Maintenance | 6857.00 | 1106.92 |
| 11/01/15 | R 3246586 004 | Sales Tax | 154.28 | 24.89 |
| 12/01/15 | R 3267787 003 | Common Area Maintenance | 6857.00 | 1106.91 |
| 12/01/15 | R 3267787 004 | Sales Tax | 154.28 | 24.90 |
| 1/01/16 | R 3286515 003 | Common Area Maintenance | 6857.00 | 1106.91 |
| 1/01/16 | R 3286515 004 | Sales Tax | 154.28 | 24.90 |
| 2/01/16 | R 3309200 001 | Base Rent | 57324.58 | 57324.58 |
| 2/01/16 | R 3309200 002 | Sales Tax | 1289.80 | 1289.80 |
| 2/01/16 | R 3309200 003 | Common Area Maintenance | 6857.00 | 6857.00 |
| 2/01/16 | R 3309200 004 | Sales Tax | 154.28 | 154.28 |
| 2/19/16 | R 3333480 001 | Late Fee | 50.00 | 50.00 |
| 3/01/16 | R 3331849 001 | Base Rent | 57324.58 | 57324.58 |
| 3/01/16 | R 3331849 002 | Sales Tax | 1289.80 | 1289.80 |
| 3/01/16 | R 3331849 003 | Common Area Maintenance | 6857.00 | 6857.00 |
| 3/01/16 | R 3331849 004 | Sales Tax | 154.28 | 154.28 |
| 3/04/16 | R 3344467 002 | Real Estate Tax Reconciliation | 57322.25 | 57322.25 |
| 3/04/16 | R 3344467 003 | Sales Tax | 1289.75 | 1289.75 |
| 4/01/16 | R 3355200 003 | Common Area Maintenance | 6857.00 | 1106.91 |
| 4/01/16 | R 3355200 004 | Sales Tax | 154.28 | 24.90 |

| Prior | Net | End |
|-------|-----|-----|
| .00 | 207101.21 | 207101.21 |

## **<u>EXHIBIT C</u>**

**Documentation of the Maple Grove Mechanic's Lien**

| MECHANIC'S LIEN STATEMENT | |
|---|---|
| | (reserved for recording data) |

## MECHANIC'S LIEN STATEMENT
## PURSUANT TO MINN. STAT.§ 514.08 SUBD. 2

1.   Please take notice that it is the intention of Northern Air Corporation d/b/a NAC Mechanical & Electrical Services, a Minnesota corporation, to claim and hold a lien upon the land in Hennepin County, Minnesota, described as follows:

      Lot 3, Block 4, Arbor Lakes, Hennepin County, Minnesota.

and more commonly referred to as 12530 Elm Creek Boulevard North, Maple Grove, MN 55369-7050

The name and mailing address (and license number, if applicable) of the lien claimant is

      Northern Air Corporation d/b/a NAC Mechanical & Electrical Services
      1001 Labore Industrial Court
      Vadnais Heights, MN 55110

2.   The amount of the lien claimed is $12,225.21, plus interest, attorneys' fees and costs, and is due and owing to the lien claimant for labor performed and skill, material and machinery furnished to the land in general construction including, but not limited to, installation of HVAC and plumbing work.

3.   The lien claimant's contribution to the improvement was performed or furnished for or to the following person(s).

      Sports Authority
      12530 Elm Creek Boulevard North
      Maple Grove, MN 55369-7050

      Kir Maple Grove L.P.
      c/o Kimco Rlty Corp Box 5020
      3333 New Hyde Pk Road, Suite 100
      New Hyde Park, NY 11042-0020

4.   The claimant's first item of contribution was December 23, 2015.  Its last date of work was January 20, 2016.

5.   The name of the present owners of the land according to the best information lien claimant now has are:

      Kir Maple Grove L.P.
      c/o Kimco Rlty Corp Box 5020
      3333 New Hyde Pk Road, Suite 100
      New Hyde Park, NY 11042-0020

8.   The lien claimant acknowledges that a copy of this statement must be served personally or by certified mail on the owner, the authorized agent of the owner or the person who entered into the contract with the lien claimant within 120 days of doing the last work or furnishing the last item of such skill, material or machinery.

9.      Notice as required by Minnesota Statutes Section 514.011, subd. 2, if any, was given.

_____
Signature

STATE OF MINNESOTA          }   ss.            Check here if part or all of the land is Registered (Torrens) ☐
COUNTY OF HENNEPIN          }

Lynn Bishop, being duly sworn, on oath says that he is the President of Northern Air Corporation d/b/a NAC Mechanical & Electrical Services, the lien claimant and has knowledge of the facts in this statement.  This statement is made by, or at the instance of, the lien claimant and is true of my own knowledge.

_____
Signature

Subscribed and sworn to before me on
(Date) __3/25/2016_____

_____
SIGNATURE OF NOTARY PUBLIC OR OTHER OFFICIAL

THIS INSTRUMENT WAS DRAFTED BY (NAME AND ADDRESS):

Justin P. Short, Esq.
Best & Flanagan LLP
60 South Sixth Street, Suite 2700
Minneapolis, MN  55402
(612) 339-7121

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK):



BRENDA K SJERVEN
NOTARY PUBLIC
MINNESOTA
My Commission Expires JAN. 31, 2018

014938/201288/2343786_1



Doc No **A10298821**

Certified, filed and/or recorded on
Mar 31, 2016 1:29 PM

Office of the County Recorder
Hennepin County, Minnesota
Martin McCormick, County Recorder
Mark Chapin, County Auditor and Treasurer

| Deputy 77 | Pkg ID 1371189C |
|---|---|
| Attested Copy or Duplicate Original | $4.00 |
| Document Recording Fee | $46.00 |
| ***Document Total*** | $50.00 |

This cover sheet is now a permanent part of the recorded document.