# EXHIBIT A

# Statement

**Rosebud SA Camelback One, LLC.**
101 SE 4th Ave
Delray Beach, FL 33483

Account: 30050 - OP1 - sportsaz

Date: 04/05/16

Payment: _____

**Sports Authority**
**Attn: Accounting**
**1050 West Hampden Avenue**
**Englewood, CO  80110**

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
|  | Balance Forward |  |  | 0.00 |
| 02/10/16 | 2nd half 2015 Real Estate Taxes | 89,657.77 |  | 89,657.77 |
| 02/10/16 | Sales Tax | 2,600.07 |  | 92,257.84 |
| 03/01/16 | Base Rent (03/2016) | 96,653.67 |  | 188,911.51 |
| 03/01/16 | Sales Tax (03/2016) | 2,802.96 |  | 191,714.47 |
| 03/01/16 | CAM - Basic - Estimated (03/2016) | 9,141.00 |  | 200,855.47 |
| 03/01/16 | Sales Tax (03/2016) | 265.09 |  | 201,120.56 |
| 04/01/16 | Base Rent (04/2016) | 281.79 |  | 201,402.35 |
| 04/01/16 | Sales Tax (04/2016) | 8.18 |  | 201,410.53 |
| 04/01/16 | CAM - Basic - Estimated (04/2016) | 26.64 |  | 201,437.17 |
| 04/01/16 | Sales Tax (04/2016) | 0.77 |  | 201,437.94 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 317.38 | 201,120.56 | 0.00 | 0.00 | 201,437.94 |