# EXHIBIT B

**Rosebud SA Camelback One, LLC.**
101 SE 4th Avenue
Delray Beach, FL 33483

Sports Authority
1050 West Hampden Avenue
Englewood, CO 80110

Date: 2/10/2016

# INVOICE

| Description | Due |
|---|---|
| **2015 Real Estate Tax Bill** | |
| Maricopa County Treasurer 163-25-017 | |
| 2nd Half of 2015 Real Estate Tax Bill | 89,657.77 |
| Amount Due | 89,657.77 |
| Sales Tax | 2,600.08 |
| **TOTAL** | **$92,257.85** |

*Payment Due Upon Receipt!*

## PARCEL/ACCOUNT # 163-25-017

Property taxes are mailed once a year. If you change mailing address, pay off a Mortgage that pays your taxes or purchase after the cut off, you may not receive a bill, it is important to update your mailing address with the Treasurer's Office because taxes are due even if a bill is not received.

http://treasurer.maricopa.gov
(602) 506-8511

**Charles "Hos" Hoskins**
**MARICOPA COUNTY TREASURER**
301 W JEFFERSON ST — Room 100
PHOENIX, AZ 85003-2199

Sign up for
**Parcel Watch**
and receive tax bill notifications via email
http://treasurer.maricopa.gov

38  60  ******************SCH 3-DIGIT 334
ROSEBUD SA CAMELBACK ONE LLC
324 ROYAL PALM WAY STE 100
PALM BEACH FL 33480-4325

**MARICOPA COUNTY CONSOLIDATED 2015 PROPERTY TAX STATEMENT**

So we can provide you with more of the information you want regarding your property taxes...

**Detailed tax information is now on the other side**

### Your 2015 Property Tax Summary for Parcel # 163-25-017   (MD1-10506=PRTCNTL)

|  | 2014 | Ratio | Assessed | 2015 | Ratio | Assessed |
|---|---|---|---|---|---|---|
| Limited Value (Primary) | 5,982,700 | .190 | 1,136,713 | 6,268,700 | .185 | 1,159,710 |
| Full Cash Value (Secondary) | 5,982,700 | .190 | 1,136,713 | 6,268,700 | | |

Previous Year Total     $169,624.86                    Total 2015 Assessed Taxes    $179,315.54

### WHO IS ACCOUNTABLE FOR MY 2015 PROPERTY TAXES?

A) Your elected State Officials have levied............................................ 7,484.77
B) Your elected County Board of Supervisors have levied............. 18,408.08
C) Your combined elected School Boards have levied a total of.... 84,226.26
D) Voters of your district approved to impose................................... 51,386.76
E) Your elected City Council has levied.............................................. 15,556.35
F) Independent special district boards combined to impose........... 2,253.32

Your total 2015 Property Taxes for this parcel are................... $179,315.54

**Find the answers to FAQ (Frequently Asked Questions) at http://treasurer.maricopa.gov**

### Payments

**First half tax is due 10/1/15.** Interest penalty after 5pm on 11/2/15.

**Second half tax is due 3/1/16.** Interest penalty after 5pm on 5/2/16.

If the entire amount is paid in full by 12/31/15, no interest is charged.

Interest on late payments is 16% per year (ARS § 42-18053).

**Pay with E-Check:** Contact your bank or visit our web site. No service fees when paid using the Treasurer's Office website.

**Pay by credit card:** Third-party service fees apply. Visit our web site.

**Pay by check:** Mailed payments must be postmarked on or before the due date. Your cancelled check is your receipt. Legal payment exists when the check has cleared your bank. A $25 fee will be assessed for returned checks. Use enclosed envelope and payment coupon and write your parcel number on your check. U.S. funds only.

**Pay in person:** With the attached 2015 coupon, current year taxes can be paid in person using check or cash at any Arizona Chase Bank.

Please remember that your second half payment is due in March and no additional notification is sent.

**PARCEL/ACCOUNT #** 163-25-017

**Property Address:** 1625 E CAMELBACK RD

LEGAL DESCRIPTION  SEC/LOT 2  TWN/BLK  RNG/TR
ALBERTSON'S CAMELBACK MARKETPLACE MCR 448-45

*Property address is provided by the Maricopa County Assessor's Office*

**Own several properties?**
Bulk payments may be your answer. Visit http://treasurer.maricopa.gov to learn more about making payments on-line.

**Learn how your tax dollars are spent!**
More detailed information is available at http://treasurer.maricopa.gov. View your tax bill online, and find information about how your property taxes are allocated.

**View a map of delinquent parcels**
Check your property on our map! The map highlights properties that are behind in their taxes. It will also help you check to see if there are any "orphan" parcels associated with your real estate. Visit http://treasurer.maricopa.gov.

### PRIMARY LIMITED VALUES (PRI)

| TYPE | LIMITED | RATIO | ASSESSED |
|---|---|---|---|
| Land/Building | 6,268,700 | .185 | 1,159,710 |
| Personal Property | 0 | .185 | 0 |
| Exemption | | | 0 |
| Primary Total | 6,268,700 | .185 | 1,159,710 |

AREA CODE: 381300

### SECONDARY FULL CASH VALUES (SEC)

| TYPE | FULL CASH | RATIO | ASSESSED |
|---|---|---|---|
| Land/Building | 6,268,700 | | |
| Personal Property | | | |
| Exemption | | | |
| Secondary Total | 6,268,700 | | |

### SPECIAL DISTRICT (VALUE/ACRES/SQ.FT.) = ASSESSED  DIST #

A = ACRES, S = SQUARE FEET, D = DOLLAR ASSESSMENT

| District | Type | | Rate/100 | 2014 Amount | 2015 Amount | Change |
|---|---|---|---|---|---|---|
| MADISON ELEMENTARY | PRI | C | 2.4048 | 26,913.97 | 27,888.73 | +3.6% |
| MADISON ELEMENTARY BONDS | SEC | D | 1.2394 | 14,157.79 | 14,373.46 | +1.5% |
| MADISON ELEMENTARY OVERRIDES | SEC | D | 1.0120 | 11,246.63 | 11,736.27 | +4.4% |
| PHOENIX HIGH SCHOOL | PRI | C | 3.5951 | 38,842.60 | 41,692.71 | +7.3% |
| PHOENIX HIGH SCHOOL BONDS | SEC | D | .8485 | 8,226.38 | 9,840.14 | +19.6% |
| PHOENIX HIGH SCHOOL OVERRIDES | SEC | D | .5135 | 5,442.59 | 5,955.11 | +9.4% |
| COMMUNITY COLLEGE DIST | PRI | C | 1.2628 | 14,577.21 | 14,644.82 | +0.5% |
| COMMUNITY COLLEGE DIST BONDS | SEC | D | .2312 | 2,686.04 | 2,681.24 | -0.2% |
| STATE EQUALIZATION TAX | PRI | A | .5054 | 5,784.73 | 5,861.17 | +1.3% |
| **TOTAL FOR SCHOOLS / EDUCATION** | | | | **127,877.94** | **134,673.65** | |
| CITY OF PHOENIX | PRI | E | 1.3414 | 15,392.23 | 15,596.35 | +1.1% |
| VOTER-APPROVED CITY BONDS | SEC | D | .4786 | 5,295.95 | 5,550.37 | +4.8% |
| **TOTAL FOR CITY OF PHOENIX** | | | | **20,688.18** | **21,106.72** | |
| GENERAL COUNTY FUND | PRI | B | 1.3609 | 15,014.84 | 15,782.50 | +5.1% |
| **TOTAL FOR GENERAL COUNTY** | | | | **15,014.84** | **15,782.50** | |
| FLOOD CONTROL OF MARICOPA CTY | SEC | B | .1592 | 1,582.30 | 1,846.26 | +16.7% |
| CENTRAL AZ WATER CONSV DIST | SEC | A | .1400 | 1,591.40 | 1,623.60 | +2.0% |
| FIRE DISTRICT ASSISTANCE TAX | SEC | B | .0116 | 128.44 | 134.52 | +4.7% |
| LIBRARY DISTRICT | SEC | B | .0556 | 632.02 | 644.80 | +2.0% |
| MARICOPA SPECIAL HEALTH DIST. | SEC | F | .1943 | 2,109.74 | 2,253.32 | +6.8% |
| MARICOPA SPECIAL HEALTH DIST. BONDS | SEC | D | .1078 | 0.00 | 1,250.17 | 0.0% |
| **TOTAL FOR SPECIAL DISTRICTS** | | | | **6,043.90** | **7,752.67** | |
| **Grand Total** | | | | **169,624.86** | **179,315.54** | **+5.7%** |

---

**SECOND HALF**  $ 89,657.77

DETACH AND RETURN WITH PAYMENT

**PARCEL/ACCOUNT #** 163-25-017 8
PRINT THE ABOVE PARCEL / ACCOUNT NUMBER ON YOUR CHECK

**2015 SECOND HALF PAYMENT STUB**
**DUE MARCH 1, 2016**
**DELINQUENT AFTER MAY 2, 2016**

SN 0020150002 RT# 500001075 AN 16325017008000 TC 052133

Amount Paid    **U.S. FUNDS ONLY**
$

0020150002163250170080000521331001793155420008965777000000000000000000000000

ROSEBUD SA CAMELBACK ONE LLC
324 ROYAL PALM WAY STE 100
PALM BEACH FL 33480-4325

2

MAKE CHECK PAYABLE TO:
**Maricopa County Treasurer**
P O Box 52133
Phoenix, AZ  85072-2133

---

(Upper stub, inverted:)
**FIRST HALF** $ 89,657.87  **FULL YEAR**
First half tax is due 10/1/15
PARCEL/ACCOUNT # 163-25-017 8
PRINT THE ABOVE PARCEL / ACCOUNT NUMBER ON YOUR CHECK
Amount Paid
U.S. FUNDS ONLY
PLEASE CHECK WHICH PAYMENT APPLIES
DETACH AND RETURN WITH PAYMENT