Date: April 22, 2016

In re: SPORTS AUTHORITY HOLDINGS, INC., et al., Debtors
      Chapter 11
      Case No 16-10527 (MFW)

## CURE COST OBJECTION

Please note our objection to the Cure Costs of $53,689.90 for Lakha Kent Properties, LLC for Store # 041 located at 13026 SE Kent Kangley Rd, Kent, WA 98030.

As of today's date, the amount owing is $68,773.46 as per the detailed account ledger attached.

Sincerely,

PREMIER CENTERS MANAGEMENT
As agent for Owner – Lakha Kent Properties, LLC

Phone: 425-462-2505

Tenant Ledger
DBA Sports Authority TSA Stores, Inc. (sportsa)
LAKHA KENT PROPERTIES

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | Balance Forward | | | -1094.83 |
| 8/17/2015 | Billback/Berry Sign 50% deposit | 1,874.50 | | 779.67 |
| 8/28/2015 | Fred Meyer Inv#8939-removal trash | 109.5 | | 889.17 |
| 9/1/2015 | Rent (09/2015) | 23,532.67 | | 24,421.84 |
| 9/1/2015 | Common Area Maint (09/2015) | 2,621.29 | | 27,043.13 |
| 9/1/2015 | Real Estate Tax (09/2015) | 10,443.06 | | 37,486.19 |
| 9/1/2015 | Insurance (09/2015) | 245.42 | | 37,731.61 |
| 9/2/2015 | City of Kent/sewer 8/15 | 61.71 | | 37,793.32 |
| 9/8/2015 | chk# 559275  9/15 CAM | | 2,866.71 | 34,926.61 |
| 9/8/2015 | chk# 559275  9/15 Ins | | 267.42 | 34,659.19 |
| 9/8/2015 | chk# 559275  9/15 rent | | 23,532.67 | 11,126.52 |
| 9/29/2015 | chk# 560894  2015 2nd half retax | | 10,443.06 | 683.46 |
| 10/1/2015 | Rent (10/2015) | 23,532.67 | | 24,216.13 |
| 10/1/2015 | Common Area Maint (10/2015) | 2,621.29 | | 26,837.42 |
| 10/1/2015 | Insurance (10/2015) | 245.42 | | 27,082.84 |
| 10/5/2015 | chk# 561791  10/15 rent | | 23,532.67 | 3,550.17 |
| 10/5/2015 | chk# 561791  10/15 CAM | | 2,866.71 | 683.46 |
| 10/5/2015 | chk# 561791  10/15 Ins | | 267.42 | 416.04 |
| 10/7/2015 | Water District 7/15-9/15 | 274.12 | | 690.16 |
| 10/8/2015 | Berry Sign Inv#71313 & 8/17/2015 | 4,134.72 | | 4,824.88 |
| 10/13/2015 | Billback/Wayne's Inv#45806 | 1,642.50 | | 6,467.38 |
| 10/30/2015 | chk# 563521  Trash removal | | 109.5 | 6,357.88 |
| 11/1/2015 | Rent (11/2015) | 23,532.67 | | 29,890.55 |
| 11/1/2015 | Common Area Maint (11/2015) | 2,621.29 | | 32,511.84 |
| 11/1/2015 | Insurance (11/2015) | 245.42 | | 32,757.26 |
| 11/3/2015 | chk# 563859  11/15 Rents | | 23,532.67 | 9,224.59 |
| 11/3/2015 | chk# 563859  11/15 CAM | | 2,866.71 | 6,357.88 |
| 11/3/2015 | chk# 563859  11/15 Insurance | | 267.42 | 6,090.46 |
| 12/1/2015 | Rent (12/2015) | 23,532.67 | | 29,623.13 |
| 12/1/2015 | Common Area Maint (12/2015) | 2,621.29 | | 32,244.42 |
| 12/1/2015 | Insurance (12/2015) | 245.42 | | 32,489.84 |
| 12/1/2015 | Water District 10/01/15-10/31/15 | 61.71 | | 32,551.55 |
| 12/1/2015 | chk# 565788  11/15 Partial Rent | | 5,777.22 | 26,774.33 |
| 12/8/2015 | chk# 566451  11/15 C/I & 12/15 Rents | | 26,666.80 | 107.53 |
| 12/23/2015 | Billback Water Dist Water/Sewer 11/15 | 264 | | 371.53 |
| 12/29/2015 | Billback City of KEnt Inv#4081452304 | 61.71 | | 433.24 |
| 1/1/2016 | Rent (01/2016) | 23,532.67 | | 23,965.91 |
| 1/1/2016 | Common Area Maint (01/2016) | 3,114.42 | | 27,080.33 |
| 1/1/2016 | Insurance (01/2016) | 251.86 | | 27,332.19 |
| 1/5/2016 | chk# 568527  01/16 Rents | | 26,651.24 | 680.95 |
| 1/8/2016 | Billback City of Kent Inv#4081452304 12. | 61.71 | | 742.66 |
| 2/1/2016 | Rent (02/2016) | 23,532.67 | | 24,275.33 |
| 2/1/2016 | Common Area Maint (02/2016) | 3,114.42 | | 27,389.75 |
| 2/1/2016 | Insurance (02/2016) | 251.86 | | 27,641.61 |
| 2/2/2016 | Billback Water Dist #111 inv#570009 1.1 | 264 | | 27,905.61 |
| 2/3/2016 | Billback City of Kent Inv#408-14523.04 1 | 62.46 | | 27,968.07 |
| 3/1/2016 | Rent (03/2016) | 23,532.67 | | 51,500.74 |
| 3/1/2016 | Common Area Maint (03/2016) | 3,114.42 | | 54,615.16 |
| 3/1/2016 | Insurance (03/2016) | 251.86 | | 54,867.02 |
| 3/7/2016 | Billback City of Kent Inv#408-14523.04 2 | 62.46 | | 54,929.48 |
| 4/1/2016 | Rent (04/2016) | 23,532.67 | | 78,462.15 |
| 4/1/2016 | Common Area Maint (04/2016) | 3,114.42 | | 81,576.57 |
| 4/1/2016 | Insurance (04/2016) | 251.86 | | 81,828.43 |
| 4/4/2016 | chk# 572893  04/16 Rents | | 26,651.24 | 55,177.19 |
| 4/8/2016 | Billback Water Dist #111 Inv#570009 3.1 | 271.93 | | 55,449.12 |
| 4/12/2016 | Billback City of Kent Inv#408-14523.04 3 | 62.46 | | 55,511.58 |
| 4/21/2016 | 2016 1st Half Real Estate Tax | 13,261.88 | | 68,773.46 |



# Premier Centers Management

COMMERCIAL PROPERTY MANAGEMENT

Date: April 22, 2016

In re: **SPORTS AUTHORITY HOLDINGS, INC., et al., Debtors**
**Chapter 11**
**Case No 16-10527 (MFW)**

TO: Clerk of the Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801

TO: Young Conaway Stargatt & Taylor, LLP
Attn: Michael R Nestor, Esq and Andrew L Magaziner, Esq
Rodney Square
1000 North King Street
Wilmington, DE 19801

TO: Gibson, Dunn & Crutcher LLP
Attn: Robert A. Klyman, Esq. and Matthew J. Williams, Esq.
333 South Grand Avenue
Los Angeles, CA 90071

TO: Pachulski Stang Ziehl & Jones LLP
Attn: Hannah J. McCollum, Esq.
919 N Market Street, 17th Floor
Wilmington, DE 19801

TO: Riemer & Braunstein LLP
Attn: Donald E. Rothman, Esq.
Three Center Plaza
Boston, MA 02108

TO: Brown Rudnick LLP
Attn: Robert J. Stark, Esq and Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036

TO: Choate, Hall & Stewart LLP
Attn: Kevin J. Simard, Esq.
Two International Place
Boston, MA 02110

TO: O'Melveny & Meyers LLP
Attn: John J. Rapisardi, Esq.
7 Times Square, Broadway
New York, NY 10036

500 108TH AVENUE NE
SUITE #2050
BELLEVUE, WA 98004
P.O. BOX 52668
BELLEVUE, WA 98015
PHONE: 425.462.2505
FAX: 425.462.5186