## EXHIBIT A

## EVIDENCE SUPPORTING LANDLORD'S CALCULATION

<u>A-1</u>

<u>**COMMON AREA MAINTENANCE CHARGES**</u>
<u>**FOR MARCH OF 2016**</u>

#200566.2



Real Estate Investment Builders • Developers

FRITZ
DUDA
COMPANY

February 25, 2016

Sports Authority- Towngate
TSA Store #645
Attn: Real Estate Accounting - South
1050 West Hampden Avenue
Engelwood, CO 80110

Re:  **2016 Common Area Maintenance Estimates – Sports Authority, 12500 Day Street, Moreno Valley, CA  92553**

Dear Tenant,

The 2016 Common Area Maintenance budget is completed and the new 2016 impound amounts will be reflected on your statements starting with the March 2016 statement. Please find a summary of the monthly impound amounts for 2016 below.

| | |
|---|---|
| CAM | $ 8,379.69 |
| Insurance | $ 186.02 |

Please note that these new impound amounts are retroactive to January 2016 and an additional line item will be reflected on your March 2016 statement for the balance due for January and February of 2016 . Should you have any questions or comments, please feel free to give me a call at 949 723-7100, ext. 200.

Sincerely,

*Carolyn R. McBride*

Carolyn R. McBride
Assistant Property Manager

cc: Day Moreno Valley

5950 Berkshire Lane • Suite 800 • Dallas, TX 75225 • 972.616.8777 • Fax 972.991.5184
3425 Via Lido • Suite 250 • Newport Beach, CA 92663-3929 • 949.723.7100 • Fax 949.723.1141
212 West Kinzie Street • 5th Floor • Chicago, IL 60654 • 312.222.0085 • Fax 312.222.0552
4785 Caughlin Parkway • Reno, NV 89519 • 775.332.8251 • Fax 775.827.2185

<u>A-2</u>

**<u>UNPAID PROPERTY TAXES</u>**

#200566.2

# OFFICE OF THE TREASURER-TAX COLLECTOR
## RIVERSIDE COUNTY, CALIFORNIA

## Property Tax Payments - Search Results

Listed below are all taxes related to the assessment number you entered that are due at this time. If you entered a supplemental number and it is not listed below, it may be included in the Secured Prior Year Assessment or already paid.

If you received a corrected bill which gives an extended date allowing payment without penalty, you must mail your payment with the stub in the envelope provided. Payment must be postmarked on or before the extended date. **If you choose to make your payment online by credit card or electronic check, the amount will include penalty which will NOT be subsequently waived or refunded.**

To make a payment, select an option in the Payment List column.

For Secured and Supplemental property taxes the first installment must be paid on the Payment List before a second installment can be added.

Secured Assessments

| View | Assessment # | Installment | Due Date | Status | Amount | Payment List |
|---|---|---|---|---|---|---|
| View Tax Info | 291590034-1 | 1st | 12-10-2015 | Paid | $47,380.40 | Add To List |
|  |  | 2nd | 04-11-2016 | Due | $52,157.05 | Add To List |

Proceed to Payment List

**Before proceeding, please verify that this is the correct property to be paid by clicking the "View Tax Info" button. If the situs address does not match what was entered, return to the search screen and re-enter the situs address.**



**RIVERSIDE COUNTY**
VISIT US AT: www.CountyofRiverside.us

Choose a department . . . ▼

Select Language | ▼  Google Translate Disclaimer

Search

# OFFICE OF THE TREASURER-TAX COLLECTOR
## RIVERSIDE COUNTY, CALIFORNIA

**Home**   **Treasurer**   **Tax Collector**   **Forms & Fees**   **Quick Links**   **About**   **Contact Us**   **ALERTS!**

Tax Collector ▸ Property Tax Frequently Asked Questions ▸ Delinquent Property Taxes FAQ

*Redemption Information*

**Q. What happens if I fail to pay my property taxes on time?**
A. If you do not pay the first installment of your annual tax bill at the Tax Collector's Office by 5 p.m. On December 10* or payment is not postmarked by that time and date, then that installment becomes delinquent, and a 10% delinquent penalty is incurred. If you fail to pay the second installment at the Tax Collector's Office by 5 p.m. on April 10,* or payment is not postmarked by that time and date, it becomes delinquent, and a 10% penalty on the unpaid taxes as well as an administrative charge of $38.63 are added. Likewise, if you fail to pay any supplemental tax bill installment by the applicable delinquency date, the same penalties and charges accrue as for delinquent annual taxes.

If there are ANY unpaid taxes as of 5 p.m. on June 30, then the property becomes tax defaulted.** Once the property has become tax defaulted, a redemption fee of $36.77 and additional penalties begin to accrue at the rate of 1-1/2% per month of the unpaid taxes. This monthly penalty is added at 5 p.m. on the last day of each month (or the following business day if the last day of the month falls on a weekend or holiday).

**Q. What happens if I fail to pay my delinquent taxes?**
A. Your taxes can remain unpaid for a maximum of five years following their tax default, at which time your property becomes subject to the power of sale. This means that after giving official notice of the pending sale, the property will be sold at a public auction or acquired by a public agency if you do not pay the taxes before the date on which the property is offered for sale or acquisition.

**Q. What is the amount required to redeem tax defaulted property?**
A. The amount needed to redeem tax-defaulted property in full is the sum of the following:

1. The total amount of unpaid taxes for all delinquent years.
2. A 10% penalty on every unpaid installment.
3. A $38.63 administrative charge for each delinquent year.
4. Monthly penalties of 1-1/2% of the unpaid taxes accrued to date.
5. A redemption fee of $36.77.

**Q. How do I obtain an estimate of the amount required to redeem my property?**
A. To obtain an estimate of the amount required to redeem your property, you should contact the office of the Tax Collector by letter, telephone, or in person. The location and mailing address is County of Riverside, Treasurer-Tax Collector, 4080 Lemon Street, 1st Floor, Riverside; P.O. Box 12005, Riverside, CA 92502-2205. The telephone number is (951) 955-3900 or (877) 748-2689 for those taxpayers in the 951 and 760 area codes. Whether making your request by letter, phone, or in person, you will need to provide the assessment number which you can find on a previous tax bill, or the address or legal description of the property. Also, be sure to specify the date on which you wish to redeem so that the penalty can be calculated properly.

**Q. Can I redeem one delinquent year separately from other years?**
A. No, one year's delinquent taxes may not be redeemed separately from other years' delinquent taxes. When the redemption amount is calculated, the total taxes owed for all delinquent years are combined.

**Q. What happens if I cannot pay the full redemption amount?**
A. If you are unable to pay the full redemption amount (i.e., unpaid taxes for all delinquent years plus penalties and charges), you may open an installment plan of redemption. This plan allows you to make payments on your delinquent taxes over a five-year period beginning the date you open the installment account.

It is important to note that **if your tax bill includes special assessments** for the repayment of debt service obligations under the **Improvement Bond Act of 1915** of the Streets and Highways code, **and/or** special taxes for payment of debt service on bonds issued pursuant to **Mello-Roos Community Facilities Act of 1982 (CFD's), an installment payment account will not prevent or delay foreclosure** action on behalf of the bondholder pursuant to Section 53356.1 (a) of the Government Code.

**Q. How do I open an installment plan of redemption?**
A. 1. Make an initial payment of at least 20% of the redemption amount and
2. Pay your current year's taxes.
3. Pay a start-up fee of $19.22.
4. Sign and submit an Installment Payment Plan Application and Agreement

<u>A-3</u>

<u>GENERAL LIABILITY INSURANCE PREMIUM</u>
<u>FOR 2-3-14 TO 2-3-15</u>



| Account Number: | 3020975023 |
|---|---|
| Invoice Date: | 01/13/14 |
| Invoice Number: | 0011355426 |

**Invoice - CNA Direct**

**INVOICE SUMMARY**

| | |
|---|---|
| Previous Balance 01/11/13 | $18,636.00 |
| Payment/Adjustment 02/04/13 | -$18,636.00 |
| Balance Forward | $0.00 |
| New Charges - Due 02/04/14 | $19,482.00 |
| **Total Amount Due** | **$19,482.00** |

**Billing Questions:** 877-276-7507
Mon-Fri 7:00am - 7:00pm Central Time

**Agent/ CS&S/MESIROW
Broker:** CHICAGO, IL
877-276-7507

DAY MORENO VALLEY, LLC
C/O TONG ZHANG 1745 HERON RIDGE DRI
BLOOMFIELD HILLS MI 48302-
BLOOMFIELD HILLS MI 48302

**NEW CHARGES SUMMARY - Due 02/04/14**

| COVERAGE | COUNT | PAST DUE | NEW CHARGES | AMOUNT DUE | ACCOUNT BAL |
|---|---|---|---|---|---|
| General Liability | 1 | $0.00 | $17,882.00 | $17,882.00 | $17,882.00 |
| Commercial Umbrella | 1 | $0.00 | $1,600.00 | $1,600.00 | $1,600.00 |
| **Totals** | | **$0.00** | **$19,482.00** | **$19,482.00** | **$19,482.00** |

Unpaid premiums for which CNA has no written evidence of dispute will be subject to cancellation for non-payment of premiums. If you have any questions about your invoice, please call 877-276-7507 or visit www.cna.com/cnadirect for account terms and conditions.

**IMPORTANT   NOTICE**

If we do not receive the total amount due to retain current policy coverage by the due date on this invoice,
* You may be charged a late fee.
* The due date of your next installment will be accelerated to be due immediately.
- - - - - - - - - - - - - - -
This invoice includes policies or transactions processed as of 01/13/14. Any policies or transactions processed after this date will appear on future invoices.

Continental Casualty Company serves as the payment agent for the underwriting company that issued your policy. CNA is the registered trademark of CNA Financial Corporation.

Page  1 of  2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| Account Number: | 3020975023 |
|---|---|
| Invoice Number: | 0011355426 |
| Amount Due: | $19,482.00 |

Please include your account number with payment.

CNA INSURANCE
PO BOX 790094
ST. LOUIS MO 63179-0094

|ılıılıılıılıılıılı|ılıılı|ılıılıılıılı|ılıılıılıılı|

10  30209750238  000019482009  000019482009

<u>A-4</u>

<u>EARTHQUAKE INSURANCE PREMIUM</u>
<u>FOR 2-3-14 TO 2-3-15</u>

#200566.2

---------- I N V O I C E ----------

Day Moreno Valley, LLC
c/o Tong Zhang
2187 Lone Pine Road
West Bloomfield, MI  48322

**Invoice Date**  01/23/14
**Invoice No.**  835527
**Bill-To Code**  DAYMOR
**Client Code**  DAYMOR
**Inv Order No.**  1*768730

**Named Insured:** Day Moreno Valley, LLC

**Amount Remitted: $**

Please return this portion with your payment.

**Make checks payable to:** Mesirow Insurance Services Inc

| Effective Date | Policy Period | Coverage Description | Transaction Amount |
|---|---|---|---|
| 02/03/14 | 02/03/14 to 02/03/15 | Insurance Company of the West Policy No. XCH501167802 *Renewal - Earthquake | 23,850.00 |
| | | Invoice Number: 835527        Amount Due: | 23,850.00 |

**\*Premiums Due and Payable on Effective Date**

GLW      Page: 1                    INVOICE COPY

<u>A-5</u>

<u>GENERAL LIABILITY INSURANCE PREMIUM</u>
<u>FOR 2-3-15 TO 2-3-16</u>

#200566.2



| | |
|---|---|
| **Account Number:** | 3020975023 |
| Invoice Date: | 01/12/15 |
| Invoice Number: | 0013157668 |

**Invoice - CNA Direct**

**INVOICE SUMMARY**

| | |
|---|---|
| Previous Balance 01/13/14 | $19,482.00 |
| Payment/Adjustment 01/27/14 | -$19,482.00 |
| Balance Forward | $0.00 |
| New Charges - Due 02/03/15 | $17,458.00 |
| **Total Amount Due** | **$17,458.00** |

Billing Questions: 877-276-7507
Mon-Fri 7:00am - 7:00pm Central Time

**Agent/** **CS&S/MESIROW**
**Broker:** CHICAGO, IL
877-276-7507

DAY MORENO VALLEY, LLC
C/O TONG ZHANG 1745 HERON RIDGE DRI
BLOOMFIELD HILLS MI 48302-
BLOOMFIELD HILLS MI 48302

**NEW CHARGES SUMMARY - Due 02/03/15**

| COVERAGE | COUNT | PAST DUE | NEW CHARGES | AMOUNT DUE | ACCOUNT BAL |
|---|---|---|---|---|---|
| General Liability | 1 | $0.00 | $15,858.00 | $15,858.00 | $15,858.00 |
| Commercial Umbrella | 1 | $0.00 | $1,600.00 | $1,600.00 | $1,600.00 |
| **Totals** | | **$0.00** | **$17,458.00** | **$17,458.00** | **$17,458.00** |

Unpaid premiums for which CNA has no written evidence of dispute will be subject to cancellation for non-payment of premiums. If you have any questions about your invoice, please call 877-276-7507 or visit www.cna.com/cnadirect for account terms and conditions.

## IMPORTANT NOTICE

If we do not receive the total amount due to retain current policy coverage by the due date on this invoice,

* You may be charged a late fee.
* The due date of your next installment will be due immediately.

---------------

This invoice includes policies or transactions processed as of 01/12/15. Any policies or transactions processed after this date will appear on future invoices.

Continental Casualty Company serves as the payment agent for the underwriting company that issued your policy. CNA is the registered trademark of CNA Financial Corporation.

Page 1 of 2



| | |
|---|---|
| **Account Number:** | 3020975023 |
| Invoice Number: | 0013157668 |
| Amount Due: | $17,458.00 |

Please include your account number with payment.

CNA INSURANCE
PO BOX 790094
ST. LOUIS MO 63179-0094

lllaallaalllaallllallaallaalldaallllaallallalll

10 30209750238 000017458001 000017458001

<u>A-6</u>

<u>EARTHQUAKE INSURANCE PREMIUM</u>
<u>FOR 2-3-15 TO 2-3-16</u>

#200566.2

---------- I N V O I C E ----------

Day Moreno Valley, LLC
c/o Tong Zhang
2187 Lone Pine Road
West Bloomfield, MI  48322

| | |
|---|---|
| **Invoice Date** | 01/29/15 |
| **Invoice No.** | 877355 |
| **Bill-To Code** | DAYMOR |
| **Client Code** | DAYMOR |
| **Inv Order No.** | 1*825541 |

**Named Insured:** Day Moreno Valley, LLC

**Amount Remitted: $**

Please return this portion with your payment.

**Make checks payable to:** Mesirow Insurance Services Inc

| Effective Date | Policy Period | Coverage Description | Transaction Amount |
|---|---|---|---|
| 02/03/15 | 02/03/15 to 02/03/16 | Insurance Company of the West Policy No. XCH501167803 *Renewal - Earthquake | 23,850.00 |
| | | Should you have any questions regarding this invoice, please contact Dorothy Ballis at 312-595-6222. | |
| | | Invoice Number: 877355    Amount Due: | 23,850.00 |

**\*Premiums Due and Payable on Effective Date**

DJF    Page: 1              INVOICE COPY

<u>A-7</u>

<u>GENERAL LIABILITY INSURANCE PREMIUM</u>
<u>FOR 2-3-16 TO 2-3-17</u>

#200566.2



# CNA

| | |
|---|---|
| **Account Number:** | **3020975023** |
| Invoice Date: | 01/12/16 |
| Invoice Number: | 0014837950 |

### Invoice - CNA Direct

#### INVOICE SUMMARY

| | |
|---|---|
| Previous Balance 01/12/15 | $17,458.00 |
| Payment/Adjustment 02/02/15 | -$17,458.00 |
| Balance Forward | $0.00 |
| New Charges - Due 02/03/16 | $19,537.00 |
| **Total Amount Due** | **$19,537.00** |

**Agent/ CS&S/MESIROW**
**Broker:** CHICAGO, IL
877-276-7507

**Billing Questions: 877-276-7507**
Mon-Fri 7:00am - 7:00pm Central Time

001051

DAY MORENO VALLEY, LLC
2187 LONE PINE ROAD
WEST BLOOMFIELD MI 48323-3609

### NEW CHARGES SUMMARY - Due 02/03/16

| COVERAGE | COUNT | PAST DUE | NEW CHARGES | AMOUNT DUE | ACCOUNT BAL |
|---|---|---|---|---|---|
| General Liability | 1 | $0.00 | $17,937.00 | $17,937.00 | $17,937.00 |
| Commercial Umbrella | 1 | $0.00 | $1,600.00 | $1,600.00 | $1,600.00 |
| **Totals** | | **$0.00** | **$19,537.00** | **$19,537.00** | **$19,537.00** |

Unpaid premiums for which CNA has no written evidence of dispute will be subject to cancellation for non-payment of premiums. If you have any questions about your invoice, please call 877-276-7507 or visit www.cna.com/cnadirect for account terms and conditions.

## IMPORTANT NOTICE

If we do not receive the total amount due to retain current policy coverage by the due date on this invoice,
* You may be charged a late fee.
* The due date of your next installment will be due immediately.
* If CNA fails to receive the total due by the due date on two or more instances, your eligibility for Installment Billing may be revoked, and full payment of all unpaid balances on the account must be paid to continue coverage.

- - - - - - - - - - - - - - -

This invoice includes policies or transactions processed as of 01/12/16. Any policies or transactions processed after this date will appear on future invoices.

Continental Casualty Company serves as the payment agent for the underwriting company that
issued your policy.  CNA is the registered trademark of CNA Financial Corporation.

## A-8

## EARTHQUAKE INSURANCE PREMIUM
## FOR 2-3-16 TO 2-3-17

#200566.2



1/20/2016

## INVOICE

Mesirow Insurance Services, Inc.
353 North Clark Street
Chicago, IL 60654  (312) 595-6200
www..mesirowfinancial.com

Day Moreno Valley, LLC
c/o Tong Zhang
2187 Lone Pine Road
West Bloomfield, MI  48322

| PROD NO | CUST NO |
|---|---|
| | DAYMOR |

TOTAL AMOUNT DUE
$23,850.00

$ _____
PAYMENT ENCLOSED

FOR PROPER CREDIT, PLEASE DETACH THIS STUB AND RETURN IT WITH YOUR PAYMENT FOR THE TOTAL AMOUNT DUE

---

IF PAYMENT HAS BEEN MADE
PLEASE DISREGARD THIS INVOICE

PLEASE REMIT PAYMENT TO:
2413 Momentum Place
Chicago, IL 60689-5324

MAKE CHECK PAYABLE TO:

**MESIROW INSURANCE**

| INVOICE | EFF DATE | INVOICE DATE | POLICY NO. | POLICY PERIOD | DESCRIPTION / CARRIER | AMOUNT |
|---|---|---|---|---|---|---|
| | 2/3/2016 | 1/20/2016 | XCH501167803 | 2/3/16- | Earthquake | $23,850.00 |
| | | | | 2/3/17 | Ins Co of the West | |
| | | | | | | |
| | | | | | | |

| | PAY THIS AMOUNT |
|---|---|
| | $ 23,850.00 |

In addition to fees, commissions or other compensation retained by Mesirow Insurance Services, Inc. ("MIS"), it is understood that in some circumstances other parties necessary to arrange placement of coverage may earn usual and customary commissions and/or fees in the course of providing insurance products.

In addition, as is a common practice in the industry, MIS benefits from programs implemented by certain insurers, wholesale brokers (property & casualty) and administrators (benefits) providing for compensation, in addition to commissions and fees, to be paid to MIS based upon differing factors. This additional compensation may include non-cash awards and benefits. The insurance you purchase through MIS may be issued by an insurer, wholesale broker (property & casualty) or administrator (benefits) who has such a program. Further, MIS may receive fees from premium finance transactions (property & casualty). Additionally, MIS may share non-identifiable commercial insurance program data with third-parties for benchmarking purposes (property & casualty). Should you have specific questions concerning MIS' compensation or data sharing, please contact your MIS executive.