# EXHIBIT B



Via UPS Next Day Delivery

January 28, 2016

770 Tamalpais Drive Inc.
c/o Colliers International RE Management Services (CA), Inc.
100 Corte Madera Town Center
Corte Madera, CA 94925

With a copy to:
Heitman Capital Management
191 N. Wacker Drive, Suite#2500
Chicago, IL 60606
Attn: Portfolio Manager

RE:  Retail Lease dated November 3, 2010 (the "Lease"), between 770 Tamalpais Drive Inc. ("Landlord"), and TSA Stores, Inc. ("Tenant"), regarding an approximately 15,460 square foot space (the "Premises") located at Town Center Corte Madera shopping center in the City of Corte Madera, State of California (the "Premises") |TSA Store No. 054

Dear Landlord:

Capitalized terms used herein and not otherwise expressly defined herein will have the meanings given to such terms in the Lease.

Pursuant to the terms of the above referenced Lease and in accordance with Section 2 of the Rider to Retail Lease, this letter constitutes Tenant's written notice to Landlord that the Tenant hereby elects to terminate the Lease and is providing Landlord with 365 days prior written notice as required therein. The Lease will terminate effective January 28, 2017. Enclosed please find a certified statement of Tenant's Gross Sales during the relevant time period.

Respectfully,

TSA STORES, INC.

*Mark Johns* (signature)

Mark Johns
Vice President-Construction

Enclosure

sportsauthority.com
P 303.200.5050

1050 West Hampden Avenue
Englewood, CO 80110

TSA
CORTE MADERA, CA
STORE # 54

2015 SALES REPORT

Lease Year: FEB-JAN
Terms: 2% in excess of
       5% in excess of            $10,512,800 Years 1-3
                                  $11,131,200 Years 4-7
                                  $11,749,600 Years 8-10

Standard
Leader items up to 1% of gross sales           $19,202
*Empl purch up to 2% of gross sales            $38,404
*CC fees up to 2% of gross sales               $38,404
statement due 45 days from lease year

|     | Gross Sales | Low Margin | CC Fees | Employee Purchase | Sales less deductions | Net Sales Monthly % Rent | YTD % Rent Accrual |
|-----|-------------|------------|---------|-------------------|-----------------------|--------------------------|--------------------|
| Jan | 125,300     | 0          | 1938    | 2344              | 121,017               |                          | 0                  |
| Feb | 139,712     | 3,391      | 2,014   | 1,437             | 132,871               |                          | 0                  |
| Mar | 190,031     | 4,123      | 2,804   | 1,734             | 181,370               |                          | 0                  |
| Apr | 119,628     | 3,842      | 1,720   | 1,972             | 112,094               |                          | 0                  |
| May | 152,194     | 6,910      | 2,355   | 2,839             | 140,090               |                          | 0                  |
| Jun | 229,354     | 937        | 3,536   | 3,186             | 221,695               |                          | 0                  |
| Jul | 149,160     | -          | 2,263   | 3,015             | 143,882               |                          | 0                  |
| Aug | 176,299     | -          | 2,805   | 2,434             | 171,061               |                          | 0                  |
| Sep | 176,192     | -          | 2,826   | 1,849             | 171,517               |                          | 0                  |
| Oct | 114,744     | -          | 1,807   | 2,566             | 110,371               |                          | 0                  |
| Nov | 143,978     | -          | 2,266   | 2,054             | 139,658               |                          | 0                  |
| Dec | 328,904     |            | 5,266   | 5,972             | 317,666               |                          | 0                  |
|     | 1,920,196   | 19,202     | 29,663  | 29,056            | 1,842,275             | 0                        | 0                  |

**Certified true and correct by**

Russell Johnston                                    Title: VP Controller

Signature [signature]                               Date 1/21/16