IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SPORTS AUTHORITY HOLDINGS, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-10527 (MFW) <br><br> (Jointly Administered) <br><br> **Re: D.I. 1210** |

## OBJECTION OF MAUI MARKETPLACE INVESTMENT GROUP, INC. TO PROPOSED CURE

Maui Marketplace respectfully objects to the cure amount proposed by the debtors to be paid to Maui Marketplace pursuant to section 365(b)(1)(A) and (B) of the Bankruptcy Code.

Maui Marketplace and TSA Stores are parties to a Shopping Center Lease dated June 18, 1996, as amended by the Lease Amendment dated August 28, 1997, the Second Lease Amendment dated June 15, 1999, the Extension and Modification to Lease dated February 14, 2011, and the Amendment to Extension and Modification to Lease dated April 19, 2011 (as amended, the "*Lease*"), pursuant to which TSA Stores leases property at 270 Dairy Road, Kahului, Hawaii 96732. Slap Shot Holdings Corp. guaranteed the obligations of TSA Stores pursuant to a Guaranty dated February 14, 2011. The Lease requires TSA Stores to pay monthly rent, along with taxes, charges and other amounts. In their *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sales* (D.I. 1210) dated April 15, 2016, the debtors proposed a cure amount of $159,908.28.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

8532943/

But payment of that amount would not cure the debtors' defaults. Maui Marketplace is owed not less than $316,711.11 as of the commencement of the debtors' cases. This amount includes monthly rent, taxes, and other amounts incurred under the Lease. *See* Maui Marketplace's Proofs of Claim filed in Case Nos. 16-10528 and 16-10530. The debtors' obligations—and the amount required to cure their defaults—continue to increase as Maui Marketplace incurs additional fees and costs, including attorneys' fees. Maui Marketplace therefore objects to the debtors' proposed cure and to any assumption of the Lease.

Dated: Wilmington, Delaware
April 27, 2016

**MORRIS JAMES LLP**

Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: 302-888-6800
Facsimile: 302-571-1750
E-mail: ckunz@morrisjames.com

*and*

Hugh McCullough
Lauren Dorsett
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206-622-3150

Attorneys for Maui Marketplace Investment Group, Inc.