# EXHIBIT A

## **EXHIBIT A**

| Landlord | Store Address/Store No. |
|---|---|
| Capital Centre LLC | Boulevard at The Capital Center<br>1000 Shoppers Way<br>Largo, MD 20774<br><br>Store No.: 522 |
| Inland Western Denton Crossing Limited Partnership | Denton Crossing<br>1800 South Loop 288<br>Denton, TX 76205<br><br>Store No.: 219 |
| Inland Western Fullerton MetroCenter, LLC | Fullerton MetroCenter<br>1515 S. Harbor Boulevard<br>Fullerton, CA 92832<br><br>Store No.: 640 |
| Inland Western Avondale McDowell, LLC | Gateway Pavilions<br>10050 W. McDowell Road<br>Avondale, AZ 85323<br><br>Store No.: 693 |
| RPAI Tallahassee Governor's One, LLC | Governor's Marketplace<br>1624 Governor's Square Blvd.<br>Tallahassee, FL 32301<br><br>Store No.: 294 |
| RPAI San Antonio Limited Partnership | La Plaza Del Norte<br>125 N.W. Loop 410, Suite 240<br>San Antonio, TX 78216<br><br>Store No.: 236 |
| Inland Western Seattle Northgate North, LLC | Northgate North<br>328 N.E. Northgate Way<br>Seattle, WA 98125<br><br>Store No. 557 |
| Inland Western Spokane Northpointe, LLC | Northpointe Plaza<br>9620 N. Newport Highway<br>Spokane, WA 99218<br><br>Store No.: 551 |
| RPAI Temecula Vail, LLC | Vail Ranch Plaza<br>32413 Temecula Parkway<br>Temecula, CA 92592<br><br>Store No.: 646 |