IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SPORTS AUTHORITY HOLDINGS, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-10527 (MFW) <br><br> (Jointly Administered) <br><br> **Re: D.I. 1210** |

### OBJECTION OF KUKUI GROVE CENTER INVESTMENT GROUP, INC. TO PROPOSED CURE

Kukui Grove respectfully objects to the cure amount proposed by the debtors to be paid to Kukui Grove pursuant to section 365(b)(1)(A) and (B) of the Bankruptcy Code.

Kukui Grove and TSA Stores are parties to a Shopping Center Lease dated September 19, 2013, and a Commencement Agreement dated July 30, 2014 (collectively, the "*Lease*"), pursuant to which TSA Stores leases property at 3-2600 Kaumualii Highway, Lihue, Hawaii 96766. The Lease requires TSA Stores to pay monthly rent, along with taxes, charges and other amounts. In their *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sales* (D.I. 1210) dated April 15, 2016, the debtors proposed a cure amount of $183,273.69.

But payment of that amount would not cure the debtors' defaults. Kukui Grove is owed not less than $183,773.25 as of the commencement of the debtors' bankruptcy cases. This amount includes monthly rent, taxes, and other amounts incurred under the Lease. *See* Kukui Grove's Proof of Claim filed in Case No. 16-10530. The debtors'

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

8532933/

obligations—and the amount required to cure their defaults—continue to increase as Kukui Grove incurs additional fees and costs, including attorneys' fees. Kukui Grove therefore objects to the debtors' proposed cure and to any assumption of the Lease.

Dated: Wilmington, Delaware
April 27, 2016

**MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
_____
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: 302-888-6800
Facsimile: 302-571-1750
E-mail: ckunz@morrisjames.com

*and*

Hugh McCullough
Lauren Dorsett
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206-622-3150

Attorneys for Kukui Grove Center Investment Group, Inc.