**EXHIBIT "A"**

Kapolei Commons

| Dates | RENT | CAM | Real Property Tax | Water/ Sewer | General Excise Tax | 2015 CAM Recon | Total for Month |
|---|---|---|---|---|---|---|---|
| Pre-Petition | | | | | | | |
| March 2016 | 8,761.55 | 1,122.39 | | 159.16 | 418.50 | 11,520.25 | 21,981.84 |
| Total Pre-Petition | | | | | | | 21,981.84 |
| Post-Petition | | | | | | | |
| March 2016 | 127,042.45 | 16,274.60 | | | 6,807.83 | | 150,124.89 |
| Total Post-Petition | | | | | | | 150,124.89 |
| **Total Due** | | | | | | | **172,106.73** |