## EXHIBIT A

| Landlord | Store Address/Store No. |
|---|---|
| IRC Maple Park Place, LLC | Maple Park Place<br>257C N. Weber Road<br>Bolingbrook, IL  60490<br><br>Store No. 600 |
| IRC Prairie Crossings, LLC | Prairie Crossings Shopping Center<br>11185 W. Lincoln Highway<br>Frankfort, IL  60423<br><br>Store No. 627 |
| IRC Crystal Point, LLC | Crystal Point<br>6000 Northwest Highway, Suite 10<br>Crystal Lake, IL  60014<br><br>Store No. 587 |
| IRC Riverdale Commons, LLC | Riverdale Commons<br>3420 124th Avenue N.W.<br>Coon Rapids, MN  55433<br><br>Store No. 708 |