**EXHIBIT "A"**

Kona Commons

| Dates | RENT | Insurance | CAM | Real Property Tax | Water/Sewer | General Excise Tax | 2015 CAM Recon | Total for Month |
|---|---|---|---|---|---|---|---|---|
| **Pre-Petition** | | | | | | | | |
| 1/1/2016 | (44.69) | 42.90 | 1,695.42 | 53,286.34 | | 2,292.33 | | 57,272.30 |
| 2/1/2016 | 120,729.00 | 1,404.87 | 14,108.35 | | 154.79 | 5,682.30 | | 142,079.31 |
| 3/1/2016 | 7,788.97 | 90.64 | 910.22 | | | 366.60 | 938.35 | 10,094.77 |
| Total Pre-Petition | | | | | | | | 209,446.381 |
| **Post-Petition** | | | | | | | | |
| 3/1/2016 | 112,940.03 | 1,314.23 | 13,198.13 | | | 5,315.70 | | 132,768.099 |
| 4/1/2016 | 120,729.00 | 1,404.87 | 14,108.35 | | | 5,675.85 | | 141,918.070 |
| Payment | | | | | | | | (140,152.02) |
| Total Post-Petition | | | | | | | | 134,534.149 |
| **Total Due** | | | | | | | | **343,980.53** |