**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered) |

**CURE COST OBJECTION OF E. P. & G. PROPERTIES NO. 5 LLC**

E. P. & G. Properties No. 5, LLC, ("Landlord"), by its undersigned attorneys, respectfully files this Cure Cost Objection ("Objection") in connection with the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sales [Dkt. No. 1210] (the "Notice") filed by the Debtors,[1] and in support thereof submits the following:

1. Landlord, and Debtor TSA Stores, Inc., through their predecessors-in-interest, are parties to a Shopping Center Lease dated October 1, 1991, as amended by the First Amendment to Lease dated January 20, 1997, and the Second Amendment to Shopping Center Lease dated July 15, 2013 (collectively, the "Lease"), with regard to premises located at the Sunrise Plaza Shopping Center, 680 Blossom Hill Road, San Jose, CA (the "Premises").

2. The Debtors operate Sports Authority Store #662 at the Premises pursuant to the Lease.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

1

In re Sports Authority Holdings, Inc., *et al.*
Case No. 16-10527 (MFW)

3. In the Notice, the Debtors identify the Lease as subject to possible assumption and assignment and state an amount believed by the Debtors to be the Cure Cost (as defined in the Notice) for the Lease. The Cure Cost stated by the Debtors in the Notice is $127,570.86.

4. The Cure Cost identified by Debtors is inaccurate. Landlord asserts that the correct amount of the Cure Cost for the Lease is no less than $236,950.67 as of April 25, 2016, as set forth in more detail in the itemized summary attached hereto as Exhibit A.

5. Copies of the Lease, the Tenant Expense Reconciliation and Invoice For Last Year (detailing operating expenses and common area charges) and other documents supporting the correct Cure Cost are available upon request to the Landlord's California counsel.

6. Additional amounts, true-ups and reconciliations that have not yet come due may come due and have yet to be calculated, and Landlord reserves all rights as to these amounts. Attorneys' fees are estimated and have not yet been fully reconciled, and there may be increases or decreases, depending on the response of Debtors to this Objection. Landlord reserves its right to seek additional attorneys' fees than listed in Exhibit A.

7. Landlord also reserves all rights with regard to proof of adequate assurance once a successful bidder has been identified for the Lease.

WHEREFORE, Landlord demands payment of the full correct Cure Cost prior to assumption and assignment of the Lease. Landlord reserves all rights to object further to

the ability of any assignee to demonstrate adequate assurance of future performance.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 26, 2016 | FOX ROTHSCHILD LLP<br><br>By: /s/ Seth A. Niederman<br>Seth A. Niederman (No. 4588)<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899-2323<br>Tel. 302-655-7460/Fax 302-655-7004<br>sneiderman@foxrothschild.com<br><br>and<br><br>GREENFIELD DRAA & HARRINGTON LLP<br><br>By: /s/ *Marcia E. Gerston*<br>Marcia E. Gerston *pro hac vice*<br>55 South Market Street, Suite 1500<br>San Jose, California 95113<br>Telephone: (408) 995-5600<br>Facsimile: (408) 995-0308<br>Email: mgerston@greenfieldlaw.com<br><br>Attorneys for Landlord<br>E. P. & G. Properties No. 5, LLC |