Exhibit A
Objection of E.P. & G. PROPERTIES NO. 5 LLC to Debtor's Stated Cure Amount

E. P. & G. Properties No. 5, LLC
For Premises Located at Sunrise Plaza, San Jose, CA

| Item | Amount |
|---|---:|
| **Prepetition** Unpaid Amounts Due Under the Lease: | |
| 1st Installment 2015/2016 Property Taxes | $ 57,880.75 |
| February 2016 Base Rent | $ 55,587.60 |
| March 2016 Base Rent (1/31) | $ 1,793.15 |
| February Estimated CAM Payment | $ 8,197.83 |
| March Estimated CAM Payment (1/31) | $ 264.45 |
| 2015 CAM Reconciliation Credit | $ (11,381.69) |
| Subtotal Prepetition Unpaid Amounts | $ 112,342.09 |
| **Post-Petition** Unpaid Amounts Due Under the Lease: | |
| March 2016 Base Rent (30/31) | $ 53,794.45 |
| March Estimated CAM Payment (30/31) | $ 7,933.38 |
| 2nd Installment 2015/2016 Property Taxes | $ 57,880.75 |
| Estimated Attorneys' fees | $ 5,000.00 |
| Subtotal Post-Petition Unpaid Amounts | $ 119,608.58 |
| **Total Cure Amount as of April 25, 2016** | **$ 236,950.67** |