# EXHIBIT A

2015 0010409029F9 2 00000287599 00000143799

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

☐ Check box to receive a return receipt

$

Please indicate the amount of your payment.
PIMA COUNTY TREASURER
Make check payable to:
Payment in U.S. FUNDS ONLY
Print the above State Code # on your check.
104 09 029F 9

Delinquency Date Second Half Payment
May 2, 2016

**Amount Due** 1,437.99

**Due March 1, 2016**

DETRICK SHELLEY B & BARBARA J

DETACH AND RETURN WITH PAYMENT

---

PIMA COUNTY — **2015 PROPERTY TAX STATEMENT** — ARIZONA

**THIS IS THE ONLY STATEMENT YOU WILL RECEIVE**

| STATE CODE # BOOK | MAP | PARCEL | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | IRRIGATION DISTRICT $ PER ACRE |
|---|---|---|---|---|---|---|
| 104 | 09 | 029F | 1050 | 11.0447 | 4.2513 | |

| | TAXABLE NET ASSESSED VALUE |
|---|---|
| REAL PROPERTY | 18,802 |
| PERSONAL PROPERTY | |
| PRIMARY PROPERTY TAX | 2,076.64 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 2,076.64 |
| SECONDARY PROPERTY TAX | 799.35 |
| CAGRD MEMBER DUES | |
| **TOTAL TAX DUE FOR 2015** | 2,875.99 |

| JURISDICTION | 2015 TAXES | 2014 TAXES | DIFFERENCE |
|---|---|---|---|
| PIMA COUNTY PRI | 824.98 | 826.36 | -1.38 |
| SCHOOL EQUAL | 95.03 | 98.30 | -3.27 |
| AMPHI SCH#10 PRI | 799.11 | 843.65 | -44.54 |
| PIMA COLLEGE PRI | 267.38 | 267.77 | -0.39 |
| CITY OF TSN PRI | 84.87 | 84.72 | 0.15 |
| TUCSON TORT PRI | 15.27 | 8.56 | 6.71 |
| COUNTY BONDS SEC | 131.61 | 135.22 | -3.61 |
| AMPHI SCH#10 SEC | 267.44 | 277.59 | -10.15 |
| JNT TECH ED SEC | 9.40 | 9.66 | -0.26 |
| CITY OF TSN SEC | 199.94 | 188.86 | 11.08 |
| CEN ARIZ WTR SEC | 26.32 | 27.05 | -0.73 |
| PIMA CO FLD SEC | 58.94 | 58.63 | 0.31 |
| LIBRARY DISTRICT | 96.89 | 84.09 | 12.80 |
| FIRE DIST ASSIST | 8.81 | 9.11 | -0.30 |
| **TOTALS** | 2,875.99 | 2,909.57 | -33.58 |

[illegible]
TRILLITE PARK S100' N130' E160' LOT 31
EXC N29' E65' THEREOF
(10176/522 & 525)

0213619 01 AT 0.413 **AUTO T3 0 0781 94022-275001 C1 123

DETRICK SHELLEY B & BARBARA J
101 1ST ST
LOS ALTOS CA 94022-2750

**Please make your check payable to Pima County Treasurer and mail to:**

Pima County Treasurer
PO BOX 29011
Phoenix AZ 85038-9011

PLEASE INCLUDE YOUR STATE CODE NUMBER ON YOUR CHECK.

THERE WILL BE A $25 CHARGE FOR EACH RETURNED CHECK AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS.

---

DETACH AND RETURN WITH PAYMENT

2015 FIRST HALF PAYMENT COUPON

**Due October 1, 2015**

**Amount Due** 1,438.00

Delinquency Date First Half Payment
**November 2, 2015**

DETRICK SHELLEY B & BARBARA J

104 09 029F 9
Print the above State Code # on your check.
Payment In U.S. FUNDS ONLY
Make check payable to:
**PIMA COUNTY TREASURER**
**Please indicate the amount of your payment.**

$

☐ Check box to receive a return receipt

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

2015 0010409029F9 1 00000287599 00000143800

2015 0010409030E0 2 00004260151 00002130075

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

☐ Check box to receive a return receipt

$ ______

**Please indicate the amount of your payment.**
**PIMA COUNTY TREASURER**
Make check payable to:
Payment in U.S. FUNDS ONLY
Print the above State Code # on your check.
104 09 030E 0

DETRICK SHELLEY B & BARBARA J



**Due March 1, 2016**
**Amount Due** 21,300.75
Delinquency Date Second Half Payment
**May 2, 2016**

DETACH AND RETURN WITH PAYMENT

PIMA COUNTY — **2015 PROPERTY TAX STATEMENT** — ARIZONA

**THIS IS THE ONLY STATEMENT YOU WILL RECEIVE**

| STATE CODE # BOOK | MAP | PARCEL | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | IRRIGATION DISTRICT $ PER ACRE |
|---|---|---|---|---|---|---|
| 104 | 09 | 030E | 1050 | 11.0447 | 4.2513 | |

| | TAXABLE NET ASSESSED VALUE |
|---|---|
| REAL PROPERTY | 278,514 |
| PERSONAL PROPERTY | |
| PRIMARY PROPERTY TAX | 30,761.04 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 30,761.04 |
| SECONDARY PROPERTY TAX | 11,840.47 |
| CAGRD MEMBER DUES | |
| **TOTAL TAX DUE FOR 2015** | 42,601.51 |

| JURISDICTION | 2015 TAXES | 2014 TAXES | DIFFERENCE |
|---|---|---|---|
| PIMA COUNTY PRI | 12,220.36 | 11,899.62 | 320.74 |
| SCHOOL EQUAL | 1,407.61 | 1,415.58 | -7.97 |
| AMPHI SCH#10 PRI | 11,837.13 | 12,148.58 | -311.45 |
| PIMA COLLEGE PRI | 3,812.58 | 3,711.83 | 100.75 |
| CITY OF TSN PRI | 1,257.21 | 1,220.03 | 37.18 |
| TUCSON TORT PRI | 226.15 | 123.23 | 102.92 |
| COUNTY BONDS SEC | 1,949.60 | 1,947.16 | 2.44 |
| AMPHI SCH#10 SEC | 3,961.58 | 3,997.23 | -35.65 |
| JNT TECH ED SEC | 139.26 | 139.08 | 0.18 |
| CITY OF TSN SEC | 2,961.72 | 2,719.62 | 242.10 |
| CEN ARIZ WTR SEC | 389.92 | 389.44 | 0.48 |
| PIMA CO FLD SEC | 873.14 | 844.23 | 28.91 |
| LIBRARY DISTRICT | 1,435.18 | 1,210.85 | 224.33 |
| FIRE DIST ASSIST | 130.07 | 131.26 | -1.19 |
| **TOTALS** | 42,601.51 | 41,897.74 | 703.77 |

[illegible] N ORACLE RD TWO
[illegible] PARK FTN W[illegible] OF LOT 31

0213620 01 AT 0.413 **AUTO T3 0 0781 94022-275001 C1 123

DETRICK SHELLEY B & BARBARA J
101 1ST ST
LOS ALTOS CA 94022-2750

**Please make your check payable to Pima County Treasurer and mail to:**

Pima County Treasurer
PO BOX 29011
Phoenix AZ 85038-9011

THERE WILL BE A $25 CHARGE FOR EACH RETURNED CHECK AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS.

PLEASE INCLUDE YOUR STATE CODE NUMBER ON YOUR CHECK.

DETACH AND RETURN WITH PAYMENT

DETRICK SHELLEY B & BARBARA J

**2015 FIRST HALF PAYMENT COUPON**

**Due October 1, 2015**
**Amount Due** 21,300.76
Delinquency Date First Half Payment
**November 2, 2015**

104 09 030E 0
Print the above State Code # on your check.
Payment in U.S. FUNDS ONLY
Make check payable to:
**PIMA COUNTY TREASURER**
**Please indicate the amount of your payment.**

$ 21,300.76



☐ Check box to receive a return receipt

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

2015 0010409030E0 1 00004260151 00002130076

2015 001040903188 2 00000157179 00000078589

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

Check box to receive a return receipt

$

Please indicate the amount of your payment.
PIMA COUNTY TREASURER
Make check payable to:
Payment in U.S. FUNDS ONLY
Print the above State Code # on your check.
104 09 031B 8



Due March 1, 2016
Amount Due 785.89
Delinquency Date Second Half Payment
May 2, 2016

DETRICK SHELLEY B & BARBARA J

DETACH AND RETURN WITH PAYMENT

PIMA COUNTY — **2015 PROPERTY TAX STATEMENT** — ARIZONA

**THIS IS THE ONLY STATEMENT YOU WILL RECEIVE**

| STATE CODE # BOOK | MAP | PARCEL | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | IRRIGATION DISTRICT $ PER ACRE |
|---|---|---|---|---|---|---|
| 104 | 09 | 031B | 1050 | 11.0447 | 4.2513 | |

| | TAXABLE NET ASSESSED VALUE |
|---|---|
| REAL PROPERTY | 10,276 |
| PERSONAL PROPERTY | |
| PRIMARY PROPERTY TAX | 1,134.95 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 1,134.95 |
| SECONDARY PROPERTY TAX | 436.84 |
| CAGRD MEMBER DUES | |
| TOTAL TAX DUE FOR 2015 | 1,571.79 |

| JURISDICTION | 2015 TAXES | 2014 TAXES | DIFFERENCE |
|---|---|---|---|
| PIMA COUNTY PRI | 460.88 | 461.62 | -0.74 |
| SCHOOL EQUAL | 61.93 | 63.72 | -1.79 |
| AMPHI SCH#10 PRI | 436.74 | 461.06 | -24.32 |
| PIMA COLLEGE PRI | 140.67 | 140.87 | -0.20 |
| CITY OF TSN PRI | 46.39 | 46.30 | 0.09 |
| TUCSON TORT PRI | 8.34 | 4.68 | 3.66 |
| COUNTY BONDS SEC | 71.93 | 73.90 | -1.97 |
| AMPHI SCH#10 SEC | 146.17 | 151.71 | -5.54 |
| JNT TECH ED SEC | 5.14 | 5.28 | -0.14 |
| CITY OF TSN SEC | 109.27 | 103.22 | 6.05 |
| CEN ARIZ WTR SEC | 14.39 | 14.78 | -0.39 |
| PIMA CO FLD SEC | 32.22 | 32.04 | 0.18 |
| LIBRARY DISTRICT | 52.95 | 45.95 | 7.00 |
| FIRE DIST ASSIST | 4.77 | 4.98 | -0.21 |
| **TOTALS** | 1,571.79 | 1,590.11 | -18.32 |

0213621 01 AT 0.413 **AUTO T3 0 0781 94022-275001 C1 123

DETRICK SHELLEY B & BARBARA J
101 1ST ST
LOS ALTOS CA 94022-2750

**Please make your check payable to Pima County Treasurer and mail to:**

Pima County Treasurer
PO BOX 29011
Phoenix AZ 85038-9011

PLEASE INCLUDE YOUR STATE CODE NUMBER ON YOUR CHECK.

THERE WILL BE A $25 CHARGE FOR EACH RETURNED CHECK AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS.

DETACH AND RETURN WITH PAYMENT

**2015 FIRST HALF PAYMENT COUPON**

DETRICK SHELLEY B & BARBARA J

**Due October 1, 2015**
**Amount Due** 785.90
Delinquency Date First Half Payment
**November 2, 2015**

104 09 031B 8
Print the above State Code # on your check.
Payment in U.S. FUNDS ONLY
Make check payable to:
**PIMA COUNTY TREASURER**
**Please indicate the amount of your payment.**



$ 785.90

Check box to receive a return receipt

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

2015 001040903188 1 00000157179 00000078590

2015 0010409029D7 2 00000336190 00000168095

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

Check box to receive a return receipt

$

May 2, 2016
Delinquency Date Second Half Payment

**Amount Due** 1,680.95

**Due March 1, 2016**

Please indicate the amount of your payment.
PIMA COUNTY TREASURER
Make check payable to:
Payment in U.S. FUNDS ONLY
Print the above State Code # on your check.
104 09 029D 7

DETRICK SHELLEY B & BARBARA S

DETACH AND RETURN WITH PAYMENT

PIMA COUNTY — **2015 PROPERTY TAX STATEMENT** — ARIZONA

**THIS IS THE ONLY STATEMENT YOU WILL RECEIVE**

| STATE CODE # BOOK | MAP | PARCEL | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | IRRIGATION DISTRICT $ PER ACRE |
|---|---|---|---|---|---|---|
| 104 | 09 | 029D | 1050 | 11.0447 | 4.2513 | |

| | TAXABLE NET ASSESSED VALUE |
|---|---|
| REAL PROPERTY | 21,979 |
| PERSONAL PROPERTY | |
| PRIMARY PROPERTY TAX | 2,427.51 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 2,427.51 |
| SECONDARY PROPERTY TAX | 934.39 |
| CAGRD MEMBER DUES | |
| TOTAL TAX DUE FOR 2015 | 3,361.90 |

| JURISDICTION | 2015 TAXES | 2014 TAXES | DIFFERENCE |
|---|---|---|---|
| PIMA COUNTY PRI | 864.37 | 965.95 | -1.58 |
| SCHOOL EQUAL | 111.08 | 114.91 | -3.83 |
| AMPHI SCH#10 PRI | 934.13 | 986.16 | -52.03 |
| PIMA COLLEGE PRI | 300.87 | 301.31 | -0.44 |
| CITY OF TSN PRI | 99.21 | 99.04 | 0.17 |
| TUCSON TORT PRI | 17.85 | 10.00 | 7.85 |
| COUNTY BONDS SEC | 153.85 | 158.06 | -4.21 |
| AMPHI SCH#10 SEC | 312.63 | 324.47 | -11.84 |
| JNT TECH ED SEC | 10.99 | 11.29 | -0.30 |
| CITY OF TSN SEC | 233.72 | 220.76 | 12.96 |
| CEN ARIZ WTR SEC | 30.77 | 31.61 | -0.84 |
| PIMA CO FLD SEC | 68.90 | 68.53 | 0.37 |
| LIBRARY DISTRICT | 113.26 | 98.29 | 14.97 |
| FIRE DIST ASSIST | 10.27 | 10.66 | -0.39 |
| **TOTALS** | 3,361.90 | 3,401.04 | -39.14 |

[illegible] SHELLEY RD THE
[illegible] PARK S100' OF N100' OF LOT 81 EXC
E160' & EXC W295'
(10178/622 & 626)

0213618 01 AT 0.413 **AUTO T3 0 0781 94022-275001 C1 123

DETRICK SHELLEY B & BARBARA S
101 1ST ST
LOS ALTOS CA 94022-2750

THERE WILL BE A $25 CHARGE FOR EACH RETURNED CHECK AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS.

**Please make your check payable to Pima County Treasurer and mail to:**

Pima County Treasurer
PO BOX 29011
Phoenix AZ 85038-9011

PLEASE INCLUDE YOUR STATE CODE NUMBER ON YOUR CHECK.

DETACH AND RETURN WITH PAYMENT

**2015 FIRST HALF PAYMENT COUPON**

**Due October 1, 2015**

**Amount Due** 1,680.95

Delinquency Date First Half Payment
**November 2, 2015**

DETRICK SHELLEY B & BARBARA S
104 09 029D 7
Print the above State Code # on your check.
Payment in U.S. FUNDS ONLY
Make check payable to:
**PIMA COUNTY TREASURER**
**Please indicate the amount of your payment.**

$

Check box to receive a return receipt

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

2015 0010409029D7 1 00000336190 00000168095

2015 0010409032F3 2 00013939687 00006969843

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

☐ Check box to receive a return receipt

$

**Due March 1, 2016**
**Amount Due** 69,698.43
Delinquency Date Second Half Payment
**May 2, 2016**

104 09 032F 3
Print the above State Code # on your check.
Payment in U.S. FUNDS ONLY
Make check payable to:
**PIMA COUNTY TREASURER**
**Please indicate the amount of your payment.**



DETRICK SHELLEY B & BARBARA J

DETACH AND RETURN WITH PAYMENT

PIMA COUNTY — **2015 PROPERTY TAX STATEMENT** — ARIZONA

**THIS IS THE ONLY STATEMENT YOU WILL RECEIVE**

| STATE CODE # BOOK | MAP | PARCEL | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | IRRIGATION DISTRICT $ PER ACRE |
|---|---|---|---|---|---|---|
| 104 | 09 | 032F | 1050 | 11.0447 | 4.2513 | |

| | TAXABLE NET ASSESSED VALUE |
|---|---|
| REAL PROPERTY | 911,329 |
| PERSONAL PROPERTY | |
| PRIMARY PROPERTY TAX | 100,653.55 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 100,653.55 |
| SECONDARY PROPERTY TAX | 38,743.32 |
| CAGRD MEMBER DUES | |
| **TOTAL TAX DUE FOR 2015** | 139,396.87 |

| JURISDICTION | 2015 TAXES | 2014 TAXES | DIFFERENCE |
|---|---|---|---|
| PIMA COUNTY PRI | 39,986.38 | 39,106.21 | 880.17 |
| SCHOOL EQUAL | 4,605.86 | 4,652.08 | -46.22 |
| AMPHI SCH#10 PRI | 38,732.39 | 39,924.37 | -1,191.98 |
| PIMA COLLEGE PRI | 12,475.18 | 12,198.35 | 276.83 |
| CITY OF TSN PRI | 4,113.74 | 4,009.44 | 104.30 |
| TUCSON TORT PRI | 740.00 | 404.97 | 335.03 |
| COUNTY BONDS SEC | 6,379.30 | 6,399.02 | -19.72 |
| AMPHI SCH#10 SEC | 12,962.74 | 13,136.27 | -173.53 |
| JNT TECH ED SEC | 455.66 | 457.07 | -1.41 |
| CITY OF TSN SEC | 9,691.07 | 8,937.60 | 753.47 |
| CEN ARIZ WTR SEC | 1,275.86 | 1,279.81 | -3.95 |
| PIMA CO FLD SEC | 2,857.02 | 2,774.43 | 82.59 |
| LIBRARY DISTRICT | 4,696.08 | 3,979.27 | 716.81 |
| FIRE DIST ASSIST | 425.59 | 431.45 | -5.86 |
| **TOTALS** | 139,396.87 | 137,690.34 | 1,706.53 |

[illegible] RILLITO PARK LOT 31 EXC PTN N180.15' & LOT 32 EXC S150' E210' & EXC 883.84' N160' E95' THEREOF

0213622 01 AT 0.413 **AUTO T3 0 0781 94022-275001 C1 123

DETRICK SHELLEY B & BARBARA J
101 1ST ST
LOS ALTOS CA 94022-2750

**Please make your check payable to Pima County Treasurer and mail to:**

Pima County Treasurer
PO BOX 29011
Phoenix AZ 85038-9011

PLEASE INCLUDE YOUR STATE CODE NUMBER ON YOUR CHECK.

THERE WILL BE A $25 CHARGE FOR EACH RETURNED CHECK AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS.

**2015 FIRST HALF PAYMENT COUPON**

DETACH AND RETURN WITH PAYMENT

DETRICK SHELLEY B & BARBARA J

**Due October 1, 2015**
**Amount Due** 69,698.44
Delinquency Date First Half Payment
**November 2, 2015**

104 09 032F 3
Print the above State Code # on your check.
Payment in U.S. FUNDS ONLY
Make check payable to:
**PIMA COUNTY TREASURER**
**Please indicate the amount of your payment.**

$



☐ Check box to receive a return receipt

Beth Ford, Pima County Treasurer
Pima County Treasurer's Office
PO BOX 29011
Phoenix AZ 85038-9011

2015 0010409032F3 1 00013939687 00006969844