# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC. *et al.,* | Case No. 16-10527 (MFW) Jointly Administered |
| Debtors. | Hearing Date: 5/24/16 @ 9:30 a.m. Objections Due: 4/29/16 @ 4:00 p.m. |
| | Re: D.I. 1210 |

## NOTICE OF OBJECTION OF XPO LOGISTICS, INC. TO CURE AMOUNT STATED IN NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAINEXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALES

XPO Logistics, Inc. ("XPO"), by counsel, objects to the cure amount stated in the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases In Connection With Sales (the "Cure Notice") [Docket # 1210] and states the following in support of its Objection:

1. XPO is a party to a prepetition Delivery, Assembly and Installation Services Agreement (the "Agreement") with TSA Stores, Inc. ("TSA").

2. After the commencement of the bankruptcy cases of TSA and its affiliates on March 2, 2016, on March 18, 2016, TSA informed XPO, via communications of the parties' respective bankruptcy attorneys, that XPO is not a critical vendor and consequently would not receive payment for unpaid prepetition services performed pursuant to the Agreement unless and until the Agreement is assumed.[1]

---

[1] Thereafter, TSA sent XPO two checks dated April 8, 2016 in the amounts of $178,979.43 and $139,955.74 for unpaid prepetition services rendered pursuant to the Agreement. Under the belief that these two checks were tendered by mistake, XPO returned the checks to TSA. In addition, XPO has recently received a third check from TSA dated April 22, 2016 in the amount of $139,681.45 for prepetition services. Counsel for XPO has notified counsel for TSA of the receipt of the April 22 check and XPO is currently holding this check pending notification from counsel for TSA of whether the check was tender by mistake.

3. XPO has continued to perform services for TSA pursuant to the terms of the Agreement since the petition date and TSA has paid XPO for post-petition services rendered in the ordinary course of business and pursuant to the terms of the Agreement.

4. The Cure Notice identifies the Agreement, but incorrectly states that the cure amount is $0.00. *See* Docket #1210, at 55.

5. Without application of the check dated April 22, 2016 referenced in Footnote No. 1, XPO is owed $210,641.03 for prepetition work performed pursuant to the Agreement, which amount is itemized on EXHIBIT A attached hereto and incorporated by reference.

6. Accordingly, the prepetition cure amount for assumption and assignment of the Agreement is $210,641.03.

WHEREFORE, XPO respectfully requests that the prepetition cure amount for assumption and assignment of the Agreement be amended to $210,641.03 and that XPO be awarded such other and further relief as the Court deems equitable and just.

Dated: April 27, 2016    Respectfully submitted,

*/s/ Thomas G. Macauley*
Thomas G. Macauley (No. 3411)
Macauley LLC
300 Delaware Ave., Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
*Local Counsel for XPO Logistics, Inc.*

Deborah L. Fletcher (NC Bar No. 20254)
Fisher Broyles, LLP
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Telephone: (704) 442-7263
Facsimile: (704) 731-0694
Email: deborah.fletcher@fisherbroyles.com
*Lead Counsel for XPO Logistics, Inc.*

## EXHIBIT A - UNPAID PREPETITION INVOICES (SUMMARY & DETAIL)

THE SPORTS AUTHORITY-In-Home
Account #    2432 - Pre 3/2 Performed

| | | |
|---|---:|---:|
| week 3 (2/14-2/20) 7 days 616 Jobs | $69,953.86 | |
| week 4 (2/21-2/27) 7 days 316 Jobs | $34,704.40 | |
| week 5 (2/28-3/5)  7 days  27 Jobs | $2,466.72 | $107,124.98 |
| Performed up to 3/1/2016 | | |

In Store
Account #    2474 - Pre 3/2 Performed

| | | |
|---|---:|---:|
| 10 invoices (1/15-3/18) | $97,947.80 | |
| Open (11/21/15-3/1/16)  26 Jobs | $4,234.75 | $102,182.55 |
| Note: 1 job remains unrated | | |

Account #    2480

| | | |
|---|---:|---:|
| 4 invoices (4/17/15-2/5/16) | $975.00 | $975.00 |

Account #    2484

| | | |
|---|---:|---:|
| 4 invoices (1/29-2/19/16) | $358.50 | $358.50 |

| | |
|---|---:|
| Total outstanding performed thru March 1 2016 | **$210,641.03** |

**EXHIBIT A**                                                                       Page 1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of April, 2016, a true and exact copy of the foregoing **NOTICE OF OBJECTION OF XPO LOGISTICS, INC. TO CURE AMOUNT STATED IN NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALES** has been served by Federal Express, overnight delivery on the following parties in interest:

Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(Attn: Michael R. Nestor, Esq. and Andrew L. Magaziner, Esq.),

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071
(Attn: Robert A. Klyman, Esq. and Matthew J. Williams, Esq.)

Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 1980
(Attn: Bradford J. Sandler, Esq., Robert J. Feinstein, Esq., and Jeffery N. Pomerantz, Esq.)

Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Wilmington, Delaware 19801
(Attn: Hannah J. McCollum, Esq.)

Riemer & Braunstein LLP
Three Center Plaza, Boston,
Massachusetts 02108
(Attn: Donald E. Rothman, Esq.)

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
(Attn: Robert J. Stark, Esq. and Bennett S. Silverberg, Esq.)

Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
(Attn: Kevin J. Simard, Esq.)

O'Melveny & Meyers LLP
7 Times Square, Broadway,
New York, NY 10036
(Attn: John J. Rapisardi, Esq.)

/s/ *Deborah L. Fletcher*
Deborah L. Fletcher, Esq.
FisherBroyles, LLP
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
(704) 442-7263 (direct)
(704) 731-0694 (facsimile)
deborah.fletcher@fisherbroyles.com