## Exhibit "1"

## Blackhawk Network, Inc. Invoices



Blackhawk Network, Inc.
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588 3229
**Phone**
**Fax**

| | **Invoice** |
|---|---|
| Invoice Number | BHINV426356 |
| Invoice Date | 1/13/2016 |
| Payment Due Date | 2/12/2016 |
| Currency | USD |

| **Customer** | C357384 |
|---|---|
| **Bill To** | THE SPORTS AUTHORITY |
| | 1050 W HAMPDEN AVE |
| | ENGLEWOOD, CO 80110 |

**Ship To**   See below

| Contact | P.O. Number | Ship Date | Ship Via | Terms |
|---|---|---|---|---|
| | COMMITMENT FORM | 1/13/2016 | | N30 |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 1 | PROMOTION FLAT FEE FOR SERVICES- CLOSED LOOP - PARTNER GIFT | SO-1299914 | $10,000.00 | $10,000.00 |
| | Ship To   THE SPORTS AUTHORITY ATTN: ACCOUNTS PAYABLE 1050 W HAMPDEN AVE ENGLEWOOD, CO 80110 | | | |
| | | Sales Tax | 0.00% | $0.00 |
| | | Sub Total | | $10,000.00 |

| | Sales Tax | $0.00 |
|---|---|---|
| | USD TOTAL | $10,000.00 |

**Comments**
2015 Albertson Safeway Black Friday 11.18 12.01 2015

Please include invoice number with payment.

| Check remittance: | ACH/Wire Detail: |
|---|---|
| Blackhawk Network, Inc. | Wells Fargo Bank |
| Wells Fargo Bank | ABA#: 121000248 |
| P.O. Box 932859 | ACCOUNT: 2000014819599 |
| Atlanta, GA 31193 | Acct Name: Blackhawk Network, Inc. |

-----------For questions on this invoice please email - BHNBilling@bhnetwork.com-----------   Page 1 of 1



Blackhawk Network, Inc.
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588 3229
**Phone**
**Fax**

| | Invoice |
|---|---|
| Invoice Number | BHINV426555 |
| Invoice Date | 1/14/2016 |
| Payment Due Date | 2/13/2016 |
| Currency | USD |

| **Customer** | C357384 |
|---|---|
| **Bill To** | THE SPORTS AUTHORITY |
| | 1050 W HAMPDEN AVE |
| | ENGLEWOOD, CO 80110 |

**Ship To**    See below

| Contact | P.O. Number | Ship Date | Ship Via | Terms |
|---|---|---|---|---|
| | | 1/14/2016 | | N30 |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 1 | PROMOTION FLAT FEE FOR SERVICES- CLOSED LOOP - PARTNER GIFT | SO-1309111 | $30,000.00 | $30,000.00 |
| | Ship To    THE SPORTS AUTHORITY<br>ATTN: ACCOUNTS PAYABLE<br>1050 W HAMPDEN AVE<br>ENGLEWOOD, CO 80110 | | | |
| | Sales Tax | 0.00% | | $0.00 |
| | Sub Total | | | $30,000.00 |

| | |
|---|---|
| Sales Tax | $0.00 |
| USD TOTAL | $30,000.00 |

**Comments**
2015 Kroger Holiday Pallet Promo 11.01.15 - 01.02.16

Please include invoice number with payment.

| Check remittance: | ACH/Wire Detail: |
|---|---|
| Blackhawk Network, Inc. | Wells Fargo Bank |
| Wells Fargo Bank | ABA#: 121000248 |
| P.O. Box 932859 | ACCOUNT: 2000014819599 |
| Atlanta, GA 31193 | Acct Name: Blackhawk Network, Inc. |



**Blackhawk Network, Inc.**
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588 3229
**Phone**
**Fax**

## Invoice

| | |
|---|---|
| Invoice Number | BHINV430195 |
| Invoice Date | 2/1/2016 |
| Payment Due Date | 3/2/2016 |
| Currency | USD |

| | |
|---|---|
| **Customer** | C357384 |
| **Bill To** | THE SPORTS AUTHORITY |
| | 1050 W HAMPDEN AVE |
| | ENGLEWOOD, CO 80110 |

**Ship To**  See below

| Contact | P.O. Number | Ship Date | Ship Via | Terms |
|---|---|---|---|---|
| | COMMITMENT FORM | 2/1/2016 | | N30 |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 1 | REDEMPTIONS - CLOSED LOOP – PARTNER GIFT | SO-1283729 | $5,820.70 | $5,820.70 |
| | Ship To: THE SPORTS AUTHORITY ATTN: ACCOUNTS PAYABLE 1050 W HAMPDEN AVE ENGLEWOOD, CO 80110 | | | |
| | | Sales Tax | 0.00% | $0.00 |
| | | Sub Total | | $5,820.70 |

| | |
|---|---|
| Sales Tax | $0.00 |
| USD TOTAL | $5,820.70 |

**Comments**
2015 Albertson Safeway Fall Fashion 10.21 11.03 2015

Please include invoice number with payment.

| Check remittance: | ACH/Wire Detail: |
|---|---|
| Blackhawk Network, Inc. | Wells Fargo Bank |
| Wells Fargo Bank | ABA#: 121000248 |
| P.O. Box 932859 | ACCOUNT: 2000014819599 |
| Atlanta, GA 31193 | Acct Name: Blackhawk Network, Inc. |

-----------For questions on this invoice please email - BHNBilling@bhnetwork.com----------    Page 1 of 1



Blackhawk Network, Inc.
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588 3229
Phone
Fax

| | Invoice |
|---|---|
| Invoice Number | BHINV436299 |
| Invoice Date | 2/19/2016 |
| Payment Due Date | 3/20/2016 |
| Currency | USD |

| Customer | C357384 |
|---|---|
| Bill To | THE SPORTS AUTHORITY |
| | 1050 W HAMPDEN AVE |
| | ENGLEWOOD, CO 80110 |

| Ship To | See below |
|---|---|

| Contact | P.O. Number | Ship Date | Ship Via | Terms |
|---|---|---|---|---|
| | PER EMAIL | 2/19/2016 | | N30 |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 105 | REDEMPTIONS - CLOSED LOOP – PARTNER GIFT | SO-1298062 | $10.00 | $1,050.00 |
| | Ship To: THE SPORTS AUTHORITY ATTN: ACCOUNTS PAYABLE 1050 W HAMPDEN AVE ENGLEWOOD, CO 80110 | | | |
| | Sales Tax | | 0.00% | $0.00 |
| | Sub Total | | | $1,050.00 |

| | | |
|---|---|---|
| | Sales Tax | $0.00 |
| | USD TOTAL | $1,050.00 |

**Comments**
2015 Sports Authority Staples 11.26 - 11.28 2015

Please include invoice number with payment.

| Check remittance: | ACH/Wire Detail: |
|---|---|
| Blackhawk Network, Inc. | Wells Fargo Bank |
| Wells Fargo Bank | ABA#: 121000248 |
| P.O. Box 932859 | ACCOUNT: 2000014819599 |
| Atlanta, GA 31193 | Acct Name: Blackhawk Network, Inc. |



Blackhawk Network, Inc.
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588 3229
Phone
Fax

| | Invoice |
|---|---|
| Invoice Number | BHINV437928 |
| Invoice Date | 2/29/2016 |
| Payment Due Date | 3/30/2016 |
| Currency | USD |

| Customer | C357384 |
|---|---|
| Bill To | THE SPORTS AUTHORITY |
| | 1050 W HAMPDEN AVE |
| | ENGLEWOOD, CO 80110 |

Ship To            See below

| Contact | P.O. Number | Ship Date | Ship Via | Terms |
|---|---|---|---|---|
| | COMMITMENT FORM | 2/29/2016 | | N30 |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 272 | REDEMPTIONS - CLOSED LOOP – PARTNER GIFT | SO-1284188 | $6.00 | $1,632.00 |
| | Ship To    THE SPORTS AUTHORITY ATTN: ACCOUNTS PAYABLE 1050 W HAMPDEN AVE ENGLEWOOD, CO 80110 | | | |
| | | Sales Tax | 0.00% | $0.00 |
| | | Sub Total | | $1,632.00 |

| | | |
|---|---|---|
| | Sales Tax | $0.00 |
| | USD TOTAL | $1,632.00 |

**Comments**
2015 PP eBay October Early BF 10.23 10.31 2015

Please include invoice number with payment.

| Check remittance: | ACH/Wire Detail: |
|---|---|
| Blackhawk Network, Inc. | Wells Fargo Bank |
| Wells Fargo Bank | ABA#: 121000248 |
| P.O. Box 932859 | ACCOUNT: 2000014819599 |
| Atlanta, GA 31193 | Acct Name: Blackhawk Network, Inc. |

------------For questions on this invoice please email - BHNBilling@bhnetwork.com----------    Page 1 of 1



Blackhawk Network, Inc.
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588 3229
**Phone**
**Fax**

| | Invoice |
|---|---|
| Invoice Number | BHINV438214 |
| Invoice Date | 3/1/2016 |
| Payment Due Date | 3/31/2016 |
| Currency | USD |

| Customer | C357384 |
|---|---|
| Bill To | THE SPORTS AUTHORITY |
| | 1050 W HAMPDEN AVE |
| | ENGLEWOOD, CO 80110 |

**Ship To**  See below

| Contact | P.O. Number | Ship Date | Ship Via | Terms |
|---|---|---|---|---|
| | COMMITMENT FORM | 3/1/2016 | | N30 |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 500 | REDEMPTIONS - CLOSED LOOP – PARTNER GIFT | SO-1308629 | $10.00 | $5,000.00 |
| | Ship To: THE SPORTS AUTHORITY ATTN: ACCOUNTS PAYABLE 1050 W HAMPDEN AVE ENGLEWOOD, CO 80110 | | | |
| | Sales Tax | | 0.00% | $0.00 |
| | Sub Total | | | $5,000.00 |

| | Sales Tax | $0.00 |
|---|---|---|
| | USD TOTAL | $5,000.00 |

**Comments**
2015 Amazon Holiday 12.13 - 12.31 2015

Please include invoice number with payment.

| Check remittance: | ACH/Wire Detail: |
|---|---|
| Blackhawk Network, Inc. | Wells Fargo Bank |
| Wells Fargo Bank | ABA#: 121000248 |
| P.O. Box 932859 | ACCOUNT: 2000014819599 |
| Atlanta, GA 31193 | Acct Name: Blackhawk Network, Inc. |

-----------For questions on this invoice please email - BHNBilling@bhnetwork.com----------    Page 1 of 1



**Blackhawk Network, Inc.**
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588 3229
Phone
Fax

| | Invoice | |
|---|---|---|
| Invoice Number | | BHINV438144 |
| Invoice Date | | 3/1/2016 |
| Payment Due Date | | 3/31/2016 |
| Currency | | USD |

| **Customer** | C357384 |
|---|---|
| **Bill To** | THE SPORTS AUTHORITY |
| | 1050 W HAMPDEN AVE |
| | ENGLEWOOD, CO 80110 |

**Ship To**   See below

| Contact | P.O. Number | Ship Date | Ship Via | Terms |
|---|---|---|---|---|
| | COMMITMENT FORM | 3/1/2016 | | N30 |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 400 | REDEMPTIONS - CLOSED LOOP – PARTNER GIFT | SO-1308677 | $6.00 | $2,400.00 |
| | Ship To   THE SPORTS AUTHORITY<br>ATTN: ACCOUNTS PAYABLE<br>1050 W HAMPDEN AVE<br>ENGLEWOOD, CO 80110 | | | |
| | Sales Tax | | 0.00% | $0.00 |
| | Sub Total | | | $2,400.00 |

| | Sales Tax | $0.00 |
|---|---|---|
| | USD TOTAL | $2,400.00 |

**Comments**
2015 PayPal eBay December Last Minute Gifting 12.16 - 12.24 2015

Please include invoice number with payment.

| **Check remittance:** | **ACH/Wire Detail:** |
|---|---|
| Blackhawk Network, Inc. | Wells Fargo Bank |
| Wells Fargo Bank | ABA#: 121000248 |
| P.O. Box 932859 | ACCOUNT: 2000014819599 |
| Atlanta, GA 31193 | Acct Name: Blackhawk Network, Inc. |

-----------For questions on this invoice please email - BHNBilling@bhnetwork.com----------    Page 1 of 1



Blackhawk Network, Inc.
6220 STONERIDGE MALL RD
PLEASANTON, CA 94588 3229
Phone
Fax

| | Invoice |
|---|---|
| Invoice Number | BHINV438032 |
| Invoice Date | 3/1/2016 |
| Payment Due Date | 3/31/2016 |
| Currency | USD |

| Customer | C357384 |
|---|---|
| Bill To | THE SPORTS AUTHORITY |
| | 1050 W HAMPDEN AVE |
| | ENGLEWOOD, CO 80110 |

| Ship To | See below |
|---|---|

| Contact | P.O. Number | Ship Date | Ship Via | Terms |
|---|---|---|---|---|
| | COMMITMENT FORM | 3/1/2016 | | N30 |

| Quantity | Description | | | Unit Price | Amount |
|---|---|---|---|---|---|
| 1,250 | REDEMPTIONS - CLOSED LOOP – PARTNER GIFT | | SO-1299599 | $7.00 | $8,750.00 |
| | Ship To | THE SPORTS AUTHORITY ATTN: ACCOUNTS PAYABLE 1050 W HAMPDEN AVE ENGLEWOOD, CO 80110 | | | |
| | Sales Tax | | | 0.00% | $0.00 |
| | Sub Total | | | | $8,750.00 |

| | Sales Tax | $0.00 |
|---|---|---|
| | USD TOTAL | $8,750.00 |

**Comments**

2015 PayPal eBay Nov Black Friday C12 11.23 - 12.04 2015

Please include invoice number with payment.

| Check remittance: | ACH/Wire Detail: |
|---|---|
| Blackhawk Network, Inc. | Wells Fargo Bank |
| Wells Fargo Bank | ABA#: 121000248 |
| P.O. Box 932859 | ACCOUNT: 2000014819599 |
| Atlanta, GA 31193 | Acct Name: Blackhawk Network, Inc. |

------------For questions on this invoice please email - BHNBilling@bhnetwork.com----------    Page 1 of 1