**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
In re: : Chapter 11
  :
SPORTS AUTHORITY HOLDINGS, INC., *et al.*, : Case No. 16-10527-MFW
  :
                            Debtors. : (Jointly Administered)
  : Re: Docket Nos. 1699, 1919
---------------------------------------------------------------X

**JOINDER OF FILMAR USA, INC. TO M.J. SOFFEE, LLC'S**
**MOTION TO EXTEND CHALLENGE PERIOD**

Filmar USA, Inc. ("Filmar") hereby concurs with and joins in the motion filed by M.J. Soffee, LLC [Docket No. 1919] (the "Soffee Motion") to extend the deadline (the "Challenge Deadline") for consignors to challenge the existence and priority of the liens purportedly held by Wilmington Savings Fund Society, FSB, as administrative and collateral agent (the "Term Loan Agent"), in the above-captioned Debtors' personal property. Notably, the Term Loan Agent has refused to consent to an extension of the Challenge Deadline for Filmar and the other consignors, despite requests by representatives of the consignor group. Instead, the Term Loan Agent has occupied itself with intervening in the Debtors' adversary proceeding against Filmar (and more than 150 similar cases) to assert claims for declaratory relief that admit that, "There is an actual controversy between the Term Loan Agent and [Filmar] regarding whether the Term Loan Agent has an interest in the Prepetition Consigned Goods delivered by [Filmar] that is senior to any interest of [Filmar] . . . ." Adv. Pro. No. 16-50359-MFW, Docket No. 17, ¶ 36. Filmar fails to comprehend how such an actual controversy can exist in the absence of Filmar's continuing right to challenge the Term Loan Agent's liens. Out of an abundance of caution, and as a result of the Term Loan Agent's unreasonable refusal to

1

consent to an extension, Filmar respectfully requests that the Court grant the Soffee Motion and extend the Challenge Deadline for Filmar and the other consignors.

Dated: May 17, 2016

Respectfully submitted,

*/s/ Julia Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein (DE 5198)
THE ROSNER LAW GROUP LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-mail: rosner@teamrosner.com
klein@teamrosner.com

-and-

Jeremy R. Fischer
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04102
Telephone: (207) 772-1941
E-mail: jfischer@dwmlaw.com

*Counsel to Filmar USA, Inc.*