IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | : | Case No. 16-10527 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: D.I. 1699 & 1919** |

------------------------------------------------------------X

### JOINDER BY UMAREX USA INC. TO M.J. SOFFE, LLC'S MOTION TO EXTEND CHALLENGE DEADLINE WITH RESPECT TO CONSIGNMENT VENDORS

Umarex USA Inc. ("Umarex") hereby joins in and adopts as its own the legal and factual arguments made in *M.J. Soffe, LLC's Motion to Extend Challenge Deadline with Respect to Consignment Vendors* [D.I. 1919; filed 5/17/16] (the "Motion"). Umarex reserves the right to assert other and further arguments at the hearing on the Motion.

**WHEREFORE**, Umarex respectfully requests that the Court grant the relief as set forth in the Motion and grant such other and further relief as the Court deems just and proper.

Dated: May 17, 2016
      Wilmington, Delaware     Respectfully submitted,

                                               **THE ROSNER LAW GROUP LLC**

                                               */s/ Julia Klein*
                                               Frederick B. Rosner (DE 3995)
                                               Scott J. Leonhardt (DE 4885)
                                               Julia B. Klein (DE 5198)
                                               824 N. Market Street, Suite 810
                                               Wilmington, DE 19801
                                               (302) 777-1111
                                               klein@teamrosner.com

                                               *Counsel to Umarex*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

{00018271. }