**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Sports Authority Holdings, Inc., *et al.*[1], | Case No. 16-10527 (MFW) |
| Debtors. | Jointly Administered |
| | Hearing Date: June 28, 2016 at 10:30 a.m. |
| | Objection Deadline: June 6, 2016 at 4:00 p.m. |
| | Re: D.I. 1699 |

**NOTICE OF OGIO INTERNATIONAL, INC'S MOTION FOR DETERMINATION OR EXTENSION REGARDING CHALLENGE DEADLINE WITH RESPECT TO CONSIGNMENT VENDORS**

**PLEASE TAKE NOTICE THAT**, on May 17, 2016, Ogio International Inc. by and through its undersigned counsel, filed its motion ("**Motion**") for a determination or extension regarding the challenge deadline with respect to consignment vendors.

**PLEASE TAKE FURTHER NOTICE THAT**, any objections or other responses to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 6, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be actually received no later than the Objection Deadline by the undersigned counsel to Former Employees.

**PLEASE TAKE FURTHER NOTICE THAT**, a hearing to consider the Motion is

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

scheduled to be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801 on **June 28, 2016 at 10:30 a.m.** (Eastern Time).

PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: May 17, 2016          GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Margaret F. England*
Ronald Gellert (DE 4259)
Margaret F. England (DE 4248)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5800
Email: rgellert@gsbblaw.com
           mengland@gsbblaw.com

 -and-

David E. Leta (Admitted Pro Hac Vice)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: dleta@swlaw.com

*Counsel for Ogio International, Inc.*