# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Sports Authority Holdings, Inc., *et al.*[1], | : | Case No. 16-10527 (MFW) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: D.I. ___ |

## ORDER DETERMINING LIEN CHALLENGE DEADLINE IS NOT APPLICABLE TO CONSIGNMENT VENDORS

Upon the motion of Ogio International Inc. for the determination or extension regarding the deadline by which consignment vendors must contest the extent, validity and priority of the Term Loan Lender (the "Motion"), any responses thereto and upon the record set forth at the hearing on the Motion;

**It is on this _____ day of June, 2016,**

**ORDERED,** that the lien determination deadline set forth in the Final DIP Order of May 17, 2016 is not applicable to consignment vendors that are subject to the Adversary Proceedings pending in this Court, and it is further

**ORDERED**, that the respective rights and interests among consignment vendors and the Term Loan Lenders will be determined through the existing Adversary Proceedings or through an appropriate judicial proceeding in another forum.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.