IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Ref. No. _____ |

### ORDER GRANTING OMNIBUS MOTION OF SGS SPORTS, INC., LIFELINE FIRST AID LLC, G-III LEATHER FASHIONS, INC., ICY-HOT HYDRATION LLC AND SPORT WRITE, INC. TO EXTEND CHALLENGE DEADLINE WITH RESPECT TO CONSIGNMENT VENDORS

Upon consideration of the *Omnibus Motion of SGS Sports, Inc., Lifeline First Aid LLC, G-III Leather Fashions, Inc., Icy-Hot Hydration LLC and Sport Write, Inc. to Extend Challenge Deadline with Respect to Consignment Vendors* (the "**Motion**")[2]; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

ORDERED that the Movants are exempt from the Challenge Deadline under the Final DIP Order; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June _____, 2016
        Wilmington, Delaware

                                                                Honorable Mary F. Walrath
                                                                United States Bankruptcy Judge