IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: June 28, 2016 at 10:30 a.m. (ET)<br>Objection Deadline: May 31, 2016 at 4:00 p.m. (ET) |

## NOTICE OF MOTION AND HEARING

On May 17, 2016, SGS Sports, Inc. ("**SGS**"), Lifeline First Aid LLC ("**Lifeline**"), G-III Leather Fashions, Inc. ("**G-III**"), Icy-Hot Hydration LLC ("**Icy-Hot**") and Sport Write, Inc. ("**Sport Write**" and together with SGS, Lifeline, G-III and Icy Hot, collectively, the "**Movants**") filed the *Omnibus Motion of SGS Sports, Inc., Lifeline First Aid LLC, G-III Leather Fashions, Inc., Icy-Hot Hydration LLC and Sport Write, Inc. to Extend Challenge Deadline with Respect to Consignment Vendors* (the "**Motion**"), a copy of which is attached hereto.

Objections, if any, to the relief requested in the Motion must be made in writing, filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon the undersigned counsel for Movants so as to be received **no later than 4:00 p.m. (prevailing Eastern Time) on May 31, 2016.**

A HEARING ON THE MOTION WILL BE HELD ON **JUNE 28, 2016 AT 10:30 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 17, 2016
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0193
Facsimile:  (302) 295-0199
Email:      chipman@chipmanbrown.com
             olivere@chipmanbrown.com

*Counsel for SGS Sports, Inc., Lifeline First Aid LLC, G-III Leather Fashions, Inc., Icy-Hot Hydration LLC and Sport Write, Inc.*