## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Sports Authority Holdings, Inc., *et al.*[1], | ) | Case No. 16-10527 (MFW) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Objection Deadline:  May 31, 2016 at 4:00 p.m.** |
|  | ) | **Hearing Date:  June 28, 2016 at 10:30 a.m.** |

### NOTICE OF MOTION AND HEARING

On May 17, 2016, Implus Footcare, LLC (the "Movant") filed the Motion to (A) Determine Challenge Deadline Does Not Apply With Respect to Consignment Vendors or, Alternatively, (B) Extend Challenge Deadline; and Joinder to Motion of M.J. Soffe, LLC (the "Motion").

You are required to file a response, if any, to the Motion on or before **May 31, 2016 at 4:00 p.m. (ET).**  At the same time, you must serve a copy of the response upon the Movant's counsel:

Mary F. Caloway
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
T: (302) 552-4200
F: (302) 552-4295
mary.caloway@bipc.com

A HEARING ON THE MOTION WILL BE HELD ON **JUNE 28, 2016 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY APPROVE THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: | _/s/  Mary F Caloway_____ |
| Wilmington, Delaware | Mary F. Caloway (No. 3059) |

*Counsel for the Movant*

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.