# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., a/k/a SPORTS AUTHORITY, *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 106, 549, 572, 1181, 1186, 1704 & 1752** |

## JOINDER OF U.S. DIVERS a/k/a AQUA-LUNG AMERICA, INC. TO M.J SOFFEE, LLC'S MOTION TO EXTEND CHALLENGE DEADLINE WITH RESPECT TO CONSIGNMENT VENDORS

U.S. Divers a/k/a Aqua-Lung America, Inc. ("Aqua Lung"), joins in the motion filed by M.J. Soffee, LLC [Docket No. 1919] (the "Soffee Motion") to extend the deadline (the "Challenge Deadline") for consignors to challenge the existence and priority of the liens purportedly held by Wilmington Savings Fund Society, FSB, as administrative and collateral agent (the "Term Loan Agent"), in the above-captioned Debtors' personal property.

Aqua Lung therefore respectfully requests that the Court grant the Soffee Motion and

(Intentionally Blank)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

- 1 -

extend the Challenge Deadline for Aqua Lung and the other consignors.

                                        Respectfully submitted,

DATED: May 17, 2016                  */s/ Joseph H. Huston, Jr.*
                                        Joseph H. Huston, Jr. (No. 4035)
                                        John D. Demmy (No. 2802)
                                        STEVENS & LEE, P.C.
                                        919 North Market Street, Suite 1300
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 425-3310; 3308
                                        Facsimile: (610) 371-7972; 8515
                                        E-mail:      jhh@stevenslee.com
                                                                   jdd@stevenslee.com

                                        -and-

                                        Gerald P. Kennedy (CA Bar No. 105887)
                                        525 B Street, Suite 2200
                                        San Diego, CA  92101
                                        Telephone: 619.238.1900
                                        Facsimile: 619.235.0398
                                        E-mail:      gerald.kennedy@procopio.com

                                        *Counsel for Creditor/Consignor*
                                        *U.S. Divers a/k/a Aqua-Lung America, Inc.*