IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: June 28, 2016 at 10:30 am<br>Objection Deadline: June 6, 2016 at 4:00 pm<br><br>Ref. Docket Nos. 1699 & 1926 |

**NOTICE OF MOTION OF SHOCK DOCTOR, INC. d/b/a UNITED SPORTS BRANDS ("USB") FOR DETERMINATION OR EXTENSION REGARDING CHALLENGE DEADLINE, JOINDER OF USB IN OGIO INTERNATIONAL, INC.'S MOTION FOR DETERMINATION OR EXTENSION REGARDING CHALLENGE DEADLINE WITH RESPECT TO CONSIGNMENT VENDORS, AND RESERVATION OF RIGHTS OF USB**

**PLEASE TAKE NOTICE THAT**, on May 17, 2016, Shock Doctor, Inc. d/b/a United Sports Brands ("USB"), by and through its undersigned counsel, filed a Motion (the "Motion") for Determination or Extension Regarding the Challenge Deadline, Joinder of USB in Ogio International, Inc.'s Motion for Determination or Extension Regarding Challenge Deadline with Respect to Consignment Vendors, and Reservation of Rights of USB [Docket No. 1926].

**PLEASE TAKE FURTHER NOTICE THAT**, any objections or other responses to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 6, 2016 at 4:00 p.m.** (**Eastern Time**) (the "Objection Deadline") and (ii) served so as to be actually received no later than the Objection Deadline by the undersigned counsel.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

**PLEASE TAKE FURTHER NOTICE THAT**, a hearing to consider the Motion is scheduled to be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 4, 824 Market Street, Wilmington, Delaware 19801 on **June 28, 2016 at 10:30 a.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

| | |
|---|---|
| Dated: May 17, 2016<br>Wilmington, Delaware | BARNES & THORNBURG LLP<br><br>*/s/ Kevin G. Collins*<br>David M. Powlen (DE No. 4978)<br>Kevin G. Collins (DE No. 5149)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 300-3434<br>david.powlen@btlaw.com<br>kevin.collins@btlaw.com<br><br>-and-<br><br>George H. Singer (admitted *pro hac vice*)<br>Adam C. Ballinger (admitted *pro hac vice*)<br>LINDQUIST & VENNUM LLP<br>4200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 371-3211<br>Facsimile: (612) 371-3207<br>Email: gsinger@lindquist.com<br>Email: aballinger@lindquist.com<br><br>*Counsel to Shock Doctor, Inc.*<br>*d/b/a United Sports Brands* |