IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. _____ |

### ORDER DETERMING CHALLENGE DEADLINE IS NOT APPLICABLE TO CONSIGNMENT VENDORS

Upon the motion (the "Motion") of Shock Doctor, Inc. d/b/a United Sports Brands ("USB") for a determination or extension regarding the Challenge Deadline[2] under the Final DIP Order and joinder by USB in Ogio International, Inc.'s Motion for Determination or Extension Regarding Challenge Deadline with Respect to Consignment Vendors [D.I. 1926] (the "Ogio Motion"); and due and sufficient notice of the Motion having been provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record at the Hearing, and all proceedings before the Court; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any party in interest; and that the legal and factual bases set forth in the Motion, including those joined by USB, and at the Hearing

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. The Challenge Deadline set forth in the Final DIP Order of May 17, 2016 is not applicable to consignment vendors that are subject to the Adversary Proceedings pending in this Court, including USB.

    The Honorable Mary F. Walrath
    United States Bankruptcy Judge