**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 1699 and 1926 |

**J.J'S MAE, INC. D/B/A RAINBEAU'S JOINDER TO OGIO INTERNATIONAL, INC.'S MOTION FOR DETERMINATION OR EXTENSION REGARDING CHALLENGE DEADLINE WITH RESPECT TO CONSIGNMENT VENDORS**

J.J's Mae, Inc. d/b/a Rainbeau's ("Rainbeau"), a supplier of goods on a consignment basis to TSA Stores, Inc. ("TSA" or "Debtor"), hereby joins in and adopts as its own the legal and factual arguments (this "Joinder"), to the extent applicable, made by Ogio International, Inc., ("Ogio") in Ogio's Motion for Determination or Extension Regarding Challenge Deadline with Respect to Consignment Vendors [D.E. 1926] ("Ogio's Motion") in which Ogio seeks an order (a) determining that the objection deadline in the Court's *Final Order (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364; (II) Granting Liens and Superpriority Claims to Post-Petition Lenders Pursuant to 11 U.S.C. §§ 364 and 507; and (III) Authorizing the Use of Cash Collateral and Providing Adequate Protection to Prepetition Secured Lenders and Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364* (the "Final DIP Order") [D.E. 1699] to challenge the validity, extent, perfection, or priority of the security interests and liens of Wilmington Savings Fund Society, FSB, as Administrative and Collateral Agent for the benefit of the Debtors' Term Lenders (the "Term Loan Agent") does not apply to consignment vendors named as defendants in pending adversary proceedings where the

---

[1] Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

priority of the Term Loan Agent's lien has been raised therein by the Plaintiff and Intervenor, or (b) extending the deadline for such a challenge or the deadline for filing an answer or other response to the Term Loan Agent's complaints filed, or to be filed, in such adversary proceedings. In support of this Joinder, Rainbeau respectfully states as follows:

## BACKGROUND

1. Rainbeau from time to time has delivered certain goods on a consignment basis (the "Consignment Property") to TSA[2] pursuant to a Pay by Scan Consignment Management Program instituted by TSA (the "Pay by Scan Program").

2. The Consignment Property Rainbeau delivered to TSA was, and is, the property of Rainbeau, not property belonging to Debtors or these bankruptcy estates.

3. By way of example, TSA's "2014 Vendor Deal Sheet Summary Pay by Scan" between TSA and Rainbeau provides:

> TSA and Vendor [Rainbeau] agree that the arrangement contemplated by this agreement shall be a consignment as defined in Section 9-102 of the Colorado and Delaware Uniform Commercial Codes. Vendor shall retain title to all goods subject to this agreement until the date of sale at which time title shall pass from Vendor to the purchaser of such goods. Vendor shall be entitled to file UCC-1 Financing Statements to reflect this consignment.

4. On March 2, 2016, Debtors filed voluntary Chapter 11 petitions commencing the above-captioned bankruptcy cases. Based on information and belief, Debtors remain in possession of their property and affairs.

5. On or about March 15, 2016, Debtors commenced an adversary proceeding against Rainbeau (the "Adversary Proceeding") by filing a complaint seeking, among other things, declaratory judgment that Debtors had a senior interest in the Consignment Property (the

---

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in Ogio's Motion.

"Complaint"). On or about May 16, 2016, the Term Loan Agent filed a Complaint in Intervention in the Adversary Proceeding (the "Complaint in Intervention") that sets forth the same and/or similar and related allegations and claims for relief as in the Complaint. Rainbeau intends to strongly defend against the claims and allegations made in the Adversary Proceeding, and reserves the right to assert all defenses and affirmative defenses and seek any and all claims, causes of action, and damages in the Adversary Proceeding, and/or arising out of or related to the Pay by Scan Program and/or the Complaint and the Complaint in Intervention.

## JOINDER

6. Rainbeau hereby joins, and incorporates herein by reference, Ogio's Motion, and adopts the arguments therein as its own to the extent not inconsistent with the statements made herein.

7. Notwithstanding the foregoing, Rainbeau reserves all rights and arguments that any Challenge Proceeding and/or Challenge Deadline requirements do not have application to Rainbeau in the Adversary Proceeding and/or under the Interim Consignment Order and Final Consignment Order.

**(SIGNATURE PAGE FOLLOWS)**

**WHEREFORE**, Rainbeau joins Ogio's Motion to the extent not inconsistent with the statements made herein, reserves all rights to assert all further, different, and other objections herein and in the Adversary Proceeding, and respectfully requests that this Court grant and extend the relief requested in Ogio's Motion to Rainbeau, and for all such other and further relief as the Court deems just and proper.

Dated: May 17, 2016  
      Wilmington, Delaware

**GELLERT SCALI BUSENKELL & BROWN, LLC**

By: */s/Margaret F. England*  
Ronald S. Gellert (DE 4259)  
Margaret F. England (DE 4248)  
1201 North Orange Street, Suite 300  
Wilmington, Delaware 19801  
Tel: 302-425-5800  
Fax: 302-425-5814  
E-mail: mengland@gsbblaw.com

and

Gregg M. Ficks (*admitted pro hac vice*)  
Coblentz Patch Duffy & Bass LLP  
One Montgomery Street, Suite 3000  
San Francisco, California 94104  
Telephone: 415.391.4800  
Facsimile: 415.989-1663  
E-mail: gficks@coblentzlaw.com