## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Sports Authority Holdings, Inc., *et al.*[1], | ) Case No. 16-10527 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re:  D.I. 1699** |
| | ) |

## JOINDER OF CASTLEWOOD APPAREL CORP TO M.J. SOFFE, LLC'S MOTION TO EXTEND CHALLENGE DEADLINE WITH RESPECT TO CONSIGNMENT VENDORS

Castlewood Apparel Corp ("Castlewood") is a supplier of goods on a consignment basis to the Debtors.  Casetlewood hereby joins in *M.J. Soffe, LLC's Motion to Extend Challenge Deadline with Respect to Consignment Vendors* (the "Soffe Motion") [Docket No. 1919].  In support of this Joinder, Castlewood respectfully submits as follows:

### BACKGROUND

1.      Castlewoodd and TSA Stores, Inc. ("TSA") are parties to a certain 2014 Domestic Vendor Deal Sheet (Vendor Agreement) - Pay By Scan (the "Vendor Agreement"), pursuant to which Castlewood periodically consigned goods (the "Castlewood Property") to TSA for sale in various Sports Authority brand stores across the country.

2.      On March 2, 2016, (the "Petition Date") the above-captioned debtors filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

3.      On March 11, 2016, the Court entered its *Interim Order (A) Authorizing the Debtors to (I) Continue to Sell Consigned Goods in the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Grant Administrative Expense Priority and Purchase Money Security Interests to Consignment Vendors for Consigned Goods Delivered Post-Petition; and (B) Grant Replacement Liens to Consignment Vendors with Security Interests and/or Holding Title or Ownership Rights in Consigned Goods and/or Remit the Consignment Sale Price, Arising from Sale of Consigned Goods to Putative Consignment Vendors* [D.I. 278] (as subsequently amended, the "Interim Consignment Order").  The Interim Consignment Order authorizes the Debtors to continue selling consignment goods, including the Castlewood Property, post-petition under the terms of the existing agreements with consignment vendors.

4.      On or about March 15, 2016, the Debtors commenced an adversary proceeding against Castlewood (the "Adversary Proceeding") by filing a complaint seeking, among other things, declaratory judgment that the Debtors had a senior interest in consignment goods provided by Castlewood to the Debtors (the "Complaint").  The deadline for Castlewood to answer the Debtor's Complaint in the Adversary Proceeding is May 30, 2016.  On April 27, 2016, the Court entered an order permitting the Term Loan Agent to intervene in the Adversary Proceeding.  On May 16, 2016, the Term Loan Agent filed its Complaint (the "Term Loan Agent's Complaint") in the Adversary Proceeding, seeking a declaration that "the Term Loan Agent has a properly perfected security interest, senior to the interests of [Castlewood] in all of the Prepetition Consigned Goods delivered by [Castlewood] . . . ."  Term Loan Agent's Complaint, ¶38(a).  Castlewood has not yet been served with the Term Loan Agent's Complaint, but, if properly served, it intends to continue defending against the same, as well as against the

Complaint, and reserves the right to seek any and all claims, causes of action and damages against both the Debtors and the Term Loan Agent arising out of or relating to their respective complaints.

5.      Following a hearing on May 3, 2016, the Court entered its *Final Order Authorizing the Debtors to Sell Prepetition Consigned Goods* [D.I. 1704] (the "Final Consignment Order").  The Final DIP Order was entered that same day.  Paragraph 2 of the Final Consignment Order provides, among other things, that to the extent of any conflict between the Final DIP Order and the Final Consignment Order with respect to the treatment of proceeds of consignment goods, "the terms of the [Final Consignment] Order shall govern."  In several places, both the Interim Consignment Order and the Final Consignment Order provide that the rights, claims and defenses of the consignment vendors are reserved and retained.  *See* Final Consignment Order, at ¶¶3, 5, 8, and 9.

6.      The Final DIP Order provides, in part, that any party in interest (other than the debtors in the Bankruptcy Case) may challenge "the validity, extent, perfection, or priority of the security interests and Liens of the Prepetition Agents and Prepetition Secured Lenders in and to the Prepetition Collateral" (a "Challenge Proceeding") provided that such Challenge Proceeding, if commenced by a party in interest other than the Official Committee of Unsecured Creditors, must be commenced within seventy-five days of the date the Interim DIP Order was entered (the "Challenge Deadline").  The Challenge Deadline is currently May 17, 2016.[2]

---

[2]      Pursuant to Rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court of the District of Delaware, the Challenge Deadline will "automatically be extended until the Court acts on the motion, without the necessity for the entry of a bridge order."  Del. Bankr. L.R. 9006-2.

## JOINDER IN RELIEF REQUESTED AND RESERVATION OF RIGHTS

7.     Castlewood hereby joins in, incorporates herein by reference, the Soffe Motion, and adopts the factual allegations (other than any factual allegations specific to Soffe only) and arguments therein as its own.

8.     Castlewood reserves the right to amend and/or supplement this joinder and to request and seek such other and further relief as may be necessary or appropriate.

Dated:  May 17, 2016
      Wilmington, Delaware

                    **THE ROSNER LAW GROUP LLC**

                    */s/ Julia Klein*
                    Frederick B. Rosner, Esq. (DE 3995)
                    Julia B. Klein, Esq. (DE 5198)
                    824 N. Market Street, Suite 810
                    Wilmington, DE 19801
                    (302) 777-1111
                    rosner@teamrosner.com
                    klein@teamrosner.com

                          -and-

                    David H. Wander, Esq.
                    **DAVIDOFF HUTCHER**
                    **& CITRON LLP**
                    605 Third Avenue
                    New York, NY 10158
                    dhw@dhclegal.com

                    *Counsel to Castlewood Apparel Corp*