IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: June 28, 2016 at 10:30 a.m.**<br>**Objections Deadline: June 21, 2016 at 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 20, 2016, Castle & Cooke Corona Crossings, LLC ("Corona Crossings" or the "Landlord") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") that certain "*Motion of Castle & Cooke Corona Crossings, LLC Pursuant To Sections 361, 363(e), 503(b)(1) and 105(a) Of The Bankruptcy Code For Entry Of An Order Requiring The Debtors To Immediately Pay March 2016 Stub Rent As Adequate Protection For The Post-petition Use Of The Premises, And Granting Such Other And Further Relief As Is Just And Appropriate*" (the "Motion").

**PLEASE TAKE NOTICE THAT** if you wish to respond to the Motion, you are required to file such response on or before June 21, 2016 at 4:00 p.m. (ET) (the "Objection Deadline"). Concurrently, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE NOTICE THAT** a hearing on the Motion will be held on June 28, 2016 at 10:30 a.m. (ET) before the Honorable Mary F. Walrath, United States Bankruptcy Court, for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, and Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: Wilmington, DE
      May 20, 2016                                     Respectfully submitted,

                                                            **DRINKER BIDDLE & REATH LLP**

                                                            */s/ Steven K. Kortanek*
                                                            Steven K. Kortanek (Del. Bar No. 3106)
                                                           222 Delaware Avenue, Suite 1400
                                                           Wilmington, DE 19801
                                                           Tel: (302) 467-4200
                                                           Fax: (302) 467-4201
                                                           Steven.Kortanek@dbr.com

                                                           -and-

                                                           **LEVENE, NEALE, BENDER,**
                                                           **YOO & BRILL L.L.P.**
                                                           Eve H. Karasik (Cal. Bar No. 155356)
                                                           10250 Constellation Blvd., Suite 1700
                                                           Los Angeles, CA 90067
                                                           Telephone: (310) 229-1234
                                                           Facsimile: (310) 229-1244
                                                           EHK@lnbyb.com

                                                           *Co-Counsel for Castle & Cooke Corona*
                                                           *Crossings, LLC*