# Exhibit 1

## Account Balance Summary

**Sports Authority**
As of 4/18/16

| Date | Rent | CAM | Payment | Total |
|---|---|---|---|---|
| 1/1/2016 | 41,553.10 | 8,249.21 | (49,802.31) | - |
| 2/1/2016 | 41,553.10 | 8,249.21 | - | 49,802.31 |
| 3/1/2016 | 41,553.10 | 8,249.21 | - | 49,802.31 |
| 4/1/2016 | 41,553.10 | 8,249.21 | (49,802.31) | - |
| **Rent and CAM Balance** | **166,212.40** | **32,996.84** | **(99,604.62)** | **99,604.62** |
| Other A/R | | | | |
| 2015/2016 1st Install RPTX | | 21,709.87 | - | 21,709.87 |
| 2015/2016 2nd Install RPTX | | 21,709.87 | - | 21,709.87 |
| 2015 CAM Reconciliation | | (2,764.50) | - | (2,764.50) |
| **Other A/R Balance** | **-** | **40,655.24** | **-** | **40,655.24** |
| **TOTAL BALANCE DUE** | **166,212.40** | **73,652.08** | **(99,604.62)** | **140,259.86** |