# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>[Dkt. No. ____] |

**ORDER GRANTING MOTION OF CASTLE & COOKE CORONA CROSSINGS, LLC PURSUANT TO SECTIONS 361, 363(E), 503(B)(1), AND 105(A) OF THE BANKRUPTCY CODE FOR THE ENTRY OF AN ORDER REQUIRING THE DEBTORS TO IMMEDIATELY PAY MARCH 2016 STUB RENT AS ADEQUATE PROTECTION FOR THE POST-PETITION USE OF THE PREMISES, AND GRANTING SUCH OTHER AND FURTHER RELIEF AS IS JUST AND APPROPRIATE**

Upon consideration of the "*Motion of Castle & Cooke Corona Crossings, LLC Pursuant To Sections 361, 363(e), 503(b)(1) and 105(a) Of The Bankruptcy Code For Entry Of An Order Requiring The Debtors To Immediately Pay March 2016 Stub Rent As Adequate Protection For The Post-petition Use Of The Premises, And Granting Such Other And Further Relief As Is Just And Appropriate*"[1] (the "Motion") filed by Castle & Cooke Corona Crossings, LLC ("Corona Crossings" or the "Landlord"), and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of Debtors' estates, their creditors, and other parties in interest; and notice of the Motion and the opportunity for a hearing on the Motion was proper and appropriate under the circumstances; and this Court having reviewed the Motion and having considered the statements in support of the relief requested therein; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this

---

[1] All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.

1

Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

(1) The Motion and request for adequate protection is granted;

(2) Pursuant to sections 105(a), 361, 363(e), and 503(b)(1) of the Bankruptcy Code, the Debtors are directed to immediately (in no case later than one business day following entry of this Order) to pay the Landlord the Stub Rent in the amount of $49,802.31;

(3) Prior to, and as an express precondition to, the commencement of any store closing sale at the Premises, the Debtors shall to pay the Landlord the Stub Rent in the amount of $49,802.31; and

(4) This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June __, 2016
Wilmington, Delaware

                                                      The Honorable Mary F. Walrath
                                                     United States Bankruptcy Judge