## SCHEDULE 1-A

## STORE LEASES TO BE REJECTED

| Landlord | Property Location and Store No. | Address for Notice | Term Expires |
|---|---|---|---|
| Escuela Shopping Center, LLC | 1675 Olympic Blvd<br>Walnut Creek, CA, 94596<br>(Store No. 55) | Legal Department<br>c/o Equity One, Inc.<br>1600 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 | 5/12/2021 |
| Westfield Topanga Owner LP | 6600 Topanga Canyon Blvd<br>Los Angeles, CA 91303<br>(Store No. 57) | c/o Westfield, LLC<br>Attn: Legal Department<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | 1/31/2023 |
| GFI Auburn Plaza Realty, LLC | 730 Center Street, Unit 3<br>Auburn, ME 04210<br>(Store No. 66) | 133 Pearl Street, Suite 300<br>Boston, MA 02110 | 1/31/2024 |
| EMLAWA, LLC Roseburg Valley Mall | 1440 NW Garden Valley Blvd, Suite 100<br>Roseburg, OR 97471<br>(Store No. 69) | 1444 NW Garden Valley Boulevard, Suite 460<br>Roseburg, OR 97471 | 1/31/2024 |
| Water Tower LLC | 4025 Water Tower Place<br>Chicago, IL 60611<br>(Store No. 70) | c/o Water Tower Place<br>Attn: Law/Lease Administration Department, Maria Cruz<br>110 N. Wacker Drive<br>Chicago, IL 60606 | 1/31/2023 |
| Westcoast Estates | 2171 Northbrook Ct<br>Northbrook, IL 60062<br>(Store No. 72) | c/o Northbrook Court<br>Attn: Law/Lease Administration Department<br>110 N. Wacker Drive<br>Chicago, IL 60606 | 1/31/2022 |
| Vestar California XVII, LLC | 2983 Jamacha Rd.<br>El Cajon, CA 92019<br>(Store No. 79) | Attn: President<br>2425 East Cambelback Road, Suite 750<br>Phoenix, AZ 85016 | 1/31/2025 |
| The Mall in Columbia Business Trust | 10300 Little Patuxent Pkwy<br>Columbia, MD 21044<br>(Store No. 82) | c/o The Mall in Columbia<br>Attn: Law/Lease Administration Department<br>110 N. Wacker Dr.<br>Chicago, IL 60606 | 8/31/2022 |
| Equity One (Northeast Portfolio), Inc. | 950 Old Country Rd<br>Garden City, NY 11530<br>(Store No. 83) | c/o Equity One<br>Attn: General Counsel<br>1600 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 | 1/31/2023 |

| Landlord | Property Location and Store No. | Address for Notice | Term Expires |
|---|---|---|---|
| Inland American League City Victory Lakes Limited Partnership | 2620 Gulf Freeway South League City, TX 77573 (Store No. 233) | c/o IA Management, LLC BLDG. #40108 2809 Butterfield Road, Suite 200 Oak Brook, IL 60523 Attn: Vice President<br><br>With a copy to: IA Management, L.L.C./Bldg. #40108 2809 Butterfield Road, Suite 200 Oak Brook, IL 60523 Attn: Legal - Lease Administration | 1/31/2020 |
| BLDG 2007 Retail LLC and Netarc LLC | 4235 Highway 78 Lilburne, GA 30047 (Store No. 422) | BLDG Management Co., Inc. 417 Fifth Avenue, 4th Floor New York, NY 10016 | 5/31/2016 |
| SDC/Pacific Development Group | 3900 S. Bristol Street Santa Ana, CA 92704 (Store No. 634) | One Corporate Plaza, 2nd Floor PO Box 3060 Newport Beach, CA 92660 | 5/7/2016 |

## SCHEDULE 1-B

## DC LEASES TO BE REJECTED

| Landlord | Property Location and Store No. | Address for Notice | Term Expires |
|---|---|---|---|
| WPC-ABC, LLC | 20901 E 32nd Pkwy.<br>Aurora, CO 80011<br>(Distribution Center No.884) | WPC-ABC, LLC<br>C/o Watumull Properties Corporation<br>307 Lewers Street, 6th Floor<br>Honolulu, HI 96815 | 4/30/2017 |
| DGH KALAMATH, LLC | 50 S Kalamath St.<br>Denver, CO 80223<br>(Distribution Center No. 890) | DGH KALAMATH, LLC<br>1590 Little Raven Street, Suite 507<br>Denver, CO 80202<br>Attn: David Hagan | 5/31/2017 |
| DGH SANTA FE, LLC | 101 S Santa Fe<br>Denver, CO 80223<br>(Distribution Center No. 890) | DGH SANTA FE, LLC<br>Attn: David Hagan<br>1590 Little Raven Street, Suite 507<br>Denver, CO 80202 | 5/31/2017 |