IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re**: <br><br> SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-10527 (MFW) <br><br> (Jointly Administered) <br><br> **Related to Docket No. 1067** |

**SUPPLEMENT OF WP GLIMCHER INC., CP PEMBROKE PINES, LLC AND MACY'S WEST STORES, INC. TO MOTION OF WP GLIMCHER INC. FOR ENTRY OF AN ORDER COMPELLING THE DEBTORS TO PAY STUB RENT FOR THE CLOSING STORES AND TO PAY ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 363(e), 365(d)(3), 503(b)(1) AND 507(a) AND GRANTING RELATED RELIEF**

WP Glimcher Inc., as managing agent for certain real property in which the Debtors lease retail space ("WP Glimcher"), CP Pembroke Pines, LLC ("CP Pembroke Pines"), and Macy's West Stores, Inc. ("Macy's West" and together with WP Glimcher and CP Pembroke Pines, collectively the "Landlords"), by their undersigned counsel, submit this supplement (this "Supplement") to the *Motion of WP Glimcher Inc. for Entry of an Order Compelling the Debtors to Pay Stub Rent for the Closing Stores and to Pay Administrative Rent Pursuant to 11 U.S.C. §§ 363(e), 365 (d)(3), 503(b)(1) and 507(a) and Granting Related Relief* (Docket No. 1067) (the "Stub Rent Motion").[2]

WP Glimcher previously filed the Stub Rent Motion on April 7, 2016. At the time of filing the Stub Rent Motion, the Debtors were conducting Closing Sales at two of the WP Glimcher Landlords' Leased Premises: Palms Crossing Town Center, located in McAllen, Texas, and West Town Corners, located in Altamonte Springs, Florida.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Terms not defined herein shall have the meaning ascribed to them in the Stub Rent Motion.

After filing the Stub Rent Motion, the Debtors indicated their intention to conduct Closing Sales at all of the locations of real property in which the Debtors lease retail space from the Landlords. Accordingly, for the avoidance of doubt, the Landlords re-assert the arguments that were articulated in the Stub Rent Motion and assert that the Debtors are liable for, among other things, the payment of Stub Rent at the following locations of real property in which the Debtors lease retail space from: (a) WP Glimcher at: Merritt Square, located in Merritt Island, Florida; Mesa Mall, located in Grand Junction, Colorado; Outlet Collection Seattle, located in Auburn, Washington; Palms Crossing Town Center, located in McAllen, Texas; and West Town Corners, located in Altamonte Springs, Florida; (b) CP Pembroke Pines at: Boulevard Square, located in Pembroke Pines, Florida; and (c) Macy's West at: Rogue Valley Home Store, located in Medford, Oregon.

The Landlords join in any other motions to compel the payment of Stub Rent filed by the Debtors' other landlords to the extent that they are not inconsistent with this Supplement and the Stub Rent Motion.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  May 23, 2016<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Leslie C. Heilman*<br>Leslie C. Heilman, Esquire (No. 4716)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br><br>-and-<br><br>Ronald E. Gold, Esq.<br>Ohio Bar No. 0061351<br>FROST BROWN TODD LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio  45202<br>513-651-6800  Telephone<br>513-651-6981  Facsimile<br>rgold@fbtlaw.com  E-mail<br><br>**COUNSEL FOR WP GLIMCHER INC., CP PEMBROKE PINES, LLC AND MACY'S WEST STORES, INC.** |