## EXHIBIT A

**Agency Agreement**

[EXECUTION VERSION]

## AGENCY AGREEMENT

This Agency Agreement ("Agreement") is made as of May 16, 2016 by and between TSA Stores, Inc., on behalf of itself and its affiliated debtors and debtors in possession (collectively, "Merchant") and a contractual joint venture comprised of Gordon Brothers Retail Partners, LLC, Hilco Merchant Resources, LLC,  and Tiger Capital Group, LLC (collectively, "Agent").

Section 1.  Recitals.

WHEREAS, Merchant operates retail stores and desires that the Agent act as Merchant's exclusive agent for the limited purposes of: (a) selling all of the Merchandise (as hereinafter defined; and including any Distribution Center Merchandise (as hereinafter defined)) from Merchant's retail store locations identified on Exhibit 1(a) attached hereto (each individually a "Store," and collectively the "Stores") by means of a "store closing", "sale on everything", "going out of business", "everything must go", or similar sale (as further described below, the "Sale"); and (b) disposing of the Owned FF&E in the Stores, Merchant's corporate offices (the "Corporate Offices") and Distribution Centers (as defined below).

WHEREAS, on March 2, 2016, Merchant filed a chapter 11 case in the United States Bankruptcy Court for the District of Delaware (such case, the "Bankruptcy Case" and such court, or other court of competent jurisdiction over the Bankruptcy Case, the "Bankruptcy Court").

WHEREAS, on March 10, 2016, an official committee of unsecured creditors (the "Committee") was appointed in the Bankruptcy Case.

WHEREAS, on May 3, 2016 the Bankruptcy Court approved Merchant's assumption of its agreement, dated February 17, 2016 (the "Consulting Agreement") with Gordon Brothers Retail Partners, LLC and Tiger Capital Group, LLC ("GB/Tiger") for inventory consulting and fixture disposition services in connection with up to 200 stores (the "GB/Tiger Closing Stores").

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Agent and Merchant hereby agrees as follows:

Section 2.  Appointment of Agent/Approval Order.

(a)  Subject to entry of an order authorizing Merchant to enter into this Agreement and authorizing Merchant to conduct the Sale in accordance with the terms of this Agreement (the "Approval Order"), Merchant hereby appoints the Agent, and the Agent hereby agrees to serve, as Merchant's exclusive agent for the limited purpose of conducting the Sale in accordance with the terms and conditions of this Agreement.

(b)  The Approval Order shall provide, in a form reasonably satisfactory to Merchant and Agent, inter alia, that: (i) this Agreement is in the best interest of the Merchant, Merchant's estates, creditors, and other parties in interest, (ii) this Agreement (and each of the transactions contemplated hereby) is approved in its entirety; (iii) Merchant and Agent shall be authorized to continue to take any and all actions as may be necessary or desirable to implement this Agreement and each of the transactions contemplated hereby; (iv) subject to Section 15 below, upon payment of the Initial Guaranty Payments (as defined below) and delivery of the Letter of Credit (as defined below), Agent shall be entitled to sell all Merchandise and Owned FF&E hereunder free and clear of all liens, claims or encumbrances thereon, with any presently existing liens encumbering all or any portion of the Merchandise or Owned FF&E or

the Proceeds (as defined below) thereof attaching only to the Guaranteed Amounts and other amounts to be received by Merchant under this Agreement; (v) Agent shall have the right to use the Stores and all related Store services, furniture, fixtures, equipment and other assets of the Merchant as designated hereunder for the purpose of conducting the Sale, free of any interference from any entity or person, subject to compliance with the Sale Guidelines (as defined below) and Approval Order; (vi) Agent, as agent for Merchant, is authorized to conduct, advertise, post signs, utilize signwalkers, and otherwise promote the Sale as a "store closing", "sale on everything", "going out of business", "everything must go", or similar themed sale, in accordance with the Sale Guidelines (as the same may be modified and approved by the Bankruptcy Court) and without further compliance with the Liquidation Sale Laws (as defined below), subject to compliance with the Sale Guidelines and Approval Order; (vii) Agent shall be granted a limited license and right to use until the Sale Termination Date the trade names, logos, e-mail lists, customer lists, e-commerce sites (including (without limitation) websites and social media sites such as Facebook, and Twitter) (collectively, the "IP") relating to and used in connection with the operation of the Stores, solely for the purpose of advertising the Sale in accordance with the terms of the Agreement and solely in accordance with the Merchant's policies relating to personally identifiable information; (viii) all newspapers and other advertising media in which the Sale is advertised shall be directed to accept the Approval Order as binding and to allow Merchant and Agent to consummate the transactions provided for in this Agreement, including, without limitation, the conducting and advertising of the Sale in the manner contemplated by this Agreement; (ix) all utilities, landlords, creditors and other interested parties and all persons acting for or on their behalf shall not interfere with or otherwise impede the conduct of the Sale, or institute any action in any court (other than in the Bankruptcy Court) with respect to Merchandise or the Owned FF&E or before any administrative body which in any way directly or indirectly interferes with or obstructs or impedes the conduct of the Sale; (x) the Bankruptcy Court shall retain jurisdiction over the parties to enforce this Agreement; (xi) Agent shall not be liable for any claims against Merchant other than as expressly provided for in this Agreement; (xii) subject to Agent having satisfied its payment obligations hereunder and subject further to Section 15 below, any amounts owed by Merchant to Agent under this Agreement shall be granted the status of superpriority claims in Merchant's Bankruptcy Case pursuant to section 364(c) of Title 11, United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") senior to all other superpriority claims, including (without limitation) to the superpriority claims of (A) Bank of America, N.A., as administrative agent and collateral agent (the "DIP Agent") under that certain Senior Secured Super-Priority Debtor-in-Possession Credit Agreement by and among Bank of America, N.A., as administrative agent and collateral agent, The Sports Authority Inc. and TSA Stores, Inc. as borrowers, and Sports Authority Holdings, Inc., TSA Gift Card, Inc. and Slap Shot Holdings, Inc. as guarantors, dated as of March 3, 2016 (as amended from time to time, the "DIP Loan"), (B) Bank of America, N.A., as agent (the "ABL Agent") under that certain Second Amended and Restated Credit Agreement, dated as of May 17, 2012 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "ABL Credit Agreement") by and among The Sports Authority, Inc. and TSA Stores, Inc., as borrowers, Slap Shot Holdings Corp. and TSA Gift Card, Inc., as guarantors, Bank of America, N.A., as administrative agent, and the lenders party thereto, which provides up to $650 million in aggregate loans in the form of an asset-based revolving credit facility and matures on May 17, 2017; (C) Wells Fargo Bank, National Association, as FILO Agent under the DIP Loan (the "FILO DIP Agent"), (D) Wells Fargo Bank, National Association, as FILO Agent (the "FILO Agent") under that certain Second Amendment to the ABL Credit Agreement by and among The Sports Authority, Inc. and TSA Stores, Inc. as borrowers, Slap Shot Holdings Corp. and TSA Gift Card, Inc., as guarantors, Bank of America, N.A., as administrative agent, Wells Fargo Bank, National Association, as FILO agent, the lenders under the ABL Credit Agreement, and the additional lenders party thereto, which provided for the addition to the ABL Credit Agreement of a $95 million first-in, last-out term loan tranche; and (E) Wilmington Savings Fund Society, FSB as agent (the "Term Agent") under that certain Amended and Restated Credit Agreement, dated as of November 16, 2010, by and among The Sports Authority, Inc., as borrower, Slap Shot Holdings Corp., TSA Stores, Inc., and TSA Gift Card, Inc. as guarantors, Bank of America, N.A., as

administrative agent, and the lenders named therein (the "Term Lenders"), whereby the Term Lenders extended a term loan in the original principal amount of approximately $300 million (each of (A), (B), (C), (D), and (E) being a "Lender," and collectively, the "Lenders"), (xiii) subject to Section 15 below, Agent shall be granted a valid, binding, enforceable and perfected security interest (without the necessity of filing financing statements to perfect the security interests); (xiv) the Bankruptcy Court finds that time is of the essence in effectuating this Agreement and proceeding with the Sale at the Stores uninterrupted; (xv) the Bankruptcy Court finds that the Merchant's decisions to (a) enter into this Agreement and (b) perform under and make payments required by this Agreement is a reasonable exercise of the Merchant's sound business judgment consistent with its fiduciary duties and is in the best interests of the Merchant, its estate, its creditors, and other parties in interest; (xvi) the Bankruptcy Court finds that this Agreement was negotiated in good faith and at arms' length between the Merchant and Agent and that Agent is entitled to the protection of section 363(m) of the Bankruptcy Code; (xvii) the Bankruptcy Court finds that Agent's performance under this Agreement will be, and payment of the Guaranteed Amounts under this Agreement will be made, in good faith and for valid business purposes and uses, as a consequence of which Agent is entitled to the protection and benefits of sections 363(m) and 364(e) of the Bankruptcy Code; (xviii) this Agreement is approved pursuant to Bankruptcy Code section 363; and (xix) in the event any of the provisions of the Approval Order are modified, amended or vacated by a subsequent order of the Bankruptcy Court or any other court, Agent shall be entitled to the protections provided in Bankruptcy Code sections 363(m) and 364(e) and, no such appeal, modification, amendment or vacatur shall affect the validity and enforceability of the sale or the liens or priority authorized or created under this Agreement or the Approval Order.

(c)    Subject to entry of the Approval Order, Agent shall be authorized to advertise the Sale as a "store closing," "sale on everything", "going out of business", "everything must go", or similar-themed sale, and the Approval Order shall provide that Agent shall be required to comply with applicable federal, state and local laws, regulations and ordinances, including, without limitation, all laws and regulations relating to advertising, privacy, consumer protection, firearms sales, occupational health and safety and the environment, together with all applicable statutes, rules, regulations and orders of, and applicable restrictions imposed by, governmental authorities (collectively, the "Applicable General Laws"), other than all applicable laws, rules and regulations in respect of "going out of business", "store closing" or similar-themed sales and permitting (collectively, the "Liquidation Sale Laws"), provided that such Sale is conducted in accordance with the terms of this Agreement, the Sale Guidelines and Approval Order.

Section 3.    Consideration to Merchant and Agent.

3.1    Payments to Merchant.

(a)    Subject to the terms and conditions of this Agreement, as a guaranty of Agent's performance hereunder, Agent guarantees that Merchant shall receive one hundred and one percent (101.0%) (the "Guaranty Percentage") of the aggregate Cost Value of the Merchandise (the "Guaranteed Amount"). The Agent shall pay to Merchant the Guaranteed Amount and the Sharing Amount due to Merchant (if any) in the manner and at the times specified in Section 3.3. The Guaranteed Amount will be calculated based upon the aggregate Cost Value of the Merchandise as determined by (i) the final certified report of the Inventory Taking Service after verification and reconciliation thereof by Agent and Merchant, (ii) the aggregate Cost Value of the Merchandise subject to Gross Rings (as calculated pursuant to Section 5.1(b) below); and (iii) any other adjustments to Cost Value as expressly contemplated by this Agreement.

(b)    The Guaranty Percentage has been fixed based upon the aggregate Cost Value of the Merchandise included in the Sale being not less than $365,000,000 and not more than $390,000,000 (the "Merchandise Threshold") as of the Sale Commencement Date. To the extent that the aggregate Cost

3

Value of the Merchandise included in the Sale is less than, or greater than, the Merchandise Threshold, the Guaranty Percentage shall be adjusted in accordance with Exhibit 3.1(b) annexed hereto.

(c)      The Guaranty Percentage has also been fixed based upon the aggregate Cost Value of the Merchandise included in the Sale as a percentage of the aggregate Retail Price of the Merchandise included in the Sale, such percentage being not greater than 47.0% (the "Cost Factor Threshold"). To the extent that the ratio of the aggregate Cost Value of the Merchandise included in the Sale to the aggregate Retail Price of the Merchandise included in the Sale is a percentage greater than the Cost Factor Threshold, the Guaranty Percentage shall be adjusted in accordance with Exhibit 3.1(c) annexed hereto.

(d)      The adjustments to the Guaranty Percentage contemplated by Sections 3.1(b) and 3.1(c) shall be independent and cumulative.

3.2      Compensation to Agent, Sharing:

(a)      After Proceeds are used to repay Agent for amounts paid on account of the Guaranteed Amount and to pay Expenses, all remaining Proceeds shall be allocated in the following order of priority: FIRST: to the Agent (x) an amount equal to six percent (6.0%) of the aggregate Cost Value of the Merchandise included in the Sale and (y) fifty percent (50%) of the aggregate Proceeds attributable to Delivery Commissions (the aggregate of (x) and (y) being collectively defined as the "Agent's Fee"); and THEREAFTER: Fifty percent (50%) to Agent and fifty percent (50%) to Merchant ("Sharing Amounts").

(b)      Agent shall exercise commercially reasonable efforts to dispose of all of the Merchandise and the Additional Agent Goods during the Sale Term. To the extent that there is Merchandise and/or Additional Agent Goods remaining at the Sale Termination Date (the "Remaining Merchandise"), such Remaining Merchandise shall be deemed transferred to Agent (provided that no Event of Default has occurred and continues to exist on the part of Agent) free and clear of all liens, claims, and encumbrances, and Agent shall use commercially reasonable efforts to dispose of all such Remaining Merchandise by means of bulk sale/wholesale or otherwise. Agent and its affiliates shall be authorized to sell or otherwise dispose of the Remaining Merchandise with all logos, brand names, and other intellectual property on the Merchandise intact. The proceeds received by Agent from such disposition shall constitute Proceeds hereunder, and Agent shall be required to account to Merchant and Lenders for Merchant's allocable amount of Proceeds realized upon the sale of Remaining Merchandise not later than five (5) business days after Agent's receipt thereof.

3.3      Proceeds; Time of Payments; Control of Proceeds.

(a)      For purposes of this Agreement, "Proceeds" shall mean the aggregate of (a) the total amount (in dollars) of all sales of Merchandise made under this Agreement and all service revenue at the Stores, in each case during the Sale Term and exclusive of Sales Taxes; (b) all proceeds of Merchant's insurance for loss or damage to Merchandise arising from events occurring during the Sale Term; (c); (d) any and all proceeds received by the Agent from the sale or other disposition of Remaining Merchandise; and (e) any Delivery Commissions. For the avoidance of doubt, proceeds from the sale of Owned FF&E, Additional Agent Goods, Consignment Goods, or Designated Goods, shall not be "Proceeds".

(b)      On the first business day following the entry of the Approval Order (the "Payment Date"), Agent shall pay to the DIP Agent, as Merchant's designee an amount equal to (i) eighty percent (80.0%) of the estimated Guaranteed Amount of the Cost Value of Merchandise in the Stores and Distribution Centers as of the Sale Commencement Date (based upon Merchant's books and records

maintained in the ordinary course as of the date immediately preceding the Payment Date) (the "Initial Guaranty Payment"), and (ii) all Occupancy Expenses for the balance of the month of May 2016 and June 2016 (the "May/June Occupancy Expenses") by wire transfer to an account designated in writing by Merchant ("Merchant's Account"); provided, however, that Agent shall be entitled to a credit as part of the first Weekly Sale Reconciliation in July for any overpayment of the May/June Occupancy Expenses. The balance of the Guaranteed Amount, if any, shall be paid by Agent by wire transfer to the Merchant's Account on the earlier of (i) 30 days of the Sale Commencement Date and (ii) the second business day following the issuance of the final report of the aggregate Cost Value of the Merchandise included in the Sale by the Inventory Taking Service, after review, reconciliation and mutual written verification thereof by Agent, Merchant, and the Lenders (the "Final Inventory Report" with the date of completion of such reconciliation and issuance of such Final Inventory Report to be referred to as the "Inventory Reconciliation Date"). To the extent that Merchant is entitled to receive any funds on account of the Sharing Amount due to Merchant, Agent shall pay such Sharing Amount as part of the Final Reconciliation under Section 8.7. To the extent that the Guaranteed Amount has not been paid in full by the date of the Final Reconciliation, Agent shall pay the unpaid portion of the Guaranteed Amount (and any Sharing Amount allocable to Merchant) to Merchant as part of the Final Reconciliation.

        (c)      All Proceeds shall be controlled by Agent in the manner provided for below.

           (i)      Agent may (but shall not be required to) establish its own accounts (including without limitation credit card accounts and systems), dedicated solely for the deposit of the Proceeds and the disbursement of amounts payable to Agent hereunder (the "Agency Accounts"), and Merchant shall promptly, upon Agent's reasonable request, execute and deliver all necessary documents to open and maintain the Agency Accounts; provided, however, Agent shall have the right, in its sole and absolute discretion, to continue to use Merchant's Designated Deposit Accounts (as defined below) as the Agency Accounts in which case Merchant's Designated Deposit Accounts shall be deemed to be Agency Accounts. Subject to Agent's compliance with all representations, warranties and covenants herein, Agent shall exercise sole signatory authority and control with respect to the Agency Accounts. The Agency Accounts shall be dedicated solely to the deposit of Proceeds and other amounts contemplated by this Agreement and the distribution of amounts payable hereunder; provided that, in the event (a) Agent elects to continue to use Merchant's Designated Deposit Accounts (defined below) as the Agency Accounts, and (b) such accounts have amounts deposited therein by Merchant that do not constitute Proceeds and/or other amounts contemplated by this Agreement, then Merchant, Agent and Lenders shall cooperate with each other to establish and implement appropriate steps and procedures to accomplish a daily reconciliation, and remittance to Merchant, Lenders and Agent, as their interests may appear, of all Proceeds (including credit card Proceeds), and other amounts contemplated by this Agreement. Upon request, Agent shall deliver to Merchant copies of all bank statements and other information relating to such accounts. The Merchant shall not be responsible for, and Agent shall pay as an Expense hereunder, all bank fees and charges, including wire transfer charges, related to the Sale and the Agency Accounts, whether received during or after the Sale Term. Upon Agent's notice to Merchant of Agent's designation of the Agency Accounts (other than Merchant's Designated Deposit Accounts), all Proceeds of the Sale (including credit card Proceeds) shall be deposited into the Agency Accounts.

           (ii)      Agent shall have the right to use Merchant's credit card facilities, including Merchant's credit card terminals and processor(s), credit card processor coding, Merchant's identification number(s) and existing bank accounts for credit card transactions relating solely to the Sale. In the event that Agent elects to use Merchant's credit card facilities, Merchant shall process credit card transactions on behalf of Agent and for Agent's account, applying customary practices and procedures. Without limiting the foregoing, Merchant shall cooperate with Agent to download data from all credit card terminals each day during the Sale Term to effect settlement with Merchant's credit card processor(s), and shall take such other actions necessary to process credit card transactions on behalf of

Agent under Merchant's identification number(s). At Agent's request, Merchant shall cooperate with Agent to establish Merchant's identification numbers under Agent's name to enable Agent to process all such credit card Proceeds for Agent's account. Merchant shall not be responsible for, and Agent shall pay as an Expense hereunder, all credit card fees, charges, and chargebacks related to the Sale, whether received during or after the Sale Term. Agent shall not be responsible for, as an Expense or otherwise, any credit card fees, charges, or chargebacks that do not relate to the Sale, whether received prior to, during or after the Sale Term.

(iii)    Unless and until Agent establishes its own Agency Accounts (other than Merchant's Designated Deposit Accounts), all Proceeds and other amounts contemplated by this Agreement (including credit card Proceeds), shall be collected by Merchant and deposited on a daily basis into depository accounts designated by, and owned and in the name of, Merchant for the Stores, which accounts shall be designated solely for the deposit of Proceeds and other amounts contemplated by this Agreement (including credit card Proceeds), and the disbursement of amounts payable to or by Agent hereunder (the "Designated Deposit Accounts"). Subject to Agent's satisfaction of the conditions set forth in Section 15 hereof, the Designated Deposit Accounts shall be cash collateral accounts, with all cash, credit card payments, checks and similar items of payment, deposits and any other amounts in such accounts being Proceeds or other amounts contemplated hereunder, and Merchant hereby grants to Agent a first priority senior security interest solely upon such amounts that constitute Proceeds (or other amounts contemplated hereunder) deposited in each Designated Deposit Account from and after the Sale Commencement Date. If, notwithstanding the provisions of this Section 3.3(c), Merchant receives or otherwise has dominion over or control of any Proceeds or other amounts due to Agent, Merchant shall be deemed to hold such Proceeds and other amounts due to Agent (including Proceeds and other amounts in depository accounts with the Lender) "in trust" for Agent and shall not commingle Proceeds or other amounts due to Agent with any of Merchant's other funds or deposit such Proceeds or other amounts in any account except a Designated Deposit Account or as otherwise instructed by Agent. Lenders shall not commingle Proceeds or other amounts due to Agent with any of Merchant's or Lenders' other funds or deposit such Proceeds or other amounts due to the Agent in any account except a Designated Deposit Account or as otherwise instructed by Agent

(iv)    On each business day, Merchant shall promptly pay to Agent by wire funds transfer all funds in the Designated Deposit Accounts (including, without limitation, Proceeds, Proceeds from credit card sales, and all other amounts) deposited into the Designated Deposit Accounts for the prior day(s) without any offset or netting of Expenses or other amounts that may be due to Merchant. Agent shall have ten (10) calendar days after the date of each such payment by Merchant to notify Merchant and Lenders of any shortfall in such payment, in which case, Merchant shall promptly pay to Agent funds in the amount of such shortfall.

(d)    If and to the extent the Agent over-funds any amounts in respect of the Guaranteed Amount hereunder, and such over-funding cannot be recovered by the Agent from Merchant under Section 3.3(e) by means of an offset or otherwise, then Merchant agrees (or if Merchant shall be unable to or otherwise for any reason fails to, and Lenders have received such over-payment, the Lenders individually agree for their own account (and not jointly and severally, and in each case not to exceed the allocable portion of the Guaranteed Amount actually received by each such Lender)), to reimburse any undisputed portion of such overfunded amount in respect of the Guaranteed Amount to Agent (in the inverse order in which the Guaranteed Amount (or portion thereof) was received by such Lender(s)) within two (2) business days of written demand thereof by Agent. In the event Agent, Merchant and Lenders (where applicable) cannot agree within five (5) business days of Agent's written demand for reimbursement as to either (i) the amount to be reimbursed, and/or (ii) the party from whom such reimbursement is required to be made, Agent shall be entitled to file a motion with the Bankruptcy Court seeking payment of the undisputed portion of the reimbursable amount hereunder, and the Merchant and

Lenders (where applicable) agree that they shall be bound by the final determination of the Bankruptcy Court as to such matter.

(e)    Merchant and Agent further agree that if at any time during the Sale Term, (i) Agent holds any amounts due to Merchant under this Agreement, Agent may, in its discretion, after five (5) business days' notice to Merchant, offset such amounts being held by Agent against any undisputed amounts due and owing by, or required to be paid by, Merchant hereunder, and (ii) Merchant holds any amounts due to Agent under this Agreement, Merchant may, in its discretion, after five (5) business days' notice to Agent, offset such amounts being held by Merchant against any undisputed amounts due and owing by, or required to be paid by, Agent hereunder.

(f)    In addition to the Guaranteed Amount, Agent shall purchase all cash in the Stores on and as of the start of business on the Sale Commencement Date on a dollar for dollar basis and shall pay the amount of such cash to the Merchant on the Payment Date or as soon thereafter as such amount is determined.

3.4    Security. In order to secure Agent's obligations under this Agreement to pay the balance of the Guaranteed Amount and Expenses, no later than the Payment Date, Agent shall furnish to the DIP Agent, as Merchant's designee, with one or more irrevocable standby Letters of Credit (issued by a U.S. national bank selected by Agent and reasonably acceptable to Merchant and Lenders) naming Merchant and the DIP Agent as co-beneficiaries in the aggregate original face amount equal to the sum of: (a) twenty percent (20%) of the estimated Guaranteed Amount (based upon Merchant's books and records maintained in the ordinary course), plus (b) the parties' mutually agreed upon estimate of three weeks of Expenses, which shall be substantially in the form of Exhibit 3.4 hereof (collectively, the "Letter of Credit"). The Letter of Credit shall have an expiry date of no earlier than seventy-five (75) days after the Sale Termination Date. Unless the parties shall have mutually agreed that they have completed the Final Reconciliation under this Agreement, then, at least ten (10) days prior to the initial or any subsequent expiry date, Merchant and the DIP Agent shall receive an amendment to the Letter of Credit solely extending (or further extending, as the case may be) the expiry date by at least thirty (30) days. If Merchant and the DIP Agent fail to receive such amendment to the Letter of Credit no later than ten (10) days before the expiry date, then Merchant and/or the DIP Agent shall be permitted to draw the full amount under the Letter of Credit to hold as security for amounts that may become due and payable to Merchant. In the event that Agent, after receipt of five (5) business days' written notice, fails to pay any undisputed portion of the Guaranteed Amount or Expenses, Merchant and/or the DIP Agent may draw on the Letter of Credit in an amount equal to the unpaid, past due, amount of the Guaranteed Amount or Expenses that is not the subject of a reasonable dispute. Subject to the Lenders' prior consent (which consent shall not be unreasonably withheld, denied or delayed), Merchant and Agent agree that, from time to time, the face amount of the Letter of Credit shall be reduced by the aggregate amount of payments made by Agent on account of the Guaranteed Amount and other amounts due to Merchant hereunder at the time of each such request, provided, however, in no event shall the face amount of the Letter of Credit be reduced to an amount less than the parties' mutually agreed upon estimate of three weeks of estimated Expenses.

Section 4.    Expenses of the Sale.

4.1    Expenses. Agent shall be unconditionally responsible for all "Expenses," which expenses shall be paid by Agent in accordance with Section 4.2 below. As used herein, "Expenses" shall mean the Store-level operating expenses of the Sale which arise during the Sale Term and are attributable to the Sale, limited to the following:

(a)     actual payroll with respect to all Retained Employees (including 50% of actual payroll of Retained Employees used during the Inventory Taking (if applicable)) used in connection with conducting the Sale for actual days/hours worked at a Store during the Sale Term as well as payroll for any temporary employees engaged by Agent for the Sale;

(b)     any amounts payable by Merchant for benefits for Retained Employees (including 50% of amounts payable by Merchant for benefits of Retained Employees used during the Inventory Taking (if applicable)) (including FICA, unemployment taxes, workers' compensation and healthcare insurance, but excluding Excluded Payroll Benefits) for Retained Employees used in the Sale, in an amount up to 16.5% of the base payroll for each Retained Employee (the "Payroll Benefits Cap");

(c)     actual Occupancy Expenses for the Stores on a per location and per diem basis in an amount not to exceed the per Store per diem amount (whether due and payable or accrued during the Sale Term and due and payable after the Sale Term), set forth on Exhibit 4.1(c) hereto; provided; further, that the Parties hereby acknowledge that the amounts set forth on Exhibit 4.1(c) include Merchant's estimates of percentage rent that may become due and payable under Merchant's leases;

(d)     Distribution Center Expenses in an amount not to exceed (i) $129,000 per week for the Distribution Center in Atlanta, Georgia, (ii) $126,000 per week for the Distribution Center in New Jersey, and (iii) $190,000 per week for the Distribution Center in Fontana, California, in each case prorated for partial weeks;

(e)     Retention Bonuses for Retained Employees, as provided for in Section 9.4 below;

(f)     advertising and direct mailings relating to the Sale, Store interior and exterior signage and banners, and signwalkers, in each case relating to the Sale;

(g)     credit card fees, bank card fees, and chargebacks and credit/bank card discounts with respect to Merchandise sold in the Sale;

(h)     bank service charges (for Store, corporate accounts, and Agency Accounts), check guarantee fees, and bad check expenses to the extent attributable to the Sale;

(i)     costs for additional Supplies at the Stores necessary to conduct the Sale as requested by Agent;

(j)     all fees and charges required to comply with applicable laws in connection with the Sale as agreed to by Agent;

(k)     Store cash theft and other store cash shortfalls in the registers relating to the Sale;

(l)     all costs and expenses associated with Agent's on-site supervision of the Stores and Distribution Centers, including (but not limited to) any and all fees, wages, taxes, third party payroll costs and expenses, and deferred compensation of Agent's field personnel, travel to, from or between the Stores and Distribution Centers, and out-of-pocket and commercially reasonable expenses relating thereto (including reasonable and documented corporate travel to monitor and manage the Sale);

(m)     postage, courier and overnight mail charges requested by Agent to the extent relating to the Sale;

8

(n)     fifty percent (50%) of cost of the Inventory Taking Service (if applicable);

(o)     Agent's actual cost of capital (including Letter of Credit fees) and insurance;

(p)     Agent's out-of-pocket costs and expenses associated with this Agreement, the Sale, or the transactions contemplated by this Agreement, including, but not limited to, legal fees and expenses incurred in connection with the review of data, preparation, negotiation, and execution of this Agreement and any ancillary documents, and the Sale, in an amount not to exceed $500,000;

(q)     third party payroll processing expenses associated with the Sale;

(r)     costs of transfers initiated by Agent of Merchandise: (i) between and among the Stores during the Sale Term; and (ii) between the Merchant's Distribution Centers and the Stores during the Sale Term, including freight costs during the Sale Term; in each case, it being understood that Agent shall be responsible for coordinating such transfer of Merchandise, subject, however, to the provisions of section 8.1(e) (if applicable) and provided, however, that, for the avoidance of doubt, any costs associated with transferring goods to or from the GB/Tiger Closing Stores shall not constitute an Expense under the Agreement nor shall the Agent be responsible for paying any such costs;

(s)     Central Service Expenses in an amount equal to $50,000 per week, prorated for partial weeks;

(t)     actual routine repair and maintenance costs (including landscaping) on a Store by Store basis solely to the extent such costs (1) exceed the repair and maintenance amounts for each such Store set forth on Exhibit 4.1(c) and (2) result from Agent's acts or omissions during the Sale Term; and

(u)     the actual costs and expenses of Agent providing such additional services as are reasonable for the Sale.

Notwithstanding anything herein to the contrary, to the extent that any Expense category listed in section 4.1 is also included on Exhibit 4.1(c), Exhibit 4.1(c) shall control and such Expenses shall not be double counted. There will be no double counting or payment of Expenses to the extent that Expenses appear or are contained in more than one Expense category.

As used herein, the following terms have the following respective meanings:

(i)     "Central Service Expenses" means costs and expenses for Merchant's central administrative services necessary for the Sale, including, but not limited to, internal payroll processing, MIS services, asset protection services, operations, human resources, cash and inventory reconciliation, data processing and reporting, email preparation and distribution, store level information technology maintenance, POS systems maintenance, e-commerce site updates and maintenance, and accounting (collectively, "Central Services").

(ii)     "Excluded Payroll Benefits" means (A) the following benefits arising, accruing or attributable to the period prior to, during, or after the Sale Term: (w) vacation days or vacation pay, (x) sick days or sick leave or any other form of paid time off, (y) maternity leave or other leaves of absence and (z) ERISA coverage and similar contributions; (B) any payments due under the Worker Adjustment Retraining Notification Act ("WARN Act"); and (C) any benefits in excess of the Payroll Benefits Cap.

9

(iii)    "Occupancy Expenses" means rent, percentage rent, common-area maintenance, real estate and use taxes, HVAC, utilities, telecom/telephone/wi-fi charges, point-of-sale systems maintenance, store security systems, repairs and maintenance, taxes and licenses, pest control expenses, and all other categories of expenses (A) in respect of the Closing Stores, (1) as set forth on Exhibit 4.1(c) attached hereto, in an amount up to the specific amounts set forth on Exhibit 4.1(c) attached hereto, plus (2) any percentage rent obligations incurred by Merchant under applicable leases or occupancy agreements that are allocable to the Sale of Merchandise and Additional Agent Goods during the Sale Term or (B) in respect of the Distribution Centers. Merchant and Agent agree that Exhibit 4.1(c) shall specify the actual applicable percentage and any applicable sales thresholds in respect of percentage rent under any applicable Store lease(s) or other occupancy agreement(s). Merchant and Agent further agree that in the event Exhibit 4.1(c) does not specify the actual applicable percentage and/or the applicable sales thresholds in respect of percentage rent under any applicable Store lease(s) or other occupancy agreement(s), Agent's obligation to pay percentage rent, if any, shall be limited as provided in Exhibit 4.1(c) only.

(iv)    "Third Party" means, with reference to any Expenses to be paid to a Third Party, a party which is not affiliated with or related to the Merchant.

(v)    Notwithstanding any other provision of this Agreement to the contrary, "Expenses" shall not include: (A) Excluded Payroll Benefits, (B) Central Service Expenses (except for amounts due under section 4.1(u)), (C) Occupancy Expenses or any occupancy-related expenses of any kind or nature in excess of the respective per Store, per diem occupancy-related amounts expressly provided for as an Expense under Section 4.1(c) above to the extent actually incurred; (D) any expenses of any kind relating to or arising from Merchant's home office or Distribution Centers (except for amounts due under section 4.1(d)); and/or (v) any other costs, expenses or liabilities payable by Merchant not provided for herein, all of which shall be paid solely by Merchant promptly when due, subject to the provisions of the Bankruptcy Code and the Approval Order.

4.2    Payment of Expenses.

Agent shall be responsible for the payment of all Expenses out of Proceeds (or from Agent's own accounts if and to the extent there are insufficient Proceeds) after the payment of the Guaranteed Amount. All Expenses incurred during each week of the Sale (*i.e.* Sunday through Saturday) shall be paid by Agent to or on behalf of Merchant, or paid by Merchant and thereafter reimbursed by Agent as provided for herein, immediately following the Weekly Sale Reconciliation; provided, however, in the event that the actual amount of an Expense is unavailable on the date of the reconciliation (such as payroll), Merchant and Agent shall agree to an estimate of such amounts, which amounts will be reconciled once the actual amount of such Expense becomes available. Agent and/or Merchant may review or audit the Expenses at any time.

4.3    Distribution Center Expenses

Agent shall be responsible for allocating and designating the shipment of Merchandise from the Merchant's Distribution Centers to the Stores. Merchant and Agent shall cooperate with each other and shall mutually agree upon a schedule no later than the Sale Commencement Date and allocation to the Stores of the Merchandise located at the Distribution Centers and In-Transit Merchandise; provided, however, that the Parties agree that the allocation schedule shall provide that all Merchandise (including any In-Transit Merchandise) shall be allocated and shipped to the Stores no later than June 17, 2016. Subject to Section 4.1(d), with respect to each Distribution Center, costs and expenses of operating such Distribution Center, including, but not limited to, use and Occupancy Expenses, Distribution Center employee payroll and other obligations, and/or processing, transferring, consolidating, shipping, and/or

delivering goods within or from the Distribution Centers (the "Distribution Center Expenses"), from the Sale Commencement Date through and including the date that is the earlier of (x) three (3) days after Agent provides Merchant with notice that all Distribution Center Merchandise and In-Transit Merchandise has been shipped from such Distribution Centers and (y) June 17, 2016, shall be Expenses to the extent set forth in Section 4.1(d). Following the completion of the transfer of all Distribution Center Merchandise and In-Transit Merchandise from the Distribution Centers to the Stores, and provided Agent agrees to pay all incremental costs and expenses associated with receiving, processing, and delivering Additional Agent Goods at/from one or more Distribution Centers, Agent shall have the right to use Merchant's Distribution Centers for purposes of receiving processing, and shipping Additional Agent Goods.

Section 5.  Gross Rings; Merchandise.

5.1      Inventory Taking; Gross Rings.

(a)      Unless Merchant makes the election under section 5.1(b) to conduct an Inventory Taking, at each Store, for the period from the Sale Commencement Date and the Vacate Date for such Store (the "Gross Rings Period"), Agent and Merchant shall jointly keep (i) a strict count of gross register receipts less applicable Sales Taxes but excluding any prevailing discounts ("Gross Rings"), (ii) cash reports of sales within such Store, and (iii) all Returned Merchandise (as defined below). Register receipts shall show for each item sold the Cost Value and Retail Price for such item and the markdown or discount, if any, specifically granted by Agent in connection with such Sale. Agent shall pay that portion of the Guaranteed Amount calculated on the Gross Rings basis, to account for shrinkage, on the basis of 102.0% of the aggregate Cost Value of Merchandise sold during the Gross Rings Period. All such records and reports shall be made available to Agent and Merchant during regular business hours upon reasonable notice. Any Merchandise included in the Sale using the Gross Rings method shall be included as Merchandise.

(b)      On or before the Sale Commencement Date, Merchant may elect to conduct an inventory taking, which election shall be exercised by providing notice to Agent in accordance with this Agreement. If Merchant elects to conduct an inventory taking, commencing on the Sale Commencement Date, Merchant and Agent shall cause to be taken a SKU level Cost Value and Retail Price physical inventory of the Merchandise located in the Stores and the Distribution Center and In-Transit Merchandise in accordance with this section 5.1(b) (collectively, the "Inventory Taking"). The Inventory Taking shall (x)(i) be completed in each of the Stores as soon as practicable (the date of the Inventory Taking at each Store being the "Inventory Date" for each such Store), but in any event no later than July 15, 2016 (subject to the availability of the Inventory Taking Service) and (ii) include Distribution Center Merchandise and In-Transit Merchandise received at such Store prior to such Store's Inventory Date, (y) with respect to Distribution Center Merchandise and/or In-Transit Merchandise received at a Store after the Inventory Date for such Store, such Merchandise shall be counted by representatives of Agent and Merchant upon receipt at such Store. Merchant and Agent shall jointly employ RGIS or other mutually agreed upon national inventory taking service (the "Inventory Taking Service") to conduct the Inventory Taking. The Inventory Taking shall be conducted in accordance with the procedures and instructions set forth on Exhibit 5.1(a) (the "Inventory Taking Instructions"). Agent shall be responsible for fifty percent (50%) of cost of the Inventory Taking Service as an Expense. Merchant shall be responsible for fifty percent (50%) of cost of the Inventory Taking Service. Merchant and Agent shall each bear their respective costs and expenses relative to the Inventory Taking; provided that, Agent shall be obligated to pay fifty percent (50%) of the payroll and related benefit costs (subject to the Benefits Cap) for Store-level and Distribution Center Retained Employees used during the Inventory Taking as an Expense, and Merchant shall pay the remaining fifty percent (50%) of the payroll and related benefit costs for Retained Employees used during the Inventory Taking, in each case calculated on a location-by-location basis.

11

Merchant, Lenders, and Agent may each have representatives present during the Inventory Taking, and shall each have the right to review and verify the listing and tabulation of the Inventory Taking Service. Merchant agrees that during the conduct of the Inventory Taking, the applicable Store shall be closed to the public, and no sales or other transactions shall be conducted within the applicable Store. Merchant and Agent further agree that until the Inventory Taking in a particular Store is completed, neither the Merchant nor Agent shall: (i) move Merchandise within or about the Store so as to make any such items unavailable for counting as part of the Inventory Taking; or (ii) remove or add any hang tags, price tickets, inventory control tags affixed to any Merchandise or any other kind of in-store pricing signage within the Store. Merchant agrees to cooperate with Agent to conduct the Inventory Taking (including, without limitation, by making available to Agent information relating to sales, units, costs, Cost Value, and Retail Price; and making available to Agent Merchant's books, records, work papers and personnel to the extent reasonably necessary to calculate the Cost Value and Retail Price of the Merchandise). Each Store will be closed during the Inventory Taking; provided, however, that the parties agree that the Inventory Taking will commence at a time that will minimize the number of hours that the Stores will be closed for business. The Inventory Taking, including, but not limited to, the Final Inventory Report, shall be reviewed, reconciled, and mutually verified by the Merchant, Lenders and Agent in writing as soon as practicable following the Inventory Taking.

(c)     If Merchant elects to conduct an inventory taking pursuant to section 5.1(b), at each Store, the Gross Rings Period shall be modified to be the period from the Sale Commencement Date until the Inventory Date for such Store (the "IT Gross Rings Period"). During the IT Gross Rings Period, Merchant and Agent shall utilize Gross Rings under section 5.1(a) for all Merchandise sold during the IT Gross Rings Period.

5.2     Merchandise Subject to This Agreement.

(a)     For purposes of this Agreement, "Merchandise" shall mean all (i) new, finished first-quality saleable goods in the ordinary course of business located at the Stores as of the Sale Commencement Date (including Merchandise subject to Gross Rings), (ii) Defective Merchandise, (iii) Display Merchandise, (iv) Distribution Center Merchandise and In-Transit Merchandise received at the Stores no later than June 17, 2016, provided that if such goods are received at the Stores after the later of (i) June 17, 2016 and (ii) in the event of any delay caused by Agent that is not cured within two (2) days after receipt of notice from Merchant, the date that such goods are actually delivered to the Stores (the "Receipt Deadline"), such goods shall be included in the Sale as Merchandise at the Cost Value and Retail Price of each good multiplied by the inverse of the prevailing Sale discount for each such good as of the date on which each such good is received in the applicable Store, and (v) Returned Merchandise (defined below) included as Merchandise in accordance with Section 8.5 hereof. "Merchandise" shall not include: (1) goods which belong to sublessees, licensees, department lessees, or concessionaires of Merchant; (2) goods held by Merchant on memo, on consignment, or as bailee; (3) Excluded Defective Merchandise; (4) Designated Goods; (5) Additional Agent Goods; (6) furniture, furnishings, trade fixtures, machinery, equipment, office supplies, Supplies, conveyor systems, racking, rolling stock, and other personal property (collectively, "FF&E") or improvements to real property; provided that Agent shall be permitted to sell Owned FF&E as set forth in Section 7 below; (7) goods designated in the Merchandise File with a location or division reference set on Exhibit 5.2(a); (8) Distribution Center Merchandise, In-Transit Merchandise, or goods in the Distribution Centers, in-transit or on order received at the Stores after the Receipt Deadline; (9) fixtures that belong to or reference Under Armour; (10) Consignment Goods; or (11) goods stored at GSI Commerce.

(b)     As used in this Agreement, the following terms have the respective meanings set forth below:

12

"Display Merchandise" means any item of Merchandise which is not new because it was used by the Merchant in the ordinary course of business for demonstration purposes or as a display or floor sample.

"Defective Merchandise" means any item of Merchandise which is not finished, first-quality, saleable goods sold in the normal or ordinary course. Examples of Defective Merchandise include but are not limited to goods that are used, damaged, defective, scratched, soiled, dented, shopworn, or out of box (if normally sold as new in-the-box).

"Excluded Defective Merchandise" means any item of (i) Defective Merchandise that is not saleable in the ordinary course because it is so damaged or defective that it cannot reasonably be used for its intended purpose, or (ii) goods that are missing pieces, mismatched, mismated, parts, out-of-date, have an expiration date that is within 30 days after the Sale Commencement Date, items typically sold as a set which are incomplete, or gift with purchase items not ordinarily sold separately. Excluded Defective Merchandise shall be identified as such during the Inventory Taking or identified and segregated during the Gross Rings Period in the event an Inventory Taking does not occur.

"Distribution Center Merchandise" means any item of Merchandise located at Merchant's warehouse/distribution centers identified on Exhibit 1(b) (collectively, the "Distribution Centers") and reflected in the Merchandise File.

"In-Transit Merchandise" means items of inventory that were ordered by Merchant in the ordinary course of business as identified on Exhibit 5.2(b)(1) annexed hereto, which inventory was in-transit to the Stores or Distribution Center as of the Sale Commencement Date, but which may be received in the Stores or Distribution Center prior to the Receipt Deadline.

"Consignment Goods" means items of inventory identified on Exhibit 5.2(b)(2).

"Merchandise File" shall mean Merchant's files set forth on Exhibit 5.2(b)(3).

5.3    Valuation.

(a)    For purposes of this Agreement, "Cost Value" shall mean, the lower of (i) with respect to each SKU of Merchandise, the "EXT COST" divided by "NET ON HAND" of such SKU as reflected in the Merchandise File or (ii) the Retail Price. "Retail Price" shall mean with respect to each item of Merchandise, the lower of the lowest ticketed, marked, shelf, or Merchandise File price. For purposes of calculating Retail Price, if an item of Merchandise with the same SKU has more than one ticketed, marked, Merchandise File, or shelf price, or if multiple items of the same SKU have different ticketed, marked, Merchandise File, or shelf prices, the lowest ticketed, marked, Merchandise File, or shelf price shall prevail for all such items of Merchandise in the same Store ("Per Store Lowest Price").

(b)    Anything in Section 5.3(a) to the contrary notwithstanding, Excluded Pricing Adjustments shall not be taken into account in determining the Retail Price of any item of Merchandise. For purposes of this Agreement, the term "Excluded Price Adjustments" means the following discounts or price adjustments offered by the Merchant: (i) point of sale discounts or similar adjustments regardless of duration (other than hard markdowns, which shall not constitute an Excluded Price Adjustment); (ii) employee discounts; (iii) member or customer appreciation points or coupons; (iv) multi-unit purchase discounts; (v) adjustments for damaged, defective or "as-is" items; (vi) coupons (Merchant's or competitors'), catalog, website, or circular prices, or "buy one get one" type discounts; (vii) customer savings pass discounts or "bounce back" coupons, or discounts for future purchases based on dollar value of past purchases; (viii) obvious ticketing or marking errors; (x) instant (in-store) or mail in rebates; or

(ix) similar customer specific, temporary, or employee non-product specific discounts or pricing accommodations.

5.4     Excluded Goods.  Merchant shall retain all responsibility for any goods not included as "Merchandise" hereunder (including for these purposes any Distribution Center Merchandise or In-Transit Merchandise that does not arrive in the Stores or Distribution Centers on or prior to the Receipt Deadline).  If the Merchant elects at the beginning of the Sale Term, Agent shall accept goods not included as "Merchandise" hereunder for sale at prices and through channels mutually agreed upon by Agent and Merchant (such goods (exclusive of Consignment Goods), "Designated Goods").  The Agent shall retain 20% of the receipts (net of Sales Taxes) for all sales of Designated Goods, and Merchant shall receive 80% of the receipts (net of Sales Taxes) in respect of such sales.  Merchant shall receive its share of the receipts of sales of Designated Goods on a weekly basis, immediately following the Weekly Sale Reconciliation.  If Merchant does not elect to have Agent sell Designated Goods, then all such items will be removed by Merchant from the Stores at Merchant's expense as soon as practicable and shall not be shipped to the Stores from the Distribution Centers absent Agent's express written consent.  Agent shall have no cost, expense or responsibility in connection with any goods not included in Merchandise.  For the avoidance of doubt, Designated Goods do not include Consignment Goods.

5.5     Consignment Goods.  Unless otherwise directed by Merchant on two (2) days' notice, the Agent shall sell all Consignment Goods at prices and through channels mutually agreed upon by Agent and Merchant, and Agent shall be paid by Merchant as part of each Weekly Sale Reconciliation seventeen percent (17.0%) of the receipts (net of Sales Taxes) for all sales of Consignment Goods, and Merchant shall retain the balance (net of Sales Taxes) in respect of such sales.  Merchant shall receive its share of the receipts of sales of Consignment Goods on a weekly basis, immediately following the Weekly Sale Reconciliation.  If directed by Merchant, Agent shall cease selling Consignment Goods and assist Merchant with removing any unsold Consignment Goods from the sales floor; provided, however, that in no event shall any other person or entity sell any Consignment Goods from the Stores and the Agent shall have no obligation to ship any Consignment Goods from the Stores.

Section 6.  Sale Term.

6.1     Term.  Subject to satisfaction of the conditions precedent set forth in Section 10 hereof, the Sale shall commence at each Store on the date that is one (1) day after the Bankruptcy Court enters the Approval Order, but in no event later than May 27, 2016 or such other date as otherwise agreed to by Agent (the "Sale Commencement Date").  Agent shall complete the Sale at each Store no later than August 31, 2016 (the "Sale Termination Date", and the period from the Sale Commencement Date to the Sale Termination Date as to each Store being the "Sale Term").  Notwithstanding the foregoing, Agent may, in its discretion, earlier terminate the Sale on a Store-by-Store basis upon not less than seven (7) days' prior written notice (a "Vacate Notice") to Merchant (the "Vacate Date"), provided, that it being understood that the Agent's obligations to pay all Expenses, including Occupancy Expenses and all Expenses that may become due and payable after the Sale Term, for each Store subject to a Vacate Notice shall continue until the applicable Vacate Date for such Store; provided, however, that, with respect to Occupancy Expenses, the Agent's obligations to pay all Occupancy Expenses for each Store shall continue until the 15th of a calendar month if the Vacate Notice applicable to each such Store is provided on or before the 8th day of such calendar month.

6.2     Vacating the Store.  At the conclusion of the Sale, Agent agrees to leave each Store in "broom clean" condition, ordinary wear and tear excepted, except for unsold items of Owned FF&E which may be abandoned by Agent in place in a neat and orderly manner pursuant to Section 7 below.  Agent shall vacate each Store on or before the Sale Termination Date as provided for herein, at which time Agent shall surrender and deliver the Store premises and Store keys to Merchant.  Agent's

14

obligations to pay all Expenses for the Stores shall continue until the applicable Vacate Date for each Store.

Section 7.  FF&E.

7.1     Owned FF&E.  Unless otherwise directed by Merchant by no later than the Sale Commencement Date, Agent shall have the right to sell all FF&E owned by Merchant located at the Stores, the Corporate Offices and the Distribution Centers, whether or not reflected on Exhibit 7.1 but including (without limitation) all items set forth on Exhibit 7.1 (the "Owned FF&E").  Merchant shall have the option, which option shall be exercised no later than one (1) business day before the Sale Commencement Date (or such later date as the Merchant, Lenders and Agent may mutually agree), to have Agent sell the Owned FF&E on a commission or guaranteed basis.  Merchant hereby represents, warrants, covenants, and agrees in favor of Agent that: (i) all Owned FF&E may be sold by Agent on Merchant's behalf, free and clear of all liens, claims, and encumbrances; (ii) Merchant owns all Owned FF&E and has good and marketable title to and all right, power, and authority to sell the Owned FF&E, and (iii) all Owned FF&E is devoid of hazardous materials and substances.  If Merchant directs that Agent not sell any Owned FF&E, in no event shall Merchant or any other person or entity sell any Owned FF&E to a party other than the assignee of the lease with respect to a Store during the Sale Term, Agent shall be authorized to use all FF&E as otherwise provided in this Agreement, the Agent shall have no obligation with respect to the Owned FF&E, and neither Merchant nor any person or entity shall remove any FF&E prior to the expiration of the Sale Term.

7.2     FF&E Guaranteed Option.  If Merchant elects to have Agent sell the Owned FF&E on a guaranteed basis, subject to the consent of the Term Agent or further court approval on appropriate notice to the Term Agent, Merchant and Agent shall mutually agree upon the guaranteed amount (the "Additional Guaranteed Amount") on account of the sale of the Owned FF&E, which Additional Guaranteed Amount shall be paid by Agent on the Payment Date or within two (2) business days after mutual agreement with respect to such Additional Guaranteed Amount.  In consideration for the payment of the Additional Guaranteed Amount, Agent shall be authorized to sell the Owned FF&E and retain all proceeds (net of Sales Taxes) from the sale of all Owned FF&E (the "FF&E Proceeds") for Agent's sole and exclusive benefit, which FF&E Proceeds shall not constitute Proceeds.  Agent shall be responsible for the payment of all costs and expenses associated with the disposition of Owned FF&E, other than costs and expenses associated with the Corporate Offices and Distribution Center Expenses pursuant to Section 4.3 hereof.

7.3     FF&E Fee Option.  If Merchant elects to have Agent sell the Owned FF&E on a fee basis, Agent shall be entitled to receive a commission equal to twenty percent (20%) of the gross proceeds from the sale of the Owned FF&E (net only of Sales Taxes), and Merchant shall reimburse Agent for Agent's documented costs and expenses associated with selling the Owned FF&E pursuant to a mutually agreed upon budget, subject to Lenders' consent and approval of such budget (neither of which shall be unreasonably withheld or delayed).

7.4     Abandonment of FF&E.  Anything in this Agreement to the contrary notwithstanding, Agent shall be authorized to abandon any and all FF&E, whether owned or not by Merchant, in place without any cost or liability to Agent.  For the avoidance of doubt, Agent shall have no responsibility whatsoever with respect to FF&E that is not owned by Merchant.

Section 8.  Conduct of the Sale.

8.1     Rights of Agent.  In addition to any other rights granted to Agent elsewhere in this Agreement, Agent shall be permitted to conduct the Sale as a "store closing", "sale on everything",

15

"going out of business", "everything must go", or similar themed sale throughout the Sale Term without compliance with any Liquidation Sale Laws. The Agent shall conduct the Sale in the name of and on behalf of the Merchant in a commercially reasonable manner and in compliance with the terms of this Agreement and subject to the Approval Order. Agent shall conduct the Sale in accordance with the sale guidelines attached hereto as Exhibit 8.1(the "Sale Guidelines"). In addition to any other rights granted to Agent hereunder in conducting the Sale the Agent, in the exercise of its reasonable discretion shall have the right:

(a)    Subject to the Approval Order and Sale Guidelines, to establish Sale prices and discounts and Store hours (which Store hours are consistent with the terms of applicable leases, mortgages, or other occupancy agreements and local laws or regulations, including, without limitation, Sunday closing laws); provided, however, to the extent that Agent extends the hours of operation at one or more of the Closing Stores beyond the hours historically operated by Merchant, which results in additional utilities charges and increased Occupancy Expenses in excess of the average utilities charges and Occupancy Expenses for such Stores over the twelve (12) months preceding the Sale Commencement Date, Agent shall reimburse Merchant the reasonable amounts, if any, of such additional costs and such additional costs shall constitute Expenses;

(b)    except as otherwise expressly included as an Expense, to use without charge during the Sale Term all FF&E, computer hardware and software, existing Supplies, intangible assets (including Merchant's name, logo and tax identification numbers), Store keys, case keys, security codes and safe and lock combinations required to gain access to and operate the Stores, and any other assets of the Merchant located at the Stores or the Distribution Centers (whether owned, leased, or licensed);

(c)    (i) subject to Agent's payment in accordance with Section 4.1 in respect of Central Services, to be provided by Merchant (at no additional cost to Agent) with central office facilities, central administrative services and personnel to process and perform Central Services and provide other central office services reasonably necessary for the Sale; (ii) to use reasonably sized offices located at Merchant's central office facility to effect the Sale; and (iii) to use all customer lists, mailing lists, email lists, and IP utilized by Merchant in connection with its business (but solely in connection with the Sale and pursuant to such reasonable restrictions requested by Merchant in order for Merchant to comply with its privacy policy and applicable laws governing the use and dissemination of confidential consumer personal data); provided, however, that, in the event Agent requests Merchant to provide services other than those expressly contemplated by this Agreement or other than customarily provided to the Stores and/or Distribution Center and relating to the sale of Merchandise by Merchant in the ordinary course of business, Agent shall be responsible to reimburse Merchant for the actual incremental cost of such additional services incurred by Merchant as an Expense of the Sale hereunder;

(d)    to establish and implement advertising, signage and promotion programs consistent with the "store closing", "sale on everything", "going out of business", "everything must go", or similar theme including, without limitation, by means of media advertising, and similar interior and exterior signs and banners, and the use of sign walkers;

(e)    if the Merchant elects to conduct an Inventory Taking, once the Inventory Taking is complete at the affected location, to transfer Merchandise between and among the Stores at Agent's expense; provided, however, the Agent shall not transfer Merchandise between and among Stores so as to make the Merchandise unavailable for purposes of the Inventory Taking; and

(f)    subject to the provisions of Section 8.10 below, to include Additional Agent Goods as part of the Sale.

8.2     Terms of Sales to Customers; Final/As Is Sales.  All sales of Merchandise will be "final sales" and "as is," and appropriate signage and sales receipts will reflect the same.  Agent shall not warrant the Merchandise in any manner, but will, to the extent legally permissible, pass on all manufacturers' warranties to customers.  Except as provided in Section 8.6 below, all sales will be made only for cash or nationally recognized bank debit or credit cards.  Agent shall clearly mark all receipts for the Merchandise sold at the Stores during the Sale Term so as to distinguish such Merchandise from the goods sold prior to the Sale Commencement Date.

8.3     <u>Sales Taxes.</u>

(a)     During the Sale Term, all sales, excise, gross receipts, and other taxes attributable to sales of Merchandise, Consignment Goods, Designated Goods and Additional Agent Goods as indicated on Merchant's point of sale equipment (other than taxes on income, but specifically including, without limitation, gross receipts taxes) payable to any taxing authority having jurisdiction (collectively, "<u>Sales Taxes</u>") shall be added to the sales price of Merchandise, Consignment Goods, Designated Goods and Additional Agent Goods  and collected by Agent in trust for Merchant at time of sale and paid over to Merchant. All Sales Taxes shall be deposited into a segregated account designated by Merchant and Agent solely for the deposit of such Sales Taxes (the "<u>Sales Taxes Account</u>").  If Agent does not timely remit Sales Taxes to Merchant, Merchant and/or the DIP Agent shall be permitted to immediately draw on the Letter of Credit in the full amount of Sales Taxes collected by Agent in the preceding week. Provided that Agent has collected all Sales Taxes during the Sale and remitted the proceeds thereof to Merchant, Merchant shall promptly pay all Sales Taxes and file all applicable reports and documents required by the applicable taxing authorities.  If Agent collects Sale Taxes by means other than Merchant's POS system, Agent shall reimburse Merchant for any additional Sales Taxes, interest, fines, penalties, and similar amounts payable to any taxing authority as the result of a Sales Tax audit conducted by or on behalf of such authority which discloses that the Sales Taxes collected by Agent through means other than Merchant's POS system and paid over to Merchant for any period during the Sale Term were less than those mandated by applicable law for the sale of Merchandise, Additional Agent Goods and/or Owned FF&E, if any, that is sold by Agent under this Agreement and collected through means other than Merchant's POS system (any such additional Sales Taxes and other amounts are collectively referred to herein as "<u>Additional Taxes and Penalties</u>"). Merchant will be given access to the computation of gross receipts for verification of all such Sales Tax collections.  If Agent collects Sale Taxes by means other than Merchant's POS system Agent shall add Sales Tax to the sales price of all Additional Agent Goods sold and Agent shall collect Sales Taxes attributable to the sales of Additional Agent Goods and deposit such amounts into existing accounts, trust accounts, or other accounts designated by Agent, for remittance by Merchant, on behalf of Agent, to the appropriate taxing authority. If Agent fails to perform its responsibilities in accordance with this Section 8.3, and provided Merchant complies with its obligations in accordance with this Section 8.3, Agent shall defend, indemnify and hold harmless Merchant, the Lenders, and their respective officers, directors, employees, agents and independent contractors (collectively, "<u>Merchant Indemnified Parties</u>") from and against any and all costs, including, but not limited to, reasonable attorneys' fees, assessments, fines, or penalties (including but not limited to all Additional Taxes and Penalties) that any Merchant Indemnified Party sustains or incurs as a result or consequence of the failure by Agent to collect Sales Taxes and remit them to Merchant and/or, to the extent Agent is required hereunder to prepare reports and other documents, the failure by Agent to promptly deliver any and all reports and other documents required to enable Merchant to file any requisite returns with such taxing authorities. Provided that Agent performs its responsibilities in accordance with this Section 8.3, Agent shall have no further obligation to the Merchant, the Lenders, any taxing authority, or any other party, and Merchant (or if Merchant shall be unable to or otherwise for any reason fails to, and Lenders have received any funds on account of Sales Taxes, Lenders) shall defend, indemnify, and hold harmless Agent and its officers, directors, employees, agents and supervisors (collectively, "<u>Agent Indemnified Parties</u>") from and against all claims, demands, assessments, penalties, losses, liability or

17

damage, including, without limitation, reasonable attorneys' fees and expenses, directly or indirectly asserted against, resulting from or related to the failure by Merchant to promptly pay such taxes to the proper taxing authorities and/or the failure by Merchant to promptly file with such taxing authorities all reports and other documents required by applicable law to be filed with or delivered to such taxing authorities.

(b)    Without limiting the generality of Section 8.3(a) hereof, it is hereby agreed that, as Agent is conducting the Sale solely as agent for the Merchant, various payments that this Agreement contemplates that one party may make to the other party (including the payment by Agent of the Guaranteed Amount) do not represent the sale of tangible personal property and, accordingly, are not subject to Sales Taxes.

8.4    <u>Supplies.</u>  Agent shall have the right to use, without charge, all existing supplies located at the Stores, Distribution Centers and corporate office(s), including, without limitation, boxes, bags, paper, twine and similar sales materials (collectively, "Supplies"). In the event that additional Supplies are required in any of the Stores during the Sale, Merchant agrees to promptly provide the same to Agent, if available, for which Agent shall reimburse the Merchant at Merchant's cost therefor.

8.5    Returns of Merchandise.  For the first thirty (30) days of the Sale Term, Agent shall accept returns of goods sold by Merchant in stores or online prior to the Sale Commencement Date ("Returned Merchandise"), provided that such return is in compliance with Merchant's return policy in effect immediately prior to the Sale Commencement Date.  Merchant and Agent shall jointly maintain and deliver to Merchant a detailed Returned Merchandise log, including copies of all relevant merchandise receipts and credits, and shall mark the Returned Merchandise in such a fashion as to render such merchandise readily identifiable by Merchant and Agent.  If such Returned Merchandise is otherwise "Merchandise" (which for the avoidance of doubt, shall exclude Consignment Goods) it shall be included in the Sale at its Cost Value and Retail Price, multiplied by the inverse of the then prevailing Sale discount on the date of the return.  The aggregate Cost Value of the Merchandise shall be increased by the adjusted Cost Value of any Returned Merchandise included in Merchandise (determined in accordance with this Section 8.5).  If the Returned Merchandise (other than Consignment Goods) is not first quality goods, Merchant and Agent shall negotiate in good faith to determine an appropriate Cost Value and Retail Price applicable to such Returned Merchandise for purposes of determining the Cost Value and Retail Price attributable thereto.  If such Returned Merchandise is Consignment Goods, such Returned Merchandise shall be sold by Agent as Consignment Goods.  In addition, Merchant shall promptly reimburse Agent in cash for any refunds Agent is required to issue to customers in respect of any Returned Merchandise during each Weekly Sale Reconciliation provided for in Section 8.7.  Any increases in payment on account of the Guaranteed Amount as a result of Returned Merchandise shall be paid by Agent as part of the final Sale reconciliation provided for under Section 8.7(b) hereof.  Except to the extent that Merchant and Agent agree that Merchant's POS or other applicable systems can account for returns of goods, all returns must be noted and described in a mutually agreeable Returned Merchandise log on a weekly basis during the Sale.

8.6    Gift Certificates.  Agent shall accept Merchant's gift certificates, gift cards, return credits, and similar merchandise credits issued by Merchant (collectively, the "Gift Certificates") during the first thirty-four (34) days of the Sale; and Merchant shall reimburse Agent in cash for such amounts during the Weekly Sale Reconciliation provided for in Section 8.7; <u>provided</u>, <u>however</u>, that unless otherwise directed by Merchant, Agent shall not accept any League Gift Certificates.  Agent shall not sell any Gift Certificates, notwithstanding the foregoing, the Agent shall not accept coupons or honor any employee or other discounts.

8.7    Sale Reconciliation.

(a)     On each Wednesday during the Sale Term, Agent and Merchant shall cooperate to reconcile Expenses of the Sale, make payments/setoffs on account of the Guaranteed Amount, Agent's Fee, Sharing Amounts, sales of Additional Agent Goods, Consignment Goods, Designated Goods, and Owned FF&E, and reconcile such other Sale-related items as either party shall reasonably request, in each case for the prior week or partial week (i.e. Sunday through Saturday), all pursuant to procedures agreed upon by Merchant and Agent (the "Weekly Sale Reconciliation"). Lenders may, in their discretion, participate in and audit any Weekly Reconciliation.

(b)     Within thirty (30) days after the end of the Sale Term, or as soon as practicable thereafter, but in no event later than 60 days after the Sale Termination Date, Agent and Merchant shall complete a final reconciliation of the Sale (the "Final Reconciliation"), the written results of which shall be certified by representatives of each of the Merchant, Lenders, and Agent as a final settlement of accounts between the Merchant and Agent. Within five (5) days after the completion of the Final Reconciliation and execution of a settlement letter including an appropriate mutual release, Agent shall pay to Merchant, or Merchant shall pay to Agent, as the case may be, any and all amounts due the other pursuant to the Final Reconciliation. Once executed by Merchant and Agent, such settlement and Final Reconciliation shall be deemed approved without further order of the Bankruptcy Court (other than the Approval Order). During the Sale Term, and thereafter until all of Merchant's and Agent's obligations under this Agreement have been satisfied, Merchant and Agent shall have reasonable access to Merchant's and Agent's records with respect to the Sale (including, but not limited to, Cost Value, Retail Price, Merchandise, Consignment Goods, Designated Goods, Owned FF&E, Expenses, and Proceeds) to review and audit such records. In the absence of an order of the Bankruptcy Court to the contrary, no disputed amounts owing hereunder shall be paid until the dispute has been resolved by agreement of the parties or as determined in the manner prescribed in Section 8.7(c) hereof. During the Sale Term, and until all of Agent's obligations under this Agreement have been satisfied, Merchant (in consultation with the Lenders), Lenders and Agent shall have reasonable access to Merchant's and Agent's records with respect to Proceeds, Sales Taxes, Expenses, and other Sale-related items to review and audit such records.

(c)     In the event that there is any dispute with respect to either (x) the determination of the aggregate Cost Value of the Merchandise as reflected in the Final Inventory Report and/or (y) the Final Reconciliation, such dispute shall be promptly (and in no event later than the fifth (5th) business day following a request by either Merchant or Agent) submitted to the Bankruptcy Court for resolution. In the event of a dispute as to (x) or (y) above, Agent shall extend the Letter of Credit in accordance with the provisions of Section 3.4 hereof. If Agent has for any reason not so extended the expiration date of the Letter of Credit by the date that is ten (10) business days prior to the applicable expiration date (as may have been extended previously), Merchant and/or the DIP Agent shall have the right to make a draw under the Letter of Credit in an amount or amounts equal to the amounts Merchant asserts are then owing to Merchant and hold such amounts "in trust" pending resolution of the dispute by the Bankruptcy Court, the mutual agreement of the parties, or otherwise.

8.8     Force Majeure. If any casualty, act of war or terrorism, or act of God directly prevents or substantially inhibits the conduct of business in the ordinary course at any of the Stores for five (5) consecutive days, the Merchandise located at such Store shall, in Agent's reasonable discretion (after consultation with the Merchant), be eliminated from the Sale and considered to be deleted from this Agreement as of the date of such event, and Agent and Merchant shall have no further rights or obligations hereunder with respect thereto; provided, however, that (i) the proceeds of any insurance attributable to such Merchandise shall constitute Proceeds hereunder, and (ii) the Guaranteed Amount shall be reduced to account for any Merchandise eliminated from the Sale which is not the subject of insurance proceeds, and Merchant (or any Lender to the extent it has received any funds on account of the Guaranteed Amount) shall within five (5) business days following written demand by Agent reimburse Agent for the amount the Guaranteed Amount is so reduced.

8.9     Right to Monitor.  Merchant and Lenders shall have the right to monitor the Sale and activities attendant thereto and to be present in the Stores and Distribution Centers during the hours when the Stores and Distribution Centers are open for business; provided that, Merchant's or Lenders' presence does not unreasonably disrupt the conduct of the Sale.  Merchant shall also have a right of access to the Stores and Distribution Centers at any time in the event of an emergency situation and shall promptly notify Agent of such emergency.

8.10     Additional Agent Goods.

(a)     Agent shall have the right to supplement the Merchandise in the Sale with additional goods procured by Agent which are of like kind, and no lesser quality to the Merchandise in the Sale ("Additional Agent Goods").  The Additional Agent Goods shall be purchased by Agent as part the Sale at Agent's sole expense (and such purchase price shall not constitute an Expense) and Agent shall be responsible for all actual and documented costs and expenses incurred in connection with the receipt, shipping, delivery, processing and transfer of any Additional Agent Goods.  Sales of Additional Agent Goods shall be run through Merchant's cash register systems, provided however, Agent shall mark the Additional Agent Goods using either a "dummy" SKU or department number, or in such other manner so as to distinguish the sale of Additional Agent Goods from the sale of Merchandise.  Agent and Merchant shall also cooperate so as to ensure that the Additional Agent Goods are marked in such a way that a reasonable consumer could identify the Additional Agent Goods as non-Merchant goods.  Additionally, Agent shall provide signage in the Stores notifying customers that the Additional Agent Goods have been included in the Sale.

(b)     In addition to all other compensation due to Merchant under this Agreement, Agent shall pay to Merchant an amount equal to five percent (5.0%) percent of the gross proceeds (excluding Sale Taxes) from the sale of the Additional Agent Goods (the "Additional Agent Goods Fee"), which the Agent hereby agrees that the Additional Agent Goods Fee shall be not less than $1,800,000.  Agent shall retain all remaining amounts from the sale of the Additional Agent Goods.  Agent shall pay Merchant its Additional Agent Goods Fee in connection with each Weekly Sale Reconciliation with respect to sales of Additional Agent Goods sold by Agent during each then prior week (or at such other mutually agreed upon time in the case of Additional Agent Goods sold pursuant to Section 3.2(b) above).

(c)     Agent and Merchant intend that the transactions relating to the Additional Agent Goods are, and shall be construed as, a true consignment from Agent to Merchant in all respects and not a consignment for security purposes.  Subject solely to Agent's obligations to pay to Merchant the Additional Agent Goods Fee, at all times and for all purposes the Additional Agent Goods and their proceeds shall be the exclusive property of Agent, and no other person or entity shall have any claim against any of the Additional Agent Goods or their proceeds.  The Additional Agent Goods shall at all times remain subject to the exclusive control of Agent.

(d)     Merchant shall, at Agent's sole expense (and not as an Expense), insure the Additional Agent Goods and, if required, promptly file any proofs of loss with regard to same with Merchant's insurers.  Agent shall be responsible for payment of any deductible or self-insured retention under any such insurance in the event of any casualty affecting the Additional Agent Goods, which amount shall be deemed an Additional Agent Goods expense.

(e)     Merchant acknowledges, and the Approval Order shall provide, that the Additional Agent Goods shall be consigned to Merchant as a true consignment under Article 9 of the Code.  Agent is hereby granted a first priority security interest in and lien upon (i) the Additional Agent Goods and (ii) the Additional Agent Goods proceeds, which security interest shall be deemed perfected pursuant to the Approval Order without the requirement of filing UCC financing statements or providing

notifications to any prior secured parties (provided that Agent is hereby authorized to deliver all required notices and file all necessary financing statements and amendments thereof under the applicable UCC identifying Agent's interest in the Additional Agent Goods as consigned goods thereunder and the Merchant as the consignee therefor, and Agent's security interest in and lien upon such Additional Agent Goods and Additional Agent Goods proceeds).

(f)     Lender hereby acknowledges receipt of notice of the consignment of the Additional Agent Goods and, subject to payment of the Additional Agent Goods Fee, consents to the payments to Agent of Additional Agent Goods proceeds.

8.11     Delivery and Assembly Program.  Agent shall be authorized, but not required, to broker contracts for the delivery and assembly of Merchandise sold as part of the Sale.  Any commissions the Agent receives in connection with such contracts are referred to herein as "Delivery Commissions."

8.12     Firearm and Ammunition Sales.

(a)     Agent expressly, unconditionally, and irrevocably agrees to use its best efforts to adhere to, assist with, and follow (to fullest extent possible) all instructions, restrictions, and recommendations, with respect to firearm and ammunition sales and operations provided by Merchant's ATF Compliance Department.

(b)     Merchant shall remain solely responsible for firearm and ammunition security and for the lawful transfer of the same for the duration of the Sale Term.  Firearm and ammunition security will continue to receive the highest priority by Merchant and Agent and their agents, employees, subcontractors, independent contractors, designees, and other representatives.  In that regard, Merchant shall designate one employee at each Store during the Sale to maintain dominion and control over all firearms operations, provided however, such employee must be listed as the Responsible Person ("RP") with the Federal Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") for each Store's Federal Firearms Licensee ("FFL") and will remain directly accountable to Merchant with regard to firearms operations and will in no way be an agent, employee, subcontractor, independent contractor, designee, or other representative of Agent with respect to firearms operations as regulated by Chapter 44 of Title 18, United States Code, and state and local law.

(c)     by executing this Agreement, Agent expressly acknowledges that a missing or stolen firearm is considered a grave threat to public safety and will be thoroughly investigated by agents of the ATF.  Merchant will be responsible for reporting such loss and or theft, and Agent will take no action that would impede or obstruct the required reports to be made.  Agent further expressly acknowledges that it is a Federal felony to steal a firearm from the inventory.  See 18 U.S.C. § 922(u).

(d)     Merchant shall continue to ensure all firearm and ammunition sales are made in full accordance with all applicable laws.  This includes, without limitation, complying with all necessary waiting periods and State and/or Federal background checks.

(e)     Merchant shall continue to ensure all firearms sold or transferred are disposed (logged out of Merchant's firearm log) at the close of business each day or, at the latest, prior to each Store opening the following day.  This includes, without limitation, a thorough and accurate review of the applicable ATF Form 4473s or FFL(s), document scanning, and appropriate filing of such forms.

(f)     Merchant shall continue to ensure all multiple handgun sales or transfers to the same non-licensee within five consecutive business days are properly reported by completing and complying with all instructions on ATF Form 3310.4.

21

(g)    Merchant shall ensure a complete firearm inventory is completed at each Store at the close of business each day during the Sale. Any missing firearm(s) must be immediately reported to Merchant.

Section 9.    Employee Matters.

9.1    Merchant's Employees.  Agent may use Merchant's employees and may employ temporary employees in the conduct of the Sale to the extent Agent deems necessary for the Sale, and Agent may select and schedule the number and type of Merchant's employees required for the Sale. Agent shall identify any such employees to be used in connection with the Sale (each such employee, a "Retained Employee"). For the avoidance of doubt, Retained Employees shall include (i) all of Merchant's Store-level employees and, solely to the extent requested by Agent in writing, district and/or regional managers identified by Agent no later than three (3) days after the Sale Commencement Date. Notwithstanding the foregoing, Merchant's employees shall at all times remain employees of the Merchant. Agent's activities with respect to Merchant's employees, including, without limitation, selection and scheduling, shall at all times comply with all applicable laws and regulations. Merchant and Agent agree that, except to the extent that wages and benefits of Retained Employees and temporary employees constitute Expenses hereunder, nothing contained in this Agreement and none of Agent's actions taken in respect of the Sale shall be deemed to constitute an assumption by Agent of any of Merchant's obligations relating to any of Merchant's employees including, without limitation, Excluded Payroll Benefits, WARN Act claims and other termination type claims and obligations, or any other amounts required to be paid by statute or law; nor shall Agent become liable under any employment agreement or be deemed a joint or successor employer with respect to such employees. Merchant shall not, without the prior consent of Agent, raise the salary or wages or increase the benefits for, or pay any bonuses or other extraordinary payments to, any Store employees prior to the Sale Termination Date. Merchant shall not transfer any employee in anticipation of the Sale nor any Retained Employee during the Sale Term, in each case without Agent's prior consent.

9.2    Termination of Employees.  Agent may in its discretion stop using any Retained Employee at any time during the Sale, subject to the conditions provided for herein. In the event that Agent desires to cease using any Retained Employee, Agent shall notify Merchant at least seven (7) days prior thereto; provided, however, that, in the event that Agent determines to cease using an employee "for cause" (such as dishonesty, fraud or breach of employee duties), the seven (7) day notice period shall not apply; provided, further, however, that Agent shall immediately notify Merchant of the basis for such "cause." Notwithstanding the foregoing, Agent shall not have the right to terminate the actual employment of any employee, but rather may only cease using such employee in the Sale and paying any Expenses with respect to such employee (and all decisions relating to the termination or non-termination of such employees shall at all times rest solely with Merchant). From and after the date of this Agreement and until the Sale Termination Date, Merchant shall not transfer or terminate Retained Employees except "for cause" without Agent's prior consent; provided, however, that Merchant shall have the right to terminate any Retained Employees that Agent stops using in accordance with this Section 9.2 without Agent's prior consent.

9.3    Payroll Matters.  During the Sale Term, Merchant shall process the payroll for all Retained Employees and any former employees and temporary labor engaged for the Sale. Each Wednesday (or such other date as may be reasonably requested by Merchant to permit the funding of the payroll accounts before such payroll is due and payable) during the Sale Term, Agent shall transfer to Merchant's payroll accounts an amount equal to the base payroll for Retained Employees plus related payroll taxes, workers' compensation and benefits for such week, to the extent such amount constitutes Expenses hereunder.

9.4     Employee Retention Bonuses.  Subject to approval by the Bankruptcy Court, Agent may pay, as an Expense, retention bonuses ("Retention Bonuses") (which bonuses shall be inclusive of payroll taxes, but as to which no benefits shall be payable), up to a maximum of ten percent (10%) of base payroll for all Retained Employees, to some or all Retained Employees who do not voluntarily leave employment and are not terminated "for cause," as Agent may determine in its discretion.  Subject to approval by the Bankruptcy Court, the amount of such Retention Bonuses shall be in an amount to be determined by Agent, in its discretion, and shall be payable within thirty (30) days after the Sale Termination Date, and shall be processed through Merchant's payroll system.

Section 10.  Conditions Precedent and Subsequent.

(a)     The willingness of Agent to enter into the transactions contemplated under this Agreement is directly conditioned upon the satisfaction of the following conditions at the time or during the time periods indicated, unless specifically waived in writing by Agent:

(i)     All representations and warranties of the Merchant hereunder shall be true and correct in all material respects and no Event of Default shall have occurred at and as of the date hereof and on the Sale Commencement Date.

(ii)    Lenders have executed this Agreement (with all Exhibits attached hereto), subject to the Approval Order.

(iii)   The Bankruptcy Court shall have entered the Approval Order by May 26, 2016, or such later date as mutually agreed upon by the Merchant and the Agent (the "Approval Order Deadline").

(b)     The willingness of Merchant to enter into the transactions contemplated under this Agreement is directly conditioned upon the satisfaction of the following conditions at the time or during the time periods indicated, unless specifically waived in writing by Merchant:

(i)     All representations and warranties of Agent hereunder shall be true and correct in all material respects and no Event of Default shall have occurred at and as of the date hereof and on the Sale Commencement Date.

(ii)    Lenders have executed this Agreement (with all Exhibits attached hereto), subject to the Approval Order.

Section 11.  Representations, Warranties and Covenants.

11.1    Merchant's Representations, Warranties and Covenants.  Merchant hereby represents, warrants and covenants in favor of Agent as follows:

(a)     Each entity comprising Merchant (i) is an entity duly organized, validly existing and in good standing under the laws of its jurisdiction of incorporation; (ii) has all requisite corporate power and authority to own, lease and operate its assets and properties and to carry on its business as presently conducted; and (iii) is, and during the Sale Term will continue to be, duly authorized and qualified to do business and in good standing in each jurisdiction where the nature of its business or properties requires such qualification, including all jurisdictions in which the Stores are located, except, in each case, to the extent that the failure to be in good standing or so qualified could not reasonably be expected to have a material adverse effect on the ability of the Merchant to execute and deliver this Agreement and perform fully its obligations hereunder.

23

(b)     Subject to entry of the Approval Order, the Merchant has the right, power and authority to execute and deliver this Agreement and each other document and agreement contemplated hereby (collectively, together with this Agreement, the "Agency Documents") and to perform fully its obligations thereunder. Subject to entry of the Approval Order, Merchant has taken all necessary actions required to authorize the execution, delivery and performance of the Agency Documents, and no further consent or approval is required for Merchant to enter into and deliver the Agency Documents, to perform its obligations thereunder and to consummate the Sale, except for any such consent the failure of which to be obtained could not reasonably be expected to have a material adverse effect on the ability of Merchant to execute and deliver this Agreement and perform fully its obligations hereunder. Subject to entry of the Approval Order, each of the Agency Documents has been duly executed and delivered by the Merchant and constitutes the legal, valid and binding obligation of the Merchant enforceable in accordance with its terms.

(c)     Merchant owns, and will own at all times during the Sale Term, good and marketable title to all of the Merchandise and Owned FF&E to be included in the Sale, free and clear of all security interests, liens, claims and encumbrances of any nature (other than the security interests and liens of the Agent hereunder and Lenders). Merchant shall not create, incur, assume or suffer to exist any security interest, lien or other charge or encumbrance upon or with respect to any of the Merchandise or the Proceeds (or the Owned FF&E and its proceeds).

(d)     Merchant has maintained its pricing files (including (without limitation) the Merchandise File) in the ordinary course of business, and prices charged to the public for goods are the same in all material respects as set forth in such pricing files for the periods indicated therein, and all pricing files and records are reasonably accurate in all material respects as to the actual cost to Merchant for purchasing the goods referred to therein and as to the selling price to the public for such goods without consideration of any point of sale discounts, as of the dates and for the periods indicated therein. Merchant represents that (i) the ticketed prices of all items of Merchandise do not and shall not include any Sales Taxes and (ii) all registers located at the Stores are programmed to correctly compute all Sales Taxes required to be paid by the customer under applicable law.

(e)     Through the Sale Commencement Date, Merchant has ticketed or marked, and shall continue to ticket or mark, all items of inventory received at the Stores in a manner consistent with similar Merchandise located at the Stores, and in accordance with Merchant's ordinary course past practices and policies relative to pricing and marking inventory. Other than in the ordinary course of business, Merchant has not removed any POS promotions, sale stickers, or other markings indicating items are on sale or on clearance from the Merchandise prior to the Sale Commencement Date, and have not raised, and will not raise, prices of any Merchandise in contemplation of the Sale.

(f)     With the exception of merchandise and goods that may have been transferred to or from the GB/Tiger Closing Stores on or prior to May 1, 2016, Merchant has not, and through the Sale Commencement Date Merchant shall not purchase for or transfer to or from the Stores any merchandise or goods outside the ordinary course. From and after May 1, 2016, neither Merchant nor any other person or entity has transferred, nor shall Merchant or any other person or entity transfer goods from the GB/Tiger Closing Stores to the Stores or the Distribution Centers or transfer goods from the Stores or the Distribution Centers to the GB/Tiger Closing Stores.

(g)     Subject to the provisions of the Approval Order, Agent shall have the right to the unencumbered use and occupancy of, and peaceful and quiet possession of, the Stores, the assets currently located at the Stores, and the utilities and other services provided at the Stores. Merchant shall, throughout the Sale Term, maintain in good working order, condition and repair adequate cash registers, heating systems, air conditioning systems, elevators, escalators and other mechanical devices necessary or

appropriate for the conduct of the Sale at the Stores.  Except as otherwise restricted by the Bankruptcy Code or as provided herein and absent a bona fide dispute, throughout the Sale Term, Merchant shall remain current on all expenses and payables necessary or appropriate for the conduct of the Sale.

(h)      Subject to approval by the Bankruptcy Court, Merchant has paid, and will continue to pay throughout the Sale Term, all self-insured or Merchant-funded employee benefit programs for Store employees, including health and medical benefits and insurance and all proper claims made or to be made in accordance with such programs with respect to employees that are employed by Merchant.

(i)      Since May 1, 2016, Merchant has not taken, and shall not throughout the Sale Term take, any actions with the intent of increasing the Expenses of the Sale, including without limitation increasing salaries or other amounts payable to employees; except to the extent an employee was due an annual raise in the ordinary course or to the extent necessary to replace employees that are voluntarily or involuntarily terminated from Merchant.

(j)      Since May 1, 2016, Merchant has operated, and, except as otherwise restricted by the Bankruptcy Code or as provided herein and absent a bona fide dispute, through the Sale Commencement Date Merchant covenants to continue to operate, the Stores (which, for the avoidance of doubt, do not include the GB/Tiger Closing Stores) in all material respects in the ordinary course of business including without limitation by: (i) selling inventory during such period at customary prices consistent with the ordinary course of business; (ii) not promoting or advertising any sales or in-store promotions (including POS promotions) to the public outside of the Merchant's ordinary course of business; (iii) except as may occur in the ordinary course of business, not returning inventory to vendors and not transferring inventory or supplies out of or to the Stores; and (iv) except as may occur in the ordinary course of business, not making any management personnel moves or changes at the Stores.

(k)      To the Merchant's knowledge after reasonable inquiry, prior to the execution of this Agreement, Merchant has provided Agent reasonable access to all pricing and cost files, computer hardware, software and data files, inter-Stores transfer logs, markdown schedules, invoices, style runs and all other documents relative to the price, mix and quantities of inventory located at the Stores and the Distribution Centers or on order or in transit.

(l)      To Merchant's knowledge after reasonable inquiry, all documents, information and supplements provided by Merchant to Agent in connection with Agent's due diligence and the negotiation of this Agreement were true and accurate in all material respects at the time provided.

(m)      Merchant is not subject to any collective bargaining agreement pertaining to Merchant's employees.

(n)      Merchant has not and shall not purchase or transfer to or from the Stores any merchandise or goods outside the ordinary course in anticipation of the Inventory Taking.

(o)      Merchant has not since May 1, 2016 shipped any Excluded Defective Merchandise from the GB/Tiger Closing Stores or Distribution Centers to the Stores.  Merchant will not ship any Excluded Defective Merchandise from the date of this Agreement from the Distribution Centers to the Stores.

(p)      Merchant (i) at the Sale Commencement Date will have, sufficient internal funds (without giving effect to any unfunded financing regardless of whether any such financing is committed) to consummate the transactions contemplated by this Agreement and the other Agency Documents, (ii) at

the Sale Commencement Date will have, the resources and capabilities (financial or otherwise) to perform its obligations hereunder and under the other Agency Documents, and (iii) at the Sale Commencement Date, will not have incurred any obligation, commitment, restriction or liability of any kind which would impair or adversely affect such funds, resources and capabilities.

(q)    Merchant shall use Merchant's commercially reasonable efforts to promptly and timely obtain entry of an order extending the deadline to assume or reject unexpired leases of real property through and including the Sale Termination Date.

(r)    Merchant hereby acknowledges that, as of and after the date of this Agreement, Agent intends to begin to make arrangements for the purchase of Additional Agent Goods from Agent's suppliers of goods as well as Merchant's existing suppliers of goods. To assist Agent in that regard, from and after the date of this Agreement, Merchant shall use Merchant's commercially reasonable efforts to assist and cause Merchant's employees to assist Agent with Agent's efforts to negotiate orders with Merchant's suppliers for goods that Agent is interested in purchasing as Additional Agent Goods.

(s)    Merchant shall not, prior to the Sale Termination Date, offer any promotions or discounts at the Stores, e-commerce platform, any other retail store location, or any other retail sales channel, except as detailed on Exhibit 11.1(s), and, notwithstanding anything to the contrary in this Agreement, in no event shall Merchant alter any tickets to increase or reduce pricing or markdown the price any goods (in the Merchandise File or the on the ticket) from and after the date of this Agreement. Merchant hereby acknowledges that Agent does not intend to operate Merchant's e-commerce platform for purposes of sale transactions with customers; provided, that Merchant shall allow Agent to advertise the Sale on the e-commerce platform and shall maintain a Store locator on the e-commerce platform, and Merchant shall not sell or advertise the sale of any goods through the e-commerce platform at prices less than, or discounts greater than, those offered by Agent in connection with the Sale.

(t)    Other than filing the Bankruptcy Case, no action, arbitration, suit, notice, or legal, administrative or other proceeding before any court or governmental body has been instituted by or against the Merchant, or has been settled or resolved, or to Merchant's knowledge, is threatened against or affects Merchant, relative to Merchant's business or properties, or which questions the validity of this Agreement, or that if adversely determined, would adversely affect the conduct of the Sale.

(u)    From and after May 16, 2016, Merchant shall not order any goods at an amount lower than Merchant's existing purchase order/invoice cost.

(v)    For the avoidance of doubt, the Merchant's representations in this Section 11.1 are made with respect to only those Stores listed on Exhibit 1(a) and not to any of the GB/Tiger Closing Stores.

11.2    Agent's Representations, Warranties and Covenants. Agent hereby represents, warrants and covenants in favor of Merchant as follows:

(a)    Each entity comprising Agent: (i) is a limited liability company duly and validly existing and in good standing under the laws of its state of incorporation; (ii) has all requisite power and authority to carry on its business as presently conducted and to consummate the transactions contemplated hereby; (iii) is, and during the Sale Term will continue to be, duly authorized and qualified to do business and in good standing in each jurisdiction where the nature of its business or properties requires such qualification, including all jurisdictions in which the Stores are located, except, in each case, to the extent that the failure to be in good standing or so qualified could not reasonably be expected to have a material

adverse effect on the ability of Agent to execute and deliver this Agreement and perform fully its obligations hereunder.

(b)    Agent has the right, power and authority to execute and deliver each of the Agency Documents to which it is a party and to perform fully its obligations thereunder. Agent has taken all necessary actions required to authorize the execution, delivery and performance of the Agency Documents, and no further consent or approval is required on the part of Agent for Agent to enter into and deliver the Agency Documents, to perform its obligations thereunder and to consummate the Sale. Each of the Agency Documents has been duly executed and delivered by the Agent and constitutes the legal, valid and binding obligation of Agent enforceable in accordance with its terms. No court order or decree of any federal, state or local governmental authority or regulatory body is in effect that would prevent or impair, or is required for, Agent's consummation of the transactions contemplated by this Agreement, and no consent of any third party which has not been obtained is required therefor, other than as provided herein. No contract or other agreement to which Agent is a party or by which Agent is otherwise bound will prevent or impair the consummation of the transactions contemplated by this Agreement.

(c)    No action, arbitration, suit, notice or legal administrative or other proceeding before any court or governmental body has been instituted by or against Agent, or has been settled or resolved or, to Agent's knowledge, has been threatened against or affects Agent, which questions the validity of this Agreement or any action taken or to be taken by Agent in connection with this Agreement or which, if adversely determined, would have a material adverse effect upon Agent's ability to perform its obligations under this Agreement.

(d)    The Sale shall be conducted in compliance with all applicable state and local laws, rules and regulations and Merchant's leases and other agreements, except as otherwise provided for in the Sale Guidelines and Approval Order.

(e)    Absent prior consent by the Merchant, Agent will not cause any non-emergency repairs or maintenance (emergency repairs are repairs necessary to preserve the security of a Store premise or to ensure customer safety) to be conducted at the Stores.

(f)    To the best of Agent's knowledge, all Additional Agent Goods are in compliance with all applicable federal, state or local product safety laws, rules and standards. All Additional Agent Goods shall be of like kind and no lesser quality to the Merchandise located in the Stores.

Section 12. Insurance.

12.1    Merchant's Liability Insurance. Subject to approval by the Bankruptcy Court, Merchant shall continue at its cost and expense until the Sale Termination Date, in such amounts as it currently has in effect, all of its liability insurance policies, including, but not limited to, commercial general liability, products liability, comprehensive public liability, auto liability and umbrella liability insurance, covering injuries to persons and property in, or in connection with, Merchant's operation of the Stores; and Merchant shall use commercially reasonable efforts to cause Agent to be named as an additional insured (as its interest may appear) with respect to all such policies. Merchant shall use commercially reasonable efforts to deliver to Agent certificates evidencing such insurance setting forth the duration thereof and naming Agent as an additional insured, in form reasonably satisfactory to Agent. Merchant shall use commercially reasonable efforts to ensure that all such policies require at least thirty (30) days' prior notice to Agent of cancellation, non-renewal or material change during the Sale Term. In the event of a claim under any such policies, Merchant shall be responsible for the payment of all deductibles, retentions or self-insured amounts thereunder, unless it is determined that liability arose by reason of the willful misconduct or grossly negligent acts or omissions of Agent, or Agent's employees,

27

independent contractors or agents. Merchant shall not make any change in the amount of any deductibles or self-insurance amounts prior to the Sale Termination Date without Agent's prior written consent.

12.2    Merchant's Casualty Insurance. Subject to approval by the Bankruptcy Court, Merchant shall provide, as an Occupancy Expense, throughout the Sale Term fire, flood, theft and extended coverage casualty insurance covering the Merchandise in a total amount equal to no less than the retail value thereof. Merchant shall use commercially reasonable efforts to ensure that, from and after the date of this Agreement until the Sale Termination Date, all such policies will also name Agent as an additional named insured or loss payee, as applicable (as its interest may appear). In the event of a loss to the Merchandise on or after the date of this Agreement, the Proceeds of such insurance attributable to the Merchandise, shall constitute Proceeds hereunder. Merchant shall use commercially reasonable efforts to deliver to Agent certificates evidencing such insurance, setting forth the duration thereof and naming the Agent as an additional insured or loss payee, as applicable, in form and substance reasonably satisfactory to Agent. Merchant shall use commercially reasonable efforts to ensure that all such policies shall require at least thirty (30) days' prior notice to the Agent of cancellation, non-renewal or material change during the Sale Term. Merchant shall not make any change in the amount of any deductibles or self-insurance amounts prior to the Sale Termination Date without Agent's prior written consent.

12.3    Agent's Insurance. Agent shall maintain at Agent's cost as an Expense hereunder throughout the Sale Term, in such amounts as it currently has in effect, commercial general liability policies covering injuries to persons and property in or in connection with Agent's agency at the Store, and shall cause Merchant to be named as an additional insured with respect to such policies. Agent shall deliver to Merchant certificates evidencing such insurance policies setting forth the duration thereof and naming Merchant as an additional insured, in form and substance reasonably satisfactory to Merchant. In the event of a claim under any such policies, Agent shall be responsible for the payment of all deductibles, retentions or self-insured amounts thereunder, unless it is determined that liability arose by reason of the willful misconduct or grossly negligent acts or omissions of Merchant or Merchant's employees, independent contractors or agents (other than Agent or Agent's employees, agents or independent contractors). Agent shall not make any change in the amount of any deductibles or self insurance amounts prior to the Sale Termination Date without Merchant's prior written consent.

12.4    Workers' Compensation Insurance. Subject to approval by the Bankruptcy Court, Merchant shall at all times during the Sale Term maintain in full force and effect workers' compensation insurance (including employer liability insurance) covering all Retained Employees in compliance with all statutory requirements.

Section 13.  Indemnification.

13.1    Merchant's Indemnification. Merchant shall indemnify and hold Agent and its officers, directors, employees, agents, representatives, and independent contractors (collectively, "Agent Indemnified Parties") harmless from and against all claims, causes of action, demands, penalties, losses, liability, damage, or other obligations, including, without limitation, reasonable attorneys' fees and expenses, directly or indirectly asserted against, resulting from or related to: (i) Merchant's material breach of or failure to comply with any of its agreements, covenants, representations or warranties contained in any Agency Document; (ii) subject to Agent's compliance with its obligations under Section 8.3 hereof, any failure by Merchant to pay any Sales Taxes to the proper taxing authorities or to properly file with any taxing authorities any reports or documents required by applicable law to be filed in respect thereof; (iii) subject to Agent's compliance with its obligations under Section 9 hereof, any failure of Merchant to pay to its employees any wages, salaries or benefits due to such employees during the Sale Term; (iv) any consumer warranty or products liability claims relating to Merchandise; (v) any liability or other claims asserted by customers, any of Merchant's employees (subject to Agent's compliance with its

obligations under Section 9 hereof), or any other person against any Agent Indemnified Party (including, without limitation, claims by employees arising under worker's compensation or the WARN Act); (vi) any harassment or any other unlawful, tortious, or otherwise actionable treatment of any customers, employees or agents of Agent by Merchant or any of its representatives; (vii) Subject to Agent's compliance with its obligations hereunder, any failure of Merchant to pay to any Occupancy Expenses or Central Service Expenses during the Sale Term; and (viii) the gross negligence (including omissions) or willful misconduct of the Merchant, its officers, directors, employees, agents (other than Agent) or representatives.

        13.2    Agent Indemnification.  Agent shall indemnify and hold the Merchant and its respective officers, directors, employees, agents and representatives harmless from and against all claims, causes of action, demands, penalties, losses, liability, damage, or other obligations, including, without limitation, reasonable attorneys' fees and expenses, directly or indirectly asserted against, resulting from, or related to: (i) Agent's material breach of or failure to comply with any of its agreements, covenants, representations or warranties contained herein or in any Agency Document; (ii) any claims by any party engaged by Agent as an employee or independent contractor arising out of such employment; (iii) any violation of Applicable General Laws that occurs in the Stores during the Sale Term and is attributable to the Agent's conduct of the Sale, (iv) any harassment or any other unlawful, tortious or otherwise actionable treatment of any customers, employees or agents of the Merchant by Agent or any of its representatives; (v) any claims brought against the Merchant by any Retained Employees that arise out of the Agent's wrongful actions or inactions with respect to such Retained Employees (vi) any consumer warranty or products liability claims relating to Additional Agent Goods; (vii) as set forth in section 8.3 above; and (viii) the gross negligence (including omissions) or willful misconduct of Agent, its officers, directors, employees, agents or representatives.

        Section 14.  Defaults.  The following shall constitute "Events of Default" hereunder:

        (a)    Merchant or Agent shall fail to perform any material obligation hereunder if such failure remains uncured five (5) business days after receipt of written notice thereof;

        (b)    Any representation or warranty made by the Merchant or Agent proves untrue in any material respect as of the date made and, to the extent curable, continues uncured five (5) business days after written notice to the defaulting party; or

        (c)    During the Sale Term, the entry of an order by the Bankruptcy Court having the effect of either (i) converting the Merchant's Bankruptcy Cases to cases under chapter 7 of the Bankruptcy Code, or (ii) appointing a chapter 11 or chapter 7 trustee; or

        (d)    The Sale is terminated prior to the Sale Termination Date or materially interrupted or impaired for any reason other than (i) an Event of Default by Agent, (ii) any other material breach or action by Agent not authorized hereunder, or (iii) any Force Majeure (as provided in Section 8.8).

Upon an Event of Default, the non-defaulting party (in the case of (a) or (b) above) or the Agent (in the case of (c) or (d) above), may in its discretion elect to terminate this Agreement, and any party's damages or entitlement to equitable relief on account of an Event of Default shall (in addition to the right to terminate as provided above) be determined by a court of competent jurisdiction.

Section 15.  Agent's Security Interest.

(a)     In consideration of and effective upon payment by Agent of the Initial Guaranty Payment on the Payment Date and delivery of the Letter of Credit, Merchant hereby grants to Agent first priority, senior security interests in and liens (subject to the subordination provisions set forth herein below) upon: (i) the Merchandise; (ii) the Additional Agent Goods; (iii) all Proceeds (including, without limitation, credit card Proceeds); (iv) the Agent's commission regarding the sale or other disposition of Designated Goods under Section 5.4 hereof and/or Consignment Goods under section 5.5 hereof; (v) in the event Merchant elects the FF&E Guaranty Option, the Owned FF&E and the proceeds realized from the sale or other disposition of Owned FF&E after payment of the Additional Guaranteed Amount; or, alternatively, the FF&E Commission; (vi) Agent's percentage share of the Sharing Amounts (if any), and (vii) all "proceeds" (within the meaning of Section 9-102(a)(64) of the Code) of each of the foregoing (all of which are collectively referred to herein as the "Agent Collateral"), to secure the full payment and performance of all obligations of Merchant to Agent hereunder. Upon entry of the Approval Order, payment of the Initial Guaranty Payment on the Payment Date, and delivery of the Letter of Credit, the security interests and liens granted to the Agent shall be deemed properly perfected without the necessity of filing UCC-1 financing statements or any other documentation.

(b)     Without any further act by or on behalf of the Agent or any other party (including (without limitation) any Lender or the Merchant), the Agent's security interests in and liens upon the Agent Collateral created hereunder are (i) validly created, (ii) effective upon entry of the Approval Order, perfected, and (iii) senior to all other liens and security interests; provided, however, that (x) until the Merchant receives payment in full of the Guaranteed Amount, Merchant's percentage share of the Sharing Amounts (if any), Expenses, in the event Merchant elects the FF&E Guaranty Option, the Additional Guaranteed Amount or, alternatively, the proceeds realized upon a sale of Owned FF&E (less the Agent FF&E Commission), as applicable, and such other amounts due to Merchant hereunder, the security interests and liens granted to Agent hereunder shall be junior and subordinate in all respects to the security interests and liens of the Lenders in the Agent Collateral but solely to the extent and amount of the unpaid portion of the any of the Guaranteed Amount, Merchant's percentage share of the Sharing Amounts (if any), Expenses, in the event Merchant elects the FF&E Guaranty Option, the Additional Guaranteed Amount or, alternatively, the proceeds realized upon a sale of Owned FF&E (less the Agent FF&E Commission), as applicable, and such other amounts due to Merchant hereunder, and (y) upon payment in full of the Guaranteed Amount, Merchant's percentage share of the Sharing Amounts (if any), Expenses, in the event Merchant elects the FF&E Guaranty Option, the Additional Guaranteed Amount or, alternatively, the proceeds realized upon a sale of Owned FF&E (less the Agent FF&E Commission), as applicable, and such other amounts due to Merchant hereunder, any security interest or lien of the Lenders in the Agent Collateral shall be junior and subordinate in all respects to the security interest and liens of Agent in the Agent Collateral.  Merchant shall cooperate with Agent with respect to all filings (including, without limitation, UCC-1 financing statements) and other actions to the extent reasonably requested by Agent in connection with the security interests and liens granted under this Agreement.

(c)     Merchant will not sell, grant, assign or transfer any security interest in, or lien or encumbrance on, any of the Agent Collateral other than in favor of the Agent and Lenders.

(d)     In the event of an occurrence of an Event of Default by the Merchant hereunder, in any jurisdiction where the enforcement of its rights hereunder is sought, the Agent shall have, in addition to all other rights and remedies, the rights and remedies of a secured party under the Code.

(e)     "Code" shall mean the Uniform Commercial Code as the same may be in effect from time to time in the State of Delaware.

Section 16. <u>Auction</u>. This Agreement is expressly conditioned upon the Merchant's and Lenders' agreement that (i) in no event shall Agent or any other bidder at an auction be granted or paid any bidding, topping, break-up, or comparable fee to bid nor any reimbursement of costs or expenses in consideration of bidding by any party and (ii) if bidder other than Agent submits a bid on terms that provide for payment of a guarantee other than by payment of 80% of the Guaranteed Amount on the Payment Date, each such subsequent bid shall be greater than Agent's then highest bid by an amount not less than 2.5% of the Cost Value of Merchandise, plus any minimum bid increment.

Section 17. <u>Miscellaneous</u>.

17.1    Notices. All notices and communications provided for pursuant to this Agreement shall be in writing and sent by email, by hand, or by Federal Express or other recognized overnight delivery service, as follows:

If to the Agent:

HILCO MERCHANT RESOURCES, LLC
5 Revere Drive, Suite 206
Northbrook, IL 60062
Attention: Ian S. Fredericks
Tel: (847) 418-2075
Fax: (847) 897-0859
Email: ifredericks@hilcotrading.com

GORDON BROTHERS RETAIL PARTNERS, LLC
Prudential Tower
800 Boylston Street
Boston, MA 02119
Attn:    Michael Chartock
Tel:    617.210.7116
Email: mchartock@gordonbrothers.com

TIGER CAPITAL GROUP, LLC
340 N. Westlake Blvd. ste. 260
Westlake Village, CA 91362
Attention: Daniel Kane
Email: dkane@tigergroup.com

With a copy to:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Attention: Van C. Durrer II
Email: van.durrer@skadden.com

If to the Merchant:

TSA Stores, Inc.
1050 W. Hampden Ave.
Englewood, CO 80110
Attn: Legal Department
Email: dgarrett@sportsauthority.com
bmartin@sportsauthority.com

31

With a copy to:

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Attn: Jennifer Bellah-Maguire, Esq. and Robert A.
Klyman, Esq.
jbellah@gibsondunn.com
rklyman@gibsondunn.com
mjwilliams@gibsondunn.com
jgraves@gibsondunn.com

If to the Lenders:

Bank of America, N.A.
100 Federal Street, 9th Floor
Boston, Massachusetts 02110
Attn:  Mr. Andrew Cerussi and Mr. Richard D.
Hill, Jr.
Email: andrew.cerussi@baml.com
rick.hill@baml.com

with a copy to:

Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
Attn:  Marjorie S. Crider, Esq.
E-mail: MCrider@riemerlaw.com

Wells Fargo Bank, National Association
One Boston Place, 18th Floor, Boston,
Massachusetts 02108
Attn:  Lauren Murphy
Email: lauren.murphy@wellsfargo.com

with a copy to:

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq.
Email: ksimard@choate.com

Wilmington Savings Fund Society, FSB
[•]

with a copy to:

Brown Rudnick LLP
7 Times Square
New York, NY 10036
Attn: Robert J. Stark, Esq. and Benjamin S. Silverberg,
Esq.
Email: rstark@brownrudnick.com
bsilverberg@brownrudnick.com

If to the Committee:    Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Attn: Robert J. Feinstein, Esq. and
Bradford J. Sandler, Esq.
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

17.2    Governing Law/Exclusive Jurisdiction.  This Agreement shall be governed by and interpreted in accordance with the laws of the State of Delaware, without reference to any conflict of laws provisions thereof, except where governed by the Bankruptcy Code.  Each of the parties hereto irrevocably and unconditionally submits, for itself and its properties, to the exclusive jurisdiction of the Bankruptcy Court, in any action or proceeding arising out of or relating to this Agreement.

17.3    Amendments.  This Agreement may not be modified except in a written instrument executed by each of the parties hereto.

17.4    No Waiver.  No consent or waiver by any party, express or implied, to or of any breach or default by the other in the performance of its obligations hereunder shall be deemed or construed to be a consent or waiver to or of any other breach or default in the performance by such other party of the same or any other obligation of such party.  Failure on the part of any party to complain of any act or failure to act by the other party or to declare the other party in default, irrespective of how long such failure continues, shall not constitute a waiver by such party of its rights hereunder.

17.5    Currency.  All reference to dollars in this Agreement and all schedules, exhibits, and ancillary documents related to this Agreement shall refer to US dollars.

17.6    Successors and Assigns.  This Agreement shall inure to the benefit of and be binding upon Agent, Lenders, and Merchant and their respective successors and assigns, including, but not limited to any chapter 11 or chapter 7 trustee; provided, however, that this Agreement may not be assigned by Merchant or Agent to any party without the prior written consent of the other.

17.7    Execution in Counterparts.  This Agreement may be executed in one or more counterparts.  Each such counterpart shall be deemed an original but all such counterparts together shall constitute one and the same agreement.  This Agreement, to the extent signed and delivered by means of a facsimile machine, electronic mail or other electronic transmission in which the actual signature is evident, shall be treated in all manner and respects as an original agreement or instrument and shall be considered to have the same binding legal effect as if it were the original signed version thereof delivered in person.  At the request of any party hereto, each other party hereto or thereto shall re-execute original forms hereof and deliver them to all other parties.  No party hereto shall raise the use of a facsimile

machine, electronic mail, or other electronic transmission in which the actual signature is evident to deliver a signature or the fact that any signature or agreement or instrument was transmitted or communicated through the use of a facsimile machine, electronic mail or other electronic transmission in which the actual signature is evident as a defense to the formation of a contract and each party forever waives such defense. In proving this Agreement, it shall not be necessary to produce or account for more than one such counterpart signed by the party against which enforcement is sought.

17.8    Section Headings. The headings of sections of this Agreement are inserted for convenience only and shall not be considered for the purpose of determining the meaning or legal effect of any provisions hereof.

17.9    Wiring of Funds. All amounts required to be paid by Agent or the Merchant under any provision of this Agreement shall be made by wire transfer of immediately available funds which shall be wired by Agent or Merchant, as applicable, no later as 2:00 p.m. (Eastern Time) on the date that such payment is due; provided, however, that all of the information necessary to complete the wire transfer has been received by Agent or Merchant, as applicable, by 10:00 a.m. (Eastern Time) on the date that such payment is due. In the event that the date on which any such payment is due is not a business day, then such payment shall be made by wire transfer on the next business day.

17.10    Nature of Remedies. No failure to exercise and no delay in exercising, on the part of the Agent, any right, remedy, power, privilege or adjustment hereunder, shall operate as a waiver thereof; nor shall any single or partial exercise of any right, remedy, power, privilege, or adjustment hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy, power, privilege, or adjustment.

17.11    Entire Agreement. This Agreement contains the entire agreement between the parties hereto with respect to the transactions contemplated hereby and supersedes and cancels all prior agreements, including, but not limited to, all proposals, letters of intent or representations, written or oral, with respect thereto.

*[Signature page follows]*

IN WITNESS WHEREOF, the Agent and the Merchant hereby execute this Agreement by their duly authorized representatives as a sealed instrument as of the day and year first written above.

**HILCO MERCHANT RESOURCES, LLC**

By: _____

Print Name and Title: Ian S. Fredericks, SVP & CLO

**GORDON BROTHERS RETAIL PARTNERS, LLC**

By: _____

Print Name and Title:

**TIGER CAPITAL GROUP, LLC**

By: _____

Print Name and Title:

**TSA STORES, INC., on behalf of itself and its affiliates, debtors and debtors in possession**

By: _____

Print Name and Title: Michael E. Foss, CEO

Agreed and Accepted as to Sections
3.3, 3.4, 8.3, 8.8, 8.10, 15, and 17:

**BANK OF AMERICA, N.A., AS DIP AGENT**

By: _____

Print Name and Title:

**BANK OF AMERICA, N.A., AS ABL AGENT**

By: _____

Print Name and Title:

**WELLS FARGO BANK, NATIONAL ASSOCIATION, AS FILO DIP AGENT**

By: _____

Print Name and Title:

**WELLS FARGO BANK, NATIONAL ASSOCIATION, AS FILO AGENT**

35

By: _____
Print Name and Title:

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TERM AGENT**

By: _____
Print Name and Title:

## List of Exhibits

Exhibit 1(a) – Store List
Exhibit 1(b) – Distribution Centers
Exhibit 3.1(b) – Merchandise Level Adjustment Schedule
Exhibit 3.1(c) – Cost Factor Threshold Adjustment Schedule
Exhibit 3.4 – Form of Letter of Credit
Exhibit 4.1(c) – Per Store, Per Diem Occupancy Expenses.
Exhibit 5.1(a) – Inventory Taking Instructions
Exhibit 5.2(a) – Excluded Locations & Divisions
Exhibit 5.2(b)(1) – In-Transit Merchandise
Exhibit 5.2(b)(2) – Consignment Goods
Exhibit 5.2(b)(3) – Merchandise File
Exhibit 7.1 – FF&E
Exhibit 8.1 – Sale Guidelines
Exhibit 11.1(s) - Promotions

**Sports Authority**

**Exhibit 1 (a)**

**Store List**

| Store # | Name | Address | City | State | Zip | Selling Sq. Ft. |
|---|---|---|---|---|---|---|
| 15 | Grand Junction | 2424 Hwy. 6 & 50 | Grand Junction | CO | 81501 | 43,969 |
| 18 | Longmont (Relo) | 1240 S Hover St Suite 100 | Longmont | CO | 80501 | 32,345 |
| 40 | Rolling Hills (Infill) | 518 Penisula Ctr. | Rolling Hills Estates | CA | 90274 | 12,812 |
| 41 | Kent (Infill) | 13026 SE Kent Kangley Rd. | Kent | WA | 98030 | 12,836 |
| 44 | Cherry Creek (Infill) | 3000 E. First Ave  Ste 114 | Denver | CO | 80206 | 14,971 |
| 45 | Highlands Ranch (Infill) | 1265 Sgt. Jon Stiles Dr.  Unit B | Highlands Ranch | CO | 80129 | 13,561 |
| 59 | San Ramon (Infill) | 3161 Crow Canyon Pl. | San Ramon | CA | 94583 | 14,994 |
| 60 | Gillette (Small Store) | 2510 S. Douglas Hwy. | Gillette | WY | 82718 | 8,897 |
| 62 | Corvallis (Small Store) | 944 NW Circle Boulevard | Corvallis | OR | 97330 | 10,043 |
| 65 | Eureka (Small Store) | 3300 Broadway Street | Eureka | CA | 95501 | 10,000 |
| 73 | Narragansett (Small Store) | 91 Point Judith Rd. | Narragansett | RI | 02882 | 9,530 |
| 74 | Bemidji (Small Store) | 2028 Paul Bunyan Dr. NW | Bemidji | MN | 56601 | 9,983 |
| 76 | Wilmette (Infill) | 3232 Lake Ave Suite #110 | Wilmette | IL | 60091 | 14,045 |
| 78 | Santa Cruz (Infill) | 111 Madrone St | Santa Cruz | CA | 95060 | 13,160 |
| 86 | Westchester (Infill) | 8571 Coral Way | Miami | FL | 33155 | 10,981 |
| 109 | Ft. Collins Mini Castle | 425 S. College Drive | Fort Collins | CO | 80524 | 25,047 |
| 110 | Front Range Village Ctr | 4417 Corbett Drive | Fort Collins | CO | 80528 | 45,000 |
| 111 | Northglenn | 251 W. 104th | Northglenn | CO | 80234 | 32,365 |
| 112 | Greeley | 4114 Centerplace Drive | Greeley | CO | 80364 | 42,027 |
| 113 | Pueblo | 3325 Dillon Drive | Pueblo | CO | 81008 | 37,476 |
| 120 | Boulder Mini Castle | 3320 N. 28th | Boulder | CO | 80301 | 28,027 |
| 121 | Vail (Resort) | 2161 N. Frontage Road | Vail | CO | 81657 | 14,910 |
| 122 | Cheyenne | 1400 Del Range Blvd. | Cheyenne | WY | 82009 | 24,750 |
| 124 | Glenwood Springs | 125 East Meadows Drive | Glenwood Springs | CO | 81601 | 31,720 |
| 125 | Aurora (Relo) | 14140 East Ellsworth Avenue | Aurora | CO | 80012 | 45,794 |
| 126 | Arvada | 7410 A West 52nd Avenue | Arvada | CO | 80002 | 54,903 |
| 127 | Bowles | 8055 Bowles Ave.  Unit 2 | Littleton | CO | 80123 | 78,182 |
| 129 | Broadmoor Town Ctr (Relo) | 2120 Southgate Rd | Colorado Springs | CO | 80906 | 25,004 |
| 131 | Chapel Hills | 7730 N. Academy | Colorado Springs | CO | 80920 | 46,080 |
| 132 | Dillon (Resort) | 306 Dillon Ridge Road | Dillon | CO | 80435 | 25,200 |
| 133 | Westminster | 9219 Sheridan Blvd. | Westminster | CO | 80003 | 61,395 |
| 134 | Park Meadows | 7848 County Line Road | Littleton | CO | 80120 | 60,591 |
| 136 | Denver West | 14500 West Colfax  Space E2 | Lakewood | CO | 80401 | 43,568 |
| 137 | Parker | 11445 S. 20 Mile Road | Parker | CO | 80134 | 35,700 |
| 138 | Avon (Resort) | 220 Beaver Creek Pl. | Avon | CO | 81620 | 32,927 |
| 140 | Steamboat (Resort) | 705 Marketplace Plaza South | Steamboat Springs | CO | 80477 | 27,270 |
| 141 | Southlands | 6205 S. Main Street  Space A-101 | Aurora | CO | 80016 | 39,943 |
| 142 | Cherry Creek (Glendale) | 370 S. Colorado Blvd | Glendale | CO | 80246 | 44,997 |
| 143 | Montrose | 3451 South Rio Grande  Unit A | Montrose | CO | 81401 | 35,021 |
| 148 | Middletown | 1315 W. Main Street | Middletown | RI | 02842 | 28,414 |
| 149 | Amherst | 123 Route 101A | Amherst | NH | 03031 | 42,000 |
| 152 | Norwalk | 444 Connecticut Ave. | Norwalk | CT | 06854 | 44,963 |
| 155 | West Hartford | 1600 Southeast Rd. | Farmington | CT | 06032 | 50,000 |
| 156 | Warwick | 400 Bald Hill Road  Suite #700 | Warwick | RI | 02886 | 42,084 |
| 158 | Braintree | 250 Grossman Dr. | Braintree | MA | 02184 | 42,558 |
| 160 | Salem | 290 S. Broadway | Salem | NH | 03079 | 41,760 |
| 162 | South Portland | 364 Maine Road  Unit S-200 | South Portland | ME | 04106 | 43,326 |
| 163 | Manchester | 1051 S. Willow | Manchester | NH | 03103 | 42,668 |
| 165 | Woburn | 296 Mishawum Road | Woburn | MA | 01801 | 50,000 |
| 167 | Marlborough | 870 Donald J. Lynch Blvd | Marlborough | MA | 01752 | 40,000 |
| 168 | Westwood | 281 University Ave. | Westwood | MA | 02090 | 36,005 |
| 174 | Somerville | 133 Middlesex Avenue | Somerville | MA | 02145 | 45,607 |
| 176 | N. Milford | 101 Cedar Street | Milford | MA | 01757 | 46,120 |
| 177 | Mansfield | 280 School Street | Mansfield | MA | 02048 | 37,999 |
| 179 | Hyannis | 790 Iyannough Road | Hyannis | MA | 02601 | 40,105 |
| 180 | Watertown | 485 Arsenal Street | Watertown | MA | 02472 | 33,391 |
| 190 | Durango | 800 S. Camino Del Rio | Durango | CO | 81301 | 28,047 |
| 289 | Southaven | 225 Goodman Road West | Southaven | MS | 38671 | 45,000 |
| 290 | Memphis (Relo) | 5895 Poplar Ave | Memphis | TN | 38119 | 41,671 |
| 292 | Panama City | 525 West 23rd Street | Panama City | FL | 32405 | 25,673 |
| 296 | Dolphin Mall | 11521 NW 12th Street - Dolphin Mall | Miami | FL | 33172 | 55,000 |

SA Exhibits 05-12-16_04.xlsx

**Sports Authority**

Exhibit 1 (a)

Store List

| Store # | Name | Address | City | State | Zip | Selling Sq. Ft. |
|---------|------|---------|------|-------|-----|-----------------|
| 301 | Utah Sportscastle | 5550 S. 900 E. | Murray | UT | 84117 | 47,216 |
| 310 | Cedar City | 606 S. Main Street | Cedar City | UT | 84720 | 11,616 |
| 316 | Rock Springs | 1371 Dewar Drive | Rock Springs | WY | 82901 | 21,440 |
| 320 | Park City (Resort) | 1780 Park Avenue | Park City | UT | 84060 | 12,000 |
| 321 | Orem | 643 E. University Pkwy | Orem | UT | 84097 | 37,366 |
| 322 | Farmington (Relo) | 220 Station Pkwy | Farmington | UT | 84025 | 41,700 |
| 326 | Riverdale | 1060 West Riverdale Road | Riverdale | UT | 84405 | 45,048 |
| 327 | South Jordan | 11617 South Parkway Plaza Drive | South Jordan | UT | 84095 | 38,000 |
| 335 | Pompano Beach | 2421 N. Federal Hwy. | Pompano Beach | FL | 33064 | 35,353 |
| 336 | Hollywood | 4000 Oakwood Blvd. | Hollywood | FL | 33020 | 35,178 |
| 337 | Coral Springs | 9188 Wiles Rd. | Coral Springs | FL | 33067 | 39,876 |
| 338 | Homestead | 2611 NE 10th Court | Homestead | FL | 33033 | 42,322 |
| 339 | Delray Beach | 510 Linton Blvd  Suite 110 | Delray Beach | FL | 33444 | 45,173 |
| 340 | Midtown Miami | 3401 N Miami Ave  Ste 117 | Miami | FL | 33127 | 35,580 |
| 341 | West Palm Beach (Relo) | 1875 Palm Beach Lakes Blvd Suite A07 | West Palm Beach | FL | 33401 | 35,098 |
| 342 | Hialeah | 3895 W. 20th Ave. | Hialeah | FL | 33012 | 40,000 |
| 343 | Kendall | 13910 S.W. 88th St. | Miami | FL | 33186 | 43,154 |
| 344 | Sawgrass Mills | 12801 W. Sunrise Blvd. #257 | Sunrise | FL | 33323 | 47,662 |
| 345 | Deerfield Beach | 3810 W. Hillsboro Blvd. | Deerfield Beach | FL | 33442 | 48,583 |
| 346 | Aventura | 18499 Biscayne Blvd. | Aventura | FL | 33160 | 42,539 |
| 347 | Miami International | 10688 N.W. 12th St. | Miami | FL | 33172 | 42,500 |
| 348 | East Ft. Lauderdale | 1901 North Federal Highway | Fort Lauderdale | FL | 33305 | 49,917 |
| 349 | Dadeland Station | 8390 S. Dixie Hwy. | Miami | FL | 33143 | 45,249 |
| 350 | Palm Beach Gardens | 3350 Northlake Blvd. | Palm Beach Gardens | FL | 33410 | 42,968 |
| 351 | Boca Raton | 20851 State Road 7 | Boca Raton | FL | 33428 | 43,176 |
| 352 | Boynton Beach | 363 N. Congress Ave. | Boynton Beach | FL | 33436 | 42,973 |
| 353 | Jupiter | 1560 W Indiantown Rd | Jupiter | FL | 33458 | 38,015 |
| 354 | Pembroke Pines | 11140 Pines Blvd. | Pembroke Pines | FL | 33026 | 37,413 |
| 355 | Jensen Beach | 3101 N.W. Federal Hwy. | Jensen Beach | FL | 34957 | 43,524 |
| 356 | Winter Garden | 3373 Daniels Road | Winter Garden | FL | 34787 | 42,000 |
| 357 | Colonial | 3230 East Colonial Drive | Orlando | FL | 32803 | 44,410 |
| 360 | South Orlando | 881 Sand Lake Rd. | Orlando | FL | 32809 | 43,657 |
| 361 | Kissimmee | 3250 North John Young Pkwy A-E | Kissimmee | FL | 34746 | 35,000 |
| 364 | Sanford | 1301 WP Ball Boulevard | Sanford | FL | 32771 | 40,029 |
| 367 | Gainesville | 7400 W. Newberry Rd. | Gainesville | FL | 32606 | 44,416 |
| 369 | Merritt Island | 777 E. Merritt Island Cswy. | Merritt Island | FL | 32952 | 29,197 |
| 373 | Viera | 6729 Colonnade Ave Suite 131 | Melbourne | FL | 32940 | 37,516 |
| 378 | Vero Beach | 6560 20th St | West Vero Corridor | FL | 32966 | 33,155 |
| 379 | Sarasota East | 147 N. Cattleman Road | Sarasota | FL | 34243 | 48,063 |
| 380 | Clearwater | 23662 US Hwy. 19 North | Clearwater | FL | 33765 | 40,000 |
| 382 | St. Petersburg | 3700 Tyrone Blvd. | St. Petersburg | FL | 33710 | 42,500 |
| 384 | Sarasota | 4092 Cattleman Rd. | Sarasota | FL | 34233 | 42,161 |
| 387 | West Shore | 4900 W. Kennedy Blvd. | Tampa | FL | 33609 | 38,140 |
| 388 | Citrus Park | 12601 Citrus Plaza Dr. | Citrus Park | FL | 33625 | 38,284 |
| 389 | Brandon | 11335 Causeway Blvd. | Brandon | FL | 33511 | 43,043 |
| 392 | Naples | 2505 Pine Ridge Rd. | Naples | FL | 34109 | 43,025 |
| 394 | Cape Coral | 1810 Pine Island Road NE | Cape Coral | FL | 33909 | 40,228 |
| 395 | South Sarasota | 8372 S Tamiami Trail | Sarasota | FL | 34238 | 35,768 |
| 403 | Idaho Falls | 1592 17th St. | Idaho Falls | ID | 83404 | 25,228 |
| 406 | Lewiston | 625A 21st Street | Lewiston | ID | 83501 | 14,000 |
| 408 | Jackson (Resort) (Jack's Peak) | 455 West Broadway | Jackson | WY | 83001 | 8,446 |
| 409 | Coeur d'Alene | 200 West Hanley Ave  Suite #13 | Coeur d'Alene | ID | 83815 | 43,966 |
| 410 | Boise | 1301 N. Milwaukee | Boise City | ID | 83704 | 45,200 |
| 415 | Northlake | 3200 Northlake Pkwy. | Atlanta | GA | 30345 | 42,643 |
| 416 | Alpharetta | 7461 N. Point Pkwy. | Alpharetta | GA | 30202 | 41,750 |
| 417 | Buckhead | 3221 Peachtree Rd. NE | Atlanta | GA | 30305 | 42,361 |
| 418 | Buford | 1705 Mall of Georgia Blvd | Buford | GA | 30519 | 50,000 |
| 420 | Gwinnett | 3450 Steve Reynolds Blvd.  #200 | Duluth | GA | 30136 | 42,088 |
| 425 | Cumberland | 2963 Cobb Pkwy. | Atlanta | GA | 30339 | 73,320 |
| 426 | Perimeter Pointe | 1155 Mt. Vernon Highway  Suite 500 | Atlanta | GA | 30328 | 54,448 |
| 427 | Town Center | 850 Cobb Place Blvd. | Kennesaw | GA | 30144 | 42,088 |

**Sports Authority**
Exhibit 1 (a)

| Store List |
| --- |

| Store # | Name | Address | City | State | Zip | Selling Sq. Ft. |
| --- | --- | --- | --- | --- | --- | --- |
| 429 | Conyers | 2209 Georgia HWY 20  Building C | Conyers | GA | 30013-2029 | 39,755 |
| 440 | Abington | 1415 Old York Road | Abington | PA | 19001 | 34,024 |
| 441 | Montgomeryville (Relo) | 801 Bethlehem Pike | North Wales | PA | 19454 | 60,500 |
| 442 | Exton | 107 Swedesford Rd. | Exton | PA | 19341 | 40,560 |
| 444 | Oxford Valley | 2375 East Lincoln Highway | Langhorne | PA | 19047 | 43,441 |
| 445 | Lancaster | 1700 Fruitville Pike | Lancaster | PA | 17601 | 43,091 |
| 447 | Warrington | Easton Road & Route 132 | Warrington | PA | 00000 | 40,390 |
| 450 | Billings | 100 N. 24th Street West | Billings | MT | 59102 | 40,000 |
| 451 | Missoula | 2640 N. Reserve Street | Missoula | MT | 59807 | 32,237 |
| 452 | Flemington | 325 US 202 | Flemington | NJ | 08822 | 23,366 |
| 456 | Turnersville | 141 Tuckahoe Road  Suite 100 | Sewell | NJ | 08080 | 42,000 |
| 457 | Riverdale | 54 RT 23 North | Riverdale | NJ | 07457 | 39,922 |
| 458 | Secaucus | 1 Mill Creed Dr. & Route 3 | Secaucus | NJ | 07096 | 47,250 |
| 459 | Atlantic City | 4315 Black Horse Pike | Mays Landing | NJ | 08330 | 43,975 |
| 461 | Mount Laurel | 70 CENTERTON ROAD UNIT P | Mt. Laurel | NJ | 08054 | 40,000 |
| 464 | West Long Branch | 310 State Hwy. 36  Suite 602 | West Long Branch | NJ | 07764 | 43,459 |
| 466 | Paramus | 50 A&S Drive | Paramus | NJ | 07652 | 62,050 |
| 468 | East Hanover | 142 Route 10 | East Hanover | NJ | 07936 | 42,457 |
| 469 | Union | 295 Route 22 East | Springfield | NJ | 07081 | 42,679 |
| 470 | Ledgewood | 401 Route 10 East | Ledgewood | NJ | 07852 | 52,205 |
| 471 | Brick | One Brick Plaza | Brick | NJ | 08723 | 42,735 |
| 473 | Hazlet | 3434 Hwy. 35 South | Hazlet | NJ | 07730 | 42,973 |
| 474 | Clifton | 415 Route 3 East | Clifton | NJ | 07014 | 44,463 |
| 477 | Garden State Plaza | 200 Ikea Drive | Paramus | NJ | 07652 | 50,739 |
| 478 | Levittown | 3505 Hempstead Tpke | Levittown | NY | 11756 | 30,164 |
| 480 | Sayville | 5151 Sunrise Hwy. | Bohemia | NY | 11716 | 47,676 |
| 482 | Elmsford (Relo) | 295 E. Main St. | Elmsford | NY | 10523 | 58,838 |
| 483 | Massapequa | 5234 Sunrise Hwy. | Massapequa | NY | 11762 | 40,040 |
| 484 | Westbury | 1230 Old Country Rd. | Westbury | NY | 11590 | 43,064 |
| 486 | Long Island City | 51-30 Northern Blvd. | Woodside | NY | 11377 | 45,651 |
| 487 | Middle Village | 73-25 WOODHAVEN BLVD | Forest Hills | NY | 11377 | 42,850 |
| 488 | Waterbury | 425 Bank Street | Waterbury | CT | 06706 | 43,400 |
| 489 | Third Avenue | 845 Third Ave. | New York | NY | 10022 | 22,940 |
| 490 | Ramsey | 1300 New Jersey Route 17 | Ramsey | NJ | 07446 | 32,260 |
| 501 | Cottonwood Mall (Relo) | 10000 Coors Blvd Bypass NW Ste. 200 | Albuquerque | NM | 87114 | 41,034 |
| 503 | Winrock Town Center (Relo) | 2100 Louisiana Blvd  NE Ste 412 | Albuquerque | NM | 87100 | 34,200 |
| 504 | Santa Fe (Relo) | 4250 Cerrillos Rd. Suite #2000 | Santa Fe | NM | 87507 | 39,484 |
| 511 | White Marsh | 8200 Perry Hall Blvd. | White Marsh | MD | 21236 | 51,647 |
| 514 | Towson | 1238 Putty Hill Dr. | Towson | MD | 21286 | 43,000 |
| 515 | Bowie | 4520 Mitchellville Rd. | Bowie | MD | 20716 | 42,660 |
| 517 | Rockville | 12055 Rockville Pike | Rockville | MD | 20852 | 48,070 |
| 519 | Frederick | 5425 Urbana Pike | Frederick | MD | 21704 | 43,000 |
| 521 | Laurel (Relo) | 14704 Baltimore Ave. | Laurel | MD | 20707 | 33,533 |
| 522 | Landover | 1000 Shoppers Way | Largo | MD | 20774 | 40,500 |
| 531 | Tysons Corner | 8355 Leesburg Pike  Route 7 | Vienna | VA | 22182 | 42,350 |
| 533 | Fairfax (Relo) | 13031 Fair Lakes Shopping Center | Fairfax | VA | 22033 | 32,014 |
| 536 | Potomac Yards | 3701 Jefferson Davis Hwy.  Unit 3 | Alexandria | VA | 22305 | 43,200 |
| 540 | Gainesville | 5085 Wellington Road | Gainesville | VA | 20155 | 42,085 |
| 548 | Bellingham | 20 Bellis Fair Pkwy. | Bellingham | WA | 98226 | 80,620 |
| 549 | Lacey | 1220 Marvin Rd NE | Lacey | WA | 98516 | 36,487 |
| 550 | Kennewick | 908C N. Colorado | Kennewick | WA | 99336 | 33,750 |
| 551 | Spokane Northpointe | 9620 N. Newport Highway | Spokane | WA | 99218 | 45,658 |
| 552 | Spokane East | 15118 E. Indiana Avenue | Spokane | WA | 99216 | 32,400 |
| 553 | Bellevue S/S | 44 Bellevue Way N.E. | Bellevue | WA | 98004 | 40,460 |
| 554 | Puyallup | 4423 South Meridian | Puyallup | WA | 98373 | 36,256 |
| 555 | Tukwila | 17450 Southcenter Parkway | Tukwila | WA | 98188 | 39,939 |
| 556 | Everett | 505 S.E. Everett Mall Way  Ste.1 | Everett | WA | 98208 | 38,930 |
| 557 | Northgate (Seattle) | 328 NE Northgate Way | Seattle | WA | 98125 | 46,338 |
| 558 | Lake Stevens | 519 Highway 9 | Lake Stevens | WA | 98258 | 45,364 |
| 559 | Bellevue | 15600 N.E. Eighth  Building S | Bellevue | WA | 98008 | 43,257 |
| 560 | Auburn | 1101 SuperMall Way  Suite 1333 | Auburn | WA | 98001 | 76,024 |

**Sports Authority**
Exhibit 1 (a)
Store List

| Store # | Name | Address | City | State | Zip | Selling Sq. Ft. |
|---|---|---|---|---|---|---|
| 561 | Issaquah | 1185 NW Gilman Boulevard | Issaquah | WA | 98027 | 42,535 |
| 562 | Olympia | 1200 Cooper Point Rd Sw | Olympia | WA | 98502 | 32,165 |
| 564 | Wasilla | 1841 East George Parks Highway | Wasilla | AK | 99654 | 45,067 |
| 565 | Anchorage | 8931 Old Seward Highway | Anchorage | AK | 99515 | 58,579 |
| 566 | Glenn Highway (Anchorage) | 1200 North Muldoon Road  Suite E | Anchorage | AK | 99504 | 52,200 |
| 567 | Fairbanks | 391 Merhar Ave | Fairbanks | AK | 99701 | 50,295 |
| 571 | Gurnee Mills | 6170 W. Grand Ave. | Gurnee Mills | IL | 60031 | 46,892 |
| 573 | Burbank | 7720 S. Cicero Ave. | Burbank | IL | 60459 | 42,567 |
| 575 | Reno | 4813 Kietzke Lane | Reno | NV | 89505 | 43,500 |
| 584 | Aurora | 301 S. Route 59 | North Aurora | IL | 60504 | 43,800 |
| 586 | Fullerton Avenue | 1891 West Fullerton Avenue | Chicago | IL | 60614 | 36,513 |
| 587 | Crystal Lake | 6140 N.W. Highway | Crystal Lake | IL | 60014 | 48,000 |
| 588 | Wheaton | 101 Rice Lake Square | Wheaton | IL | 60189 | 27,383 |
| 595 | Ames | 215 SE 5th Street | Ames | IA | 50010 | 26,370 |
| 596 | Dearborn | 5751 Mercury Drive | Dearborn | MI | 48126 | 42,680 |
| 597 | Flint | 4095 Miller Road | Flint | MI | 48507 | 42,980 |
| 600 | Bolingbrook | 257c Weber Rd. | Bolingbrook | IL | 60440 | 40,400 |
| 601 | Niles | 7233 West Dempster | Niles | IL | 60714 | 59,380 |
| 604 | Oak Lawn | 9633 S. Cicero | Oak Lawn | IL | 60453 | 44,125 |
| 606 | Clark Street | 3134 North Clark Street | Chicago | IL | 60657 | 53,514 |
| 609 | Norridge (HIP) | 4250 North Harlem Avenue | Norridge | IL | 60706 | 33,283 |
| 610 | Bricktown | 6420 West Fullerton | Chicago | IL | 60707 | 36,495 |
| 611 | Merrillville | 3201 East Lincoln Highway | Merrillville | IN | 46410 | 50,000 |
| 612 | North Riverside | 1800 S. Harlem Avenue | North Riverside | IL | 60546 | 39,347 |
| 613 | Hoffman Estates | 4700 Hoffman Blvd. | Hoffman Estates | IL | 60192 | 42,085 |
| 614 | Vernon Hills | 155 E. Townline Road | Vernon Hills | IL | 60061 | 45,400 |
| 616 | Deerfield | 120 S. Waukegan Road | Deerfield | IL | 60015 | 41,926 |
| 617 | La Salle Street | 620 N. Lasalle Street | Chicago | IL | 60610 | 70,000 |
| 619 | Mt. Prospect (Relo) | 1033 N Elmhurst Rd | Mount Prospect | IL | 60056 | 40,665 |
| 620 | Auburn Hills | 4220 Baldwin Rd - Great Lakes Crossing | Auburn Hills | MI | 48326 | 60,541 |
| 621 | Bayshore Town Center | 5850 N Bayshore Dr | Glendale | WI | 53217 | 44,528 |
| 622 | Greenfield | 5070 South 74th Street | Greenfield | WI | 53220 | 42,000 |
| 623 | Brookfield | 16220 W. Blue Mound Road | Brookfield | WI | 53008 | 39,745 |
| 624 | Des Moines | 4100 University Avenue | W. Des Moines | IA | 50265 | 51,450 |
| 627 | Frankfort | 11185 W. Lincoln Highway | Frankfort | IL | 60423 | 35,216 |
| 628 | Willowbrook | 7125 Kingery Highway | Willowbrook | IL | 60527 | 40,000 |
| 629 | Delafield | 2950 Golf Road | Delafield | WI | 53018 | 40,080 |
| 630 | Burbank | 1900 Empire Ave. #R12 | Burbank | CA | 91506 | 43,000 |
| 631 | Hawthorne | 14555 Oceangate Ave. | Hawthorne | CA | 90251 | 42,460 |
| 632 | Fountain Valley | 9065 Warner Avenue | Fountain Valley | CA | 92708 | 54,386 |
| 633 | Northridge (Relo) | 9301 Tampa Avenue Unit 212 | Los Angeles | CA | 91324 | 53,022 |
| 636 | Long Beach | 6346-A East Pacific Coast Highway | Long Beach | CA | 90803 | 22,457 |
| 639 | Balboa San Diego | 7725 Balboa Avenue | San Diego | CA | 92111 | 38,359 |
| 640 | Fullerton | 151S S. Harbor Blvd. | Fullerton | CA | 92632 | 43,660 |
| 643 | Montclair | 5445 Moreno Street | Montclair | CA | 91763 | 41,200 |
| 644 | Carmel Mtn. San Diego | 11690 Carmel Mountain Road | San Diego | CA | 92128 | 40,672 |
| 645 | Moreno Valley | 12500 Day Street | Moreno Valley | CA | 92553 | 40,000 |
| 646 | Temecula | 32413 Temecula Parkways  Suite 400 | Temecula | CA | 92592 | 35,277 |
| 648 | Mission Viejo | 25462 El Paseo | Mission Viejo | CA | 92691 | 42,000 |
| 649 | Torrance | 3610 Torrance Blvd. | Torrance | CA | 90502 | 47,330 |
| 651 | Murrieta | 24490 Village Park Walk Place | Murrieta | CA | 92562 | 35,000 |
| 652 | Sherman Oaks | 13730 Riverside Dr | Los Angeles | CA | 91423 | 46,956 |
| 653 | Santa Barbara | 7035 Marketplace Drive | Goleta | CA | 93117 | 30,147 |
| 654 | Tustin | Market Place 2 - Retail #6  13702 Jamboree Road | Irvine | CA | 92602 | 41,000 |
| 655 | Corona | 2437 Tuscanny St. | Corona | CA | 92881 | 37,633 |
| 657 | Gilroy | 6735 Camino Arroyo | Gilroy | CA | 95020 | 35,029 |
| 658 | Elk Grove | 8217 Laguna Boulevard | Elk Grove | CA | 95758 | 40,116 |
| 660 | Antioch (Relo) | 5839 Lone Tree Way | Antioch | CA | 94531 | 41,345 |
| 661 | San Leandro | 1933 Davis Street | San Leandro | CA | 94577 | 45,826 |
| 662 | San Jose | 680 Blossom Hill Road | San Jose | CA | 95123 | 41,176 |
| 663 | Concord | 1235 Concord Avenue | Concord | CA | 94520 | 42,954 |

**Sports Authority**

Exhibit 1 (a)

Store List

| Store # | Name | Address | City | State | Zip | Selling Sq. Ft. |
|---|---|---|---|---|---|---|
| 664 | Sunnyvale | 125 E. El Camino Real | Sunnyvale | CA | 94086 | 42,774 |
| 665 | Lakewood | 4950 Faculty Ave | Lakewood | CA | 90712 | 42,481 |
| 667 | Vacaville | 1071 Helen Power Drive | Vacaville | CA | 95687 | 42,995 |
| 668 | Sacramento (Relo) | 3350 Arden Way | Sacramento | CA | 95825 | 37,887 |
| 671 | Santa Rosa | 1970 Santa Rosa Avenue | Santa Rosa | CA | 95404 | 41,890 |
| 672 | San Mateo | 2250 Bridgepointe Parkway | San Mateo | CA | 94403 | 42,400 |
| 673 | Folsom (Relo) | 430 Palladio Pkwy | Folsom | CA | 95630 | 45,306 |
| 675 | Modesto | 3501 McHenry  Suite G-1 | Modesto | CA | 95356 | 39,334 |
| 677 | Natomas | 3631 North Freeway Blvd. | Sacramento | CA | 95834 | 38,037 |
| 678 | Union City | 31200 Court House Drive | Union City | CA | 94587 | 28,105 |
| 679 | San Francisco | 1690 Folsom St. | San Francisco | CA | 94103 | 40,076 |
| 680 | Novato | 212 Vintage Way - Building L-1 | Novato | CA | 94945 | 39,187 |
| 682 | Mall of the Bay | 1200 Great Mall Drive | Milpitas | CA | 95035 | 55,993 |
| 684 | La Habra Mktpl | 1531 West Imperial Highway | La Habra | CA | 90631 | 44,087 |
| 685 | Westlake Village | 120 S. Westlake Blvd. | Westlake | CA | 91362 | 25,804 |
| 687 | Palm Desert | 72519 Highway 111 | Palm Desert | CA | 92260 | 39,275 |
| 689 | Camelback Road | 1625 E Camelback Rd | Phoenix | AZ | 85016 | 50,428 |
| 690 | Fairfield | 1451 Gateway Blvd | Fairfield | CA | 94533 | 42,321 |
| 691 | Arizona Mills (Relo) | 5000 S. Arizona Mills Circle Ste 435 | Tempe | AZ | 85282 | 34,341 |
| 692 | No. Scottsdale | 7000 E.  Mayo Blvd.  Building 15 | Phoenix | AZ | 85054 | 40,800 |
| 693 | Avondale | 10050 W. McDowell Rd. | Avondale | AZ | 85323 | 35,700 |
| 695 | Chandler | 3455 West Frye Road | Chandler | AZ | 85226 | 35,124 |
| 698 | Yuma | 1448 South Yuma Palms Pkwy | Yuma | AZ | 85365 | 34,867 |
| 700 | Desert Ridge | 21001 N. Tatum Blvd. STE 26 | Phoenix | AZ | 85050 | 34,300 |
| 701 | Roseville | 1750 W. Highway 36 | Roseville | MN | 55113 | 80,065 |
| 703 | Burnsville | 1300 W. County Road 42 | Burnsville | MN | 55337 | 42,000 |
| 704 | Richfield | 1150 W. 78th Street | Richfield | MN | 55423 | 43,834 |
| 707 | Maple Grove | 12530 Elm Creek Blvd. | Maple Grove | MN | 55369 | 32,572 |
| 708 | Coon Rapids North | TEMP Round Lake Blvd.& Main St  And Hwy 10 | Coon Rapids | MN | 55448 | 42,563 |
| 709 | Eden Prairie | 12595 Castlemoor Drive | Eden Prairie | MN | 55344 | 38,007 |
| 711 | Woodbury (Oakdale) | 8323 3rd Street North | Oakdale | MN | 55128 | 38,194 |
| 712 | Minneapolis | 40 South 7th St | Minneapolis | MN | 55402 | 21,877 |
| 715 | Tracy | 3200 Naglee Rd | Tracy | CA | 95304 | 27,990 |
| 717 | East Palo Alto | 1775 East Bayshore Road | East Palo Alto | CA | 94303-1949 | 50,318 |
| 718 | Stevens Creek | 5170 Stevens Creek Blvd | San Jose | CA | 95129 | 42,453 |
| 719 | Sand City | 905 Playa Ave | Sand City | CA | 93955 | 27,575 |
| 720 | Dublin | 7885 Dublin Blvd. | Dublin | CA | 94568 | 45,550 |
| 721 | Hazel Dell | 8002 NE 6th Ave. | Vancouver | WA | 98665 | 32,071 |
| 722 | Tacoma | 1905 B S. 72nd St. | Tacoma | WA | 98408 | 43,883 |
| 723 | Lynnwood East | 19800 44th Avenue West | Lynwood | WA | 98036 | 44,475 |
| 724 | Stonestown | 233 Winston Drive | San Francisco | CA | 94132 | 31,892 |
| 726 | Irvine Spectrum | 700 Spectrum Center Drive | Irvine | CA | 92618 | 29,181 |
| 732 | Beaverton (Relo) | 3485 SW Cedar Hills Blvd | Beaverton | OR | 97005 | 55,557 |
| 733 | Clackamas | 8658 S.E. Sunnyside Road | Clackamas | OR | 97015 | 45,121 |
| 735 | Portland | 10245 NE Cascades Parkway | Portland | OR | 97220 | 40,000 |
| 737 | Eugene | 245 Valley River Center | Eugene | OR | 97501 | 52,250 |
| 738 | Medford | 1600 N. Riverside Avenue | Medford | OR | 97501 | 43,200 |
| 754 | Lake St. Louis | 6298 Ronald Reagan Drive | Lake St. Louis | MO | 63367 | 42,081 |
| 756 | Fairview Heights (Relo) | 6575 N. Illinois St. | Fairview Heights | IL | 62208 | 45,000 |
| 757 | Kirkwood | 1205 S. Kirkwood Road | Kirkwood | MO | 63122 | 35,764 |
| 758 | Ellisville (Relo) | 15907 Manchester Road | Ellisville | MO | 63011 | 40,010 |
| 759 | South County | 4445 Lemay Ferry Rd. | St. Louis | MO | 63129 | 43,354 |
| 760 | Brentwood | 8340 Eager Road | St. Louis | MO | 63144 | 37,868 |
| 763 | Windward Mall | 46-056 Kamehameha Highway | Kaneohe | HI | 96744 | 26,460 |
| 764 | Orange | 20 City Blvd West | Orange | CA | 92868 | 29,110 |
| 766 | Emeryville | 3839 Emery Street  #300 | Emeryville | CA | 94608 | 42,263 |
| 768 | Hilo | 111 E Puainako St | Hilo | HI | 96720 | 50,000 |
| 770 | Maui | 270 Dairy Road  Suite 180 | Kahului | HI | 96732 | 52,000 |
| 771 | Honolulu | 333 Ward Ave. | Honolulu | HI | 96814 | 60,074 |
| 772 | Hawaii | 94-809 Lumiaina St. | Waipahu | HI | 96797 | 50,050 |
| 773 | Kailua-Kona | 74-5444 Makala Blvd | Kailua-Kona | HI | 96740 | 40,243 |

**Sports Authority**

Exhibit 1 (a)

| Store List |
| --- |

| Store # | Name | Address | City | State | Zip | Selling Sq. Ft. |
|---|---|---|---|---|---|---|
| 774 | Kapolei | 4450 Kapolei Parkway  Suite 900 | Kapolei | HI | 96707 | 45,268 |
| 775 | Lihue | 3-2600 Kamuaki Highway | Lihue | HI | 96766 | 42,269 |
| 778 | Ontario Mills | 4655 Mills Cir | Ontario | CA | 91739 | 49,599 |
| 779 | Chula Vista | 390 East H Street | Chula Vista | CA | 91910 | 44,477 |
| 781 | Mission Valley | 8550 Rio San Diego Dr. | San Diego | CA | 92108 | 42,752 |
| 782 | Encinitas | 1050 N. El Camino Real | Encinitas | CA | 92024 | 43,282 |
| 783 | Oceanside | 2160 Vista Way | Oceanside | CA | 92054 | 41,375 |
| 784 | Citrus Heights (Relo) | 5995 Birdcage Centre Ln | Citrus Heights | CA | 95610 | 42,000 |
| 785 | Roseville | 6740 Stanford Ranch Rd. | Roseville | CA | 95678 | 43,373 |
| 786 | Fresno East | 7572 N. Blackstone Ave. | Fresno | CA | 93720 | 44,153 |
| 788 | Henderson (Relo) | 701 Marks Street | Henderson | NV | 89014 | 42,000 |
| 789 | Summerlin (Relo) | 2315 Summa Drive Bldg 1A | Las Vegas | NV | 89135 | 35,009 |
| 790 | North Rainbow | 2178 N. Rainbow Blvd. | Las Vegas | NV | 89108 | 40,000 |
| 793 | Paradise Valley | 12869 N. Tatum Blvd. | Phoenix | AZ | 85032 | 39,238 |
| 794 | Scottsdale | 9009 East Indian Bend Road | Scottsdale | AZ | 85250 | 45,182 |
| 798 | Superstition Springs | 6505 E. Southern Ave. | Mesa | AZ | 85206 | 42,909 |

321 _____ 40,178

**Sports Authority**
Exhibit 1 (b)

| Distribution Centers |
|---|

| Location # | Name | Address | City | State | Zip | Selling Sq. Ft. |
|---|---|---|---|---|---|---|
| 841 | REGIONAL DISTRIBUTION CTR-GA | 130 Greenwood Industrial Parkway | McDonough | GA | 30253 | 490,961 |
| 843 | REGIONAL DISTRIBUTION CTR-NJ | 200 Richards Run | Burlington | NJ | 08016 | 416,440 |
| 845 | CALIFORNIA DISTRIBUTION CENTER | 13053 San Bernardino Avenue | Fontana | CA | 92335 | 616,551 |

**Sports Authority**
**Exhibit 3.1 (b)**

| Merchandise Threshold Schedule | | |
|---|---|---|
| Cost Value | Adjustment Points | Adjusted Guaranty |
| 430,000,000 | 0.20% | 98.50% |
| 428,000,000 | 0.20% | 98.70% |
| 426,000,000 | 0.20% | 98.90% |
| 424,000,000 | 0.20% | 99.10% |
| 422,000,000 | 0.20% | 99.30% |
| 420,000,000 | 0.15% | 99.50% |
| 418,000,000 | 0.15% | 99.65% |
| 416,000,000 | 0.15% | 99.80% |
| 414,000,000 | 0.15% | 99.95% |
| 412,000,000 | 0.15% | 100.10% |
| 410,000,000 | 0.10% | 100.25% |
| 408,000,000 | 0.10% | 100.35% |
| 406,000,000 | 0.10% | 100.45% |
| 404,000,000 | 0.10% | 100.55% |
| 402,000,000 | 0.10% | 100.65% |
| 400,000,000 | 0.05% | 100.75% |
| 398,000,000 | 0.05% | 100.80% |
| 396,000,000 | 0.05% | 100.85% |
| 394,000,000 | 0.05% | 100.90% |
| 392,000,000 | 0.05% | 100.95% |
| 390,000,000 | | 101.00% |
| 365,000,000 | | 101.00% |
| 363,000,000 | 0.10% | 100.90% |
| 361,000,000 | 0.10% | 100.80% |
| 359,000,000 | 0.10% | 100.70% |
| 357,000,000 | 0.10% | 100.60% |
| 355,000,000 | 0.10% | 100.50% |
| 353,000,000 | 0.15% | 100.35% |
| 351,000,000 | 0.15% | 100.20% |
| 349,000,000 | 0.15% | 100.05% |
| 347,000,000 | 0.15% | 99.90% |
| 345,000,000 | 0.15% | 99.75% |
| 343,000,000 | 0.25% | 99.50% |
| 341,000,000 | 0.25% | 99.25% |
| 339,000,000 | 0.25% | 99.00% |
| 337,000,000 | 0.25% | 98.75% |
| 335,000,000 | 0.25% | 98.50% |
| 333,000,000 | 0.35% | 98.15% |
| 331,000,000 | 0.35% | 97.80% |
| 329,000,000 | 0.35% | 97.45% |
| 327,000,000 | 0.35% | 97.10% |
| 325,000,000 | 0.40% | 96.70% |

Note(s):
1. Adjustments between the increments shall be on a prorata basis.
2. In the event that the Cost value of the Merchandise is greater than $430,000,000, each $2,000,000 (or pro rata portion thereof) increment shall decrease the Guaranty by 0.30%.

3. In the event that the Cost value of the Merchandise is less than $325,000,000, each $2,000,000 (or pro rata portion thereof) increment shall decrease the Guaranty by 0.50%.

**Sports Authority**
Exhibit 3.1 (c)

| Cost Factor | | |
|---|---|---|
| **Cost Factor** | **Adjustment Points** | **Adjusted Guaranty** |
| 47.00% | | 101.00% |
| 47.10% | 0.25% | 100.75% |
| 47.20% | 0.25% | 100.50% |
| 47.30% | 0.25% | 100.25% |
| 47.40% | 0.25% | 100.00% |
| 47.50% | 0.25% | 99.75% |
| 47.60% | 0.30% | 99.45% |
| 47.70% | 0.30% | 99.15% |
| 47.80% | 0.30% | 98.85% |
| 47.90% | 0.30% | 98.55% |
| 48.00% | 0.30% | 98.25% |
| 48.10% | 0.35% | 97.90% |
| 48.20% | 0.35% | 97.55% |
| 48.30% | 0.35% | 97.20% |
| 48.40% | 0.35% | 96.85% |
| 48.50% | 0.35% | 96.50% |

_Notes:_
1. Adjustments between the increments shall be on a prorata basis.
2. In the event that the Cost Factor of Merchandise is greater than 48.50%, each 0.10% (or pro rata portion thereof) increment shall decrease the Guaranty by 0.35%.

5/17/2016 6:19 AM

Sports Authority
Exhibit 3.4
Form Letter of Credit

## FORM OF AGENT LETTER OF CREDIT

[NAME OF ISSUING BANK]

[ADDRESS]

Date: _____, 2016

Irrevocable Standby Letter of Credit Number: _____

BENEFICIARY: _____
_____
_____
_____

Credit No.: _____
Opener's Reference No.: _____

Gentlemen:

BY ORDER OF: _____

We hereby open in your favor our Irrevocable Standby Letter of Credit (the "Letter of Credit") for the account of _____ (the "Agent") for a sum or sums not exceeding a total of _____ U.S. Dollars (_____) available by your draft(s) at SIGHT on OURSELVES effective immediately and expiring at OUR COUNTERS on _____, 2015, or such earlier date on which the Beneficiary shall notify us in writing that this Letter of Credit shall be terminated accompanied by the original Letter of Credit (the "Expiry Date").

Draft(s) must be accompanied by the original of this Letter of Credit and a signed statement in the form attached hereto as **Exhibit A** signed by an officer of _____ (the "Beneficiary").

This Letter of Credit may be reduced from time to time when accompanied by a signed statement from the Beneficiary in the form attached as **Exhibit B**.

If a drawing is received by _____ at or prior to 12:00 noon, Eastern Time, on a Business Day, and provided that such drawing conforms to the terms and conditions hereof, payment of the drawing amount shall be made to the Beneficiary, as directed below, in immediately available funds on the next Business Day. If however, a drawing is received by _____ after 12:00 noon, Eastern Time, on a Business Day, and provided that such

Sports Authority
Exhibit 3.4
Form Letter of Credit

drawing conforms with the terms and conditions hereof, payment of the drawing amount shall be made to the Beneficiary in immediately available funds on the second succeeding Business Day.

As used in this Letter of Credit, "Business Day" shall mean any day other than Saturday, Sunday or a day on which banking institutions in _____ are required or authorized to close.

Partial and/or multiple drawings are permitted.

Each draft must bear upon its face the clause, "Drawn under Letter of Credit No. _____, dated _____, 20[ ] of [NAME AND ADDRESS OF ISSUING BANK]."

Except so far as otherwise expressly stated herein, this Letter of Credit is subject to the Uniform Customs and Practices for Documentary Credits (2007 Revision), International Chamber of Commerce Publication No. 600.

We hereby agree that drafts drawn under and in compliance with the terms of this Letter of Credit will be duly honored if presented to the above mentioned drawee bank on or before the Expiry Date.

Kindly address all correspondence regarding this Letter of Credit to the attention of our Letter of Credit Operations, [ADDRESS OF L/C DEPARTMENT OF ISSUING BANK] attention _____, mention our reference number as it appears above.  Telephone inquiries can be made to _____ at _____.

Very truly yours,


Authorized official

5/11/2016 9:45 AM

Sports Authority
Exhibit 3.4
Form Letter of Credit

## EXHIBIT A

IRREVOCABLE STANDBY LETTER OF CREDIT NO. _____

Re:     Drawing for Amounts Due to:

_____
_____
_____
_____

Ladies and Gentlemen:

The undersigned refer to your Letter of Credit No. _____ (the "Letter of Credit"). Capitalized terms used but not defined herein, shall have the meaning assigned to them in the Letter of Credit. The undersigned, duly authorized officer of _____, in their capacity as Beneficiary of the Letter of Credit hereby certifies to you that:

(i)     _____ (the "Agent") has not made a payment when due of or for the Guaranteed Amount or Expenses due by the Agent to _____ (the "Merchant"), pursuant to, and as such terms are defined in that certain Agency Agreement, dated as of _____, 2015, by and between the Merchant on the one hand, and the Agent, on the other.

(ii)    The amount to be drawn is $_____ (the "Amount Owing").

(iii)   Payment is hereby demanded in an amount equal to the lesser of (a) the Amount Owing and (b) the face amount of the Letter of Credit as of the date hereof.

(iv)    The Letter of Credit has not expired prior to the delivery of this letter and the accompanying sight draft.

(v)     In accordance with the terms of the Letter of Credit, the payment hereby demanded is requested to be made by wire transfer to the following account:

[_____]
[_____]
[_____]
Further Credit to: [Account Title]
[Account No. _____]

IN WITNESS WHEREOF, the undersigned have executed and delivered this certificate as of this _____ day of _____, 20[ ].

By: _____
Name: _____

5/11/2016 9:45 AM

Sports Authority
Exhibit 3.4
Form Letter of Credit

Title: _____

Sports Authority
Exhibit 3.4
Form Letter of Credit

## EXHIBIT B

IRREVOCABLE STANDBY LETTER OF CREDIT NO. _____

Re:      Reduction of Face Amount

_____
_____
_____
_____

Ladies and Gentlemen:

The undersigned refer to your Letter of Credit No. _____ (the "Letter of Credit"). Capitalized terms used but not defined herein, shall have the meaning assigned to them in the Letter of Credit.  The undersigned, duly authorized officer of _____, in their capacity as Beneficiary of the Letter of Credit hereby confirms to you that the face amount of the Letter of Credit No. _____ shall be reduced from its original face amount to a new face amount of $_____.

IN WITNESS WHEREOF, the undersigned have executed and delivered this certificate as of this _____ day of _____, 20[ ].

By: _____
Name: _____
Title: _____

Sports Authority
Exhibit 4.1 (c)
Occupancy Per Diem

| Store # | Store Name | Rent Expense | Common Area Maintenance | Real Estate & Property Tax | Telephone/Data Lines | Gas Utilities | Electricity | Security | Repairs and Maintenance | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 15 - Grand Junction | 1,054 | 342 | 167 | 44 | 10 | 218 | 6 | 77 | 1,917 |
| 18 | 18 - Longmont | 833 | 171 | 331 | 52 | 12 | 81 | 6 | 60 | 1,527 |
| 40 | 40 - ROLLING HILLS | 186 | 30 | 25 | 4 | 5 | (0) | 1 | 13 | 265 |
| 41 | 41 - KENT | 676 | 83 | 38 | 38 | 1 | 42 | 3 | 35 | 917 |
| 44 | 44 - ELITE-CHERRY CREEK | 1,479 | 65 | 18 | 42 | - | 100 | 3 | 77 | 1,784 |
| 45 | 45 - HIGHLANDS RANCH | 471 | 104 | 216 | 36 | 2 | 45 | 1 | 52 | 927 |
| 59 | 59 - SAN RAMON | 784 | 227 | 168 | 25 | 0 | 118 | 6 | 73 | 1,401 |
| 60 | 60 - GILLETTE | 265 | 17 | 10 | 43 | 5 | 30 | 8 | 43 | 421 |
| 62 | 62 - CORVALLUS | 312 | 20 | 51 | 36 | 2 | 29 | 6 | 64 | 520 |
| 65 | 65 - EUREKA | 349 | 29 | 18 | 51 | 7 | 152 | 6 | 31 | 644 |
| 73 | 73 - NARRAGANSETT | 213 | 44 | 57 | 37 | 12 | 58 | 10 | 68 | 498 |
| 74 | 74 - BEMIDJI | 300 | 41 | 40 | 49 | 5 | 33 | 7 | 56 | 531 |
| 76 | 76 - WILMETTE | 459 | 96 | 345 | 29 | 3 | 46 | 5 | 39 | 1,022 |
| 78 | 78 - SANTA CRUZ | 974 | 72 | 102 | 49 | 1 | 104 | 5 | 45 | 1,352 |
| 86 | 86 - WESTCHESTER | 493 | 146 | 116 | 36 | 0 | 56 | 4 | 41 | 892 |
| 109 | 109 - Ft. Collins Mini Castle | 653 | 95 | 118 | 45 | 0 | 112 | 11 | 71 | 1,106 |
| 110 | 110 - FRONT RANGE VILLAGE | 1,430 | 170 | 452 | 37 | 8 | 141 | 6 | 103 | 2,387 |
| 111 | 111 - Northglenn | 874 | 143 | 295 | 40 | 2 | 144 | 9 | 69 | 1,576 |
| 112 | 112 - GREELEY | 1,479 | 337 | 261 | 43 | 6 | 162 | 6 | 85 | 2,179 |
| 113 | 113 - Pueblo (Mall) | $500 | $88 | $108 | $48 | $11 | $231 | $4 | $111 | 1,100 |
| 120 | 120 - Boulder Mini Castle | 305 | 103 | 165 | 43 | 6 | 85 | 6 | 64 | 775 |
| 121 | 121 - Vail (Resort) | 710 | 217 | 81 | 50 | 5 | 45 | 6 | 142 | 1,256 |
| 122 | 122 - Cheyenne | 721 | 120 | 8 | 29 | 11 | 128 | 5 | 55 | 1,076 |
| 124 | 124 - Glenwood Springs (Resort) | 1,270 | 163 | 200 | 41 | 11 | 106 | 7 | 101 | 1,899 |
| 125 | 125 - Aurora | 921 | 175 | 455 | 49 | 6 | 187 | 3 | 144 | 1,941 |
| 126 | 126 - Arvada | 1,068 | 172 | 356 | 42 | 13 | 215 | 5 | 89 | 1,960 |
| 127 | 127 - Bowles | 2,176 | 370 | 588 | 55 | 5 | 246 | 7 | 208 | 3,658 |
| 129 | 129 - BROADMOOR CENTER | 762 | 83 | 133 | 37 | 6 | 91 | 6 | 86 | 1,204 |
| 131 | 131 - Chapel Hills | 1,306 | 70 | 242 | 31 | 1 | 129 | 8 | 134 | 1,920 |
| 132 | 132 - Dillon (Resort) | 1,073 | 242 | 89 | 65 | 12 | 90 | 7 | 151 | 1,728 |
| 133 | 133 - Westminster | 1,509 | - | 411 | 42 | 9 | 147 | 20 | 178 | 2,316 |
| 134 | 134 - Park Meadows | 2,555 | - | 438 | 62 | 4 | 239 | 18 | 412 | 3,508 |
| 136 | 136 - Denver West | 2,022 | 452 | 631 | 43 | 14 | 176 | 6 | 115 | 3,459 |
| 137 | 137 - Parker | 1,291 | 146 | 353 | 36 | 7 | 132 | 5 | 88 | 2,057 |
| 138 | 138 - Avon (Resort) | 1,819 | 373 | 148 | 47 | 4 | 102 | 8 | 115 | 2,616 |
| 140 | 140 - Steamboat (Resort) | 3,389 | 142 | 85 | 54 | 10 | 79 | 9 | 111 | 1,880 |
| 141 | 141 - SOUTHLANDS | 1,172 | 335 | 556 | 42 | 7 | 144 | 7 | 106 | 2,350 |
| 142 | 142 - GLENDALE | 2,165 | 102 | 284 | 83 | 6 | 234 | 6 | 119 | 3,051 |
| 143 | 143 - MONTROSE | 1,072 | (93) | 220 | 40 | 17 | 123 | 4 | 98 | 1,481 |
| 148 | 148 - MIDDLETOWN | 522 | 92 | 161 | 41 | 10 | 136 | 16 | 113 | 1,092 |
| 149 | 149 - AMHERST | 1,960 | 299 | 313 | 37 | 21 | 229 | 5 | 99 | 2,962 |
| 152 | 152 - Norwalk | 3,077 | 287 | 569 | 40 | 34 | 199 | 13 | 246 | 4,464 |
| 155 | 155 - HARTFORD WEST | 564 | 102 | 394 | 70 | 43 | 209 | 11 | 124 | 1,517 |
| 156 | 156 - Warwick | 2,236 | - | 87 | 34 | 3 | 268 | 5 | 89 | 2,721 |
| 158 | 158 - Braintree | 3,015 | 226 | 561 | 31 | 27 | 266 | 19 | 230 | 4,355 |
| 160 | 160 - SALEM, NH | 1,507 | 118 | 329 | 36 | 17 | 214 | 9 | 126 | 2,456 |
| 162 | 162 - South Portland | 1,708 | - | 731 | 28 | 16 | 171 | 5 | 183 | 2,843 |
| 163 | 163 - Manchester | 1,741 | 166 | 466 | 26 | 38 | 207 | 6 | 157 | 2,807 |
| 165 | 165 - Woburn | 3,401 | 481 | 616 | 34 | 14 | 446 | 7 | 192 | 5,193 |
| 167 | 167 - MARLBOROUGH | 2,016 | 242 | 392 | 36 | 7 | 247 | 4 | 121 | 3,064 |
| 168 | 168 - WESTWOOD | 2,051 | 208 | 235 | 41 | 11 | 215 | 4 | 98 | 2,962 |
| 174 | 174 - Somerville | 3,122 | 201 | 511 | 30 | 19 | 349 | 6 | 85 | 4,324 |
| 176 | 176 - NORTH MILFORD | 2,446 | 190 | 401 | 35 | 17 | 235 | 6 | 180 | 3,509 |
| 177 | 177 - MANSFIELD | 1,573 | 301 | 261 | 34 | 19 | 210 | 5 | 111 | 2,514 |
| 179 | 179 - HYANNIS, MA | 1,911 | 169 | 131 | 39 | 26 | 301 | 10 | 141 | 2,728 |
| 180 | 180 - WATERTOWN, MA | 1,177 | 581 | 140 | 34 | 0 | 297 | 7 | 88 | 2,421 |
| 190 | 190 - DURANGO | 640 | 357 | 52 | 58 | 2 | 134 | 7 | 88 | 1,339 |
| 289 | 289 - Southaven | 1,532 | 182 | 212 | 28 | 6 | 140 | 6 | 91 | 2,196 |
| 290 | 290 - Memphis | 1,573 | 233 | 599 | 45 | 6 | 168 | 7 | 81 | 2,712 |
| 292 | 292 - Panama City | 869 | 45 | 81 | 34 | 0 | 249 | 7 | 100 | 1,384 |
| 296 | 296 - Dolphin Mall | 1,542 | - | 786 | 41 | 0 | 286 | 8 | 210 | 2,872 |
| 301 | 301 - Utah Sportscastle | 711 | 125 | 105 | 62 | 21 | 252 | 8 | 90 | 1,376 |
| 310 | 310 - Cedar City | 97 | 3 | 33 | 48 | 3 | 54 | 5 | 50 | 293 |
| 316 | 316 - Rock Springs | 375 | 105 | 33 | 57 | 18 | 67 | 4 | 60 | 718 |
| 320 | 320 - Park City (Resort) | 586 | - | 37 | 37 | 9 | 46 | 5 | 145 | 815 |
| 321 | 321 - Orem | 1,358 | 121 | 117 | 29 | 17 | 137 | 8 | 94 | 1,882 |
| 322 | 322 - FARMINGTON | 718 | 235 | 211 | 39 | 6 | 123 | 7 | 83 | 1,422 |
| 326 | 326 - Riverdale | 1,381 | 59 | 115 | 33 | 12 | 155 | 5 | 58 | 1,818 |
| 327 | 327 - South Jordan | 973 | 76 | 173 | 39 | 1 | 131 | 7 | 71 | 1,471 |
| 335 | 335 - POMPANO BEACH | 1,398 | 251 | 365 | 61 | 2 | 132 | 6 | 138 | 2,352 |
| 336 | 336 - HOLLYWOOD, FL | 1,665 | 313 | 439 | 38 | 0 | 133 | 9 | 137 | 2,733 |
| 337 | 337 - CORAL SPRINGS | 1,042 | 239 | (180) | 38 | 0 | 160 | 9 | 212 | 1,522 |
| 338 | 338 - HOMESTEAD | 1,589 | 107 | 419 | 48 | 0 | 331 | 6 | 127 | 2,627 |
| 339 | 339 - DELRAY BEACH | 2,054 | 352 | 505 | 44 | 0 | 229 | 6 | 146 | 3,336 |
| 340 | 340 - MIDTOWN MIAMI | 959 | 5 | 742 | 42 | 0 | 192 | 10 | 134 | 2,085 |
| 341 | 341 - West Palm Beach | 1,891 | 217 | 633 | 37 | 0 | 153 | 7 | 158 | 3,095 |
| 342 | 342 - Hialeah | 1,416 | 192 | 319 | 40 | 0 | 270 | 14 | 164 | 2,416 |
| 343 | 343 - Kendall | 2,989 | 202 | 535 | 33 | 0 | 217 | 6 | 231 | 4,213 |
| 344 | 344 - Sawgrass Mills | 2,619 | 712 | 1,571 | 38 | 0 | 301 | 12 | 349 | 5,702 |
| 345 | 345 - DEERFIELD FL | 732 | 47 | 375 | 51 | 0 | 269 | 9 | 159 | 1,642 |
| 346 | 346 - Aventura | 2,110 | - | 762 | 34 | 0 | 275 | 8 | 312 | 3,504 |
| 347 | 347 - Miami Inter. | 1,774 | - | 456 | 33 | 0 | 235 | 12 | 256 | 2,747 |
| 348 | 348 - FT. LAUDERDALE EAST | 2,182 | - | 553 | 42 | 0 | 258 | 6 | 273 | 3,315 |
| 349 | 349 - Dadeland Station | 2,771 | 559 | 843 | 34 | 0 | 257 | 9 | 254 | 4,772 |
| 350 | 350 - Palm Beach Gardens | 1,868 | - | 398 | 37 | 1 | 225 | 6 | 227 | 2,763 |
| 351 | 351 - Boca Raton | 2,391 | 135 | 418 | 46 | 0 | 393 | 6 | 208 | 3,378 |
| 352 | 352 - Boynton Beach | 1,058 | 192 | 416 | 35 | 0 | 210 | 7 | 163 | 2,079 |
| 353 | 353 - JUPITER | 1,029 | 83 | 332 | 44 | 0 | 206 | 7 | 227 | 1,929 |
| 354 | 354 - Pembroke Pines | 1,236 | 130 | 520 | 35 | 0 | 212 | 8 | 156 | 2,297 |

Sports Authority
Exhibit 4.1 (c)
Occupancy Per Diem

| Store # | Store Name | Rent Expense | Common Area Maintenance | Real Estate & Property Tax | Telephone/Data Lines | Gas Utilities | Electrical | Security | Repairs and Maintenance | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 355 | 355 - Jensen Beach | 1,182 | 83 | 324 | 42 | 0 | 197 | 6 | 119 | 1,952 |
| 356 | 356 - WINTER GARDEN | 1,617 | 383 | 667 | 46 | 0 | 294 | 11 | 171 | 3,189 |
| 357 | 357 - Colonial | 1,030 | 127 | 350 | 47 | 0 | 318 | 9 | 152 | 2,034 |
| 360 | 360 - ORLANDO SOUTH | 600 | (354) | 130 | 38 | 0 | 209 | 8 | 157 | 788 |
| 361 | 361 - Kissimmee | 1,583 | 118 | 166 | 46 | 0 | 243 | 6 | 152 | 2,514 |
| 364 | 364 - Sanford | 1,300 | 177 | 386 | 45 | 0 | 193 | 5 | 106 | 2,212 |
| 367 | 367 - GAINESVILLE FL | 1,287 | - | 328 | 35 | 0 | 327 | 9 | 196 | 2,182 |
| 369 | 369 - MERRITT ISLAND | 1,026 | - | 282 | 44 | 0 | 101 | 7 | 108 | 1,567 |
| 373 | 373 - VIERA | 1,108 | 197 | 258. | 38 | 0 | 205 | 4 | 126 | 1,935 |
| 378 | 378 - VERO BEACH | 763 | 9 | 300 | 33 | 0 | 221 | 7 | 161 | 1,393 |
| 379 | 379 - SARASOTA EAST | 2,874 | 638 | 513 | 35 | 0 | 228 | 6 | 134 | 4,425 |
| 380 | 380 - Clearwater | 1,224 | 182 | 351 | 35 | 0 | 211 | 8 | 96 | 2,107 |
| 382 | 382 - St. Petersburg | 1,548 | - | 439 | 38 | 0 | 268 | 6 | 276 | 2,576 |
| 384 | 384 - SARASOTA WEST | 906 | 22 | 230 | 35 | 0 | 174 | 4 | 203 | 1,554 |
| 387 | 387 - West Shore | 1,516 | - | 421 | 36 | 0 | 221 | 7 | 267 | 2,467 |
| 388 | 388 - Citrus Park | 1,206 | 85 | 321 | 33 | 1 | 144 | 4 | 116 | 1,911 |
| 389 | 389 - Brandon | 1,349 | 164 | 307 | 33 | 0 | 204 | 7 | 108 | 2,163 |
| 392 | 392 - Naples | 2,055 | - | 330 | 40 | 0 | 182 | 5 | 262 | 2,854 |
| 394 | 394 - CAPE CORAL | 1,398 | 106 | 562 | 33 | 0 | 205 | 5 | 89 | 2,399 |
| 395 | 395 - SOUTH SARASOTA | 603 | 247 | 208 | 42 | 1 | 140 | 8 | 117 | 1,365 |
| 403 | 403 - Idaho Falls | 602 | 21 | 51 | 24 | 0 | 54 | 5 | 37 | 794 |
| 406 | 406 - Lewiston | 318 | 9 | 35 | 29 | 12 | 46 | 3 | 60 | 511 |
| 408 | 408 - Jackson (Resort) | 1,819 | 190 | 73 | 56 | 3 | 22 | 6 | 143 | 2,310 |
| 409 | 409 - COEUR D'ALENE | 611 | 134 | 23 | 28 | 14 | 100 | 7 | 152 | 1,069 |
| 410 | 410 - Boise | 1,377 | 286 | 254 | 31 | 15 | 2 | 5 | 94 | 2,065 |
| 415 | 415 - Northlake | 1,167 | 125 | 309 | 42 | 13 | 269 | 4 | 143 | 2,072 |
| 416 | 416 - Alpharetta | 1,029 | (43) | 390 | 29 | 10 | 306 | 6 | 79 | 1,679 |
| 417 | 417 - Buckhead | 1,995 | 56 | 496 | 31 | 8 | 191 | 6 | 99 | 2,882 |
| 418 | 418 - BUFORD | 1,324 | 94 | 272 | 40 | 4 | 198 | 8 | 127 | 2,068 |
| 420 | 420 - Gwinnett | 902 | 35 | 152 | 31 | 11 | 184 | 5 | 90 | 1,411 |
| 425 | 425 - Cumberland | 1,973 | 346 | 343 | 31 | 5 | 303 | 6 | 163 | 3,070 |
| 426 | 426 - Perimeter Pointe | 2,014 | 101 | 503 | 32 | 11 | 240 | 5 | 110 | 3,013 |
| 427 | 427 - Town Center | 1,153 | 40 | 218 | 33 | 10 | 222 | 10 | 124 | 1,810 |
| 429 | 429 - CONYERS | 910 | 43 | 306 | 36 | 5 | 168 | 5 | 61 | 1,534 |
| 440 | 440 - ABINGDON | 364 | 96 | 65 | 9 | 1 | 59 | 3 | 40 | 657 |
| 441 | 441 - Montgomeryville | 1,246 | 128 | 150 | 33 | 21 | 179 | 12 | 195 | 1,965 |
| 442 | 442 - Exton | 1,702 | 260 | 154 | 31 | 12 | 141 | 4 | 74 | 2,378 |
| 444 | 444 - Oxford Valley | - | - | 336 | 35 | 32 | 168 | 8 | 208 | 805 |
| 445 | 445 - Lancaster | 1,476 | 99 | 336 | 24 | 32 | 164 | 11 | 172 | 2,313 |
| 447 | 447 - Warrington | 1,778 | 270 | 260 | 38 | 8 | 186 | 5 | 93 | 2,638 |
| 450 | 450 - Billings | 721 | 152 | 108 | 27 | 9 | 138 | 5 | 86 | 1,245 |
| 451 | 451 - Missoula | 834 | 99 | 124 | 30 | 2 | 111 | 6 | 78 | 1,284 |
| 452 | 452 - FLEMINGTON | 219 | 64 | 97 | 19 | 4 | 60 | 3 | 49 | 515 |
| 456 | 456 - TURNERSVILLE | 1,528 | 130 | 665 | 34 | 13 | 204 | 7 | 158 | 2,739 |
| 457 | 457 - RIVERDALE | 1,640 | 114 | 380 | 36 | 1 | 185 | 9 | 152 | 2,517 |
| 458 | 458 - SECAUCUS | 2,933 | 340 | 505 | 35 | 11 | 312 | 8 | 171 | 4,315 |
| 459 | 459 - Atlantic City | 1,626 | 224 | 443 | 27 | 9 | 220 | 4 | 94 | 2,647 |
| 461 | 461 - Mt. Laurel | 1,801 | 138 | 491 | 33 | 19 | 224 | 6 | 110 | 2,821 |
| 464 | 464 - West Long Branch | 1,047 | 244 | 368 | 33 | 19 | 195 | 7 | 171 | 2,083 |
| 466 | 466 - Paramus | 3,649 | - | 641 | 36 | 15 | 354 | 8 | 459 | 5,162 |
| 468 | 468 - East Hanover | 2,013 | 269 | 305 | 27 | 20 | 194 | 5 | 159 | 2,991 |
| 469 | 469 - Union | 2,038 | 156 | 675 | 33 | 20 | 195 | 10 | 227 | 3,354 |
| 470 | 470 - Ledgewood | 616 | 107 | 192 | 29 | 32 | 203 | 6 | 155 | 1,340 |
| 471 | 471 - Brick | 1,756 | 249 | 376 | 31 | 6 | 224 | 6 | 105 | 2,754 |
| 473 | 473 - Harlet | 1,719 | - | 538 | 32 | 38 | 166 | 4 | 198 | 2,675 |
| 474 | 474 - Clifton | 3,355 | 528 | 1,238 | 31 | 14 | 300 | 7 | 225 | 5,678 |
| 477 | 477 - Garden State Plaza | 4,658 | 209 | 634 | 38 | 13 | 338 | 8 | 193 | 6,091 |
| 478 | 478 - LEVITTOWN | 1,156 | 88 | 649 | 35 | 17 | 151 | 14 | 110 | 2,220 |
| 480 | 480 - Sayville | 1,737 | 67 | 910 | 36 | 28 | 381 | 6 | 240 | 3,384 |
| 482 | 482 - White Plains | 3,194 | - | 933 | 44 | 0 | 399 | 9 | 444 | 5,022 |
| 483 | 483 - Massapequa | 2,425 | 209 | 1,135 | 34 | 26 | 221 | 10 | 194 | 4,255 |
| 484 | 484 - Westbury | 3,299 | 50 | 1,311 | 38 | 21 | 333 | 17 | 218 | 5,287 |
| 486 | 486 - Long Island City | 3,281 | - | 814 | 35 | 16 | 319 | 8 | 419 | 4,891 |
| 487 | 487 - Middle Village (Queens) | 2,357 | - | 895 | 32 | 30 | 360 | 21 | 399 | 4,094 |
| 488 | 488 - Waterbury | 1,419 | 83 | 647 | 40 | 28 | 240 | 5 | 172 | 2,614 |
| 489 | 489 - Third Avenue | 4,775 | - | 523 | 35 | 0 | 106 | 10 | 246 | 5,696 |
| 490 | 490 - RAMSEY | 1,175 | 225 | 337 | 34 | 38 | 174 | 10 | 119 | 2,113 |
| 501 | 501 - ALBUQUERQUE-MONTANO | 946 | 119 | 116 | 30 | 5 | 208 | 6 | 132 | 1,563 |
| 503 | 503 - ALBUQUERQUE-WINROCK | 1,149 | 177 | 86 | 31 | 9 | 264 | 9 | 103 | 1,827 |
| 504 | 504 - Villa Linda | 695 | 195 | 69 | 44 | (1) | 145 | 11 | 128 | 1,286 |
| 511 | 511 - White Marsh | 2,138 | 441 | 225 | 35 | 3 | 407 | 4 | 156 | 3,408 |
| 514 | 514 - Towson | 1,609 | 137 | 157 | 28 | 11 | 151 | 4 | 81 | 2,237 |
| 515 | 515 - Bowie | 1,871 | 164 | 425 | 29 | 13 | 199 | 7 | 129 | 2,837 |
| 517 | 517 - Rockville | 2,038 | 7 | 366 | 26 | 24 | 292 | 9 | 204 | 2,967 |
| 519 | 519 - Frederick | 1,315 | 150 | 145 | 29 | 21 | 131 | 5 | 182 | 1,977 |
| 521 | 521 - Laurel | 832 | 230 | 329 | 36 | 12 | 155 | 7 | 99 | 1,699 |
| 522 | 522 - Landover | 1,553 | 269 | 348 | 33 | 18 | 156 | 8 | 79 | 2,465 |
| 531 | 531 - Tysons Corner | 3,524 | 110 | 697 | 35 | 8 | 143 | 11 | 125 | 4,654 |
| 533 | 533 - Fairfax | 1,544 | 132 | 222 | 33 | (4) | 101 | 9 | 120 | 2,158 |
| 536 | 536 - Potomac Yards | 3,884 | 295 | 441 | 24 | 13 | 158 | 9 | 133 | 4,957 |
| 540 | 540 - GAINESVILLE VA | 1,268 | 358 | 301 | 37 | 8 | 221 | 3 | 80 | 2,278 |
| 548 | 548 - BELLINGHAM | 1,355 | 276 | 195 | 51 | 13 | 353 | 10 | 155 | 2,209 |
| 549 | 549 - LACEY | 1,235 | 78 | 173 | 41 | 1 | 114 | 11 | 125 | 1,778 |
| 550 | 550 - Kennewick | 1,097 | - | 102 | 37 | 12 | 102 | 5 | 133 | 1,488 |
| 551 | 551 - Spokane Northpointe | 1,751 | 222 | 194 | 41 | 6 | 151 | 6 | 107 | 2,478 |
| 552 | 552 - Spokane East | 1,196 | 77 | 190 | 38 | 11 | 119 | 6 | 95 | 1,672 |
| 553 | 553 - BELLEVUE WEST | 2,529 | 219 | 654 | 44 | 0 | 276 | 10 | 152 | 3,885 |
| 554 | 554 - Puyallup | 1,052 | 185 | 242 | 39 | 3 | 142 | 7 | 129 | 1,799 |
| 555 | 555 - Tukwila | 1,925 | 111 | 303 | 43 | 3 | 224 | 5 | 170 | 2,786 |

Sports Authority
Exhibit 4.1 (c)
Occupancy Per Diem

| Store # | Store Name | Rent Expense | Common Area Maintenance | Real Estate & Property Tax | Telephone/Data Lines | Gas Utilities | Electricity | Security | Repairs and Maintenance | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 556 | 556 - Everett | 1,760 | 154 | 214 | 32 | 9 | 154 | 6 | 114 | 2,444 |
| 557 | 557 - NORTHGATE NORTH | 1,489 | 206 | 227 | 36 | 0 | 139 | 12 | 167 | 2,277 |
| 558 | 558 - LAKE STEVENS | 949 | 75 | 333 | 40 | 9 | 196 | 9 | 108 | 1,718 |
| 559 | 559 - BELLEVUE EAST | 1,763 | 256 | 185 | 42 | 15 | 164 | 6 | 119 | 2,568 |
| 560 | 560 - Auburn | 1,250 | - | 15 | 46 | 2 | 331 | 6 | 184 | 1,833 |
| 561 | 561 - ISSAQUAH | 1,316 | 144 | 298 | 37 | 0 | 206 | 8 | 185 | 2,194 |
| 562 | 562 - OLYMPIA | (816) | 76 | 167 | 40 | 5 | 98 | 16 | 132 | 217 |
| 564 | 564 - WASILLA | 2,410 | 61 | 232 | 87 | 18 | 298 | 6 | 119 | 3,220 |
| 565 | 565 - Anchorage | 2,381 | 117 | 465 | 65 | 36 | 348 | 7 | 250 | 3,671 |
| 566 | 566 - GLENN HWY | 2,785 | 367 | 356 | 60 | 48 | 305 | 7 | 210 | 4,138 |
| 567 | 567 - FAIRBANKS | 2,396 | 69 | 338 | 63 | 77 | 331 | 6 | 222 | 3,441 |
| 571 | 571 - Gurnee Mills | 1,868 | 272 | 406 | 39 | 12 | 106 | 8 | 120 | 2,861 |
| 573 | 573 - Burbank | 1,116 | 71 | 953 | 40 | 21 | 129 | 6 | 105 | 2,440 |
| 575 | 575 - Reno | 1,855 | 180 | 184 | 56 | 0 | 163 | 10 | 97 | 2,542 |
| 584 | 584 - Aurora | 1,030 | 130 | 188 | 34 | 10 | 118 | 4 | 128 | 1,642 |
| 586 | 586 - Fullerton Avenue | 1,710 | 64 | 694 | 30 | 25 | 138 | 5 | 129 | 2,795 |
| 587 | 587 - Crystal Lake | 2,105 | 146 | 359 | 35 | 11 | 127 | 6 | 142 | 2,930 |
| 588 | 588 - WHEATON, IL | 646 | 93 | 291 | 30 | 12 | 81 | 9 | 73 | 1,235 |
| 595 | 595 - AMES | 836 | 106 | 68 | 41 | 8 | 81 | 10 | 88 | 1,238 |
| 596 | 596 - Dearborn | 1,064 | 215 | 196 | 26 | 12 | 242 | 9 | 99 | 1,864 |
| 597 | 597 - Flint | | 113 | 115 | 26 | 35 | 255 | 10 | 123 | 659 |
| 600 | 600 - Bolingbrook | 1,107 | 195 | 395 | 25 | 8 | 110 | 6 | 52 | 1,898 |
| 601 | 601 - Niles | 1,280 | 364 | 1,006 | 30 | 11 | 349 | 6 | 240 | 3,287 |
| 604 | 604 - Oak Lawn | 1,471 | 240 | 639 | 28 | 12 | 165 | 7 | 166 | 2,730 |
| 606 | 606 - Clark Street | 3,189 | 454 | 920 | 31 | 21 | 228 | 7 | 163 | 5,014 |
| 609 | 609 - NORRIDGE | 1,031 | 292 | 666 | 38 | 8 | 107 | 7 | 94 | 2,243 |
| 610 | 610 - Bricktown | 905 | 259 | 454 | 32 | 13 | 111 | 8 | 100 | 1,882 |
| 611 | 611 - Merrillville | 1,004 | 200 | 268 | 28 | 36 | 155 | 7 | 134 | 1,833 |
| 612 | 612 - North Riverside | 1,227 | 172 | 825 | 81 | 7 | 197 | 8 | 119 | 2,638 |
| 613 | 613 - HOFFMAN ESTATES | 1,131 | 293 | 727 | 30 | 9 | 114 | 5 | 90 | 2,460 |
| 614 | 614 - Vernon Hills | 1,371 | 18 | 338 | 39 | 14 | 634 | 6 | 123 | 2,647 |
| 616 | 616 - Deerfield | 1,627 | 184 | 554 | 31 | 7 | 121 | 6 | 64 | 2,593 |
| 617 | 617 - La Salle Street | 2,178 | - | 516 | 46 | 52 | 295 | 15 | 763 | 3,864 |
| 619 | 619 - Mt. Prospect | 1,341 | 170 | 992 | 31 | 15 | 144 | 7 | 107 | 2,608 |
| 620 | 620 - Auburn Hills | 1,625 | - | 23 | 28 | 26 | 243 | 5 | 142 | 2,093 |
| 621 | 621 - BAYSHORE TOWN CENTER | 2,386 | - | 45 | 40 | 6 | 200 | 9 | 236 | 2,922 |
| 622 | 622 - Greenfield | 1,094 | 226 | 326 | 40 | 7 | 214 | 11 | 149 | 2,066 |
| 623 | 623 - Brookfield | 1,322 | 248 | 315 | 40 | 12 | 177 | 10 | 149 | 2,274 |
| 624 | 624 - Des Moines | 1,551 | 92 | 520 | 32 | 6 | 150 | 6 | 172 | 2,529 |
| 627 | 627 - Frankfort | 1,278 | 104 | 394 | 43 | 15 | 101 | 8 | 61 | 2,004 |
| 628 | 628 - WILLOWBROOK | 1,401 | 293 | 467 | 28 | 7 | 133 | 7 | 123 | 2,458 |
| 629 | 629 - Delafield | 1,453 | 116 | 235 | 37 | 3 | 242 | 10 | 116 | 2,213 |
| 630 | 630 - BURBANK CA | 2,760 | 295 | 429 | 32 | 1 | 291 | 11 | 118 | 3,936 |
| 631 | 631 - Hawthorne | 2,174 | 254 | 374 | 31 | 0 | 190 | 10 | 233 | 3,195 |
| 632 | 632 - Fountain Valley | 2,435 | - | 215 | 46 | 0 | 231 | 9 | 241 | 3,178 |
| 633 | 633 - Northridge | 1,557 | - | 229 | 31 | 0 | 304 | 7 | 251 | 2,379 |
| 636 | 636 - Long Beach | 1,354 | 268 | 125 | 37 | 0 | 141 | 5 | 97 | 2,028 |
| 639 | 639 - BALBOA | 1,814 | 136 | 262 | 27 | 0 | 190 | 4 | 121 | 2,554 |
| 640 | 640 - Fullerton | 1,525 | 223 | 316 | 30 | 0 | 150 | 6 | 139 | 2,388 |
| 643 | 643 - Montclair | 677 | 71 | 171 | 40 | 1 | 215 | 4 | 101 | 1,281 |
| 644 | 644 - CARMEL MTN | 1,738 | 250 | 457 | 31 | 0 | 249 | 7 | 169 | 2,897 |
| 645 | 645 - MORENO VALLEY, CA | 1,550 | 180 | 275 | 41 | 4 | 210 | 5 | 90 | 2,354 |
| 646 | 646 - Temecula | 1,310 | 89 | 238 | 39 | 1 | 224 | 5 | 68 | 1,973 |
| 648 | 648 - Mission Viejo | 1,726 | 161 | 372 | 9 | 0 | 192 | 4 | 97 | 2,562 |
| 649 | 649 - Torrance | 2,253 | - | 385 | 39 | 2 | 240 | 8 | 226 | 3,152 |
| 651 | 651 - MURRIETA | 1,067 | 67 | 153 | 39 | 1 | 200 | 4 | 81 | 1,611 |
| 652 | 652 - SHERMAN OAKS | 1,896 | 319 | 321 | 30 | 1 | 317 | 8 | 287 | 3,179 |
| 653 | 653 - Santa Barbara | 2,327 | 197 | 152 | 32 | 1 | 184 | 4 | 87 | 2,985 |
| 654 | 654 - Tustin | 2,392 | 518 | 120 | 42 | 1 | 219 | 6 | 102 | 3,400 |
| 655 | 655 - Corona | 1,366 | 235 | 130 | 36 | 0 | 201 | 6 | 59 | 2,033 |
| 657 | 657 - Gilroy | 1,349 | 122 | 328 | 39 | 0 | 274 | 6 | 93 | 2,211 |
| 658 | 658 - Elk Grove | 1,737 | 146 | 183 | 42 | 3 | 224 | 10 | 87 | 2,431 |
| 660 | 660 - BRENTWOOD CA | 1,146 | 134 | 217 | 30 | 1 | 295 | 13 | 179 | 2,016 |
| 661 | 661 - San Leandro | 2,182 | 377 | 128 | 51 | 0 | 211 | 12 | 101 | 3,062 |
| 662 | 662 - San Jose | 1,811 | 204 | 346 | 29 | 1 | 223 | 10 | 195 | 2,818 |
| 663 | 663 - CONCORD CA | 1,085 | 9 | 245 | 35 | 3 | 200 | 14 | 175 | 1,764 |
| 664 | 664 - Sunnyvale | 2,360 | - | 486 | 29 | 2 | 192 | 11 | 256 | 3,335 |
| 665 | 665 - LAKEWOOD, CA | 1,061 | 676 | 538 | 39 | 1 | 287 | 8 | 141 | 2,751 |
| 667 | 667 - Vacaville | 290 | 153 | 160 | 33 | 0 | 220 | 11 | 95 | 962 |
| 668 | 668 - ARDEN WAY | 1,413 | 132 | 205 | 51 | 9 | 191 | 7 | 97 | 2,106 |
| 671 | 671 - Santa Rosa | 1,488 | (42) | 248 | 28 | 0 | 203 | 24 | 187 | 2,136 |
| 672 | 672 - San Mateo | 2,530 | 124 | 509 | 29 | 0 | 238 | 12 | 152 | 3,594 |
| 673 | 673 - Folsom | 745 | 329 | 287 | 31 | 3 | 183 | 8 | 177 | 1,763 |
| 675 | 675 - MODESTO | 1,265 | 548 | (13) | 30 | 0 | 246 | 8 | 108 | 2,192 |
| 677 | 677 - Natomas | 1,908 | 168 | 246 | 31 | 2 | 268 | 11 | 79 | 2,712 |
| 678 | 678 - Union City | 2,126 | 2 | 216 | 31 | 0 | 249 | 9 | 166 | 2,800 |
| 679 | 679 - San Francisco | 1,894 | - | 81 | 32 | 0 | 296 | 15 | 279 | 2,597 |
| 680 | 680 - Novato | 2,385 | 238 | 307 | 42 | 0 | 198 | 15 | 102 | 3,287 |
| 682 | 682 - Mall of the Bay | 1,045 | - | 30 | 5 | 0 | 245 | 8 | 326 | 1,659 |
| 684 | 684 - LA HABRA MARKETPLACE | 1,920 | 245 | 296 | 31 | 0 | 240 | 13 | 193 | 2,938 |
| 685 | 685 - WEST LAKE | 2,964 | - | 11 | 36 | 0 | 173 | 6 | 121 | 2,611 |
| 687 | 687 - Palm Desert | 1,522 | 129 | 246 | 27 | 0 | 265 | 6 | 102 | 2,291 |
| 689 | 689 - CAMELBACK RD | 3,115 | 273 | 617 | 30 | 1 | 262 | 7 | 90 | 4,395 |
| 690 | 690 - FAIRFIELD, CA | 1,257 | 268 | 217 | 32 | 0 | 260 | 11 | 158 | 2,203 |
| 691 | 691 - ARIZONA MILLS | 1,523 | - | 51 | 45 | 0 | 270 | 6 | 69 | 1,964 |
| 692 | 692 - No. Scottsdale | 1,453 | 155 | 332 | 27 | 2 | 261 | 5 | 76 | 2,313 |
| 693 | 693 - Avondale | 1,175 | 82 | 292 | 34 | 1 | 174 | 5 | 69 | 1,833 |
| 695 | 695 - Chandler | 1,461 | 68 | 261 | 31 | 0 | 155 | 8 | 94 | 2,077 |
| 698 | 698 - Yuma | 1,177 | 168 | 218 | 39 | 0 | 199 | 6 | 67 | 1,874 |

Sports Authority
Exhibit 4.1 (c)
Occupancy Per Diem

| Store # | Store Name | Rent Expense | Common Area Maintenance | Real Estate & Property Tax | Telephone/Data Lines | Gas Utilities | Electricity | Security | Repairs and Maintenance | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 700 | 700 - DESERT RIDGE | 1,281 | 356 | 273 | 31 | 3 | 223 | 6 | 104 | 2,275 |
| 701 | 701 - Roseville | 1,400 | - | 358 | 37 | 36 | 157 | 7 | 229 | 2,226 |
| 703 | 703 - Burnsville | 1,020 | 212 | 398 | 40 | 21 | 217 | 9 | 124 | 2,041 |
| 704 | 704 - Richfield | 1,399 | 215 | 545 | 39 | 17 | 138 | 6 | 89 | 2,449 |
| 707 | 707 - Maple Grove | 1,427 | 196 | 575 | 35 | 17 | 110 | 7 | 57 | 2,422 |
| 708 | 708 - COON RAPIDS NORTH | 1,413 | 354 | 399 | 40 | 13 | 151 | 7 | 90 | 2,467 |
| 709 | 709 - Eden Prairie | 1,614 | 119 | 876 | 42 | 27 | 140 | 11 | 91 | 2,920 |
| 711 | 711 - Woodbury | 1,571 | 211 | 687 | 39 | 20 | 102 | 8 | 84 | 2,723 |
| 712 | 712 - MINNEAPOLIS CITY CENTER | 141 | 58 | 56 | 18 | 0 | 21 | 3 | 31 | 327 |
| 715 | 715 - TRACY | 497 | 79 | 30 | 28 | 0 | 214 | 12 | 155 | 1,016 |
| 717 | 717 - PALO ALTO | 3,738 | 148 | 488 | 32 | 0 | 355 | 8 | 183 | 4,952 |
| 718 | 718 - STEVENS CREEK | 2,876 | 200 | 564 | 28 | 1 | 303 | 8 | 137 | 4,117 |
| 719 | 719 - SAND CITY (MONTEREY) | 1,380 | 129 | 115 | 27 | 0 | 175 | 6 | 104 | 1,737 |
| 720 | 720 - DUBLIN, CA | 1,582 | 136 | 109 | 28 | 1 | 247 | 15 | 173 | 2,292 |
| 721 | 721 - HAZEL DELL | 311 | 55 | 45 | 15 | 7 | 21 | 4 | 35 | 493 |
| 722 | 722 - Tacoma | 1,216 | 393 | 363 | 39 | 20 | 84 | 9 | 146 | 2,269 |
| 723 | 723 - LYNNWOOD | 1,318 | 174 | 194 | 36 | 28 | 183 | 10 | 146 | 2,088 |
| 724 | 724 - STONESTOWN | 2,654 | 508 | 594 | 32 | 19 | 174 | 9 | 128 | 4,117 |
| 726 | 726 - IRVINE SPECTRUM | 1,769 | - | 190 | 36 | 0 | 187 | 6 | 335 | 2,522 |
| 732 | 732 - Beaverton | 1,648 | 600 | 338 | 29 | 5 | 219 | 6 | 123 | 2,969 |
| 733 | 733 - Clackamas | 1,603 | 178 | 297 | 42 | 6 | 180 | 7 | 124 | 2,436 |
| 735 | 735 - CASCADE STATION | 1,384 | 208 | 322 | 37 | 6 | 157 | 6 | 77 | 2,197 |
| 737 | 737 - EUGENE | 1,795 | 417 | 349 | 31 | 0 | 142 | 5 | 142 | 2,882 |
| 738 | 738 - MEDFORD | 1,100 | 26 | 9 | 35 | 1 | 167 | 5 | 62 | 1,405 |
| 754 | 754 - LAKE ST LOUIS | 1,128 | 67 | 238 | 38 | 6 | 116 | 5 | 81 | 1,678 |
| 756 | 756 - Fairview Heights | 1,820 | 163 | 13 | 30 | 6 | 101 | 12 | 116 | 2,260 |
| 757 | 757 - Kirkwood | 1,372 | 90 | 204 | 43 | 19 | 126 | 9 | 59 | 1,922 |
| 758 | 758 - Town & Country | 396 | 53 | 239 | 49 | 21 | 157 | 6 | 107 | 1,027 |
| 759 | 759 - South Country | 1,217 | 129 | 238 | 38 | 6 | 132 | 6 | 131 | 1,897 |
| 760 | 760 - Brentwood | 1,756 | 134 | 376 | 43 | 3 | 182 | 6 | 132 | 2,632 |
| 763 | 763 - WINDWARD MALL | 1,787 | - | 278 | 35 | 0 | 296 | 11 | 178 | 2,585 |
| 764 | 764 - ORANGE, CA | 1,119 | 254 | 15 | 37 | 0 | 149 | 10 | 82 | 1,655 |
| 766 | 766 - Emeryville | 1,320 | 384 | 438 | 39 | 1 | 179 | 11 | 160 | 2,532 |
| 768 | 768 - HILO | 1,487 | - | 91 | 68 | 0 | 879 | 8 | 182 | 2,715 |
| 770 | 770 - Maui | 4,258 | 464 | 507 | 46 | 0 | 747 | 10 | 260 | 6,293 |
| 771 | 771 - Honolulu | 7,275 | 1,691 | 1,568 | 42 | 0 | 906 | 11 | 215 | 11,707 |
| 772 | 772 - Waikele | 4,114 | 674 | 705 | 43 | 0 | 539 | 13 | 248 | 6,335 |
| 773 | 773 - KAILUA-KONA | 3,686 | 419 | 490 | 61 | 0 | 651 | 6 | 173 | 5,487 |
| 774 | 774 - KAPOLEI | 4,134 | 594 | 614 | 38 | 0 | 538 | 8 | 165 | 6,071 |
| 775 | 775 - LIHUE | 1,657 | 463 | 273 | 49 | 0 | 589 | 7 | 195 | 3,234 |
| 778 | 778 - ONTARIO MILLS | 1,232 | 408 | 27 | 33 | 1 | 246 | 9 | 105 | 2,062 |
| 779 | 779 - Chula Vista | 1,936 | 144 | 444 | 32 | 1 | 316 | 9 | 184 | 3,046 |
| 781 | 781 - Mission Valley | 1,845 | 236 | 261 | 26 | 0 | 323 | 5 | 115 | 2,811 |
| 782 | 782 - Encinitas | 1,684 | 160 | 344 | 30 | 1 | 314 | 8 | 162 | 2,702 |
| 783 | 783 - Oceanside | 1,399 | 138 | 168 | 27 | 0 | 238 | 5 | 109 | 2,083 |
| 784 | 784 - CITRUS HEIGHTS | 1,468 | 177 | 271 | 38 | 2 | 254 | 7 | 95 | 2,312 |
| 785 | 785 - ROSEVILLE CA | 1,344 | 89 | 299 | 31 | 4 | 204 | 7 | 170 | 2,149 |
| 786 | 786 - Fresno East | 1,812 | 160 | 224 | 32 | 1 | 306 | 8 | 196 | 2,740 |
| 788 | 788 - HENDERSON | 1,375 | 89 | 145 | 34 | 3 | 221 | 6 | 132 | 1,807 |
| 789 | 789 - Ft. Apache | 1,574 | 384 | 296 | 30 | 6 | 108 | 8 | 122 | 2,528 |
| 790 | 790 - NORTH RAINBOW | 1,924 | 103 | 97 | 28 | 0 | 163 | 5 | 107 | 2,426 |
| 793 | 793 - Paradise Valley | 1,398 | 225 | 260 | 36 | 0 | 236 | 5 | 98 | 2,247 |
| 794 | 794 - Scottsdale | 1,129 | 149 | 260 | 32 | 3 | 172 | 5 | 88 | 1,838 |
| 798 | 798 - SUPERSTITION SPRINGS | 1,340 | 85 | 290 | 32 | 2 | 170 | 8 | 110 | 2,036 |
| | **Grand Total** | 468,805 | 54,933 | 107,864 | 11,027 | 2,516 | 64,923 | 2,416 | 44,974 | 787,757 |

Sports Authority
Exhibit 5.1 (a)
Inventory Taking Instructions


To be mutually agreed upon.

Sports Authority
Exhibit 5.2 (a)
Excluded Locations & Divisions


    801 RTV CENTER - DENVER, CO
    844 ATLANTA RTV CENTER
    846 NEW JERSEY RDC RTV CENTER
    880 FONTANA CA RET TO VENDOR
    882 WOODRIDGE IL RTV
    915 TEMP LOCATION FOR SKI PACKUPS
      10 SHEPHERDSVILLE RTV CENTER
         All rental equipment

Sports Authority
Exhibit 5.2 (b)(1)
In-Transit Merchandise

To be provided by Merchant

**Sports Authority**
**Exhibit 5.2 (b)(2)**
**Consignment Goods**

PBS Stores 1-250.csv
PBS Stores 251-500.csv
PBS Stores 501-750.csv
PBS Stores 751-999.csv
05.10.16 PBS Stores 1-250.csv
05.10.16 PBS Stores 251-500.csv
05.10.16 PBS Stores 501-750.csv
05.10.16 PBS Stores 751-999.csv

And any updated files received by Agent from the date of the agreement through and
including the Sale Commencement Date.

**Sports Authority**
**Exhibit 5.2 (b)(3)**
**Merchandise Files**


Stores 1-100.csv
Stores 101-150.csv
Stores 151-200.csv
Stores 201-300.csv
Stores 301-350.csv
Stores 351-400.csv
Stores 401-450.csv
Stores 451-475.csv
Stores 476-500.csv
Stores 501-550.csv
Stores 551-600.csv
Stores 601-625.csv
Stores 626-650.csv
Stores 651-700.csv
Stores 701-750.csv
Stores 751-800.csv
Stores 801-999.csv
SKU Detail Template - Active 05.09.16.xlsb
SKU Detail Template - Clearance 5.9.2016.xlsb
SKU Detail Template - Unmatched 05.11.16.xlsx
05.10.16 Stores 1-100.csv
05.10.16 Stores 101-150.csv
05.10.16 Stores 151-200.csv
05.10.16 Stores 201-300.csv
05.10.16 Stores 301-350.csv
05.10.16 Stores 351-400.csv
05.10.16 Stores 401-450.csv
05.10.16 Stores 451-475.csv
05.10.16 Stores 476-500.csv
05.10.16 Stores 501-550.csv
05.10.16 Stores 551-600.csv
05.10.16 Stores 601-625.csv
05.10.16 Stores 626-650.csv
05.10.16 Stores 651-700.csv
05.10.16 Stores 701-750.csv
05.10.16 Stores 751-800.csv
05.10.16 Stores 801-999.csv


And any updated files received by Agent from the date of the agreement through and
including the Sale Commencement Date.

**Sports Authority**
**Exhibit 7.1**
**FF&E**


**Owned Fixed Assets listed in the following files:**
5a - Fixed Assets by Store.xlsx
Active Assets by Locations (Professional Eyes Only) (2).xlsx
DC Assets (Clean) (2).xlsx
Ops & Engineering Inventory May 2016 no costs.xlsx

Sports Authority
Exhibit 8.1
Sale Guidelines

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

## SALE GUIDELINES

The following procedures (the "Sale Guidelines") shall apply to the closing sale (each, a "Closing Sale" and collectively, the "Closing Sales") to be held at each of the store locations operated by the above-captioned debtors in possession (collectively, "Sports Authority") to be closed (collectively, the "Closing Stores" and each, a "Closing Store"), subject to the agreement (the "Closing Store Agreement") dated as of May 16, 2016 by and among Hilco Merchant Resources, LLC, Gordon Brothers Retail Partners, LLC, and Tiger Capital Group, LLC (the "Liquidation Consultant"), and Debtor TSA Stores, Inc. ("Sports Authority"), and in accordance with the order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and approving the Closing Sales at the Closing Stores in accordance with these Sale Guidelines:

1.    The Closing Sales will commence at the Closing Stores on or about May 25, 2016 (the "Sale Commencement Date") and will terminate on or about August 31, 2016 (the "Sale Termination Date"), subject to Sports Authority's rights to seek extension thereof with the agreement of the Agent.

2.    Prior to the commencement of a Closing Sale, the applicable Closing Store shall be identified in a notice filed on the docket in the above-captioned Chapter 11 Cases.

3.    Each Closing Sale shall be conducted so that the Closing Store in which sales are to occur will remain open no longer than during the normal hours of operation provided for in the respective leases for the Closing Stores.

4.    Each Closing Sale shall be conducted at the Closing Stores during the normal business hours maintained at each Closing Store by Sports Authority prior to the filing of their bankruptcy petitions; provided that Sports Authority may with Agent's consent, modify the business hours as necessary or advisable.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

5.      Conspicuous signs stating that "all sales are final" and "as is" will be posted at the cash register areas at all Closing Stores.

6.      The Liquidation Consultant may advertise each Closing Sale as a "store closing," "sale on everything," "everything must go," "going out of business", "liquidation sale," or similar themed sale. The Liquidation Consultant may also have "countdown to closing" signs prominently displayed in a manner consistent with these Sale Guidelines.

7.      The Liquidation Consultant shall be permitted to utilize exterior banners at (i) non-enclosed mall Stores and (ii) enclosed mall Stores to the extent the entrance to the applicable Store does not require entry into the enclosed mall common area; provided, however, that such banners (A) shall not exceed 4 feet by 40 feet in size; (B) shall be located or hung so as to make clear that the Sale is being conducted only at the affected Store; and (C) shall not be wider than the storefront of the Store.

8.      Except with respect to the hanging of exterior banners, the Liquidation Consultant and Sports Authority shall not make any alterations to the storefront or exterior walls of any Closing Stores.

9.      No landlord, licensor, property owner, and/or property manager (each, a "Landlord" and collectively, the "Landlords") shall prohibit, restrict, or otherwise interfere with any Closing Sale at any Closing Store.

10.     The Liquidation Consultant and Sports Authority shall not make any alterations to interior or exterior Closing Store lighting. No property of a Landlord of a Closing Store shall be removed or sold during any Closing Sale. The hanging of exterior banners or signage or banners in a Closing Store shall not constitute an alteration to a Closing Store.

11.     The Liquidation Consultant shall be permitted to utilize sign-walkers in a safe and professional manner.

12.     On "shopping center" property, neither Sports Authority or the Liquidation Consultant shall distribute handbills, leaflets or other written materials to customers outside of any Closing Store's premises, unless permitted by the lease or, if distribution is customary in the "shopping center" in which such Closing Store is located; provided that the Liquidation Consultant may solicit customers in the Closing Stores themselves. On "shopping center" property, Sports Authority and the Liquidation Consultant shall not use any flashing lights or amplified sound to advertise the Closing Sale or solicit customers, except as permitted under the applicable lease or agreed to by the Landlord.

13.     The Liquidation Consultant shall be permitted to utilize A-frames, to be used only with secure tiedowns, and exterior banners at (a) non-enclosed mall Closing Stores and (b) enclosed mall Closing Stores to the extent the entrance to the applicable Closing Store does not require entry into the enclosed mall common area.

14.     With respect to any Closing Stores location in enclosed mall locations, no exterior signs or signs in common areas of a mall shall be used unless otherwise expressly permitted in these Sale Guidelines.

2

15.     The Liquidation Consultant and Sports Authority shall keep Closing Store premises and surrounding areas clean and orderly consistent with present practices.

16.     Nothing contained in these Sale Guidelines shall be construed to create or impose upon the Liquidation Consultant and Sports Authority any additional restrictions not contained in the applicable lease agreement.

17.     Sports Authority shall have informed the Liquidation Consultant of those items of furniture, fixtures, and equipment located at each Closing Store which are not to be sold (because Sports Authority does not have the right to sell such items or otherwise) (collectively, the "Retained FF&E").

18.     The Liquidation Consultant may advertise and sell all furniture, fixtures, and equipment located at each Closing Store as of the Sale Commencement Date which is not Retained FF&E (collectively, the "Offered FF&E") in a manner consistent with these Sale Guidelines and the Closing Store Agreement.

19.     The purchasers of any Offered FF&E sold at any Closing Stores shall be permitted to remove the Offered FF&E either through the back shipping areas at any time, or through other areas after Closing Store business hours, consistent with the operating hours of the Closing Store or shopping center; provided, however, that Offered FF&E that can fit in shopping bag or shopping cart may be removed through the front door during normal business hours.

20.     All Merchandise, Merchant's Consignment Goods, and Additional Agent Goods (as each is defined in the Closing Store Agreement) and all Offered FF&E shall be sold free and clear of all claims, liens, and encumbrances.

21.     Upon the earlier of (a) the completion of the Closing Sale at a Closing Store or (b) the Sale Termination Date, the Liquidation Consultant shall leave each Closing Store in broom clean condition and shall abandon all Retained FF&E and all unsold Offered FF&E in a neat and orderly manner.

22.     Sports Authority may abandon any Retained FF&E and all unsold Offered FF&E that it has not removed and any unsold FF&E located at a Closing Store (collectively, the "Remaining Property").

23.     The Liquidation Consultant and its respective agents and representatives shall continue to have exclusive and unfettered access to the Closing Stores until the conclusion of the applicable Sale Term for each Store under the Closing Store Agreement.

24.     The rights of any Landlord as against Sports Authority's estates for any damages caused to a Closing Store shall be reserved in accordance with the provisions of the applicable lease. If and to the extent that a Landlord of any Closing Store affected hereby contends that the Liquidation Consultant or Sports Authority are in breach of or default under these Sale Guidelines, such Landlord shall deliver notice on the following parties via email or deliver written notice so as to ensure delivery thereof within one business day thereafter: (a) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman, Esq., and Sabina Jacobs, Esq.), rklyman@gibsondunn.com, sjacobs@gibsondunn.com;

3

(b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Michael R. Nestor, Esq., and Andrew L. Magaziner, Esq.), mnestor@ycst.com, amagaziner@ycst.com; and (c) [_____].

*[End of Sale Guidelines]*

Sports Authority

Exhibit 11.1 (s) Promotions



# Q1 & Q2 Marketing Calendar

4/20/2016

# Q1 & Q2 Broad Reach Marketing Calendar





2

| Dept | Week | Type | Event# | Offer# | Offer Desc | Item Promo Price | Now AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 932 | Week 15 | Ad | 051516 23rd | | 20% Off Womens Nike Tempo Shorts | | $27.58 | 20% | $ | 0.00% | 1,200 | $26,472.83 | $6,518.11 |
| 933 | Month Long | Ad | 5/1 Month Long | | 3/$30 Womens Under Armour Purestretch Underwear | $10.00 | $10.80 | 0% | $ | 0.00% | 3,800 | $38,000.00 | $3,045.90 |
| 933 | Week 16 | Instore | 5/15 Instore | | 25% Off Womens Under Armour Heatgear Shorty | | $26.21 | 25% | $ | 0.00% | 2,200 | $43,234.05 | $14,418.01 |
| 933 | | | | | $24.99 Womens Under Armour Tech Short | $24.99 | $24.99 | | $ | 0.00% | 1,400 | $34,986.00 | |
| 934 | Week 15 | Instore | 5/8 Instore | 1 | 25% Off Womens adidas Underwear | | | 25% | $ | 0.00% | 800 | $18,000.00 | |
| 934 | | | | | 2 for $30 Womens adidas Ultimate Tees | $15.00 | $15.00 | 0% | $ | 0.00% | 1,200 | $18,000.00 | |
| 934 | Week 15 | Instore | 5/8 Instore | 1 | 25% Off Womens adidas Ultimate Tees | | $15.00 | 25% | $ | 0.00% | 1,000 | | |
| 934 | Week 17 | Instore | 5/22 Instore | 1 | 25% Off Womens adidas Running Apparel | | | 25% | $ | 0.00% | 2,400 | $36,000.00 | |
| 934 | Week 17 | Instore | 5/22 Instore | 2 | 2 for $30 Womens adidas Ultimate Tees | $15.00 | $15.00 | | $ | 0.00% | 2,400 | $36,000.00 | |
| 939 | Week 17 | Instore | 052216 23rd | 1 | BOGO 50% Womens NIKE Short-Sleeve Legend Tees | | $31.00 | | $ | 0.00% | 11,500 | $250,000.00 | $162,493.79 |
| 939 | Week 17 | Instore | 052216 23rd | 1 | BOGO 50% Womens NIKE Aspire and Bloom Apparel | | $31.62 | 25% | $ | 0.00% | 1,154 | $28,311.14 | $9,410.38 |
| 940 | Month Long | Ad | 5/1 Month Long | | 25% Off Mens ASICS Apparel | | $19.00 | 25% | $ | 54.00% | 380 | $10,693.82 | $3,663.94 |
| 940 | Week 17 | Instore | 5/22 Instore | 2 | 25% Off Mens CHAMPION GEAR Apparel | | $31.34 | | $ | 58.00% | 100 | $2,175.00 | $725.01 |
| 940 | Week 13 | Instore | 5/8 Instore | 3 | 40% Off Mens PRINCE Apparel | | $39.77 | 20% | $ | 0.00% | 9,000 | $88,820.80 | $112,535.00 |
| 940 | Week 16 | Instore | 5/15 Instore | 2 | 20% Off Mens ASICS Apparel | | $39.77 | 20% | $ | 54.00% | 9,000 | $286,352.07 | $71,588.02 |
| 940 | Week 16 | Instore | 5/15 Instore | 2 | 20% Off Mens PRINCE Tennis Apparel | | $31.34 | 25% | $ | 58.00% | 8,000 | $254,535.17 | $61,633.79 |
| 940 | Week 17 | Instore | 5/22 Instore | 2 | 20% Off Mens PRINCE Tennis Apparel | | $31.34 | 25% | $ | 58.00% | 1,300 | $30,554.54 | $10,184.85 |
| 940 | | | | | BOGO 50% Off Mens CHAMPION GEAR Short-Sleeve Tees and Shorts | | $18.24 | 25% | $ | 58.00% | 17,000 | $372,093.25 | $124,031.25 |
| 941 | | | | | BOGO 50% Off Mens CHAMPION and CHAMPION GEAR Apparel | | $19.42 | 25% | $ | 0.00% | 3,500 | $77,219.54 | $25,739.85 |
| 941 | Week 15 | DOTW | 051516 DOTW | | BOGO 50% Off Kids Speedo Swimwear and Rashguards | | $14.47 | 25% | $ | 0.00% | 1,200 | $28,704.19 | $3,433.51 |
| 941 | Week 16 | Ad | 5/15 Instore | | 25% Off Kids Speedo Swimwear and Rashguards | | $13.47 | 25% | $ | 0.00% | 1,300 | $28,681.54 | $9,560.51 |
| 942 | Week 17 | DOTW | 052216 23rd | | 25% Off Womens adidas Underwear | | $30.54 | 25% | $ | 0.00% | 1,119 | $25,623.89 | $8,542.55 |
| 942 | Month Long | Ad | 5/1 Month Long | 501 | 25% Off Womens adidas Underwear | $10.00 | | | $ | 0.00% | 2,100 | | |
| 942 | | | | 502 | 3/$30 Womens Under Armour Pure Stretch Underwear | $10.00 | $31.02 | 25% | 30% | 0.00% | 275 | $5,571.21 | $2,559.10 |
| 942 | Month Long | Ad | 050216, Alaska Bushmaile | 3 | 30% Off Womens Champion Bras | | $32.81 | 25% | 30% | 54.00% | 975 | $11,893.65 | $3,896.55 |
| 942 | Month Long | Ad | 050216, Alaska Bushmaile | 1 | 25% Off Womens Champion Gear Apparel | | $42.03 | 20% | $ | 54.00% | 475 | $100,875.52 | $25,218.88 |
| 942 | Week 15 | Instore | 5/8 Instore | | 20% Off Womens Asics Apparel | | $42.03 | 20% | $ | 0.00% | 28 | | $9,072.53 |
| 942 | Week 15 | Ad | 050816, PR, DOTW | 501 | 30% Off Womens Police Tennis Apparel | $15.00 | | | 30% | 54.00% | 28 | | |
| 942 | Week 16 | Ad | 050816 DOTW | 2 | 20% Off Womens adidas Apparel | | $42.03 | 20% | $ | 54.00% | 3,000 | $100,875.52 | $25,218.88 |
| 942 | Week 16 | Instore | 5/15 Instore | | 20% Off Womens Asics Apparel | | $37.81 | 25% | $ | 58.00% | | | $4,725.80 |
| 942 | Week 16 | Ad | 051516 25th | | BOGO 50% off Womens Champion Gear Short-Sleeve Tees and Shorts | | $22.53 | 25% | $ | 0.00% | 700 | $11,813.41 | $3,942.80 |

| Dept | Week | Type | Event# | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Slt$ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 942 | Week 17 | UnAd | 5/22 Instore | 1 | 25% Off Women's Finish Tennis Apparel | $ - | $ 27.61 | 25% | $ - | 58.00% | 500 | $ 14,772.89 | $ 14,772.89 |
| 942 | Week 17 | Ad | 052216 23rd | 1 | BOGO 50% Off Women's Champion Gear and Champion Apparel | $ - | $ 32.81 | 25% | $ - | 0.00% | 12,000 | $ 205,177.50 | $ 94,729.80 |
| 943 | Month Long | UnAd | 5/1 Month Long | 1 | 25% Off Boy's Nike Elite Shorts | $ - | $ 31.07 | 25% | $ - | 0.00% | 8,700 | $ 202,746.98 | $ 67,582.33 |
| 943 | Month Long | UnAd | 5/1 Month Long | 2 | 25% Off Boy's Nike Elite Shorts | $ - | $ 31.07 | 25% | $ - | 0.00% | 8,700 | $ 202,746.98 | $ 67,582.33 |
| 943 | Month Long | Ad | 050216 (Aisha Bashmak) | 3 | 25% Off Kid's Nike Champion Gear Apparel | $ - | $ 23.74 | 25% | $ - | 0.00% | 1 | $ 15.00 | $ 5.00 |
| 943 | Week 16 | Ad | 051516 23rd | 1 | $15.00 Kid's Nike Legend Tees | $ 15.00 | $ 20.00 | 0% | $ - | 0.00% | 1 | $ 15.00 | $ 5.00 |
| 943 | Week 16 | Ad | 051516 23rd | 2 | 25% Off Kid's Nike Tempo Shorts | $ - | $ 13.74 | 25% | $ - | 0.00% | 1 | $ 13.99 | $ 3.37 |
| 943 | Week 16 | Ad | 051516 23rd | 3 | BOGO 50% Off Kid's Champion Gear Tees | $ - | $ 13.48 | 25% | $ - | 0.00% | 1 | $ 13.99 | $ 3.37 |
| 943 | Week 16 | Ad | 051516 23rd | 4 | BOGO 50% Off Kid's Champion Gear Tees | $ - | $ 13.74 | 25% | $ - | 0.00% | 1 | $ 13.99 | $ 3.37 |
| 943 | Week 16 | Ad | 051516 23rd | 5 | $19.99 Girl's Under Armour Favorite Big Logo Short | $ 19.99 | $ 19.99 | 0% | $ - | 0.00% | 1 | $ 19.99 | $ 19.99 |
| 943 | Week 16 | Ad | 051516 23rd | 6 | $19.99 Girl's Under Armour Play Up Short | $ 19.99 | $ 19.99 | 0% | $ - | 0.00% | 1 | $ 19.99 | $ 19.99 |
| 943 | Week 17 | Ad | 052216 23rd | 1 | 25% Off Kid's Champion Gear Active Apparel | $ - | $ 14.23 | 25% | $ - | 0.00% | 1 | $ 21.47 | $ 21.47 |
| 943 | Month Long | UnAd | 5/1 Month Long | 2 | BOGO 50% Off Girl's and Junior's Suite Active Apparel | $ - | $ 10.70 | 25% | $ - | 0.00% | 1 | $ 8.02 | $ 2.67 |
| 945 | Week 17 | UnAd | 5/22 4-Week Instore | 1 | 25% Off Men's Alpine Design Apparel | $ - | $ 31.99 | 25% | $ - | 0.00% | 1 | $ 10.68 | $ 3.56 |
| 945 | Week 16 | UnAd | 5/13 Instore | 503 | 25% Off Men's Alpine Design Apparel | $ - | $ 24.99 | 25% | $ - | 0.00% | 20,000 | $ 470,892.86 | $ 159,984.93 |
| 945 | Week 16 | UnAd | 5/13 Instore | 503 | 25% Off Men's Alpine Design Apparel | $ - | $ 31.99 | 25% | $ - | 0.00% | 15,000 | $ 344,190.09 | $ 114,730.03 |
| 945 | Week 16 | UnAd | 5/13 Instore | 501 | 25% Off Women's Alpine Design Apparel | $ - | $ 30.59 | 25% | $ - | 0.00% | 400 | $ 9,996.00 | $ 2,000.00 |
| 945 | Week 16 | UnAd | 5/13 Instore | 501 | 25% Off Women's Alpine Design Apparel | $ - | $ 30.59 | 25% | $ - | 0.00% | 7,700 | $ 235,446.43 | $ 78,483.14 |
| 945 | Week 16 | UnAd | 5/13 Instore | 503 | $34.99 Men's Columbia Thompson Hill Short Sleeve Shirt | $ 34.99 | $ 34.99 | 0% | $ - | 0.00% | 1 | $ 34.99 | $ 34.99 |
| 945 | Week 16 | UnAd | 5/13 Instore | 503 | $29.99 Women's Columbia East Ridge Short | $ 29.99 | $ 29.99 | 0% | $ - | 0.00% | 1 | $ 29.99 | $ 29.99 |
| 945 | Week 16 | UnAd | 5/13 Instore | 503 | $29.99 Women's Columbia East Ridge Short | $ 29.99 | $ 29.99 | 0% | $ - | 0.00% | 1 | $ 34.99 | $ 34.99 |
| 945 | Week 16 | UnAd | 5/13 Instore | 504 | 25% Off Women's Columbia Saturday/Trail Knee Pant | $ - | $ 24.99 | 25% | $ - | 0.00% | 1 | $ 34.99 | $ 5.00 |
| 945 | Week 17 | UnAd | 5/22 Instore | 5 | Buy One, Get One Free Men's Alpine Design Apparel | $ - | $ 31.39 | 25% | $ - | 0.00% | 10,000 | $ 235,446.43 | $ 78,483.14 |
| 945 | Week 17 | UnAd | 5/22 Instore | 1 | 25% Off Women's Alpine Design Apparel | $ - | $ 31.39 | 25% | $ - | 0.00% | 10,000 | $ 156,964.29 | $ 156,964.29 |
| 945 | Week 17 | UnAd | 5/22 Instore | 4 | $24.99 Men's Columbia Thompson Hill Short Sleeve Shirt | $ 24.99 | $ 23.99 | 50% | $ - | 0.00% | 15,000 | $ 457,005.00 | $ 1,500.00 |
| 945 | Week 17 | UnAd | 5/22 Instore | 3 | $29.99 Men's Columbia Utilizer Polo | $ 29.99 | $ 34.99 | 0% | $ - | 0.00% | 250 | $ 7,497.50 | $ 1,250.00 |
| 945 | Week 17 | UnAd | 5/22 Instore | 5 | $44.95 Men's Columbia Silver Ridge Stretch Long Sleeve Shirt | $ 44.95 | $ 45.95 | 0% | $ - | 0.00% | 2 | $ 99.90 | $ 35.80 |
| 945 | Week 17 | UnAd | 5/22 Instore | 501 | $49.95 Men's Columbia New Silver Ridge Short | $ 49.95 | $ 67.85 | 0% | $ - | 0.00% | 2 | $ 99.90 | $ 35.80 |
| 945 | Week 17 | UnAd | 5/22 Instore | 501 | $34.99 Women's Columbia Chatfield Range Shirt | $ 34.99 | $ 30.59 | 50% | $ - | 0.00% | 16,000 | $ 244,757.40 | $ 244,757.40 |
| 945 | Week 17 | UnAd | 5/22 Instore | 502 | Buy One, Get One Free Women's Columbia Saturday/Trail Knee Pant | $ - | $ 30.59 | 50% | $ - | 0.00% | 16,000 | $ 244,757.40 | $ 244,757.40 |
| 945 | Week 17 | UnAd | 5/22 Instore | 503 | $39.95 Women's Columbia East Ridge Short | $ 39.95 | $ 39.95 | 0% | $ - | 0.00% | 1 | $ 39.95 | $ 5.00 |
| 945 | Week 17 | UnAd | 5/22 Instore | 504 | $39.99 Women's Columbia East Ridge Short | $ 29.99 | $ 29.99 | 0% | $ - | 0.00% | 1 | $ 29.99 | $ 5.00 |
| 945 | Week 17 | Ad | 052216 23rd | 1 | $29.99 Men's Under Armour Tank | $ 29.99 | $ 28.99 | 0% | $ - | 0.00% | 45 | $ 1,349.55 | $ 5.00 |
| 945 | Week 17 | Ad | 052216 23rd | 2 | $30.00 Men's The North Face 3/4 Sleeve Baseball Tee | $ 30.00 | $ 30.00 | 0% | $ - | 0.00% | 277 | $ 8,310.00 | $ 8,310.00 |
| 945 | Week 17 | Ad | 052216 23rd | 3 | Buy One, Get One Free Men's Alpine Design Appa | $ - | $ 38.64 | 0% | $ - | 0.00% | 13,000 | $ 238,139.66 | $ 238,139.66 |

| Dept | Week | Type | Event# | Offer# | Offer Desc | Item Promo Price | Now AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 945 | Week 17 | Ad | 052216_23td | 502 | $30.00 Women's The North Face 3/4 Sleeve USA Baseball Tee | $ 30.00 | 30.00 | 0% | $ - | 0.00% | 1 | $ 30.00 | $ - |
| 945 | Week 17 | Ad | 052216_23td | 503 | 50% Off Women's Alpine Design Tees and Tanks | | | 50% | | 0.00% | | | |
| 945 | Week 17 | Ad | 052216_23td | 504 | Buy One, Get One Free Women's Alpine Design Apparel | $ - | 30.59 | 50% | $ - | 0.00% | 1 | 15.30 | 15.30 |
| 957 | Month Long | UnAd | 5/1 2-Week Instore | 1 | 25% Off Kid's Alpine Design Apparel | $ - | 27.58 | 25% | | 0.00% | 1,665 | 34,436.34 | 11,478.78 |
| 957 | Week 16 | Ad | 051516_23td | 1 | 25% Off Kid's Alpine Design Apparel | | 27.58 | 25% | | 0.00% | 930 | 17,166.46 | 5,722.15 |
| 957 | Week 16 | Ad | 051516_23td | 1 | 25% Off Kid's Alpine Design Apparel | $ - | 24.44 | 25% | | 0.00% | 1 | 18.33 | 6.11 |
| 957 | Week 17 | UnAd | 5/21 Instore | 1 | Buy One, Get One Free Kid's Alpine Design Apparel | | 27.58 | 50% | | 0.00% | 875 | 12,064.78 | 12,064.78 |
| 957 | Week 17 | Ad | 052216_23td | 1 | 50% Off Kid's Sports Authority Tees and Tanks | $ - | 27.58 | 50% | $ - | 0.00% | 1 | 13.79 | 13.79 |
| 957 | Week 17 | UnAd | 052216_23td | 1 | Buy One, Get One Free Kid's Alpine Design Apparel | | 46.45 | 50% | | 0.00% | 1,100 | 38,323.11 | 12,774.37 |
| 958 | Month Long | UnAd | 5/1 2-Week Instore | 1 | 25% Off Women's Alpine Design Apparel | $ - | 46.45 | 25% | | 0.00% | 1,535 | 16,638.97 | 6,212.39 |
| 958 | Week 16 | UnAd | 051516_23td | 1 | 25% Off Women's Alpine Design Apparel | | 33.68 | 25% | | 0.00% | 1 | 25.26 | 8.42 |
| 958 | Week 16 | Ad | 051516_23td | 1 | 25% Off Women's Alpine Design Apparel | $ - | 46.45 | 25% | | 0.50% | 560 | 13,006.63 | 13,006.63 |
| 958 | Week 17 | Ad | 052216_23td | 1 | Buy One, Get One Free Women's Alpine Design Apparel | | 46.45 | 50% | | 0.00% | 1 | 23.23 | 23.23 |
| 958 | Month Long | UnAd | 5/1 2-Week Instore | 1 | 25% Off Men's Alpine Design Apparel | | 40.39 | 25% | | 0.00% | 1,100 | 33,341.12 | 11,108.04 |
| 960 | Week 16 | UnAd | 5/15 Instore | 1 | 25% Off Men's Alpine Design Apparel | | 40.39 | 25% | | 0.00% | 500 | 15,147.32 | 5,049.11 |
| 960 | Week 16 | Ad | 051516_28td | 1 | 25% Off Men's Alpine Design Apparel | | 40.39 | 25% | | 0.00% | 1 | 30.29 | 10.10 |
| 960 | Week 17 | UnAd | 5/22 Instore | 1 | Buy One, Get One Free Men's Alpine Design Apparel | | 20.39 | 50% | | 0.00% | 500 | 10,098.21 | 10,098.21 |
| 960 | Week 17 | UnAd | 052216_23td | 2 | $69.95 Men's Columbia Foundation Jacket | $ 69.95 | 60.00 | 10% | | 0.00% | 1 | 209.85 | 60.55 |
| 960 | Week 17 | Ad | 052216_23td | 1 | Buy One, Get One Free Men's Alpine Design Apparel | | 51.54 | 50% | | 0.00% | 1 | 26.17 | 26.27 |
| 960 | Week 17 | Ad | 052216_23td | 2 | $69.95 Men's Columbia Foundation Jacket | $ 69.95 | 90.00 | 10% | | 0.00% | 2 | 139.90 | 40.10 |

| Dept | Week | Type | Event# | Offer# | Offer Desc | Item Promo Price | New AUR | Category Discount | Vendor Dollar-Off Support | Projected | Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 914 | Mdnth Long | Ad | 050216_Alaska Bushmalle | 1 | $159.99 Women's ASICS Gel Kayano 22 Running Shoe | $159.99 | $159.99 | $ - | $ - | 0.00% | 1 | $159.99 | $ - |
| 914 | Month Long | Ad | 050216_Alaska Bushmalle | 2 | $49.99 Women's UNDER ARMOUR Dash Running Shoe | $49.99 | $59.99 | 0% | $ - | 0.00% | | $49.99 | 10.01 |
| 914 | Mdnth Long | Ad | 050216_Alaska Bushmalle | 3 | $54.99 Women's NIKE FS Lite Running Shoe | $64.99 | $59.99 | 0% | $ - | 0.00% | 2,200 | $120,978.00 | $11,012.00 |
| 914 | Week 15 | UnAd | 5/8 Instore | 1 | $54.99 Women's NIKE Revolution Running Shoe | $54.99 | $60.00 | 0% | $ - | 0.00% | 500 | $44,995.00 | $15,000.00 |
| 914 | Week 15 | UnAd | 5/8 Instore | 2 | $59.99 Women's ASICS Cumulus 17 Running Shoe | $59.99 | $119.99 | 0% | $ - | 0.00% | 650 | $38,993.50 | $6,500.00 |
| 914 | Week 15 | UnAd | 5/8 Instore | 3 | $59.99 Women's ASICS Gel Excite Running Shoe | $49.99 | $59.99 | 0% | $ - | 0.00% | 900 | $44,991.00 | $9,000.00 |
| 914 | Week 15 | UnAd | 5/8 Instore | 4 | $49.99 Women's ASICS Gel Contend Running Shoe | $59.99 | $79.46 | 0% | $ - | 0.00% | 450 | $31,493.50 | $4,265.865 |
| 914 | Week 15 | UnAd | 5/8 Instore | 5 | $59.99 Women's NEW BALANCE 711 Training Shoe | $49.99 | $59.99 | 0% | $ - | 0.00% | 500 | $24,995.00 | $5,000.00 |
| 914 | Week 15 | UnAd | 5/8 Instore | 6 | $49.99 Women's SAUCONY Cohesion Running Shoe | $49.99 | $59.99 | 0% | $ - | 0.00% | 800 | $39,992.00 | $8,000.00 |
| 914 | Week 15 | UnAd | 5/8 Instore | 7 | $49.99 Women's UNDER ARMOUR Dash Running Shoe | $49.99 | $59.99 | 0% | $ - | 0.00% | 500 | $24,995.00 | $5,000.00 |
| 914 | Week 15 | UnAd | 5/8 Instore | 8 | $49.99 Women's ASICS Gel Venture Running Shoe | $60.99 | $79.99 | 0% | $ - | 0.00% | 200 | $13,598.00 | $2,000.00 |
| 914 | Week 15 | UnAd | 5/8 Instore | 9 | $60.99 Women's UNDER ARMOUR Speed Swift Running Shoe | $59.99 | $69.55 | 0% | $ - | 0.00% | 300 | $15,998.00 | $8,962.68 |
| 914 | Week 15 | UnAd | 5/8 Instore | 10 | $54.99 Women's NIKE Flex Experience Running Shoes | $64.99 | $76.35 | 0% | $ - | 0.00% | 2,100 | $135,479.00 | $33,939.45 |
| 914 | Week 15 | UnAd | 5/8 Instore | 11 | $54.99 Women's Select NIKE FS Lite Running Shoe | $59.99 | $68.82 | 0% | $ - | 0.00% | 2,000 | $119,980.00 | $17,664.46 |
| 914 | Week 15 | UnAd | 5/8 Instore | 12 | $59.99 Women's ASICS Gel Excite Running Shoes | $9.99 | | 0% | $ - | 0.00% | 600 | $53,994.00 | $16,024.87 |
| 914 | Week 15 | Ad | 050816_OOTW | 1 | $109.99 Women's BROOKS Glycerin 13 Running Shoe | $109.99 | $149.99 | 0% | $ - | 0.00% | 600 | $131,978.00 | $28,000.00 |
| 914 | Week 15 | Ad | 050816_OOTW | 2 | $89.99 Women's BROOKS Ghost 8 Running Shoe | $89.99 | $60.00 | 0% | $ - | 0.00% | 2,400 | $131,976.00 | $15,000.00 |
| 914 | Week 16 | UnAd | 5/15 Instore | 1 | $89.99 Women's SAUCONY Ride 8 Running Shoe | $89.99 | $119.99 | 0% | $ - | 0.00% | 500 | $44,995.00 | $12,000.00 |
| 914 | Week 16 | UnAd | 5/15 Instore | 2 | $59.99 Women's NIKE Revolution Running Shoe | $99.99 | $69.99 | 0% | $ - | 0.00% | 2,000 | $59,988.00 | $12,000.00 |
| 914 | Week 16 | UnAd | 5/15 Instore | 3 | $89.99 Women's ASICS Cumulus 17 Running Shoe | $89.99 | $59.99 | 0% | $ - | 0.00% | 500 | $44,995.00 | $5,000.00 |
| 914 | Week 16 | UnAd | 5/15 Instore | 4 | $49.99 Women's ASICS Gel Excite Running Shoe | $49.99 | $79.46 | 0% | $ - | 0.00% | 400 | $27,996.00 | $3,788.33 |
| 914 | Week 16 | UnAd | 5/15 Instore | 5 | $59.99 Women's NEW BALANCE 711 Training Shoe | $69.99 | | 0% | $ - | 0.00% | 400 | $27,996.00 | $12,024.00 |
| 914 | Week 16 | UnAd | 5/15 Instore | 6 | $49.99 Women's SAUCONY Cohesion Running Shoe | $49.99 | $59.99 | 0% | $ - | 0.00% | 500 | $24,995.00 | $5,000.00 |
| 914 | Week 16 | UnAd | 5/15 Instore | 7 | $49.99 Women's ASICS Gel Venture Running Shoe | $59.99 | $59.99 | 0% | $ - | 0.00% | 200 | $13,998.00 | $2,000.00 |
| 914 | Week 16 | UnAd | 5/15 Instore | 8 | $59.99 Women's UNDER ARMOUR Speed Swift Running Shoe | $64.99 | $79.85 | 0% | $ - | 0.00% | 2,100 | $136,479.00 | $23,639.45 |
| 914 | Week 16 | UnAd | 5/15 Instore | 9 | $59.99 Women's NIKE Flex Experience Running Shoes | $59.99 | $68.82 | 0% | $ - | 0.00% | 2,100 | $125,979.00 | $18,547.68 |
| 914 | Week 16 | UnAd | 5/15 Instore | 10 | $89.99 Women's UNDER ARMOUR Dash Running Shoe | $89.99 | $117.10 | 0% | $ - | 0.00% | 600 | $53,994.00 | $16,024.87 |
| 914 | Week 16 | UnAd | 5/15 Instore | 11 | $39.99 Women's BROOKS Ghost 8 Running Shoe | $39.99 | $149.99 | 0% | $ - | 0.00% | 650 | $71,493.50 | $26,000.00 |
| 914 | Week 16 | UnAd | 5/15 Instore | 12 | $109.99 Women's BROOKS Glycerin 13 Running Shoe | $109.99 | $149.99 | 0% | $ - | 0.00% | 1,100 | $131,978.00 | $22,000.00 |
| 914 | Week 16 | Ad | 051516_23rd | 2 | $59.99 Women's UNDER ARMOUR Assert Running Shoe | $59.99 | $79.99 | 0% | $ - | 0.00% | 900 | $71,988.00 | $12,000.00 |
| 914 | Week 16 | Ad | 051516_23rd | 1 | $79.99 Women's SAUCONY Ride 8 Running Shoe | $79.99 | | 0% | $ - | 0.00% | 200 | | |
| 914 | Week 16 | Ad | 051516_23rd | 3 | $59.99 Women's UNDER ARMOUR Dash Running Shoe | $59.99 | | 0% | $ - | 0.00% | 2,100 | $125,979.00 | $18,000.00 |
| 914 | Week 16 | Ad | 051516_23rd | 4 | $100.00 Women's NIKE Free Running Shoe | $100.00 | $103.00 | 0% | $ - | 0.00% | 1 | $100.00 | 3.307 |
| 914 | Week 17 | Ad | 051516_23rd | 4 | $60.00 Women's UNDER ARMOUR Charged Lifestyle Shoes | $80.00 | $80.00 | 0% | $ - | 0.00% | | $80.00 | |
| 914 | Week 17 | UnAd | 5/22 Instore | 1 | $89.99 Women's ASICS Cumulus 17 Running Shoe | $89.99 | $159.99 | 0% | $ - | 0.00% | 500 | $44,995.00 | $15,000.00 |
| 914 | Week 17 | UnAd | 5/22 Instore | 2 | $89.99 Women's NEW BALANCE 711 Training Shoe | $86.99 | $117.10 | 0% | $ - | 0.00% | 650 | $58,493.50 | $17,810.27 |
| 914 | Week 17 | UnAd | 5/22 Instore | 3 | $89.99 Women's BROOKS Ghost 8 Running Shoe | $89.99 | $149.99 | 0% | $ - | 0.00% | 650 | $56,993.00 | $28,000.00 |
| 914 | Week 17 | UnAd | 5/22 Instore | 4 | $109.99 Women's BROOKS Glycerin 13 Running Shoe | $109.99 | $149.99 | 0% | $ - | 0.00% | 1,000 | $39,990.00 | $20,000.00 |
| 914 | Week 17 | Ad | 052216_23rd | 1 | $59.99 Women's Under Armour Assert Footwear | $39.99 | $59.99 | 0% | $ - | 0.00% | 1,000 | $149,990.00 | $94,660.14 |
| 914 | Week 17 | Ad | 052216_23rd | 2 | $39.99 Women's Select Athletic Footwear | $59.99 | $95.93 | 0% | $ - | 0.00% | 1,500 | $149,990.00 | $153,933.33 |
| 914 | Month Long | Ad | 050216_Alaska Bushmalle | 3 | $59.99 Women's Select Athletic Footwear | $59.99 | $73.48 | 0% | $ - | 0.00% | 1 | $59.99 | 3.307 |
| 915 | Month Long | Ad | 050216_Alaska Bushmalle | 1 | $159.99 Men's ASICS Gel Kayano 22 Running | $159.99 | $159.99 | 0% | $ - | 0.00% | 1 | $159.99 | $ - |

| Dept | Week | Type | EventID | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Skt $ | Proj Disc Formatted |
|------|------|------|---------|---------|-----------|------------------|---------|-------------------|-----------|----------------|----------------------|-----------|---------------------|
| 915 | Week 17 | Ad | 052122 | 4 | $64.99 Men's NIKE FS Lite Running | $ 64.99 | $ 64.99 | 0% | $ - | 0.00% | 1,000 | $ 64,990.00 | $ 10,000.00 |
| 915 | Week 17 | Ad | 052722 | 5 | $49.99 Alaska Bushmills | $ 49.99 | $ 49.99 | 0% | $ - | 0.00% | 31 | $ 1,549.69 | $ 65.00 |
| 915 | Week 16 | Ad | 051516 | 3 | $49.99 Men's NIKE Downshifter Running | $ 49.99 | $ 49.99 | 0% | $ - | 0.00% | 1,200 | $ 59,988.00 | $ 12,012.00 |
| 915 | Week 16 | Ad | 051516 | 2 | $55.99 Men's NIKE Dart Running | $ 55.99 | $ 56.00 | 0% | $ - | 0.00% | 200 | $ 11,198.00 | $ 5,000.00 |
| 915 | Week 16 | Ad | 051516 | 1 | $59.99 Men's NIKE Experience Running | $ 59.99 | $ 60.00 | 0% | $ - | 0.00% | 1,000 | $ 59,990.00 | $ 10,000.00 |
| 915 | Week 16 | Ad | 051516 | 16 | $89.99 Men's NIKE Downshifter Running | $ 89.99 | $ 120.02 | 0% | $ - | 0.00% | 260 | $ 23,397.40 | $ 7,807.68 |
| 915 | Week 15 | UnAd | 5/8 Instore | 2 | $49.99 Men's ASICS Gel Venture Running | $ 49.99 | $ 59.99 | 0% | $ - | 0.00% | 800 | $ 33,992.00 | $ 16,000.00 |
| 915 | Week 15 | UnAd | 5/8 Instore | 3 | $59.99 Men's ASICS Gel Scram 2 Running | $ 59.99 | $ 73.57 | 0% | $ - | 0.00% | 550 | $ 38,454.50 | $ 1,971.06 |
| 915 | Week 15 | UnAd | 5/8 Instore | 9 | $59.99 Men's NIKE FS Lite Running | $ 59.99 | $ 70.12 | 0% | $ - | 0.00% | 650 | $ 38,993.50 | $ 6,589.01 |
| 915 | Week 15 | UnAd | 5/8 Instore | 8 | $59.99 Men's BROOKS Ghost 8 Running | $ 59.99 | $ 59.52 | 0% | $ - | 0.00% | 650 | $ 38,993.50 | $ 6,197.72 |
| 915 | Week 15 | UnAd | 5/8 Instore | 7 | $64.99 Men's ASICS Gel Contend Running | $ 64.99 | $ 75.00 | 0% | $ - | 0.00% | 500 | $ 24,995.00 | $ 5,000.00 |
| 915 | Week 15 | UnAd | 5/8 Instore | 17 | $115.99 Men's NIKE FS Lite Running | $ 115.99 | $ 149.99 | 0% | $ - | 0.00% | 300 | $ 35,997.00 | $ 9,000.00 |
| 915 | Week 15 | UnAd | 5/8 Instore | 15 | $64.99 Men's SAUCONY Grid Cohesion Running | $ 64.99 | $ 64.99 | 0% | $ - | 0.00% | 2,500 | $ 162,475.00 | $ 25,010.00 |
| 915 | Week 15 | UnAd | 5/8 Instore | 14 | $49.99 Men's NEW BALANCE 623 Training | $ 49.99 | $ 59.99 | 0% | $ - | 0.00% | 2,300 | $ 114,977.00 | $ 13,500.00 |
| 915 | Week 15 | UnAd | 5/8 Instore | 13 | $54.99 Men's UNDER ARMOUR Micro G | $ 54.99 | $ 64.99 | 0% | $ - | 0.00% | 1,300 | $ 71,487.00 | $ 13,000.00 |
| 915 | Week 15 | UnAd | 5/8 Instore | 11 | $59.99 Men's ASICS Gel Contend Running | $ 59.99 | $ 60.00 | 0% | $ - | 0.00% | 475 | $ 28,495.25 | $ 7,500.00 |
| 915 | Week 15 | UnAd | 5/15 Instore | 1 | $59.99 Men's NIKE Lockdown Basketball | $ 59.99 | $ 59.99 | 0% | $ - | 0.00% | 500 | $ 29,995.00 | $ 5,000.00 |
| 915 | Week 15 | UnAd | 5/15 Instore | 5 | $59.99 Men's NIKE Air Monarch Training | $ 59.99 | $ 65.00 | 0% | $ - | 0.00% | 1,675 | $ 100,483.25 | $ 8,393.75 |
| 915 | Week 15 | UnAd | 5/15 Instore | 10 | $69.99 Men's UNDER ARMOUR Jet Basketball | $ 69.99 | $ 69.99 | 0% | $ - | 0.00% | 1,300 | $ 90,987.00 | $ 13,000.00 |
| 915 | Week 15 | UnAd | 5/15 Instore | 12 | $59.99 Men's UNDER ARMOUR Jet Basketball | $ 59.99 | $ 59.99 | 0% | $ - | 0.00% | 650 | $ 38,993.50 | $ 6,500.00 |
| 915 | Week 15 | UnAd | 5/15 Instore | 14 | $49.99 Men's SAUCONY Grid Cohesion Running | $ 49.99 | $ 59.99 | 0% | $ - | 0.00% | 800 | $ 39,992.00 | $ 8,000.00 |
| 915 | Week 15 | Ad | 5/15 Interval | 15 | $59.99 Men's NIKE Free Running | $ 59.99 | $ 59.99 | 0% | $ - | 0.00% | 260 | $ 15,597.40 | $ 7,807.68 |
| 915 | Week 15 | Ad | 051516 | 2 | $39.99 Men's BROOKS Glycerin 13 Running | $ 39.99 | $ 59.99 | 0% | $ - | 0.00% | 800 | $ 31,992.00 | $ 16,000.00 |
| 915 | Week 15 | Ad | 051516 | 3 | $89.99 Men's UNDER ARMOUR Dash Running | $ 89.99 | $ 59.99 | 0% | $ - | 0.00% | 1 | $ 89.99 | $ 100.00 |
| 915 | Week 15 | Ad | 051516 | 501 | $55.00 Men's NIKE Tanjun Lifestyle Shoe | $ 55.00 | $ 100.83 | 0% | $ - | 0.00% | 800 | $ 35,997.60 | $ 9,000.00 |
| 915 | Week 17 | UnAd | 5/22 Instore | 2 | $115.99 Men's BROOKS | $ 115.99 | $ 149.99 | 0% | $ - | 0.00% | 31 | $ 3,595.69 | $ 65.00 |
| 915 | Week 17 | Ad | 5/22 Instore | 3 | $100.00 Men's NIKE Tanjun Lifestyle Shoe | $ 100.00 | $ 100.83 | 0% | $ - | 0.00% | 1 | $ 100.00 | $ 0.83 |

| Dept | Week | Type | Event# | Offer# | Offer/Desc | Item Promo Price | Now AUR | Category Discount | Vendor Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 915 | Week 17 | Ad | 032216, 23rd | 2 | $49.99 Select Men's or Wdmen's Athletic Footwear | $ 49.99 | $ 62.98 | 0% | | 0.00% | 12,000 | 599,880.00 | $ 555,870.42 |
| 915 | Month Long | Ad | 052216, 23rd | 3 | $59.99 Select Men's or Women's Athletic Footwear | $ 59.99 | $ 70.47 | 0% | | 0.00% | 8,000 | 599,920.00 | $ 594,341.34 |
| 915 | Week 17 | Ad | 032216, 23rd | 4 | $69.99 Select Men's or Wdmen's Athletic Footwear | $ 69.99 | $ 83.45 | 0% | | 0.00% | 3,500 | 244,965.00 | $ 47,097.44 |
| 916 | Week 15 | Ad | 050216, Alpine Blushmulti | 302 | SAVE UP TO 50% OFF MEN'S ALPINE DESIGN & OXIDE SANDALS | | | 30% | | 0.00% | 50 | 10.84 | $ 10.84 |
| 916 | Week 15 | UnAd | 5/8 Instore | 3 | $39.99 MEN'S ALPINE DESIGN SPORT SANDAL | $ 39.99 | $ 31.99 | 0% | | 0.00% | 75 | 2,999.25 | $ 750.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 4 | $39.99 MEN'S ALPINE DESIGN COLORADO RIVER SANDAL | $ 39.99 | $ 39.99 | 0% | | 0.00% | 75 | 2,999.25 | $ 4,500.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 5 | $12.99 MEN'S ALPINE DESIGN FISHERMAN SANDAL | $ 12.99 | $ 49.99 | 0% | | 0.00% | 75 | 974.25 | $ 3,525.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 6 | $34.99 MEN'S ALPINE DESIGN 2 BUCKLE SANDAL | $ 34.99 | $ 69.99 | 0% | | 0.00% | 100 | 3,499.00 | $ 3,500.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 7 | $9.99 Men's Oxide Aquasch | $ 9.99 | $ 19.99 | 0% | | 0.00% | 300 | 2,997.00 | $ 3,000.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 8 | $7.49 MEN'S OXIDE BEACH BUM SANDAL | $ 7.49 | $ 14.99 | 0% | | 0.00% | 200 | 1,498.00 | $ 1,400.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 9 | $12.99 MEN'S OXIDE COASTAL HIGHWAY SANDAL | $ 12.99 | $ 19.99 | 0% | | 0.00% | 200 | 2,598.00 | $ 3,000.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 10 | $14.99 MEN'S OXIDE BOULDER SANDAL | $ 14.99 | $ 29.99 | 0% | | 0.00% | 200 | 2,998.00 | $ 1,002.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 15 | $24.99 MEN'S NIKE JDI MISMATCH SLIDE | $ 24.99 | $ 30.00 | 0% | $ 10.00 | 0.00% | 200 | 4,998.00 | $ 1,002.00 |
| 916 | Week 15 | UnAd | 5/8 Instore | 16 | $34.99 MEN'S NIKE FLEX MOTION SLIDE | $ 34.99 | $ 90.00 | 0% | $ 10.00 | 0.00% | 50 | 4,500.00 | $ 500.00 |
| 916 | Week 15 | Ad | 050816, OOTW | 17 | $10.00 OFF MEN'S COLUMBIA NEWTON RIDGE HIKING BOOT | | | 0% | | 0.00% | | | |
| 916 | Week 15 | UnAd | 5/8 Instore | 18 | BUY ONE, GET ONE 50% OFF MEN'S UNDER ARMOUR, ADIDAS, REEF, CL | | $ 56.99 | 25% | | 0.00% | 6,000 | 165,392.62 | $ 55,130.87 |
| 916 | Week 16 | UnAd | 5/15 Instore | 3 | $99.99 MEN'S ALPINE DESIGN SPORT SANDAL | $ 39.99 | $ 49.99 | 0% | | 0.00% | 100 | 3,999.00 | $ 1,000.00 |
| 916 | Week 16 | UnAd | 5/15 Instore | 4 | $39.99 MEN'S ALPINE DESIGN COLORADO RIVER SANDAL | $ 39.99 | $ 59.99 | 0% | | 0.00% | 100 | 3,999.00 | $ 2,000.00 |
| 916 | Week 16 | UnAd | 5/15 Instore | 5 | $29.99 MEN'S ALPINE DESIGN FISHERMAN SANDAL | $ 29.99 | $ 59.99 | 0% | | 0.00% | 100 | 2,999.00 | $ 3,000.00 |
| 916 | Week 16 | UnAd | 5/15 Instore | 6 | $34.99 MEN'S ALPINE DESIGN 2 BUCKLE SANDAL | $ 34.99 | $ 69.99 | 0% | | 0.00% | 100 | 3,499.00 | $ 3,500.00 |
| 916 | Week 16 | UnAd | 5/15 Instore | 7 | $9.99 Men's Oxide Aquasch | $ 9.99 | $ 19.99 | 0% | | 0.00% | 200 | 1,498.00 | $ 1,500.00 |
| 916 | Week 16 | UnAd | 5/15 Instore | 8 | $7.49 MEN'S OXIDE BEACH BUM SANDAL | $ 7.49 | $ 14.99 | 0% | | 0.00% | 200 | 2,598.13 | $ 1,389.76 |
| 916 | Week 16 | UnAd | 5/15 Instore | 9 | $12.99 MEN'S OXIDE COASTAL HIGHWAY SANDAL | $ 12.99 | $ 19.99 | 0% | | 0.00% | 200 | 2,998.00 | $ 3,000.00 |
| 916 | Week 16 | UnAd | 5/15 Instore | 10 | $14.99 MEN'S OXIDE BOULDER SANDAL | $ 14.99 | $ 28.99 | 0% | | 0.00% | 250 | 4,997.50 | $ 502.50 |
| 916 | Week 16 | UnAd | 5/15 Instore | 13 | $19.99 MEN'S SLIDES VOLCOM SLIDE | $ 19.99 | $ 22.00 | 0% | | 0.00% | 200 | 6,998.00 | $ 1,002.00 |
| 918 | Week 16 | UnAd | 5/15 Instore | 15 | $34.99 MEN'S NIKE FLEX MOTION SLIDE | $ 34.99 | $ 40.00 | 0% | | 0.00% | 200 | 2,499.00 | $ 750.50 |
| 916 | Week 16 | UnAd | 5/15 Instore | 16 | $59.99 MEN'S TEVA DOZER STRAP SANDAL | $ 59.99 | $ 75.00 | 0% | $ 10.00 | 0.00% | 50 | 4,500.00 | $ 500.00 |
| 916 | Week 16 | Ad | 5/15 Instore | 16 | $10.00 Off MEN'S COLUMBIA MERRELL ACCENTOR HIKING BOOT | | | 0% | $ 10.00 | 0.00% | | | |
| 916 | Week 16 | UnAd | 5/15 Instore | 17 | $10.00 Off MEN'S MERRELL ACCENTOR HIKING BOOT | | | 0% | $ 10.00 | 0.00% | 50 | 24,779.57 | $ 4,921.19 |
| 916 | Week 16 | Ad | 051516, 23td | 2 | $29.99 MEN'S UNDER ARMOUR IGNITE SLIDE | $ 29.99 | $ 34.51 | 0% | | 0.00% | 1,000 | 29,990.00 | $ 3,000.00 |
| 916 | Week 16 | Ad | 051516, 23td | 3 | $44.99 MEN'S NIKE SOLARSOFT COMFORT SLIDE | $ 44.99 | $ 30.00 | 0% | | 0.00% | 150 | 22,490.00 | $ 4,734.50 |
| 916 | Week 16 | Ad | 051516, 23rd | 4 | $16.99 MEN'S UNDER ARMOUR ATLANTIC DUNE SANDALS | $ 16.99 | $ 21.21 | 0% | | 0.00% | 450 | 16,244.50 | $ 2,376.64 |
| 916 | Week 16 | UnAd | 5/22 Instore | 3 | $39.99 MEN'S ALPINE DESIGN SPORT SANDAL | $ 39.99 | $ 59.99 | 100% | | 0.00% | 100 | 3,999.00 | $ 1,000.00 |
| 916 | Week 17 | UnAd | 5/22 Instore | 4 | $39.99 MEN'S ALPINE DESIGN COLORADO RIVER SANDAL | $ 39.99 | $ 59.99 | 0% | | 0.00% | 100 | 3,999.00 | $ 2,000.00 |
| 916 | Week 17 | UnAd | 5/22 Instore | 5 | $24.99 MEN'S ALPINE DESIGN FISHERMAN SANDAL | $ 24.99 | $ 69.99 | 0% | | 0.00% | 100 | 2,499.00 | $ 4,500.00 |
| 916 | Week 17 | UnAd | 5/22 Instore | 6 | $6.99 Men's Oxide Aquasch | $ 6.99 | $ 14.99 | 0% | | 0.00% | 300 | 1,497.50 | $ 3,900.00 |
| 916 | Week 17 | UnAd | 5/22 Instore | 8 | $5.99 MEN'S OXIDE BEACH BUM SANDAL | $ 5.99 | | 0% | | 0.00% | | 2,097.00 | $ 2,250.00 |
| 916 | Week 17 | UnAd | 5/22 Instore | 9 | $12.99 MEN'S OXIDE COASTAL HIGHWAY SANDAL | $ 12.99 | $ 19.99 | 0% | | 0.00% | 250 | 3,247.50 | $ 1,750.00 |
| 916 | Week 17 | UnAd | 5/22 Instore | 10 | $14.99 MEN'S OXIDE BOULDER SANDAL | $ 14.99 | $ 29.99 | 0% | | 0.00% | 250 | 3,747.50 | $ 3,750.00 |
| 916 | Week 17 | UnAd | 5/22 Instore | 16 | $24.99 MEN'S NIKE JDI MISMATCH SLIDE | $ 24.99 | $ 30.00 | 0% | | 0.00% | 200 | 4,998.00 | $ 1,002.00 |

| Dept. | Week | Type | Event# | Offer# | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 916 | Week 17 | UnAd | 5/22 Instore | 12 | $34.99 MEN'S NIKE FLEX MOTION SLIDE | $ 34.99 | $ 40.00 | 0% | $ - | 0.00% | 1,000 | $ 34,998.00 | $ 1,000.00 |
| 916 | Week 17 | UnAd | 5/22 Instore | 18 | $10.00 OFF MEN'S COLUMBIA NEWTON RIDGE HIKING BOOT | | $ 50.00 | 0% | $ 10.00 | 0.00% | 50 | $ 4,500.00 | $ 500.00 |
| 916 | Week 17 | Ad | 05221G, 23rd | 19 | $10.00 OFF MEN'S MERRELL MOAB/ASCENDER HIKING BOOT | $ 99.99 | $ 100.00 | 0% | $ 10.00 | 0.00% | 1,500 | $ 149,985.00 | $ 500.00 |
| 916 | Week 17 | Ad | 052216, 23rd | 1 | BUY ONE GET ONE 50% OFF MEN'S SELECT SANDALS & SLIDES | $ 36.75 | | 50% | $ - | 0.00% | 6,000 | $ 165,392.63 | $ 55,130.87 |
| 917 | Month Long | UnAd | 050216, Alaska Bushmile.. | 1 | SAVE UP TO 50% KIDS ALPINE DESIGN & OTHER SANDALS | | | 50% | $ - | 0.00% | 2,500 | | |
| 917 | Week 15 | UnAd | 5/8 Instore | 3 | $6.99 TODDLER & KIDS OXIDE AQUA SOCKS | $ 6.99 | $ 7.84 | 50% | $ - | 0.00% | 2,500 | $ 17,475.00 | $ 2,131.62 |
| 917 | Week 15 | UnAd | 5/8 Instore | 4 | $54.99 PRESCHOOL NIKE REVOLUTION RUNNING SHOES | $ 54.99 | $ 58.00 | 0% | $ - | 0.00% | 400 | $ 21,996.00 | |
| 917 | Week 15 | UnAd | 5/8 Instore | 5 | $54.99 GRADESCHOOL NIKE REVOLUTION RUNNING SHOES | $ 54.99 | $ 58.00 | 0% | $ - | 0.00% | 1,100 | $ 54,989.00 | $ 8,411.00 |
| 917 | Week 15 | UnAd | 5/8 Instore | 6 | $49.99 KIDS UNDER ARMOUR IGNITE SLIDE | $ 49.99 | | 0% | $ - | 0.00% | | | |
| 917 | Week 15 | UnAd | 5/8 Instore | 7 | $5.99 GIRLS OXIDE BEACH BUM FLIP FLOPS | $ 5.99 | $ 5.39 | 25% | $ - | 0.00% | 400 | $ 2,396.00 | $ 1,600.00 |
| 917 | Week 15 | UnAd | 5/8 Instore | 7 | $23.99 TODDLER & KIDS OXIDE PACIFIC COAST FLIP FLOPS | $ 23.99 | $ 14.99 | 0% | $ - | 0.00% | 300 | $ 7,197.00 | $ 1,600.00 |
| 917 | Week 15 | UnAd | 5/8 Instore | 8 | $39.99 TODDLER OXIDE BEACH BUM FLIP FLOPS | $ 39.99 | $ 39.99 | 0% | $ - | 0.00% | 300 | $ 11,997.00 | $ 4,800.00 |
| 917 | Week 15 | UnAd | 5/8 Instore | 8 | $54.99 TODDLER OXIDE BEACH BUM FLIP FLOPS | $ 54.99 | | 0% | $ - | 0.00% | 400 | $ 21,996.00 | $ 4,800.00 |
| 917 | Week 15 | UnAd | 5/8 Instore | 9 | $69.99 KIDS NIKE AIR MAX DYNASTY RUNNING SHOE | $ 69.99 | $ 56.22 | 0% | $ - | 0.00% | 200 | $ 17,497.50 | $ 492.50 |
| 917 | Week 15 | UnAd | 5/8 Instore | 13 | $44.99 PRESCHOOL NIKE HUSTLE 7 PS BASKETBALL | $ 44.99 | $ 43.98 | 0% | $ - | 0.00% | 150 | $ 6,748.50 | $ 493.74 |
| 917 | Week 15 | Ad | 050816, DOTW | 1 | BUY ONE GET ONE 50% OFF SELECT KIDS SANDALS & SLIDES | | $ 35.43 | 25% | $ - | 0.00% | 2,500 | $ 59,000.00 | $ 5,000.00 |
| 917 | Week 15 | UnAd | 5/15 Instore | 1 | $44.99 PRESCHOOL NIKE REVOLUTION RUNNING SHOES | $ 44.99 | $ 45.98 | 0% | $ - | 0.00% | 1,500 | $ 28,503.49 | $ 5,534.50 |
| 917 | Week 16 | UnAd | 5/15 Instore | 2 | $54.99 GRADESCHOOL NIKE REVOLUTION RUNNING SHOES | $ 54.99 | $ 54.37 | 0% | $ - | 0.00% | 1,500 | $ 34,981.00 | $ 3,608.00 |
| 917 | Week 16 | UnAd | 5/15 Instore | 4 | $49.99 KIDS NIKE DOWNSHIFTER RUNNING | $ 49.99 | $ 14.99 | 0% | $ - | 0.00% | 350 | $ 3,499.50 | $ 1,750.00 |
| 917 | Week 16 | UnAd | 5/15 Instore | 6 | $9.99 BOYS OXIDE PACIFIC COAST FLIP FLOPS | $ 9.99 | | 0% | $ - | 0.00% | | | |
| 917 | Week 16 | UnAd | 5/15 Instore | 8 | $23.99 GIRLS OXIDE BEACH BUM FLIP FLOPS | $ 23.99 | $ 7.99 | 0% | $ - | 0.00% | 100 | $ 599.00 | $ 200.00 |
| 917 | Week 16 | UnAd | 5/15 Instore | 8 | $5.99 TODDLER OXIDE BEACH FLIP FLOPS | $ 5.99 | $ 7.99 | 0% | $ - | 0.00% | 100 | $ 599.00 | $ 200.00 |
| 917 | Week 16 | UnAd | 5/15 Instore | 10 | $69.99 BOYS NIKE HUSTLE D BASKETBALL | $ 69.99 | $ 80.00 | 0% | $ - | 0.00% | 250 | $ 17,487.50 | $ 2,500.50 |
| 917 | Week 16 | UnAd | 5/15 Instore | 10 | $44.99 PRESCHOOL NIKE HUSTLE 7 PS BASKETBALL | $ 44.99 | $ 43.98 | 0% | $ - | 0.00% | | | |
| 917 | Week 22 | UnAd | 5/22 Instore | 1 | $44.99 KIDS UNDER ARMOUR ASSERT 6 RUNNING SHOE | $ 44.99 | $ 5.59 | 0% | $ - | 0.00% | 600 | $ 26,994.00 | $ 5,600.00 |
| 917 | Week 22 | UnAd | 5/22 Instore | 1 | $54.99 KIDS UNDER ARMOUR PACE RUNNING SHOE | $ 54.99 | $ 5.59 | 0% | $ - | 0.00% | 800 | $ 35,192.00 | $ 5,600.00 |
| 917 | Week 17 | Ad | 051516, 23rd | 1 | $24.99 KIDS UNDER ARMOUR IGNITE SLIDE | $ 24.99 | $ 24.99 | 0% | $ - | 0.00% | 500 | $ 12,495.00 | $ 2,500.00 |
| 917 | Week 17 | Ad | 051516, 23rd | 1 | $80.00 KIDS NIKE FREE 5.0 RUNNING SHOE | $ 80.00 | $ 83.16 | 0% | $ - | 0.00% | 300 | $ 24,000.00 | $ 622.50 |
| 917 | Week 17 | Ad | 051516, 23rd | 5 | $75.00 KIDS NIKE FLEX RUN RUNNING SHOE | $ 75.00 | $ 75.00 | 0% | $ - | 0.00% | 300 | $ 22,500.00 | |
| 917 | Week 15 | UnAd | 5/8 Instore | 1 | $6.99 TODDLER & KIDS OXIDE AQUA SOCKS | $ 6.99 | | 0% | $ - | 0.00% | | | $ 1,600.00 |
| 917 | Week 15 | UnAd | 5/8 Instore | 2 | $5.99 GIRLS OXIDE BEACH BUM FLIP FLOPS | $ 5.99 | $ 9.99 | 0% | $ - | 0.00% | 400 | $ 2,396.00 | $ 1,600.00 |
| 917 | Week 15 | UnAd | 5/8 Instore | 4 | $23.99 TODDLER & KIDS OXIDE PACIFIC COAST FLIP FLOPS | $ 23.99 | $ 23.99 | 0% | $ - | 0.00% | 350 | $ 8,396.50 | $ 500.00 |
| 917 | Week 17 | Ad | 051516, 23rd | 1 | $59.99 SELECT MEN'S, WOMEN'S AND KIDS COLORADO RIVER SANDAL | $ 59.99 | $ 0.23 | 0% | $ - | 0.00% | | | $ 2,200.00 |
| 917 | Week 15 | UnAd | 5/8 Instore | 5 | $59.99 TODDLER & KIDS OXIDE ALPINE DESIGN COLORADO RIVER SANDAL | $ 59.99 | | 0% | $ - | 0.00% | | | |
| 917 | Week 17 | UnAd | 5/22 Instore | 2 | $5.99 TODDLER OXIDE BEACH BUM FLIP FLOPS | $ 5.99 | $ 9.99 | 0% | $ - | 0.00% | 400 | $ 2,396.00 | $ 1,600.00 |
| 917 | Week 17 | Ad | 051216, 25th | 1 | $39.99 "J" and KIDS ATHLETIC FOOTWEAR | $ 39.99 | $ 39.99 | 0% | $ - | 0.00% | 350 | | $ 500.00 |
| 917 | Week 17 | Ad | 052216, 25th | 3 | $59.99 SELECT MEN'S, WOMEN'S, AND KIDS ATHLETIC FOOTWEAR | $ 59.99 | $ 68.24 | 0% | $ - | 0.00% | 500 | $ 29,996.00 | $ 4,129.51 |

| Dept | Week | Type | Event# | Offer# | Offer Desc | Item Promo Price | Now AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|------|------|------|--------|--------|------------|------------------|---------|-------------------|-----------|----------------|----------------------|-----------|---------------------|
| 919 | Week 15 | Ad | 09221b_23std |  | BOGO 50% OFF SELECT WOMEN'S/WOMEN'S & KIDS SLIDES & SANDALS | $ | $ 78.71 | 0.00% | 0% $ | 0.00% | 1,500 | $ 118,073.18 | $ 29,288.01 |
| 919 | Month Long | Ad | 05021c_Alaska Bushmills | 1 | $89.99 WOMEN'S MERRELL 2EQUTE WATERPROOF HIKING SHOE | $ 89.99 | $ 100.00 | 0.00% | 0% $ | 0.00% | 1 | $ | $ 0.01 |
| 919 | Month Long | Ad | 05021c_Alaska Bushmills | 2 | SAVE UP TO 50% OFF WOMEN'S ALPINE DESIGN & OXIDE SANDALS | $ | $ 55.49 | 50.00% | 50% $ | 0.00% | 50 | $ 25.74 | $ 25.74 |
| 919 | Week 15 | UnAd | 5/8 Instore | 3 | $7.49 WOMEN'S OXIDE BEACH BUM SANDAL | $ 7.49 | $ 14.99 | 0% $ | 0% $ | 0.00% | 200 | $ 1,498.00 | $ 1,500.00 |
| 919 | Week 15 | UnAd | 5/8 Instore | 4 | $12.99 WOMEN'S OXIDE MYRTLE BEACH SANDAL | $ 12.99 | $ 19.99 | 0% $ | 0% $ | 0.00% | 200 | $ 2,598.00 | $ 1,400.00 |
| 919 | Week 15 | UnAd | 5/8 Instore | 5 | $14.99 WOMEN'S OXIDE BOULDER SANDAL | $ 14.99 | $ 29.99 | 0% $ | 0% $ | 0.00% | 150 | $ 2,248.50 | $ 2,250.00 |
| 919 | Week 15 | UnAd | 5/8 Instore | 6 | $34.99 WOMEN'S ALPINE DESIGN TWO BUCKLE & LEATHER SANDALS | $ 34.99 | $ 69.99 | 0% $ | 0% $ | 0.00% | 100 | $ 3,499.00 | $ 3,500.00 |
| 919 | Week 15 | UnAd | 5/8 Instore | 7 | $12.99 WOMEN'S OXIDE AQUA SOCK | $ 12.99 | $ 19.99 | 0% $ | 0% $ | 0.00% | 200 | $ 2,598.00 | $ 1,400.00 |
| 919 | Week 15 | UnAd | 5/8 Instore |  | $59.99 WOMEN'S NIKE BENASSI DUO SLIDE | $ 29.99 | $ 80.00 | 0% $ | 0% $ | 0.00% | 200 | $ 5,998.00 | $ 2,002.00 |
| 919 | Week 15 | UnAd | 5/8 Instore | 11 | $79.99 WOMEN'S COLUMBIA NEWTON RIDGE HIKING BOOT | $ 79.99 | $ 90.00 | 0% $ | 0% $ | 0.00% | 250 | $ 19,997.50 | $ 2,502.50 |
| 919 | Week 15 | UnAd | 5/8 Instore | 12 | $24.99 WOMEN'S NIKE JDI DJ MISMATCH SLIDE | $ 24.99 | $ 80.00 | 0% $ | 0% $ | 0.00% | 5,000 | $ 124,950.00 | $ 275,050.00 |
| 919 | Week 16 | Ad | 0508L6_DOTW |  | BUY ONE GET ONE 50% OFF WOMEN'S UNDER ARMOUR, ADIDAS, REE | $ | $ 34.36 | 25.00% | 25% $ | 0.00% | 300 | $ 128,833.44 | $ 41,846.15 |
| 919 | Week 16 | UnAd | 5/15 Instore | 1 | $7.49 WOMEN'S OXIDE BEACH BUM SANDAL | $ 7.49 | $ 14.99 | 0% $ | 0% $ | 0.00% | 200 | $ 2,598.00 | $ 2,250.00 |
| 919 | Week 16 | UnAd | 5/15 Instore | 2 | $12.99 WOMEN'S OXIDE MYRTLE BEACH SANDAL | $ 12.99 | $ 19.99 | 0% $ | 0% $ | 0.00% | 200 | $ 2,598.00 | $ 1,400.00 |
| 919 | Week 16 | UnAd | 5/15 Instore | 3 | $14.99 WOMEN'S OXIDE BOULDER SANDAL | $ 14.99 | $ 69.99 | 0% $ | 0% $ | 0.00% | 200 | $ 6,998.00 | $ 7,000.00 |
| 919 | Week 16 | UnAd | 5/15 Instore | 4 | $34.99 WOMEN'S ALPINE DESIGN TWO BUCKLE & LEATHER SANDALS | $ 4.99 | $ 69.99 | 0% $ | 0% $ | 0.00% | 200 | $ 6,998.00 | $ 3,000.00 |
| 919 | Week 16 | UnAd | 5/15 Instore | 5 | $9.99 WOMEN'S ALPINE DESIGN MONTGOMERY WI SLIDE | $ 9.99 | $ 18.89 | 0% $ | 0% $ | 0.00% | 300 | $ 2,897.00 | $ 2,669.89 |
| 919 | Week 16 | UnAd | 5/15 Instore | 6 | $29.99 WOMEN'S OXIDE AQUA SOCK | $ 29.99 | $ 40.00 | 0% $ | 0% $ | 0.00% | 100 | $ 4,498.50 | $ 1,501.50 |
| 919 | Week 16 | UnAd | 5/15 Instore | 8 | $29.99 WOMEN'S NIKE BENASSI DUO SLIDE | $ 29.99 | $ 80.00 | 0% $ | 0% $ | 0.00% | 75 | $ 2,499.00 | $ 750.75 |
| 919 | Week 16 | UnAd | 5/15 Instore | 10 | $79.99 WOMEN'S COLUMBIA NEWTON RIDGE HIKING BOOT | $ 79.99 | $ 90.00 | 0% $ | 0% $ | 0.00% | 75 | $ 5,999.25 | $ 750.75 |
| 919 | Week 16 | UnAd | 5/15 Instore | 15 | $24.99 WOMEN'S NIKE JDI MISMATCH SLIDE | $ 24.99 | $ 80.00 | 0% $ | 0% $ | 0.00% | 50 | $ 1,249.50 | $ 500.50 |
| 919 | Week 16 | UnAd | 5/15 Instore | 15 | $59.99 WOMEN'S TEVA TIRRA STRAP SANDAL | $ 59.99 | $ 80.00 | 0% $ | 0% $ | 0.00% | 50 | $ 3,693.00 | $ 2,301.83 |
| 919 | Week 17 | UnAd | 5/22 Instore |  | $5.99 WOMEN'S UNDER ARMOUR ATLANTIC DUNE SANDAL | $ 5.99 | $ 21.59 | 0% $ | 0% $ | 0.00% | 200 | $ 1,198.00 | $ 1,800.00 |
| 919 | Week 17 | UnAd | 5/22 Instore | 1 | $5.99 WOMEN'S OXIDE BEACH BUM SANDAL | $ 5.99 | $ 14.99 | 0% $ | 0% $ | 0.00% | 200 | $ 2,998.00 | $ 3,000.00 |
| 919 | Week 17 | UnAd | 5/22 Instore | 12 | $12.99 WOMEN'S OXIDE MYRTLE BEACH SANDAL | $ 12.99 | $ 19.99 | 0% $ | 0% $ | 0.00% | 200 | $ 2,998.00 | $ 1,400.00 |
| 919 | Week 17 | UnAd | 5/22 Instore | 3 | $14.99 WOMEN'S OXIDE BOULDER SANDAL | $ 14.99 | $ 29.99 | 0% $ | 0% $ | 0.00% | 300 | $ 2,489.00 | $ 4,500.00 |
| 919 | Week 17 | UnAd | 5/22 Instore | 4 | $34.99 WOMEN'S ALPINE DESIGN TWO BUCKLE & LEATHER SANDALS | $ 24.99 | $ 69.99 | 0% $ | 0% $ | 0.00% | 300 | $ 2,097.00 | $ 3,500.00 |
| 919 | Week 17 | UnAd | 5/22 Instore | 6 | $6.99 WOMEN'S OXIDE AQUA SOCK | $ 6.99 | $ 19.99 | 0% $ | 0% $ | 0.00% | 50 | $ 499.50 | $ 500.50 |
| 919 | Week 17 | UnAd | 5/22 Instore | 8 | $89.99 WOMEN'S MERRELL 2EQLITE SERGE WATERPROOF HIKING BOO | $ 89.99 | $ 100.00 | 0% $ | 0% $ | 0.00% | 300 | $ 8,997.00 | $ 3,003.00 |
| 919 | Week 17 | UnAd | 5/22 Instore | 8 | $29.99 WOMEN'S NIKE BENASSI DUO SLIDE | $ 19.99 | $ 40.00 | 0% $ | 0% $ | 0.00% | 300 | $ 5,997.00 | $ 6,003.22 |
| 919 | Week 17 | UnAd | 5/22 Instore | 13 | $19.99 WOMEN'S JDI SPORT FLI THONG SANDAL | $ 19.99 | $ 22.00 | 0% $ | 0% $ | 0.00% | 75 | $ 5,999.25 | $ 650.75 |
| 919 | Week 17 | UnAd | 5/22 Instore | 14 | $79.99 WOMEN'S COLUMBIA NEWTON RIDGE HIKING BOOT | $ 79.99 | $ 90.00 | 0% $ | 0% $ | 0.00% | 75 | $ 5,999.25 | $ 750.75 |
| 919 | Week 17 | Ad | 052116_23std |  | $24.99 WOMEN'S NIKE JDI DJ MISMATCH SLIDE | $ 24.99 | $ 34.36 | 25% $ | 25% $ | 0.00% | 4,000 | $ 103,063.35 | $ 34,186.12 |
| 919 | Week 17 | Ad | 052116_DOTW |  | SAVE UP TO 50% OFF WOMEN'S SELECT FULL-PRICED MERRELL HIKING S | $ | $ 105.55 | 0.00% | 0% $ | 0.00% | 25,000 | $ 237,375.00 | $ 42,625.86 |
| 919 | Month Long | Ad | 051216_DOTW |  | BOGO 50% OFF WOMEN'S SELECT SANDALS AND SLIDES | $ | $ 14.99 | 50.00% | 50% $ | 0.00% | 35,000 | $ 210,169.65 | $ 136,659.86 |
| 962 | Week 17 | Ad | 03211b_23td | 1 | BOGO 50% OFF N/A THOROLD OR EXPEDIA SOCKS | $ | $ 15.68 | 23% $ | 23% $ | 0.00% | 5,000 | $ 71,331.14 | $ 71,331.14 |
|  |  |  |  |  |  | $ | $ | 0.00% |  | 0.00% | 1 | $ 11.73 | $ 3.91 |

Team Sports

| Dept | Week | Type | Event# | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vender Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 912 | Month Long | UnAd | | | $89.99 MENS NIKE AIR HUARACHE 2K FILTR ELITE BASEBALL CLEAT | | $50.00 | 0% | $ - | 0.00% | 240 | $ 11,550.00 | $ 9,402.40 |
| 912 | Month Long | UnAd | | 1 | $24.99 MENS RAWLINGS GATOR LOW Baseball Cleat | $ 24.99 | 23.99 | 0% | $ - | 0.00% | 150 | $ 3,748.50 | $ 750.00 |
| 912 | Month Long | UnAd | | 1 | $44.99 MENS UNDER ARMOUR DECEPTION MID AM BASEBALL CLEAT | $ 44.99 | 44.99 | 0% | $ - | 0.00% | 1,200 | $ 53,998.00 | $ 13,200.00 |
| 912 | Week 16 | Ad | 051516_23td | | $84.99 Men's Nike MERCURIAL VICTORY V CR FG Soccer Cleat | $ 84.99 | 84.99 | 0% | $ - | 0.00% | 200 | $ 16,998.00 | $ - |
| 912 | Week 16 | Ad | 051516_23td | 1 | $66.99 Mens Adidas f/Messi 15.3 Soccer Cleat | $ 66.99 | 66.99 | 0% | $ - | 0.00% | 225 | $ 15,147.75 | $ - |
| 913 | Month Long | UnAd | | 1 | $19.99 Boys Rawlings GATOR LOW GIRLS Baseball Cleat | $ 19.99 | 24.99 | 0% | $ - | 0.00% | 50 | $ 999.50 | $ 250.00 |
| 913 | Month Long | UnAd | | 2 | $19.99 Girls Rawlings Gator Low Baseball Cleat | $ 19.99 | 19.99 | 0% | $ - | 0.00% | 75 | $ 2,998.50 | $ 3,375.00 |
| 913 | Month Long | UnAd | | 3 | $14.99 Kids UNDER ARMOUR CLASSIC SPORT MOTION IN LOW Baseball Cleat | $ 14.99 | 19.99 | 0% | $ - | 0.00% | 200 | $ 2,998.00 | $ 1,000.00 |
| 913 | Month Long | UnAd | | 4 | $39.99 Kids UNDER ARMOUR DECEPTION RM BASEBALL CLEAT | $ 39.99 | 14.99 | 0% | $ - | 0.00% | 1,800 | $ 71,982.00 | $ 18,000.00 |
| 922 | Month Long | UnAd | | 1 | $1,099.99 SALE SPALDING BEAST PORTABLE BASKETBALL SYSTEM | $ 1,099.99 | 1,199.99 | 0% | $ - | 0.00% | 40 | $ 43,999.60 | $ 4,000.00 |
| 922 | Week 16 | UnAd | | 3 | $199.99 SALE LIFETIME 42" ACRYLIC FUSION PORTABLE BASKETBALL SYSTEM | $ 199.99 | 259.99 | 0% | $ - | 0.00% | 180 | $ 35,999.20 | $ 4,800.00 |
| 922 | Week 16 | UnAd | | 3 | $699.99 SALE LIFETIME 54" SHATTERGUARD PORTABLE BASKETBALL SYST | $ 699.99 | 849.99 | 0% | $ - | 0.00% | 30 | $ 20,999.70 | $ 4,500.00 |
| 922 | Week 16 | UnAd | | 4 | $599.99 SALE LIFETIME 54" GLASS IN GROUND BASKETBALL SYSTEM | $ 599.99 | 1,199.99 | 0% | $ - | 0.00% | 110 | $ 5,999.90 | $ 6,000.00 |
| 922 | Week 16 | UnAd | | 5 | $299.99 SALE LIFETIME 50" FOOT ADJUST PORTABLE BASKETBALL SYST | $ 299.99 | 443.51 | 0% | $ - | 0.00% | 110 | $ 32,998.00 | $ 15,787.66 |
| 922 | Week 16 | UnAd | | 6 | $599.99 SALE LIFETIME 54" TEMPERED GLASS INGROUND BASKETBALL SYSTEM | $ 599.99 | 799.99 | 0% | $ - | 0.00% | 35 | $ 20,999.65 | $ 7,000.00 |
| 922 | Week 16 | UnAd | | 7 | $1,099.99 SALE SPALDING BEAST PORTABLE BASKETBALL SYSTEM | $ 1,099.99 | 1,551.31 | 0% | $ - | 0.00% | 15 | $ 16,499.85 | $ 1,500.00 |
| 922 | Week 15 | UnAd | | | $2,000.00 OFF ENTIRE STOCK LIFETIME MAMMOTH BASKETBALL SYSTEM | $ 2,000.00 | | 0% | $ 200.00 | 0.00% | 280 | $ 62,092.38 | $ 70,000.00 |
| 922 | Week 15 | UnAd | | 1 | $349.99 SALE LIFETIME 52" STEEL FRAME PORTABLE AND INGROUND B | $ 349.99 | 599.99 | 0% | $ - | 0.00% | 280 | $ 97,997.20 | $ 70,000.00 |
| 922 | Week 16 | Ad | 050916_DOTW | | $349.99 SALE LIFETIME 52" STEEL FRAME FUSION PORTABLE SYSTEM | $ 349.99 | 259.99 | 0% | $ - | 0.00% | 12 | $ 4,199.88 | $ 4,200.00 |
| 922 | Week 16 | UnAd | | 2 | $499.99 SALE LIFETIME 54" SHATTERGUARD PORTABLE BASKETBALL S | $ 499.99 | 849.99 | 0% | $ - | 0.00% | 85 | $ 42,499.15 | $ 29,750.00 |
| 922 | Week 16 | UnAd | | 3 | $599.99 SALE LIFETIME 54" GLASS IN GROUND BASKETBALL SYSTEM | $ 599.99 | 1,199.99 | 0% | $ - | 0.00% | 240 | $ 4,799.92 | $ 4,800.00 |
| 922 | Week 16 | UnAd | | 5 | $299.99 SALE LIFETIME 50" FOOT ADJUST PORTABLE BASKETBALL SYST | $ 299.99 | 443.51 | 0% | $ - | 0.00% | 240 | $ 71,997.60 | $ 34,445.81 |
| 922 | Week 16 | UnAd | | 6 | $599.99 SALE LIFETIME 54" TEMPERED GLASS INGROUND BASKETBALL S | $ 599.99 | 799.99 | 0% | $ - | 0.00% | 10 | $ 5,999.90 | $ 2,000.00 |
| 922 | Week 16 | UnAd | | 7 | $1,099.99 SALE SPALDING BEAST PORTABLE BASKETBALL SYSTEM | $ 1,099.99 | 1,199.99 | 0% | $ - | 0.00% | 10 | $ 10,999.90 | $ 1,000.00 |
| 922 | Week 16 | UnAd | | 2 | $599.99 SALE LIFETIME 54" STEEL FRAME PORTABLE BASKETBALL SYSTEM | $ 599.99 | 599.99 | 0% | $ - | 0.00% | 60 | $ 93,138.58 | $ 24,000.00 |
| 922 | Week 17 | Ad | 051516_DOTW | | $549.99 SALE LIFETIME 54" TEMPERED PORTABLE BASKETBALL SYSTEM | $ 549.99 | 849.99 | 0% | $ - | 0.00% | 80 | $ 55,999.25 | $ 24,000.00 |
| 922 | Week 17 | UnAd | | 3 | $400.00 OFF ENTIRE STOCK LIFETIME 54" GLASS IN GROUND BASKET | $ 400.00 | | 0% | $ 400.00 | 0.00% | 80 | $ 43,999.20 | $ 32,000.00 |
| 922 | Week 17 | UnAd | | 3 | $699.99 SALE LIFETIME 54" SHATTERGUARD PORTABLE BASKETBALL SYST | $ 699.99 | 1,199.99 | 0% | $ - | 0.00% | 15 | $ 3,499.95 | $ 2,500.00 |
| 922 | Week 17 | UnAd | | 4 | $699.99 SALE LIFETIME 54" GLASS INGROUND BASKETBALL SYSTEM | $ 699.99 | 799.99 | 0% | $ - | 0.00% | 110 | $ 34,999.85 | $ 5,500.00 |
| 922 | Week 17 | Ad | 052216_DOTW | | $1,099.99 SALE SPALDING BEAST PORTABLE BASKETBALL SYSTEM | $ 1,099.99 | 1,199.99 | 0% | $ - | 0.00% | 110 | $ 94,998.95 | $ 18,000.00 |
| 922 | Week 17 | UnAd | | 2 | $249.99 SALE LIFETIME 50" FOOT ADJUST PORTABLE AND INGROUND BA | $ 249.99 | 443.51 | 0% | $ - | 0.00% | 8,000 | $ 42,500.00 | $ 271,206.07 |
| 922 | Week 17 | Ad | 052216_DOTW | | $5.00 OFF ENTIRE STOCK REGULARLY PRICED $20.99 - $74.99 BASKET | $ 5.00 | 37.38 | 0% | $ 5.00 | 0.00% | 8,500 | $ 324,759.25 | |
| 928 | Month Long | UnAd | | 1 | 50% Off Riddell Practice Jersey | | 79.80 | 50% | $ - | 0.00% | 300 | $ 27,000.00 | |
| 929 | Week 16 | Ad | 051516_23td | 2 | $90.00 NIKE BRAZIL COPA MENS AND WOMENS HOME AND AWAY JER | $ 90.00 | 90.00 | 0% | $ - | 0.00% | 300 | $ 63,000.00 | |
| 929 | Week 16 | Ad | 051516_23td | 3 | $90.00 ADIDAS AMERICA COPA MENS HOME AND AWAY JERSEYS | $ 90.00 | 90.00 | 0% | $ - | 0.00% | 100 | $ 9,000.00 | |
| 929 | Week 16 | Ad | 051516_23td | 4 | $90.00 ADIDAS COLUMBIA COPA MENS HOME AND AWAY JERSEYS | $ 90.00 | 90.00 | 0% | $ - | 0.00% | 100 | $ 9,000.00 | |
| 929 | Week 16 | Ad | 051516_23td | 6 | $35.00 NIKE COPA STRIKE SOCCER BALLS | $ 35.00 | 35.00 | 0% | $ - | 0.00% | 500 | $ 17,500.00 | |

| Dept | Week | Type | Event# | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 939 | Week 16 | Ad | 051516 25td | 8 | $35.00 N/A NIKE COPA COUNTRY SUPPORTER SOCCER BALLS | $ 35.00 | $ 35.00 | 0% | $ - | 0.00% | 2,500 | $ 62,500.00 | $ 75,000.00 |
| 939 | Week 16 | Ad | 051516 25td | 8 | $50.00 N/A NIKE STRIKE PREMIUM COPA SOCCER BALL | $ 50.00 | $ 50.00 | 0% | $ - | 0.00% | 150 | $ 7,500.00 | |
| 939 | Week 16 | Ad | 051516 25td | | $35.00 N/A NIKE BORDER CELTIC COPA SOCCER BALL | $ 35.00 | $ 35.00 | 0% | $ - | 0.00% | | | |
| 939 | Week 16 | Ad | 051516 25td | | $35.00 NIKE COPA STRIKE SOCCER BALL | $ 35.00 | $ 35.00 | 0% | $ - | 0.00% | | | |
| 939 | Week 17 | Ad | 052216 25td | 2 | $25.00 NIKE COPA COUNTRY SUPPORTER SOCCER BALLS | $ 25.00 | $ 35.00 | 0% | $ - | 0.00% | 750 | $ 18,750.00 | $ 27,500.00 |
| 939 | Week 17 | Ad | 052216 25td | 2 | $25.00 NIKE COPA COUNTRY SUPPORTER SOCCER BALLS | $ 25.00 | $ 35.00 | 0% | $ - | 0.00% | 900 | $ 21,000.00 | $ 7,500.00 |
| 939 | Week 17 | Ad | 052216 25td | 4 | $80.00 NIKE BRAZIL COPA MENS AND WOMENS HOME AND AWAY JERS | $ 90.00 | $ 90.00 | 0% | $ - | 0.00% | 300 | $ 27,000.00 | |
| 939 | Week 17 | Ad | 052216 25td | 4 | $80.00 NIKE BRAZIL COPA MENS AND WOMENS HOME AND AWAY JER | $ 90.00 | $ 90.00 | 0% | $ - | 0.00% | 400 | $ 36,000.00 | |
| 939 | Week 17 | Ad | 052216 25td | 5 | $80.00 ADIDAS MEXICO COPA MENS AND WOMENS HOME AND AWAY JERSEYS | $ 90.00 | $ 90.00 | 0% | $ - | 0.00% | 100 | $ 9,000.00 | |
| 939 | Week 17 | Ad | 052216 25td | 5 | $90.00 ADIDAS COLUMBIA COPA MENS AND WOMENS HOME AND AWAY JE | $ 90.00 | $ 90.00 | 0% | $ - | 0.00% | 100 | $ 9,000.00 | |
| 939 | Week 17 | Ad | 052216 25td | 6 | $90.00 ADIDAS ARGENTINA COPA MENS COPA HOME AND AWAY JERSEYS | $ 90.00 | $ 90.00 | 0% | $ - | 0.00% | 100 | $ 9,000.00 | |
| 939 | Week 17 | Ad | 052216 25td | 8 | $75.00 NIKE USA COPA YOUTH HOME AND AWAY JERSEYS | $ 75.00 | $ 75.00 | 0% | $ - | 0.00% | 150 | $ 11,250.00 | |
| 939 | Week 17 | Ad | 052216 25td | 9 | $75.00 NIKE BRAZIL COPA YOUTH HOME AND AWAY JERSEYS | $ 75.00 | $ 75.00 | 0% | $ - | 0.00% | 50 | $ 3,750.00 | |
| 939 | Week 17 | Ad | 052216 25td | 10 | $70.00 ADIDAS MEXICO COPA YOUTH HOME AND AWAY JERSEYS | $ 70.00 | $ 70.00 | 0% | $ - | 0.00% | 50 | $ 3,500.00 | |
| 939 | Week 17 | Ad | 052216 25td | 11 | $70.00 ADIDAS COLUMBIA COPA YOUTH HOME AND AWAY JERSEYS | $ 70.00 | $ 70.00 | 0% | $ - | 0.00% | 50 | $ 3,500.00 | |
| 939 | Week 17 | Ad | 052216 25td | 12 | $70.00 ADIDAS ARGENTINA YOUTH COPA HOME JERSEYS | $ 70.00 | $ 70.00 | 0% | $ - | 0.00% | 50 | $ 3,500.00 | |
| 939 | Week 17 | Ad | 052216 25td | 1 | $89.99 N/A YOUR CHOICE WILSON KZERO OR HEAD TI96 RACQUETS | $ 89.99 | $ 104.52 | 0% | $ - | 0.00% | 480 | $ 43,195.20 | $ 6,974.39 |
| 966 | Week 17 | Ad | 052216 25td | | $7.99 N/A PENN BRX TENNIS BALLS | $ 7.99 | | 0% | | 0.00% | 3,500 | $ 26,985.00 | $ 30,000.00 |

FITNESS (30%)

| Dept | Week | Type | Event# | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 924 | Week 15 | UnAd | 5/8 Instore | 501 | $999.99 Freemotion 830 Treadmill | $999.99 | $2,199.99 | 0% | $- | 0.00% | 10 | 9,999.90 | $12,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 502 | $799.99 PROFORM 14.0 TE elliptical | $799.99 | $1,499.99 | 0% | $- | 0.00% | 20 | 15,999.80 | $24,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 503 | $699.99 PROFORM Performance Sport Treadmill | $699.99 | $1,139.99 | 0% | $- | 0.00% | 12 | 8,399.88 | $6,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 504 | $599.99 PROFORM Performance 400i Tread | $599.99 | $1,139.99 | 0% | $- | 0.00% | 97 | 58,199.03 | $58,200.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 505 | $999.99 PROFORM Power 995i Treadmill | $999.99 | $1,999.99 | 0% | $- | 0.00% | 35 | 34,999.65 | $51,500.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 506 | $1,299.99 FREEMOTION 850 Treadmill | $1,299.99 | $2,469.99 | 0% | $- | 0.00% | 18 | 23,399.82 | $21,500.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 507 | $1,499.99 FREEMOTION 860 Treadmill | $1,499.99 | $2,900.99 | 0% | $- | 0.00% | 15 | 22,499.85 | $24,800.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 508 | $339.99 PROFORM Performance 3000 Treadmill | $399.99 | $799.99 | 0% | $- | 0.00% | 62 | 24,799.38 | $13,200.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 509 | $799.99 PROFORM 470 or Journey 4.5 Elliptical | $799.99 | $1,999.99 | 0% | $- | 0.00% | 29 | 23,199.71 | $13,200.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 510 | $999.99 FREEMOTION 645 Elliptical | $999.99 | $1,999.99 | 0% | $- | 0.00% | 10 | 12,999.90 | $12,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 511 | $1,299.99 FREEMOTION 845 Elliptical | $1,299.99 | $2,499.99 | 0% | $- | 0.00% | 94 | 36,399.06 | $35,400.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 512 | $599.99 PROFORM Endurance 520E Elliptical | $599.99 | $1,199.99 | 0% | $- | 0.00% | 35 | 10,499.65 | $10,500.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 513 | $119.99 BODY RIDER Dual Action Cardio Trainer | $299.99 | $599.99 | 0% | $- | 0.00% | 44 | 18,399.56 | $13,400.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 514 | $399.99 PROFORM Hybrid Trainer | $399.99 | $799.99 | 0% | $- | 0.00% | 30 | 8,999.70 | $6,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 515 | $299.99 SCHWINN Journey 1.0 Upright Bike | $299.99 | $499.99 | 0% | $- | 0.00% | 30 | 8,999.70 | $9,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 516 | $399.99 SCHWINN Journey 2.0 Recumbent Bike | $399.99 | $599.99 | 0% | $- | 0.00% | 27 | 10,799.73 | $9,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 517 | $299.99 PROFORM 305SPX Indoor Cycle | $299.99 | $599.99 | 0% | $- | 0.00% | 43 | 12,899.57 | $12,900.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 518 | $699.99 FREEMOTION 2700 Upright Bike | $399.99 | $599.99 | 0% | $- | 0.00% | 15 | 5,999.85 | $9,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 519 | $299.99 SCHWINN AD2 Airdyne | $399.99 | $599.99 | 0% | $- | 0.00% | 30 | 11,999.70 | $12,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 520 | $449.99 FREEMOTION 370R Recumbent Bike | $349.99 | $699.99 | 0% | $- | 0.00% | 14 | 1,399.86 | $-700.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 521 | $399.99 PROFORM 550R Rower | $399.99 | $699.99 | 0% | $- | 0.00% | 30 | 11,999.70 | $9,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 522 | $349.99 MARCY Cage Home Gym | $149.99 | $199.99 | 0% | $- | 0.00% | 58 | 8,699.42 | $2,900.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 523 | $399.99 MARCY 150lb Home Gym | $149.99 | $199.99 | 0% | $- | 0.00% | 82 | 9,399.18 | $2,950.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 525 | $149.99 BODYFIT Inversion Table | $1,999.99 | $3,999.99 | 0% | $- | 0.00% | 10 | 19,999.90 | $20,000.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 526 | $149.99 BODYFIT Deluxe DS Inversion Table | $299.99 | $299.99 | 0% | $- | 0.00% | 78 | 23,399.22 | $23,100.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 527 | $1,999.99 FREEMOTION 880 Treadmill | $109.99 | $199.99 | 0% | $- | 0.00% | 42 | 4,615.58 | $1,050.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 29 | $299.99 BODYMAN Endurance 520e Elliptical | $174.99 | $249.99 | 0% | $- | 0.00% | 30 | 3,309.70 | $1,050.00 |
| 924 | Week 15 | UnAd | 5/8 Instore | 31 | $299.99 Teeter EP 560 Inversion Table | $699.99 | $1,199.99 | 0% | $- | 0.00% | 30 | 6,999.70 | $5,000.00 |
| 924 | Week 16 | UnAd | 5/15 Instore | 533 | $109.99 Marcy Deluxe Utility Bench | $999.99 | $1,999.99 | 0% | $- | 0.00% | 32 | 31,999.68 | $32,000.00 |
| 924 | Week 16 | UnAd | 5/15 Instore | 503 | $174.99 Microsoft Band 2 | $799.99 | $1,599.99 | 0% | $- | 0.00% | 15 | 11,999.85 | $20,000.00 |
| 924 | Week 16 | UnAd | 5/15 Instore | 509 | $799.99 SCHWINN 470 or Journey 4.5 Elliptical | $799.99 | $1,599.99 | 0% | $- | 0.00% | 25 | 19,999.75 | $20,000.00 |
| 924 | Week 16 | UnAd | 5/15 Instore | 513 | $299.99 BODY RIDER Dual Action Cardio Trainer | $299.99 | $559.99 | 0% | $- | 0.00% | 28 | 8,339.72 | $8,400.00 |

| Dept | Week | Type | Event# | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Preferred Unit Sales | Proj Sls $ | Proj/Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 924 | Week 16 | Unad | 5/15 Instore | 514 | $399.99 PROFORM Hybrid Trainer | $ 399.99 | $ 399.99 | 0% | $ - | 0.00% | 30 | $ 11,999.70 | $ 14,000.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 515 | $299.99 SCHWINN Journey 1.0 Upright Bike | $ 299.99 | $ 299.99 | 0% | $ - | 0.00% | 22 | $ 6,599.78 | $ 14,000.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 516 | $399.99 SCHWINN Journey 2.0 Recumbent Bike | $ 399.99 | $ 399.99 | 0% | $ - | 0.00% | 25 | $ 9,999.75 | $ 7,500.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 517 | $299.99 PROFORM 350SPX Indoor Cycle | $ 299.99 | $ 299.99 | 0% | $ - | 0.00% | 25 | $ 7,499.75 | $ 7,500.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 520 | $599.99 PROFORM 450R Power | $ 599.99 | $ 599.99 | 0% | $ - | 0.00% | 22 | $ 13,199.78 | $ 12,000.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 521 | $349.99 MARCY Cage System | $ 349.99 | $ 349.99 | 0% | $ - | 0.00% | 32 | $ 11,199.68 | $ 13,200.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 522 | $399.99 MARCY 150LB Home Gym | $ 399.99 | $ 399.99 | 0% | $ - | 0.00% | 32 | $ 12,799.68 | $ 11,200.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 523 | $99.99 BODYFIT Inversion Table | $ 99.99 | $ 149.99 | 0% | $ - | 0.00% | 32 | $ 3,199.68 | $ 1,600.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 524 | $149.99 BODYFIT Deluxe Inversion Table | $ 149.99 | $ 149.99 | 0% | $ - | 0.00% | 32 | $ 4,799.68 | $ 2,880.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 525 | $119.99 BODYFIT Power Tower | $ 119.99 | $ 119.99 | 0% | $ - | 0.00% | 96 | $ 11,519.04 | $ 2,880.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 527 | $799.99 PROFORM Endurance 720E Elliptical | $ 799.99 | $ 1,499.99 | 0% | $ - | 0.00% | 25 | $ 19,999.75 | $ 28,000.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 528 | $299.99 Teeter EP 560 Inversion Table | $ 299.99 | $ 299.99 | 0% | $ - | 0.00% | 65 | $ 19,499.35 | $ 2,280.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 529 | $249.99 WESLO Cadence G 5.9 Treadmill | $ 249.99 | $ 249.99 | 0% | $ - | 0.00% | 49 | $ 14,700.00 | $ 2,520.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 532 | $299.99 SCHWINN A20 Airdyne | $ 299.99 | $ 299.99 | 0% | $ - | 0.00% | 49 | $ 14,699.51 | $ 14,700.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 533 | $1299.99 FREEMOTION 890 Elliptical | $ 1,299.99 | $ 2,499.99 | 0% | $ - | 0.00% | 36 | $ 18,000.00 | $ 18,000.00 |
| 924 | Week 16 | Unad | 5/15 Instore | 534 | $499.99 FREEMOTION 370R Recumbent Bike | $ 499.99 | $ 499.99 | 0% | $ - | 0.00% | 36 | $ 17,999.64 | $ 12,300.00 |
| 924 | Week 16 | Unad | 5/15 DOTW | 507 | $1,499.99 FREEMOTION 860 Treadmill | $ 1,499.99 | $ 2,599.99 | 0% | $ 500.00 | 0.00% | 12 | $ 17,999.88 | $ 18,000.00 |
| 924 | Week 16 | Unad | 5/22 Instore | 501 | $499.99 Deluxe 3-in-1 Trio Trainer | $ 499.99 | $ 999.99 | 0% | $ - | 0.00% | 20 | $ 11,999.80 | $ 16,800.00 |
| 924 | Week 16 | Unad | 5/22 Instore | 513 | $399.99 PROFORM Hybrid Trainer | $ 399.99 | $ 399.99 | 0% | $ - | 0.00% | 42 | $ 16,799.58 | $ 16,800.00 |
| 924 | Week 16 | Unad | 5/22 Instore | 515 | $299.99 SCHWINN A20 Airdyne | $ 299.99 | $ 299.99 | 0% | $ - | 0.00% | 60 | $ 17,999.40 | $ 20,000.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 516 | $399.99 SCHWINN Journey 2.0 Recumbent Bike | $ 399.99 | $ 399.99 | 0% | $ - | 0.00% | 26 | $ 10,399.74 | $ 10,400.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 517 | $299.99 PROFORM 350SPX Indoor Cycle | $ 299.99 | $ 299.99 | 0% | $ - | 0.00% | 32 | $ 9,599.68 | $ 8,100.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 518 | $299.99 SCHWINN Journey 1.0 Upright Bike | $ 299.99 | $ 299.99 | 0% | $ - | 0.00% | 27 | $ 8,099.73 | $ 8,100.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 519 | $399.99 PROFORM 450R Power | $ 399.99 | $ 399.99 | 0% | $ - | 0.00% | 50 | $ 19,999.50 | $ 20,000.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 531 | $499.99 FREEMOTION 370R Recumbent Bike | $ 499.99 | $ 499.99 | 0% | $ - | 0.00% | 40 | $ 19,999.60 | $ 20,000.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 532 | $349.99 MARCY Cage System | $ 349.99 | $ 349.99 | 0% | $ - | 0.00% | 33 | $ 11,546.67 | $ 11,550.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 523 | $99.99 BODYFIT Inversion Table | $ 99.99 | $ 149.99 | 0% | $ - | 0.00% | 1 | $ 99.99 | $ 1,550.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 524 | $149.99 Deluxe O2 Inversion Table | $ 149.99 | $ 149.99 | 0% | $ - | 0.00% | 18 | $ 2,699.82 | $ 2,700.00 |
| 924 | Week 17 | Unad | 5/22 Instore | 525 | $119.99 BODYFIT Power Tower | $ 119.99 | $ 149.99 | 0% | $ - | 0.00% | 76 | $ 9,119.24 | $ 2,280.00 |
| 924 | Week 17 | Ad | 05/2216 DOTW | 505 | $54.99 Microsoft Band 2 | $ 54.99 | $ 249.99 | 0% | $ - | 0.00% | 30 | $ 1,649.70 | $ 2,150.00 |
| 924 | Week 17 | Ad | 052216 DOTW | 503 | $174.99 Microsoft Band 2 | $ 174.99 | $ 249.99 | 0% | $ - | 0.00% | 30 | $ 5,249.70 | $ 2,250.00 |
| 924 | Week 17 | Ad | 052216 DOTW | 503 | $54.99 Proform Performance 400i Treadmill | $ 54.99 | $ 1,199.99 | 0% | $ - | 0.00% | 105 | $ 57,748.95 | $ 68,150.00 |
| 924 | Week 17 | Ad | 052216 DOTW | 505 | $599.99 Proform Performance Sport Treadmill | $ 599.99 | $ 1,199.99 | 0% | $ - | 0.00% | 8 | $ 4,799.92 | $ 4,800.00 |
| 924 | Week 17 | Ad | 052216 DOTW | 507 | $1,499.99 FREEMOTION 860 Treadmill | $ 1,499.99 | $ 2,599.99 | 0% | $ - | 0.00% | 12 | $ 17,999.88 | $ 18,000.00 |

| Dept | Week | Type | Event# | Offer# | Offer Desc | Item Promo Price | Now AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj) Sis $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 924 | Week 17 | Ad | 052216_DOTW | S08 | $799.99 Proform 14.0 Elliptical | $ 799.99 | $ 1,499.99 | 0% | $ - | 0.00% | 20 | $ 15,999.80 | $ 14,000.00 |
| 924 | Week 17 | Ad | 052216_DOTW | S09 | $699.99 FREEMOTION 850 Elliptical | $ 999.99 | $ 1,999.99 | 0% | $ - | 0.00% | 20 | $ 19,999.80 | $ 20,000.00 |
| 924 | Week 17 | Ad | 052216_DOTW | S10 | $1,299.99 FREEMOTION 845 Elliptical | $ 1,239.99 | $ 2,499.99 | 0% | $ - | 0.00% | 1 | $ 1,239.99 | $ 1,200.00 |
| 924 | Week 17 | Ad | 052216_DOTW | S11 | $1,239.99 FREEMOTION 845 Treadmill | $ 1,239.99 | $ 1,999.99 | 0% | $ - | 0.00% | 12 | $ 12,79964 | $ 13,200.00 |
| 924 | Week 17 | Ad | 052216_DOTW | S12 | $1,999.99 PROFORM 1350 Treadmill | $ 1,999.99 | $ 3,999.99 | 0% | $ - | 0.00% | 12 | $ 23,999.88 | $ 24,000.00 |
| 924 | Week 17 | Ad | 052216_DOTW | S13 | $1,999.99 FREEMOTION 890 Treadmill | $ 1,999.99 | $ 3,999.99 | 0% | $ - | 0.00% | 12 | $ 23,999.88 | $ 24,000.00 |
| 924 | Week 17 | Ad | 052216_DOTW | S14 | $799.99 PROFORM Endurance 920 Elliptical | $ 799.99 | $ 1,499.99 | 0% | $ - | 0.00% | 30 | $ 23,999.70 | $ 21,000.00 |
| 924 | Week 17 | Ad | 052216_DOTW | S15 | $399.99 Proform Performance 300i Treadmill | $ 399.99 | $ 799.99 | 0% | $ - | 0.00% | 37 | $ 14,799.63 | $ 14,790.00 |
| 924 | Week 17 | Ad | 052216_DOTW | S16 | $1,299.99 FREEMOTION 550 Treadmill | $ 1,299.99 | $ 2,499.99 | 0% | $ - | 0.00% | 20 | $ 25,999.80 | $ 24,000.00 |
| 924 | Week 16 | 5/15 Instore | 051516_3std | 1 | ~$400-$2000 off Entire Stock Treadmills and Ellipticals | $ - | $ - | 0% | $600.00 | 0.00% | 1 | $ 1,461.19 | $ 600.00 |
| 931 | Week 16 | 5/15 Instore |  | 1 | $9.99 Adidas Compression Sleeves | $ 9.99 | $ 1,662.19 | 0% | $ - | 0.00% | 800 | $ 7,992.00 |  |
| 947 | Month Long | UnAd | 5/1 Month Long | 1 | 25% Off Men's NIKE Flat Front Golf Short | $ - | $ 64.86 | 25% | $ - | 0.00% | 15,000 | $ 729,635.44 | $ 243,211.81 |
| 947 | Month Long | UnAd | 5/1 Month Long | 2 | 25% Off Men's NIKE Victory Solid Golf Polo | $ 55.00 | $ 55.00 | 25% | $ - | 0.00% | 4,500 | $ 219,375.00 | $ 73,125.00 |
| 947 | Month Long | UnAd | 5/1 Month Long | 3 | 25% Off Men's NIKE Victory Bold Stripe Golf Polo | $ 55.00 | $ 55.00 | 25% | $ - | 0.00% |  | $ 371,250.00 | $ 123,750.00 |
| 947 | Month Long | UnAd | 5/1 Month Long | 4 | 25% Off Men's NIKE Explorer Golf Short | $ 60.00 | $ 60.00 | 25% | $ - | 0.00% | 9,800 | $ 423,000.00 | $ 141,000.00 |
| 947 | Month Long | UnAd | 5/1 Month Long | 5 | 25% Off Women's NIKE Victory Solid Sleeveless Golf Polo | $ 50.00 | $ 50.00 | 25% | $ - | 0.00% | 400 | $ 15,000.00 | $ 5,000.00 |
| 947 | Month Long | UnAd | 5/1 Month Long | 6 | 25% Off Women's NIKE Victory Solid Golf Polo | $ - | $ 65.00 | 25% | $ - | 0.00% | 1 | $ 74,750.00 | $ 24,750.00 |
| 947 | Month Long | UnAd | 5/1 Month Long | 7 | 25% Off Women's NIKE Victory Stripe Golf Polo | $ - | $ 60.00 | 25% | $ - | 0.00% | 1 | $ 45.00 | $ 15.00 |
| 947 | Week 16 | Ad | 051516_3std | 1 | 25% Off Men's Nike Victory Stripe Golf Polo | $ 19.99 | $ 28.75 | 25% | $ - | 0.00% | 3,500 | $ 69,965.00 | $ 34,174.34 |
| 947 | Week 17 | Ad | 052216_DOTW | 1 | $19.99 TOMMY ARMOUR Solid Golf Polo | $ 19.99 | $ 36.18 | 30% | $ - | 0.00% | 7,400 | $ 188,331.80 | $ 80,714.91 |
| 965 | Month Long | UnAd | 5/1 Month Long | 1 | $49.99 Men's and Women's TOMMY ARMOUR Golf Apparel | $ - | $ - | 0% | $ - | 0.00% | 4,050 | $ 202,459.50 | $ 40,500.00 |
| 965 | Month Long | UnAd | 5/1 Month Long | 2 | $49.99 Men's NIKE Durasport III Golf Cleat | $ 49.99 | $ 69.99 | 0% | $ - | 0.00% | 3,290 | $ 197,371.10 | $ 12,900.00 |
| 965 | Month Long | UnAd | 5/1 Month Long | 3 | $59.99 Men's NIKE Explorer EV Golf Cleat | $ 59.99 | $ 69.99 | 0% | $ - | 0.00% | 280 | $ 19,597.20 | $ 2,800.00 |
| 965 | Month Long | UnAd | 5/1 Month Long | 4 | $59.99 Men's NIKE Air Rival 4 Golf Cleat | $ 59.99 | $ 109.99 | 0% | $ - | 0.00% | 1,990 | $ 38,998.10 | $ 14,900.00 |
| 965 | Month Long | UnAd | 5/1 2-Week Instore |  | 2 for $30 SRIXON Soft Feel 12 Pack Golf Balls | $ 15.00 | $ 19.99 | 0% | $ - | 0.00% | 1 | $ 15.00 | 4.99 |
| 965 | Month Long | UnAd | 5/1 Month Long | S01 | 2 for $20 TOMMY ARMOUR Bermuda Golf Gloves | $ 10.00 | $ 11.99 | 0% | $ - | 0.00% | 1,990 | $ 9,900.00 | $ 3,960.10 |
| 965 | Month Long | UnAd | 5/1 Month Long | S02 | 2 for $16 TOMMY ARMOUR Evo Golf Gloves | $ 8.00 | $ 9.99 | 0% | $ - | 0.00% | 2,540 | $ 20,320.00 | $ 5,054.60 |
| 965 | Month Long | UnAd | 5/1 Month Long | S03 | 2 for $16 TOMMY ARMOUR Evo Golf Gloves | $ 8.00 | $ 9.99 | 0% | $ - | 0.00% | 1 | $ 33,336.00 | $ 11,155.64 |
| 965 | Month Long | UnAd | 5/1 Month Long | S04 | 2 for $12 TOMMY ARMOUR Pravada Golf Gloves | $ 6.00 | $ 7.99 | 0% | $ - | 0.00% | 5,556 | $ 33,336.00 | $ 11,155.64 |
| 965 | Month Long | UnAd | 5/1 Month Long | S05 | 2 for $12 TOMMY ARMOUR Hot Golf Gloves | $ 6.00 | $ 7.99 | 0% | $ - | 0.00% | 1,490 | $ 8,940.00 | $ 2,965.10 |
| 965 | Month Long | UnAd | 5/1 Month Long | S06 | 2 for $26 TOMMY ARMOUR 845 Tour OLT 12 Pack Golf Balls | $ 13.00 | $ 24.99 | 0% | $ - | 0.00% | 4,050 | $ 4,080.00 | $ 1,353.20 |
| 965 | Month Long | UnAd | 5/1 Month Long | S07 | 2 for $24 TOMMY ARMOUR 845 Tour OLT 12 Pack Golf Balls | $ 13.00 | $ 24.99 | 0% | $ - | 0.00% | 1,015 | $ 13,195.00 | $ 12,135.85 |
| 965 | Month Long | UnAd | 5/1 Month Long | S08 | 2 for $24 TOMMY ARMOUR Silvercot 24 Pack Golf Balls | $ 12.00 | $ 19.99 | 0% | $ - | 0.00% | 3,110 | $ 37,320.00 | $ 24,848.90 |
| 965 | Month Long | UnAd | 5/1 Month Long | S09 | 2 for $18 TOMMY ARMOUR Evo White Yellow 24 Pack Golf Balls | $ - | $ 14.99 | 0% | $ - | 0.00% | 4,770 | $ 33,390.00 | $ 29,148.30 |
| 965 | Month Long | UnAd | 5/1 Month Long | S10 | 2 for $12 TOMMY ARMOUR Torch 12 Pack Golf Balls | $ 6.00 | $ 9.99 | 0% | $ - | 0.00% | 4,440 | $ 26,640.00 | $ 17,730.60 |
| 965 | Month Long | UnAd | 5/1 Month Long | S11 | 2 for $12 TOMMY ARMOUR Pravada 12 Pack Golf Balls | $ 6.00 | $ 9.99 | 0% | $ - | 0.00% | 1,300 | $ 7,800.00 | $ 5,187.00 |
| 965 | Month Long | UnAd | 5/1 Month Long | S12 | 2 for $14 RAM FX MAX Soft 15 Pack Golf Balls | $ 7.00 | $ 12.99 | 0% | $ - | 0.00% | 1,445 | $ 10,115.00 | $ 8,655.55 |
| 965 | Month Long | UnAd | 5/1 Month Long | S13 | 2 for $14 RAM FX G2 Tour 15 Pack Golf Balls | $ 7.00 | $ 12.99 | 0% | $ - | 0.00% | 835 | $ 5,845.00 | $ 5,001.65 |
| 965 | Month Long | UnAd | 5/1 Month Long | S14 | 2 for $14 RAM Lady LC Multicolor 15 Pack Golf Balls | $ 7.00 | $ 12.99 | 0% | $ - | 0.00% | 1 | $ 5,845.00 | $ 5,001.65 |
| 965 | Month Long | UnAd | 5/1 Month Long | S15 | 2 for $30 TAYLORMADE Lethal 12 Pack Golf Balls | $ 15.00 | $ 24.99 | 0% | $ - | 0.00% | 3,600 | $ 54,000.00 | $ 35,964.00 |
| 965 | Month Long | UnAd | 5/1 Month Long | S16 | 2 for $30 TAYLORMADE Lethal 12 Pack Golf Balls | $ 15.00 | $ 24.99 | 0% | $ - | 0.00% | 3,600 | $ 54,000.00 | $ 35,964.00 |

| Dept | Week | Type | Event | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 965 | Month Long | UnAd | 5/1 Month Long | 518 | 2 for $18 WILSON Staedia 12 Pack Golf Balls | $ 9.00 | $ 12.99 | 0% | $ - | 0.00% | 800 | $ 7,200.00 | $ 3,192.00 |
| 965 | Month Long | UnAd | 5/1 Month Long | 519 | 2 for $25 WILSON Ultra 500 White and Pink 12 Pack Golf | $ 12.50 | $ 13.99 | 0% | $ - | 0.00% | 1,555 | $ 19,437.50 | $ 5,726.90 |
| 965 | Month Long | UnAd | 5/1 Month Long | 520 | 2 for $22 WILSON Ultra 500 White, Yellow and Women's 15 Pack Golf | $ 11.00 | $ 14.89 | 0% | $ - | 0.00% | 530 | $ 5,815.00 | $ 6,469.71 |
| 965 | Month Long | UnAd | 5/1 Month Long | 521 | 2 for $30 WILSON Duo White & Yellow 12 Pack Golf Balls | $ 15.00 | $ 18.99 | 0% | $ - | 0.00% | 1,335 | $ 20,025.00 | $ 5,765.35 |
| 965 | Month Long | UnAd | 5/1 Month Long | 522 | 2 for $30 NIKE Crush Extreme 15 Pack Golf Balls | $ 15.00 | $ 18.99 | 0% | $ - | 0.00% | 1,445 | $ 21,675.00 | $ 5,765.35 |
| 965 | Month Long | UnAd | 5/1 Month Long | 523 | 2 for $45 NIKE Hyperflight 12 Pack Golf Balls | $ 22.50 | $ 22.99 | 0% | $ - | 0.00% | 500 | $ 11,250.00 | $ 245.00 |
| 965 | Month Long | UnAd | 5/1 Month Long | 524 | 2 for $45 NIKE RZN Speed 12 Pack Golf Balls | $ 22.50 | $ 22.99 | 0% | $ - | 0.00% | 500 | $ 11,250.00 | $ 245.00 |
| 965 | Month Long | Ad | 5/1 Month Long | 525 | 2 for $35 TAYLORMADE Aeroburner Pro 12 Pack Golf Balls | $ 17.50 | $ 17.50 | 0% | $ - | 0.00% | 885 | $ 15,487.50 | $ - |
| 965 | Month Long | Ad | 050116 Alaska Bushmalle | 501 | 2 for $12 TOMMY ARMOUR Torch 12 Pack Golf Ball and Torch Golf Glc | $ 6.00 | $ 9.34 | 0% | $ - | 0.00% | 100 | $ 600.00 | $ 333.68 |
| 965 | Week 15 | UnAd | 5/8 Instore | 1 | $5K CENTER STOCK TOMMY ARMOUR Putters | $ 25.00 | $ - | 0% | $ 270.00 | 0.00% | 530 | $ 13,250.00 | $ - |
| 965 | Week 15 | UnAd | 5/8 Instore | 2 | 2 for $50 Entire Stock TOMMY ARMOUR Wedges | $ 25.00 | $ - | 0% | $ - | 0.00% | 200 | $ 10,000.00 | $ - |
| 965 | Week 15 | UnAd | 5/8 Instore | 3 | 2 for $100 Men's TAYLORMADE RAC Wedges | $ 50.00 | $ - | 0% | $ - | 0.00% | 200 | $ 10,000.00 | $ - |
| 965 | Week 15 | UnAd | 5/15 Instore | 1 | 2 for $50 Entire Stock TOMMY ARMOUR Wedges | $ 25.00 | $ - | 0% | $ - | 0.00% | 240 | $ 12,000.00 | $ - |
| 965 | Week 15 | UnAd | 5/15 Instore | 2 | $25K CENTER STOCK TOMMY ARMOUR Putters | $ - | $ - | 25% | $ - | 0.00% | 3,100 | $ - | $ - |
| 965 | Week 15 | Ad | 051516 31st | 1 | 2 for $50 Men's TAYLORMADE RAC Wedges | $ 50.00 | $ 50.00 | 0% | $ - | 0.00% | 240 | $ 12,000.00 | $ - |
| 965 | Week 15 | Ad | 051516 31st | 2 | $299.99 Your Choice TAYLORMADE RBZ HL Irons, COBRA Amp Max Iro | $ 299.99 | $ 299.99 | 0% | $ - | 0.00% | 135 | $ 40,498.65 | $ - |
| 965 | Week 15 | Ad | 051516 31st | 3 | $150.00 WILSON Duo Prior Gen 12 Pack Golf Ball | $ 15.00 | $ 19.99 | 0% | $ - | 0.00% | 665 | $ 9,975.00 | $ 3,318.35 |
| 965 | Week 16 | Ad | 051516 31st | 4 | $165.00 OFF Men's and Women's TOMMY ARMOUR and RAM Comp | $ - | $ 24.99 | 0% | $ 165.00 | 0.00% | 400 | $ - | $ - |
| 965 | Week 16 | Ad | 051516 31st | 5 | $20.00 OFF Men's and Women's Select TOMMY ARMOUR and RAM Comp | $ - | $ 78.49 | 0% | $ 20.00 | 0.00% | 485 | $ 38,049.77 | $ 9,700.00 |
| 965 | Week 17 | UnAd | 5/22 Instore | 1 | 2 for $40 SKINSON Q-Star 12 Pack Golf Ball | $ 20.00 | $ 24.99 | 0% | $ - | 0.00% | 300 | $ 6,000.00 | $ 1,497.00 |
| 965 | Week 17 | UnAd | 5/22 Instore | 2 | $249.99 BUSHNELL Tour V3 Jolt Laser Rangefinder Power Pack | $ 249.99 | $ 249.99 | 0% | $ - | 0.00% | 20 | $ 4,998.80 | $ 600.00 |
| 965 | Week 17 | UnAd | 5/22 Instore | 3 | $249.99 CALLAWAY 300 Laser Rangefinder Power Pack | $ 249.99 | $ 279.99 | 20% | $ - | 0.00% | 240 | $ 59,997.60 | $ 60,674.08 |
| 965 | Week 17 | Ad | 052216 32nd | 1 | 20% Off Men's, Women's and Junior's TOMMY ARMOUR and Golo | $ - | $ 97.86 | 20% | $ - | 0.00% | 442 | $ 42,648.51 | $ - |
| 965 | Week 17 | Ad | 052216 32nd | 2 | $79.99 Your Choice Men's CALLAWAY CXR 12 Pack Golf Ball | $ 12.50 | $ 29.98 | 50% | $ - | 0.00% | 560 | $ 20,937.50 | $ - |
| 965 | Week 17 | Ad | 052216 32nd | 3 | BOGO Free NIKE NDX 12 Pack Golf Balls | $ 19.99 | $ 33.04 | 50% | $ - | 0.00% | 9,600 | $ 71,156.78 | $ 172,859.73 |
| 965 | Week 17 | Ad | 052216 32nd | 4 | BOGO Free TOMMY ARMOUR Golf Bags | $ 99.99 | $ 144.70 | 50% | $ - | 0.00% | 560 | $ 55,994.40 | $ 35,606.22 |

outdoor Furniture

| Dept | Week | Type | Event | Offer # | Offer Desc | Item Promo Price | Now AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 918 | Week 16 | Ad | 051516_23td | | Bladerunner Men's & Women's Advantage and Boy's & Airbeds | $64.99-$89.99 | 80.48 | 0% | $ - | 0.00% | 1,620 | $121,500.00 | 8,797.28 |
| 918 | Week 17 | Ad | 052216_23td | 1 | $59.99 X Factor / Fan Favy 215" Offkid Skateboard | $59.99-$89.99 | 59.99 | 40% | $ - | 0.00% | 3,200 | 119,888.00 | 400.00 |
| 918 | Month Long | UnAd | 5/22 Instore | 2 | $189.99 Ping Pong Putt Table Tennis Table | $189.99 | 189.99 | 40% | $ - | 0.00% | 100 | 24,000.00 | 1,603.26 |
| 925 | Week 16 | Ad | 050516_CABELA_Bushmaille | | 40% Off Master Offer Save up to 40% Sleeping Bags and Airbeds | | 40.08 | 40% | $ - | 0.00% | | | |
| 925 | Month Long | Ad | 050216_Alaska_Bushmaille | 2 | 40% Off Art Offer Alpine Design 30 Degree Rec Bag | $29.99 | 29.99 | 40% | $ - | 0.00% | 1 | 17.99 | 12.00 |
| 925 | Month Long | Ad | 050216_Alaska_Bushmaille | 3 | 40% Off Art Offer Alpine Design Queen Bed with Pump | $49.99 | 49.99 | 40% | $ - | 0.00% | 1 | 29.99 | 20.00 |
| 925 | Month Long | Ad | 050215_Alaska_Bushmaille | 4 | 25% Off Art Offer 25% Off Alpine Design Sleeping Bags | $38.5 | 38.5 | 25% | $ - | 0.00% | 1 | 28.50 | 9.63 |
| 925 | Month Long | Ad | 050216_Alaska_Bushmaille | 5 | 25% Off Pricing Offer 25% Off Alpine Design Airbeds | $43.36 | 43.36 | 25% | $ - | 0.00% | 2,400 | 92,352 | 29,916.84 |
| 925 | Week 15 | UnAd | 5/8 Instore | 1 | 25% Off COLEMAN Autumn Glen and Dexter Point Sleeping Bags | $49.99 | 49.99 | 25% | $ - | 0.00% | 2,000 | 89,980.00 | 3,000.00 |
| 925 | Week 15 | UnAd | 5/8 Instore | 2 | $59.99 COLEMAN Sundome 4 Person Tent | $99.99 | 59.99 | 0% | $ - | 0.00% | 80 | 5,999.20 | 1,600.00 |
| 925 | Week 15 | UnAd | 5/8 Instore | 3 | $69.99 COLEMAN Sundome 4 Person Tent | $69.99 | 89.99 | 0% | $ - | 0.00% | 80 | 24.03 | 16.03 |
| 925 | Week 15 | Ad | 050816_DOTW | 1 | 40% Off Master Offer Save up to 40% Select Sleeping Bags and Airbeds | | 40.08 | 40% | $ - | 0.00% | 600 | 10,795.40 | 7,197.60 |
| 925 | Week 15 | Ad | 050816_DOTW | 2 | 40% Off Art Offer Alpine Design 30 Degree Rec Bag | $29.99 | 29.99 | 40% | $ - | 0.00% | 300 | 8,993.20 | 5,998.80 |
| 925 | Week 15 | Ad | 050816_DOTW | 4 | 40% Off Art Offer Alpine Design Queen Bed with Pump | $49.99 | 49.99 | 40% | $ - | 0.00% | 2,000 | 57,731.05 | 19,263.69 |
| 925 | Week 15 | Ad | 050816_DOTW | 5 | 25% Off Pricing Offer 25% Off Alpine Design Sleeping Bag | $38.53 | 38.53 | 25% | $ - | 0.00% | 800 | 26,019.22 | 8,677.34 |
| 925 | Week 15 | Ad | 050816_DOTW | 5 | 25% Off Pricing Offer 25% Off Alpine Design Airbeds | $43.35 | 43.35 | 25% | $ - | 0.00% | 115 | 10,588.46 | 2,647.12 |
| 925 | Week 15 | UnAd | 5/15 Instore | 1 | 20% Off THE NORTH FACE Litus and Adela Tech Packs | $115.09 | 115.09 | 20% | $ - | 0.00% | 450 | 31,685.55 | 7,923.89 |
| 925 | Week 15 | UnAd | 5/15 Instore | 2 | 20% Off ALPINE DESIGN Norton's 3 and 5 Person Tents | $180.02 | 180.02 | 20% | $ - | 0.00% | 3,000 | 86,685.23 | 28,895.08 |
| 925 | Week 15 | UnAd | 5/15 Instore | 3 | 25% Off ENTIRE STOCK ALPINE DESIGN Sleeping Bags | $38.53 | 38.53 | 25% | $ - | 0.00% | 3,000 | 149,743.56 | 16,581.19 |
| 925 | Week 16 | UnAd | 5/15 Instore | 4 | 25% Off ENTIRE STOCK ALPINE DESIGN Airbeds | $44.12 | 44.12 | 25% | $ - | 0.00% | 3,000 | 201,207.00 | 67,069.00 |
| 925 | Week 17 | UnAd | 5/22 Instore | 1 | 25% Off Coleman Sleeping Bags Airbeds and Tents | $89.13 | 89.13 | 25% | $ - | 0.00% | 450 | 35,133.90 | 12,051.43 |
| 925 | Week 17 | UnAd | 5/22 Instore | 2 | 25% Off ENTIRE STOCK COLEMAN Sleeping Bags | $120.51 | 120.51 | 25% | $ - | 0.00% | 250 | 15,730.54 | 3,932.64 |
| 925 | Week 17 | UnAd | 5/22 Instore | 3 | 25% Off ENTIRE STOCK COLEMAN Airbeds | $55.91 | 55.91 | 20% | $ - | 0.00% | 250 | 11,181.22 | 2,795.30 |
| 925 | Week 17 | Ad | 052216_23td | 1 | 50% Off Master Offer ALPINE DESIGN Tents, Airbeds and Sleeping Bag | $29.99 | 29.99 | 50% | $ - | 0.00% | 9,000 | 134,955.00 | 134,955.00 |
| 925 | Week 17 | Ad | 052216_23td | 2 | 50% Off Art Offer ALPINE DESIGN 30D Mummy Youth Bags | $29.99 | 29.99 | 50% | $ - | 0.00% | 1 | 15.00 | 15.00 |
| 925 | Week 17 | Ad | 052216_23td | 3 | 50% Off Art Offer ALPINE DESIGN Twin Airbed | $29.99 | 29.99 | 50% | $ - | 0.00% | 1 | 15.00 | 15.00 |
| 925 | Week 17 | Ad | 052216_23td | 4 | 20% Off Pricing Offer ALPINE DESIGN Airbeds and Sleeping Bags | $42.41 | 42.41 | 20% | $ - | 0.00% | 1 | 30.66 | 12.74 |
| 925 | Week 17 | Ad | 052216_23td | 5 | 20% Off Pricing Offer Alpine Design Tents | $95.75 | 95.75 | 20% | $ - | 0.00% | 1 | 76.60 | 19.15 |
| 925 | Week 17 | Ad | 052216_23td | 7 | 20% Off Pricing Offer North Face Select Camping Equipment | $159.99 | 159.99 | 20% | $ - | 0.00% | 450 | 53,984.99 | 17,996.99 |
| 926 | Month Long | Ad | 050516_Alaska_Bushmaille | 1 | 20% Off CAMELBAK Entire Stock Hydration Packs | $76.63 | 76.63 | 0% | $ - | 0.00% | 2,500 | 157,258.55 | 55,934.64 |
| 926 | Month Long | Ad | 050516_Alaska_Bushmaille | 2 | $229.99 Lifetime Arrow 103" Sit In Kayak | $229.99 | 329.99 | 0% | $ - | 0.00% | 4 | 919.96 | 320.00 |
| 926 | Month Long | Ad | 050216_Alaska_Bushmaille | 4 | $79.99 Body Glove Channel Paddling Vest | $79.99 | 329.99 | 0% | $ - | 0.00% | 10 | 179.97 | 600.00 |
| 926 | Week 15 | Ad | 050816_DOTW | | $14.99-$159.95 Malone Transportation and Storage Equipment | $14.99-$159.95 | 39.13 | 0% | 20.00 | 0.00% | 30 | 1,173.82 | 4,200.00 |
| 926 | Week 15 | Ad | 050816_DOTW | | $299.99 Confluence Rhythm 9.5 Sit on Top Kayak with Paddle | $299.99 | 449.99 | 0% | $ - | 0.00% | 60 | 21,599.40 | 6,500.00 |
| 926 | Week 16 | Ad | 051516_23td | | $359.99 Lifetime Weber Sit on Top Angler Kayak | $359.99 | 429.99 | 0% | $ - | 0.00% | 50 | 5,999.50 | 6,500.00 |
| 926 | Week 16 | Ad | 051516_23td | | $199.99 Lifetime Arrow 103" Sit In Kayak | $199.99 | 329.99 | 0% | $ - | 0.00% | | | 11,250.00 |
| 926 | Week 16 | Ad | 051516_23td | | $124.99 Lifetime Emotion Spitfire 9 Sit In Kayak | $124.99 | 249.99 | 20% | $ - | 20% | | 20,249.39 | 14,250.00 |
| 926 | Week 16 | Ad | 051516_23td | 3 | 20% Off Entire Stock Extrasport Paddlesport Vests | | 74.12 | 20% | $ - | 0.00% | 100 | 5,923.89 | 1,482.47 |
| 926 | Week 17 | Ad | 052215_23td | 6 | 20% Off Entire Stock US Divers Dive Sets | | 55.65 | 20% | $ - | 0.00% | 1,500 | 66,775.59 | 16,693.90 |

| Dept | Week | Type | Event | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 936 | Week 17 | Ad | 052216_3std | 27 | 20% Off Entire Stock Lake Towables | $ 1,598.99 | $ 300 | 20% | $ - | 0.00% | 300 | $ 47,354.41 | $ 11,688.60 |
| 936 | Week 17 | Ad | 052216_3std | 27 | 20% Off Entire Stock Life Jackets | $ - | $ 60.14 | 20% | $ - | 0.00% | 3,500 | $ 168,403.78 | $ 42,100.94 |
| 936 | Week 17 | Ad | 052216_3std | 10 | BOGO 50% off Entire Stock Liberty Mtn... | $ 15.99 | $ 13.74 | 25% | $ - | 0.00% | 7,650 | $ 78,861.91 | $ 26,287.20 |
| 936 | Week 17 | Ad | 052216_3std | 10 | Save Up To 50% Off Entire Stock Kayaks | $ 452.17 | $ 452.17 | 10% | $ - | 0.00% | | | |
| 936 | Week 17 | Ad | 052216_3std | 13 | 10% Off Select Sit on Top and Sit In Kayaks | $ 468.55 | $ 468.55 | 10% | $ - | 0.00% | | | |
| 936 | Week 17 | Ad | 052216_3std | 14 | 25% Off Select Choose Stand Up Paddle Boards and Kayaks | $ 446.31 | $ 446.31 | 25% | $ - | 0.00% | | | |
| 936 | Week 17 | Ad | 052216_3std | 15 | 30% Off Select Sit on Top Kayaks | $ 393.89 | $ 393.89 | 30% | $ - | 0.00% | | | |
| 936 | Week 17 | Ad | 052216_3std | 15 | 40% Off Select Sit on Top and Sit In Kayaks | $ - | $ - | 40% | $ - | 0.00% | | | |
| 936 | Month Long | Ad | 052216_Alaska Bushmile | 1 | $34.99-$148.99 Malone Paddlesport Transportation and Storage | $ 34.99 | $ 39.13 | 0% | $ - | 0.00% | 300 | $ 11,738.23 | $ 6,000.00 |
| 936 | Week 15 | Ad | 052216_3std | 1 | $69.99 QUICK SHADE Expedition 64 10x10 Quad Chair | $ 69.99 | $ 109.99 | 0% | $ 20.00 | 0.00% | 30 | $ 2,099.70 | $ 1,200.00 |
| 936 | Week 15 | Ad | 052216_3std | 1 | $6.99 SPORT AUTHORITY Quad Chair | $ 6.99 | $ 12.99 | 0% | $ - | 0.00% | 4,390 | $ 30,266.70 | $ 25,986.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 13 | $79.99 QUICK SHADE Expedition 64 10x10 Canopy | $ 79.99 | $ 109.99 | 0% | $ - | 0.00% | | $ 42,556.85 | $ 18,000.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 4 | $49.99 ALPINE DESIGN Mesh Quad Chair | $ 49.99 | $ 59.99 | 0% | $ - | 0.00% | 326 | $ 17,776.74 | $ 3,260.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 5 | $12.99 ALPINE DESIGN Nest Chair | $ 12.99 | $ 13.99 | 0% | $ - | 0.00% | | $ 2,895.84 | $ 3,260.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 6 | $59.99 ALPINE DESIGN Oversized Zero Gravity Chair | $ 59.99 | $ 69.99 | 0% | $ - | 0.00% | 231 | $ 13,857.69 | $ 2,310.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 6 | $189.99 QUICKSHADE Summit 170 Canopy | $ 189.99 | $ 249.99 | 50% | $ - | 0.00% | | $ 11,399.40 | $ 3,600.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 9 | $6.99 COLEMAN 1/2 Gallon Jug | $ 6.99 | $ 7.99 | 0% | $ - | 0.00% | 1,195 | $ 8,353.05 | $ 1,195.00 |
| 936 | Week 15 | Ad | 052216_3std | 8 | $19.99 COLEMAN 1/3 Gallon Jug | $ 19.99 | $ 24.99 | 0% | $ - | 0.00% | 300 | $ 5,997.00 | $ 1,500.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 10 | 50% Off Select REECI 144 and Tailgate Games | $ 19.99 | $ 60.92 | 50% | $ - | 0.00% | 71 | $ 17,749.24 | $ 3,804.06 |
| 936 | Week 15 | UnAd | 5/8 Instore | 11 | $249.99 PARKSIDE 12 Trampoline & Enclosure | $ 249.99 | $ 339.99 | 0% | $ - | 0.00% | 94 | $ 19,199.06 | $ 6,390.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 13 | $29.99 SPORTS AUTHORITY Mars Shade Chair | $ 29.99 | $ 39.99 | 0% | $ - | 0.00% | 640 | $ 19,193.60 | $ 6,390.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 14 | $139.99 COLEMAN 144 12x12 Canopy | $ 139.99 | $ 149.99 | 0% | $ - | 0.00% | | $ 940.00 | $ 940.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 15 | $49.99 Cold Cog Cooler | $ 49.99 | $ 89.99 | 0% | $ - | 0.00% | 70 | $ 11,199.30 | $ 700.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 15 | $159.99 COLEMAN RoadTrip LXE Grill | $ 159.99 | $ 169.99 | 0% | $ - | 0.00% | | $ 15,199.05 | $ 700.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 17 | $179.99 QUIK SHADE Summit SX 100 10x10 Canopy | $ 179.99 | $ 259.99 | 40% | $ - | 0.00% | 658 | $ 13,933.18 | $ 6,680.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 17 | $79.99 COLEMAN Cooler Quad Chair | $ 79.99 | $ 249.99 | 0% | $ - | 0.00% | 96 | $ 17,279.04 | $ 720.00 |
| 936 | Week 15 | UnAd | 5/8 Instore | 19 | $94.99 DOTW QUICK SHADE Expedition 100 10x10 Canopy | $ 94.99 | $ 199.99 | 50% | $ - | 0.00% | 200 | $ 9,999.00 | $ 2,000.00 |
| 936 | Week 15 | Ad | 050816_DOTW | 1 | $94.99 DOTW QUICK SHADE Expedition 100 10x10 Canopy | $ 94.99 | $ 94.99 | 0% | $ - | 0.00% | 200 | $ 11,398.80 | $ 14,400.00 |
| 936 | Week 16 | UnAd | 5/15 Instore | 1 | $179.99 QUIK SHADE Summit SX 100 10x10 Canopy | $ 179.99 | $ 249.99 | 40% | $ - | 0.000% | 130 | $ 23,398.70 | $ 1,100.00 |
| 936 | Week 16 | UnAd | 5/15 Instore | 3 | $159.99 COLEMAN RoadTrip LXE Grill | $ 159.99 | $ 169.99 | 0% | $ - | 0.000% | | $ 42,397.35 | $ 2,650.00 |
| 936 | Week 16 | Ad | 050816_DOTW | 7 | $55.99 ALPINE DESIGN Oversized Zero Gravity Chair | $ 59.99 | $ 59.99 | 0% | $ - | 0.00% | 400 | $ 23,896.00 | $ 4,000.00 |

| Dept | Week | Type | Event# | Offer # | Offer Desc | Item Promo Price | Now AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formatted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 936 | Week 16 | UnAd | 5/15 Instore | 9 | $6.99 COLEMAN 1/2 Gallon Jug | $6.99 | $7.99 | 0% | - | 0.00% | 1,990 | $13,910.10 | $1,990.00 |
| 936 | Week 16 | UnAd | 5/15 Instore | 10 | $4.99 COLEMAN 1/3 Gallon Jug | $4.99 | $5.99 | | | | 1,990 | | $4,990.00 |
| 936 | Week 16 | UnAd | 5/15 Instore | 11 | $19.99 COLEMAN 5 Gallon Jug | $19.99 | $24.39 | 0% | - | 0.00% | 306 | $6,116.94 | $6,116.94 |
| 936 | Week 16 | Ad | 5/15 Instore | 42 | 50% Off Select Rec-Tek and Triumph Boxed Yard and Tailgate Games | $4.99 | $60.92 | 50% | $ | 0.00% | 800 | $24,588.64 | $32,585.04 |
| 936 | Week 16 | UnAd | 5/15 Instore | 15 | $49.99 IGLOO Quick & Cool 100 Qt. Cooler | $49.99 | $69.99 | | | 0.00% | 200 | | $4,058.00 |
| 936 | Week 16 | UnAd | 5/15 Instore | 18 | $99.99 ALPINE DESIGN Hammock Stand and Pad Combo | $99.99 | $129.99 | | | 0.00% | 750 | $9,997.50 | $7,500.00 |
| 936 | Week 16 | Ad | 051516 23td | 1 | 25% Off Select Boxed Yard and Tailgate Games | | $60.52 | 50% | | 0.00% | 750 | $22,845.60 | $22,845.60 |
| 936 | Week 16 | Ad | 051516 23td | | 25% Off BUNJO Bungee Chair | | | 50% | | 0.00% | 5,771 | $33,116.72 | $37,709.57 |
| 936 | Week 16 | Ad | 051516 23td | 2 | $49.99 Folding Sports Wagon | $49.99 | $39.99 | 25% | | 0.00% | 500 | $24,995.00 | $5,000.00 |
| 936 | Week 16 | Ad | 051516 23td | 3 | $249.99 PARKSIDE 22'x12' Trampoline & Enclosure | $249.99 | $339.99 | | | 0.00% | 114 | $28,498.86 | $10,250.00 |
| 936 | Week 16 | Ad | 051516 23td | 4 | $469.99 LL PARKSIDE 14' Trampoline & Enclosure with Flash Zone | $469.99 | $539.99 | 0% | - | 0.00% | 85 | $39,949.15 | $5,950.00 |
| 936 | Week 16 | Ad | 051516 23td | 5 | $99.99 LL PARKSIDE Expedition 64 10x10 Canopy | $99.99 | $189.99 | 0% | | 0.00% | 676 | $47,313.24 | $121,140.00 |
| 936 | Week 16 | Ad | 051516 23td | 6 | $99.99 QUICK SHADE Expedition 100 10x10 Canopy | $99.99 | | 0% | | 0.00% | 1,346 | $134,586.54 | $121,140.00 |
| 936 | Week 16 | Ad | 051516 23td | 7 | 20% Off Select Boxed Lawn and Tailgate Games | | | 20% | | 0.00% | 5,939 | $194,661.26 | $46,695.51 |
| 936 | Week 16 | Ad | 051516 23td | 8 | 25% Off Adult Bungee Chair | | $49.99 | 25% | | 0.00% | 300 | $11,247.75 | $3,749.25 |
| 936 | Week 16 | Ad | 051516 23td | | $19.99 COLEMAN Twin 4x4 Canopy | $19.99 | $39.99 | | | 0.00% | 350 | $41,996.50 | $0,500.00 |
| 936 | Week 16 | Ad | 051516 23td | 10 | $39.99 COLEMAN 60 Qt. Wheeled Cooler | $39.99 | $49.99 | 0% | | 0.00% | 765 | $30,592.35 | $7,650.00 |
| 936 | Week 16 | Ad | 051516 23td | | $59.99 SPORT AUTHORITY Quad Chair | $59.99 | $39.99 | 0% | | 0.00% | 10,100 | $70,599.00 | $60,600.00 |
| 936 | Week 16 | UnAd | 5/22 Instore | 3 | $12.99 ALPINE DESIGN Mesh Chair | $12.99 | $19.99 | 0% | - | 0.00% | 4,168 | $54,143.32 | $29,176.00 |
| 936 | Week 17 | UnAd | 5/22 Instore | | $5.99 COLEMAN 1/3 Gallon Jug | $5.99 | $5.99 | 0% | | 0.00% | 1,594 | | $1,142.06 |
| 936 | Week 17 | UnAd | 5/22 Instore | 7 | $4.99 COLEMAN 1/3 Gallon Jug | $4.99 | $5.99 | 0% | | 0.00% | 1,134 | $5,958.06 | $1,194.00 |
| 936 | Week 17 | Ad | 5/22 Instore | 9 | 50% Off Select Rec-Tek and Triumph Boxed Yard and Tailgate Games | $19.99 | $60.92 | 50% | | 0.00% | 643 | $19,586.30 | $19,586.30 |
| 936 | Week 17 | UnAd | 5/22 Instore | | $59.99 SPORTS AUTHORITY Max Shade Chair | | | 50% | | 0.00% | 852 | $25,553.48 | $17,832.55 |
| 936 | Week 17 | UnAd | 5/22 Instore | 12 | $49.99 SHADE TECH ST56 10x10 Canopy | $49.99 | $59.08 | 0% | | 0.00% | 1,961 | $98,090.39 | $3,300.00 |
| 936 | Week 17 | UnAd | 5/22 Instore | | $129.99 QUICK SHADE Summit R35 10x10 Canopy | $129.99 | $249.99 | 0% | | 0.00% | 108 | $19,439.92 | $17,500.00 |
| 936 | Week 17 | UnAd | 5/22 Instore | 17 | $189.99 QUICK SHADE Summit 170 Canopy | $189.99 | $249.99 | 0% | | 0.00% | 55 | $10,443.45 | $3,300.00 |
| 936 | Week 17 | UnAd | 5/22 Instore | | $149.99 ALPINE DESIGN Hammock Stand and Pad Combo | | $249.99 | 0% | | 0.00% | 281 | $12,773.24 | $7,300.00 |
| 936 | Week 17 | Ad | 5/22 Instore | 19 | $29.99 COLEMAN Cooler Quad Chair | $29.99 | $39.99 | 0% | | 0.00% | 428 | $12,509.72 | $2,800.00 |
| 936 | Week 17 | Ad | 5/22 Instore | | $49.99 CASTAWAY Double Travel Hammock with Straps | $49.99 | $69.99 | 0% | | 0.00% | 250 | $12,497.50 | $5,000.00 |
| 936 | Week 17 | Ad | 052216 23td | 1 | $29.99 BUNJO Bungee Chair | $29.99 | $39.99 | 0% | - | 0.00% | 1,501 | $30,990.03 | $14,740.00 |
| 936 | Week 17 | Ad | 052216 23td | 4 | $459.99 LL PARKSIDE 14' Trampoline & Enclosure with Flash Zone | $459.99 | $539.99 | 0% | | 0.00% | 70 | $32,199.30 | $5,600.00 |
| 936 | Week 17 | Ad | 052216 23td | | $229.99 PARKSIDE 22' Trampoline & Enclosure | $229.99 | $339.99 | 0% | | 0.00% | 325 | $16,246.75 | $96,900.00 |
| 936 | Week 17 | Ad | 052216 23td | 10 | $49.99 ALPINE DESIGN Overstuffed Zero Gravity Chair | $49.99 | $69.99 | 0% | | 0.00% | 212 | $31,797.88 | $4,240.00 |
| 936 | Week 17 | Ad | 052216 23td | 13 | $149.99 COLEMAN RoadTrip LXE Grill | $149.99 | $189.99 | 0% | | 0.00% | | | |

| Dept | Week | Type | Event# | Offer # | Offer Desc | Item Promo Price | New AUR | Category Discount | Dollar Off | Vendor Support | Projected Unit Sales | Proj Sls $ | Proj Disc Formated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 963 | Week 15 | Ad | 053116-23rd | | BOGO 50% OFF Select Sun Protection | $ 41.25 | $ 14,755.32 | 25% | $ 3,750 | 0.00% | 2,400 | $ 14,755.32 | $ 4,911.77 |
| 963 | Week 15 | Ad | 053116-23rd | | BOGO 50% OFF Select Sun Protection | | | 25% | | 0.00% | | | |
| 970 | Month Long | Ad | 052116-Alaska Bushmill | 1 | 20% Off Entire Stock Men's & Women's Mountain and Hybrid Bikes | $ 23.59 | $ 427.84 | 20% | $ - | 0.00% | 2,300 | $ 40,697.07 | $ 13,565.69 |
| 970 | Month Long | Ad | 052116-Alaska Bushmill | 1 | 20% Off Entire Stock Men's & Women's Mountain and Hybrid Bikes | | $ 04.69 | 25% | $ - | 0.00% | 400 | $ 136,909.15 | $ 34,227.29 |
| 970 | Month Long | Ad | 052116-Alaska Bushmill | 1 | 30% Off Entire Stock Travel Men's & Women's Cycling Apparel | $ 24.99 | | 0% | $ - | 0.00% | | $ 4,759.60 | $ 795.85 |
| 970 | Week 15 | Ad | 5/8 Instore | 3 | 30% Off Entire Stock Travel Men's & Women's Cycling Apparel | $ 46.41 | | 30% | $ - | 0.00% | 233 | $ 7,309.90 | $ 3,182.81 |
| 970 | Week 15 | Ad | 5/8 Instore | 1 | $199.99 Thule Hitching Post PRO | $ 199.99 | $ 199.99 | 0% | $ - | 0.00% | 100 | $ 19,999.00 | $ 4,000.00 |
| 970 | Week 15 | UnAd | 5/8 Instore | 3 | BUY ONE GET ONE 50% OFF All TRAVL Men's & Women's Bike Apparel | | $ 235.99 | 15% | | 0.00% | 2,900 | $ 89,543.31 | $ 29,884.45 |
| 970 | Week 15 | UnAd | 5/8 Instore | 3 | 15% OFF ENTIRE STOCK Men's, Boy's & Girl's Bikes | | $ 335.18 | 15% | | 0.00% | 1,245 | $ 354,684.71 | $ 62,591.38 |
| 970 | Week 16 | UnAd | 052116-DOTW | | $199.99 Thule Hitching Post PRO | $ 199.99 | $ 199.99 | 0% | $ - | 0.00% | 235 | $ 47,197.64 | $ 9,440.00 |
| 970 | Week 16 | UnAd | 5/15 Instore | 1 | $199.99 Thule Hitching Post PRO | $ 199.99 | $ 199.99 | 0% | $ - | 0.00% | 1 | $ 90.88 | $ 50.27 |
| 970 | Week 16 | UnAd | 5/15 Instore | 2 | BUY ONE GET ONE 50% OFF All TRAVL Men's & Women's Bike Apparel | | $ 340.42 | 25% | | 0.00% | 1 | $ 284.89 | $ 50.27 |
| 970 | Week 16 | UnAd | 5/15 Instore | 6 | 15% OFF ENTIRE STOCK Men's, Women's & Kid's Bikes | | $ 335.16 | 15% | | 0.00% | | $ 284.89 | $ 50.27 |
| 970 | Week 16 | Ad | 053116-23rd | 6 | 15% OFF PRICING OFFER Entire Stock Bikes | | $ 340.52 | 15% | | 0.00% | | | $ 51.08 |
| 970 | Week 16 | Ad | 053116-23rd | 7 | 15% OFF PRICING OFFER Entire Stock Bikes | | $ 376.94 | 15% | | 0.00% | | $ 289.45 | $ 51.08 |
| 970 | Week 16 | Ad | 053116-23rd | 8 | 20% OFF PRICING OFFER Entire Stock Bikes | | $ 335.16 | 20% | | 0.00% | | $ 257.40 | $ 85.80 |
| 970 | Week 16 | Ad | 053116-23rd | 9 | 25% OFF PRICING OFFER Entire Stock Bikes | | $ 343.20 | 25% | | 0.00% | | $ 225.60 | $ 85.80 |
| 970 | Week 16 | Ad | 053116-23rd | 11 | 30% OFF PRICING OFFER Entire Stock Bikes | | $ 328.57 | 30% | | 0.00% | 3,400 | $ 118,350.72 | $ 39,450.24 |
| 970 | Week 17 | Ad | 5/21 Instore | 2 | $199.99 THULE HITCHING POST PRO | $ 199.99 | $ 239.99 | 25% | $ - | 0.00% | 3,900 | $ 120,447.28 | $ 40,149.10 |
| 970 | Week 17 | UnAd | 5/22 Instore | 3 | Buy One Get One 50% OFF All TRAVL Men's & Women's Bike Apparel | | $ 46.41 | 25% | | 0.00% | 100 | $ 50,797.24 | $ 10,760.09 |
| 970 | Week 17 | UnAd | 5/22 Instore | | 15% OFF ENTIRE STOCK Men's & Women's & Boy's & Girl's Bikes | $ 199.99 | $ 335.16 | 15% | | 0.00% | 900 | $ 265,939.11 | $ 46,943.31 |
| 970 | Week 17 | Ad | 053116-23rd | 2 | 20% OFF All DIAMONDBACK Bikes | $ 25.99 | $ 410.52 | 20% | $ - | 0.00% | 1,300 | $ 426,943.31 | $ 106,283.38 |
| 970 | Week 17 | Ad | 053116-23rd | 3 | $99.99 (8) SEGMENT Mongoose Bikes | $ 25.99 | $ 99.99 | 20% | $ - | 0.00% | 880 | $ 45,391.20 | $ 9,600.00 |

## **EXHIBIT B**

**GOB Sale Guidelines**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.,*[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

## SALE GUIDELINES

The following procedures (the "Sale Guidelines") shall apply to the closing sale (each, a "Closing Sale" and collectively, the "Closing Sales") to be held at each of the store locations operated by the above-captioned debtors in possession (collectively, "Sports Authority") to be closed (collectively, the "Closing Stores" and each, a "Closing Store"), subject to the agreement (the "Closing Store Agreement") dated as of May 16, 2016 by and among Hilco Merchant Resources, LLC, Gordon Brothers Retail Partners, LLC, and Tiger Capital Group, LLC (the "Liquidation Consultant"), and Debtor TSA Stores, Inc. ("Sports Authority"), and in accordance with the order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and approving the Closing Sales at the Closing Stores in accordance with these Sale Guidelines:

1.      The Closing Sales will commence at the Closing Stores on or about May 25, 2016 (the "Sale Commencement Date") and will terminate on or about August 31, 2016 (the "Sale Termination Date"), subject to Sports Authority's rights to seek extension thereof with the agreement of the Agent.

2.      Prior to the commencement of a Closing Sale, the applicable Closing Store shall be identified in a notice filed on the docket in the above-captioned Chapter 11 Cases.

3.      Each Closing Sale shall be conducted so that the Closing Store in which sales are to occur will remain open no longer than during the normal hours of operation provided for in the respective leases for the Closing Stores.

4.      Each Closing Sale shall be conducted at the Closing Stores during the normal business hours maintained at each Closing Store by Sports Authority prior to the filing of their bankruptcy petitions; provided that Sports Authority may with Agent's consent, modify the business hours as necessary or advisable.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

5.      Conspicuous signs stating that "all sales are final" and "as is" will be posted at the cash register areas at all Closing Stores.

6.      The Liquidation Consultant may advertise each Closing Sale as a "store closing," "sale on everything," "everything must go," "going out of business", "liquidation sale," or similar themed sale.  The Liquidation Consultant may also have "countdown to closing" signs prominently displayed in a manner consistent with these Sale Guidelines.

7.      The Liquidation Consultant shall be permitted to utilize exterior banners at (i) non-enclosed mall Stores and (ii) enclosed mall Stores to the extent the entrance to the applicable Store does not require entry into the enclosed mall common area; provided, however, that such banners (A) shall not exceed 4 feet by 40 feet in size; (B) shall be located or hung so as to make clear that the Sale is being conducted only at the affected Store; and (C) shall not be wider than the storefront of the Store.

8.      Except with respect to the hanging of exterior banners, the Liquidation Consultant and Sports Authority shall not make any alterations to the storefront or exterior walls of any Closing Stores.

9.      No landlord, licensor, property owner, and/or property manager (each, a "Landlord" and collectively, the "Landlords") shall prohibit, restrict, or otherwise interfere with any Closing Sale at any Closing Store.

10.     The Liquidation Consultant and Sports Authority shall not make any alterations to interior or exterior Closing Store lighting.  No property of a Landlord of a Closing Store shall be removed or sold during any Closing Sale.  The hanging of exterior banners or signage or banners in a Closing Store shall not constitute an alteration to a Closing Store.

11.     The Liquidation Consultant shall be permitted to utilize sign-walkers in a safe and professional manner.

12.     On "shopping center" property, neither Sports Authority or the Liquidation Consultant shall distribute handbills, leaflets or other written materials to customers outside of any Closing Store's premises, unless permitted by the lease or, if distribution is customary in the "shopping center" in which such Closing Store is located; provided that the Liquidation Consultant may solicit customers in the Closing Stores themselves.  On "shopping center" property, Sports Authority and the Liquidation Consultant shall not use any flashing lights or amplified sound to advertise the Closing Sale or solicit customers, except as permitted under the applicable lease or agreed to by the Landlord.

13.     The Liquidation Consultant shall be permitted to utilize A-frames, to be used only with secure tiedowns, and exterior banners at (a) non-enclosed mall Closing Stores and (b) enclosed mall Closing Stores to the extent the entrance to the applicable Closing Store does not require entry into the enclosed mall common area.

14.     With respect to any Closing Stores location in enclosed mall locations, no exterior signs or signs in common areas of a mall shall be used unless otherwise expressly permitted in these Sale Guidelines.

15.     The Liquidation Consultant and Sports Authority shall keep Closing Store premises and surrounding areas clean and orderly consistent with present practices.

16.     Nothing contained in these Sale Guidelines shall be construed to create or impose upon the Liquidation Consultant and Sports Authority any additional restrictions not contained in the applicable lease agreement.

17.     Sports Authority shall have informed the Liquidation Consultant of those items of furniture, fixtures, and equipment located at each Closing Store which are not to be sold (because Sports Authority does not have the right to sell such items or otherwise) (collectively, the "Retained FF&E").

18.     The Liquidation Consultant may advertise and sell all furniture, fixtures, and equipment located at each Closing Store as of the Sale Commencement Date which is not Retained FF&E (collectively, the "Offered FF&E") in a manner consistent with these Sale Guidelines and the Closing Store Agreement.

19.     The purchasers of any Offered FF&E sold at any Closing Stores shall be permitted to remove the Offered FF&E either through the back shipping areas at any time, or through other areas after Closing Store business hours, consistent with the operating hours of the Closing Store or shopping center; provided, however, that Offered FF&E that can fit in shopping bag or shopping cart may be removed through the front door during normal business hours.

20.     All Merchandise, Merchant's Consignment Goods, and Additional Agent Goods (as each is defined in the Closing Store Agreement) and all Offered FF&E shall be sold free and clear of all claims, liens, and encumbrances.

21.     Upon the earlier of (a) the completion of the Closing Sale at a Closing Store or (b) the Sale Termination Date, the Liquidation Consultant shall leave each Closing Store in broom clean condition and shall abandon all Retained FF&E and all unsold Offered FF&E in a neat and orderly manner.

22.     Sports Authority may abandon any Retained FF&E and all unsold Offered FF&E that it has not removed and any unsold FF&E located at a Closing Store (collectively, the "Remaining Property").

23.     The Liquidation Consultant and its respective agents and representatives shall continue to have exclusive and unfettered access to the Closing Stores until the conclusion of the applicable Sale Term for each Store under the Closing Store Agreement.

24.     The rights of any Landlord as against Sports Authority's estates for any damages caused to a Closing Store shall be reserved in accordance with the provisions of the applicable lease. If and to the extent that a Landlord of any Closing Store affected hereby contends that the Liquidation Consultant or Sports Authority are in breach of or default under these Sale Guidelines, such Landlord shall deliver notice on the following parties via email or deliver written notice so as to ensure delivery thereof within one business day thereafter: (a) Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 (Attn: Robert A. Klyman, Esq., and Sabina Jacobs, Esq.), rklyman@gibsondunn.com, sjacobs@gibsondunn.com;

(b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Michael R. Nestor, Esq., and Andrew L. Magaziner, Esq.), mnestor@ycst.com, amagaziner@ycst.com; and (c) [_____].

*[End of Sale Guidelines]*