# EXHIBIT A

## PROPOSED ORDER

01:18749111.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. ____ |

**ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554 OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULE 6004, AUTHORIZING
(A) REJECTION OF CERTAIN UNEXPIRED LEASES OF
NON-RESIDENTIAL REAL PROPERTY *NUNC PRO TUNC* TO MAY 31, 2016; AND
(B) ABANDONMENT OF ANY REMAINING PROPERTY LOCATED
AT THE LOCATIONS COVERED BY SUCH LEASES**

Upon the *Debtors' Fourth Omnibus Motion for Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code, and Bankruptcy Rule 6004, Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property* Nunc Pro Tunc *to May 31, 2016, and (B) Abandonment of Any Remaining Property Located at Locations Covered by Such Leases* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

01:18749111.1

U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found that the relief sought in the Motion is in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to reject the Rejected Leases *nunc pro tunc* to May 31, 2016, and, to the extent not already terminated, the Rejected Leases set forth on <u>Schedule 1</u> hereto are hereby rejected effective as of May 31, 2016.

3. The Debtors are authorized to abandon any Remaining Property located at the Rejected Stores free and clear of all liens, claims, encumbrances, interests, and rights of third parties.  Once such property is abandoned, the applicable Landlords are authorized to dispose of the Remaining Property, without further notice and without any liability to any individual or entity that may claim an interest in such Remaining Property, and such abandonment shall be without prejudice to any Landlord's right to assert any claim based on such abandonment and without prejudice to the Debtors' to any other party in interest to object thereto.  The automatic stay is modified to the extent necessary to allow such dispositions.

01:18749111.1

4. Within three (3) business days after entry of this Order, the Debtors shall serve this Order and the schedules attached hereto on applicable Landlords to the Rejected Leases.

5. In accordance with paragraph 7 of the *Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 1351], the Landlords to the Rejected Leases shall have until the date that is thirty (30) days following entry of this Order to file any and all claims arising from the Debtors' rejection of the Rejected Leases.

6. Any claims held by the Debtors against the Landlords, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Leases, are fully preserved.

7. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Rejected Leases were terminated prior to May 31, 2016, or that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of such lease or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates.

8. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code, and all such rights are reserved.

9. To the extent that Bankruptcy Rule 6004(h) is applicable, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4

11. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June __, 2016
Wilmington, Delaware

                                            _____
                                            MARY F. WALRATH
                                            UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE 1

## REJECTED LEASES

| Store No. | Landlord | Property Location | Address for Notice |
|---|---|---|---|
| 54 | 777 Tamalpais Drive Inc. | 435 Corte Madera Ave<br>Corte Madera, CA 94925 | 777 Tamalpais Drive Inc.<br>c/o Colliers International<br>100 Corte Madera Town Center<br>Corte Madera, CA 94925 |
| 68 | Klamath-Jefferson, LLC | 2870 S 6th Street<br>Klamath Falls, OR 97603 | Klamath-Jefferson, LLC<br>P. O. Box 1583<br>Corvallis, OR 97339 |
| 75 | Village Square Retail Center, LLC | 727 West Route 22<br>Lake Zurich, IL 60047 | Village Square Retail Center, LLC<br>745 Ela Road<br>Lake Zurich, IL 60047 |
| 147 | Brookside (E&A), LLC | 4543 Main Street<br>Bridgeport, CT 06606 | Brookside (E&A), LLC<br>c/o EDENS<br>Attn: Legal Department<br>1221 Main Street, Suite 1000<br>Columbia, SC 29201 |
| 230 | OWRF Baybrook, LLC | Bay Area Blvd<br>Friendswood, TX 77546 | OWRF Baybrook, LLC<br>c/o O'Connor Capital Partners<br>535 Madison Avenue<br>23rd Floor<br>New York, NY 10022 |
| 223 | Inland American League City Victory Lakes Limited Partnership | 2620 Gulf Freeway South<br>League City, TX 77573 | Inland American League City Victory Lakes Limited Partnership<br>c/o Inland American Retail Management, L.L.C. / Bldg. 44700<br>Attn: Leticia Henry<br>12340 Jones Road Suite 290<br>Houston, TX 77070 |
| 237 | Fairway Phase III Associates, L.P. | 3949 Fairway Plaza<br>Pasadena, TX 77505 | Fairway Phase III Associates, L.P.<br>4500 Bissonnet, Suite 300<br>Bellaire, TX 77401 |
| 238 | Inland American South Frisco Village LLC | 2930 Preston Road Ste. 200-B<br>Frisco, TX 75034 | Inland American South Frisco Village LLC<br>2901 Butterfield Road<br>Oakbrook, IL 60523 |
| 273 | OPCLK, LLC | 12014 W. 95 Street<br>Lenexa, KS 66215 | OPCLK, LLC<br>Attn: Lease Administration<br>570 Delaware Avenue<br>Buffalo, NY 14202 |

| Store No. | Landlord | Property Location | Address for Notice |
|---|---|---|---|
| 275 | ARC TSKCYMO001, LLC | 8980 NW Skyview Ave. Kansas City, MO 64154 | ARC TSKCYMO001, LLC American Realty Capital Retail Operating Partnership, LP 106 York Road Jenkintown, PA 19046 |
| 283 | Carriage Crossing Market Place, LLC | 10337 E. Shelby Drive Collierville, TN 38017 | Carriage Crossing Market Place, LLC c/o Jim Wilson & Associates, LLC Attn: Alice Skinner 2660 East Chase Lane, Suite 100 Montgomery, AL 36117 |
| 363 | Realty Income Corp | 7500 W. Colonial Dr. Orlando, FL 32818 | Realty Income Corp 600 La Terraza Blvd. Escondido, CA 92025 |
| 500 | Equity One (Northeast Portfolio), Inc. | 171 West 230th Street Bronx, NY 10463 | Equity One (Northeast Portfolio), Inc. c/o Equity One Attn: General Counsel 1600 NE Miami Gardens Drive North Miami Beach, FL 33179 |
| 697 | The Macerich Company | 1004 N Promenade Pkwy Casa Grande, AZ 85222 | The Macerich Company WP Casa Grande Retail LLC c/o WDP Partners Todd Chester 11411 North Tatum Blvd. Phoenix, AZ 85028-2399 |
| 765 | Madonna Plaza SRT LP | 243 Madonna Rd San Luis Obispo, CA 93405 | Madonna Plaza SRT LP c/o Schottenstein Property Group Attn: Sr. V.P. Real Estate 4300 East Fifth Avenue Columbus, OH 43219 |
| 777 | DDR Tucson Spectrum II LLC Attn: Executive Vice President - Leasing c/o DDR Corp. 3300 Enterprise Parkway Beachwood, OH 44122 | 5185 S. Calle Cruz Road Tucson, AZ 85746 | DDR Tucson Spectrum II LLC Attn: Executive Vice President - Leasing c/o DDR Corp. 3300 Enterprise Parkway Beachwood, OH 44122 |