IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.,* | Case No. 16-10527 (MFW) <br> Jointly Administered |
| Debtors. | **Re: Docket No. 1210** |

## CURE COST OBJECTION OF JJD, LLC

Pursuant to the terms of the Notice of Possible Assumption and Assignment of Certain executory Contracts and Unexpired Leases in Connection with Sales [Docket No. 1210] ("Notice of Cure Costs"), JJD, LLC ("JJD"), by its attorneys, hereby files this objection to the Cure Costs stated in Notice of Cure Costs.[1]

JJD is the landlord for The Sports Authority, Inc. ("Debtor") under lease ("Lease") with respect to Store No. 158 located in Braintree, Massachusetts ("Store"). A true and correct copy of the Lease is attached hereto as Exhibit "A". The Notice of Cure Costs for the Store states Rent at $126,116.99, an unexplained deduction of $13,840.06 for "Occupancy Related Charges" and a Cure Amount of $112,276.93. The amounts are in error in several respects. The actual costs to cure Debtor's defaults under the Lease, as of May 31, 2016, are as follows:

---

[1] By email dated May 20, 2016, Debtors' counsel granted JJD an extension of time to June 3, 2016 to file and serve its objection.

| | |
|---|---|
| Rent (March, 2016) | $ 98,874.99 |
| Monthly real estate tax estimate (March, 2016) | $ 16,113.00 |
| CAM Charges (3 months at $5,371 per month) | $ 16,113.00 |
| Annual true-up for CAM charges | $   2,569.67 |
| Total Arrearage: | $134,057.66 |
| Actual legal fees incurred addressing tenant default and bankruptcy (through May 26, 2016)[2] | $   6,138.75 |
| Additional legal fees to be incurred (estimated) | $   5,000.00 |
| **TOTAL AMOUNT TO CURE:** | **$145,196.41** |

Dated: May 27, 2016
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    */s/ Kevin M. Capuzzi*
Michael J. Barrie, Esquire (No. 4684)
Kevin M. Capuzzi, Esquire (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone:  (302) 442-7010
Facsimile:   (302) 442-7012
nbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com

*Counsel to JJD, LLC*

---

[2] Inclusive of billed and unbilled time.

## Certificate of Service

I, David J. Reier, hereby certify that, on this 27th day of May, 2016 I caused the foregoing Cure Cost Objection of JJD, LLC to be served by mailing copies thereof, first-class, postage prepaid, to the Notice Parties listed below.

/s/ David J. Reier

## Notice Parties

Young Conaway Stargatt & Taylor, LLP
Attn:   Michael R. Nestor, Esq. and
        Andrew L. Magaziner, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801


Gibson, Dunn & Crutcher, LLP
Attn:   Robert A. Klyman, Esq. and
        Matthew J. Williams, Esq.
333 South Grand Avenue
Los Angeles, CA 90071

Pachulski Stang Ziehl & Jones LLP
Attn:   Bradford J. Sandler, Esq.
        Robert J. Feinstein, Esq.
        Jeffery N. Pomerantz, Esq.
919 N. Market St., 17th Floor
Wilmington, DE 19801

Office of the U.S. Trustee for the
District of Delaware
Attn:  Hannah J. McCollum, Esq.
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Riemer & Braunstein LLP
Attn:   Donald E. Rothman, Esq.
Three Center Plaza
Boston, MA 02108

Brown Rudnick LLP
Attn: Robert J. Stark, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036

Choate, Hall & Stewart LLP
Attn: Kevin J. Simard, Esq.
Two International Place
Boston, MA 02110

O'Melveny & Meyers LLP
Attn: John J. Ripisardi, Esq.
7 Times Square, Broadway
New York, NY 10036