**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 20, 1699 & 1742 |

**NOTICE OF FILING OF (I) FOURTH AMENDMENT TO
DIP CREDIT AGREEMENT AND (II) AMENDED DIP BUDGET**

   **PLEASE TAKE NOTICE** that, on March 2, 2016, Sports Authority Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364; (II) Granting Liens and Superpriority Claims to Post-Petition Lenders Pursuant to 11 U.S.C. §§ 364 and 507; (III) Authorizing the Use of Cash Collateral and Providing Adequate Protection to Prepetition Secured Parties and Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2* [Docket No. 20] (the "DIP Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the DIP Motion as Exhibit B was the DIP Credit Agreement.

   **PLEASE TAKE FURTHER NOTICE** that, on May 3, 2016, the Court held a final hearing to consider the DIP Motion (the "Final DIP Hearing"), at which time the Court approved the relief requested in the DIP Motion on a final basis, as modified on the record at the Final DIP Hearing and memorialized in the final form of order [Docket No. 1699] (the "Final DIP Order"). As represented by the Debtors at the Final DIP Hearing, on May 5, 2016, the Debtors filed that certain *Notice of Filing of Approved Final DIP Budget* [Docket No. 1742] (the "DIP Budget") in connection with the Final DIP Order.

   **PLEASE TAKE FURTHER NOTICE** that, in light of the Debtors' enterprise-wide store closing sales approved pursuant to that certain *Order, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Approving Sale of Debtors' Assets and Granting Related Relief* [Docket No. 2081] on May 24, 2016, the Debtors, the DIP Agent and the other parties signatory thereto (collectively, the "DIP Parties") have agreed to amend the DIP Credit Agreement pursuant to that certain Fourth Amendment to DIP Credit Agreement attached hereto as

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2]  All capitalized terms used and not defined herein shall have the meanings ascribed to them in the DIP Motion.

**Exhibit A** (the "Fourth Amendment").  Pursuant to paragraph 58 of the Final DIP Order, the Fourth Amendment will be executed by the DIP Parties upon the passage of five (5) business days following the date of this Notice.  At the same time, the DIP Parties have also agreed to a revised form of the DIP Budget (the "Amended DIP Budget"), a copy of which is attached hereto as **Exhibit B**.

Dated:  June 1, 2016
          Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kenos@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Matthew J. Williams (NY No. 3019106)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
mjwilliams@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*