## Exhibit B

**Amended DIP Budget**

01:18620625.1

The Sports Authority
DIP Cash Flow - BAML
($ in 000's)

The Sports Authority
DIP Cash Flow - BAML
($ in 000's)

| 4-5-4 Month | May | TRANS-ACTION | Jun | Jun | Jun | Jun | Jun | Jul | Jul | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 5/28/16 | | 6/4/16 | 6/11/16 | 6/18/16 | 6/25/16 | 7/2/16 | 7/9/16 | 7/16/16 | |
| Fiscal Week # | 13 | | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| Store Count | 449 | | 129 | 129 | 129 | 129 | 0 | 0 | 0 | |
| Forecast/Actual | Forecast | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | |
| **SALES ASSUMPTIONS** | | | | | | | | | | |
| 1) Retail Store Sales Comp | -28.0% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | |
| 2) e-Commerce Sales Comp | 0.0% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | |
| **I. CASH FLOW** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| 3) Retail Store | 41,232 | - | 21,376 | 12,736 | 9,675 | 3,977 | 106 | - | - | 89,102 |
| 4) e-Commerce | 2,593 | - | 2,110 | - | - | - | - | - | - | 4,703 |
| 5) Other | 100 | - | - | - | - | - | - | - | - | 100 |
| 6) Inventory Auction Proceeds | - | 307,554 | - | - | - | - | - | - | 65,355 | 372,909 |
| 7) All Other Post-Sale Proceeds | - | - | - | - | - | - | - | - | - | - |
| 8) **Total Cash Receipts** | 43,925 | 307,554 | 23,487 | 12,736 | 9,675 | 3,977 | 106 | - | 65,355 | 466,815 |
| **Cash Disbursements** | | | | | | | | | | |
| *Operating* | | | | | | | | | | |
| 9) Merchandise Payments | (8,300) | - | (6,065) | (1,138) | (1,099) | (3,313) | - | - | (10,196) | (30,112) |
| 10) PBS Escrow Funding | - | - | - | - | - | - | - | - | - | - |
| 11) Payroll, Payroll Taxes, and Benefits | (6,939) | - | (4,656) | (6,221) | (968) | (1,097) | (745) | (688) | - | (21,313) |
| 12) Rent and Occupancy | (3,816) | - | (7,683) | (176) | (176) | (1,124) | - | - | - | (12,976) |
| 13) Utilities | (834) | - | (302) | (197) | (234) | (150) | (100) | (197) | (234) | (2,248) |
| 14) Freight | (71) | - | - | - | - | - | - | - | - | (71) |
| 15) Capital Expenditures | (125) | - | - | - | - | - | - | - | - | (125) |
| 16) Sales Tax Payments | (3,645) | - | (544) | (114) | (770) | (6,629) | (516) | - | - | (12,217) |
| 17) Marketing & Other Disbursements | (3,629) | - | (492) | (417) | (298) | (778) | - | - | - | (5,614) |
| 18) **Total Operating Cash Disbursements** | (27,358) | - | (19,744) | (8,263) | (3,546) | (13,090) | (1,361) | (885) | (10,430) | (84,676) |
| *Financing* | | | | | | | | | | |
| 19) Revolver Interest | (769) | - | - | - | - | - | - | - | - | (769) |
| 20) DIP Interest | - | - | - | - | - | - | - | - | - | - |
| 21) Other Interest and Fees | (568) | - | - | - | - | - | - | - | - | (568) |
| 22) Principal Paydown | - | - | - | - | - | - | - | - | - | - |
| 23) Lender DIP Fee | - | - | - | - | - | - | - | - | - | - |
| 24) Professional Fees / Retainers | - | - | - | (6,108) | - | - | - | - | (5,613) | (11,721) |
| 25) **Total Financing Cash Disbursements** | (1,337) | - | - | (6,108) | - | - | - | - | (5,613) | (13,058) |
| *Bankruptcy Related Payments* | | | | | | | | | | |
| 26) Wind Down Costs | 5,535 | - | (5,081) | 69 | (1,148) | (1,148) | (2,919) | (1,863) | (1,271) | (7,826) |
| 27) Agency Fee on GOB | (188) | - | (190) | (173) | (144) | (97) | - | - | - | (793) |
| 28) Net PBS Activity | - | - | 892 | 1,438 | 1,264 | 1,169 | 1,068 | 970 | 922 | 7,722 |
| 29) Stub Rent | (8,500) | - | - | - | - | - | - | - | - | (8,500) |
| 30) 503(b)9 | - | - | - | - | - | - | - | - | - | - |
| 31) Gift Card Reimbursement | - | - | - | (1,436) | (1,436) | (1,436) | (1,436) | (1,436) | (1,436) | (8,618) |
| 32) **Total Bankruptcy Cash Disbursements** | (3,153) | - | (4,379) | (103) | (1,464) | (1,513) | (3,287) | (2,329) | (1,786) | (18,014) |
| *Distributions to Creditors* | | | | | | | | | | |
| 33) Distributions to Term Loan Lenders | - | - | - | - | - | - | - | - | - | - |
| 34) Distributions to UCC (excl 503(b)9) | - | - | - | - | - | - | - | - | - | - |
| Total Distributions to Creditors | - | - | - | - | - | - | - | - | - | - |
| 35) **Total Cash Disbursements** | (31,848) | - | (24,123) | (14,474) | (5,010) | (14,603) | (4,648) | (3,214) | (17,828) | (115,748) |
| 36) **Net Cash Flow Before Borrowings** | 12,076 | 307,554 | (636) | (1,738) | 4,665 | (10,626) | (4,542) | (3,214) | 47,527 | 351,067 |
| 37) Starting Est. Book Available Cash | (4,315) | (14,515) | 35,716 | 35,080 | 33,342 | 38,007 | 27,382 | 22,840 | 19,626 | (4,315) |
| 38) Add: Net Cash Flow Before Borrowings | 12,076 | 307,554 | (636) | (1,738) | 4,665 | (10,626) | (4,542) | (3,214) | 47,527 | 351,067 |
| 39) Add: Funding of New Money DIP | - | - | - | - | - | - | - | - | - | - |
| 40) Revolver and FILO Principal Borrowings / (Paydowns) | (22,277) | (257,323) | - | - | - | - | - | - | (10,000) | (289,600) |
| 41) Ending Est. Book Available Cash | (14,515) | 35,716 | 35,080 | 33,342 | 38,007 | 27,382 | 22,840 | 19,626 | 57,153 | 57,153 |
| 42) Add: Est. Outstanding Checks | 21,515 | 21,515 | 11,846 | 4,958 | 2,127 | 7,854 | 816 | 531 | 6,258 | 6,258 |
| 43) **Ending Est. Bank Available Cash** | 7,000 | 57,231 | 46,926 | 38,300 | 40,135 | 35,236 | 23,656 | 20,157 | 63,411 | 63,411 |
| **II. FINANCING** | | | | | | | | | | |
| 44) Starting Revolver Balance | (178,119) | (155,842) | - | - | - | - | - | - | - | (178,119) |
| 45) Paydowns / (Borrowings) | 22,277 | 155,842 | - | - | - | - | - | - | - | 178,119 |
| 46) **Ending Revolver Balance** | (155,842) | - | - | - | - | - | - | - | - | - |
| 47) FILO | (95,285) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | - | - |
| 48) Ending Revolver Balance | (155,842) | - | - | - | - | - | - | - | - | - |
| 49) Ending LC Balance | (16,196) | - | - | - | - | - | - | - | - | - |
| 50) **Total ABL Exposure** | (267,323) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | - | - |