UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:

SPORTS AUTHORITY HOLDINGS, INC., et al.[1]
a/k/a SPORTS AUTHORITY

Debtors.

---

Chapter 11

Bankr. No. 16-10527 (MFW)

(Jointly Administered)

Obj. Deadline: June 22, 2016 at 4:00 p.m.
Hearing Date: June 28, 2016 at 10:30 a.m.

## MOTION OF PLANALYTICS, INC.
## FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Planalytics, Inc. ("Planalytics"), by and through its undersigned attorneys, hereby moves (the "Motion") for allowance of an administrative expense claim in the amount of $29,806.45 pursuant to 11 U.S.C. § 503(b)(1)(A). In support of the Motion, Planalytics respectfully states as follows:

### Background

1. On March 2, 2016 (the "Petition Date"), TSA Stores, Inc. (the "Debtor" and, together with the other debtors in these jointly administered cases, the "Debtors") filed voluntary petitions for relief (the "Petitions") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Planalytics is a creditor of the Debtor and an interested party in the Debtors' bankruptcy cases.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Carbide, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

DM3\4033595.1

3. Prior to the Petition Date, Planalytics and the Debtor were parties to a certain Customer Agreement dated April 30, 2013 and Schedule "A" thereto dated May 3, 2013 (collectively, the "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit "A" and is incorporated herein by reference.

4. Pursuant to the terms and conditions of the Agreement, the Debtor was granted a non-exclusive, non-transferrable license to use Planalytics' Business Weather intelligence applications as well as any of Planalytics' Technology (as defined in Section 1.7 of the Agreement) necessary to utilize the license.

5. In consideration for the use and enjoyment of this license and technology, the Debtor was required to pay a flat fee of $14,000 per month.

6. From May 3, 2013 through and including May 6, 2016, the Debtor continued to use and enjoy the license and access to Planalytics' Business Weather analytics and data.[2]

7. On or about May 4, 2016, the Debtors filed their *Third Omnibus Motion For Order, Pursuant to Sections 105(A) and 365(A) of the Bankruptcy Code, Authorizing the Rejection of Certain Executory Contracts, Nunc Pro Tunc to May 6, 2016* (the "Rejection Motion").

8. In their Rejection Motion, the Debtors sought leave of Court to reject the Agreement.

9. On May 24, 2016, this Court entered an Order (the "Rejection Order") approving the Rejection Motion and authorizing the Debtors to reject the Agreement. *See,* Docket No. 2073.

---

[2] During this timeframe the Debtor paid all of the requisite license fees except for the months of January, February, March, April and May, 2016. Planalytics has already filed a proof of claim for the pre-petition arrearage (*e.g.,* the January and February license fees).

2

DM3\4033595.1

10. However, from the Petition Date until May 6, 2016, Planalytics' continued to permit the Debtors to use the licensed software and technology but, as noted herein, the Debtors have failed to pay to Planalytics the requisite license fees for the period from the Petition Date through May 6, 2016 (the "Outstanding Licensing Fee").

11. Based upon Planalytics' calculations, the Original Licensing Fee aggregates $30,709.68, calculated based on the requisite monthly license fee of $14,000 plus a *pro-rata* portion for the period from May 1, 2016 through May 6, 2016.

### Jurisdiction and Venue

12. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

13. The venue of the bankruptcy cases and this Motion are proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

14. Planalytics respectfully requests that this Court enter an order allowing Planalytics an administrative expense claim for the full amount of the Outstanding Licensing Fee pursuant to § 503(b)(1)(A) of the Bankruptcy Code.

### Basis for the Administrative Expense Claim

15. Pursuant to § 503(b)(1)(A) of the Bankruptcy Code, there shall be allowed administrative expenses for the actual, necessary costs and expenses of preserving the estate including the *compensation for services rendered after the commencement of a case.*

16. It is well established that "if the debtor elects to continue to receive benefits from the other party to an executory contract pending a decision to reject or assume the contract, the debtor is obligated to pay for the reasonable value of those services, which, depending on the circumstances of the particular contract, may be what is specified in the contract." *In re Pre-*

DM3\4033595.1

*Press Graphics Co., Inc.*, 287 B.R. 726, 731 (Bankr. N.D. Ill. 2003) (citing *Nat'l Labor Relations Bd. v. Bildisco*, 465 U.S. 513, 531 (1984)).

17. In this case, the Debtors were able to use Planalytics' Technology and the licensed business weather software for more than two (2) months post-petition.

18. The Debtors, however, did not pay for their use and enjoyment of the aforementioned technology and licensed software.

19. As a consequence, Planalytics should be entitled to receive an administrative claim for the Debtors' post-petition/pre-rejection use and enjoyment of the aforementioned technology and license in the amount of $30,709.68.

## Reservation of Rights

20. Planalytics hereby expressly reserves its right to assert additional claims against the Debtors and their estates and to amend, modify and/or supplement this request.

WHEREFORE, Planalytics respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit "A", allowing Planalytics an allowed administrative expense claim in an amount of $30,709.68 pursuant to § 503(b)(1)(A) of the Bankruptcy Code, and granting such other relief as the Court deems just and proper.

Dated: June 1, 2016               DUANE MORRIS LLP

By: */s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esq. (DE ID #4181)
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 689-4951 (facsimile)
    and
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
(302) 657 4900
(302) 657 4901 (facsimile)

*Attorney for Planalytics, Inc.*

DM3\4033595.1