**EXHIBIT "A"**

SCHEDULE A
to the
CUSTOMER AGREEMENT
By and Between Planalytics, Inc.
and
TSA Stores, Inc.

**PLANALYTICS BUSINESS WEATHER INTELLIGENCE® PLATFORM**

**PACKAGES**
☒ CONSUMER INSIGHTS℠
☐ AGRIBUSINESS INSIGHTS℠
☐ ENERGY PROCUREMENT INTELLIGENCE℠
☐ FINANCIAL INSIGHTS℠
☒ WEATHERSMART℠ MARKETING

☒ Up to fifteen (15) Product Categories* and one (1) Retail Store List/Channel

*Additional Product Categories can be added for $1,000/Category per month. Includes Reports, Alerts and Decision Tool Deliverables

**ADDITIONAL SERVICES**
☐ System Integration of Business Weather Intelligence® into client custom or third party packaged software
☐ Board Level Presentation (4 Quarterly Reports)
☐ Store Clustering
☐ Other

**QUICK START SUBSCRIPTION PROGRAM**
Standard License          $14,000/month*
One time set-up fee       $45,000

*Includes up to 100 users. Additional Users can be added for $350/per User per month.

**GEOGRAPHY**
☐ North America
☒ United States
☐ Canada
☐ Mexico
☐ Europe
☐ Asia
☐ South America
☐ Africa
☐ Australia/New Zealand
☐ Other

**TERM** The term of this Schedule shall commence upon the date of execution of this Schedule. Either party may terminate this Schedule at any time upon ninety (90) days prior written notice to the other party. Termination shall be effective ninety (90) days following receipt of written notice of termination. Customer is obligated for payment for future months of service information received prior to the effective date of termination.

**LICENSE FEE** In consideration for the right and license to access and use the Business Weather Intelligence Platform during the Term of this Schedule, Customer shall pay Planalytics $14,000 per month. The first monthly payment and a one-time initial setup fee of $45,000 is due upon execution of this Schedule. Thereafter fees will continue to be invoiced on a monthly basis.

**CONSULTANCY FEES** The License Fee includes quarterly reviews and status updates. Additional consulting services may be provided from time to time to further support Customer's business. Such consulting services will only be provided upon Customer's written request and at mutually agreed upon fees.

**EXPENSES** Customer shall reimburse Planalytics at cost for all reasonable preapproved in writing by Customer travel, living, and/or miscellaneous expenses incurred by Planalytics' personnel in providing services hereunder. Expenses are invoiced to Customer on a monthly basis and are due within forty five (45) days of receipt of invoice.

This Schedule is executed pursuant to the Customer Agreement dated as of the 30th day of April, 2013, the terms and conditions of which are incorporated herein by reference and shall be deemed to be a part hereof.

IN WITNESS WHEREOF, the parties have each executed this Schedule by their duly authorized officers or representatives.

TSA STORES, INC.

By: _____
Name: GREG WATERS
Title: EVP Merchandise
Date: 5-2-2013

PLANALYTICS, INC.

By: _____
Name: Scott A. Bernhardt
Title: President
Date: 5/13/13

## CUSTOMER AGREEMENT

This Customer Agreement (this "Agreement") is made and entered into this 30 day of April, 2013 (the "Effective Date") by and between Planalytics, Inc., having its principal place of business at 920 Cassatt Road, Suite 300, Berwyn, Pennsylvania 19312 ("Planalytics") and TSA Stores, Inc, having its principal place of business at 1050 West Hampden Avenue, Englewood, CO 80110 ("Customer").

NOW THEREFORE, in consideration of the mutual covenants and conditions set forth herein, and intending to be legally bound hereby, each of Planalytics and Customer agrees as follows:

1. DEFINITIONS.

1.1 *"Affiliate"* means any entity which directly or indirectly controls, is controlled by, or is under common control with the subject entity. "Control," for purposes of this definition, means direct or indirect ownership or control of more than 50% of the voting interests of the subject entity.

1.2 *"Agreement"* means this Customer Agreement and any and all Schedules attached to the Customer Agreement from time to time.

1.3 *"Confidential Information"* means all non-public material or information disclosed by either party, including without limitation the Customer Data, Content, Planalytics' Technology, business plans, product designs and business processes, technical information, inventions, developments, discoveries, know-how, methods and processes. Confidential Information does not include information which (i) prior to disclosure, is known to the public; (ii) after disclosure, becomes known to the public, through no act or omission of the recipient in violation of this Agreement; (iii) is required to be disclosed pursuant to applicable laws, rules or regulations or government requirement or court order (provided, however, that the recipient shall promptly advise the disclosing party of its notice of any such requirement or order); (iv) is already rightfully in the recipient's possession at the time of the disclosure other than as a result of disclosure by the disclosing party; or (v) is independently developed by or for the recipient.

1.4 *"Content"* means all data and other information contained, made available, downloaded, printed or received by Customer through the Service.

1.5 *"Customer Data"* means, if applicable, any non-public data provided or submitted by Customer to Planalytics for implementation or use through the Service.

1.6 *"Planalytics' Intellectual Property"* means all of Planalytics' unpatented inventions, patent applications, patents, design rights, copyrights, trademarks, service marks, trade names, domain name rights, know-how and other trade secret rights, and all derivatives thereof.

1.7 *"Planalytics Technology"* means all of Planalytics' proprietary technology, including but not limited to, the Business Weather Intelligence® and EnergyBuyer® applications, software, hardware, products, processes, algorithms, user interfaces, know-how, techniques, research, and designs owned or licensed to Planalytics and contained, made available, or received by Customer through the Service.

1.8 *"Schedule(s)"* means the Schedule attached hereto, and any subsequent Schedules, from time to time agreed upon between the parties and made part of this Customer Agreement, specifying, among other things, the Content, the number of Users, the term, and the fees.

1.9 *"Service"* means Planalytics' Business Weather Intelligence applications developed, operated, and maintained by Planalytics, including the Planalytics' Technology and the Content.

1.10 *"User"* means, unless otherwise specifically designated in a Schedule, an employee of Customer that is a user of the Service, with a unique log-in with individual user name and password combination.

2. LICENSE OF SERVICE AND CONTENT.

2.1 License. During the term of this Agreement and subject to the terms and conditions set forth herein and the then-current attached Schedule, Planalytics grants to Customer a non-exclusive, non-transferable right and license for Users to access and use the Service, in the ordinary course of Customer's business. Users are authorized to download and print the Content from the Service for Customer's internal business use but shall not remove any titles or any Planalytics' or third party logos, trademark, copyright or patent notices, or any proprietary or restricted rights notices that appear on the Content.

2.2 Users. Customer shall be responsible for each User's adherence to the terms and conditions of this Agreement and agrees to ensure that each User is made aware of and assents to Customer's obligations set forth in this Agreement. Customer agrees not to exceed the number of allocated Users set forth in the Schedule without Planalytics' prior written consent and payment of applicable upgrade fees. Customer agrees to provide Planalytics with the full name and email address of each User upon commencement of this Agreement and on a quarterly basis thereafter.

2.3 Provision of Content. All Content required to be delivered or provided by Planalytics to Customer shall be as described in the attached Schedule(s).

2.4 Uniform Subscriber Addendum. If Customer elects to have access to Planalytics' EnergyBuyer as part of the Service, Customer shall enter into and execute the Uniform Subscriber Addendum attached to this Agreement ("Addendum"). Access to the EnergyBuyer will not be provided until the Addendum is executed. Customer shall be responsible for the fulfillment of its obligations under the Addendum.

3. PROPRIETARY RIGHTS.

3.1 Except for the express license rights granted herein or permitted hereby, all right, title and interest in and to Planalytics' Intellectual Property, Planalytics' Technology, the Content (and any modifications, customizations, derivatives and/or upgrades thereof), shall be and remain the sole and exclusive property of Planalytics or its suppliers; provided, however, that the Customer shall own the Customer Data.

3.2 Planalytics retains all rights to knowledge, experience, know-how, discoveries, inventions, works, processes, ideas, concepts, tools and techniques developed by Planalytics in providing the Service hereunder.

3.3 Customer shall not reverse engineer, decompile or disassemble the Service, Planalytics' Technology, any third party software, or any part thereof, or otherwise attempt to modify or create any derivative works thereof.

3.4 Except as specifically set forth herein or in a Schedule, Customer shall not sell, lease, assign, sublicense, transfer, (whether by contract, merger, operation of law or otherwise) redistribute or disclose the Service or the Content, in whole or in part, to any third party except that Customer may disclose the Content to Customer's Affiliates, attorneys, consultants, and accountants.

4. TERM AND TERMINATION.

4.1 Term. The term of this Agreement is as set forth in the then-current attached Schedule and upon termination of Schedules, this Agreement shall terminate.

4.2 Termination for Breach. Either party may terminate this Agreement in the event of a material breach of the terms of this Agreement by the other party if such breach remains unremedied for thirty (30) days after receipt of written notice thereof by the breaching party, which such notice shall specify the breach.

4.3 Rights and Obligations after Termination. Upon any termination of this Agreement, Customer shall immediately cease accessing and using the Service. Except for Customer's termination pursuant to Section 4.2 of this Agreement for a material breach, termination of this Agreement shall not affect Planalytics' right to receive from Customer any fees accrued or payable to Planalytics for Content received or accessible by Customer prior to the effective date of termination.

5. PAYMENT.

5.1 Fees for Service. Customer shall pay Planalytics for the Service provided by Planalytics and the number of Users as specified in the attached Schedule(s). Planalytics, upon written notice to Customer, may increase the fees after the first year of the term of this Agreement and on an annual basis thereafter with a minimum of 120 days notice.

5.2 Expenses. Customer shall reimburse Planalytics for expenses as set forth in the attached Schedule(s).

5.3 Taxes. All fees due to Planalytics hereunder are exclusive of, and Customer shall pay or (if paid by Planalytics) reimburse Planalytics for any sales, use, property, license, value added, withholding, excise or similar tax, federal, state or local, that may be imposed upon or with respect to or in conjunction with the provision of the Service and the Content hereunder, exclusive of taxes based on Planalytics' net income.

5.4 Invoices. Unless otherwise stated in the Schedule, Customer shall remit payment to Planalytics within forty five (45) days of receipt of invoice. Planalytics may terminate the Service and/or provision of the Content if payment is late beyond ten (10) days.. Planalytics shall be entitled to recover its costs and expenses incurred in collecting any amounts due hereunder, including reasonable attorneys' fees.

6  DISCLAIMERS AND LIMITATIONS OF LIABILITY.

6.1 Disclaimer of Warranties. NEITHER PLANALYTICS NOR ANY AFFILIATE OF PLANALYTICS MAKES ANY WARRANTIES TO CUSTOMER, EITHER EXPRESS OR IMPLIED, IN FACT OR IN LAW, INCLUDING, WITHOUT LIMITATION, WITH RESPECT TO THE SERVICE, THE CONTENT, OR THE ACCURACY OR CORRECTNESS OF ANY FORECAST OR RECOMMENDATION, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS.

6.2 No Liability for Certain Damages. EACH PARTY AND ITS AFFILIATES HEREBY DISCLAIM LIABILITY TO THE OTHER PARTY, AND ACKNOWLEDGES AND AGREES TO SUCH DISCLAIMER, FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES OF ANY NATURE WHATSOEVER CAUSED OR ALLEGED TO BE CAUSED DIRECTLY OR INDIRECTLY BY SUCH PARTY OR ANY AFFILIATE OF SUCH PARTY, INCLUDING, WITHOUT LIMITATION, ANY DAMAGES WHATSOEVER INCURRED DUE TO (A) ANY RELIANCE PLACED BY CUSTOMER UPON ANY RECOMMENDATION MADE IN CONNECTION WITH THE SERVICE OR THE CONTENT OR (B) ANY INTERRUPTION OF SERVICE OR ANY LOSS OF PROFITS OR OTHER COMMERCIAL LOSS, REGARDLESS OF WHETHER SUCH CLAIM ARISES UNDER ANY THEORY OF TORT, CONTRACT, STRICT LIABILITY OR OTHERWISE AND REGARDLESS OF WHETHER SUCH PARTY HAS BEEN ADVISED OR IS AWARE OF THE POSSIBILITY OF SUCH DAMAGES. EXCEPT FOR EACH PARTY'S INDEMNIFICATION AND CONFIDENTIALITY OBLIGATIONS SET FORTH IN SECTIONS 7 AND 8 OF THIS AGREEMENT, IN NO EVENT SHALL EITHER PARTIES' LIABILITY FOR DAMAGES (OR ANY LIABILITY OF ANY AFFILIATE OF EITHER PARTY FOR DAMAGES) EXCEED THE ACTUAL PAYMENTS MADE TO PLANALYTICS.

7. INDEMNIFICATION.

7.1 Indemnification by Planalytics. Planalytics shall indemnify, defend and hold Customer, its respective officers, directors, and employees harmless from, against and in respect of, any and all damages, losses, deficiencies, liabilities, costs and expenses (including reasonable attorneys' fees and settlement amounts) that result from any third party claim, suit or proceeding brought against Customer based upon any claim that the Service, when utilized in accordance with the terms of this Agreement, infringes upon or misappropriates a third party United States patent ("Infringing Claim"), except to the extent such claims are attributable to (i) a breach by Customer of any provisions of this Agreement or any Schedule; (ii) Customer Data provided by the Customer; or (iii) any combination, operation or use of the Service with other products or services not provided by Planalytics, if such infringement would have been avoided in the absence of such combination, operation or use; provided that Planalytics is notified promptly in writing of the Infringing Claim and that Customer provides reasonable cooperation to Planalytics in connection with the defense or settlement of any such suit or proceeding. THE FOREGOING STATES THE ENTIRE OBLIGATION OF PLANALYTICS AND ITS AFFILIATES AND THE EXCLUSIVE REMEDY OF CUSTOMER WITH RESPECT TO ANY ALLEGED INFRINGEMENT.

7.2 Indemnification by Customer. Customer shall indemnify, defend and hold Planalytics, its affiliates and subsidiaries, and their respective officers, directors, and employees harmless from, against and in respect of, any and all damages, losses, deficiencies, liabilities, costs and expenses (including reasonable attorneys' fees and settlement amounts) that result from, relate to or arise out of (i) any breach of Customer's obligations pursuant to Sections 2.2 and 3.4 of this Agreement or (ii) Customer Data provided by Customer; provided that Customer is notified promptly in writing of the claim and that Planalytics provides reasonable cooperation to Customer in connection with the defense or settlement of any such suit or proceeding.

8. OBLIGATION OF CONFIDENTIALITY. Each party agrees to use the other party's Confidential Information solely as authorized under this Agreement. Each party shall advise its employees of its obligations of confidentiality under this Agreement and shall be responsible for ensuring compliance with such obligations.

9. INJUNCTIVE RELIEF. The parties agree that in addition to other remedies available, either party shall be entitled to immediately pursue preliminary and/or permanent injunctive relief, without the necessity of proving actual damages, in connection with any violation of the provisions of this Agreement pertaining to the obligations of confidentiality hereunder or the license rights granted hereunder.

10. FORCE MAJEURE. Any failure, interruption or delay in providing services hereunder shall not constitute a breach of this Agreement if such event results from any of the following causes: strikes, labor disputes, boycotts, riots, civil insurrection, war or national emergencies, governmental restrictions, acts of God, or any other cause beyond Planalytics' control.

11. MISCELLANEOUS. This Agreement, the attached Schedule(s), and, if applicable, the attached Addendum, constitute the entire agreement between the parties and supersede any and all prior and contemporaneous understandings, written or oral, concerning the subject matter hereof, and shall be binding only when executed by both parties hereto. Any waiver, amendment or modification of any provision of this Agreement must be approved in writing by a duly authorized representative of each party. Unless expressly stated otherwise, in the event of any inconsistency or conflict between the terms and conditions of this Agreement and the terms and conditions of any Schedule, the terms and conditions of the Schedule shall control. Upon prior written notice to Planalytics, Customer may assign or transfer this Agreement, or any of its rights or obligations under this Agreement, whether by contract, merger, operation of law or otherwise. The failure of either party to insist on strict performance of this Agreement, or the waiver by either party of any breach of any term of this Agreement, shall not prevent any subsequent enforcement of such terms or be deemed a waiver of any subsequent breach, whether similar in nature or not. This Agreement has been made in accordance with, and its interpretation and enforcement shall be governed by, the laws of the Commonwealth of Pennsylvania without regard to its principles of conflicts of law. If any provision contained in this Agreement is held to be unenforceable, this Agreement shall be construed without such provision in a manner that comes closest to expressing the original intention of the parties hereto, and this Agreement shall be enforceable as so modified. Whenever any party is required or permitted to give notice to the other party pursuant to this Agreement, such notice shall be in writing and shall be deemed given when delivered in hand or by fax or overnight delivery, or three business days after mailing when mailed registered or certified mail, return receipt requested, postage prepaid, to the address provided in this Agreement. This Agreement may be executed electronically or by fax and in counterparts, each of which shall constitute an original and taken together shall constitute one and the same instrument. Sections 3, 4.3, 5, 6, 7, 8, 9, and 11 of this Agreement shall survive the termination of this Agreement, and the parties shall be bound by such provisions after termination hereof.

IN WITNESS WHEREOF, the parties have each caused this Agreement to be signed and delivered by their duly authorized officers or representatives as of the date first set forth above.

TSA STORES, INC.

By: _____
Name: Greg Waters
Title: EVP merchandise
Date: 4-30-13

PLANALYTICS, INC.

By: _____
Name: Scott A. Bernhardt
Title: President
Date: 5/3/13

3