UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------------x
: 
In re: : Chapter 11
:
SPORTS AUTHORITY HOLDINGS, INC., *et al.*[1] : Bankr. No. 16-10527 (MFW)
a/k/a SPORTS AUTHORITY :
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x

**ORDER GRANTING MOTION OF PLANALYTICS, INC.
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion of Planalytics, Inc. for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "Motion") and adequate notice of the Motion having been provided, and the Court having considered any objections filed with respect to the Motion, as well as oral argument of counsel; and a hearing have been conducted on the Motion; and for good cause shown,

**IT IS HEREBY:**

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that within ten (10) days of the entry of this Order, the Debtors shall pay to Planalytics, Inc., in immediately available funds, the sum of $30,709.68.

Dated: _____, 2016

                                              HONORABLE MARY F. WALRATH,
                                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Carbide, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

DM3\4033595.1