UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
In re: : Chapter 11
:
SPORTS AUTHORITY HOLDINGS, INC., *et al.*[1] : Bankr. No. 16-10527 (MFW)
a/k/a SPORTS AUTHORITY :
                  Debtors. : (Jointly Administered)
---------------------------------------------------------------- x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on June 1, 2016, Planalytics, Inc. filed the attached *Motion of Planalytics, Inc. for Allowance of Administrative Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 and served so as to actually be received by the undersigned counsel for Planalytics, Inc. on or before **June 22, 2016 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Mary F. Walrath at the Bankruptcy Court, 5th Floor, Courtroom 4, on **June 28, 2016 at 10:30 a.m. prevailing Eastern time.**

Dated: June 1, 2016

                                                     DUANE MORRIS LLP

                                                     By: */s/ Lawrence J. Kotler*
                                                     Lawrence J. Kotler, Esq. (DE ID #4181)
                                                   30 South 17th Street
                                                   Philadelphia, PA 19103-4196
                                                   (215) 979-1000
                                                   (215) 689-4951 (facsimile)
                                                         and
                                                   222 Delaware Avenue, Suite 1600
                                                   Wilmington, DE 19801-1659
                                                   (302) 657 4900
                                                   (302) 657 4901 (facsimile)

                                                   *Attorney for Planalytics, Inc.*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Carbide, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

DM3\4033595.1