IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                               :    Chapter 11
                                                     :
SPORTS AUTHORITY HOLDINGS,                           :    Case No. 16-10527 (MFW)
INC.,                                                :
et al.,                                              :    Jointly Administered
                                                     :
Debtors.                                             :
                                                     x
----------------------------------------------------

### DENO DIKEOU'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

DENO DIKEOU ("Dikeou") files this request for administration expense and says as follows:

1. Dikeou and TSA Stores, Inc. (the "Debtor") entered into a Lease for a building at Waterford Tower Shopping Center, 610 North Alafaya Trail, Orlando, Florida 32828. Part of the Lease is attached as Exhibit A.

2. In Section 3.4 of the Lease it is provided that Dikeou as Landlord would pay the real estate taxes and the Debtor as Tenant was to pay its pro rata share of real estate taxes within 30 days after the Tenant's receipt of the Landlord's statement accompanied by the tax bill.

3. Payment of the Debtor's pro rata share of the 2016 real estate tax bill is due from January 1, 2016 to June 7, 2016.

4. The Debtor filed Chapter 11 on March 2, 2016 and did not pay to Dikeou the rent due from March 2, 2016 to March 31, 2016.

{01422759;1}

5. The Debtor's anticipated date of rejection of the Lease will be effective as of June 7, 2016.

6. Dikeou requests the following administrative expenses:

| | |
|---|---|
| Rent, CAM and Insurance for March 2, 2016 to March 31, 2016 | $ 67,494.00 |
| Rent, CAM and Insurance for June 1, 2016 to June 7, 2016 | $16,273.52 |
| Real estate taxes for January 1, 2016 to June 7, 2016 (anticipated date of rejection) | $32,784.37 |
| TOTAL | $116,551.89 |

Dated this 25th day of May, 2016.

*/s/ Deno Dikeou*
Deno Dikeou