**IN THE UNITED BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Sports Authority Holdings, Inc., *et al.*,[1] | Case No. 16-10527 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Related D.I. No.**:_____ |

**ORDER GRANTING MOTION OF SRI TEN CITY CENTER, LLC FOR AN ORDER COMPELLING IMMEDIATE PERFORMANCE OF DEBTOR-LESSEE'S POST-PETITION OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)**

AND NOW, this _____ day of _____, 2016 upon consideration of the Motion of SRI Ten City Center, LLC ("SRI Ten") for an Order Compelling Immediate Performance of Debtor-Lessee's Post-Petition Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1) (the "Motion"),[2] after notice and a hearing, proper service having been given, and for due and sufficient cause, it is hereby

ORDERED THAT:

1. The Motion is **GRANTED**; and

2. Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado, 80110.

[2] Capitalized terms not otherwise defined herein shall have the meanings given in the Motion.

3.     The Debtors are hereby ordered to immediately pay to SRI Ten the Unpaid Post-Petition June Rent in the amount of $32,833.72, the Unpaid Post-Petition Utility Charges in the amount of $7,047.78, and the Unpaid Post-Petition Taxes in the amount of $82,767.00 as administrative expense claims pursuant to section 365(d)(3) of the Bankruptcy Code.

4.     The Debtors are hereby ordered to immediately pay to SRI Ten Stub Rent in the amount of $24,334.40 as an administrative expense claim pursuant to section 503(b)(1) of the Bankruptcy Code.

5.     The Bankruptcy Court shall retain jurisdiction over any matters arising from the implementation or enforcement of this Order.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge