**IN THE UNITED BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Sports Authority Holdings, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 16-10527 (MFW)<br>(Jointly Administered)<br>**Hearing Date: June 28, 2016 at 10:30 a.m.**<br>**Objection Date: June 21, 2016 at 4:00 p.m.** |

**NOTICE OF MOTION OF SRI TEN CITY CENTER, LLC FOR AN ORDER COMPELLING IMMEDIATE PERFORMANCE OF DEBTOR-LESSEE'S POST-PETITION OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)**

**PLEASE TAKE NOTICE** that SRI Ten City Center, LLC has filed a Motion for an Order Compelling Immediate Performance of Debtor-Lessee's Post-Petition Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1) (the "Motion"). If not attached, a copy of the Motion, including all exhibits, may be obtained by contacting the undersigned counsel.

If you wish to respond to the Motion, you must file your response on or before **June 21, 2016 at 4:00 P.M. (E.S.T.).** At the same time, you must also serve a copy of the response upon the Movants' counsel:

Keith L. Kleinman, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, Delaware 19801

And,

Thomas G. Wallrich, Esq.
Joel D. Nesset, Esq.
33 South Sixth Street, Suite 4640
Minneapolis, MN 55402

**IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON JUNE 28, 2016 at 10:30 A.M. (E.S.T.) BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado, 80110.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 3, 2016

**COZEN O'CONNOR**

By: */s/ Keith L. Kleinman*
Keith L. Kleinman (DE No. 5693)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000

- and -

Thomas G. Wallrich (Minn. No. 213354)
Joel D. Nesset (Minn. No. 030475X)
33 South Sixth Street, Suite 4640
Minneapolis, MN 55402
Telephone: 612-260-9000
Fax: 612-260-9080

*Counsel for SRI Ten City Center, LLC*