IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Sports Authority Holdings, Inc., *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2382** |

**JOINDER OF IMPLUS FOOTCARE, LLC IN THE STATEMENT OF ASICS AMERICA CORPORATION, AGRON, INC. AND CASTLEWOOD APPAREL CORP. IN SUPPORT OF THE JOINT MOTION OF DEBTORS AND TERM LOAN AGENT FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY RULE 2002(A)(3) AND DEL.L.R. 9006-1(E), SHORTENING THE TIME FOR NOTICE OF JOINT MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND BANKRUPTCY RULE 9019, APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS, TERM LOAN AGENT, AND CERTAIN CONSIGNMENT VENDORS PARTY THERETO**

Implus Footcare, LLC ("Implus"), by its undersigned counsel, hereby joins in and adopts the arguments set forth in the *Statement of Asics America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Joint Motion of Debtors and Term Loan Agent for Entry of Order, Pursuant to Bankruptcy Rule 2002(A)(3) and Del.L.R. 9006-1(E), Shortening the Time for Notice of Joint Motion for an Order, Pursuant to Bankruptcy Code Section 105(A) and Bankruptcy Rule 9019, Approving the Settlement Agreement by and Among the Debtors, Term Loan Agent, and Certain Consignment Vendors Party Thereto* (the "Statement") [D.I. 76]. For the reasons set forth in the Statement, Implus respectfully requests that the Court grant the Motion to Shorten (as defined in the Statement).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

| | |
|---|---|
| Date: Wilmington, DE<br>July 5, 2016 | BUCHANAN INGERSOLL & ROONEY PC<br><br>By: /s/ Mary F. Caloway<br>Mary F. Caloway (No. 3059)<br>919 N. Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-4200<br>Facsimile: (302) 552-4295<br>Email: mary.caloway@bipc.com<br><br>*Counsel to Implus Footcare, LLC* |