**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors and Debtors In Possession. | |
| TSA STORES, INC., TSA PONCE, INC. and TSA CARIBE, INC., | |
| Plaintiffs, | |
| and WILMINGTON SAVINGS FUND SOCIETY, FSB, AS SUCCESSOR ADMINISTRATIVE AND COLLATERAL AGENT, | Adv. Proc. Nos. See Exhibit 1 |
| Plaintiff-Intervenor | |
| v. | |
| DEFENDANTS LISTED ON EXHIBIT 1, | |
| Defendants. | |

**NOTICE OF FURTHER EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND EXTENSION OF INITIAL PRETRIAL CONFERENCE DATE**

PLEASE TAKE NOTICE that, on March 15, 2016, and March 16, 2016, respectively, Plaintiffs TSA Stores, Inc., TSA Ponce, Inc. and TSA Caribe, Inc. (collectively, the "Plaintiffs") commenced various adversary proceedings against the defendants set forth on Exhibit 1 annexed hereto (collectively, the "Defendants").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

01:18736405.2

PLEASE TAKE FURTHER NOTICE that, on May 16, 2016, plaintiff-intervenor Wilmington Savings Fund Society, FSB, as successor administrative and collateral agent (the "Term Loan Agent"), filed complaints in the adversary proceedings against the Defendants.

PLEASE TAKE FURTHER NOTICE that, on June 30, 2016, the Plaintiff and the Term Loan Agent filed the *Joint Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement Among the Debtors, Term Loan Agent, and Certain Consignment Vendors Party Thereto* [D.I. 2361] (the "Settlement Motion"), thereby seeking approval of a settlement agreement (the "Settlement Agreement") which will resolve, at a minimum, several of the adversary proceedings upon entry of an order approving the Settlement Motion.

PLEASE TAKE FURTHER NOTICE that responses to the Complaints were due to be filed June 30, 2016, and initial pretrial conferences were scheduled for July 7, 2016 at 10:30 a.m. (ET).

PLEASE TAKE NOTICE that the Plaintiff and the Term Loan Agent have granted Defendants a further extension of time, from June 30, 2016, to five (5) business days after the entry of an Order approving the Settlement Motion, if applicable, to file responsive pleadings in the adversary proceedings.

PLEASE TAKE FURTHER NOTICE that, to the extent an adversary proceeding is not resolved and dismissed per the Settlement Agreement, the initial pretrial conference will be held at a date to be determined before the Honorable Mary F. Walrath, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware, 19801.

| | |
|---|---|
| Dated: July 5, 2016<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>  */s/  Michael S. Neiburg*  <br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Michael S. Neiburg (No. 5275)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>mneiburg@ycst.com<br><br>-and-<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Robert A. Klyman<br>David A. Battaglia<br>Sabina Jacobs<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>rklyman@gibsondunn.com<br>sjacobs@gibsondunn.com<br><br>*Counsel to the Plaintiffs* |

# EXHIBIT 1

| DEFENDANT | ADVERSARY NO. |
|---|---|
| ACCU-NET, LLC | 16-50217 |
| AGRON, INC. | 16-50339 |
| ALLEN COMPANY | 16-50223 |
| ALTUS BRANDS, LLC | 16-50230 |
| AMERICAN TAITRADE INC. d/b/a YOCAHER | 16-50233 |
| ASCENT SOLAR TECHNOLOGIES INC. | 16-50349 |
| ASICS AMERICA CORPORATION | 16-50350 |
| BADEN SPORTS, INC. | 16-50236 |
| BITE TECH, INC | 16-50247 |
| W STERNOFF LLC d/b/a BODY GLIDE | 16-50346 |
| BOOST OXYGEN, LLC | 16-50250 |
| BOYT HARNESS COMPANY, LLC | 16-50253 |
| BRACKETRON, INC. | 16-50341 |
| BRAVO SPORTS | 16-50257 |
| CARAVAN CANOPY INTERNATIONAL INC. | 16-50343 |
| CASIO AMERICA, INC | 16-50265 |
| CASTLEWOOD APPAREL CORP | 16-50356 |
| CLEARVIEW SYSTEMS INC. d/b/a RIP-IT SPORTING GOOD | 16-50215 |
| COLOSSEUM ATHLETICS CORPORATION | 16-50320 |
| DO-ALL OUTDOORS, LLC | 16-50231 |
| DYNAMIC BRANDS, LLC d/b/a BAG BOY | 16-50234 |
| EASTON BASEBALL / SOFTBALL INC. | 16-50357 |
| EMC SPORTS, INC | 16-50245 |
| EYEKING, LLC, | 16-50246 |
| FGX INTERNATIONAL INC. d/b/a QUANTUM OPTICS INC. | 16-50326 |
| FILMAR USA INC | 16-50359 |
| FIRST TEXAS PRODUCTS CORPORATION a/k/a FIRST TEXAS PRODUCTS, LLC | 16-50249 |
| FROGGER, LLC | 16-50258 |
| GI SPORTZ INC. a/k/a G.I. SPORTZ INC | 16-50371 |
| G-III LEATHER FASHIONS, INC. | 16-50263 |
| GOAL ZERO LLC a/k/a GOAL0 LLC | 16-50266 |
| GOLDEN VIKING SPORTS, LLC | 16-50328 |
| GONZALES ENTERPRISES, INC. d/b/a FIFTH SUN | 16-50268 |
| GOOD SPORTSMAN MARKETING, L.L.C. | 16-50269 |
| GORDINI USA INC. | 16-50334 |
| H2 GOLF LLC | 16-50312 |
| H2OLD, LLC | 16-50315 |
| HARROW SPORTS, INC | 16-50270 |
| HI-TEC SPORTS USA, INC. | 16-50318 |
| ICON HEALTH & FITNESS, INC | 16-50275 |
| ICY-HOT HYDRATION LLC | 16-50361 |
| ILNA INC | 16-50373 |

# EXHIBIT 1

| | |
|---|---|
| IMPLUS FOOTCARE, INC. | 16-50363 |
| J.J.'S MAE, INC. d/b/a RAINBEAU | 16-50336 |
| JADE SWIMWEAR, LP | 16-50338 |
| KL INDUSTRIES, INC. a/k/a AMERIFORM ACQUISITION COMPANY, LLC d/b/a SUN DOLPHIN | 16-50347 |
| LIFELINE FIRST AID LLC | 16-50372 |
| M. HIDARY & CO., INC | 16-50348 |
| M J SOFFE, LLC a/k/a M.J. SOFFE, LLC | 16-50364 |
| MANZELLA PRODUCTIONS, INC. a/k/a TOTES ISOTONER CORPORATIO | 16-50345 |
| MIDLAND RADIO CORP. | 16-50358 |
| MILNER DISTRIBUTION ALLIANCE, INC. d/b/a MAXX SUNGLASSES | 16-50276 |
| MISSION PRODUCTS HOLDINGS INC. | 16-50370 |
| MITAC DIGITAL CORP | 16-50279 |
| NATHAN SPORTS, INC. a/k/a PENGUIN BRANDS INC. | 16-50335 |
| NIKWAX NORTH AMERICA INC. | 16-50337 |
| O2COOL, LLC | 16-50365 |
| OGIO INTERNATIONAL | 16-50367 |
| OPTIMA LIFE JAPAN, INC. d/b/a PHITEN USA, INC. | 16-50292 |
| PERFORMANCE APPAREL CORP. a/k/a HOT CHILLYS, INC. | 16-50317 |
| PINNACLE SPORTS EQUIPMENT INC. | 16-50360 |
| PRO PERFORMANCE SPORTS, LLC | 16-50313 |
| PROFESSIONAL GOLFBALL SERVICES LTD. d/b/a PG PROFESSIONAL GOLF | 16-50319 |
| RAPSTIX LLC | 16-50330 |
| SGS SPORTS INC. a/k/a SGS APPAREL, INC. | 16-50369 |
| SHOCK DOCTOR INC. | 16-50366 |
| SOFT AIR USA INC. | 16-50362 |
| SPORTS IMAGES, INC. a/k/a SP IMAGES, INC | 16-50342 |
| SPIRIT LEATHERWORKS LLC | 16-50219 |
| SPORT DIMENSION INC. a/k/a BODY GLOVE | 16-50368 |
| SPORT WRITE, INC. | 16-50226 |
| SPORTLINE, INC. | 16-50229 |
| STACK-ON PRODUCTS COMPANY | 16-50344 |
| STYLE EYES, INC. | 16-50238 |
| TABATA U.S.A., INC | 16-50243 |
| TESH SPORTS | 16-50351 |
| THORLO INC. a/k/a THOR-LO, INC. | 16-50352 |
| T-SHIRT INTERNATIONAL, INC. d/b/a TSI SPORTSWEAR | 16-50278 |
| TYR SPORT, INC. | 16-50282 |
| UMAREX USA INC. | 16-50325 |
| UNIQUE SPORTS PRODUCTS INC. | 16-50284 |
| VAPUR, INC. | 16-50293 |
| WIGWAM MILLS, INC. | 16-50306 |

# EXHIBIT 1

| | |
|---|---|
| WILDCAT RETRO BRANDS, LLC d/b/a ORIGINAL RETRO BRAND | 16-50308 |
| WILSON SPORTING GOODS, INC. a/k/a HILLERICH & BRADSBY CO. | 16-50354 |
| WRECKLESS APPAREL GROUP INC | 16-50310 |
| XS COMMERCE LL | 16-50314 |
| ZEPHYR GRAF-X a/k/a ZEPHRY GRAFIX, INC. | 16-50355 |

| DEFENDANT* | ADVERSARY NO. |
|---|---|
| | |
| POWER BALANCE INC. | 16-50309 |
| RIP CURL, INC. | 16-50340 |
| U.S. DIVERS a/k/a AQUA-LUNG AMERICA, INC. | 16-50353 |
| WARNACO SWIMWEAR PRODUCTS, INC. | 16-50298 |
| *Young Conaway Stargatt & Taylor is sole counsel to Plaintiff | |