# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., et al.,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 2361, 2363, and 2382 |

**JOINDER OF SHOCK DOCTOR, INC., d/b/a UNITED SPORTS BRANDS ("USB") IN (I) STATEMENT OF ASICS AMERICA CORPORATION, AGRON, INC. AND CASTLEWOOD APPAREL CORP. IN SUPPORT OF THE JOINT MOTION OF DEBTORS AND TERM LOAN AGENT FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY RULE 2002(A)(3) AND DEL.L.R. 9006-1(E), SHORTENING THE TIME FOR NOTICE OF JOINT MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND BANKRUPTCY RULE 9019, APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS, TERM LOAN AGENT, AND CERTAIN CONSIGNMENT VENDORS PARTY THERETO AND (II) JOINT MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND BANKRUPTCY RULE 9019, APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS, TERM LOAN AGENT, AND CERTAIN CONSIGNMENT VENDORS PARTY THERETO**

Shock Doctor, Inc. d/b/a United Sports Brands (consisting of Shock Doctor, Cutters and Nathan Sports branded products including those formerly consigned under the names Nathan Sports Inc. and Penguin Brands, Inc.) (collectively, "USB") by and through its undersigned counsel, hereby joins in and adopts the arguments set forth in the *Statement of Asics America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Joint Motion of Debtors and Term Loan Agent for Entry of Order, Pursuant to Bankruptcy Rule 2002(A)(3) and Del.L.R. 9006-1(E), Shortening the Time for Notice of Joint Motion for an Order, Pursuant to Bankruptcy Code Section 105(A) and Bankruptcy Rule 9019, Approving the Settlement*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

*Agreement by and Among the Debtors, Term Loan Agent, and Certain Consignment Vendors Party Thereto* filed on July 2, 2016 [D.I. 2382] (the "Statement"). For the reasons set forth in the Statement, USB respectfully requests that the Court grant the Motion to Shorten (as defined in the Statement), schedule and hold the hearing with respect to the Settlement Motion (as defined in the Statement) on July 7, 2016, and enter the proposed "Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019, Approving the Settlement Agreement By and Among the Debtors, Term Loan Agent, and Certain Consignment Vendors Party Thereto" (the "Settlement Order") [D.I. 2361-2] which accompanied the Settlement Motion.

WHEREFORE, USB respectfully requests this Court (i) grant the Motion to Shorten, (ii) schedule and hold the hearing with respect to the Settlement Motion on July 7, 2016, (iii) enter the proposed Settlement Order, and (iv) grant such other and further relief to USB as the Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DOCS-#5279803-v1

Dated: July 5, 2016
    Wilmington, Delaware

/s/ *David M. Powlen*
David M. Powlen (DE Bar No. 4978)
Kevin G. Collins (DE Bar No. 5149)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email: david.powlen@btlaw.com
       kevin.collins@btlaw.com

and

George H. Singer (admitted *pro hac vice*)
Adam C. Ballinger (admitted *pro hac vice*)
LINDQUIST & VENNUM LLP
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: gsinger@lindquist.com
       aballinger@lindquist.com

*Counsel to Shock Doctor, Inc.*
*d/b/a United Sports Brands*