**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Sports Authority Holdings, Inc., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 2385** |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, do hereby certify that on the 5th day of July 2016, I caused a true and correct copy of the *Joinder of Implus Footcare, LLC in the Statement of Asics America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Joint Motion of Debtors and Term Loan Agent for Entry of Order, Pursuant to Bankruptcy Rule 2002(A)(3) and Del.L.R. 9006-1(E), Shortening the Time for Notice of Joint Motion for an Order, Pursuant to Bankruptcy Code Section 105(A) and Bankruptcy Rule 9019, Approving the Settlement Agreement by and Among the Debtors, Term Loan Agent, and Certain Consignment Vendors Party Thereto* to be served upon the following parties via electronic mail:

Daniel B. Butz
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, DE 19899
dbutz@mnat.com

Robert J. Stark
May Orenstein
Bennett S. Sliverberg
Brown Rudnick LLP
7 Times Square
New York, NY 10036
RStark@brownrudnick.com
MOrenstein@brownrudnick.com
BSilverberg@brownrudnick.com

Robert J. Feinstein
Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

Robert A. Klyman
Sabina Jacobs
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
rklyman@gibsondunn.com
sjacobs@gibsondunn.com

Michael R. Nestor
Andrew L. Magaziner
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
mnestor@ycst.com
amagaziner@ycst.com

David H. Wander, Esq.
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
dhw@dhclegal.com

Adrienne K. Walker
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston Massachusetts 02111
awalker@mintz.com

David S. Kupetz
Sulmeyer Kupetz, A Professional Corporation
333 South Hope Street, 35th floor
Los Angeles, CA 90071
dkupetz@sulmeyerlaw.com

Date:  Wilmington, DE
July 5, 2016

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: mary.caloway@bipc.com

*Counsel to Implus Foot Care, LLC*