IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 2361, 2363 and 2382** |

**JOINDER OF SGS SPORTS, INC., G-III LEATHER FASHIONS, INC., ILNA INC., SPORT WRITE, INC., ICY-HOT HYDRATION LLC AND LIFELINE FIRST AID LLC IN THE STATEMENT OF ASICS AMERICA CORPORATION, AGRON, INC. AND CASTLEWOOD APPAREL CORP. IN SUPPORT OF THE JOINT MOTION OF DEBTORS AND TERM LOAN AGENT FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY RULE 2002(A)(3) AND DEL.L.R. 9006-1(E), SHORTENING THE TIME FOR NOTICE OF JOINT MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND BANKRUPTCY RULE 9019, APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS, TERM LOAN AGENT, AND CERTAIN CONSIGNMENT VENDORS PARTY THERETO**

SGS Sports, Inc., G-III Leather Fashions, Inc., ILNA Inc., Sport Write, Inc., Icy-Hot Hydration LLC and Lifeline First Aid LLC (the "**Vendors**"), by and through undersigned counsel, hereby concur with and adopt the arguments set forth in the *Statement of Asics America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Joint Motion of Debtors and Term Loan Agent for Entry of Order, Pursuant to Bankruptcy Rule 2002(a)(3) and Del.L.R. 9006-1(e), Shortening the Time for Notice of Joint Motion for an Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019, Approving the Settlement Agreement by and Among the Debtors, Term Loan Agent, and Certain Consignment Vendors Party Thereto* [Docket No. 2382] (the "**Statement**"). For the reasons set forth in the Statement, the Vendors respectfully request that the Court grant the Motion to Shorten (as defined in the Statement).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Dated: July 5, 2016
         Wilmington, Delaware

| | |
|---|---|
| **CHIPMAN BROWN CICERO & COLE, LLP** | **CHIPMAN BROWN CICERO & COLE, LLP** |
| */s/ William E. Chipman, Jr.* | */s/ William E. Chipman, Jr.* |
| William E. Chipman, Jr. (No. 3818) | William E. Chipman, Jr. (No. 3818) |
| Mark D. Olivere (No. 4291) | Mark D. Olivere (No. 4291) |
| Hercules Plaza | Hercules Plaza |
| 1313 North Market Street, Suite 5400 | 1313 North Market Street, Suite 5400 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 295-0191 | Telephone: (302) 295-0191 |
| Facsimile: (302) 295-0199 | Facsimile: (302) 295-0199 |
| Email: chipman@chipmanbrown.com | Email: chipman@chipmanbrown.com |
|          olivere@chipmanbrown.com |          olivere@chipmanbrown.com |
| -and- | -and- |
| **BLACK HELTERLINE LLP** | **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** |
| Britta E. Warren, OSB No. 065441 | Ogonna Brown |
| 805 S.W. Broadway, Suite 1900 | 400 South 4th Street |
| Portland, Oregon 97205 | Third Floor |
| Telephone: (503) 224-5560 | Las Vegas, Nevada 89101 |
| Facsimile: (503) 224-6148 | Telephone: (702) 791-0308 |
| Email: bew@bhlaw.com | Facsimile: (702) 791-1912 |
| | Email: obrown@nevadafirm.com |
| *Counsel for Icy-Hot Hydration LLC and Lifeline First Aid LLC* | *Counsel for Sport Write, Inc.* |

**CHIPMAN BROWN CICERO & COLE, LLP**

  */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:  (302) 295-0199
Email:     chipman@chipmanbrown.com
           olivere@chipmanbrown.com

*Counsel for G-III Leather Fashions, Inc., ILNA Inc. and SGS Sports, Inc.*