IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | Jointly Administered |
| | **Docket Ref. No.** 2361 & 2363 |

**ORDER, PURSUANT TO BANKRUPTCY RULE 2002(a)(3) AND DEL. L.R. 9006-1(e), SHORTENING THE TIME FOR NOTICE OF JOINT MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULE 9019, APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS, TERM LOAN AGENT, AND CERTAIN <u>CONSIGNMENT VENDORS PARTY THERETO</u>**

Upon consideration of the motion (the "<u>Motion to Shorten</u>") of the Moving Parties[2] for entry of an order providing that the applicable notice period for the Settlement Motion *and the Objection of the Creditors' Committee thereto* be shortened pursuant to Bankruptcy Rule 2002(a)(3) and Local Rule 9006-1(e), and this Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances; and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten or the Settlement Motion, as applicable.

01:18802590.1

2.  The hearing to consider the Settlement Motion will be held on July 7, 2016 at 10:30 a.m. (ET), with objections to the Settlement Motion due no later than July 7, 2016 at 8:00 a.m. (ET).

3.  This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: July 5, 2016
Wilmington, Delaware

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE