IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Sports Authority Holdings, Inc., *et al.*, | ) | Case No. 16-10527 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 1014 & 2286** |

### SUPPLEMENT TO MOTION AND JOINDER OF BP WATERTOWN RETAIL LLC, WARWICK MALL OP L.L.C. AND GATEWAY-DC PROPERTIES, INC. TO SUPPLEMENTAL ADEQUATE PROTECTION MOTION

BP Watertown Retail LLC ("Watertown"), Warwick Mall OP L.L.C. ("Warwick") and Gateway-DC Properties, Inc. ("Gateway") (collectively, the "Landlords") hereby submit this ("Supplemental Motion and Joinder") (A) supplement to that certain motion to compel payment of stub rent filed by, among others,[1] the Landlords [D.I. 1014] (the "Motion to Compel"), and (B) joinder to *Certain Landlords' (A) Amended and Supplemented Request for Adequate Protection and Motion of Certain Landlords Pursuant to Sections 361, 363(e), 503(b)(1) and 105(a) of the Bankruptcy Code for Entry of an Order Requiring the Debtors to Immediately Pay March 2016 Stub Rent for Closing Stores as Adequate Protection for the Postpetition Use of the Landlords' Property, and Granting Such Other and Further Relief as is Just and Proper, and (B) Motion (I) to Compel Surcharge of Collateral, (II) for Payment of March 2016 Stub Rent, and (III) for Related Relief, for Original "Go-Forward" Stores* [D.I. 2286] (the "Surcharge Motion"). In further support of this Supplemental Motion and Joinder, the Landlords respectfully state as follows:

---

[1] The other moving parties under the Motion to Compel are OWRF Baybrook LLC and OCW Retail-Nashua, LLC, each of which are entitled to payment from the $8.5 million reserve described in the Surcharge Motion. In the event that Stub Rent under either of those leases is not paid by the July 15, 2016 hearing on the Motion to Compel, those landlords shall be deemed to be parties to this Supplemental Motion and Joinder and will go forward with the arguments raised in the Motion to compel at the time of such hearing.

{05251507.DOCX.}

**Background**

1.  The Landlords and TSA Stores, Inc., one of the above-captioned debtors and debtors-in-possession (individually, the "Debtor" and, collectively with the other debtors and debtors-in-possession, the "Debtors"), as tenant, are parties to the following unexpired, nonresidential real property leases (collectively, the "Leases"):

   a.  Watertown and the Debtor are parties to that certain Shopping Center Lease dated October 18, 2011 for premises (the "Arsenal Store") located in the Arsenal Mall, Watertown, Massachusetts (the "Arsenal Lease");

   b.  Warwick and the Debtor are parties to that certain Shopping Center Lease dated October 15, 2008, as amended from time to time, for premises (the "Warwick Store") located in the Warwick Mall, Warwick, Rhode Island (the "Warwick Lease"); and

   c.  Gateway and the Debtor are parties to that certain Shopping Center Lease dated August 21, 2012 for premises (the "Airport Square Store" and, collectively with the Arsenal Store and the Warwick Store, the "Stores") located in the Airport Square Shopping Center, Montgomeryville, Pennsylvania (the "Airport Square Lease" and, collectively with the Arsenal Lease and the Warwick Lease, the "Leases").

2.  Each of the Leases is a lease "of real property in a shopping center" within the meaning of section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

3.  On March 2, 2016, the Debtors commenced these chapter 11 cases. The Debtors have not paid rent under any of the Leases for the period from March 2 -31, 2016 ("Stub Rent"). Stub Rent owed under the Arsenal Lease is an amount equal to $64,603.95; Stub Rent owed under the Warwick Lease is an amount equal to $79,755.97; and Stub Rent owed under the Airport Square Lease is an amount equal to $65,348.92.

{05251507.DOCX.}

### Supplemental Motion and Joinder

4. By this Supplemental Motion and Joinder, the Landlords supplement their Motion to Compel with, and incorporate by reference herein each of the arguments, legal citations and prayers for relief set forth in the Surcharge Motion, support the arguments made therein, and request that the relief sought in the Surcharge Motion be granted to the Landlords.

5. The Landlords hereby join in any other arguments and prayers for relief set forth in motions filed by other landlords (or, to the extent consistent, the Creditors' Committee) of the Debtors that are similar to those set forth herein and/or in the Objection.

WHEREFORE, the Landlords respectfully requests that this Court enter an order granting the relief sought by the Motion to Compel, as supplemented by this Supplemental Motion and Joinder, and grant the Landlords such other and further relief as may be just and proper.

Dated: July 5, 2016

CONNOLLY GALLAGHER LLP

Karen C. Bifferato (#3279)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 757-7299
Email: kbifferato@connollygallagher.com

- and -

Douglas B. Rosner, Esq.
Vanessa P. Moody, Esq.
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

*Counsel to the Landlords*

{05251507.DOCX.}