## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors and Debtors In Possession. | |
| TSA STORES, INC., TSA PONCE, INC. and TSA CARIBE, INC., | |
| Plaintiffs, | |
| and WILMINGTON SAVINGS FUND SOCIETY, FSB, AS SUCCESSOR ADMINISTRATIVE AND COLLATERAL AGENT, | Adv. Proc. Nos. See Exhibit 1 |
| Plaintiff-Intervenor | |
| v. | |
| DEFENDANTS LISTED ON EXHIBIT 1, | |
| Defendants. | |

**CORRECTED NOTICE OF FURTHER EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND EXTENSION OF INITIAL PRETRIAL CONFERENCE DATE**

PLEASE TAKE NOTICE that, on March 15, 2016, and March 16, 2016, respectively, Plaintiffs TSA Stores, Inc., TSA Ponce, Inc. and TSA Caribe, Inc. (collectively, the "Plaintiffs") commenced various adversary proceedings (collectively, the "Adversary Proceedings") against the defendants set forth on Exhibit 1 annexed hereto (collectively, the "Defendants").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

01:18736405.2

PLEASE TAKE FURTHER NOTICE that, on May 16, 2016, plaintiff-intervenor Wilmington Savings Fund Society, FSB, as successor administrative and collateral agent (the "Term Loan Agent"), filed complaints in the adversary proceedings against the Defendants.

PLEASE TAKE FURTHER NOTICE that, on June 30, 2016, the Plaintiffs and the Term Loan Agent filed the *Joint Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement Among the Debtors, Term Loan Agent, and Certain Consignment Vendors Party Thereto* [D.I. 2361] (the "Settlement Motion"), thereby seeking approval of a settlement agreement (the "Settlement Agreement") which, if approved, will cause the dismissal of each Adversary Proceeding involving applicable Defendants that are subject to the Settlement Agreement.

PLEASE TAKE FURTHER NOTICE that responses to the Complaints filed by the Plaintiffs were due by June 30, 2016, and the initial pretrial conferences were scheduled for July 7, 2016 at 10:30 a.m. (ET).

PLEASE TAKE NOTICE that, upon request from various Defendants, the Plaintiffs have extended the Defendants' deadline to respond to the Plaintiffs' complaints until five (5) business days after the entry of an Order on the Settlement Motion.

PLEASE TAKE NOTICE that the Term Loan Agent has granted such Defendants that have already entered into the Settlement Agreement a further extension of time to respond to the Term Loan Agent's complaints to July 11, 2016.[2]

PLEASE TAKE FURTHER NOTICE that, to the extent any Adversary Proceeding involving any Defendant is not resolved and dismissed pursuant to a Court-approved Settlement Agreement, the initial pretrial conference will be held at a date to be determined, but in no event

---

[2] The previously-filed *Notice of Extension of Time to File Responsive Pleadings and Extension of Initial Pretrial Conference Date* [D.I. 2386] incorrectly stated that the Term Loan Agent had extended the responsive pleading filing deadline applicable to Defendants that have not already opted into the Settlement Agreement. This Notice is filed, in part, to correct that error.

01:18736405.2

earlier than mid-August 2016, before the Honorable Mary F. Walrath, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware, 19801.

Dated: July 5, 2016
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/  Michael S. Neiburg
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Michael S. Neiburg (No. 5275)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mneiburg@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
David A. Battaglia
Sabina Jacobs
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtor Plaintiffs*

# EXHIBIT 1

| DEFENDANT | ADVERSARY NO. |
|---|---|
| ACCU-NET, LLC | 16-50217 |
| AGRON, INC. | 16-50339 |
| ALLEN COMPANY | 16-50223 |
| ALTUS BRANDS, LLC | 16-50230 |
| AMERICAN TAITRADE INC. d/b/a YOCAHER | 16-50233 |
| ASCENT SOLAR TECHNOLOGIES INC. | 16-50349 |
| ASICS AMERICA CORPORATION | 16-50350 |
| BADEN SPORTS, INC. | 16-50236 |
| BITE TECH, INC | 16-50247 |
| W STERNOFF LLC d/b/a BODY GLIDE | 16-50346 |
| BOOST OXYGEN, LLC | 16-50250 |
| BOYT HARNESS COMPANY, LLC | 16-50253 |
| BRACKETRON, INC. | 16-50341 |
| BRAVO SPORTS | 16-50257 |
| CARAVAN CANOPY INTERNATIONAL INC. | 16-50343 |
| CASIO AMERICA, INC | 16-50265 |
| CASTLEWOOD APPAREL CORP | 16-50356 |
| CLEARVIEW SYSTEMS INC. d/b/a RIP-IT SPORTING GOOD | 16-50215 |
| COLOSSEUM ATHLETICS CORPORATION | 16-50320 |
| DO-ALL OUTDOORS, LLC | 16-50231 |
| DYNAMIC BRANDS, LLC d/b/a BAG BOY | 16-50234 |
| EASTON BASEBALL / SOFTBALL INC. | 16-50357 |
| EMC SPORTS, INC | 16-50245 |
| EYEKING, LLC, | 16-50246 |
| FGX INTERNATIONAL INC. d/b/a QUANTUM OPTICS INC. | 16-50326 |
| FILMAR USA INC | 16-50359 |
| FIRST TEXAS PRODUCTS CORPORATION a/k/a FIRST TEXAS PRODUCTS, LLC | 16-50249 |
| FROGGER, LLC | 16-50258 |
| GI SPORTZ INC. a/k/a G.I. SPORTZ INC | 16-50371 |
| G-III LEATHER FASHIONS, INC. | 16-50263 |
| GOAL ZERO LLC a/k/a GOAL0 LLC | 16-50266 |
| GOLDEN VIKING SPORTS, LLC | 16-50328 |
| GONZALES ENTERPRISES, INC. d/b/a FIFTH SUN | 16-50268 |
| GOOD SPORTSMAN MARKETING, L.L.C. | 16-50269 |
| GORDINI USA INC. | 16-50334 |
| H2 GOLF LLC | 16-50312 |
| H2OLD, LLC | 16-50315 |
| HARROW SPORTS, INC | 16-50270 |
| HI-TEC SPORTS USA, INC. | 16-50318 |
| ICON HEALTH & FITNESS, INC | 16-50275 |
| ICY-HOT HYDRATION LLC | 16-50361 |
| ILNA INC | 16-50373 |

# EXHIBIT 1

| | |
|---|---|
| IMPLUS FOOTCARE, INC. | 16-50363 |
| J.J.'S MAE, INC. d/b/a RAINBEAU | 16-50336 |
| JADE SWIMWEAR, LP | 16-50338 |
| KL INDUSTRIES, INC. a/k/a AMERIFORM ACQUISITION COMPANY, LLC d/b/a SUN DOLPHIN | 16-50347 |
| LIFELINE FIRST AID LLC | 16-50372 |
| M. HIDARY & CO., INC | 16-50348 |
| M J SOFFE, LLC a/k/a M.J. SOFFE, LLC | 16-50364 |
| MANZELLA PRODUCTIONS, INC. a/k/a TOTES ISOTONER CORPORATIO | 16-50345 |
| MIDLAND RADIO CORP. | 16-50358 |
| MILNER DISTRIBUTION ALLIANCE, INC. d/b/a MAXX SUNGLASSES | 16-50276 |
| MISSION PRODUCTS HOLDINGS INC. | 16-50370 |
| MITAC DIGITAL CORP | 16-50279 |
| NATHAN SPORTS, INC. a/k/a PENGUIN BRANDS INC. | 16-50335 |
| NIKWAX NORTH AMERICA INC. | 16-50337 |
| O2COOL, LLC | 16-50365 |
| OGIO INTERNATIONAL | 16-50367 |
| OPTIMA LIFE JAPAN, INC. d/b/a PHITEN USA, INC. | 16-50292 |
| PERFORMANCE APPAREL CORP. a/k/a HOT CHILLYS, INC. | 16-50317 |
| PINNACLE SPORTS EQUIPMENT INC. | 16-50360 |
| PRO PERFORMANCE SPORTS, LLC | 16-50313 |
| PROFESSIONAL GOLFBALL SERVICES LTD. d/b/a PG PROFESSIONAL GOLF | 16-50319 |
| RAPSTIX LLC | 16-50330 |
| SGS SPORTS INC. a/k/a SGS APPAREL, INC. | 16-50369 |
| SHOCK DOCTOR INC. | 16-50366 |
| SOFT AIR USA INC. | 16-50362 |
| SPORTS IMAGES, INC. a/k/a SP IMAGES, INC | 16-50342 |
| SPIRIT LEATHERWORKS LLC | 16-50219 |
| SPORT DIMENSION INC. a/k/a BODY GLOVE | 16-50368 |
| SPORT WRITE, INC. | 16-50226 |
| SPORTLINE, INC. | 16-50229 |
| STACK-ON PRODUCTS COMPANY | 16-50344 |
| STYLE EYES, INC. | 16-50238 |
| TABATA U.S.A., INC | 16-50243 |
| TESH SPORTS | 16-50351 |
| THORLO INC. a/k/a THOR-LO, INC. | 16-50352 |
| T-SHIRT INTERNATIONAL, INC. d/b/a TSI SPORTSWEAR | 16-50278 |
| TYR SPORT, INC. | 16-50282 |
| UMAREX USA INC. | 16-50325 |
| UNIQUE SPORTS PRODUCTS INC. | 16-50284 |
| VAPUR, INC. | 16-50293 |
| WIGWAM MILLS, INC. | 16-50306 |

# EXHIBIT 1

| | |
|---|---|
| WILDCAT RETRO BRANDS, LLC d/b/a ORIGINAL RETRO BRAND | 16-50308 |
| WILSON SPORTING GOODS, INC. a/k/a HILLERICH & BRADSBY CO. | 16-50354 |
| WRECKLESS APPAREL GROUP INC | 16-50310 |
| XS COMMERCE LL | 16-50314 |
| ZEPHYR GRAF-X a/k/a ZEPHRY GRAFIX, INC. | 16-50355 |

| DEFENDANT* | ADVERSARY NO. |
|---|---|
| | |
| POWER BALANCE INC. | 16-50309 |
| RIP CURL, INC. | 16-50340 |
| U.S. DIVERS a/k/a AQUA-LUNG AMERICA, INC. | 16-50353 |
| WARNACO SWIMWEAR PRODUCTS, INC. | 16-50298 |
| *Young Conaway Stargatt & Taylor is sole counsel to Plaintiff | |