## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| TSA STORES, INC., TSA PONCE, INC. and TSA CARIBE, INC., | |
| Plaintiffs | Adv. Proc. Nos. See Exhibit 1 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS SUCCESSOR ADMINISTRATIVE AND COLLATERAL AGENT, | |
| Intervenor | |
| v. | |
| DEFENDANTS LISTED ON EXHIBIT 1, | |
| Defendants. | |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 7, 2016 AT 10:30 A.M. (ET)

### ADJOURNED PRETRIAL CONFERENCES

1.    Pretrial conference regarding various adversary proceedings listed on Exhibit 1, attached hereto.

Related Pleadings:

    a)    Notice of Extension of Time to File Responsive Pleading and Notice of Continued Pretrial Conferences [D.I. Varies; 7/5/16]

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2]   **Amended items appear in bold.**

b)      **Corrected Notice of Extension of Time to File Responsive Pleading and Notice of Continued Pretrial Conferences [D.I. Varies; 7/5/16]**

Status:        In light of the pending settlement agreement contemplated by the motion listed as Agenda Item (3) below, the Debtors are not proceeding with the pretrial conferences at this time.  Per the settlement agreement, any consignment vendors that are not currently party to the agreement have until **July 7, 2016**,[3] to exercise opt-in rights and participate in the global settlement.  Accordingly, at the request of vendors that have already entered into the settlement agreement, the Debtors filed a notice extending the deadline to file a responsive pleading and continuing the pretrial conferences with respect to applicable complaints.  **Wilmington Savings Fund Society, FSB has not extended the deadline for non-participating vendors to file responsive pleadings to its Intervenor Complaints.**  To the extent that the settlement is not approved and/or certain adversary proceedings remain pending, the parties will schedule an adjourned pretrial conference in consultation with the Court.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

2.      Debtors' Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Settlement Between the Debtors and the County of Ramsey, Minnesota [D.I. 2210; 6/16/16]

Related Pleadings:

a)      Certificate of No Objection [D.I. 2384; 7/5/16]

b)      Proposed Order

Objection Deadline:          June 30, 2016 at 4:00 p.m. (ET)

Objections/Responses:        None.

Status:        A certificate of no objection has been filed.  A hearing is only necessary to the extent the Court has any questions or concerns.

## MATTER REQUESTED TO GO FORWARD

3.      Joint Motion for an Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019, Approving the Settlement Agreement By and Among the Debtors, Term Loan Agent, and Certain Consignment Vendors Party Thereto [D.I. 2361; 6/30/16] (the "Settlement Motion")

---

[3]     The original Agenda noted in error that the deadline for non-settling consignment vendors to opt into the settlement agreement was July 11, 2016.  The correct deadline for non-settling consignment vendors to opt into the settlement agreement is July 7, 2016, which is the date on which the Settlement Motion will be heard.

Related Pleadings:

a)    Declaration of Douglas Garrett in Support of the Settlement Motion [D.I. 2362; 6/30/16]

b)    Joint Motion of Debtors and Term Loan Agent for Entry of Order, Pursuant to Bankruptcy Rule 2002(a)(3) and Del. L.R. 9006-1(e), Shortening the Time for Notice of the Settlement Motion [D.I. 2363; 6/30/16]

c)    Statement of ASICS America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Settlement Motion [D.I. 2382; 7/2/16]

d)    Joinder of Ogio International, Inc. to the Statement of ASICS America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Settlement Motion [D.I. 2383; 7/5/16]

e)    Joinder of Implus Footcare, LLC in the Statement of ASICS America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Settlement Motion [D.I. 2385; 7/5/16]

f)    **Joinder of Shock Doctor, Inc., d/b/a United Sports Brands in Statement of ASICS America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Settlement Motion [D.I. 2388; 7/5/16]**

g)    **Joinder of E & B Giftware, LLC and Sportline, Inc. to Statement of ASICS America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Settlement Motion [D.I. 2389; 7/5/16]**

h)    **Mission Product Holdings, Inc.'s Joinder to Statement of ASICS America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Settlement Motion [D.I. 2390; 7/5/16]**

i)    **Joinder of Mitac Digital Corp. to Statement of ASICS America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Settlement Motion [D.I. 2393; 7/5/16]**

j)    **Joinder of SGS Sports, Inc., et al. to Statement of ASICS America Corporation, Agron, Inc. and Castlewood Apparel Corp. in Support of the Settlement Motion [D.I. 2394; 7/5/16]**

k)    **Order, Pursuant to Bankruptcy Rule 2002(a)(3) and Del. L.R. 9006-1(e), Shortening the Time for Notice of the Settlement Motion [D.I. 2395; 7/5/16]**

Objection Deadline:         July 7, 2016 at 8:00 a.m. (ET)

Objections/Responses:

    a)    Objection of the Official Committee of Unsecured Creditors to the Joint Motion of Debtors and Term Loan Agent for Entry of Order, Pursuant to Bankruptcy Rule 2002(a)(3) and Del. L.R. 9006-1(e), Shortening the Time for Notice of the Settlement Motion [D.I. 2370; 7/1/16]

**Status:**    **As listed above at Agenda Item (k), the Court has entered an order shortening the notice period (the "<u>Order Shortening Time</u>") for the Settlement Motion and scheduling such motion for the July 7 hearing. This matter will be going forward in accordance with the Order Shortening Time.**

Dated:    July 5, 2016
        Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kenos@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Matthew J. Williams (NY No. 3019106)
Jeremy L. Graves (CO No. 45522)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
mjwilliams@gibsondunn.com
jgraves@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

# EXHIBIT 1

| DEFENDANT | ADVERSARY NO. |
|---|---|
| | |
| ACCU-NET, LLC | 16-50217 |
| AGRON, INC. | 16-50339 |
| ALLEN COMPANY | 16-50223 |
| ALTUS BRANDS, LLC | 16-50230 |
| AMERICAN TAITRADE INC. d/b/a YOCAHER | 16-50233 |
| ASCENT SOLAR TECHNOLOGIES INC. | 16-50349 |
| ASICS AMERICA CORPORATION | 16-50350 |
| BADEN SPORTS, INC. | 16-50236 |
| BITE TECH, INC | 16-50247 |
| W STERNOFF LLC d/b/a BODY GLIDE | 16-50346 |
| BOOST OXYGEN, LLC | 16-50250 |
| BOYT HARNESS COMPANY, LLC | 16-50253 |
| BRACKETRON, INC. | 16-50341 |
| BRAVO SPORTS | 16-50257 |
| CARAVAN CANOPY INTERNATIONAL INC. | 16-50343 |
| CASIO AMERICA, INC | 16-50265 |
| CASTLEWOOD APPAREL CORP | 16-50356 |
| CLEARVIEW SYSTEMS INC. d/b/a RIP-IT SPORTING GOOD | 16-50215 |
| COLOSSEUM ATHLETICS CORPORATION | 16-50320 |
| DO-ALL OUTDOORS, LLC | 16-50231 |
| DYNAMIC BRANDS, LLC d/b/a BAG BOY | 16-50234 |
| EASTON BASEBALL / SOFTBALL INC. | 16-50357 |
| EMC SPORTS, INC | 16-50245 |
| EYEKING, LLC, | 16-50246 |
| FGX INTERNATIONAL INC. d/b/a QUANTUM OPTICS INC. | 16-50326 |
| FILMAR USA INC | 16-50359 |
| FIRST TEXAS PRODUCTS CORPORATION a/k/a FIRST TEXAS PRODUCTS, LLC | 16-50249 |
| FROGGER, LLC | 16-50258 |
| GI SPORTZ INC. a/k/a G.I. SPORTZ INC | 16-50371 |
| G-III LEATHER FASHIONS, INC. | 16-50263 |
| GOAL ZERO LLC a/k/a GOAL0 LLC | 16-50266 |
| GOLDEN VIKING SPORTS, LLC | 16-50328 |
| GONZALES ENTERPRISES, INC. d/b/a FIFTH SUN | 16-50268 |
| GOOD SPORTSMAN MARKETING, L.L.C. | 16-50269 |
| GORDINI USA INC. | 16-50334 |
| H2 GOLF LLC | 16-50312 |
| H2OLD, LLC | 16-50315 |
| HARROW SPORTS, INC | 16-50270 |
| HI-TEC SPORTS USA, INC. | 16-50318 |
| ICON HEALTH & FITNESS, INC | 16-50275 |
| ICY-HOT HYDRATION LLC | 16-50361 |
| ILNA INC | 16-50373 |

# EXHIBIT 1

| | |
|---|---|
| IMPLUS FOOTCARE, INC. | 16-50363 |
| J.J.'S MAE, INC. d/b/a RAINBEAU | 16-50336 |
| JADE SWIMWEAR, LP | 16-50338 |
| KL INDUSTRIES, INC. a/k/a AMERIFORM ACQUISITION COMPANY, LLC d/b/a SUN DOLPHIN | 16-50347 |
| LIFELINE FIRST AID LLC | 16-50372 |
| M. HIDARY & CO., INC | 16-50348 |
| M J SOFFE, LLC a/k/a M.J. SOFFE, LLC | 16-50364 |
| MANZELLA PRODUCTIONS, INC. a/k/a TOTES ISOTONER CORPORATIO | 16-50345 |
| MIDLAND RADIO CORP. | 16-50358 |
| MILNER DISTRIBUTION ALLIANCE, INC. d/b/a MAXX SUNGLASSES | 16-50276 |
| MISSION PRODUCTS HOLDINGS INC. | 16-50370 |
| MITAC DIGITAL CORP | 16-50279 |
| NATHAN SPORTS, INC. a/k/a PENGUIN BRANDS INC. | 16-50335 |
| NIKWAX NORTH AMERICA INC. | 16-50337 |
| O2COOL, LLC | 16-50365 |
| OGIO INTERNATIONAL | 16-50367 |
| OPTIMA LIFE JAPAN, INC. d/b/a PHITEN USA, INC. | 16-50292 |
| PERFORMANCE APPAREL CORP. a/k/a HOT CHILLYS, INC. | 16-50317 |
| PINNACLE SPORTS EQUIPMENT INC. | 16-50360 |
| PRO PERFORMANCE SPORTS, LLC | 16-50313 |
| PROFESSIONAL GOLFBALL SERVICES LTD. d/b/a PG PROFESSIONAL GOLF | 16-50319 |
| RAPSTIX LLC | 16-50330 |
| SGS SPORTS INC. a/k/a SGS APPAREL, INC. | 16-50369 |
| SHOCK DOCTOR INC. | 16-50366 |
| SOFT AIR USA INC. | 16-50362 |
| SPORTS IMAGES, INC. a/k/a SP IMAGES, INC | 16-50342 |
| SPIRIT LEATHERWORKS LLC | 16-50219 |
| SPORT DIMENSION INC. a/k/a BODY GLOVE | 16-50368 |
| SPORT WRITE, INC. | 16-50226 |
| SPORTLINE, INC. | 16-50229 |
| STACK-ON PRODUCTS COMPANY | 16-50344 |
| STYLE EYES, INC. | 16-50238 |
| TABATA U.S.A., INC | 16-50243 |
| TESH SPORTS | 16-50351 |
| THORLO INC. a/k/a THOR-LO, INC. | 16-50352 |
| T-SHIRT INTERNATIONAL, INC. d/b/a TSI SPORTSWEAR | 16-50278 |
| TYR SPORT, INC. | 16-50282 |
| UMAREX USA INC. | 16-50325 |
| UNIQUE SPORTS PRODUCTS INC. | 16-50284 |
| VAPUR, INC. | 16-50293 |
| WIGWAM MILLS, INC. | 16-50306 |

# EXHIBIT 1

| | |
|---|---|
| WILDCAT RETRO BRANDS, LLC d/b/a ORIGINAL RETRO BRAND | 16-50308 |
| WILSON SPORTING GOODS, INC. a/k/a HILLERICH & BRADSBY CO. | 16-50354 |
| WRECKLESS APPAREL GROUP INC | 16-50310 |
| XS COMMERCE LL | 16-50314 |
| ZEPHYR GRAF-X a/k/a ZEPHRY GRAFIX, INC. | 16-50355 |

| DEFENDANT* | ADVERSARY NO. |
|---|---|
| | |
| POWER BALANCE INC. | 16-50309 |
| RIP CURL, INC. | 16-50340 |
| U.S. DIVERS a/k/a AQUA-LUNG AMERICA, INC. | 16-50353 |
| WARNACO SWIMWEAR PRODUCTS, INC. | 16-50298 |
| *Young Conaway Stargatt & Taylor is sole counsel to Plaintiff | |