**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBERS 2354 & 2360

PLEASE TAKE NOTICE that on June 30, 2016, Pinetree Realty Corporation's *Motion for Entry of an Order Requiring the Debtors to Pay Post-Petition Taxes Pursuant to Sections 105 and 365(d)(3) of the Bankruptcy Code and Granting Such Other and Further Relief as is Just and Proper* was filed with the Court as docket number 2354.

PLEASE TAKE FURTHER NOTICE that on June 30, 2016 Pinetree Realty Corporation's *Motion to Limit Notice with Respect to Pinetree Realty Corporation Motion for Entry of an Order Requiring the Debtors to Pay Post-Petition Taxes Pursuant to Sections 105 and 365(d)(3) of the Bankruptcy Code and Granting Such Other and Further Relief as is Just and Proper* was filed with the Court as docket number 2360.

PLEASE TAKE FURTHER NOTICE that the above referenced motions are hereby withdrawn from the docket.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

{00018585. }

Dated: July 5, 2016               THE ROSNER LAW GROUP LLC

By: */s/ Frederick B. Rosner*
    Frederick B. Rosner (#3995)
    824 N. Market Street, Suite 810
    Wilmington, DE 19801
    302-777-1111
    Rosner@teamrosner.com

*Counsel for Pinetree Realty Corporation*