# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | ) Case No. 16-10527 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related Docket No. 3752** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SIXTEENTH MONTHLY FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2017 THROUGH JUNE 30, 2017**

The undersigned hereby certifies that, as of the date hereof, no objection has been received to the *Sixteenth Monthly Application of Pachulski Stang Ziehl & Jones LLP* ("PSZ&J"), *as Counsel for the Official Committee of Unsecured Creditors for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period June 1, 2017 through June 30, 2017* (the "Application") [Docket No. 3752]. The undersigned further certifies that the Court's docket in this case has been reviewed and no objection to the Application appears thereon.[2] Pursuant to the notice of Application, objections to the Application were to be filed and served no later than August 23, 2017 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 806] entered on March 24, 2016, the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Debtors are authorized to pay PSZ&J $17,408.80 which represents 80% of the fees ($21,761.00) and $859.19 which represents 100% of the expenses requested in the Application for the period from June 1, 2017 through June 30, 2017, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: September 29, 2017 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Robert J. Feinstein (NY Bar No. 1767805) |
| | Jeffrey N. Pomerantz (CA Bar No. 143717) |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | PO Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone:  302.652.4100 |
| | Facsimile:  302.652.4400 |
| | Email: rfeinstein@pszjlaw.com |
| | jpomerantz@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |

DOCS_DE:213528.6 80784/002