IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TSA WD HOLDINGS, INC., *et al.*,[1] ) | Case No. 16-10527 (MFW) |
| ) | |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | Objection Deadline: October 30, 2017 at 4:00 p.m. |
| ) | Hearing Date: Scheduled only if Necessary |

**EIGHTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of March 10, 2016 by order signed on or about May 24, 2016 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2017 – August 31, 2017[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $11,682.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,571.03 |

This is a: __x__ monthly _____ interim _____ final application.

The total time expended for preparation of this monthly fee application is approximately 2.0 hours and the corresponding compensation requested is approximately $1,000.00.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSA WD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

DOCS_SF:95108.2 80784/002

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 06/28/16 | March 10, 2016 - March 31, 2016 | $426,016.25 | $10,730.99 | $345,191.00 | $10,730.99 |
| 06/28/16 | April 1, 2016 - April 30, 2016 | $460,877.50 | $24,339.30 | $368,702.00 | $24,339.30 |
| 07/29/16 | May 1, 2016 - May 31 2016 | $221,972.75 | $5,599.93 | $177,578.20 | $5,599.93 |
| **First Quarterly Application** | **March 1, 2016 - May 31, 1016** | **$1,108,866.50** | **$40,670.22** | **$962,051.00[3]** | **$40,670.22** |
| 08/18/16 | June 1, 2016 - June 30, 2016 | $259,040.50 | $7,936.66 | $207,232.40 | $7,936.66 |
| 10/03/16 | July 1, 2016 - July 31, 2016 | $590,071.25 | $14,332.84 | $472,057.00 | $14,332.84 |
| 10/18/16 | August 1, 2016 - August 31, 2016 | $81,061.00 | $6,561.65 | $64,848.80 | $6,561.65 |
| **Second Quarterly Application** | **June 1, 2016 - August 31, 2016** | **$930,172.75** | **$28,831.15** | **$918,792.75[4]** | **$26,211.96[4]** |
| 12/16/16 | September 1, 2016 - September 30, 2016 | $66,871.00 | $11,356.73 | $53,496.80 | $11,356.73 |
| 12/21/16 | October 1, 2016 - October 31, 2016 | $67,515.50 | $2,599.81 | $54,012.00 | $2,599.81 |
| 01/30/17 | November 1, 2016 – November 30, 2016 | $50,899.00 | $698.46 | $40,719.20 | $698.46 |
| **Third Quarterly Application** | **September 1, 2016 - November 30, 2016** | **$185,287.50** | **$14,655.00** | **$176,884.50** | **$14,640.00[5]** |

---

[3] This amount was reduced in accordance with the agreement reached between PSZ&J and the Fee Examiner. Furthermore, PSZ&J shall retain an administrative claim in the amount of $120,055.20 as set forth in the *Order Granting First Quarterly and Fourth Monthly Applications for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from March 10, 2016 through May 31, 2016* [Docket No. 3176] entered on November 9, 2016.

[4] This amount was reduced in accordance with the agreement reached between PSZ&J and the Fee Examiner as set forth in the *Order Granting Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from June 1, 2016 through August 31, 2016* [Docket No. 3270] entered on December 7, 2016.

[5] This amount was reduced in accordance with the agreement reached between PSZ&J and the Fee Examiner as set forth in the *Order Granting Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from September 1, 2016 through November, 2016* [Docket No. 3493] entered on March 20, 2017.

2

DOCS_SF:95108.2 80784/002

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/06/17 | December 1, 2016 - December 31, 2016 | $25,319.00 | $10,651.24 | $20,255.20 | $10,651.24 |
| 04/28/17 | January 1, 2017 - January 31, 2017 | $18,980.00 | $1,318.00 | $15,184.00 | $1,318.00 |
| 05/01/17 | February 1, 2017 - February 28, 2017 | $16,738.00 | $1,328.12 | $13,390.40 | $1,328.12 |
| **Fourth Quarterly Application** | **December 1, 2016 - February 28, 2017** | **$61,037.00** | **$13,297.36** | **$60,713.00[6]** | **$13,297.36** |
| 3671 | March 1, 2017 - March 31, 2017 | $10,492.50 | $549.56 | $8,394.00 | $549.56 |
| 3693 | April 1, 2017 - April 30, 2017 | $23,327.00 | $514.41 | $18,661.60 | $514.41 |
| 3695 | May 1, 2017 - May 31, 2017 | $15,440.50 | $1,695.82 | $12,352.40 | $1,695.82 |
| **Fifth Quarterly Application** | **March 1, 2017 - May 31, 2017** | **$49,260.00** | **$2,759.79** | **$49,260.00** | **$2,759.79** |
| 3752 | June 1, 2017 - June 30, 2017 | $21,761.00 | $859.19 | $17,408.80 | $859.19 |
| 3826 | July 1, 2017 - July 31, 2017 | $15,007.00 | $1,972.55 | $16,979.55 | $1,972.55 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member PA & NJ Bars 1996; Member DE Bar 2001; Member NY Bar 2008 | $895.00 | 2.80 | $2,506.00 |
| Shirley S. Cho | Of Counsel 2009; Member CA Bar 1997; Member NY Bar 2002 | $825.00 | 0.40 | $330.00 |
| Colin R. Robinson | Of Counsel 2012; Member DE Bar 2010; Member NJ and PA Bars 2001 | $725.00 | 1.40 | $1,015.00 |

---

[6] This amount was reduced in accordance with the agreement reached between PSZ&J and the Fee Examiner.

3

DOCS_SF:95108.2 80784/002

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William R. Ramseyer | Of Counsel 1989; Member CA Bar 1980 | $695.00 | 0.70 | $486.50 |
| Karina K. Yee | Paralegal 2000 | $350.00 | 0.60 | $210.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $350.00 | 0.40 | $140.00 |
| Patricia E. Cuniff | Paralegal 2000 | $350.00 | 8.60 | $3,010.00 |
| Patricia Jeffries | Paralegal 1999 | $350.00 | 2.80 | $980.00 |
| Mike A. Matteo | Paralegal 2001 | $325.00 | 4.00 | $1,300.00 |
| Beatrice M. Koveleski | Case Management Assistant | $275.00 | 1.40 | $385.00 |
| Charles J. Bouzoukis | Case Management Assistant | $275.00 | 3.20 | $880.00 |
| Karen S. Neil | Case Management Assistant | $275.00 | 0.50 | $137.50 |
| Sheryle L. Pitman | Case Management Assistant | $275.00 | 1.10 | $302.50 |

**Grand Total:** $11,682.50
**Total Hours:** 27.90
**Blended Rate:** $418.73

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.40 | $ 358.00 |
| Bankruptcy Litigation | 0.10 | $ 89.50 |
| Case Administration | 17.10 | $5,604.00 |
| Claims Administration/Objections | 0.80 | $ 682.00 |
| Compensation of Professionals | 5.10 | $2,543.50 |
| Compensation Professionals/Others | 2.30 | $1,452.50 |
| Financial Filings | 0.10 | $ 89.50 |
| Financing | 0.10 | $ 89.50 |
| General Creditors' Committee | 0.30 | $ 105.00 |
| Hearing | 1.60 | $ 669.00 |
| **Grand Total** | **27.90** | **$11,682.50** |

4

DOCS_SF:95108.2 80784/002

## EXPENSE SUMMARY

| Expense Category | Service Provider[7] (if applicable) | Total Expenses |
|---|---|---|
| Delivery/Courier Service | | $1,065.00 |
| Federal Express | | $ 211.23 |
| Pacer – Court Research | | $ 73.20 |
| Postage | | $ 517.60 |
| Reproduction Expense | | $ 526.70 |
| Reproduction/Scan Copy | | $ 177.30 |
| **Total** | | **$2,571.03** |

---

[7] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSA WD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: October 30, 2017 at 4:00 p.m.** |
| | ) | **Hearing Date: Scheduled only if Necessary** |

**EIGHTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, signed on or about March 24, 2016 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Eighteenth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from August 1, 2017 through August 31, 2017* (the "Application").

By this Application, PSZ&J seeks a monthly interim allowance of compensation in the amount of $11,682.50 and actual and necessary expenses in the amount of $2,571.03 for a total allowance of $14,253.53 and payment of $9,346.00 (80% of the allowed fees) and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSA WD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

reimbursement of $2,571.03 (100% of the allowed expenses) for a total payment of $11,917.03 for the period August 1, 2017 through August 31, 2017 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

### Background

1. On March 2, 2016 (the "Petition Date"), the Debtors commenced their cases under chapter 11 of the Bankruptcy Code before the United States Bankruptcy Court for the District of Delaware. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On March 10, 2016, the United States Trustee for Region 3 (the "UST") appointed the Committee to represent the interests of all unsecured creditors of the Debtors pursuant to section 1102 of the Bankruptcy Code.

4. On or about March 24, 2016, the Court signed the Administrative Order, authorizing certain professionals and members of any official committee ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within fifteen (15) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the

requested expenses. Beginning with the period ending July 31, 2016, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5.  The retention of PSZ&J, as counsel to the Committee, was approved effective as of March 10, 2016 by this Court's *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to March 10, 2016*, signed on or about May 24, 2016 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

6.  All services for which PSZ&J requests compensation were performed for or on behalf of the Committee. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case. PSZ&J has not received a retainer in this case.

### Fee Statements

7.  The fee statements for the Interim Period are attached hereto as **Exhibit A**. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period. To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working travel time to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

### Actual and Necessary Expenses

8.  A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of **Exhibit A**. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

4

9. PSZ&J charges $0.25, as of February 1, 2017, per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Committee for the receipt of faxes in this case.

10. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

11. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

12. The names of the timekeepers of PSZ&J who have rendered professional services in this case during the Interim Period are set forth in the attached **Exhibit A**. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy case, and performed all

necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

13. The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A. Asset Disposition

14. This category includes work related to the sale or other disposition of the Debtors' assets. During the Interim Period, the Firm, among other things, reviewed and analyzed documents, and corresponded regarding asset disposition issues.

Fees: $358.00     Hours: .40

### B. Bankruptcy Litigation

15. This category includes work related to various motions and pleadings filed in the case. During the Interim Period, the Firm, among other things, reviewed and analyzed a removal motion.

Fees: $89.50          Hours: .10

C. **Case Administration**

16. This category includes work related to administering the cases in an efficient manner. During the Interim Period, the Firm, among other things: (1) maintained a memorandum of critical dates and deadlines; (2) prepared and distributed a daily memo narrative; (3) reviewed and analyzed documents and distributed them to appropriate persons; and (4) maintained document control.

Fees: $5,604.00          Hours: 17.10

D. **Claims Administration/Objections**

17. Time billed to this category relates to the administration of claims made against the Debtors' estates. During the Interim Period, the Firm, among other things, reviewed and analyzed claim-related documents, and conferred and corresponded regarding claim issues.

Fees: $682.00          Hours: .80

E. **Compensation of Professionals**

18. This category includes work related to the compensation of the Firm. During the Interim Period, the Firm, among other things, performed work regarding its June and July 2017 monthly and fifth quarterly fee applications, and monitored the status and filing of fee applications.

Fees: $2,543.50          Hours: 5.10

7

F.  **Compensation of Professionals/Others**

19. This category includes work related to the compensation of professionals, other than the Firm. During the Interim Period, the Firm, among other things, reviewed and analyzed fee applications of the Debtors' professionals and performed work regarding BDO fee applications.

      Fees: $1,452.50      Hours: 2.30

G.  **Financial Filings**

20. This category includes work relating to the Debtors' monthly operating reports and schedules of assets and liabilities. During the Interim Period, the Firm, among other things, reviewed and analyzed a monthly operating report.

      Fees: $89.50      Hours: .10

H.  **Financing**

21. Time billed to this category relates to the debtor in possession financing. During the Interim Period, the Firm, among other things, reviewed and analyzed issues regarding the Ashby Geddes invoice.

      Fees: $89.50      Hours: .10

I.  **General Creditors' Committee**

22. This category includes work related to general Committee matters. During the Interim Period, the Firm, among other things, performed work regarding a weekly summary memorandum to the Committee.

      Fees: $105.00      Hours: .30

**J.     Hearing**

23.     This category includes work related to hearings held during the Interim Period. During the Interim Period, the Firm, among other things, performed work regarding agenda notices and hearing binders.

Fees: $669.00          Hours: 1.60

**Valuation of Services**

24.     Attorneys and paraprofessionals of PSZ&J expended a total 27.90 hours in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member PA & NJ Bars 1996; Member DE Bar 2001; Member NY Bar 2008 | $895.00 | 2.80 | $2,506.00 |
| Shirley S. Cho | Of Counsel 2009; Member CA Bar 1997; Member NY Bar 2002 | $825.00 | 0.40 | $330.00 |
| Colin R. Robinson | Of Counsel 2012; Member DE Bar 2010; Member NJ and PA Bars 2001 | $725.00 | 1.40 | $1,015.00 |
| William R. Ramseyer | Of Counsel 1989; Member CA Bar 1980 | $695.00 | 0.70 | $486.50 |
| Karina K. Yee | Paralegal 2000 | $350.00 | 0.60 | $210.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $350.00 | 0.40 | $140.00 |
| Patricia E. Cuniff | Paralegal 2000 | $350.00 | 8.60 | $3,010.00 |
| Patricia Jeffries | Paralegal 1999 | $350.00 | 2.80 | $980.00 |
| Mike A. Matteo | Paralegal 2001 | $325.00 | 4.00 | $1,300.00 |
| Beatrice M. Koveleski | Case Management Assistant | $275.00 | 1.40 | $385.00 |
| Charles J. Bouzoukis | Case Management Assistant | $275.00 | 3.20 | $880.00 |
| Karen S. Neil | Case Management Assistant | $275.00 | 0.50 | $137.50 |
| Sheryle L. Pitman | Case Management Assistant | $275.00 | 1.10 | $302.50 |

**Grand Total:**     $11,682.50
**Total Hours:**          27.90
**Blended Rate:**     $418.73

9

DOCS_SF:95108.2 80784/002

25. The nature of work performed by these persons is fully set forth in **Exhibit A** attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Committee during the Interim Period is $11,682.50.

26. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period August 1, 2017 through August 31, 2017, an interim allowance be made to PSZ&J for compensation of fees in the amount of $11,682.50 and actual and necessary expenses in the amount of $2,571.03 for a total allowance of $14,253.53 and payment of $9,346.00 (80% of the allowed fees) and reimbursement of $2,571.03 (100% of the allowed expenses) for a total payment of $11,917.03, and for such other and further relief as this Court may deem just and proper.

Dated: October 13, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rfeinstein@pszjlaw.com
        jpomerantz@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## **DECLARATION**

STATE OF DELAWARE     :
                                              :
COUNTY OF NEW CASTLE  :

Bradford J. Sandler, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about March 24, 2016 and submit that the Application substantially complies with such Rule and Order.

/s/ *Bradford J. Sandler*
Bradford J. Sandler