IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TSAWD HOLDINGS, INC., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 16-10527 (MFW)<br>) (Jointly Administered)<br>)<br>)<br>) **Related Docket No. 3826** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SEVENTEENTH MONTHLY FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017**

The undersigned hereby certifies that, as of the date hereof, no objection has been received to the *Seventeenth Monthly Application of Pachulski Stang Ziehl & Jones LLP* ("PSZ&J"), *as Counsel for the Official Committee of Unsecured Creditors for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2017 through July 31, 2017* (the "Application") [Docket No. 3826]. The undersigned further certifies that the Court's docket in this case has been reviewed and no objection to the Application appears thereon.[2] Pursuant to the notice of Application, objections to the Application were to be filed and served no later than October 13, 2017 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 806] entered on March 24, 2016, the Debtors are authorized to pay PSZ&J $12,005.60 which represents 80% of the fees ($15,007.00) and $1,972.55 which represents 100% of the expenses requested in the Application for the period from July 1, 2017 through July 31, 2017, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:  October 17, 2017                                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  302.652.4100
Facsimile:   302.652.4400
Email: rfeinstein@pszjlaw.com
           jpomerantz@pszjlaw.com
           bsandler@pszjlaw.com
           crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

DOCS_DE:213528.9 80784/002