IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TSAWD HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 3853 |

**NOTICE OF FILING OF CERTAIN MATERIALS
IN CONNECTION WITH SOLICITATION OF THE
CHAPTER 11 PLAN OF LIQUIDATION OF TSA CARIBE, INC.**

   **PLEASE TAKE NOTICE** that, on September 5, 2017, TSA Caribe, Inc. ("Caribe"), a debtor in the above-captioned cases, filed the *Disclosure Statement with Respect to the Chapter 11 Plan of Liquidation of TSA Caribe, Inc.* [Docket No. 3797] (including all exhibits thereto, the "Proposed Disclosure Statement").

   **PLEASE TAKE FURTHER NOTICE** that by Order dated October 18, 2017 [Docket No. 3853] (the "Disclosure Statement Order"),[2] the United States Bankruptcy Court for the District of Delaware (the "Court") approved the Proposed Disclosure Statement (as amended, and so approved, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of the Bankruptcy Code, and authorized Caribe to solicit ("Solicitation") votes to accept or reject the *Chapter 11 Plan of Liquidation of TSA Caribe, Inc.* (the "Plan"), annexed as Exhibit 1 to the Disclosure Statement. Pursuant to the Disclosure Statement Order, among other things, the Court also: (a) approved the form and manner of the Solicitation Packages; (b) approved the form and manner of the Confirmation Hearing Notice; (c) established a record date and approved procedures for distributing the Solicitation Packages; (d) approved the forms of ballots; (e) established the deadline for the receipt of ballots; (f) approved procedures for tabulating acceptances and rejections of the Plan; (g) established procedures with respect to, and the deadline for filing objections to, confirmation of the Plan; and (h) established the Administrative Expense Claim Bar Date.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

 The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Disclosure Statement Order.

**PLEASE TAKE FURTHER NOTICE** that in connection with Solicitation, Caribe, through the claims, noticing and balloting agent in these chapter 11 cases, Kurtzman Carson Consultants LLC, have served, among other things, the following documents in accordance with the provisions of the Disclosure Statement Order, all of which constitute solicitation versions for purposes of the confirmation process:

- the Confirmation Hearing Notice, a copy of which is attached hereto as <u>Exhibit A</u>;
- the Disclosure Statement, a copy of which is attached hereto as <u>Exhibit B</u> (with Plan exhibit intentionally omitted);
- the Plan, a copy of which is attached hereto as <u>Exhibit C</u>; and
- the Administrative Expense Bar Date Notice, a copy of which is attached hereto as <u>Exhibit D</u>.

Dated:   October 19, 2017
          Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kenos@ycst.com
amagaziner@ycst.com

*Counsel to the TSA Debtors*

-and-

Jeffrey M. Reisner
Michael Strub
Kerri A. Lyman
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Special Counsel to Debtors TSAWD Holdings, Inc., TSA Ponce, Inc., and TSA Caribe, Inc.*