# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TSAWD HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>**Confirmation Hearing Date: December 5, 2017 at 10:30 a.m. (ET)**<br>**Plan Objection Deadline: November 20, 2017 at 4:00 p.m. (ET)**<br>**Voting Deadline: November 20, 2017 at 4:00 p.m. (PT)** |

## NOTICE OF FILING OF THE PLAN SUPPLEMENT TO THE CHAPTER 11 PLAN OF LIQUIDATION OF TSA CARIBE, INC.

**PLEASE TAKE NOTICE THAT** Debtor TSA Caribe, Inc. ("Caribe") hereby submits this plan supplement (this "Plan Supplement") in support of the Chapter 11 Plan of Liquidation of TSA Caribe, Inc. [Docket No. 3856] (as the same may be amended, modified, and/or supplemented, the "Plan"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** this Plan Supplement includes the following documents, each of which may be amended, modified, or supplemented from time to time by Caribe in accordance with the Plan:

1. The Liquidation Trust Agreement, attached as Exhibit A.

2. List of Contracts and Leases to be Assumed, attached as Exhibit B.

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in this Plan Supplement are in substantially final form, but remain subject to continuing negotiations among Caribe and interested parties with respect thereto. Caribe reserves all rights to amend, modify or supplement the Plan Supplement, and any of the documents and designations contained therein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and Plan Supplement are available on the Bankruptcy Court's website at http://www.deb.uscourts.gov in accordance with the procedures and fees set forth therein, as well as free of charge on the website established

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664) (collectively, the "Debtors"). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

by Caribe's claims and noticing agent at http://www.kccllc.net/sportsauthority or by contacting Caribe's undersigned counsel.

Dated:  November 9, 2017
       Wilmington, Delaware       */s/ Andrew L. Magaziner*
                                      Michael R. Nestor (No. 3526)
                                      Kenneth J. Enos (No. 4544)
                                      Andrew L. Magaziner (No. 5426)
                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                      Rodney Square
                                      1000 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone:  (302) 571-6600
                                      Facsimile:  (302) 571-1253
                                      mnestor@ycst.com
                                      kenos@ycst.com
                                      amagaziner@ycst.com

                                      *Counsel to the Debtors and Debtors in Possession*

                                      -and-

                                      Jeffrey M. Reisner
                                      Michael Strub
                                      Kerri A. Lyman
                                      IRELL & MANELLA LLP
                                      840 Newport Center Drive, Suite 400
                                      Newport Beach, CA 92660
                                      Telephone: (949) 760-0991
                                      Facsimile: (949) 760-5200

                                      *Special Counsel to Debtor TSA Caribe, Inc.*