IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF ADAM J. GORMAN
WITH RESPECT TO THE TABULATION OF VOTES ON THE
CHAPTER 11 PLAN OF LIQUIDATION OF TSA CARIBE, INC.**

I, Adam J. Gorman, depose and say under the penalty of perjury:

1. I am a Senior Consultant of Corporate Restructuring Services, employed by Kurtzman Carson Consultants LLC ("KCC"), whose business address is 2335 Alaska Avenue, El Segundo, California 90245. I am over the age of 18 and not a party to this action.

2. On March 24, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing and Approving the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 810].

3. On October 18, 2017, the Court entered the *Order: (A) Approving Disclosure Statement of TSA Caribe, Inc.; (B) Fixing Voting Record Date; (C) Approving Solicitation Materials and Procedures for Distribution Thereof; (D) Approving Forms of Ballots and Establishing Procedures for Voting on Plan; (E) Scheduling Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of the Plan; (F) Establishing an*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.
The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

1

*Administrative Expense Claim Bar Date; and (G) Granting Related Relief* [Docket No. 3853] (the "Disclosure Statement Order") establishing, among other things, certain solicitation and voting tabulation procedures and approving the *Disclosure Statement with Respect to the Chapter 11 Plan of Liquidation of TSA Caribe, Inc.* [Exhibit B to Docket No. 3856] (the "Disclosure Statement").

4. KCC worked with Debtor TSA Caribe, Inc. and its counsel to solicit votes to accept or reject the *Chapter 11 Plan of Liquidation of TSA Caribe, Inc.* [Exhibit C to Docket No. 3856] (the "Plan") and to tabulate the ballots of creditors voting to accept or reject the Plan. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge. I am authorized to submit this Certification on behalf of KCC.

5. KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

**A.    Service and Transmittal of Solicitation Packages and Related Information**

6. On October 23, 2017, KCC caused to be served Solicitation Packages (as defined in the Disclosure Statement Order) on all known members of Classes 3 and 5 in accordance with the Disclosure Statement Order. There are no known members of Class 4 (Subordinated Claims).

7. In order to ensure successful service of the Solicitation Packages to Class 3 parties in Puerto Rico (the "Puerto Rico Class 3 Parties") who may have been impacted by Hurricane Maria, KCC conducted telephonic and email outreach on or before October 17, 2017. During these calls, KCC confirmed the addresses of the Puerto Rico Class 3 Parties and whether or not they could receive USPS Priority Mail service of the Solicitation Packages. Of the five Puerto Rico Class 3 Parties entitled to vote, KCC was able to confirm the mailing addresses for

one of these parties by telephone and e-mail correspondence, and for three of these parties by telephone correspondence as detailed in the service notes attached hereto as Exhibit A. KCC conducted additional telephonic outreach on October 18, 2017, October 19, 2017, November 20, 2017, and November 21, 2017 on one party whose address it was unable to confirm because the party was not responsive to telephone calls and the telephone line appeared to be dead. KCC was not able to find another method of contacting this party.

8. In addition to telephonic and email outreach to the Puerto Rico Class 3 Parties, KCC caused to be served copies of Solicitation Packages via USPS Priority Mail to these parties, in order to track the Solicitation Packages and confirm delivery. KCC confirmed delivery of the Solicitation Packages to four of the five Puerto Rico Class 3 Parties. A list of Puerto Rico Class 3 Parties, along with their addresses, telephone numbers, email addresses, Priority Mail tracking numbers, and service notes can be found attached hereto as Exhibit A.

9. Additionally, on October 23, 2017, KCC caused to be served the Non-Voting Notice and the Confirmation Hearing Notice (both as defined in the Disclosure Statement Order) on all known members of Classes 1 and 2 in accordance with the Disclosure Statement Order.

10. Additionally, on October 23, 2017, KCC caused to be served the Confirmation Hearing Notice via first class mail on:

    a) the U.S. Trustee;

    b) the United States Attorney's Office for the District of Delaware;

    c) the United States Department of Justice;

    d) the Internal Revenue Service (including the Delaware and Washington, D.C. offices);

    e) the relevant federal, state and local taxing authorities;

   f)  the relevant state and local regulatory agencies;

   g)  parties that filed a request for service in the Chapter 11 Cases (as defined in the Plan) in accordance with Bankruptcy Rule 2002 as of October 23, 2017; and

   h)  parties listed in the creditor matrix of TSA Caribe, Inc.

11. An affidavit evidencing the service of the foregoing was filed with the Court on November 8, 2017 [Docket No. 3881].

12. On October 23, 2017, KCC posted links to the electronic versions of the Confirmation Hearing Notice, Disclosure Statement Order, the Disclosure Statement, Administrative Expense Claim Bar Date Notice, and the Plan on the face of the public access website www.kccllc.net/sportsauthority.

**B.** **The Tabulation Process**

13. The Disclosure Statement Order established October 18, 2017 as the record date (the "Record Date") for determining which creditors and holders of interests were entitled to receive Solicitation Packages and, where applicable, vote on the Plan. Pursuant to the Disclosure Statement Order, holders of Claims in Class 3 (General Unsecured Claims), Class 4 (Subordinated Claims), and Class 5 (Equity Interests) were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

14. Pursuant to the Disclosure Statement Order, KCC relied on Debtor TSA Caribe, Inc.'s Schedule of Assets and Liabilities and the Claims information pertaining to the Chapter 11 Cases as reflected in KCC's systems in order to identify the holders of Claims or Interests entitled to vote to accept or reject the Plan.

15. Using the information outlined above, and with specific guidance and approval

from Debtor TSA Caribe, Inc., KCC created a voting database reflecting the names of holders in the Voting Classes, addresses of such holders, voting amounts and classification of Claims in the Voting Classes as of the Record Date.

16. Using its KCC CaseView voting database ("KCC CaseView"), KCC generated ballots for holders of Claims entitled to vote to accept or reject the Plan. The Disclosure Statement Order established November 20, 2017 at 4:00 p.m. (Pacific Time) as the deadline for receiving ballots to accept or reject the Plan (the "Voting Deadline").

17. Pursuant to the Disclosure Statement Order, KCC received and tabulated ballots as follows: (a) each returned ballot was opened and inspected at KCC's offices; (b) ballots were date-stamped and scanned into KCC CaseView; and (c) all ballots received on or before the Voting Deadline were then entered into KCC CaseView and tabulated in accordance with the tabulation rules outlined in the Disclosure Statement Order.

18. Set forth below is a summary of the voting results with respect to the Voting Classes tabulated on a consolidated basis. As of the date hereof, the voting results have not changed from the Voting Deadline, and no ballots have been received following the Voting Deadline.

| Total Ballots Received | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| Class 3 – General Unsecured Claims | | | |
| 2 (100%) | $22,859,490.67 (100%) | 0 (0.00%) | $0 (0.00%) |
| Class 5 – Equity Interests | | | |
| 1 (100%) | $1,000.00 (100%) | 0 (0.00%) | $0 (0.00%) |

19. The final Ballot Report containing the consolidated summary Ballot Report of the Voting Classes is annexed hereto as Exhibit B. The detailed Ballot Reports for Voting Classes 3

and 5 are attached to this Certification as <u>Exhibits B-1</u> and <u>B-2</u>, respectively. The holder of the largest Class 3 Claim (TSA Stores, Inc.) is an insider and voted to accept the Plan.

**C.    Ballots That Were Not Counted**

20.    Attached as <u>Exhibit C</u> to this Certification is a detailed report of any ballots that were not included in the tabulation above. Pursuant to the Disclosure Statement Order, all such ballots were not counted because the creditor's ballot either did not indicate whether the creditor voted to accept or reject the Plan (*i.e.* they abstained) or the creditor was not entitled to vote on the Plan.

### Conclusion

21.    To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Plan is true. The ballots received by KCC are stored at KCC's office and are available for inspection by or submission to the Court.

Dated: November 27, 2017

_____
Adam J. Gorman

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of Illinois, Count of Cook

Subscribed and sworn to (or affirmed) before me on this 27 day of November, 2017, by Adam J. Gorman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

"OFFICIAL SEAL"
KEVIN R CARIATO MICHALSKI
Notary Public, State of Illinois
My Commission Expires 2/16/2020

6

# EXHIBIT A

Exhibit A
**Puerto Rico Class 3 Parties**
Contact Information and Tracking Numbers

| Name | Creditor Notice Name | Address | City | State | Zip | Email | Phone #1 | Phone #2 | Tracking Number | Service Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Badillo Saatchi & Saatchi, Inc | | A-16 Calle Genova Villa Caparra Ext | Guaynabo | PR | 00968 | tere.leon@publicisone.com; orlando.gonzalez@badillo.com | 787-622-1074 | 787-622-1550 | 9405515931490046986095 | Creditor responded to phone and email correspondence; package was delivered via Priority Mail |
| GFR Media, LLC | Attn Jose Carrasquillo | PO Box 71445 | San Juan | PR | 00936 | | 787-641-7023 | | 9405515931490046986101 | Creditor responded to phone correspondence; package was delivered via Priority Mail |
| Puerto Rico Electric Power | Maria T. Gorbea - Bankruptcy Office | Prepa PO Box 364267 | San Juan | PR | 00936 | m-gorbea-djur@aeepr.com | 787-521-4150 | | 9405515931490046986118 | Creditor responded to phone correspondence; package was delivered via Priority Mail |
| Puerto Rico Telephone Company dba Claro | P.R. Telephone dba Claro Francisco Silva, Esq | PO Box 360998 | San Juan | PR | 00936 | fsilva@claropr.com; mmusigna@claropr.com | 787-782-8282 | 787-275-8635 | 9405515931490046986125 | Creditor responded to phone correspondence; package was delivered via Priority Mail |
| SECRETARY OF TREASURY | | 235 ARTERIAL HOSTOS AVE SUITE 901 | San Juan | PR | 00918 | | 787-622-0123 | | 9405515931490046986132 | Creditor did not respond to phone correspondence; package was undeliverable via Priority Mail |

In re TSA WD Holdings, Inc., et al.
Case No. 16-10527 (MFW)

Page 1 of 1

# EXHIBIT B

**Exhibit B**
**TSA Caribe, Inc.**
**Consolidated Summary Ballot Report**
**of Voting Classes**

| Class | Class Name | Total Members | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Members Abstained | Percentage of Members Accepted | Percentage of Members Rejected | Total Amount in Class | Total Amount Voted | Amount Accepted | Amount Rejected | Amount Abstained | Percentage of Amount Accepted | Percentage of Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | General Unsecured Claims | 12 | 1 | 2 | 2 | 0 | 1 | 100.00% | 0.00% | $28,202,352.41 | $22,859,490.67 | $22,859,490.67 | $0.00 | $97,405.23 | 100.00% | 0.00% |
| 4 | Subordinated Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 5 | Equity Interests | 3 | 0 | 1 | 1 | 0 | 0 | 100.00% | 0.00% | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | 100.00% | 0.00% |

In re TSA WD Holdings, Inc., et al.
Case No. 16-10527 (MFW)                                                                                                    Page 1 of 1

# EXHIBIT B-1

**Exhibit B-1**
**TSA Caribe, Inc.**
**Detailed Ballot Report for Class 3**

| Claim or Schedule Number | Date Filed | Name | Class | Voting Amount | Vote |
|---|---|---|---|---|---|
| 4604 | 11/13/2017 | Puerto Rico Electric Power | 3 General Unsecured Claims | $37,518.67 | Accept |
| 3047584 | 11/14/2017 | TSA Stores, Inc. | 3 General Unsecured Claims | $22,821,972.00 | Accept |

# EXHIBIT B-2

**Exhibit B-2**
**TSA Caribe, Inc.**
**Detailed Ballot Report for Class 5**

| Claim or Schedule Number | Date Filed | Name | Class | Voting Amount | Vote |
|---|---|---|---|---|---|
| N/A | 11/14/2017 | TSA Ponce, Inc. | 5 Equity Claims | $1,000.00 | Accept |

In re TSA WD Holdings, Inc., et al.
Case No. 16-10527 (MFW)

Page 1 of 1

# EXHIBIT C

**Exhibit C**
**TSA Caribe, Inc.**
**Report of Untabulated Ballots**

| Claim or Schedule Number | Date Received | Creditor Name | Class | Voting Amount | Vote | Reason Unacceptable |
|---|---|---|---|---|---|---|
| 11549 | 11/16/2017 | American Express Travel Related Services Company, Inc. | Not Applicable - Claim Filed Against TSA WD Holdings, Inc. | $1,610.00 | Accept | Not Entitled to Vote |
| 27 & 10912 | 11/07/2017 | American Southwest Venture II | Not Applicable - Claim Filed Against TSA Stores, Inc. | $1,008,089.83 | Accept | Not Entitled to Vote |
| 3727 | 11/20/2017 | Badillo Saatchi & Saatchi, Inc | 3 General Unsecured Claims | $97,405.23 | Abstain | Abstain |

In re TSA WD Holdings, Inc., et al.
Case No. 16-10527 (MFW)

Page 1 of 1