### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TSAWD HOLDINGS, INC., *et al.*,[1] | ) Case No. 16-10527 (MFW) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Related Docket No. 3896** |
| | ) |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING
EIGHTEENTH MONTHLY APPLICATION OF BDO CONSULTING, A DIVISION
OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
SEPTEMBER 1, 2017 THROUGH OCTOBER 31, 2017**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Eighteenth Monthly Application of BDO Consulting, a Division of BDO USA, LLP* ("BDO"), *as Financial Advisor for the Official Committee of Unsecured Creditors for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period September 1, 2017 through October 31, 2017* (the "Application") filed November 15, 2017. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than November 30, 2017 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 806] entered on March 24, 2016, the Debtors are authorized to pay BDO $8,488.00 which represents 80% of the fees ($10,610.00) and $0.00 which represents 100% of the expenses requested in the Application for the period from September 1, 2017 through October 31, 2017, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:  December 4, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: rfeinstein@pszjlaw.com
         jpomerantz@pszjlaw.com
         bsandler@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

DOCS_DE:212038.9 80784/001