**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 3918** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING FOURTH INTERIM FEE APPLICATION OF FREJKA PLLC**

The undersigned hereby certifies as follows:

1.      On December 1, 2017, Frejka PLLC filed the *Fourth Quarterly Application for Compensation and Reimbursement of Expenses of Frejka PLLC, as Counsel for the Fee Examiner, for the Period from April 1, 2017 Through June 30, 2017* [Docket No. 3918] (the "Frejka Fourth Interim Fee Application").  Pursuant to the notice, objections to the Frejka Fourth Interim Fee Application were to be filed and served no later than December 18, 2017 at 4:00 p.m. (ET) (the "Objection Deadline").

2.      A hearing to consider the Frejka Fourth Interim Fee Application is scheduled to be held on January 4, 2017 at 10:30 a.m. (ET).  As no responses were received prior to the Objection Deadline (or subsequent thereto) with respect to the Frejka Fourth Interim Fee Application, Frejka PLLC hereby submits a proposed form of order, a copy of which is attached hereto as Exhibit 1 (the "Proposed Order"), approving the Frejka Fourth Interim Fee Application on the terms set forth therein.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, CO 80122.

WHEREFORE, as no responses or objections were received to the Frejka Fourth Interim Fee Application, Frejka PLLC respectfully requests that the Court enter the Proposed Order without further notice or hearing at the Court's earliest convenience.

Dated: New York, New York
       December 19, 2017

FREJKA PLLC


/s/ Elise S. Frejka
Elise S. Frejka
135 East 57th Street – 6th Floor
New York, NY 10017
Phone: 212-641-0800

*Attorneys for the Fee Examiner*

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 3918** |

**ORDER APPROVING FOURTH**
**INTERIM FEE APPLICATION OF FREJKA PLLC**

Upon consideration of the *Fourth Quarterly Application for Compensation and Reimbursement of Expenses of Frejka PLLC, as Counsel for the Fee Examiner, for the Period from April 1, 2017 Through June 30, 2017* [Docket No. 3918] (the "Interim Application") for allowance of compensation and reimbursement of expenses on an interim basis; and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that the notice of the Interim Application was appropriate; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Interim Application is APPROVED in the amounts set forth on Exhibit A.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, CO 80122.

2

2.      Frejka PLLC is granted allowance of compensation in the amounts set forth on

Exhibit A.

3.      Frejka PLLC is allowed the reimbursement of reasonable and necessary expenses

in the amounts set forth on Exhibit A.

4.      The Debtors are authorized and directed to remit payment to Frejka PLLC in the

amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and

expenses.

5.      This Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.

Dated:  Wilmington, Delaware

_____

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

2

**<u>EXHIBIT A</u>**