## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 3891, 3892, 3893, 3895 & 3944** |

## CERTIFICATION OF COUNSEL REGARDING
## OMNIBUS ORDER APPROVING SIXTH INTERIM
## FEE APPLICATIONS OF CERTAIN DEBTORS' PROFESSIONALS

The undersigned hereby certifies as follows:

1.     On November 14, 2017, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Sixth Interim Quarterly Fee Requests of Certain Debtors' Professionals* [Docket No. 3891] (the "Debtors' Application").[2]  The Debtors' Application includes interim fee applications (collectively, the "Interim Fee Applications") for the following professionals retained by the Debtors:

- Gibson, Dunn & Crutcher LLP ("GDC," counsel to the Debtors);

- Young Conaway Stargatt & Taylor, LLP ("YCST,"counsel to the Debtors); and

- Irell & Manella LLP ("Irell," special counsel to Debtors TSAWD Holdings, Inc., TSA Ponce, Inc. and TSA Caribe, Inc.)

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as:  Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

[2]     Included in the Debtors' Application is the fourth interim fee request of Irell & Manella LLP.

Subsequent to filing their respective Interim Fee Applications, each of GDC, YCST and Irell filed supplemental applications [Docket Nos. 3892, 3893 and 3895], thereby supplementing their prior submissions.  The deadline to object to the Interim Fee Applications was November 29, 2017 at 4:00 p.m. (ET) (the "Objection Deadline").

2.      On December 19, 2017, Elise S. Frejka, the Court-appointed fee examiner in these chapter 11 cases (the "Fee Examiner"), filed the *Fee Examiner's Consolidated Final Report Regarding (I) Sixth Interim Quarterly Fee Requests of (A) Gibson, Dunn & Crutcher LLP [D.I. Nos.:3891, 3895]; (B) Young Conaway Stargatt & Taylor, LLP [D.I. Nos: 3891, 3892]; (C) Pachulski Stang Ziehl & Jones LLP [D.I. No. 3888]; and (D) BDO USA, LLP [D.I. No. 3915]; and (II) Fourth Interim Quarterly Fee Request of Irell & Manella LLP [D.I. Nos.: 3891, 3893]* [Docket No. 3944] (the "Final Report") addressing the Interim Fee Applications and outlining resolutions and compromises reached with applicable professionals identified above.

3.      A hearing to consider the Interim Fee Applications is scheduled to be held on January 4, 2018 at 10:30 a.m. (ET).  As no responses were received prior to the Objection Deadline (or subsequent thereto) with respect to the Interim Fee Applications, and GDC, YCST and Irell have, to the extent applicable, respectively reached the agreements memorialized in the Final Report regarding reduced fees and expenses for each professional,[3] the Debtors' undersigned counsel hereby submits a proposed form of order, a copy of which is attached hereto as Exhibit 1 (the "Proposed Order"), approving the Interim Fee Applications on the terms set forth therein.

---

[3]    Although not listed in the Final Report, GDC reached an agreement with the Fee Examiner to reduce its' fees by $238, as represented in the Proposed Order.

WHEREFORE, as no responses or objections were received to the Interim Fee Applications other than the Final Report, and the Fee Examiner has reviewed the Proposed Order and advised the Debtors' undersigned counsel that it consents to entry thereof, the Debtors respectfully request that the Court enter the Proposed Order without further notice or hearing at the Court's earliest convenience.

Dated:    December 21, 2017
          Wilmington, Delaware        */s/ Andrew L. Magaziner*
                                      Michael R. Nestor (No. 3526)
                                      Kenneth J. Enos (No. 4544)
                                      Andrew L. Magaziner (No. 5426)
                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                      Rodney Square
                                      1000 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone:  (302) 571-6600
                                      Facsimile:  (302) 571-1253
                                      mnestor@ycst.com
                                      kenos@ycst.com
                                      amagaziner@ycst.com

                                      -and-

                                      Robert A. Klyman (CA No. 142723)
                                      Matthew J. Williams (NY No. 3019106)
                                      Sabina Jacobs (CA No. 274829)
                                      GIBSON, DUNN & CRUTCHER LLP
                                      333 South Grand Avenue
                                      Los Angeles, CA 90071-1512
                                      Telephone: (213) 229-7000
                                      Facsimile: (213) 229-7520
                                      rklyman@gibsondunn.com
                                      mjwilliams@gibsondunn.com
                                      sjacobs@gibsondunn.com

                                      *Counsel to the Debtors and*
                                      *Debtors in Possession*

01:22678119.1

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 3891, 3892, 3893, 3895, 3944 & ___** |

**OMNIBUS ORDER APPROVING CERTAIN SIXTH INTERIM**
**FEE APPLICATIONS OF DEBTORS' PROFESSIONALS**

Upon consideration of the sixth interim fee applications (collectively, the "Applications")[2] of certain professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals") by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on an interim basis; and Elise S. Frejka (the "Fee Examiner") having filed a final report (the "Final Report") with respect to each of the Professionals; and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary;

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as:  Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

[2]    Included in the Applications is the fourth interim fee request of Irell & Manella LLP.

and that the notices of the Applications were appropriate; and the Fee Examiner having no objection to the relief requested herein as certain of the Applications have been voluntarily reduced or reflect agreements memorialized in the Final Report; and after due deliberation and sufficient good cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1.      The Applications are APPROVED in the amounts set forth on <u>Exhibit A</u>.

2.      The Professionals are granted allowance of compensation in the amounts set forth on <u>Exhibit A</u>.

3.      The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit A</u>.

4.      The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on <u>Exhibit A</u>, less all amounts previously paid on account of such fees and expenses.

5.      This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6.      The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.


Dated: _____
        Wilmington, Delaware


        _____
        MARY F. WALRATH
        UNITED STATES BANKRUPTCY JUDGE

01:22676603.1

# **<u>EXHIBIT A</u>**

| Professional/Role | Interim Fee Period/ Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| Gibson, Dunn & Crutcher LLP/ *Co-Counsel to the Debtors and Debtors in Possession* | 7/1/17 – 10/31/17 [D.I. 3891] | $369,465.00 | $13,297.49 | $295,572.00 | $13,297.49 | $73,655.00[1] |
| Young Conaway Stargatt & Taylor, LLP/ *Co-Counsel to the Debtors and Debtors in Possession* | 7/1/17 – 10/31/17 [D.I. 3891] | $183,413.50 | $3,407.22 | $146,730.80 | $3,407.22 | $36,682.70 |
| Irell & Manella LLP/ *Special Counsel to the Debtors and Debtors in Possession TSAWD Holdings, Inc., TSA Ponce, Inc. and TSA Caribe, Inc.* | 6/1/17 – 9/30/17 [D.I. 3891] | $131,848.00 | $72.80 | $105,478.40 | $72.80 | $26,369.60 |

---

[1] This amount reflects a voluntary reduction of fees in the amount of $238.00 at the request of the Fee Examiner.