# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 3891, 3892, 3893, 3895, 3944 & 3950 |

## OMNIBUS ORDER APPROVING CERTAIN SIXTH INTERIM
## FEE APPLICATIONS OF DEBTORS' PROFESSIONALS

Upon consideration of the sixth interim fee applications (collectively, the "Applications")[2] of certain professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals") by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on an interim basis; and Elise S. Frejka (the "Fee Examiner") having filed a final report (the "Final Report") with respect to each of the Professionals; and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

[2] Included in the Applications is the fourth interim fee request of Irell & Manella LLP.

01:22676603.1

and that the notices of the Applications were appropriate; and the Fee Examiner having no objection to the relief requested herein as certain of the Applications have been voluntarily reduced or reflect agreements memorialized in the Final Report; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Applications are APPROVED in the amounts set forth on Exhibit A.

2. The Professionals are granted allowance of compensation in the amounts set forth on Exhibit A.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on Exhibit A.

4. The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6. The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Dec. 27, 2017
Wilmington, Delaware

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

01:22676603.1