**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) (Jointly Administered) |
| Debtors. | **Related Docket Nos. 3888 and 3915** |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER
APPROVING CERTAIN SIXTH QUARTERLY FEE APPLICATIONS ON AN
INTERIM BASIS FOR THE PROFESSIONALS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

1.      The undersigned counsel hereby submits, the proposed *Omnibus Order Approving Certain Sixth Quarterly Fee Applications on an Interim Basis for the Professionals of the Official Committee of Unsecured Creditors* (the "Order").  The Order is attached hereto as Exhibit 1.

2.      The amounts set forth in the Order are the amounts that the Fee Auditor recommends the Court approve for payment.  See *Fee Examiner's Consolidated Final Report Regarding (I) Sixth Interim Quarterly Fee Requests of (A) Gibson, Dunn & Crutcher LLP; (B) Young Conaway Stargatt & Taylor, LLP; (C) Pachulski Stang Ziehl & Jones LLP; and (D) BDO USA, LLP; and (II) Fourth Interim Quarterly Fee Request of Irell & Manella LLP* [Docket No. 3944].

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

3.     The respective Interim Fee Applications are scheduled to be heard at the

January 4, 2018 omnibus hearing.

4.     Accordingly, the Committee respectfully requests that the Court enter the

Proposed Order at its earliest convenience.

Dated:  January 2, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  rfeinstein@pszjlaw.com
          jpomerantz@pszjlaw.com
          bsandler@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured
Creditors*