**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 4, 2018 AT 10:30 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.    Motion of Water Tower Place Shopping Center, L.C. for Allowance and Payment of Rent and Other Post-Petition Lease Obligations [D.I. 2734; 8/5/16]

  Related Pleadings:         None.

  Objection Deadline:       August 24, 2016 at 4:00 p.m. (ET) [Extended for the Debtors and Term Loan Agent to October 17, 2016]

  Objections/Responses:

      a)      Debtors' Omnibus Objection to Landlord Motions for Immediate Payment of Alleged Administrative Expense Claims [D.I. 3074; 10/14/16]

  Status:         By agreement of the parties, this matter is adjourned until the next scheduled hearing on a date to be determined.

2.    Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 3030; 10/3/16]

  Related Pleadings:         None.

  Objection Deadline:       November 29, 2016 at 4:00 p.m. (ET) [Extended for the Debtors to July 6, 2017 at 4:00 p.m. (ET)]

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

Objections/Responses:

    a)    Debtors' Objection to Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 3707; 7/6/17]

Status:    By agreement of the parties, this matter is adjourned until the next scheduled hearing on a date to be determined.

3.    Joint Motion for an Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3409; 2/13/17]

    Related Pleadings:

    a)    Notice of Filing of Supplement to Joint Motion for an Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3506; 3/24/17]

    b)    Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3566; 4/25/17]

Objection Deadline:    February 27, 2017 at 4:00 p.m. (ET) [Extended to April 7, 2017 at 4:00 p.m. (ET) per the Supplement]

Objections/Responses:

    c)    M.J. Soffe, LLC's Response and Reservation of Rights Regarding Objection to Its Section 503(b)(9) Claim [D.I. 3612; 5/16/17]

Status:    In accordance with the order listed above as Item (b), M.J. Soffe, LLC filed a response to the proposed treatment of their 503(b)(9) claim.  By agreement of the parties, this matter is adjourned to the next scheduled hearing on a date to be determined.

4.    Joint Motion of Debtors and Term Loan Agent for Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3579; 5/2/17]

Related Pleadings:

    a)    Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3628; 5/23/17]

    b)    Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3726; 7/18/17]

    c)    Second Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3778; 8/22/17]

    d)    Third Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3824; 9/27/17]

    e)    Fourth Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3924; 12/5/17]

Objection Deadline:    May 16, 2017 at 4:00 p.m. (ET) [Extended to December 28, 2017 at 4:00 p.m. (ET) for 02Cool, LLC]

Objections/Responses:

    f)    Opposition by Boost Oxygen [D.I. 3609; 5/16/17]

    g)    Informal Response from 02Cool, LLC

Status:    By agreement of the parties, this matter is adjourned to the next scheduled hearing on a date to be determined, with respect to the responses listed above.

01:23031130.1

5.      Debtors' Eighth Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 4025; 2/20/18]

Related Documents:

      a)      Certificate of No Objection [D.I. 4043; 3/8/18]

      b)      Eighth Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 4044; 3/9/18]

Objection Deadline:      March 6, 2018 at 4:00 p.m. (ET)

Objections/Responses Received:      None.

Status:      An order has been entered by the Court.  No hearing is necessary.

## **INTERIM FEE REQUESTS – COC FILED**

6.      Interim Fee Requests of Various Retained Professionals

Related Documents:      See Exhibit 1, attached hereto.

      a)      Certification of Counsel Regarding Omnibus Order Approving Seventh Interim Fee Applications of Certain Debtors' Professionals [D.I. 4063; 3/28/18]

      b)      Proposed Order

      c)      Certification of Counsel Regarding Omnibus Order Approving Certain Seventh Quarterly Fee Applications on an Interim Basis for the Professionals of the Official Committee of Unsecured Creditors [D.I. 4065; 3/30/18]

      d)      Proposed Order

Objection Deadline:      Varies per individual applications.

Objections/Responses Received:

Status:      The Debtors and the Official Committee of Unsecured Creditors have each filed a proposed form of order under certification of counsel with respect to their respective professionals.  A hearing is required only to the extent that the Court has questions or concerns.

Dated:  April 2, 2018
          Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kenos@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Matthew J. Williams (NY No. 3019106)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
mjwilliams@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

5

01:23031130.1

## EXHIBIT 1 - INDEX TO FEE APPLICATIONS

**A.**  **Seventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 4021; 2/15/18]**

1. Twentieth Monthly Fee Application for the Period from November 1, 2017 through November 30, 2017 [D.I. 3945; 12/19/17]

2. Certificate of No Objection [D.I. 3973; 1/5/18]

3. Twenty-First Monthly Fee Application for the Period from December 1, 2017 through December 31, 2017 [D.I. 3979; 1/16/18]

4. Certificate of No Objection [D.I. 4002; 2/1/18]

5. Twenty-Second Monthly Fee Application for the Period from January 1, 2018 through January 31, 2018 [D.I. 4018; 2/15/18]

6. Certificate of No Objection [D.I. 4041; 3/8/18]

7. Supplement to Sixth Interim Fee Application [D.I. 4022; 2/15/18]

8. Fee Examiner's Consolidated Final Report [D.I. 4060; 3/22/18]

**B.**  **Seventh Interim Fee Request of Gibson, Dunn & Crutcher LLP [D.I. 4021; 2/15/18]**

1. Twenty-First Monthly Fee Application for the Period from November 1, 2017 through November 30, 2017 [D.I. 3940; 12/18/17]

2. Certificate of No Objection [D.I. 3971; 1/3/18]

3. Twenty-Second Monthly Fee Application for the Period from December 1, 2017 through December 31, 2017 [D.I. 3981; 1/17/18]

4. Certificate of No Objection [D.I. 4006; 2/2/18]

5. Twenty-Third Monthly Fee Application for the Period from January 1, 2018 through January 31, 2018 [D.I. 4020; 2/15/18]

6. Certificate of No Objection [D.I. 4052; 3/19/18]

7. Supplement to Sixth Interim Fee Application [D.I. 4027; 2/21/18]

8. Fee Examiner's Consolidated Final Report [D.I. 4060; 3/22/18]

**C.**    **Fifth Interim Fee Request of Irell & Manella LLP [D.I. 4021; 2/15/18]**

    1.    Fourteenth Monthly Fee Application for the Period from October 1, 2017 through December 31, 2017 [D.I. 4019; 2/15/18]

    2.    Certificate of No Objection [D.I. 4042; 3/8/18]

    3.    Supplement to Fourth Interim Fee Application [D.I. 4023; 2/15/18]

    4.    Fee Examiner's Consolidated Final Report [D.I. 4060; 3/22/18]

**D.**    **Seventh Interim Fee Request of Pachulski Stang Ziehl & Jones LLP [D.I. 4014; 2/12/18]**

    1.    Nineteenth Monthly Fee Application for the Period from September 1, 2017 through September 30, 2017 [D.I. 3906; 11/28/17]

    2.    Certificate of No Objection [D.I. 3948; 12/20/17]

    3.    Twentieth Monthly Fee Application for the Period from October 1, 2017 through October 31, 2017 [D.I. 3928; 12/6/17]

    4.    Certificate of No Objection [D.I. 3969; 1/3/18]

    5.    Twenty-First Monthly Fee Application for the Period from November 1, 2017 through November 30, 2017 [D.I. 4008; 2/6/18]

    6.    Certificate of No Objection [D.I. 4037; 3/2/18]

    7.    Fee Examiner's Consolidated Final Report [D.I. 4060; 3/22/18]

**E.**    **Seventh Interim Fee Request of BDO USA, LLP [D.I. 4016; 2/13/18]**

    1.    Nineteenth Monthly Fee Application for the Period from November 1, 2017 through December 31, 2017 [D.I. 3980; 1/16/18]

    2.    Certificate of No Objection [D.I. 4001; 2/1/18]

    3.    Twentieth Monthly Fee Application for the Period from January 1, 2018 through January 31, 2018 [D.I. 4012; 2/8/18]

    4.    Certificate of No Objection [D.I. 4038; 3/2/18]

    5.    Fee Examiner's Consolidated Final Report [D.I. 4060; 3/22/18]

01:23031130.1