
IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSA WD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. __** |
| | ) | |

**ORDER GRANTING NINTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM MARCH 1, 2018 THROUGH MAY 31, 2018**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Committee in the above-captioned cases, filed its *Ninth Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from March 1, 2018 through May 31, 2018* (the "Ninth Quarterly Application"). The Court has reviewed the Ninth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Ninth Quarterly Application, and any hearing on the Ninth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Ninth Quarterly Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSA WD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

DOCS_SF:96952.2 80784/002

ORDERED that the Ninth Quarterly Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $35,182.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $2,429.92 for a total of $37,612.42 for services rendered and disbursements incurred by PSZ&J for the period March 1, 2018 through May 31, 2018, less any amounts previously paid in connection with the monthly fee applications.

**Dated: August 20th, 2018**
**Wilmington, Delaware**

DOCS_SF:96952.2 80784/002

2

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**