IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No: 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

## NINTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | BDO USA, LLP |
| Authorized To Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order Entered May 23, 2016, Effective as of March 13, 2016 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2018 – July 31, 2018 |
| Amount of Compensation Sought as actual, reasonable and necessary: | $5,240.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n): __X__ interim ____ final application

Prior Interim Applications:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

| # | Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expense |
|---|---|---|---|---|---|---|
| 1 | 08/08/16 | 03/13/16 – 05/31/16 | $713,409.50 | $2,281.95 | $708,797.50 | $2,257.95 |
| 2 | 10/24/16 | 06/01/16 – 08/31/16 | 402,797.50 | 3,344.16 | 401,263.00 | 2,455.60 |
| 3 | 03/17/17 | 09/01/16 – 11/30/16 | 28,444.00 | 38.40 | 28,444.00 | 38.40 |
| 4 | 05/22/17 | 12/01/16 – 03/31/17 | 65,589.00 | 36.70 | 52,471.20 | 36.70 |
| 5 | 08/15/17 | 04/01/17 – 06/30/17 | 10,313.00 | 0.00 | 10,313.00 | 0.00 |
| 6 | 11/30/17 | 07/01/17 – 10/31/17 | 15,647.00 | 13.50 | 12,517.60 | 13.50 |
| 7 | 02/13/18 | 11/01/17 – 01/31/18 | 8,913.50 | 0.00 | 8,913.50 | 0.00 |
| 8 | 05/25/18 | 02/01/18 – 04/30/18 | 6,211.00 | 0.00 | 6,211.00 | 0.00 |
|   |   | TOTAL | $1,251,324.50 | $5,714.71 | $$1,228,930.80 | $4,802.15 |

In accordance with the order, pursuant to sections 328(a), 330 and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2014(a) and 2016 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals entered March 24, 2016 (the "Interim Compensation Procedures") [Docket No. 806], and any additional orders entered by the Court, BDO USA, LLP ("BDO") hereby submits this Ninth Interim Application Request (the "Ninth Interim Fee Application Request") for the Period from May 1, 2018 through and including July 31, 2018.

BDO seeks interim approval of this Court of the following monthly fee applications (the "Monthly Applications"):

| Date Filed; Docket No. | Period Covered | Requested Fees | Expenses | CNO Filing Date Filed; Docket No. | Approved Fees (80%) | Expenses (100%) |
|---|---|---|---|---|---|---|
| 08/03/18; Dkt. No. 4206 | 05/01/18 – 06/30/18 | $3,513.50 | $0.00 | 08/23/18; Dkt. No. 4225 | $2,810.80 | $0.00 |
| 08/24/18; Dkt. No. 4227 | 07/01/18 – 07/31/18 | 1,727.00 | 0.00 | 09/14/18; Dkt. No. 4243 | 1,381.60 | 0.00 |
|   | TOTAL | $5,240.50 | $0.00 |   | $4,192.40 | $0.00 |

Summary of any Objections to the Monthly Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
|---|---|---|---|
| n/a | n/a | n/a | n/a |

In accordance with the Interim Compensation Procedures, BDO seeks interim approval of the full amount of the fees and expenses requested in the above-referenced Monthly Applications and authorization for the Debtors to pay the amounts requested in such Monthly Applications in full.

Dated: September 17, 2018

BDO USA, LLP

By: /s/ David E. Berliner
DAVID E. BERLINER
100 Park Avenue
New York, N.Y. 10017
Telephone Number: (212) 885-8000
Facsimile Number: (212) 697-1299

Financial Advisors to the Official Committee of Unsecured Creditors