IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSAWD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | **Related Docket No. 4258** |

**CERTIFICATION OF NO OBJECTION REGARDING NINTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM MAY 1, 2018, THROUGH JULY 31, 2018**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Ninth Quarterly Application for Compensation and Reimbursement of Expenses of BDO USA, LLP, as Financial Advisor for the Official Committee of Unsecured Creditors, for the Period from May 1, 2018, through July 31, 2018,* (Docket No. 4258) (the "Application"), filed and served on September 21, 2018.  The undersigned further certifies that he has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of the Application, objections to the Application were to be filed and served no later than October 8, 2018.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

A HEARING TO CONSIDER BDO'S NINTH QUARTERLY FEE APPLICATION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, FIFTH FLOOR, COURTROOM NO. 4, WILMINGTON, DE 19801.

| | |
|---|---|
| Dated:  October 15, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Robert J. Feinstein (NY Bar No. 1767805) |
| | Jeffrey N. Pomerantz (CA Bar No. 143717) |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | PO Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone:  302.652.4100 |
| | Facsimile:   302.652.4400 |
| | Email:  rfeinstein@pszjlaw.com |
| |          jpomerantz@pszjlaw.com |
| |          bsandler@pszjlaw.com |
| |          crobinson@pszjlaw.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |