## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 25, 2018 AT 2:00 P.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.    Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 3030; 10/3/16]

   Related Pleadings:            None.

   Objection Deadline:          November 29, 2016 at 4:00 p.m. (ET) [Extended for the Debtors to July 6, 2017 at 4:00 p.m. (ET)]

   Objections/Responses:

   a)    Debtors' Objection to Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 3707; 7/6/17]

   Status:    By agreement of the parties, this matter is adjourned until the next hearing on November 27, 2018.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

   The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817).

2.      Joint Motion for an Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3409; 2/13/17]

Related Pleadings:

   a)     Notice of Filing of Supplement to Joint Motion for an Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3506; 3/24/17]

   b)     Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3566; 4/25/17]

Objection Deadline:     February 27, 2017 at 4:00 p.m. (ET) [Extended to April 7, 2017 at 4:00 p.m. (ET) per the Supplement]

Objections/Responses:

   c)     M.J. Soffe, LLC's Response and Reservation of Rights Regarding Objection to Its Section 503(b)(9) Claim [D.I. 3612; 5/16/17]

Status:      In accordance with the order listed above as Item (b), M.J. Soffe, LLC filed a response to the proposed treatment of their 503(b)(9) claim.  By agreement of the parties, this matter is adjourned to the next hearing on November 27, 2018.

3.      Joint Motion of Debtors and Term Loan Agent for Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3579; 5/2/17]

Related Pleadings:

   a)     Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3628; 5/23/17]

01:23762827.1

b)      Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3726; 7/18/17]

c)      Second Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3778; 8/22/17]

d)      Third Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3824; 9/27/17]

e)      Fourth Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3924; 12/5/17]

Objection Deadline:      May 16, 2017 at 4:00 p.m. (ET) [Extended to December 28, 2017 at 4:00 p.m. (ET) for 02Cool, LLC]

Objections/Responses:

f)      Opposition by Boost Oxygen [D.I. 3609; 5/16/17]

g)      Informal Response from 02Cool, LLC

Status:      By agreement of the parties, this matter is adjourned to the next hearing on November 27, 2018, with respect to the responses listed above.

4.      Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement By and Among TSA Stores, Inc., VF Imagewear, Inc. and Fanatics Licensed Sports Group, LLC [D.I. 4235; 9/6/18]

Related Pleadings:

a)      Certificate of No Objection [D.I. 4259; 9/24/18]

b)      Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement By and Among TSA Stores, Inc., VF Imagewear, Inc. and Fanatics Licensed Sports Group, LLC [D.I. 4262; 9/25/18]

01:23762827.1

Objection Deadline:            September 20, 2018 at 4:00 p.m. (ET)

Objections/Responses:          None.

Status:        An order has been entered by the Court.  No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

5.    Interim Fee Requests of Various Retained Professionals

Related Pleadings:            See Exhibit 1, attached hereto.

    a)    Certification of Counsel Regarding Omnibus Order Approving Ninth Interim Fee Applications of Certain Debtors' Professionals [D.I. 4291; 10/18/18]

    b)    Proposed Order

    c)    Certification of Counsel Regarding Order Granting Ninth Interim Fee Application Request of BDO USA, LLP [D.I. 4295; 10/23/18]

    d)    Proposed Order

Objection Deadline:            Varies per individual applications.

Objections/Responses:          None.

Status:        A proposed form of order has been submitted under certification of counsel for each of the respective quarterly fee applications of the Debtors' professionals and BDO USA, LLP.  A hearing is only necessary to the extent that the Court has any questions or concerns.

*[Signature Page Follows]*

Dated:  October 23, 2018
        Wilmington, Delaware

/s/ Andrew L. Magaziner
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kenos@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Matthew J. Williams (NY No. 3019106)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
mjwilliams@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and
Debtors in Possession*

01:23762827.1

## EXHIBIT 1

**A.**    **Ninth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 4250; 9/17/18]**

   1.    Twenty-Sixth Monthly Fee Application for the Period from May 1, 2018 through May 31, 2018 [D.I. 4159; 6/20/18]

   2.    Certificate of No Objection [D.I. 4177; 7/6/18]

   3.    Twenty-Seventh Monthly Fee Application for the Period from June 1, 2018 through June 30, 2018 [D.I. 4212; 8/14/18]

   4.    Certificate of No Objection [D.I. 4233; 8/30/18]

   5.    Twenty-Eighth Monthly Fee Application for the Period from July 1, 2018 through July 31, 2018 [D.I. 4238; 9/11/18]

   6.    Certificate of No Objection [D.I. 4274; 9/28/18]

   7.    Supplement to Ninth Interim Fee Application [D.I. 4251; 9/17/18]

   8.    Fee Examiner's Consolidated Final Report [D.I. 4266; 9/26/18]

**B.**    **Ninth Interim Fee Request of Gibson, Dunn & Crutcher LLP [D.I. 4250; 9/17/18]**

   1.    Twenty-Seventh Monthly Fee Application for the Period from May 1, 2018 through May 31, 2018 [D.I. 4151; 6/15/18]

   2.    Certificate of No Objection [D.I. 4175; 7/2/18]

   3.    Twenty-Eighth Monthly Fee Application for the Period from June 1, 2018 through June 30, 2018 [D.I. 4203; 7/27/18]

   4.    Certificate of No Objection [D.I. 4213; 8/15/18]

   5.    Twenty-Ninth Monthly Fee Application for the Period from July 1, 2018 through July 31, 2018 [D.I. 4234; 9/4/18]

   6.    Certificate of No Objection [D.I. 4260; 9/24/18]

   7.    Supplement to Ninth Interim Fee Application [D.I. 4261; 9/24/18]

   8.    Fee Examiner's Consolidated Final Report [D.I. 4266; 9/26/18]

**C.**    **Ninth Interim Fee Request of BDO USA, LLP [D.I. 4258; 9/21/18]**

   1.    Twenty-Third Monthly Fee Application for the Period from May 1, 2018 through June 30, 2018 [D.I. 4206; 8/3/18]

2.      Certificate of No Objection [D.I. 4225; 8/23/18]

3.      Twenty-Fourth Monthly Fee Application for the Period from July 1, 2018 through July 31, 2018 [D.I. 4227; 8/24/18]

4.      Certificate of No Objection [D.I. 4243; 9/14/18]

5.      Fee Examiner's Consolidated Final Report [D.I. 4266; 9/26/18]

01:23762827.1