**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re  TSAWD HOLDINGS, INC., et al.                               Case No. 16-10527 (MFW)
                            Debtors

**AMENDED MONTHLY OPERATING REPORT**
**TSAWD HOLDINGS, INC., et al.**

**INDEX TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS AND SCHEDULES**

**CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**                                                      Page

    Condensed Consolidated Balance Sheet                                                                 2
    Condensed Consolidated Statement of Income                                                         3
    Condensed Consolidated Statement of Cash Flows                                                 4

**SCHEDULES**

    Schedule 1 -   Condensed Consolidating Balance Sheet                                           5
    Schedule 2 -   Condensed Consolidating Statement of Income                                 6
    Schedule 3 -   Condensed Consolidating Statement of Cash Flows                          7
    Schedule 4 -   Schedule of Federal, State, and Local Taxes Collected,                      8
                    Received, Due or Withheld
    Schedule 5 -   Total Disbursements by Filed Legal Entity                                         9
    Schedule 6 -   Total Disbursements to Retained Professionals                               10
    Schedule 7 -   Accounts Receivable Aging                                                              11
    Schedule 8 -   Summary of Unpaid Post-Petition Debts                                          12
    Schedule 9 -   Bank Reconciliations                                                                        13
    Schedule 10 -  Questionnaire                                                                                   14

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                                              Date

_____          _____
Signature of Joint Debtor                                                      Date

/S/ Douglas Garrett                                                                 11/2/2018
_____          _____
Signature of Authorized Individual*                                        Date

Douglas Garrett                                                                       Chairman of the Wind Down Committee
_____          _____
Printed Name of Authorized Individual                                 Title of Authorized Individual

* Authorized individual must be an officer, director, or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidated Balance Sheet (unaudited)**

| (In Millions) | | As of July 1, 2017 |
|---|---|---:|
| **Assets** | | |
| Cash (1) | $ | 31.5 |
| Accounts Receivable | | 2.3 |
| Prepaid Expenses and Other Assets | | 10.7 |
| **Total Current Assets** | | 44.6 |
| | | |
| Property and Equipment, Net | $ | - |
| Capitalized Financing Fees, Net | | 0.3 |
| Other Assets, Net | | 8.9 |
| | | |
| **Total Assets** | $ | 53.8 |
| | | |
| **Liabilities and Stockholders' Deficit** | | |
| Accounts Payable (3) | $ | 6.2 |
| Unredeemed Gift Card Liability | | 1.0 |
| Other Accrued Expenses | | 45.6 |
| Notes Payable | | 3.3 |
| Other Short Term Liabilities | | 4.2 |
| **Total Current Liabilities** | | 60.3 |
| | | |
| Liabilities Subject to Compromise (2) | $ | 852.3 |
| | | |
| **Total Liabilities** | $ | 912.6 |
| | | |
| Common Stock | $ | 0.4 |
| Retained Earnings / (Accumulated Deficit) | | (1,286.4) |
| Treasury Stock | | (2.0) |
| Additional Paid in Capital | | 429.2 |
| **Total Stockholders' Deficit** | $ | (858.8) |
| | | |
| **Total Liabilities and Stockholders' Deficit** | $ | 53.8 |

(1) The Debtors consider cash bank deposits, credit card receivables, and all highly liquid investments with remaining maturities of three months or less at the date of acquisition to be cash and cash equivalents.

(2) Liabilities subject to compromise reflect management's estimates and may be subject to revision in future reports.

(3) P5 Acct Payable balance has increased as company received cash for trade debit balances during the period.  AP trade liabilities have not increased.  As all debit balances have been recorded as an offset against AP, future debit balance collections will have a similar impact on the overall AP balance.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidated Statement of Income (unaudited)**

| (In Millions) | | For the Period of May 28, 2017 to July 1, 2017 |
|---|---|---:|
| **Net Sales** | $ | - |
| **Cost of Goods Sold, Buying, Distribution and Occupancy (1)** | | - |
| **Gross Profit** | | **-** |
| Operating Expenses: | | |
|   Employee Payroll & Benefits | $ | 0.1 |
|   Supplies | | - |
|   Telephone, Data Lines, & Utilities | | - |
|   Repairs & Maintenance | | - |
|   Other Outside Services | | 0.2 |
|   Reorganization Costs - Professional Fees | | 0.5 |
|   Credit Card Fees | | - |
|   Insurance | | - |
|   Depreciation & Amortization | | - |
|   Advertising, Net | | - |
|   (Gain)/Loss on Disposition of Property | | - |
|   Other SG&A | | 0.1 |
| **Total Operating Expenses** | | **0.9** |
| **Operating Income** | **$** | **(0.9)** |
| Interest Expense, net | $ | - |
| Other Income/(Expense) | | - |
| **Income Before Taxes** | **$** | **(0.9)** |
| Income Tax Expense/(Benefit) | $ | - |
| **Net Income** | **$** | **(0.9)** |
| Discontinued Operations: | | |
|   Loss from Discontinued Operations | $ | - |
|   Income Tax Benefit | | - |
|   Loss on Discontinued Operations | | **-** |

(1) In addition to the full cost of inventory, cost of goods sold includes related store occupancy costs and amortization and depreciation of leasehold improvements and rental equipment.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidated Statement of Cash Flows (unaudited)**

| (In Millions) | For the Period of May 28, 2017 to July 1, 2017 |
|---|---|
| **Cash flows from operating activities:** | |
| Net cash provided by (used in) operating activities | $ (1.7) |
| | |
| **Cash flows from investing activities:** | |
| Proceeds from sale of property and equipment | - |
| Net cash used in investing activities | $ - |
| | |
| **Cash flows from financing activities:** | |
| Net cash provided by (used in) financing activities | $ - |
| | |
| Increase/(decrease) in cash and cash equivalents | (1.7) |
| Cash and cash equivalents at beginning of period | 33.2 |
| Cash and cash equivalents at end of period | $ 31.5 |

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidating Balance Sheet (unaudited)**

As of July 1, 2017

| (In Millions) | TSA Stores, Inc. 16-10530 | TSA Gift Card, Inc. 16-10531 | Slap Shot Holdings, Corp. 16-10528 | TSAWD, Inc. 16-10529 | TSA Caribe, Inc. 16-10533 | TSAWD Holdings, Inc. 16-10527 | Total Debtors (1) |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Cash (2) | $ 27.3 | $ - | $ - | $ - | $ 4.2 | $ - | $ 31.5 |
| Accounts Receivable | 2.5 | - | - | - | 0.3 | - | 2.8 |
| Prepaid Expenses and Other Assets | 10.7 | - | - | - | - | - | 10.7 |
| **Total Current Assets** | 40.5 | - | - | - | 4.5 | - | 45.0 |
| Property and Equipment, Net | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Capitalized Financing Fees, Net | - | - | - | 0.3 | - | - | 0.3 |
| Intercompany Receivable, Net | - | 50.6 | - | - | - | 2.8 | 53.4 |
| Other Assets, Net | 9.4 | - | - | - | - | - | 9.4 |
| **Total Assets** | $ 49.9 | $ 50.6 | $ - | $ 0.3 | $ 4.5 | $ 2.8 | $ 108.1 |
| **Liabilities and Stockholders' Deficit** | | | | | | | |
| Accounts Payable (4) | $ 6.2 | $ - | $ - | $ - | $ - | $ - | $ 6.2 |
| Unredeemed Gift Card Liability | - | 1.0 | - | - | - | - | 1.0 |
| Other Accrued Expenses | 37.1 | 0.3 | 0.1 | - | 8.6 | - | 46.1 |
| Notes Payable | 3.3 | - | - | - | - | - | 3.3 |
| Other Long Term Liabilities | 4.7 | - | - | - | - | - | 4.7 |
| **Total Current Liabilities** | 51.3 | 1.3 | 0.1 | - | 8.6 | - | 61.3 |
| Liabilities Subject to Compromise (3) | 259.8 | 26.7 | 0.9 | 590.6 | 24.3 | 3.4 | 905.7 |
| **Total Liabilities** | $ 311.1 | $ 28.0 | $ 1.0 | $ 590.6 | $ 32.9 | $ 3.4 | $ 967.0 |
| Common Stock | $ - | $ - | $ 0.4 | $ - | $ - | $ - | $ 0.4 |
| Retained Earnings / (Accumulated Deficit) | (260.5) | 22.6 | (425.4) | (601.6) | (28.4) | 6.9 | (1,286.4) |
| Treasury Stock | - | - | (1.9) | - | - | (0.1) | (2.0) |
| Additional Paid in Capital | (0.6) | - | 425.8 | 11.3 | - | (7.4) | 429.2 |
| **Total Stockholders' Deficit** | $ (261.1) | $ 22.6 | $ (1.0) | $ (590.3) | $ (28.4) | $ (0.6) | $ (858.9) |
| **Total Liabilities and Stockholders' Deficit** | $ 49.9 | $ 50.6 | $ -- | $ 0.3 | $ 4.5 | $ 2.8 | $ 108.1 |

(1) Amounts listed do include eliminations. TSA Ponce, Inc. acts as a holding entity and does not list assets and/or liabilities, therefore it is excluded from this schedule.

(2) The Debtors consider bank deposits, credit card receivables, and all highly liquid investments with remaining maturities of three months or less at the date of acquisition to be cash and cash equivalents.

(3) Liabilities subject to compromise, inclusive of net intercompany payables, reflect management's estimates and may be subject to revision in future reports.

(4) P5 Acct Payable balance has increased as company received cash for trade debit balances during the period. AP trade liabilities have not increased. As all debit balances have been recorded as an offset against AP, future debit balance collections will have a similar impact on the overall AP balance.

5

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidating Statement of Income (unaudited)**

For the Period of May 28, 2017 to July 1, 2017

| (In Millions) | TSA Stores, Inc. 16-10530 | TSA Caribe, Inc. 16-10533 | Total Debtors (1) |
|---|---|---|---|
| **Net Sales** | $   - | $   - | $   - |
| **Cost of Goods Sold, Buying, Distribution and Occupancy (2)** | - | - | - |
| **Gross Profit** | - | - | - |
| Operating Expenses: | | | |
| Employee Payroll & Benefits | $  0.1 | $   - | $  0.1 |
| Supplies | - | - | - |
| Telephone, Data Lines, & Utilities | - | - | - |
| Repairs & Maintenance | - | - | - |
| Other Outside Services | 0.1 | 0.1 | 0.2 |
| Reorganization Costs - Professional Fees | 0.5 | - | 0.5 |
| Credit Card Fees | - | - | - |
| Insurance | - | - | - |
| Depreciation & Amortization | - | - | - |
| Advertising, Net | - | - | - |
| Gain/(Loss) on Disposition of Property | - | - | - |
| Other SG&A | 0.1 | - | 0.1 |
| **Total Operating Expenses** | 0.8 | 0.1 | 0.9 |
| **Operating Income/(Loss)** | (0.8) | (0.1) | (0.9) |
| Interest Expense, net | $   - | $   - | $   - |
| Other Income/(Expense) | - | - | - |
| **Income/(Loss) Before Income Taxes** | $ (0.8) | $ (0.1) | $ (0.9) |
| Income Tax Expense/(Benefit) | $   - | $   - | - |
| **Net Income/(Loss)** | $ (0.8) | $ (0.1) | $ (0.9) |
| Discontinued Operations: | | | |
| Loss from Discontinued Operations | - | - | - |
| Income Tax Benefit | - | - | - |
| Loss on Discontinued Operations | - | - | - |

(1) Amounts listed do not include eliminations. The following entities: TSA Gift Card Inc, TSAWD, Inc., TSA Ponce, Inc. are not listed as there was no income statement activity for the period.

(2) In addition to the full cost of inventory, cost of goods sold includes related store occupancy costs and amortization and depreciation of leasehold improvements and rental equipment.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidating Statement of Cash Flows (unaudited)**

| (In Millions) | TSA Stores, Inc. 16-10530 | TSA Caribe, Inc. 16-10533 | Total Debtors (1) |
|---|---|---|---|
| **For the Period of May 28, 2017 to July 1, 2017** | | | |
| **Cash flows from operating activities:** | | | |
| Net cash provided by (used in) operating activities | $ (1.7) | $ - | $ (1.7) |
| **Cash flows from investing activities:** | | | |
| Purchases of property and equipment | $ - | $ - | $ - |
| Proceeds from sale of property and equipment | - | - | - |
| | $ - | $ - | $ - |
| **Cash flows from financing activities:** | | | |
| Intercompany Receivable | $ - | $ - | $ - |
| Payments on long-term debt | - | - | - |
| Net cash provided by (used in) financing activities | $ - | $ - | $ - |
| Increase/(decrease) in cash and cash equivalents | $ (1.7) | $ - | $ (1.7) |
| Cash and cash equivalents at beginning of period | 29.0 | 4.2 | 33.2 |
| Cash and cash equivalents at end of period | $ 27.3 | $ 4.2 | $ 31.5 |

(1) Amounts listed do not include eliminations. The following entities: Slap Shot Holdings, Corp., TSAWD, Inc., TSAWD Holdings, Inc., and TSA Ponce, Inc. are not listed as they had no cash flow activity for the period.

7

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Schedule of Federal, State, & Local Taxes Collected, Received, Due or Witheld (unaudited, in millions)**

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.  If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements to Retained Professionals (unaudited, in millions)**

| Retained Professionals | | Approved Amounts (1) | Disbursements |
|---|---|---|---|
| For the Period of May 28, 2017 to July 1, 2017 | | | |

| Retained Professionals | | Approved Amounts (1) | Disbursements |
|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | Legal Services | | $ 0.4 |
| Rothschild, Inc. | Bankruptcy Services | | $ - |
| A&G Realty Partners, LLC | Bankruptcy Services | | $ - |
| Young Conaway Stargatt & Taylor, LLP | Legal Services | | $ - |
| Kurtzman Carson Consultants LLC | Bankruptcy Services | | $ 0.1 |
| Irell & Manella LLP | Legal Services | | $ - |
| Berkeley Research Group, LLC | Bankruptcy Services | | $ - |
| FTI Consulting, Inc. | Bankruptcy Services | | $ - |

(1) Approved amounts represent the amounts approved by Court orders.

.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements by Filed Legal Entity (unaudited, in millions) (1)**

### For the Period of May 28, 2017 to July 1, 2017

| Legal Entity | Case Number | Disbursements |
|---|---|---|
| TSAWD Holdings, Inc. | 16-10527 | $   - |
| Slap Shot Holdings, Corp. | 16-10528 | $   - |
| TSAWD, Inc. | 16-10529 | $   - |
| TSA Stores, Inc. | 16-10530 | $   1.1 |
| TSA Gift Card, Inc. | 16-10531 | $   - |
| TSA Ponce, Inc. | 16-10532 | $   - |
| TSA Caribe, Inc. | 16-10533 | $   - |

(1) TSA Stores, Inc. pays all amounts on behalf of itself and its affiliates through a centralized cash management system. Such transactions are recognized on the books of the affiliates and TSA Stores, Inc. through the use of intercompany accounts.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Accounts Receivable Aging (unaudited, in millions)**

### As of July 1, 2017

| Accounts Receivable Aging | Amount |
|---|---|
| 0-30 | $ - |
| 30-60 | - |
| 60-90 | - |
| 91+ | 2.3 |
| Total Accounts Receivable | 2.3 |
| Amount Considered Uncollectible | - |
| Accounts Receivable, Net | $ 2.3 |

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Summary of Unpaid Post-Petition Debts (unaudited, in millions)**

### TSA Stores, Inc. (16-10530) As of July 1, 2017

| Accounts Payable Aging | Amount |
|---|---|
| 0-30 | $ - |
| 30-60 | - |
| 60-90 | - |
| 91+ | 10.2 |
| Total Accounts Payable | $ 10.2 |

### TSA Caribe, Inc. (16-10533) As of July 1, 2017

| Accounts Payable Aging | Amount |
|---|---|
| 0-30 | $ - |
| 30-60 | - |
| 60-90 | - |
| 91+ | - |
| Total Accounts Payable | $ - |

**TSAWD Holdings, Inc., et al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Bank Reconciliations (unaudited) (1)**

| G/L Acct | Account Name | Bank Acct # | Debtor | Description | Bank Balance ($) | Ledger Balance ($) (2) | As of Date | 6/30/2017 |
|---|---|---|---|---|---|---|---|---|
| 100101 | Cash - Wells Fargo Main Account | XXXXXX0007 | TSA Stores, Inc. | Concentration | 25,530,064.07 | 25,545,987.07 | 6/30/2017 | Yes |
| 100101 | Cash - Wells Fargo Main Account | XXXXXX1965 | The Sports Authority, Inc. | Correspondence | - | - | 6/30/2017 | Yes |
| 100104 | Cash Wells Fargo Electronic Receipts | XXXXXX4211 | TSA Stores, Inc. | Cash Dominion | 19,826.54 | 20,482.44 | 6/30/2017 | Yes |
| 100105 | Cash Wells Fargo Pay By Scan Escrow | XXXXXX7396 | TSA Stores, Inc. | Escrow - Utility Deposit (3) | 2,975.83 | 2,975.78 | 6/30/2017 | Yes |
| 100106 | Cash-BoA Escrow | TSA2M-LC | TSA Stores, Inc. | Escrow - LC | 1,712,289.39 | 1,712,289.39 | 6/30/2017 | Yes |
| 100126 | Cash Wells Fargo - Payroll | XXXXXX9714 | TSA Stores, Inc. | Pos. Pay P/R | (51,261.27) | (93,045.03) | 6/30/2017 | Yes |
| 100161 | Depository - Wells Fargo | XXXXXXXXX9072 | The Sports Authority, Inc. | Store Depository | - | - | 6/30/2017 | Yes |
| 100162 | Depository - Caribe | XXX-XX2817 | TSA Caribe, Inc. | Store Depository | 4,243,831.30 | 4,243,831.30 | 6/30/2017 | Yes |
| 100171 | Depository - Wells Fargo | XXXXXX6076 | TSA Stores, Inc. | Store Depository | - | - | 6/30/2017 | Yes |
| 100173 | Cash Wells Fargo - Expense Payable | XXXXXX2687 | TSA Stores, Inc. | Pos. Pay A/P Expense | (232,284.02) | (234,272.97) | 6/30/2017 | Yes |
| 100176 | Depository - Wells Fargo - Cash Receipts | XXXXXX1815 | TSA Stores, Inc. | Corporate Deposits | - | - | 6/30/2017 | Yes |
| 100804 | Cash - TSA Stores Trust | XXXXXXXXXX3607 | TSA Stores, Inc. | Trust account for Property Management | - | - | 6/30/2017 | Yes |

(1) Timing differences between bank and ledger balances are due to i) outstanding checks not yet funded and ii) deposits-in-transit.

(2) Ledger Balance- Before reclassification of outstanding checks to liabilities for financial statement purposes

(3) The Pay By Scan Escrow account is now being used solely as a Utility Adequate Assurance account.

13

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Questionnaire**

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all post-petition tax returns been filed timely? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability, and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

| Account Name | Purpose | Business | Acct Number | Bank Name | Date |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

14