**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*, | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned proceedings:

February 25, 2019 at 2:00 p.m. (ET) – Interim Fee Hearing

March 26, 2019 at 10:30 a.m. (ET)

**Dated: December 10th, 2018
Wilmington, Delaware**

**MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE**