IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                     ) SS
NEW CASTLE COUNTY    )

  Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys to the Debtors in the above-captioned cases, and that on December 7, 2018, he caused a copy of the following document(s) to be served as indicated upon the parties identified on the attached service list:

- **Thirty-First Monthly Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2018 through and including October 31, 2018 [Docket No. 4355]**

_____
Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this ____ day of December, 2018.

_____
Notary Public

ERICA A. STEELE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 10, 2021

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, CO 80122.

The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817).

## SERVICE LIST
## 12/7/2018

Office of the United States Trustee
Attn: Hannah McCollum, Esq.
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler, Esq.
Attn: Colin Robinson, Esq.
919 North Market St., 17th Floor
Wilmington, DE 19801
*Hand Delivery*

TSAWD, Inc.
Attn: Douglas Garrett
2305 East Arapahoe Road
Suite 234
Centennial, CO 80122
*Overnight Mail*

Riemer & Braunstein LLP
Attn: Donald Rothman, Esq.
Three Center Plaza
Boston, MA 02108
*Overnight Mail*

Choate, Hall & Stewart LLP
Attn: Kevin Simard, Esq.
Two International Place
Boston, MA 02110
*Overnight Mail*

Frejka PLLC
Attn: Elise S. Frejka, Esq.
420 Lexington Avenue – Suite 310
New York, NY 10170
*Electronic Mail*