**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 7, 2019 AT 10:30 A.M. (ET)**

> **\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING
> HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT\*\***

## ADJOURNED/RESOLVED MATTERS

1.    Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 3030; 10/3/16]

Related Pleadings:          None.

Objection Deadline:         November 29, 2016 at 4:00 p.m. (ET) [Extended for the Debtors to July 6, 2017 at 4:00 p.m. (ET)]

Objections/Responses:

  a)    Debtors' Objection to Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 3707; 7/6/17]

Status:          By agreement of the parties, this matter is adjourned until the next hearing on February 25, 2019.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as:  Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817).

2.      Joint Motion for an Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3409; 2/13/17]

      Related Pleadings:

          a)      Notice of Filing of Supplement to Joint Motion for an Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3506; 3/24/17]

          b)      Order, Pursuant to Sections 105 and 503(b)(9) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Establishing Procedures to Resolve Claims Arising Under Section 503(b)(9) of the Bankruptcy Code for Purposes of Distributing Settlement Proceeds [D.I. 3566; 4/25/17]

      Objection Deadline:      February 27, 2017 at 4:00 p.m. (ET) [Extended to April 7, 2017 at 4:00 p.m. (ET) per the Supplement]

      Objections/Responses:

          c)      M.J. Soffe, LLC's Response and Reservation of Rights Regarding Objection to Its Section 503(b)(9) Claim [D.I. 3612; 5/16/17]

      Status:      In accordance with the order listed above as Item (b), M.J. Soffe, LLC filed a response to the proposed treatment of their 503(b)(9) claim.  By agreement of the parties, this matter is adjourned to the next hearing on February 25, 2019.

3.      Joint Motion of Debtors and Term Loan Agent for Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3579; 5/2/17]

      Related Pleadings:

          a)      Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3628; 5/23/17]

01:24006969.1

b)      Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3726; 7/18/17]

c)      Second Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3778; 8/22/17]

d)      Third Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3824; 9/27/17]

e)      Fourth Further Order, Pursuant to Bankruptcy Code Section 105(a), (I) Enforcing the 9019 Order and 9019 Settlement Agreement By and Among the Debtors, the Term Loan Agent, and Certain Non-Performing Settling Vendors, and (II) Granting Related Relief [D.I. 3924; 12/5/17]

Objection Deadline:      May 16, 2017 at 4:00 p.m. (ET) [Extended to December 28, 2017 at 4:00 p.m. (ET) for 02Cool, LLC]

Objections/Responses:

f)      Opposition by Boost Oxygen [D.I. 3609; 5/16/17]

g)      Informal Response from 02Cool, LLC

Status:      By agreement of the parties, this matter is adjourned to the next hearing on February 25, 2019, with respect to the responses listed above.

[*Signature Page Follows*]

Dated:  January 3, 2019
      Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mnestor@ycst.com
kenos@ycst.com
amagaziner@ycst.com

-and-

Robert A. Klyman (CA No. 142723)
Matthew J. Williams (NY No. 3019106)
Sabina Jacobs (CA No. 274829)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
rklyman@gibsondunn.com
mjwilliams@gibsondunn.com
sjacobs@gibsondunn.com

*Counsel to the Debtors and*
*Debtors in Possession*

01:24006969.1