## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 30, 2019 at 11:30 a.m. (ET)**<br>**Objection Deadline: April 1, 2019 at 4:00 p.m. (ET)** |

## TENTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FREJKA PLLC, AS COUNSEL FOR THE FEE EXAMINER, FOR THE PERIOD FROM DECEMBER 1, 2018 THROUGH FEBRUARY 28, 2019

| | |
|---|---|
| Name of Applicant: | Frejka PLLC |
| Authorized to Provide Professional Services to: | Fee Examiner |
| Date of Retention: | July 14, 2016 *nunc pro tunc* to June 16, 2016 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2018 – February 28, 2019 |
| Amount of Fees Sought as Actual, Reasonable and Necessary: | $6,042.50 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |
| Rates are Higher than those Approved or Disclosed at Retention?  Yes__  No X<br>If yes, Total Compensation Sought Using Rates Disclosed in Retention Application : | |
| Fees Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $0.00 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $0.00 |
| Number of Professionals Included in this Application: | 2 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client: | None |
|---|---|
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for this Period: | N/A |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 2 |

This is an:      ___ monthly      __x__ interim      ___ final application.

The total time expended for fee application preparation during the interim period is

approximately 5.50 hours and the corresponding compensation requested is approximately

$1,662.50.

## PRIOR INTERIM APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10/05/2016 | June 16, 2016 – August 31, 2016 | $144,313.75 | $283.50 | $144,313.75 | $283.50 |
| 1/27/2017 | September 1, 2016 – November 30, 2016 | $75,406.25 | $354.61 | $75,406.25 | $354.61 |
| 5/16/2017 | December 1, 2016 – March 31, 2017 | $43,305.00 | $37.00 | $43,305.00 | $37.00 |
| 12/01/2017 | April 1, 2017 – June 30, 2017 | $46,787.50 | $0.00 | $46,787.50 | $0.00 |
| 1/2/2018 | July 1, 2017 – October 31, 2017 | $26,742.50 | $0.00 | $26,742.50 | $0.00 |
| 4/16/2018 | November 1, 2017 – February 28, 2018 | $35,027.50 | $0.00 | $35,027.50 | $0.00 |
| 7/13/2018 | March 1, 2018 – May 31, 2018 | $20,355.00 | $0.00 | $20,355.00 | $0.00 |
| 10/31/2018 | June 1, 2018 – August 31, 2018 | $8,082.50 | $0.00 | $8,082.50 | $0.00 |
| 12/17/2018 | September 1, 2018 – November 30, 2018 | $6,052.50 | $0.00 | $6,052.50 | $0.00 |
| TOTAL | | $406,072.50 | $675.11 | $406,072.50 | $675.11 |

## MONTHLY APPLICATIONS FILED

Frejka PLLC seeks interim approval of this Court of the following monthly applications:[2]

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 2/12/2019 Dkt. 4406 | December 1, 2018 – January 31, 2019 | $4,332.50 | $0.00 | $3,466.00 | $0.00 |
| 3/12/2019 Dkt. 4445 | February 1, 2019 – February 28, 2019 | $1,710.00 | $0.00 | Pending | $0.00 |
| | Total | $6,042.50 | $0.00 | $3,466.00 | $0.00 |

## FREJKA PLLC PROFESSIONALS & PARAPROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elise S. Frejka | Partner since 2015. Member of the New York Bar since 1991. Primary practice area: Business Restructuring and Reorganization. | $475.00 | 9.50 | $4,512.50 |
| Edward M. Kennedy | Legal Assistant/Analyst | $225.00 | 6.80 | $1,530.00 |
| Total | | | 16.30 | $6,042.50 |

| | |
|---|---|
| Total Fees (All Timekeepers): | $6,042.50 |
| Total Hours (All Timekeepers): | 16.30 |
| Blended Rate (All Timekeepers): | $370.71 |
| | |
| Total Fees (All Attorneys): | $4,512.50 |
| Total Hours (All Attorneys): | 9.50 |
| Blended Rate (All Attorneys): | $475.00 |

---

[2] As of the date of this Application, Frejka PLLC is holding $5,487.25 in the Frejka PLLC IOLA Account due to an overpayment by the Debtors in connection with prior monthly fee statements.

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Fee Examiner – General | 4.50 | $1,687.50 |
| Fee Examiner – Fee Statements and Fee Applications | 5.50 | $1,662.50 |
| BDO, Consulting | 1.20 | $395.00 |
| Gibson, Dunn & Crutcher LLP | 0.80 | $380.00 |
| Pachulski Stang Ziehl & Jones LLP | 2.90 | $1,377.50 |
| Young Conaway Stargatt & Taylor, LLP | 1.40 | $540.00 |
| **Total** | **16.30** | **$6,042.50** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 30, 2019 at 11:30 a.m. (ET)**<br>**Objection Deadline: April 1, 2019 at 4:00 p.m. (ET)** |

### TENTH QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FREJKA PLLC, AS COUNSEL FOR THE FEE EXAMINER, FOR THE PERIOD FROM DECEMBER 1, 2018 THROUGH FEBRUARY 28, 2019

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Authorizing the Employment and Retention of Frejka PLLC as Counsel to the Fee Examiner* Nunc Pro Tunc *to June 16, 2016* [Docket No. 2507] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 806] (the "Interim Compensation Order"), the law firm of Frejka PLLC hereby applies (the "Application") to the United States Bankruptcy Court for the District of Delaware (the "Court") for reasonable compensation for professional legal services rendered as counsel to the Fee Examiner in the above-captioned cases.

By this Application, Frejka PLLC seeks an interim allowance of fees in the amount of $6,042.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $0.00 for a total of $6,042.50 and payment of the unpaid amount of such fees and expenses for the period December 1, 2018 through February 28, 2019

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

(the "Interim Period").  In support of this Application, Frejka PLLC respectfully represents as follows:

<b><u>Background</u></b>

1.      On March 2, 2016 (the "Petition Date"), the Debtors commenced their cases under chapter 11 of the Bankruptcy Code before the United States Bankruptcy Court for the District of Delaware.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On June 16, 2016, the Court entered an *Order Appointing Fee Examiner and Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 2204] appointing Elise S. Frejka as Fee Examiner (the "Fee Examiner Order").  On July 14, 2016, the Court entered the Retention Order.  Pursuant to the Fee Examiner Order and the Retention Order, Frejka PLLC was retained to represent the Fee Examiner *nunc pro tunc* to June 16, 2016.  The Fee Examiner Order authorizes Frejka PLLC to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

4.      All services for which compensation is requested herein by Frejka PLLC were performed for or on behalf of the Fee Examiner.

<b>FREJKA PLLC'S APPLICATION FOR<br><u>COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES</u></b>

<b><u>Compensation Paid and Its Source</u></b>

5.      The monthly fee applications (the "Monthly Fee Applications") for the periods December 1, 2018 through February 28, 2019 of Frejka PLLC have been filed and served pursuant to the Fee Examiner Order and the Retention Order.

2

6.      On February 12, 2019, Frejka PLLC filed its *Twenty Fourth Monthly Application of Frejka PLLC for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2018 through January 31, 2019* [Dkt. No. 4406] (the "Twenty Fourth Monthly Fee Application") requesting $4,332.50 in fees and $0.00 in expenses. Frejka PLLC received partial payment on account of the Twenty Fourth Monthly Fee Application in the amount of $3,458.00.

7.      On March 12, 2019, Frejka PLLC filed its *Twenty Fifth Monthly Application of Frejka PLLC for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2019 through February 28, 2019* [Dkt. No. 4364] (the "Twenty Fifth Monthly Fee Application") requesting $1,710.00 in fees and $0.00 in expenses.  Frejka PLLC anticipates receiving partial payment on account of the Twenty Fifth Monthly Fee Application in the amount of $1,368.00 prior to the hearing on this Application.

8.      The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by Frejka PLLC during the periods covered by such applications as well as other detailed information required to be included in fee applications.

### Requested Relief

9.      By this Application, Frejka PLLC requests that the Court approve payment of one hundred percent (100%) of the fees and expenses incurred by Frejka PLLC during the Interim Period of December 1, 2018 through February 28, 2019.

10.     All services for which Frejka PLLC requests compensation were performed for or on behalf of the Debtors' estates.

11.     Frejka PLLC has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Frejka PLLC and any other person other than the professionals of Frejka PLLC for the sharing of compensation to be received for services rendered in these cases.  Frejka PLLC did not receive a retainer in these cases.

12.     The professional services and related expenses for which Frejka PLLC requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Frejka PLLC's professional responsibilities as attorneys for the Fee Examiner.  Frejka PLLC's services have been necessary and beneficial to the Debtors' estates, creditors and other parties in interest.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Frejka PLLC is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Frejka PLLC has reviewed the requirements of Del. Bankr. LR 2016-2, the Fee Examiner Order and the Retention Order and believes that this Application complies with such Rule and Orders.

**Statement from Frejka PLLC**

14.     Pursuant to the *Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, Frejka PLLC responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | Yes | | Hourly rates, consistent with firm practice, will remain constant for the duration of the engagement. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | No | Fees were within budget. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| If the fee application includes any rate increases since retention in these Cases:<br>  i.  Did your client review and approve those rate increases in advance?<br>  ii.  Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | No | Hourly rates, consistent with firm practice, will remain constant for the duration of the engagement. |

WHEREFORE, Frejka PLLC respectfully requests that the Court enter an order, in the form attached hereto, (i) providing that an interim allowance be made to Frejka PLLC for the period from December 1, 2018 through February 28, 2019 in the sum of $6,042.50 as

5

compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $0.00 for a total of $6,052.50; (ii) that the Debtors be authorized and directed to pay to Frejka PLLC the outstanding amount of such sums; and (iii) for such other and further relief as may be just and proper.

Dated: New York, New York
      March 14, 2019

FREJKA PLLC

/s/ Elise S. Frejka
Elise S. Frejka
420 Lexington Avenue Suite 310
New York, New York 10170
Phone: (212) 641-0800
Facsimile: (212) 641-0820

*Attorneys for the Fee Examiner*

## **VERIFICATION**

I, Elise S. Frejka, hereby certify that:

1.      I am a member of Frejka PLLC and the Fee Examiner in the above-captioned

cases.

2.      I have personally performed many of the legal services rendered by Frejka PLLC

to the Fee Examiner and am familiar with all other work performed on behalf of the lawyers at

Frejka PLLC.

3.      The facts set forth in the foregoing Application are true and correct to the best of

my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and

submit that this Application substantially complies with such Rule.

Dated: New York, New York
       March 14, 2019

                                        /s/ Elise S. Frejka
                                        Elise S. Frejka

# EXHIBIT A

## Customary and Comparable Disclosures with Fee Applications

| Category of Timekeeper | BILLED OR COLLECTED<br>Firm or office preceding year,<br>excluding bankruptcy | BILLED<br>in this fee application |
|---|---|---|
| Partner | $0.00 | $4,512.50 |
| Legal Assistant | $0.00 | $1,530.00 |
| All timekeepers aggregated | $0.00 | $6,042.50 |

## **EXHIBIT B**

### **Summary of Timekeepers Included in this Fee Application**

| Name | Title | Department | Date of First Admission | Fees Billed in this Application(s) | Hours Billed in this Application | Hourly Rate Billed in the Application Period | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Elise S. Frejka | Partner | Bankruptcy | 1991 | $4,512.50 | 9.50 | $475.00 | 0 |
| Edward M. Kennedy | Legal Assistant | Bankruptcy | | $1,530.00 | 6.80 | $225.00 | 0 |
| **Grand Total** | | | | **$6,042.50** | **16.30** | | |

# EXHIBIT C

### Budget and Staffing Plan

| | BUDGETED AMOUNT ($) | | | |
|---|---|---|---|---|
| | **December** | **January** | **February** | **Application Period** |
| Total Fees | $5,000.00 | $5,000.00 | $5,000.00 | $15,000.00 |
| **PROFESSIONAL RATES** | | | | |
| | **December** | **January** | **February** | **Application Period** |
| Elise S. Frejka | $475.00 | $475.00 | $475.00 | $475.00 |
| Edward M. Kennedy | $225.00 | $225.00 | $225.00 | $225.00 |
| **ACTUAL HOURS** | | | | |
| **Professional** | **December** | **January** | **February** | **Application Period** |
| Elise S. Frejka | 0.90 | 5.00 | 3.60 | 9.50 |
| Edward M. Kennedy | 6.80 | 0.00 | 0.00 | 6.80 |
| Total | 7.70 | 5.00 | **3.60** | 16.30 |
| **ACTUAL FEES** | | | | |
| **Professional** | **December** | **January** | **February** | **Application Period** |
| Elise S. Frejka | $427.50 | $2,375.00 | $1,710.00 | $4,512.50 |
| Edward M. Kennedy | $1,530.00 | $0.00 | $0.00 | $1,530.00 |
| Total | **$1,957.50** | **$2,375.00** | **$1,710.00** | **$6,042.50** |

## EXHIBIT D

### Summary of Compensation Requested by Project Category

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Fee Examiner – General | 4.50 | $1,687.50 |
| Fee Examiner – Fee Statements and Fee Applications | 5.50 | $1,662.50 |
| BDO, Consulting | 1.20 | $395.00 |
| Gibson, Dunn & Crutcher LLP | 0.80 | $380.00 |
| Pachulski Stang Ziehl & Jones LLP | 2.90 | $1,377.50 |
| Young Conaway Stargatt & Taylor, LLP | 1.40 | $540.00 |
| **Total** | **16.30** | **$6,042.50** |

# EXHIBIT E

## SUMMARY COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| Name of applicant: | Frejka PLLC |
| Name of client: | Fee Examiner |
| Time period covered by this application: | December 1, 2018 – February 28, 2019[1] |
| Total compensation sought this period: | $6,042.50 |
| Total expenses sought this period: | $0.00 |
| Petition date: | March 2, 2016 |
| Retention date: | Nunc Pro Tunc to June 16, 2016 |
| Date of order approving employment | July 14, 2016 |
| Total fees approved by interim order to date | $406,072.50 |
| Total expenses approved by interim order to date | $675.11 |
| Total allowed fees paid to date | $409,538.50 |
| Total allowed expenses paid to date | $675.11 |
| Blended rate in this application for all attorneys | $475.00 |
| Blended rate in this application for all timekeepers | $370.71 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $3,466.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this application | 2 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | None |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 2 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

---

[1]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING TENTH QUARTERLY APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
FREJKA PLLC, AS COUNSEL FOR THE FEE EXAMINER,
FOR THE PERIOD FROM DECEMBER 1, 2018 THROUGH FEBRUARY 28, 2019**

Frejka PLLC, as counsel for the Fee Examiner in the above-captioned cases, filed its

Tenth Quarterly Application for Compensation and for Reimbursement of Expenses for the

Period from December 1, 2018 through February 28, 2019 (the "Tenth Quarterly Application").

The Court has reviewed the Tenth Quarterly Application and finds that: (a) the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Tenth

Quarterly Application, and any hearing on the Tenth Quarterly Application, was adequate under

the circumstances; and (c) all persons with standing have been afforded the opportunity to be

heard on the Tenth Quarterly Application.  Accordingly, it is hereby

ORDERED that the Tenth Quarterly Application is GRANTED, on an interim basis.  The

Debtors in the above cases shall pay to Frejka PLLC the sum of $6,042.50 as compensation for

necessary professional services rendered, and actual and necessary expenses in the amount of

$0.00 for a total of $6,042.50 for services rendered and disbursements incurred by Frejka PLLC

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

for the period December 1, 2018 through February 28, 2019, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2019
      Wilmington, Delaware

 

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

# **EXHIBIT A**

| Professional/Role | Interim Fee Period/Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| Frejka PLLC/ *Counsel to the Fee Examiner* | 12/1/18 – 2/28/19 [D.I.   ] | $6,042.50 | $0.00 | $4,834.00 | $0.00 | $1,208.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 30, 2019 at 11:30 a.m. (ET)**<br>**Objection Deadline: April 1, 2019 at 4:00 p.m. (ET)** |

## TENTH QUARTERLY FEE REQUEST OF FREJKA PLLC

TO:     (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE; (III) COUNSEL FOR THE DIP LENDERS; (IV) COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION; (V) COUNSEL FOR THE DEBTORS; (VI) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (VII) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 806] (the "Interim Compensation Order"), Frejka PLLC, counsel for the Fee Examiner in the above captioned cases hereby applies for interim quarterly allowance of compensation and reimbursement of expenses (the "Fee Request") for all interim applications filed during the period December 1, 2018 through February 28, 2019. Summaries of the fees and expenses that are the subject of this Fee Request are summarized in the attachments hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a 15-day objection period.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **April 1, 2019 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Request will be held before the Honorable Mary F. Walrath in the United States Bankruptcy

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, on **April 30, 2019 at 11:30 a.m. (ET)**.

Dated: New York, New York
       March 14, 2019

                                        FREJKA PLLC


                                        /s/ Elise S. Frejka
                                        Elise S. Frejka
                                        420 Lexington Avenue Suite 310
                                        New York, New York  10170
                                        Phone: (212) 641-0800
                                        Facsimile: (212) 641-0820

                                        *Attorneys for the Fee Examiner*