## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No: 16-10527 (MFW) |
| TSAWD HOLDINGS, INC., *et al.*,[1] | |
| | (Jointly Administered) |
| Debtors. | |
| | **Objection Deadline: July 1, 2019 at 4:00 p.m.** |
| | **Hearing Date: Only if necessary** |

**TWENTY-NINTH MONTHLY APPLICATION OF BDO CONSULTING,
A DIVISION OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR INTERIM COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

| | |
|---|---|
| Name of Applicant: | BDO Consulting, a Division of BDO USA, LLP |
| Authorized To Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order Entered May 23, 2016, Effective as of March 13, 2016 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2019 – April 30, 2019 |
| Amount of Compensation Sought as actual, reasonable and necessary: | $1,881.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: __X__ monthly ____ interim ____ final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

If this is not the first application filed, disclose the following for each prior application:

| # | Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expense |
|---|---|---|---|---|---|---|
| 1 | 06/02/16 | 03/13/16 – 03/31/16 | $172,956.00 | $0.00 | $172,956.00 | $0.00 |
| 2 | 06/16/16 | 04/01/16 – 04/30/16 | 232,462.25 | 675.85 | 232,462.25 | 675.85 |
| 3 | 07/13/16 | 05/01/16 – 05/31/16 | 307,991.25 | 1,606.10 | 303,355.25 | 1,606.10 |
| 4 | 08/25/16 | 06/01/16 – 06/30/16 | 175,761.50 | 737.07 | 174,227.00 | 737.07 |
| 5 | 09/30/16 | 07/01/16 – 07/31/16 | 199,995.25 | 1,119.47 | 199,106.69 | 1,119.47 |
| 6 | 10/24/16 | 08/01/16 – 08/31/16 | 27,040.75 | 1,487.62 | 27,040.75 | 1,487.62 |
|  |  | 03/13/16 – 07/31/16 |  |  | (136,245.68)[2] |  |
| 7 | 12/12/16 | 09/01/16 – 09/30/16 | 8,143.00 | 38.40 | 8,143.00 | 38.40 |
| 8 | 12/13/16 | 10/01/16 – 10/31/16 | 9,133.00 | 0.00 | 9,133.00 | 0.00 |
| 9 | 01/12/17 | 11/01/16 – 11/30/16 | 11,168.00 | 0.00 | 11,168.00 | 0.00 |
| 10 | 02/27/17 | 12/01/16 – 12/31/16 | 16,112.50 | 25.90 | 16,112.50 | 25.90 |
| 11 | 03/15/17 | 01/01/17 – 01/31/17 | 16,492.50 | 0.00 | 16,492.50 | 0.00 |
| 12 | 04/04/17 | 02/01/17 – 02/28/17 | 16,752.50 | 10.80 | 16,752.50 | 10.80 |
| 13 | 05/10/17 | 03/01/17 – 03/31/17 | 16,231.50 | 0.00 | 16,231.50 | 0.00 |
| 14 | 06/16/17 | 04/01/17 – 04/30/17 | 3,733.50 | 0.00 | 3,733.50 | 0.00 |
| 15 | 06/28/17 | 05/01/17 – 05/31/17 | 4,340.00 | 0.00 | 4,340.00 | 0.00 |
| 16 | 08/14/17 | 06/01/17 – 06/30/17 | 2,239.50 | 0.00 | 2,239.50 | 0.00 |
| 17 | 10/02/17 | 07/01/17 – 07/31/17 | 5,037.00 | 13.50 | 5,037.20 | 13.50 |
| 18 | 11/15/17 | 09/01/17 – 10/31/17 | 10,610.00 | 0.00 | 10,610.00 | 0.00 |
| 19 | 01/16/18 | 11/01/17 – 12/31/17 | 5,970.00 | 0.00 | 5,970.00 | 0.00 |
| 20 | 02/08/18 | 01/01/18 – 01/31/18 | 2,943.50 | 0.00 | 2,943.50 | 0.00 |
| 21 | 04/24/18 | 02/01/18 – 03/31/18 | 3,537.50 | 0.00 | 3,537.50 | 0.00 |
| 22 | 05/25/18 | 04/01/18 – 04/30/18 | 2,673.50 | 0.00 | 2,673.50 | 0.00 |
| 23 | 08/02/18 | 05/01/18 – 06/30/18 | 3,513.50 | 0.00 | 3,513.50 | 0.00 |
| 24 | 08/24/18 | 07/01/18 – 07/31/18 | 1,727.00 | 0.00 | 1,727.00 | 0.00 |
| 25 | 10/17/18 | 08/01/18 – 09/30/18 | 3,096.50 | 0.00 | 2,477.20 | 0.00 |
| 26 | 11/27/18 | 10/01/18 – 10/31/18 | 1,762.50 | 0.00 | 1,410.00 | 0.00 |
| 27 | 02/12/19 | 11/01/18 – 01/31/19 | 4,787.50 | 0.0 | 3,830.00 | 0.00 |
| 28 | 04/24/19 | 02/01/19 – 03/31/19 | 2,727.50 | 0.00 | 2,182.00 | 0.00 |
|  |  | **TOTAL** | **$1,268,939.00** | **$5,714.71** | **$ 1,124,131.46** | **$5,714.71** |

---

[2]  Pursuant to Stipulation Order between Term Loan Agent and BDO Consulting total fees incurred to be reduced by $143,304.74, less $7,059.06 reductions per Fee Examiner, in accordance with provisions of Interim Compensation Order for total fees of $950,000 per Budget Cap.

## COMPENSATION BY PROFESSIONAL WITH BLENDED RATE

|  | Professional | Position | Hours | Hourly billing rate (average)[3] | Amount |
|---|---|---|---|---|---|
| D.B. | DAVID BERLINER | PARTNER | 1.3 | 715 | 929.50 |
| M.M. | MICHAELE MICHAELIS | MANAGING DIRECTOR | 1.6 | 595 | 952.00 |
|  | **TOTAL:** |  | **2.9** |  | **$1,881.50** |

Blended Rate: $648.79

## COMPENSATION BY PROJECT CATEGORY

| CODE | PROJECT CATEGORY | Hours | Amount |
|---|---|---|---|
| 1 | General (Case Administration); include non-specific internal meetings | - | - |
| 2 | Communications with Creditors Committee or Individual creditors | - | - |
| 3 | Communications with Creditors Committee Counsel | - | - |
| 4 | Retention / Fee Applications | 0.3 | 214.50 |
| 5 | Executory Contracts/Leases | - | - |
| 6 | Financings and Cash Collateral | 0.3 | 190.50 |
| 7 | Communication with Debtors or Debtors Professionals | - | - |
| 8 | Store Closing / GOB Sales | - | - |
| 9 | Asset Sale and Related | - | - |
| 10 | Business Analysis: Historic and Current | - | - |
| 11 | Motions and Objections | 0.5 | 333.50 |
| 12 | Avoidance Actions Analysis | - | - |
| 13 | Litigation (Other) | - | - |
| 14 | Plan & Disclosure Statement | - | - |
| 15 | Employee Related Issues | - | - |
| 16 | Claims Administration and Objections | 1.8 | 1,143.00 |
| 17 | Investigation of Company (Asset Analysis and Recovery) | - | - |
| 18 | Tax Matters | - | - |
| 19 | Preparation of Reports to Creditors Committee | - | - |
| 20 | Non-Working Travel | - | - |
|  | **TOTAL:** | **2.9** | **$1,881.50** |

---

[3]   These rates are BDO's standard hourly rates for accounting and consulting services.  All hourly rates are adjusted by BDO on a periodic basis.  Non-working travel time is billed at ½ of the standard hourly billing rate and is reflected in the total fees billed.

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Computer Assisted Legal Research | |
| Long Distance Telephone – Internet Connection | |
| Technology Services – Data | |
| Local Meals | |
| Local Travel | |
| Out-of-Town Travel | |
| Lodging | |
| Travel Meals | |
| Outside Services – Pacer Service Center | |
| Miscellaneous – Publications/Subscriptions | |
| **TOTAL** | **$0.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No: 16-10527 (MFW) (Jointly Administered) |
| Debtors. | **Objection Deadline: July 1, 2019 at 4:00 p.m.** **Hearing Date:  Only if necessary** |

**TWENTY-NINTH MONTHLY APPLICATION OF BDO CONSULTING,
A DIVISION OF BDO USA, LLP AS FINANCIAL ADVISOR FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR INTERIM COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019**

**TO THE HONORABLE MARY F. WALRATH,
UNITED STATES BANKRUPTCY JUDGE:**

BDO Consulting, a Division of BDO USA, LLP (together with its wholly owned subsidiaries, agents, independent contractors and employees, "BDO") hereby submits its Twenty-Ninth Monthly  Application for Approval of Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee") for the period April 1, 2019 through April 30, 2019 (the "Application").  BDO respectfully represents:

## I.    INTRODUCTORY STATEMENT

1.    BDO's Business Restructuring Services practice ("BRS") is a national team of responsive professionals, experienced in all aspects of loan workouts, restructuring and

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

bankruptcy. BRS has extensive experience representing trustees, debtors and virtually all classes of creditors and equity holders in both out-of-court and in-court workouts and restructuring. BRS has developed the methodologies, resources and expertise required for operational and financial restructuring, due diligence and financial analysis, pre-and post-bankruptcy planning and case administration, settlement and portfolio valuations, and investigative accounting.

2.    On March 2, 2016, (the "Petition Date"), the Debtors filed voluntary petitions with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Cases.

3.    On March 10, 2016, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to Section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) TCW/Crescent Mezzanine Partners, (ii) New York Life Investment Management Mezzanine Partners, LP, (iii) Nike, Inc., (iv) Asics America Corp., (v) GGP limited Partnership, and (vi) Realty Income Corporation[2]. The Notice of Appointment of Committee of Unsecured Creditors [Docket No. 262] was filed on March 10, 2016.

4.    On March 13, 2016, the Committee held a meeting and, among other things, voted to retain BDO as its financial advisor, subject to Court approval. The Committee also retained Houlihan Lokey Capital, Inc. ("Houlihan Lokey") as its Investment Banker. BDO and Houlihan Lokey met with members of the Committee and its advisors and counsel, to discuss the different roles of each advisor and how best to ensure synergies, sharing of information and absence of duplication. For the entire period, BDO and Houlihan Lokey adhered to this division of services,

---

[2] A seventh member, Stitching Pensioenfonds ABP, was originally named to the Committee but resigned shortly after the Committee was appointed.

as a result of which there has been little, if any duplication in the services provided by BDO and Houlihan Lokey.

5.    On April 20, 2016, the Application for and Order Authorizing the Retention of BDO Consulting as Financial Advisor for the Official Committee of Unsecured Creditors Effective as of March 13, 2016 was filed (the "Retention Application") [Docket No. 1260]. On May 23, 2016, an order, effective as of March 13, 2016, was duly signed and subsequently entered by this Court authorizing the retention of BDO (the "Retention Order") [Docket No. 2044].

6.    This is BDO's Twenty-Ninth Monthly Application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Committee.  BDO makes this Application pursuant to sections 328(a), 330 and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2014(a) and 2016 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals entered March 24, 2016 (the "Interim Compensation Procedures") [Docket No. 806], and any additional orders entered by the Court.

7.    Detailed statements itemizing services rendered and expenses incurred by BDO are annexed hereto as Exhibits "A" through "C" and incorporated herein by reference.

## II. SUMMARY OF SERVICES RENDERED

8.    By this Application, BDO seeks interim allowance for (a) compensation for services rendered from April 1, 2019 through April 30, 2019 (the "Application Period") in the total amount of $1,881.50 and (b) reimbursement for certain expenses incurred during the same period

in the amount of $0.00, all as more fully set forth in the Application. Pursuant to the Interim Compensation Procedures, if no objections are filed to this Application within the period required, the Debtors are authorized to pay BDO 80% of requested fees and 100% of requested expenses after a Certificate of No Objection is filed with the Court. This Application complies with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Procedures.

9.      BDO customarily bills their professionals at standard hourly rates commensurate with the experience of the person performing such services.

10.      During the period from April 1, 2019 through April 30, 2019, BDO provided services of a general nature to the Committee, as set forth below:

| CODE | PROJECT CATEGORY | HOURS | AMOUNT |
|------|------------------|-------|--------|
| 4 | RETENTION / FEE APPLICATIONS<br>Prepared BDO monthly fee application for Feb. and Mar. 2019. | 0.3 | 214.50 |
| 6 | FINANCINGS AND CASH COLLATERL<br>Reviewed actual versus budget updates. | 0.3 | 190.50 |
| 11 | MOTIONS AND OBJECTIONS<br>Reviewed relevant case filings related to administrative claims and miscellaneous other motions filed by Debtors or the Term Loan Agent, including Monthly Operating Reports. | 0.5 | 333.50 |
| 16 | CLAIMS ADMINISTRATION AND OBJECTIONS<br>Reviewed updated claims register. | 1.8 | 1,143.00 |
| | **TOTAL:** | **2.9** | **$1,881.50** |

## III.   COMPENSATION STANDARDS

11.      Section 330(a)(3) of the Bankruptcy Code identifies factors that should be considered when determining the amount of reasonable compensation. These factors are:

A.  the time spent on such services;

B.  the rates charged for such services;

C.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

D.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

E.  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

F.  whether the compensation is reasonable based on customary compensation charged by comparably skilled practitioner in cases other than cases under this title.

## A.    Time Spent

12.    The size and complexity of the Debtors' cases as well as the numerous and complex issues required substantial broad-based accounting and financial advisory expertise to resolve the issues.  As a consequence, the demands of this case have been such that BDO's highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

13.    In the period covered by the Application, BDO professionals spent 2.9 hours performing services for the Committee or for the benefit of the Debtors and their estates.

14.    BDO's time records are recorded contemporaneously with the rendition of professional services.  Exhibit "B" attached hereto contains a full and complete description of the services rendered by each partner, managing director, director, senior manager, manager, senior, and staff on a daily basis for the Application Period.  BDO's time records are maintained in one-tenth of an hour (0.10) increments.

B.    **Rates Charged**

15.    BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services. The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by BDO. A chart listing each professional's rate and title among other items is included in Exhibit "A" attached hereto and incorporated herein by reference. The normal hourly rates[3] as of the date of BDO's Retention Application was filed are as follows, but subject to change in the ordinary course of BDO's business:

| | |
|---|---|
| Partners/Managing Directors | $475-$795 per hour |
| Directors/Sr. Managers | $375-$525 per hour |
| Managers/Vice Presidents | $325-$425 per hour |
| Seniors/Analysts | $200-$350 per hour |
| Staff[4] | $150-$225 per hour |

16.    Each duty and task performed by BDO has been performed by the professional most qualified to render such services at his or her ordinary hourly charges.

17.    BDO's professionals have delegated authority where appropriate to prevent duplication of effort, to ensure that associates were used whenever possible and to utilize the services of professionals who bill at lower hourly rates as much as possible.

18.    Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Committee, and to have the appropriate expertise available.

---

[3] In the ordinary course of business BDO revises its standard hourly rates to reflect changes in responsibilities, increased experience, and increased costs of doing business.
[4] BDO represents that this category does not include secretarial time or secretarial overtime and BDO will not include in its fee applications any fees associated with these categories.

**C.    Beneficial at the Time at Which the Service was Rendered**

19.    The services BDO performed were the actual and necessary cost of the administration of the Debtors' estates and necessary have enabled the case to proceed.

**D.    Performed in a Reasonable Amount of Time and at Reasonable Cost**

20.    BDO is a nationally recognized consulting and financial advisory firm and was selected by the Committee for its ability to provide the required services in a timely fashion and at reasonable cost.  In this case, the time frames were often short and required substantial effort by BDO professionals to resolve complex issues in a timely manner.

21.    The services in this case were performed in a reasonable amount of time given the complex nature of the issues.

**E.    BDO's Professionals**

22.    BDO's professionals have a variety of certifications and have demonstrated outstanding abilities in the restructuring advisory fields.

**F.    Fee's Outside of Bankruptcy**

23.    BDO charges the same rates both within and outside of the bankruptcy context. BDO's rates are commensurate with other firms of comparable skill.

**G.    Other Compensation Issues**

24.    Further, section 330(a)(6) provides "Any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application."

25.    During the period covered by this Application, BDO incurred 0.3 hours and $214.50 in fees in the preparation of this Application and related data.

26.    There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of compensation received for services rendered in connection with these cases.

## IV.    CONCLUSION

27.    For all of the reasons set forth in this application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Committee during these cases have been reasonably expended in order to adequately represent and protect the interests of the Committee in these cases.  BDO submits further that it has provided such services in an economical and efficient manner.  Accordingly, BDO requests that the relief requested in this Application be granted in all respects.

WHEREFORE, BDO RESPECTFULLY REQUESTS that this Court enter its order allowing BDO fees and expenses in the total amount of $1,881.50 (representing $1,881.50 in fees and $0.00 in expenses).

DATED this 12th Day of June 2019

BDO CONSULTING, A DIVISION OF BDO USA, LLP

By: _____
DAVID E. BERLINER
100 Park Avenue
New York, NY 10017
Tel: (212) 885-8000
Fax: (212) 697-1299
*Financial Advisor for the Committee*

Sworn and subscribed to before
me this 12 day of June 2019

_____
Notary Public

ROSLYN NAVARRO
NOTARY
NO. 01NA6210354
QUALIFIED IN
BRONX COUNTY
COMM. EXP.
11-03-2021
PUBLIC
STATE OF NEW YORK

-8-