IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TSAWD HOLDINGS, INC., *et al.*,[1] | ) Case No. 16-10527 (MFW) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Related Docket No. 4563 |
| | ) |

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING THIRTIETH MONTHLY APPLICATION OF BDO CONSULTING, A DIVISION OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 1, 2019 THROUGH JULY 31, 2019

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Thirtieth Monthly Application of BDO Consulting, a Division of BDO USA, LLP* ("BDO"), *as Financial Advisor for the Official Committee of Unsecured Creditors for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2019 through July 31, 2019* (the "Application") filed August 7, 2019. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than August 22, 2019 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 806] entered on March 24, 2016, the Debtors are authorized to pay BDO $3,363.20 which represents 80% of the fees ($4,204.00) and $0.00 which represents 100% of the expenses requested in the Application for the period from May 1, 2019 through July 31, 2019, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: August 29, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rfeinstein@pszjlaw.com
      jpomerantz@pszjlaw.com
      bsandler@pszjlaw.com
      crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

DOCS_DE:212038.19 80784/001