**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TSAWD HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: November 26, 2019 at 10:30 a.m. (ET)<br>Objection Deadline: October 1, 2019 at 4:00 p.m. (ET) |

**THIRTEENTH INTERIM QUARTERLY FEE
REQUESTS OF CERTAIN DEBTORS' PROFESSIONALS**

TO:   (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE; (III) COUNSEL FOR THE DIP LENDERS; (IV) COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION; (V) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (VI) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002.

PLEASE TAKE NOTICE that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 806] (the "Interim Compensation Order"), certain professionals retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from May 1, 2019, through and including July 31, 2019. Summaries of the fees and expenses that are the subject of this Fee Request are summarized in the attachments hereto.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as:  Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817).

01:25158317.1

Case 16-10527-MFW    Doc 4591    Filed 09/16/19    Page 2 of 5

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a 15-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **October 1, 2019 at 4:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, on **November 26, 2019 at 10:30 a.m. (ET)**.

[*Signature Page Follows*]

01:25158317.1

| | |
|---|---|
| Dated: September 16, 2019<br>Wilmington, Delaware | */s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Andrew L. Magaziner (No. 5426)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>mnestor@ycst.com<br>kenos@ycst.com<br>amagaziner@ycst.com<br><br>-and-<br><br>Robert A. Klyman (CA No. 142723)<br>Matthew J. Williams (NY No. 3019106)<br>Sabina Jacobs (CA No. 274829)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1512<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>rklyman@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>sjacobs@gibsondunn.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: November 26, 2019 at 10:30 a.m. (ET)**<br>**Objection Deadline: October 1, 2019 at 4:00 p.m. (ET)** |

**THIRTEENTH INTERIM QUARTERLY FEE REQUEST**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 24, 2016<br>(*Nunc Pro Tunc* to March 2, 2016) |
| Period for which compensation and reimbursement is sought: | May 1, 2019 through July 31, 2019 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 5/1/19 – 5/31/19 [D.I. 4529; 6/21/19] | $3,216.00 | $195.42 | D.I. 4543; 7/9/19 | $2,572.80 | $195.42 | $643.20 |
| 6/1/19 – 7/31/19 [D.I. 4582; 8/28/19] | $35,947.50 | $350.95 | D.I. 4590; 9/16/19 | $28,758.00 | $350.95 | $7,189.50 |
| **TOTAL** | **$39,163.50** | **$546.37** | | **$31,330.80** | **$546.37** | **$7,832.70** |

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817).

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: November 26, 2019 at 10:30 a.m. (ET)**<br>**Objection Deadline: October 1, 2019 at 4:00 p.m. (ET)** |

## THIRTEENTH INTERIM QUARTERLY FEE REQUEST

| | |
|---|---|
| Name of Applicant: | Gibson, Dunn & Crutcher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 24, 2016 (*Nunc Pro Tunc* to March 2, 2016) |
| Period for which compensation and reimbursement is sought: | May 1, 2019 through July 31, 2019 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 5/1/19 – 5/31/19 [D.I. 4544; 7/15/19] | $2,773.50 | $2,047.90 | D.I. 4551; 8/1/19 | $2,218.80 | $2,047.90 | $554.70 |
| 6/1/19 – 6/30/19 [D.I. 4555; 8/5/19] | $13,723.50 | $2,048.60 | D.I. 4580; 8/21/19 | $10,978.80 | $2,048.60 | $2,744.70 |
| 7/1/19 – 7/31/19 [D.I. 4584; 9/3/19] | $10,262.00 | $2,045.40 | TBD | $8,209.60 | $2,045.40 | $2,052.40 |
| **TOTAL** | **$26,759.00** | **$6,141.90** | | **$21,407.20** | **$6,141.90** | **$5,351.80** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); and TSA Ponce, Inc. (4817).