# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.*,[1] | ) Case No. 16-10527 (MFW) <br> ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related Docket No. 4624** |

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING THIRTY-NINTH MONTHLY FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH SEPTEMBER 30, 2019

The undersigned hereby certifies that, as of the date hereof, no objection has been received to the *Thirty-Ninth Monthly Application of Pachulski Stang Ziehl & Jones LLP* ("PSZ&J"), *as Counsel for the Official Committee of Unsecured Creditors for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2019 through September 30, 2019* (the "Application") [Docket No. 4624]. The undersigned further certifies that the Court's docket in this case has been reviewed and no objection to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 8, 2019 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 806] entered on March 24, 2016, the Debtors are authorized to pay PSZ&J $12,769.20 which represents 80% of the fees ($15,961.50)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

and $3,218.97 which represents 100% of the expenses requested in the Application for the period from August 1, 2019 through September 30, 2019, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: November 15, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302.652.4100
Facsimile: 302.652.4400
Email: rfeinstein@pszjlaw.com
       jpomerantz@pszjlaw.com
       bsandler@pszjlaw.com
       crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*