# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSA WD HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 19, 2019, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Thirteenth Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452** [Docket No. 4620]

Furthermore, on or before November 20, 2019, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  TSA WD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).  The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, CO 80122.
The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

- **Thirteenth Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452** [Docket No. 4629]

Dated: November 22, 2019

*Heather Fellows*
Heather Fellows

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of November, 2019, by Heather Fellows, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: *Tori L. Harris*

TORI L. HARRIS
Notary Public - California
Los Angeles County
Commission # 2283822
My Comm. Expires Mar 31, 2023

# Exhibit A

**Exhibit A**
Affected Parties Service List
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Milner Distribution Alliance, Inc. | d/b/a Maxx Sunglasses | dba Maxx Sunglasses | 5330 Fox St | Denver | CO | 80216-1630 |

# Exhibit B

**Exhibit B**
Affected Parties Service List
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Deborah A. Chambers | | 10324 S Komensky Ave Apt 2 | Oak Lawn | IL | 60453-5131 |
| Wildcat Retro Brands, LLC | d/b/a Original Retro Brand | 1415 Emerald Rd | Greenwood | SC | 29646-9559 |

In re Sports Authority Holdings, Inc., et al.
Case No. 16-10527 (MFW)

Page 1 of 1