# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re TSAWD HOLDINGS, INC., et al.                                    Case No. 16-10527 (MFW)
            Debtors

## MONTHLY OPERATING REPORT
## TSAWD HOLDINGS, INC., et al.

### INDEX TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS AND SCHEDULES

**CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**                                           Page

| | |
|---|---|
| Condensed Consolidated Balance Sheet | 2 |
| Condensed Consolidated Statement of Income | 3 |
| Condensed Consolidated Statement of Cash Flows | 4 |

**SCHEDULES**

| | |
|---|---|
| Schedule 1 - Condensed Consolidating Balance Sheet | 5 |
| Schedule 2 - Condensed Consolidating Statement of Income | 6 |
| Schedule 3 - Condensed Consolidating Statement of Cash Flows | 7 |
| Schedule 4 - Schedule of Federal, State, and Local Taxes Collected, Received, Due or Withheld | 8 |
| Schedule 5 - Total Disbursements to Retained Professionals | 9 |
| Schedule 6 - Total Disbursements by Filed Legal Entity | 10 |
| Schedule 7 - Accounts Receivable Aging | 11 |
| Schedule 8 - Summary of Unpaid Post-Petition Debts | 12 |
| Schedule 9 - Bank Reconciliations | 13 |
| Schedule 10 - Questionnaire | 14 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| _____ | _____ |
| Signature of Debtor | Date |
| | |
| _____ | _____ |
| Signature of Joint Debtor | Date |
| | |
| /S/ Douglas Garrett | 3/20/2020 |
| Signature of Authorized Individual* | Date |
| | |
| Douglas Garrett | Chairman of the Wind Down Committee |
| Printed Name of Authorized Individual | Title of Authorized Individual |

---

\* Authorized individual must be an officer, director, or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidated Balance Sheet (unaudited)**

| (In Millions) | As of February 29, 2020 |
|---|---|
| **Assets** | |
| Cash (1) | $ 5.4 |
| Accounts Receivable | 0.1 |
| Prepaid Expenses and Other Assets | 0.2 |
| **Total Current Assets** | 5.7 |
| Property and Equipment, Net | - |
| Capitalized Financing Fees, Net | 0.1 |
| Other Assets, Net | - |
| **Total Assets** | $ 5.8 |
| **Liabilities and Stockholders' Deficit** | |
| Accounts Payable | $ 6.4 |
| Unredeemed Gift Card Liability | 1.0 |
| Other Accrued Expenses | 26.5 |
| Notes Payable | 3.3 |
| Deferred Tax Liability | - |
| Other Short Term Liabilities | 4.2 |
| **Total Current Liabilities** | 41.3 |
| Liabilities Subject to Compromise (2) | 825.4 |
| **Total Liabilities** | $ 866.7 |
| Common Stock | $ 0.4 |
| Retained Earnings / (Accumulated Deficit) | (1,284.5) |
| Treasury Stock | (2.0) |
| Additional Paid in Capital | 425.2 |
| **Total Stockholders' Deficit** | $ (860.9) |
| **Total Liabilities and Stockholders' Deficit** | $ 5.8 |

(1) The Debtors consider cash bank deposits, credit card receivables, and all highly liquid investments with remaining maturities of three months or less at the date of acquisition to be cash and cash equivalents.

(2) Liabilities subject to compromise reflect management's estimates and may be subject to revision in future reports.

2

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidated Statement of Income (unaudited)**

| (In Millions) | For the Period of February 2, 2020 to February 29, 2020 |
|---|---:|
| **Net Sales** | $ - |
| **Cost of Goods Sold, Buying, Distribution and Occupancy (1)** | - |
| **Gross Profit** | - |
| Operating Expenses: | |
|   Employee Payroll & Benefits | $ 0.06 |
|   Supplies | $ - |
|   Telephone, Data Lines, & Utilities | $ - |
|   Repairs & Maintenance | |
|   Other Outside Services | $ 0.04 |
|   Reorganization Costs - Professional Fees | $ 0.05 |
|   Credit Card Fees | $ - |
|   Insurance | |
|   Depreciation & Amortization | $ - |
|   Advertising, Net | $ - |
|   (Gain)/Loss on Disposition of Property | $ - |
|   Other SG&A | $ 0.01 |
| **Total Operating Expenses** | **$ 0.16** |
| **Operating Income** | **$ (0.16)** |
| Interest Expense, net | $ - |
| Other Income/(Expense) | $ - |
| **Income Before Taxes** | **$ (0.16)** |
| Income Tax Expense/(Benefit) | $ - |
| **Net Income** | **$ (0.16)** |
| Discontinued Operations: | |
|   Loss from Discontinued Operations | $ - |
|   Income Tax Benefit | - |
|   Loss on Discontinued Operations | - |

(1) In addition to the full cost of inventory, cost of goods sold includes related store occupancy costs and amortization and depreciation of leasehold improvements and rental equipment.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidated Statement of Cash Flows (unaudited)**

| (In Millions) | For the Period of February 2, 2020 to February 29, 2020 |
|---|---:|
| **Cash flows from operating activities:** | |
| Net cash provided by (used in) operating activities | $ (0.17) |
| | |
| **Cash flows from investing activities:** | |
| Proceeds from sale of property and equipment | - |
| Net cash used in investing activities | $ - |
| | |
| **Cash flows from financing activities:** | |
| Net cash provided by (used in) financing activities | $ - |
| | |
| Increase/(decrease) in cash and cash equivalents | (0.17) |
| Cash and cash equivalents at beginning of period | 5.59 |
| Cash and cash equivalents at end of period | $ 5.42 |

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
Condensed Consolidating Balance Sheet (unaudited)

As of February 29, 2020

| (In Millions) | TSA Stores, Inc. 16-10530 | TSA Gift Card, Inc. 16-10531 | Slap Shot Holdings, Corp. 16-10528 | TSAWD, Inc. 16-10529 | TSAWD Holdings, Inc. 16-10527 | Total Debtors (1) |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash (2) | $ 5.4 | $ — | $ — | $ — | $ — | $ 5.4 |
| Accounts Receivable | 0.1 | — | — | — | — | 0.1 |
| Prepaid Expenses and Other Assets | 0.2 | — | — | — | — | 0.2 |
| **Total Current Assets** | 5.7 | — | — | — | — | 5.7 |
| Property and Equipment, Net | $ — | $ — | $ — | $ — | $ — | $ — |
| Capitalized Financing Fees, Net | — | — | — | 0.1 | — | 0.1 |
| Intercompany Receivable, Net | — | 50.5 | — | — | 1.1 | 51.6 |
| Other Assets, Net | — | — | — | — | — | — |
| **Total Assets** | $ 5.7 | $ 50.5 | $ — | $ 0.1 | $ 1.1 | $ 57.4 |
| **Liabilities and Stockholders' Deficit** | | | | | | |
| Accounts Payable | $ 6.4 | $ — | $ — | $ — | $ — | $ 6.4 |
| Unredeemed Gift Card Liability | — | 1.0 | — | — | — | 1.0 |
| Other Accrued Expenses | 26.1 | 0.3 | — | — | — | 26.5 |
| Notes Payable | 3.3 | — | — | — | — | 3.3 |
| Deferred Tax Liability | — | — | — | — | — | — |
| Other Long Term Liabilities | 4.2 | — | — | — | — | 4.2 |
| **Total Current Liabilities** | 40.0 | 1.3 | — | — | — | 41.3 |
| Liabilities Subject to Compromise (3) | 255.5 | 26.7 | 0.8 | 590.6 | 3.3 | 877.0 |
| **Total Liabilities** | $295.5 | $28.0 | $0.8 | $590.6 | $3.3 | $918.3 |
| Common Stock | $ — | $ — | $ 0.4 | $ — | $ 0.0 | $ 0.4 |
| Retained Earnings / (Accumulated Deficit) | (289.2) | 22.5 | (425.2) | (601.8) | 9.2 | (1,284.5) |
| Treasury Stock | — | — | (1.9) | — | (0.1) | (2.0) |
| Additional Paid in Capital | — | — | 425.8 | 11.3 | — | 425.2 |
| **Total Stockholders' Deficit** | (289.8) | 22.5 | (0.8) | (590.5) | (11.3) (2.2) | (860.9) |
| **Total Liabilities and Stockholders' Deficit** | $ 5.7 | $ 50.5 | $ — | $ 0.1 | $ 1.1 | $ 57.4 |

(1) Amounts listed do not include eliminations.  TSA Ponce, Inc. acts as a holding entity and does not list assets and/or liabilities, therefore it is excluded from this schedule.

(2) The Debtors consider bank deposits, credit card receivables, and all highly liquid investments with remaining maturities of three months or less at the date of acquisition to be cash and cash equivalents.

(3) Liabilities subject to compromise, inclusive of net intercompany payables, reflect management's estimates and may be subject to revision in future reports.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidating Statement of Income (unaudited)**

| (In Millions) | For the Period of February 2, 2020 to February 29, 2020 | |
|---|---|---|
| | TSA Stores, Inc. 16-10530 | Total Debtors (1) |
| **Net Sales** | $ - | $ - |
| **Cost of Goods Sold, Buying, Distribution and Occupancy (2)** | - | - |
| **Gross Profit** | - | - |
| Operating Expenses: | | |
| Employee Payroll & Benefits | $ 0.06 | $ 0.06 |
| Supplies | - | - |
| Telephone, Data Lines, & Utilities | - | - |
| Repairs & Maintenance | - | - |
| Other Outside Services | 0.04 | 0.04 |
| Reorganization Costs - Professional Fees | 0.05 | 0.05 |
| Credit Card Fees | - | - |
| Insurance | - | - |
| Depreciation & Amortization | - | - |
| Advertising, Net | - | - |
| Gain/(Loss) on Disposition of Property | - | - |
| Other SG&A | 0.01 | 0.01 |
| **Total Operating Expenses** | $ 0.16 | $ 0.16 |
| **Operating Income/(Loss)** | $ (0.16) | $ (0.16) |
| Interest Expense, net | $ - | $ - |
| Other Income/(Expense) | - | - |
| **Income/(Loss) Before Income Taxes** | $ (0.16) | $ (0.16) |
| Income Tax Expense/(Benefit) | $ - | $ - |
| **Net Income/(Loss)** | $ (0.16) | $ (0.16) |
| Discontinued Operations: | | |
| Loss from Discontinued Operations | - | - |
| Income Tax Benefit | - | - |
| Loss on Discontinued Operations | - | - |

(1) Amounts listed do not include eliminations. The following entities: TSA Gift Card, Inc., Slap Shot Holdings, Corp., TSAWD, Inc., TSAWD Holdings, Inc., and TSA Ponce, Inc., are not listed as there was no income statement activity for the period.

(2) In addition to the full cost of inventory, cost of goods sold includes related store occupancy costs and amortization and depreciation of leasehold improvements and rental equipment.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Condensed Consolidating Statement of Cash Flows (unaudited)**

| (In Millions) | TSA Stores, Inc. 16-10530 | Total Debtors (1) |
|---|---|---|
| | For the Period of February 2, 2020 to February 29, 2020 | |
| **Cash flows from operating activities:** | | |
| Net cash provided by (used in) operating activities | $ (0.17) | $ (0.17) |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | $ - | $ - |
| Proceeds from sale of property and equipment | $ - | $ - |
| | $ - | $ - |
| **Cash flows from financing activities:** | | |
| Intercompany Receivable | $ - | $ - |
| Payments on long-term debt | $ - | $ - |
| Net cash provided by (used in) financing activities | $ - | $ - |
| Increase/(decrease) in cash and cash equivalents | $ (0.17) | $ (0.17) |
| Cash and cash equivalents at beginning of period | $ 5.59 | $ 5.59 |
| Cash and cash equivalents at end of period | $ 5.42 | $ 5.42 |

(1) Amounts listed do not include eliminations. The following entities: TSA Gift Card, Inc., Slap Shot Holdings, Corp., TSAWD, Inc., TSAWD Holdings, Inc., and TSA Ponce, Inc. are not listed as they had no cash flow activity for the period.

7

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Schedule of Federal, State, & Local Taxes Collected, Received, Due or Witheld (unaudited, in millions)**

The Debtors continue to pay post-petition taxes as they become due and are current on those payments. If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements to Retained Professionals (unaudited, in millions)**

### For the Period of February 2, 2020 to February 29, 2020

| Retained Professionals | | Approved Amounts (1) | Disbursements |
|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | Legal Services | | $    - |
| Rothschild, Inc. | Bankruptcy Services | | $    - |
| A&G Realty Partners, LLC | Bankruptcy Services | | $    - |
| Young Conaway Stargatt & Taylor, LLP | Legal Services | | $    - |
| Kurtzman Carson Consultants LLC | Bankruptcy Services | | $    0.05 |
| Irell & Manella LLP | Legal Services | | $    - |
| Berkeley Research Group, LLC | Bankruptcy Services | | $    - |
| FTI Consulting, Inc. | Bankruptcy Services | | $    - |

(1) Approved amounts represent the amounts approved by Court orders.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements by Filed Legal Entity (unaudited, in millions) (1)**

### For the Period of February 2, 2020 to February 29, 2020

| Legal Entity | Case Number | Disbursements |
|---|---|---|
| TSAWD Holdings, Inc. | 16-10527 | $ - |
| Slap Shot Holdings, Corp. | 16-10528 | $ - |
| TSAWD, Inc. | 16-10529 | $ - |
| TSA Stores, Inc. | 16-10530 | $ 0.2 |
| TSA Gift Card, Inc. | 16-10531 | $ - |
| TSA Ponce, Inc. | 16-10532 | $ - |

(1) TSA Stores, Inc. pays all amounts on behalf of itself and its affiliates through a centralized cash management system. Such transactions are recognized on the books of the affiliates and TSA Stores, Inc. through the use of intercompany accounts.

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Accounts Receivable Aging (unaudited, in millions)**

| As of February 29, 2020 | |
|---|---|
| **Accounts Receivable Aging** | **Amount** |
| 0-30 | $ - |
| 30-60 | - |
| 60-90 | - |
| 91+ | 0.1 |
| Total Accounts Receivable | 0.1 |
| Amount Considered Uncollectible | - |
| Accounts Receivable, Net | $ 0.1 |

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Summary of Unpaid Post-Petition Debts (unaudited, in millions)**

**TSA Stores, Inc. (16-10530) As of February 29, 2020**

| Accounts Payable Aging | Amount |
|---|---|
| 0-30 | $        - |
| 30-60 | - |
| 60-90 | - |
| 91+ | 6.4 |
| Total Accounts Payable | $     6.4 |

**TSAWD Holdings, Inc., et al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Bank Reconciliations (unaudited) (1)**

| G/L Acct | Account Name | Bank Acct # | Debtor | Description | Bank Balance ($) | Ledger Balance ($) (2) | As of Date | 2/28/2020 |
|---|---|---|---|---|---|---|---|---|
| 100122 | Cash-Bank of the West Main | XXXXX8875 | TSA Stores, Inc. | Main | 5,424,206.05 | 5,424,206.05 | 2/28/2020 | Yes |
| 100153 | Cash - Bank of the West Exp | XXXXX8867 | TSA Stores, Inc. | Pos. Pay A/P Expense | - | (4,009.80) | 2/28/2020 | Yes |

(1) Timing differences between bank and ledger balances are due to i) outstanding checks not yet funded and ii) deposits-in-transit.

(2) Ledger Balance- Before reclassification of outstanding checks to liabilities for financial statement purposes

**TSAWD HOLDINGS, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Questionnaire**

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all post-petition tax returns been filed timely? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability, and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

| Account Name | Purpose | Business | Acct Number | Bank Name | Date |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |