## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSA WD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline:  February 3, 2021 at 4:00 p.m.  (ET)** |
| | ) | **Hearing Date:  February 16, 2021 at 10:30 a.m. (ET)** |

## FOURTEENTH INTERIM AND FINAL FEE APPLICATION
## OF BDO CONSULTING, A DIVISION OF BDO USA, LLP AS FINANCIAL ADVISOR
## TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR (I) THE
## INTERIM PERIOD FROM NOVEMBER 1, 2019 THROUGH AND INCLUDING
## JANUARY 13, 2021 AND (II) THE FINAL PERIOD FROM MARCH 13, 2016
## <u>THROUGH AND INCLUDING JANUARY 13, 2021</u>

| | |
|---|---|
| Name of Applicant: | BDO Consulting, a Division of BDO USA, LLP |
| Authorized To Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order Entered May 23, 2016, Effective as of March 13, 2016 |
| Interim Period for which Compensation and Expense Reimbursement is sought (the "<u>Fourteenth Interim Period</u>"): | November 1, 2019 – January 13, 2021 |
| Interim Amount of Compensation Sought as actual, reasonable and necessary for the Fourteenth Interim Period: | $7,087.50 |
| Interim Amount of Expense Reimbursement Sought as actual, reasonable and necessary for the Fourteenth Interim Period): | $0.00 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSA WD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

| Final Period for which Compensation and Reimbursement is sought (the "Final Period"): | March 13, 2016 – January 13, 2021 |
|---|---|
| Final Amount of Compensation sought as Actual, Reasonable and Necessary for the Final Period: | $1,143,018.82 |
| Final Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary for the Final Period: | $4,802.15 |

This is a: ____ monthly _X_ interim _X_ final application

If this is not the first application filed, disclose the following for each prior application:

| # | Date Filed; Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expense |
|---|---|---|---|---|---|---|
| 1 | 08/08/16; 2740 | 03/13/16 – 05/31/16 | $ 713,409.50 | $2,281.95 | $708,797.50 | $2,257.95 |
| 2 | 10/24/16; 3116 | 06/01/16 – 08/31/16 | 402,797.50 | 3,344.16 | 401,263.00 | 2,455.60 |
| 3 | 03/17/17; 3430 | 09/01/16 – 11/30/16 | 28,444.00 | 38.40 | 28,444.00 | 38.40 |
| 4 | 05/22/17; 3622 | 12/01/16 – 03/31/17 | 65,589.00 | 36.70 | 65,589.00 | 36.70 |
| 5 | 08/15/17; 3769 | 04/01/17 – 06/30/17 | 10,313.00 | 0.00 | 10,313.00 | 0.00 |
| 6 | 11/30/17; 3915 | 07/01/17 – 10/31/17 | 15,647.00 | 13.50 | 15,647.00 | 13.50 |
| 7 | 02/13/18; 4016 | 11/01/17 – 01/31/18 | 8,913.50 | 0.00 | 8,913.50 | 0.00 |
| 8 | 05/25/18; 4129 | 02/01/18 – 04/30/18 | 6,211.00 | 0.00 | 6,211.00 | 0.00 |
| 9 | 09/21/18; 4258 | 05/01/18 – 07/31/18 | 5,240.50 | 0.00 | 5,240.50 | 0.00 |
| 10 | 12/17/18; 4370 | 08/31/18 – 10/31/18 | 4,859.00 | 0.00 | 4,859.00 | 0.00 |
| 11 | 06/14/19; 4517 | 11/01/18 – 04/30/19 | 9,396.50 | 0.00 | 9,396.50 | 0.00 |
| 12 | 09/05/19; 4585 | 05/01/19 – 07/31/19 | 4,204.00 | 0.00 | 4,204.00 | 0.00 |
| 13 | 01/02/20; 4667 | 08/01/19 – 10/31/19 | 3,299.00 | 0.00 | 2,639.20 | 0.00 |
|  |  | **TOTAL** | **$1,278,323.50** | **$5,714.71** | **$1,272,177.00** | **$4,802.15** |

## HOURS BY PROFESSIONAL WITH BLENDED RATE
## FOR THE FOURTEENTH INTERIM PERIOD

|      | Professional       | Position           | Hours | Rate     | Amount     |
|------|--------------------|--------------------|-------|----------|------------|
| D.B. | DAVID BERLINER     | PARTNER            | 7.0   | $715.00  | $5,005.00  |
| M.M. | MICHELE MICHAELIS  | MANAGING DIRECTOR  | 3.5   | $595.00  | 2,082.50   |
|      |                    | **Total:**         | **10.5** |       | **$7,087.50** |

**Blended Rate:        $675.00**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE FOURTEENTH INTERIM PERIOD

| CODE | PROJECT CATEGORY | Hours | Amount |
|------|------------------|-------|--------|
| 3 | Communications with Creditors Committee Counsel | | |
| 4 | Retention / Fee Applications | 1.0 | $715.00 |
| 7 | Communication with Debtors or Debtors Professionals | 1.8 | 1,227.00 |
| 10 | Business Analysis: Historic and Current | 1.0 | 595.00 |
| 11 | Motions and Objections | 3.9 | 2,680.50 |
| 16 | Claims Administration and Objections | 2.8 | 1,870.00 |
| | **TOTAL:** | **10.5** | **$7,087.50** |

## HOURS BY PROFESSIONAL WITH BLENDED RATE FOR THE FINAL PERIOD

|        | Professional         | Position            | Hours | Rate[2] | Amount     |
|--------|----------------------|---------------------|-------|---------|------------|
| D.B.   | DAVID BERLINER       | PARTNER             | 527.9 | 680.77  | 359,379.50 |
| M.M.   | MICHELE MICHAELIS    | MANAGING DIRECTOR   | 551.1 | 570.37  | 314,331.75 |
| J.C.   | JOE CASHEL           | MANAGING DIRECTOR   | 213.0 | 491.17  | 104,618.25 |
| M.E.   | MICHAEL EDELSCHICK   | SENIOR MANAGER      | 107.3 | 395.00  | 42,383.50  |
| W.T.   | WOLFGANG TSOUTSOURIS | MANAGER             | 697.5 | 375.00  | 261,562.50 |
| R.Q.   | RABIA QURESHI        | SENIOR              | 93.3  | 275.00  | 25,657.50  |
| E.K.   | ERIC KOGUT           | SENIOR              | 302.0 | 260.00  | 78,520.00  |
| J.H.   | JULIE HERZOG         | SENIOR              | 26.4  | 235.00  | 6,204.00   |
| J.R.   | JOE RICHMAN          | SENIOR              | 36.3  | 260.00  | 9,438.00   |
| N.V.   | NAUSHON VANDERHOOP   | SENIOR              | 2.5   | 200.00  | 500.00     |
| C.A.   | CHARLES ALVAREZ      | ASSOCIATE           | 26.3  | 123.92  | 3,259.00   |
| D.Bo.  | DANIEL BOCHNER       | ASSOCIATE           | 55.5  | 185.00  | 10,267.50  |

---

[2] These rates are BDO's standard hourly rates for accounting and consulting services. All hourly rates are adjusted by BDO on a periodic basis. Non-working travel time is billed at ½ of the standard hourly billing rate and is reflected in the total fees billed.

|  | Professional | Position | Hours | Rate[2] | Amount |
|---|---|---|---|---|---|
| M.H. | MARVIN HOHERTZ | ASSOCIATE | 47.8 | 195.00 | 9,321.00 |
| A.M. | ADAM MORGAN | ASSOCIATE | 252.3 | 196.45 | 49,564.50 |
| N.W. | NICK WEBER | ASSOCIATE | 57.8 | 180.00 | 10,404.00 |
|  | **SUBOTOTAL** |  | **2,997.0** |  | **1,285,411.00** |
|  | ADJUSTMENT | [Dkt No. 3153; 11/01/16] |  |  | (136,245.68) |
|  | FEE EXAMINER REDUCTION | 1ST INTERIM |  |  | (4,612.00) |
|  | FEE EXAMINER REDUCTION | 2ND INTERIM |  |  | (1,534.50) |
|  | **TOTAL** |  | **2,997.0** |  | **1,138,972.76** |

Blended Rate:        $381.39

## COMPENSATION BY PROJECT CATEGORY FOR THE FINAL PERIOD

| CODE | PROJECT CATEGORY | Hours | Amount |
|---|---|---|---|
| 1 | General (Case Administration); include non-specific internal meetings | 24.0 | 9,916.00 |
| 2 | Communications with Creditors Committee or Individual creditors | 60.8 | 32,868.00 |
| 3 | Communications with Creditors Committee Counsel | 150.4 | 90,493.00 |
| 4 | Retention / Fee Applications | 79.7 | 48,541.50 |
| 5 | Executory Contracts/Leases | 59.6 | 22,837.00 |
| 6 | Financings and Cash Collateral | 261.0 | 129,712.50 |
| 7 | Communication with Debtors or Debtors Professionals | 152.2 | 76,684.00 |
| 8 | Store Closing / GOB Sales | 143.6 | 56,964.00 |
| 9 | Asset Sale and Related | 126.3 | 57,937.50 |
| 10 | Business Analysis: Historic and Current | 420.7 | 153,465.00 |
| 11 | Motions and Objections | 196.7 | 86,342.50 |
| 12 | Avoidance Actions Analysis | 525.8 | 187,455.50 |
| 13 | Litigation (Other) | 133.3 | 70,810.50 |
| 14 | Plan & Disclosure Statement | 6.9 | 4,453.50 |
| 15 | Employee Related Issues | 49.6 | 17,915.50 |
| 16 | Claims Administration and Objections | 188.5 | 72,598.00 |
| 17 | Investigation of Company (Asset Analysis and Recovery) | 25.8 | 11,076.50 |
| 18 | Tax Matters | 0.0 | 0.00 |
| 19 | Preparation of Reports to Creditors Committee | 368.7 | 147,764.00 |
| 20 | Non-Working Travel | 23.4 | 7,576.50 |
|  | **TOTAL** | **2,997.0** | **1,285,411.00** |

### EXPENSES FOR THE FINAL PERIOD

| Expense Category | Amount |
|---|---:|
| Local Meals | $34.70 |
| Out-of-Town Travel | 4,825.91 |
| Travel Meals | 151.40 |
| Lodging | 596.80 |
| Outside Services – Pacer Service Center | 105.90 |
| **Subtotal** | **5,714.71** |
| Fee Examiner Reduction - 1st Interim | (24.00) |
| Fee Examiner Reduction - 2nd Interim | (888.56) |
| **TOTAL** | **$4,802.15** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TSA WD HOLDINGS, INC., *et al.*,[1] | ) | Case No. 16-10527 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: February 3, 2021 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: February 16, 2021 at 10:30 a.m. (ET)** |

**FOURTEENTH INTERIM AND FINAL FEE APPLICATION
OF BDO CONSULTING, A DIVISION OF BDO USA, LLP AS FINANCIAL ADVISOR
TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR (I) THE
INTERIM PERIOD FROM NOVEMBER 1, 2019 THROUGH AND INCLUDING
JANUARY 13, 2021 AND (II) THE FINAL PERIOD FROM MARCH 13, 2016
THROUGH AND INCLUDING JANUARY 13, 2021**

BDO Consulting, a Division of BDO USA, LLP (together with its wholly owned subsidiaries, agents, independent contractors and employees, "BDO") hereby submits its fourteenth interim and final application (the "Final Application") for approval of compensation and reimbursement of expenses as Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee") for (i) allowance and payment of fees of $7,087.50 and expenses of $0.00 for services provided for the period from November 1, 2019 through January 13, 2021 (the "Fourteenth Interim Period") and (ii) final allowance and payment of fees of $1,143,018.82 and expenses of $4,802.15 for services for the period March 13, 2016 through January 13, 2021 (the "Final Period").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSA WD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSA WD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

## I. INTRODUCTORY STATEMENT

1.    BDO is a leading full-service accounting, tax, and business advisory firm with over 55 offices and more than 6,000 partners and professional staff in the United States.  BDO is a United States firm of a global network of separate, independent member firms that operate in 150 countries and over 1,300 offices throughout the world.  BDO has considerable experience providing accounting, tax, auditing, and financial advisory services to businesses in a chapter 11, and has been employed in numerous case under the Bankruptcy Code.

2.    On March 2, 2016, (the "Petition Date"), the Debtors filed voluntary petitions with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these Cases.

3.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.    On March 10, 2016, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to Section 1102 of the Bankruptcy Code.  The members appointed to the Committee are: (i) TCW/Crescent Mezzanine Partners, (ii) New York Life Investment Management Mezzanine Partners, LP, (iii) Nike, Inc., (iv) Asics America Corp., (v) GGP limited Partnership, and (vi) Realty Income Corporation[2].  The Notice of Appointment of Committee of Unsecured Creditors [Docket No. 262] was filed on March 10, 2016.

5.    On March 13, 2016, the Committee held a meeting and, among other things, voted to retain BDO as its financial advisor, subject to Court approval.  The Committee also retained

---

[2] A seventh member, Stitching Pensioenfonds ABP, was originally named to the Committee but resigned shortly after the Committee was appointed.

Houlihan Lokey Capital, Inc. ("Houlihan Lokey") as its Investment Banker.   BDO and Houlihan Lokey met with members of the Committee and its advisors and counsel, to discuss the different roles of each advisor and how best to ensure synergies, sharing of information and absence of duplication.   For the entire period, BDO and Houlihan Lokey adhered to this division of services, as a result of which there has been little, if any duplication in the services provided by BDO and Houlihan Lokey.

6.      On April 20, 2016, the Application for and Order Authorizing the Retention of BDO Consulting as Financial Advisor for the Official Committee of Unsecured Creditors Effective as of March 13, 2016 was filed (the "Retention Application") [Docket No. 1260].  On May 23, 2016, an order, effective as of March 13, 2016, was duly signed and subsequently entered by this Court authorizing the retention of BDO (the "Retention Order") [Docket No. 2044].

7.      This is BDO's fourteenth interim fee application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Committee.   BDO makes this Application pursuant to sections 328(a), 330 and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2014(a) and 2016 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals entered March 24, 2016 (the "Interim Compensation Procedures") [Docket No. 806], and any additional orders entered by the Court.

8.      The Committee retained BDO to provide certain services as more fully set forth in the Engagement Letter, including, but not limited to, the following:

        a.   Analyze the financial operations of the Debtors pre- and post-petition, as necessary;

b.  Analyze the financial ramifications of any proposed transactions for which the Debtors seek Bankruptcy Court approval including, but not limited to, post-petition financing and the sale of all or a portion of the Debtors' assets;

c.  Assist the Committee in its review of monthly statements of operations submitted by the Debtors;

d.  Perform claims analysis for the Committee;

e.  Assist the Committee in its evaluation of cash flow and/or other projections, including business plans prepared by the Debtors;

f.  Scrutinize cash disbursements on an ongoing basis for the period subsequent to the commencement of these cases;

g.  Perform forensic investigating services, as requested by the Committee and counsel, regarding pre-petition activities of the Debtors in order to identify potential causes of action, including investigating intercompany transfers, improvements in position, and fraudulent transfers;

h.  Analyze transactions with insiders, related and/or affiliated companies;

i.  Analyze transactions with the Debtors' financing institutions;

j.  Attend meetings of creditors and conference calls with representatives of the creditor groups and their counsel;

k.  Prepare certain valuation analyses of the Debtors' businesses and assets using various professionally accepted methodologies;

l.  Evaluate financing proposals and alternatives proposed by the Debtors for debtor-in-possession financing, exit financing and capital raising supporting any plan of reorganization;

m.  Assist the Committee in evaluating any tax issues that may arise, if necessary;

n.  Assist counsel in preparing for any depositions and testimony, as well as prepare for and provide expert testimony at depositions and court hearings, as requested; and

o.  Perform other- necessary services as the Committee or the Committee's counsel may request from time to time with respect to the financial, business and economic issues that may arise.

9.      On October 19, 2017, the Debtors filed their Plan of Reorganization and the Disclosure Statement related thereto [Docket No 3857].  On December 5, 2017, following the successful solicitation of the Plan of Reorganization and after notice and a hearing, the United States Bankruptcy Court for the District of Delaware entered an order (the "Confirmation Order") confirming the Debtors' Plan of Reorganization [Docket No. 3925].  On December 18, 2017, the Effective Date of the Plan occurred, and the Plan was consummated.

10.     In compliance with the Interim Compensation Order, BDO has submitted thirteen (13) interim applications relating to the Final Period.  Payment on account of the interim applications has been requested as follows:

| # | Date Filed; Docket No. | Period Covered | Requested Fees | Expenses | Approved Fees | Expense |
|---|---|---|---|---|---|---|
| 1 | 08/08/16; 2740 | 03/13/16 – 05/31/16 | $ 713,409.50 | $2,281.95 | $708,797.50 | $2,257.95 |
| 2 | 10/24/16; 3116 | 06/01/16 – 08/31/16 | 402,797.50 | 3,344.16 | 401,263.00 | 2,455.60 |
| 3 | 03/17/17; 3430 | 09/01/16 – 11/30/16 | 28,444.00 | 38.40 | 28,444.00 | 38.40 |
| 4 | 05/22/17; 3622 | 12/01/16 – 03/31/17 | 65,589.00 | 36.70 | 65,589.00 | 36.70 |
| 5 | 08/15/17; 3769 | 04/01/17 – 06/30/17 | 10,313.00 | 0.00 | 10,313.00 | 0.00 |
| 6 | 11/30/17; 3915 | 07/01/17 – 10/31/17 | 15,647.00 | 13.50 | 15,647.00 | 13.50 |
| 7 | 02/13/18; 4016 | 11/01/17 – 01/31/18 | 8,913.50 | 0.00 | 8,913.50 | 0.00 |
| 8 | 05/25/18; 4129 | 02/01/18 – 04/30/18 | 6,211.00 | 0.00 | 6,211.00 | 0.00 |
| 9 | 09/21/18; 4258 | 05/01/18 – 07/31/18 | 5,240.50 | 0.00 | 5,240.50 | 0.00 |
| 10 | 12/17/18; 4370 | 08/31/18 – 10/31/18 | 4,859.00 | 0.00 | 4,859.00 | 0.00 |
| 11 | 06/14/19; 4517 | 11/01/18 – 04/30/19 | 9,396.50 | 0.00 | 9,396.50 | 0.00 |
| 12 | 09/05/19; 4585 | 05/01/19 – 07/31/19 | 4,204.00 | 0.00 | 4,204.00 | 0.00 |
| 13 | 01/02/20; 4667 | 08/01/19 – 10/31/19 | 3,299.00 | 0.00 | 2,639.20 | 0.00 |
|  |  | **TOTAL** | **$1,278,323.50** | **$5,714.71** | **$1,272,177.00** | **$4,802.15** |

11.     Detailed statements itemizing the services rendered and expenses incurred by BDO for the Fourteenth Interim Period are annexed hereto as Exhibits "A" through "B" and incorporated herein by reference.  **Exhibit A** contains a list of professionals, their position, hours incurred, and standard billing rate charged for Fourteenth Interim Period.  **Exhibit B** contains a full and complete description of the services rendered by professional on a daily basis by project category for the Fourteenth Interim Period.  **Exhibit C** contains a Summary Cover Sheet of Fee Application. **Exhibit D** contains a full and complete description of out-of-pocket expenses incurred related to services rendered during the Fourteenth Interim Period.

## II. SUMMARY OF SERVICES RENDERED

12.     By this Final Application, BDO seeks (a) compensation for services rendered for the Fourteenth Interim Period in the total amount of $7,087.50 and reimbursement of actual and necessary expenses in the amount of $0.00; and (b) final approval of compensation for professional services rendered for the Final Period in the amount of $1,143,018.82 and reimbursement of actual and necessary expenses in the amount of $4,802.15, all as more fully set forth in this Final Application.  Except to the extent modified pursuant to the Retention Order, this Final Application complies with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

13.     During the Fourteenth Interim Period, BDO provided services to the Debtors, as set forth below:

| CODE | PROJECT CATEGORY | Hours | Amount |
|------|------------------|-------|--------|
| **4.** | **Retention/Fee Application:**<br>Prepared BDO's monthly fee application for the period Aug 2019 through Oct 2019 and BDO's 13th Interim Fee Application for period 8/1/19 - 10/31/19. Reviewed Fee Examiner's consolidated final report regarding 13th and 14th quarterly fee reports of Debtor and UCC professionals. | | |
| | **Total:** | **1.0** | **$715.00** |

| CODE | PROJECT CATEGORY | Hours | Amount |
|------|------------------|-------|--------|
| 7. | **Communications with Debtors or Debtors Professionals:** Review emails from Debtors regarding financial results. | | |
| | Total: | 1.8 | 1,227.00 |
| 10. | **Business Analysis: Historic and Current:** Review updated monthly reports from Debtors. | | |
| | Total: | 1.0 | 595.00 |
| 11. | **Motions and Objections:** Reviewed relevant case filings related to administrative claims and miscellaneous other motions filed by Debtors or the Term Loan Agent, including Monthly Operating Reports. | | |
| | Total: | 3.9 | 2,680.50 |
| 16. | **Claims Administration and Objections:** Reviewed updated claims register filed by Debtors. | | |
| | Total: | 2.8 | 1,870.00 |
| | TOTAL: | 10.5 | $7,087.50 |

## III. COMPENSATION STANDARDS

14.    Pursuant to the Retention Order, BDO was retained pursuant to sections 327(a) and 328(a) of the Bankruptcy Code. Pursuant to the Retention Order, the Services are subject to review pursuant to section 330 of the Bankruptcy Code. Notwithstanding the forgoing, the U.S. Trustee is entitled to review and object to any of BDO's compensation and reimbursement requests under the standards set forth in section 330 of the Bankruptcy Code.

15.    Section 330(a)(3) of the Bankruptcy Code identifies factors that should be considered when determining the amount of reasonable compensation. These factors are:

A.  the time spent on such services;

B.  the rates charged for such services;

C.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

D.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

E.  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

F.  whether the compensation is reasonable based on customary compensation charged by comparably skilled practitioner in case other than cases under this title.

## A.  **Improvident Standard**

16.     BDO is not aware of any developments in the Debtor's chapter 11 case which were not capable of being known at time the Retention Order was entered.

## B.  **Time Spent**

17.     The size and complexity of the Debtors' cases as well as the numerous and complex issues required substantial broad-based accounting and financial advisory expertise to resolve the issues.  As a consequence, the demands of this case have been such that BDO's highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

18.     During the Final Period, BDO professionals spent 2,997.0 hours performing Services for the Committee or for the benefit of the Debtors and their estates.  BDO's time records are recorded contemporaneously with the rendition of professional services.  **Exhibit B** attached hereto contains a full and complete description of the services rendered by each partner, managing director, director, senior manager, manager, senior, and associate on a daily basis for the Fourteenth Interim Period.  BDO's time records are maintained in one-tenth of an hour (0.10) increments.

C.    **Rates Charged**

19.     BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services.  The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by BDO.  A detail of each professional's title and hours incurred is included in **Exhibit A** attached hereto and incorporated herein by reference.

20.     As more fully set forth in Retention Application; and approved by the Retention Order, BDO and the Committee agreed BDO will be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that BDO incurs, in accordance with the below-outlined ordinary and customary rates in effect on the date the Services[3]:

| Title | Rate Per Hour |
|---|---|
| Partners/Directors | $475 - $795 |
| Directors/Sr. Managers | $375 - $525 |
| Managers/Vice Presidents | $325 - $425 |
| Seniors/Analysts | $200 - $350 |
| Staff[4] | $150 - $225 |

21.     Each duty and task performed by BDO has been performed by the professional most qualified to render such Services.

---

[3] In the ordinary course of business BDO revises its standard hourly rates to reflect changes in responsibilities, increased experience, and increased costs of doing business.
[4] BDO represents that this category does not include secretarial time or secretarial overtime and BDO will not include in its fee applications any fees associated with these categories.

22.     BDO's professionals have delegated authority where appropriate to prevent duplication of effort, and to utilize the services of professionals who bill at lower hourly rates as much as possible.

23.     Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Committee, and to have the appropriate expertise available.

**D.      Beneficial at the Time at Which the Service was Rendered**

24.     The Services BDO performed were the actual and necessary cost of the administration of the Debtors' estates and have enabled this chapter 11 case to proceed in a timely fashion.

**E.      Performed in a Reasonable Amount of Time and at Reasonable Cost**

25.     BDO is a nationally recognized consulting and financial advisory firm and was selected by the Committee for its ability to provide the required services in a timely fashion and at reasonable cost.  In this case, the time frames were often short and required substantial effort by BDO professionals to resolve complex issues in a timely manner.

26.     The services in this case were performed in a reasonable amount of time given the complex nature of the issues.

**F.      BDO's Professionals' Skill and Experience**

27.     BDO's professionals have a variety of certifications and have demonstrated outstanding abilities in the accounting, consulting and advisory fields.

**G.**     **Fees Outside of Bankruptcy**

28.     BDO charges the same rates both within and outside of the bankruptcy context. BDO's rates are commensurate with other firms of comparable skill for the Services.

**H.**     **Other Compensation Issues**

29.     Section 330(a)(6) of the Bankruptcy Code provides "Any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application."

30.     During the Fourteenth Interim and Final Period, BDO did not bill anytime or fees in the review of supporting data for preparation of the fee application.

31.     There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of compensation received for Services rendered in connection with this chapter 11 case.

## IV.  CONCLUSION

32.     For all of the reasons set forth in this Fourteenth Interim and Final Application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Committee during these chapter 11 cases were not improvident and have been reasonably expended in order to adequately represent and protect the interests of the Committee in these chapter 11 cases.  BDO submits further that it has provided such services in an economical and efficient manner.  Accordingly, BDO requests that the relief requested in this Final Application be granted in all respects.

WHEREFORE, BDO RESPECTFULLY REQUESTS that this Court (i) authorize compensation in the amount of $7,087.50 incurred during the Fourteenth Interim Period from November 1, 2019 through January 13, 2021; (ii) approve reimbursement of actual and necessary

expenses in the amount of $0.00 requested during the Fourteenth Interim Period; (iii) grant final approval of fees in the total amount of $1,143,018.82  as compensation for necessary services rendered during the Final Period from March 13, 2016 through January 13, 2021; (iv) grant final approval of actual and necessary expenses in the same period in the amount of $4,802.15, for a total final allowance of $1,147,820.97; (v) authorize and direct the Debtors to pay BDO all outstanding amounts owed; and (vi) grant such other and further relief as this Court may deem just and proper.

Dated: January 14, 2021         BDO CONSULTING, A DIVISION OF BDO USA, LLP
        New York, NY

                             */s/ David E. Berliner*
                             David E. Berliner
                             100 Park Avenue
                             New York, NY 10017
                             Tel: (212) 885-8000
                             Fax: (212) 697-1299

                             *Financial Advisor for the Committee*

# <u>EXHIBIT A</u>

**TSAWD HOLDINGS, INC.,** *et al*

Time Summary for the 14th Interim Period

<u>November 1, 2019 through January 13, 2021</u>

| <u>Name</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| David Berliner | Partner | 7.0 | $715.00 | $5,005.00 |
| Michele Michaelis | Partner | 3.5 | 595.00 | 2,082.50 |
| | **Total:** | **10.5** | | **$7,087.50** |

# EXHIBIT B

Exhibit "B"

**TSAWD HOLDINGS, INC.**
**RECAP OF PROFESSIONAL SERVICES**
<u>November 1, 2019 through January 13, 2021</u>

| Code | Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4 | 11/14/19 | D.B. | Reviewed BDO's monthly fee application for period 8/2/19 - 10/31/19. | 0.3 | $715.00 | $214.50 |
| 4 | 12/04/19 | D.B. | Reviewed BDO 13th Interim Fee Application for period 8/1/19 - 10/31/19. | 0.1 | 715.00 | 71.50 |
| 4 | 01/07/20 | D.B. | Reviewed Fee Examiner's consolidated final report regarding 13th and 14th quarterly fee reports of Debtor and UCC professionals. | 0.1 | 715.00 | 71.50 |
| 4 | 03/19/20 | D.B. | Reviewed 32nd BDO fee application for period 11/1/19 - 1/31/20. | 0.3 | 715.00 | 214.50 |
| 4 | 04/14/20 | D.B. | Prepared BDO's 14th interim fee application for period Nov. 1, 2019 to Jan. 31, 2020. | 0.2 | 715.00 | 143.00 |
| 7 | 11/06/19 | D.B. | Reviewed e-mail from Doug Garrett regarding actual vs. forecast results for Oct. 2019. | 0.1 | 715.00 | 71.50 |
| 7 | 11/07/19 | M.M. | Reviewed e-mail update from Doug Garrett regarding Oct. 2019 actual results. | 0.1 | 595.00 | 59.50 |
| 7 | 12/03/19 | D.B. | Reviewed e-mail update from Doug Garrett in actual vs. forecast results for Nov. 2019. | 0.1 | 715.00 | 71.50 |
| 7 | 12/04/19 | M.M. | Reviewed e-mail update from Doug Garrett regarding Nov. 2019 actual results. | 0.1 | 595.00 | 59.50 |
| 7 | 01/08/20 | D.B. | Reviewed e-mail from Doug Garrett regarding forecast vs. actual results for December 2019. | 0.1 | 715.00 | 71.50 |
| 7 | 01/09/20 | M.M. | Reviewed e-mail update from Doug Garrett regarding Dec. 2019 actual results. | 0.1 | 595.00 | 59.50 |
| 7 | 02/05/20 | D.B. | Reviewed e-mail from Doug Garrett regarding update on January results. | 0.1 | 715.00 | 71.50 |
| 7 | 04/09/20 | D.B. | Reviewed email from Douglas Garrett regarding March actual vs. budget results. | 0.1 | 715.00 | 71.50 |
| 7 | 05/07/20 | D.B. | Reviewed email from Doug Garrett regarding April 2020 actual vs. budget results. | 0.1 | 715.00 | 71.50 |
| 7 | 07/08/20 | D.B. | Reviewed email from Doug Garrett regarding June 2020 actual vs. budget results. | 0.1 | 715.00 | 71.50 |
| 7 | 08/05/20 | D.B. | Reviewed email from Doug Garrett regarding July 2020 actual vs. budget results. | 0.1 | 715.00 | 71.50 |
| 7 | 09/02/20 | D.B. | Reviewed email from Doug Garrett regarding August 2020 actual vs. budget results. | 0.1 | 715.00 | 71.50 |
| 7 | 10/09/20 | D.B. | Reviewed email from Doug Garrett regarding Sept 2020 actual vs. budget results. | 0.1 | 715.00 | 71.50 |
| 7 | 11/05/20 | D.B. | Reviewed email from Doug Garrett regarding Oct 2020 actual vs. budget results. | 0.1 | 715.00 | 71.50 |
| 7 | 12/03/20 | D.B. | Reviewed email from Doug Garrett regarding Nov 2020 actual vs. budget results and case update. | 0.1 | 715.00 | 71.50 |
| 7 | 01/07/21 | D.B. | Reviewed email from Doug Garrett regarding Dec. 2020 actual vs. budget results and case updates. | 0.1 | 715.00 | 71.50 |
| 7 | 01/07/21 | M.M. | Reviewed current financial update. | 0.2 | 595.00 | 119.00 |
| 10 | 03/10/20 | M.M. | Reviewed updated monthly report from Doug Garrett. | 0.2 | 595.00 | 119.00 |
| 10 | 08/17/20 | M.M. | Reviewed current monthly update from Debtors. | 0.2 | 595.00 | 119.00 |
| 10 | 09/03/20 | M.M. | Reviewed current monthly update from Debtors. | 0.2 | 595.00 | 119.00 |
| 10 | 10/08/20 | M.M. | Reviewed current monthly update from Debtors. | 0.2 | 595.00 | 119.00 |
| 10 | 11/08/20 | M.M. | Reviewed October update from Debtors. | 0.2 | 595.00 | 119.00 |
| 11 | 11/18/19 | D.B. | Reviewed Omnibus order approving 13th interim fee applications of Debtor professionals. | 0.1 | 715.00 | 71.50 |
| 11 | 11/25/19 | D.B. | Reviewed Notice of Agenda of Matters scheduled for hearing on 11/26. | 0.1 | 715.00 | 71.50 |
| 11 | 11/26/19 | D.B. | Reviewed Monthly Operating Report for period 10/6/19 - 11/2/19. | 0.1 | 715.00 | 71.50 |
| 11 | 11/27/19 | M.M. | Reviewed MOR for period 10/6/19 – 11/2/19. | 0.2 | 595.00 | 119.00 |
| 11 | 12/16/19 | D.B. | Reviewed 43rd monthly appliction of Gibson Dunn for interim period 9/1/19 - 11/30/19. | 0.1 | 715.00 | 71.50 |
| 11 | 12/16/19 | D.B. | Reviewed 14th Interim Quarterly Fee reports of certain Debtor Proffesionals (Young Conaway and Gibson Dunn). | 0.1 | 715.00 | 71.50 |
| 11 | 12/24/19 | D.B. | Reviewed notice of filing of Amendment No. 9 to Amended Settlement Agreement among Debtors, UCC and Term Loan Agreement, including wind-down budget for period Jan through June 2020. | 0.2 | 715.00 | 143.00 |
| 11 | 12/24/19 | D.B. | Reviewed Monthly Operating Report for period 11/3/19 - 11/30/19. | 0.1 | 715.00 | 71.50 |
| 11 | 12/24/19 | M.M. | Reviewed filing of Amendment 9 to Amended Settlement Agreement. | 0.3 | 595.00 | 178.50 |
| 11 | 12/24/19 | M.M. | Reviewed MOR for period 11/3/19 – 11/30/19. | 0.2 | 595.00 | 119.00 |
| 11 | 01/27/20 | D.B. | Reviewed MOR for period 12/1/19 – 1/4/20. | 0.1 | 715.00 | 71.50 |
| 11 | 01/28/20 | M.M. | Reviewed MOR for period 12/1/19 – 1/4/20. | 0.2 | 595.00 | 119.00 |
| 11 | 02/19/20 | D.B. | Reviewed Debtor's motion to extend the period in which the Debtors may reverse actions. | 0.1 | 715.00 | 71.50 |
| 11 | 02/21/20 | D.B. | Reviewed MOR for period 1/5/20 - 2/1/20. | 0.1 | 715.00 | 71.50 |
| 11 | 02/21/20 | D.B. | Reviewed Notice of Agenda of Matters Schedule for Hearing 2/25/20 and other recent court filings. | 0.1 | 715.00 | 71.50 |
| 11 | 03/25/20 | D.B. | Reviewed notice of agenda of matters for hearing on 3/30/20 | 0.1 | 715.00 | 71.50 |
| 11 | 03/25/20 | D.B. | Reviewed Monthly Operating Report for Period Feb 2, 2020 Through Feb 29, 2020. | 0.2 | 715.00 | 143.00 |
| 11 | 04/27/20 | D.B. | Reviewed Monthly Operating Report for Period March 1, 2020 through April 4, 2020. | 0.1 | 715.00 | 71.50 |
| 11 | 05/27/20 | D.B. | Reviewed Monthly Operating Report for Period April 5, 2020 through May 2, 2020. | 0.1 | 715.00 | 71.50 |
| 11 | 06/30/20 | D.B. | Reviewed amendment No. 10 to Amended Settlement Agreement with Debtors, UCC and Term Loan Agent. | 0.1 | 715.00 | 71.50 |

Exhibit "B"

**TSAWD HOLDINGS, INC.**
**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2019 through January 13, 2021**

| Code | Date | Name | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11 | 06/30/20 | D.B. | Review Monthly Operating Report for Period May 3, 2020 through May 30, 2020. | 0.3 | 715.00 | 214.50 |
| 11 | 07/08/20 | D.B. | Reviewed agenda of matters scheduled for 7/9/20 court hearing. | 0.1 | 715.00 | 71.50 |
| 11 | 07/27/20 | D.B. | Reviewed Monthly Operating Report for Period May 31, 2020 through July 4, 2020. | 0.1 | 715.00 | 71.50 |
| 11 | 08/28/20 | D.B. | Reviewed Monthly Operating Report for Period July 5, 2020 through Aug 1, 2020. | 0.2 | 715.00 | 143.00 |
| 11 | 09/29/20 | D.B. | Reviewed Monthly Operating Report for Period Aug 1, 2020 through Aug 29, 2020. | 0.1 | 715.00 | 71.50 |
| 11 | 11/23/20 | D.B. | Reviewed Monthly Operating Report for Period Oct 4, 2020 through Oct 31, 2020. | 0.1 | 715.00 | 71.50 |
| 11 | 11/25/20 | D.B. | Reviewed Debtor Motion to Dismiss Chapter 11 case and Establish Procedures for Final Fee Applications. | 0.3 | 715.00 | 214.50 |
| 16 | 01/13/20 | D.B. | Reviewed claims register as of 1/9/20 filed by KCC. | 0.6 | 715.00 | 429.00 |
| 16 | 01/15/20 | M.M. | Reviewed claims register as of 1/9/20 filed by KCC. | 1.1 | 595.00 | 654.50 |
| 16 | 07/14/20 | D.B. | Reviewed claims register as of 7/14/20 filed by KCC. | 0.6 | 715.00 | 429.00 |
| 16 | 10/07/20 | D.B. | Reviewed claims register as of 10/6/20 filed by KCC. | 0.5 | 715.00 | 357.50 |
| | | | **TOTAL:** | **10.5** | | **$7,087.50** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| D.B. | DAVID BERLINER | 7.0 | $715.00 | $5,005.00 |
| M.M. | MICHELE MICHAELIS | 3.5 | 595.00 | 2,082.50 |
| | **TOTAL:** | **10.5** | | **7,087.50** |

**Blended Rate**    **$675.00**

**SUMMARY BY PROJECT CATEGORY:**

| Code | Project Category | Hours | | Amount |
|------|------------------|-------|---|--------|
| 4 | Retention / Fee Applications | 1.0 | $715.00 | $715.00 |
| 7 | Communication with Debtors or Debtors Professionals | 1.8 | 681.67 | 1,227.00 |
| 10 | Business Analysis: Historic and Current | 1.0 | 595.00 | 595.00 |
| 11 | Motions and Objections | 3.9 | 687.31 | 2,680.50 |
| 16 | Claims Administration and Objections | 2.8 | 667.86 | 1,870.00 |
| | **TOTAL:** | **10.5** | | **$7,087.50** |

# **EXHIBIT C**

**EXHIBIT C**
**SUMMARY COVER SHEET OF FEE APPLICATION**

| | |
|---|---|
| Name of Applicant: | BDO Consulting, a Division of BDO USA, LLP |
| Name of client: | The Official Committee of Unsecured Creditors |
| Time period covered by this application: | March 13, 2016 – January 10, 2021 |
| Total compensation sought this period: | $1,143,018.82 |
| Total expenses sought this period: | $4,802.15 |
| Petition date: | March 2, 2016 |
| Retention date: | Nunc Pro Tunc to March 13, 2016 |
| Date of order approving employment: | May 23, 2016 |
| Total fees approved by interim order to date: | $1,140,733.47 |
| Total expenses approved by interim order to date: | $4,802.15 |
| Total allowed fees paid to date: | $1,138,341.72 |
| Total allowed expenses paid to date: | $4,802.15 |
| Blended rate in this application for all timekeepers: | $381.39 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | 15 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 1 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | Yes, normal annual rate increases |

# **EXHIBIT D**

**TSAWD HOLDINGS, INC., et al**
Schedule of Expenses
November 1, 2019 through January 31, 2021

1.      PHOTOCOPYING
   a.    Internal
   b.    External

2.      TELECOMMUNICATIONS
   a.    Toll Charges
   b.    Facsimile
   c.    Out-of-State toll charges

3.      COURIER, FRIEGHT AND POSTAL SERVICES
        *For overnight and hand delivery to Counsel
        and Committee members*

4.      COURT REPORTER AND TRANSCRIPTS

5.      TECHNOLOGY SERVICES

6.      OUT-OF-TOWN TRAVEL
   a.    Transportation
   b.    Lodging
   c.    Meals

7.      OUTSIDE SERVICES

8.      LOCAL MEALS

9.      LOCAL TRANSPORTATION, TOLLS, MILEAGE
        AND PARKING – for cabs to/from meetings, car service
        *for employees working after 8:00 p.m. and local mileage
        using personal auto*

10.     MISCELLANEOUS

        **TOTAL**                                          **$0.00**

# DECLARATION

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.,* [1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF DAVID E. BERLINER IN SUPPORT OF THE FOURTEENTH INTERIM AND FINAL FEE APPLICATION OF BDO CONSULTING, A DIVISION OF BDO USA, LLP AS FINANCIAL ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR (I) THE INTERIM PERIOD FROM NOVEMBER 1, 2019 THROUGH AND INCLUDING JANUARY 13, 2021 AND (II) THE FINAL PERIOD FROM MARCH 13, 2016 THROUGH AND INCLUDING JANUARY 13, 2021

I, DAVID E. BERLINER, declare as follows:

1.  I am a partner of the firm of BDO Consulting ("BDO"), a Division of BDO USA, LLP a leading full-service accounting, tax, and business advisory firm with over 55 offices and more than 6,000 partners and professional staff in the United States. BDO is a United States firm of a global network of separate independent member firms that operate in 150 countries and over 1,300 offices throughout the world.

2.  I have reviewed BDO's Fourteenth Interim and Final Application for Interim Compensation for Services Rendered and Reimbursement of Expenses of BDO as Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee")

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

(the "<u>Application</u>") for the period March 13, 2016 to January 13, 2021 (the "<u>Final Period</u>")

and this declaration is submitted in support of the Final Application.

3.  I have reviewed Delaware Bankruptcy Local Rule 2016-2 and submit that the Application

    substantially complies with such Rule.

4.  To the best of my knowledge, To the best of my knowledge, information and belief

    formed after reasonable inquiry, the Application complies with the Revised United States

    Trustees Guidelines issued June 11, 2013, by the U.S. Department of Justice (the "UST

    Guidelines").

5.  In providing a reimbursable outside service expense, BDO does not make a profit on that

    service.

6.  In charging for a particular service, BDO does not include the amortization of the cost of

    any investment equipment or capital outlay.

7.  In seeking reimbursement for third party services, BDO requests reimbursement only for

    the amount billed to BDO by the third-party.

8.  To the best of my knowledge, information and belief formed after reasonable inquiry, the

    fees and disbursements sought fall within the UST Guidelines, except as specifically

    noted herein and in the Final Application.  The fees and disbursements sought are billed

    at rates and in accordance with practices customarily employed by BDO and generally

    accepted by BDO's clients.

9.  A summary of the fees and expenses incurred by BDO in this chapter 11 case, during the

    Fourteenth Interim Period as well as copies of the billing records maintained in the

    ordinary course of business by BDO are provided in Exhibit "A" and Exhibit "B" annexed

    to the Fourteenth Interim and Final Application.

10. The following is a summary of the total fees and expenses incurred by BDO during the Final Period:

| | |
|---|---|
| FEES | $1,143,018.82 |
| EXPENSES | $4,802.15 |
| TOTAL | $1,147,820.97 |

11. To date, BDO has received from, or on behalf of, the Debtors $1,143,143.87 for reimbursement of fees and expenses in these chapter 11 cases as financial advisor for the Committee.  None of the compensation to be paid to BDO, from or on behalf of the Debtors, will be divided or shared with any other person other than the members, associates and employees of BDO.

I declare that the foregoing is true and correct.

Executed on January 14, 2021
at New York, NY

_____*/s/ David E. Berliner*_____
David E. Berliner

# **<u>PROPOSED FORM OF ORDER</u>**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD HOLDINGS, INC., *et al.,* [1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. ____** |

**ORDER GRANTING FOURTEENTH INTERIM AND FINAL FEE APPLICATION OF BDO CONSULTING, A DIVISION OF BDO USA, LLP AS FINANCIAL ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR (I) THE INTERIM PERIOD FROM NOVEMBER 1, 2019 THROUGH AND INCLUDING JANUARY 13, 2021 AND (II) THE FINAL PERIOD FROM MARCH 13, 2016 THROUGH AND INCLUDING JANUARY 13, 2021**

BDO Consulting, a Division of BDO USA, LLP (together with its wholly owned subsidiaries, agents, independent contractors and employees, "BDO") financial advisor for the Committee in the above-captioned cases, filed its *Fourteenth Interim and Final Application for Compensation and for Reimbursement of Expenses Incurred for (i) the Interim Period from November 1, 2019 Through and Including January 13, 2021 and (ii) the Final Period from March 13, 2016 through and Including January 13, 2021* (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED, on a final basis. The Debtors in the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. f/k/a Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

above cases shall pay to BDO the total amount of $1,147,820.97 consisting of $1,143,018.82 as compensation for necessary professional services rendered, the sum of $4,802.15 for actual and necessary expenses incurred by BDO for the period March 13, 2016 through January 13, 2021, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2021

_____

HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE